# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA



DAVID WALSH, an individual, on behalf of
himself, and on behalf of all persons similarly
situated,

        Plaintiff,     vs

APPLE, INC.; and Does 1 to 10,

        Defendants.

**SUMMONS IN A CIVIL ACTION**
Case No.

## '08 CV 1410 JM POR

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

> Norman B. Blumenthal
> BLUMENTHAL & NORDREHAUG
> 2255 Calle Clara
> La Jolla, California  92037

20

An answer to the complaint which is herewith served upon you, within _____ days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

K. HAMMERLY

By _____ , Deputy Clerk

AUG - 4 2008

DATE

Summons in a Civil Action

Page 1 of 2

ODMA\PCDOCS\WORDPERFECT\34443\1 May 5, 1999 (11:34am)