1  LYNNE C. HERMLE (STATE BAR NO. 99779)
   JOSEPH C. LIBURT (STATE BAR NO. 155507)
2  JESSICA R. PERRY (STATE BAR NO. 209321)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
3  1000 Marsh Road
   Menlo Park, CA  94025
4  Telephone:    650-614-7400
   Facsimile:    650-614-7401
5  lchermle@orrick.com
   jliburt@orrick.com
6  jperry@orrick.com

7  Attorneys for Defendant
   APPLE INC.
8

9              UNITED STATES DISTRICT COURT

10             SOUTHERN DISTRICT OF CALIFORNIA

11

12 DAVID WALSH, an individual, on behalf      CASE NO. 08 CV 1410 JM POR
   of himself, and on behalf of all persons
13 similarly situated,                        JOINT MOTION FOR EXTENSION OF
                                              TIME TO RESPOND TO COMPLAINT
14              Plaintiff,

15     v.

16 APPLE INC.; and DOES 1-10,
                                              Judge:  Hon. Jeffrey T. Miller
17              Defendants.

18

19

20

21

22

23

24

25

26

27

28
   OHS West:260498578.1                       JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO
                                              COMPLAINT (CASE NO. 08 CV 1410 JM POR)


TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant Apple Inc. ("Apple") and Plaintiff David Walsh hereby move for an extension of time and respectfully request that the Court grant a fourteen (14) day extension and set a date of September 11, 2008, for Apple to respond to the Complaint. Good cause exists to grant this motion on the following grounds:

1. No previous applications for an extension of time has been made;

2. Apple recently retained counsel in this action, and counsel needs a brief extension of time to familiarize themselves with the facts and prepare a responsive pleading;

3. Counsel for Plaintiff has agreed to the requested extension of time;

4. The parties agree that they will not be prejudiced by the Court's issuing an Order approving this Joint Motion;

5. The requested extension will not impact any trial or other deadlines in the case; and

6. The parties are not aware of any exigent circumstances attendant with this proceeding that would justify the Court withholding its approval of this Joint Motion.

///
///
///

OHS West:260498578.1

JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (CASE NO. 08 CV1410 JM POR)

-1-

THE PARTIES HEREBY JOINTLY MOVE that Apple be granted a fourteen (14) day extension to file a response to the Complaint, making Apple's new deadline to respond to the Complaint on September 11, 2008.

Dated: August 26, 2008

                        LYNNE C. HERMLE
                        JOSEPH C. LIBURT
                        JESSICA R. PERRY
                        ORRICK, HERRINGTON & SUTCLIFFE LLP

                        _____
                        Jessica R. Perry
                        Attorneys for Defendant
                        Apple Inc.

Dated: August 26, 2008

                        NORMAN B. BLUMENTHAL
                        KYLE R. NORDREHAUG
                        APARAJIT BHOWMIK
                        BLUMENTHAL & NORDREHAUG

                        WALTER HAINES
                        UNITED EMPLOYEES LAW GROUP

                        _____
                        Norman B. Blumenthal
                        Attorneys for Plaintiff
                        David Walsh

1  LYNNE C. HERMLE (STATE BAR NO. 99779)
   JOSEPH C. LIBURT (STATE BAR NO. 155507)
2  JESSICA R. PERRY (STATE BAR NO. 209321)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
3  1000 Marsh Road
   Menlo Park, CA  94025
4  Telephone:   650-614-7400
   Facsimile:    650-614-7401
5  lchermle@orrick.com
   jliburt@orrick.com
6  jperry@orrick.com

7  Attorneys for Defendant
   APPLE INC.

8

9              UNITED STATES DISTRICT COURT

10             SOUTHERN DISTRICT OF CALIFORNIA

11

12 | DAVID WALSH, an individual, on behalf | CASE NO. 08 CV 1410 JM POR
13 | of himself, and on behalf of all persons similarly situated, | [PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
14 | Plaintiff, |
15 | v. |
16 | APPLE INC.; and DOES 1-10, |
17 | Defendants. | Judge:    Hon. Jeffrey T. Miller

18

19

20     Pursuant to the joint motion and stipulation by and between Defendant Apple Inc. ("Apple") and

21 Plaintiff David Walsh, and good cause appearing therefor, the time in which Apple is required to

22 respond to the Complaint is hereby extended until September 11, 2008.

23     IT IS SO ORDERED.

24

25 Dated: _____

26

27                                        _____
                                           United States District Court Judge
28

OHS West:260498935.1                                 ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME
                                                                       TO RESPOND TO COMPLAINT
                              -1-