UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WALSH, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INC.; and DOES 1-10,<br><br>    Defendants. | CASE NO. 08 CV 1410 JM POR<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br><br>Judge:   Hon. Jeffrey T. Miller |

Pursuant to the joint motion and stipulation by and between Defendant Apple Inc. ("Apple") and Plaintiff David Walsh, and good cause appearing therefore, the time in which Apple is required to respond to the Complaint is hereby extended until September 11, 2008.

IT IS SO ORDERED.

Dated: August 27, 2008

_____
United States District Court Judge

OHS West:260498935.2

ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

-1-