LYNNE C. HERMLE (STATE BAR NO. 99779)
JOSEPH C. LIBURT (STATE BAR NO. 155507)
JESSICA R. PERRY (STATE BAR NO. 209321)
SITTHIKIT CHARIYASATIT (STATE BAR NO. 252028)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:   650-614-7400
Facsimile:    650-614-7401
lchermle@orrick.com
jliburt@orrick.com
jperry@orrick.com
schariyasatit@orrick.com

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WALSH, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>             Plaintiff,<br><br>     v.<br><br>APPLE INC.; and DOES 1-10,<br><br>             Defendants. | CASE NO.  08 CV 1410 JM POR<br><br>**DEFENDANT APPLE INC'S NOTICE OF MOTIONS AND MOTIONS TO STRIKE AND FOR A MORE DEFINITE STATEMENT**<br><br>Date:      November 14, 2008<br>Time:      1:30 p.m.<br>Dept.:     16<br>Judge:    Hon. Jeffrey T. Miller |

OHS West:260519614.1

DEF. APPLE INC.'S NOTICE OF MOTIONS AND MOTIONS TO STRIKE AND FOR A MORE DEFINITE STATEMENT

TO PLAINTIFF DAVID WALSH AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on November 14, 2008, at 1:30 p.m., or as soon thereafter as the matter may be heard before the Honorable Jeffrey T. Miller, Courtroom 16 on the Fifth Floor of the above Court, at 880 Front Street, San Diego, California, Defendant Apple Inc. ("Apple") will and hereby does move the Court, pursuant to Fed. R. Civ. P. 12(f), for an order striking the class definition and all class allegations in the First Amended Class and Collective Action Complaint on the ground that the proposed class definition is imprecise, vague, and ambiguous; striking any references and attempts to incorporate California Labor Code sections 203 and 226 into Plaintiff's first claim under Business and Professions Code Section 17200 on the ground that Labor Code sections 203 and 226 are penalties and thus cannot be recovered under Section 17200; striking all references to "Doe" defendants on the ground that such references are improper; and striking Plaintiff's Prayer for Relief as to his requests for an accounting and imposition of a constructive trust on the ground that Plaintiff has no basis for such requests. Apple will also and hereby does move the Court, pursuant to Fed. R. Civ. P. 12(e), for an order directing Plaintiff to file a more definite statement of his class definition on the ground that the proposed class definition is imprecise, vague, and ambiguous, and is insufficient to show the requisite ascertainable class.

The motions are based on this Notice, the accompanying Memorandum of Points and Authorities, pleadings and papers on file in this action, any matter of which the Court may or must take judicial notice, any documentary evidence or oral argument given at the hearing on the motion, and any other matter which the Court deems appropriate.

Dated: September 23, 2008

LYNNE C. HERMLE
JOSEPH C. LIBURT
JESSICA R. PERRY
SITTHIKIT CHARIYASATIT
ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Jessica R. Perry
Jessica R. Perry
Attorneys for Defendant
APPLE INC.

OHS West:260519614.1

- 1 -

DEF. APPLE INC.'S NOTICE OF MOTIONS AND MOTIONS TO STRIKE AND FOR A MORE DEFINITE STATEMENT

# DECLARATION OF ELECTRONIC SERVICE

I, Tina McBride, am a citizen of the United States, more than eighteen years old and not a party to this action. My business address and place of employment is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, California 94025.

I hereby certify that, on September 23, 2008, I have taken steps to cause the following documents:

**DEFENDANT APPLE INC.'S NOTICE OF MOTIONS AND MOTIONS TO STRIKE AND FOR A MORE DEFINITE STATEMENT**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT APPLE INC.'S MOTIONS TO STRIKE AND FOR A MORE DEFINITE STATEMENT**

when filed through the Electronic Case Filing ("ECF") system, to be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF"), including the following:

Norman B Blumenthal
norm@bamlawlj.com

The NEF shows no non-registered participants.

Executed on September 23, 2008, in Menlo Park, California.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

                                             /s/ Tina McBride
                                               Tina McBride

OHS West:260519614.1