LYNNE C. HERMLE (STATE BAR NO. 99779)
JOSEPH C. LIBURT (STATE BAR NO. 155507)
JESSICA R. PERRY (STATE BAR NO. 209321)
SITTHIKIT CHARIYASATIT (STATE BAR NO. 252028)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401
lchermle@orrick.com
jliburt@orrick.com
jperry@orrick.com
schariyasatit@orrick.com

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WALSH, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>APPLE INC.; and DOES 1-10,<br><br>        Defendants. | CASE NO. 08 CV 1410 JM POR<br><br>**DEFENDANT APPLE INC'S NOTICE OF MOTION AND MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**<br><br>Date:    November 14, 2008<br>Time:   1:30 p.m.<br>Dept.:  16<br>Judge:  Hon. Jeffrey T. Miller |

OHS West:260519582.1

DEFENDANT APPLE INC.'S NOTICE OF MOTION AND MOTION TO TRANSFER VENUE

| | |
|---|---|
| 1 | TO PLAINTIFF DAVID WALSH AND HIS ATTORNEYS OF RECORD: |
| 2 | PLEASE TAKE NOTICE that on November 14, 2008, at 1:30 p.m., or as soon thereafter |
| 3 | as the matter may be heard before the Honorable Jeffrey T. Miller, Courtroom 16 on the Fifth |
| 4 | Floor of the above Court, at 880 Front Street, San Diego, California, Defendant Apple Inc. |
| 5 | ("Apple") will and hereby does move the Court, pursuant to 28 U.S.C. § 1404(a), for an order |
| 6 | transferring this action to the San Jose division of the Northern District of California. |
| 7 | The motion is based on this Notice, the accompanying Memorandum of Points and |
| 8 | Authorities, the Declaration of Heather Ramirez, pleadings and papers on file in this action, any |
| 9 | matter of which the Court may or must take judicial notice, any documentary evidence or oral |
| 10 | argument given at the hearing on the motion, and any other matter which the Court deems |
| 11 | appropriate. |

Dated: September 23, 2008

LYNNE C. HERMLE
JOSEPH C. LIBURT
JESSICA R. PERRY
SITTHIKIT CHARIYASATIT
ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Jessica R. Perry
Jessica R. Perry
Attorneys for Defendant
APPLE INC.

# DECLARATION OF ELECTRONIC SERVICE

I, Tina McBride, am a citizen of the United States, more than eighteen years old and not a party to this action. My business address and place of employment is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, California 94025.

I hereby certify that, on September 23, 2008, I have taken steps to cause the following documents:

**DEFENDANT APPLE INC.'S NOTICE OF MOTION AND MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT APPLE INC.'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**

**DECLARATION OF HEATHER RAMIREZ IN SUPPORT OF DEFENDANT APPLE INC.'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**

when filed through the Electronic Case Filing ("ECF") system, to be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF"), including the following:

> Norman B Blumenthal
> norm@bamlawlj.com

The NEF shows no non-registered participants.

Executed on September 23, 2008, in Menlo Park, California.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

/s/ Tina McBride
Tina McBride

OHS West:260519582.1