| | |
|---|---|
| 1 | LYNNE C. HERMLE (STATE BAR NO. 99779) |
| | JOSEPH C. LIBURT (STATE BAR NO. 155507) |
| 2 | JESSICA R. PERRY (STATE BAR NO. 209321) |
| | SITTHIKIT CHARIYASATIT (STATE BAR NO. 252028) |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 4 | Menlo Park, CA 94025 |
| | Telephone: 650-614-7400 |
| 5 | Facsimile: 650-614-7401 |
| | lchermle@orrick.com |
| 6 | jliburt@orrick.com |
| | jperry@orrick.com |
| 7 | schariyasatit@orrick.com |
| 8 | Attorneys for Defendant |
| | APPLE INC. |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

DAVID WALSH, an individual, on behalf of himself, and on behalf of all persons similarly situated,

        Plaintiff,

   v.

APPLE INC.; and DOES 1-10,

        Defendants.

CASE NO. 08 CV 1410 JM POR

**CORRECTED PROOF OF SERVICE**

Date: November 14, 2008
Time: 1:30 p.m.
Dept.: 16
Judge: Hon. Jeffrey T. Miller

OHS West:260521012.1

CORRECTED PROOF OF SERVICE

Dockets.Justia.com

# DECLARATION OF ELECTRONIC SERVICE

I, Tina McBride, am a citizen of the United States, more than eighteen years old and not a party to this action. My business address and place of employment is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, California 94025.

I hereby certify that, on September 23, 2008, I have taken steps to cause the following documents:

**DEFENDANT APPLE INC.'S NOTICE OF MOTIONS AND MOTIONS TO STRIKE AND FOR A MORE DEFINITE STATEMENT**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT APPLE INC.'S MOTIONS TO STRIKE AND FOR A MORE DEFINITE STATEMENT**

when filed through the Electronic Case Filing ("ECF") system, to be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF"), including the following:

> Norman B Blumenthal
> norm@bamlawlj.com

The NEF shows no non-registered participants.

Executed on September 25, 2008, in Menlo Park, California.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

_/s/ Tina McBride_
Tina McBride

OHS West:260521012.1