# UNITED STATES DISTRICT COURT

### Southern District of California

Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101–8900
Phone: (619) 557–5600
Fax: (619) 702–9900

W. Samuel Hamrick, Jr.,
Clerk of Court

October 27, 2008

Clerk, U.S. District Court
District of USDC, Northern District of CA, San Jose Division
280 South First Street
San Jose, CA 95113

Re: David Walsh v. Apple, Inc., et al., Case No. 3:08–cv–01410–JM–POR

Dear Sir or Madam:

Pursuant to Order transferring the above−entitled action to your District, we are electronically transmitting herewith our entire original file.

Sincerely yours,

W. Samuel Hamrick, Jr.,
Clerk of the Court

By: s/ T. Lee, Deputy Clerk

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants: