CLOSED

# U.S. District Court
# Southern District of California (San Diego)
# CIVIL DOCKET FOR CASE #: 3:08−cv−01410−JM−POR

| | |
|---|---|
| Walsh v. Apple, Inc. et al | Date Filed: 08/04/2008 |
| Assigned to: Judge Jeffrey T. Miller | Date Terminated: 10/24/2008 |
| Referred to: Magistrate Judge Louisa S Porter | Jury Demand: Both |
| Cause: 29:201 Fair Labor Standards Act | Nature of Suit: 710 Labor: Fair Standards |
| | Jurisdiction: Federal Question |

**Plaintiff**

**David Walsh**  represented by  **Norman B Blumenthal**
*an individual, on behalf of himself, and on*                                Blumenthal and Nordrehaug
*behalf of all persons similarly situated*                                       2255 Calle Clara
                                                                                                       La Jolla , CA 92037
                                                                                                       (858)551−1223
                                                                                                       Fax: (858)551−1232
                                                                                                       Email: norm@bamlawlj.com
                                                                                                       *LEAD ATTORNEY*
                                                                                                       *ATTORNEY TO BE NOTICED*

                                                                                                       **Norman B. Blumenthal**
                                                                                                       2255 Calle Clara
                                                                                                       La Jolla , CA 92037
                                                                                                       858−551−1223
                                                                                                       Fax: 858−551−1232
                                                                                                       *LEAD ATTORNEY*
                                                                                                       *ATTORNEY TO BE NOTICED*

                                                                                                       **Kyle Nordrehaug**
                                                                                                       Blumenthal and Markham
                                                                                                       2255 Calle Clara
                                                                                                       La Jolla , CA 92037
                                                                                                       (858)551−1223
                                                                                                       Fax: (858)551−1232
                                                                                                       Email: kyle@bamlawlj.com
                                                                                                       *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Apple, Inc.**  represented by  **Jessica R. Perry**
                                                                                                       Orrick Herrington &Sutcliffe
                                                                                                       1000 Marsh Road
                                                                                                       Menlo Park , CA 94025
                                                                                                       (650)614−7400
                                                                                                       Fax: (650)614−7401
                                                                                                       Email: jperry@orrick.com
                                                                                                       *LEAD ATTORNEY*
                                                                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**DOES**

*1 to 10*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 08/04/2008 | Ï 1 | COMPLAINT with Jury Demand against Apple, Inc., DOES ( Filing fee $ 350 receipt #153621) filed by David Walsh.(jmz) (kaj). (Entered: 08/04/2008) |
| 08/04/2008 | Ï 2 | Summons Issued as to Apple, Inc., DOES. (jmz) (Entered: 08/04/2008) |
| 08/26/2008 | Ï 3 | Joint MOTION for Extension of Time to File Response/Reply *to Complaint* by Apple, Inc.. (Perry, Jessica) (jpp). Modified on 8/27/2008 – Corrected motion event (jah). (Entered: 08/26/2008) |
| 08/27/2008 | Ï 4 | ORDER granting 3 Joint Motion for Extension of Time to Answer. Time extended for Dft Apple, Inc. to answer to Complaint, Answer due 9/11/2008. Signed by Judge Jeffrey T. Miller on 8/27/2008. (All non−registered users served via U.S. Mail Service).(jah) (Entered: 08/27/2008) |
| 09/09/2008 | Ï 5 | AMENDED COMPLAINT with Jury Demand against all defendants, filed by David Walsh. (Attachments: # 1 Proof of Service)(Blumenthal, Norman) (Entered: 09/09/2008) |
| 09/23/2008 | Ï 6 | MOTION to Strike *and for a More Definite Statement* by Apple, Inc.. (Attachments: # 1 Memo of Points and Authorities MPA 1−16)(Perry, Jessica) Modified on 9/25/2008 (tkl). Emailed atty. This should be efiled as a 2 part motions. Atty to efile notice to withdraw document and re−efile motion; s/ on proof of service. (Entered: 09/23/2008) |
| 09/23/2008 | Ï 7 | MOTION for Change Venue *Pursuant to 28 U.S.C. Section 1404(a)* by Apple, Inc.. (Attachments: # 1 Memo of Points and Authorities MPA 1−9, # 2 Declaration of Heather Ramirez (DEC 1−3))(Perry, Jessica). Modified on 9/25/2008 (tkl). Emailed atty re S/ on proof of service. (Entered: 09/23/2008) |
| 09/25/2008 | Ï 8 | CERTIFICATE OF SERVICE by Apple, Inc. re 6 MOTION to Strike *and for a More Definite Statement Corrected* (Perry, Jessica) (Entered: 09/25/2008) |
| 09/25/2008 | Ï 9 | CERTIFICATE OF SERVICE by Apple, Inc. re 7 MOTION for Change Venue *Pursuant to 28 U.S.C. Section 1404(a)* MOTION for Change Venue *Pursuant to 28 U.S.C. Section 1404(a) Corrected* (Perry, Jessica) (Entered: 09/25/2008) |
| 09/25/2008 | Ï 10 | MOTION for More Definite Statement by Apple, Inc.. (Attachments: # 1 Memo of Points and Authorities MPA 1−16)(Perry, Jessica) (Entered: 09/25/2008) |
| 10/22/2008 | Ï 11 | Joint MOTION for Change Venue *and to Permit Plaintiff to file Second Amended Complaint* by David Walsh. (Attachments: # 1 Proof of Service)(Nordrehaug, Kyle) (Entered: 10/22/2008) |
| 10/24/2008 | Ï 12 | Case transferred to District of USDC, Northern District of CA, San Jose Division. Files transferred electronically to: *District of USDC, Northern District of CA, San Jose Division*.*280 South First Street**San Jose, CA 95113*. Signed by Judge Jeffrey T. Miller on 10/24/08. (All non−registered users served via U.S. Mail Service).(tkl) (Additional attachment(s) added on 10/27/2008: # 1 Order) (tkl). (Entered: 10/27/2008) |