| | |
|---|---|
| 1 | LYNNE C. HERMLE (STATE BAR NO. 99779) |
| 2 | JOSEPH C. LIBURT (STATE BAR NO. 155507)<br>JESSICA R. PERRY (STATE BAR NO. 209321) |
| 3 | ALLISON E. PITIGOI (STATE BAR NO. 242211)<br>SITTHIKIT CHARIYASATIT (STATE BAR NO. 252028) |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road |
| 5 | Menlo Park, CA  94025<br>Telephone:     650-614-7400 |
| 6 | Facsimile:      650-614-7401<br>lchermle@orrick.com |
| 7 | jliburt@orrick.com<br>jperry@orrick.com |
| 8 | apitigoi@orrick.com<br>schariyasatit@orrick.com |
| 9 | Attorneys for Defendant<br>APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WALSH, an individual, on behalf of himself, and on behalf of all persons similarly situated, | CASE NO. C 08-04918 JF |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| APPLE INC.; and DOES 1-10, | |
| Defendants. | |

OHS West:260566763.1

NOTICE OF APPEARANCE

**TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Lynne C. Hermle, Joseph C. Liburt, Allison E. Pitigoi and Sitthikit Chariyasatit of the law firm of Orrick, Herrington & Sutcliffe LLP hereby appear as counsel of record for Defendant Apple Inc. in the above-captioned matter and hereby request that all notices given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, except original process, be served upon them at the address and e-mail addresses above stated.

Dated: December , 2008

LYNNE C. HERMLE
JOSEPH C. LIBURT
JESSICA R. PERRY
ALLISON E. PITIGOI
SITTHIKIT CHARIYASATIT
ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/
Allison E. Pitigoi
Attorneys for Defendant
APPLE INC.

OHS West:260566763.1 - 1 -

NOTICE OF APPEARANCE