1  LYNNE C. HERMLE (STATE BAR NO. 99779)
   JOSEPH C. LIBURT (STATE BAR NO. 155507)
2  JESSICA R. PERRY (STATE BAR NO. 209321)
   ALLISON E. PITIGOI (STATE BAR NO. 242211)
3  SITTHIKIT CHARIYASATIT (STATE BAR NO. 252028)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
4  1000 Marsh Road
   Menlo Park, CA  94025
5  Telephone:    650-614-7400
   Facsimile:    650-614-7401
6  lchermle@orrick.com
   jliburt@orrick.com
7  jperry@orrick.com
   apitigoi@orrick.com
8  schariyasatit@orrick.com

9  Attorneys for Defendant
   APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WALSH, an individual, DAVID KALUA, an individual, on behalf of themselves, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | CASE NO. 05:08-cv-04918 JF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S MOTION TO STRIKE AND FOR A MORE DEFINITE STATEMENT** |

[PROPOSED] ORDER GRANTING DEF. APPLE INC.'S MOTION TO STRIKE AND FOR A MORE DEFINITE STATEMENT  (CASE NO. 05:08-CV-04918-JF

Dockets.Justia.com

| | |
|---|---|
| 1 | The Motion to Strike and For a More Definite Statement filed by Defendant Apple Inc. |
| 2 | ("Apple") came on regularly for hearing on Friday, March 13, 2009 at 9:00 a.m. in Courtroom 3 |
| 3 | before the Honorable Jeremy Fogel. All parties were represented by counsel. The Court, having |
| 4 | heard the arguments of all parties and having considered all documents filed in support of and in |
| 5 | opposition to this motion, and good cause appearing, |
| 6 | IT IS HEREBY ORDERED THAT: |
| 7 | 1. Apple's Motion to Strike any references and attempts to incorporate California |
| 8 | Labor Code Sections 203 and 226 into Plaintiffs' first claim for unfair competition under |
| 9 | Business and Professions Code Section 17200, *et seq.* is GRANTED, pursuant to Fed. R. Civ. P. |
| 10 | 12(f). |
| 11 | 2. Apple's Motion for a More Definite Statement as to Plaintiffs' first claim is |
| 12 | GRANTED, pursuant to Fed. R. Civ. P. 12(e). Plaintiffs shall file a Third Amended Complaint |
| 13 | no later than _____, and Apple shall answer or otherwise respond no later than |
| 14 | 20 days after the filing and service of the Third Amended Complaint. |
| 15 | IT IS SO ORDERED. |
| 16 | Dated: |

_____
Judge Jeremy Fogel

[PROPOSED] ORDER GRANTING DEF. APPLE INC.'S MOTION TO STRIKE AND FOR A MORE DEFINITE STATEMENT (CASE NO. 05:08-CV-04918-JF)