# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, March 13, 2009       Time (mins): 8
**Case Number:** CV-08-4918-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**                **DAVID WALSH  V.  APPLE, INC.**
                     **PLAINTIFF**                          **DEFENDANT**

   **Attorneys Present:** Kyle Nordrehaug            **Attorneys Present:** Joseph Liburt

---

PROCEEDINGS:
   Hearing on Motion to Strike and for a More Definite Statement held.  Parties are present.  The motion is taken under submission.