| | |
|---|---|
| 1 | LYNNE C. HERMLE (STATE BAR NO. 99779) |
| | JOSEPH C. LIBURT (STATE BAR NO. 155507) |
| 2 | JESSICA R. PERRY (STATE BAR NO. 209321) |
| | ALLISON E. PITIGOI (STATE BAR NO. 242211) |
| 3 | SITTHIKIT CHARIYASATIT (STATE BAR NO. 252028) |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 4 | 1000 Marsh Road |
| | Menlo Park, CA  94025 |
| 5 | Telephone:     650-614-7400 |
| | Facsimile:      650-614-7401 |
| 6 | lchermle@orrick.com |
| | jliburt@orrick.com |
| 7 | jperry@orrick.com |
| | apitigoi@orrick.com |
| 8 | schariyasatit@orrick.com |
| 9 | Attorneys for Defendant |
| | APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WALSH, an individual, on behalf of himself, and on behalf of all persons similarly situated, | CASE NO. C 08-04918 JF |
| Plaintiff, | **DEFENDANT APPLE INC.'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| APPLE INC.; and DOES 1-10, | |
| Defendants. | |

OHS West:260624586.2

DEFENDANT APPLE INC.'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Apple Inc. ("Apple") hereby discloses that it is a publicly held company with numerous shareholders. It has no parent company, and that no company owns more than ten percent (10%) of its stock. Pursuant to Local Rule 3-16, the undersigned counsel certifies that the following persons are directors and executive officers of Apple who have a financial interest in Apple, as defined by 28 U.S.C. section 455 (d)(4): (a) <u>Board of Directors</u>: William Campbell; Millard Drexler; Albert Gore Jr.; Steve Jobs; Andrea Jung; Arthur D. Levinson, Ph.D.; Eric Schmidt, Ph.D.; and Jerome B. York; (b) <u>Executive Officers</u>: Steve Jobs, Timothy D. Cook; Daniel Cooperman; Peter Oppenheimer, Philip W. Schiller; Scott Forstall; Ronald B. Johnson; Jonathan Ive; Robert Mansfield; Bertrand Serlet; and Sina Tamaddon.

Dated: March 24, 2009

LYNNE C. HERMLE
JOSEPH C. LIBURT
JESSICA R. PERRY
ALLISON E. PITIGOI
SITTHIKIT CHARIYASATIT
ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/
Joseph C. Liburt
Attorneys for Defendant
APPLE INC.