| | |
|---|---|
| 1 | LYNNE C. HERMLE (STATE BAR NO. 99779) |
| | JOSEPH C. LIBURT (STATE BAR NO. 155507) |
| 2 | JESSICA R. PERRY (STATE BAR NO. 209321) |
| | ALLISON E. PITIGOI (STATE BAR NO. 242211) |
| 3 | SITTHIKIT CHARIYASATIT (STATE BAR NO. 252028) |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 4 | 1000 Marsh Road |
| | Menlo Park, CA 94025 |
| 5 | Telephone: 650-614-7400 |
| | Facsimile: 650-614-7401 |
| 6 | lchermle@orrick.com |
| | jliburt@orrick.com |
| 7 | jperry@orrick.com |
| | apitigoi@orrick.com |
| 8 | schariyasatit@orrick.com |
| 9 | Attorneys for Defendant |
| | APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WALSH, an individual, on behalf of himself, and on behalf of all persons similarly situated, | CASE NO. C 08-04918 JF |
| Plaintiff, | **DECLARATION OF JOSEPH C. LIBURT IN SUPPORT OF STIPULATION CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES** |
| v. | |
| APPLE INC.; and DOES 1-10, | |
| Defendants. | |

OHS West:260631908.1

DECLARATION OF JOSEPH C. LIBURT ISO STIPULATION
CONTINUING INITIAL CMC AND ASSOCIATED
DEADLINES (CASE NO. C 08-04918 JF)

1 | I, Joseph C. Liburt, hereby declare:

2 | 1. I am a member of the State Bar of California and am authorized to practice before this Court. I am a partner in the law firm of Orrick, Herrington & Sutcliffe LLP, attorneys of record for defendant Apple Inc. ("Apple" or "Defendant") in this action. I make this declaration in support of the Stipulation Continuing Initial Case Management Conference and Associated Deadlines, filed concurrently herewith. The facts set forth in this declaration I know to be true of my own personal knowledge, except where such facts are stated to be based on information and belief, and those facts I believe to be true. If called as a witness I could and would testify competently to the matters set forth in this declaration.

2. Under the Court's October 28, 2008 Scheduling Order, the case management conference is set for April 17, 2009; the last day for a Rule 26(f) conference is March 27, 2009; and the last day to file the case management statement, initial disclosures and Rule 26(f) Report is April 10, 2009.

3. The parties are scheduled to attend private mediation on this matter on April 10, 2009.

4. On March 16, 2009, the Court granted Apple's Motion for a More Definite Statement and ordered Plaintiffs to file an amended complaint within 30 days of the date of the order.

5. The parties believe it would be more efficient to postpone the currently scheduled CMC until after the scheduled mediation and after the amended complaint is filed.

6. Pursuant to General Order No. 45, I attest that concurrence in the filing of the Stipulation has been obtained from the other signatories which shall serve in lieu of their signatures on the document.

//
//
//

1     I declare under penalty of perjury under the laws of the State of California that the
2 foregoing is true and correct, and that this declaration was executed in Menlo Park, California on
3 March 25, 2009.

/s/<br>
Joseph C. Liburt