BLUMENTHAL, NORDREHAUG & BHOWMIK
Norman B. Blumenthal (STATE BAR NO. 068687)
Kyle R. Nordrehaug (STATE BAR NO. 205975)
Aparajit Bhowmik (STATE BAR NO. 248066)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232

UNITED EMPLOYEES LAW GROUP
Walter Haines (STATE BAR NO. 071705)
65 Pine Ave, #312
Long Beach, CA 90802
Telephone: (562) 256-1047
Facsimile: (562) 256-1006

Attorneys for Plaintiffs
DAVID WALSH and DAVID KALUA

LYNNE C. HERMLE (STATE BAR NO. 99779)
JOSEPH C. LIBURT (STATE BAR NO. 155507)
JESSICA R. PERRY (STATE BAR NO. 209321)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:    650-614-7400
Facsimile:    650-614-7401
lchermle@orrick.com
jliburt@orrick.com
jperry@orrick.com

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WALSH, an individual, DAVID KALUA, an individual, on behalf of themselves, and on behalf of all persons similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　　　Defendant. | CASE NO. 05:08-cv-04918 JF<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES** |

OHS West:260628031.1

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL
CASE MANAGEMENT CONFERENCE AND ASSOCIATED
DEADLINES (08-04918 JF)

| | |
|---|---|
| 1 | Pursuant to Civil Local Rule 6-2 and 7-12, Plaintiffs David Walsh and David Kalua |
| 2 | (collectively "Plaintiffs") and Defendant Apple Inc. ("Apple"), by and through their respective |
| 3 | counsel of record, hereby submit this Stipulation and Proposed Order seeking a four week |
| 4 | continuance of the Initial Case Management Conference and other associated deadlines set forth |
| 5 | in the Court's October 28, 2008 Scheduling Order. |
| 6 | WHEREAS, the case management conference is currently set for April 17, 2009 under the |
| 7 | Scheduling Order; |
| 8 | WHEREAS, the last day for a Rule 26(f) conference under the Scheduling Order is March |
| 9 | 27, 2009; |
| 10 | WHEREAS, the last day to file the case management statement, initial disclosures, and |
| 11 | Rule 26(f) Report under the Scheduling Order is April 10, 2009; |
| 12 | WHEREAS, the parties will be attending mediation regarding this matter on April 10, |
| 13 | 2009; |
| 14 | WHEREAS, on March 16, 2009, the Court granted Apple's Motion for a More Definite |
| 15 | Statement and ordered Plaintiffs to file an amended complaint within 30 days of the date of the |
| 16 | order; |
| 17 | WHEREAS, the parties believe it would be more efficient to postpone the currently |
| 18 | scheduled CMC until after the scheduled mediation and after the amended complaint is filed; |
| 19 | WHEREAS, a four week continuance of the Initial Case Management Conference and |
| 20 | associated deadlines set forth in the October 28, 2008 Scheduling Order will provide the |
| 21 | additional time necessary for the parties to fully prepare for the Rule 26(f) conference, initial |
| 22 | disclosures, and case management statement and allow for a more productive case management |
| 23 | conference; |
| 24 | THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT: |
| 25 | The Initial Case Management Conference, presently scheduled for April 17, 2009, is |
| 26 | continued to May 15, 2009 at 10:30 a.m., or as soon thereafter as the Court's schedule will allow, |
| 27 | and that the associated deadlines set forth in the October 31, 2008 Scheduling Order be continued |
| 28 | accordingly. |

| | |
|---|---|
| 1 | IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD. |

Dated: March 25, 2009

LYNNE C. HERMLE
JOSEPH C. LIBURT
JESSICA R. PERRY
ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/
Joseph C. Liburt
Attorneys for Defendant
APPLE INC.

Dated: March 25, 2009

NORMAN B. BLUMENTHAL
KYLE R. NORDREHAUG
APARAJIT BHOWMIK
BLUMENTHAL, NORDREHAUG & BHOWMIK

WALTER HAINES
UNITED EMPLOYEES LAW GROUP

/s/
Aparajit Bhowmik
Attorneys for Plaintiffs
DAVID WALSH and DAVID KALUA

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The Initial Case Management Conference is continued to May 15, 2009. The deadlines set forth in the October 28, 2008 Scheduling Order are continued accordingly.

Dated: 3/26/09

The Honorable Jeremy Fogel
United States District Judge