| | |
|---|---|
| 1 | LYNNE C. HERMLE (STATE BAR NO. 99779) |
| | JOSEPH C. LIBURT (STATE BAR NO. 155507) |
| 2 | JESSICA R. PERRY (STATE BAR NO. 209321) |
| | ALLISON E. PITIGOI (STATE BAR NO. 242211) |
| 3 | SITTHIKIT CHARIYASATIT (STATE BAR NO. 252028) |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 4 | 1000 Marsh Road |
| 5 | Menlo Park, CA 94025 |
| | Telephone: 650-614-7400 |
| 6 | Facsimile: 650-614-7401 |
| | lchermle@orrick.com |
| 7 | jliburt@orrick.com |
| 8 | jperry@orrick.com |
| | apitigoi@orrick.com |
| 9 | schariyasatit@orrick.com |

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WALSH, an individual, DAVID KALUA, an individual, on behalf of themselves, and on behalf of all persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No. 05:08-cv-04918-JF <br><br> **ADR CERTIFICATION BY DEFENDANT APPLE INC. AND COUNSEL** |

OHS West:260634121.1

ADR CERTIFICATION BY DEFENDANT APPLE INC.
AND COUNSEL (05:08-CV-04918-JF)

1    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he has:

1.  Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" that was downloaded from the Court's ADR Internet site http://www.adr.cand.uscourts.gov (*Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45*);

2.  Discussed the available dispute resolution options provided by the Court and private entities; and

3.  Considered whether this case might benefit from any of the available dispute resolution options.

   Orrick, Herrington & Sutcliffe LLP attests that concurrence in the filing of the document has been obtained from the other signatories which shall serve in lieu of their signatures on the document.

Dated: April 10, 2009     Apple Inc.

By:    /s/
   Lisa Olle, Litigation Counsel
   Defendant Apple Inc. [Party]

Dated: April 10, 2009     Orrick, Herrington & Sutcliffe LLP

   /s/
   Joseph C. Liburt
   Attorneys for Defendant
   Apple Inc. [Counsel]