BLUMENTHAL, NORDREHAUG & BHOWMIK
Norman B. Blumenthal (State Bar #068687)
Kyle R. Nordrehaug (State Bar #205975)
Aparajit Bhowmik (State Bar #248066)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232

UNITED EMPLOYEES LAW GROUP
Walter Haines (State Bar #71705)
65 Pine Ave, #312
Long Beach, CA 90802
Telephone: (562) 256-1047
Facsimile: (562) 256-1006

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID WALSH, an individual, DAVID KALUA, an individual, on behalf of themselves, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>APPLE, INC.<br><br>Defendants. | CASE No. 05:08-cv-04918-JF<br><br>ADR CERTIFICATION BY PLAINTIFFS AND THEIR COUNSEL<br><br>Judge: Hon. Fogel |

1

PROOF OF SERVICE

Case No. 05:08-cv-04918-JF

Dockets.Justia.com

1  Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3.5(b), each of the undersigned certifies that
2  he has:
3  (1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of
4  California" on the Court's ADR Internet site www.adr.cand.uscourts.gov;
5  (2) Discussed the available dispute resolution options provided by the Court and private
6  entities; and,
7  (3) Considered whether their case might benefit from any of the available dispute resolution
8  options.

10  Dated: April 27, 2009

   _____
   David Walsh, Plaintiff

12
13  Dated: April ___, 2009           _____
                                      David Kalua, Plaintiff

15  Dated: April 30, 2009            BLUMENTHAL, NORDREHAUG & BHOWMIK

17                                   _/s/ Kyle Nordrehaug_____
                                      Kyle Nordrehaug
18                                    Attorney for Plaintiffs

2
PROOF OF SERVICE
Case No. 05:08-cv-04918-JF

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3.5(b), each of the undersigned certifies that he has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and,

(3) Considered whether their case might benefit from any of the available dispute resolution options.

Dated: April ___, 2009

_____
David Walsh, Plaintiff

Dated: April 30, 2009

_____
David Kalua, Plaintiff

Dated: April ___, 2009

BLUMENTHAL, NORDREHAUG & BHOWMIK

*/s/ Kyle Nordrehaug*
Kyle Nordrehaug
Attorney for Plaintiffs

2
PROOF OF SERVICE
Case No. 05:08-cv-04918-JF

## CERTIFICATE OF SERVICE [F.R.C.P. §5]

I am a citizen of the United States and a resident of the State of California. I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 2255 Calle Clara, La Jolla, California 92037. On May 5, 2009, I served the document(s) described as below in the manner set forth below:

(1) ADR CERTIFICATION BY PLAINTIFFS AND THEIR COUNSEL

_XX_ (BY ELECTRONIC SERVICE): I caused the listed documents to be electronically filed through the CM/ECF system at the United States District Court for the Southern District of California which generates a Notice of Electronic Filing to all parties and constitutes service of the electronically filed documents on all parties for purposes of the Federal Rules of Civil Procedure.

_**XX**_ (Federal): I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the foregoing is true and correct under penalty of perjury.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on May 5, 2009 at San Diego, California.

By: _/s/ Kyle Nordrehaug_
Kyle R. Nordrehaug

K:\D\NBB\Walsh v. Apple\p-ADR - certification.wpd

3
PROOF OF SERVICE
Case No. 05:08-cv-04918-JF