**BLUMENTHAL, NORDREHAUG & BHOWMIK**
  Norman B. Blumenthal (State Bar #068687)
  Kyle R. Nordrehaug (State Bar #205975)
  Aparajit Bhowmik (State Bar #248066)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232

**UNITED EMPLOYEES LAW GROUP**
   Walter Haines (State Bar #71705)
65 Pine Ave, #312
Long Beach, CA 90802
Telephone: (562) 256-1047
Facsimile: (562) 256-1006

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| DAVID WALSH, an individual, DAVID KALUA, an individual, on behalf of themselves, and on behalf of all persons similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>APPLE, INC.<br><br>        Defendants. | CASE No. 05:08-cv-04918-JF<br><br>PLAINTIFFS' CERTIFICATE OF INTERESTED ENTITIES OR PERSONS<br><br>Judge:    Hon. Fogel |

1
PLAINTIFFS' CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

Case No. 05:08-cv-04918-JF

Pursuant to Civil L.R. 3-16 Plaintiffs David Kalua and David Walsh hereby acknowledge that no parties other than themselves and the members of the class are known to have either (i) a financial interest (of any kind) in the subject matter in controversy or in a party to the proceeding; or, (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

Dated: May 5, 2009                                BLUMENTHAL, NORDREHAUG & BHOWMIK

By: _____/s/ Aparajit Bhowmik_____
Aparajit Bhowmik
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE [F.R.C.P. §5]

I am a citizen of the United States and a resident of the State of California. I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 2255 Calle Clara, La Jolla, California 92037. On May 5, 2009, I served the document(s) described as below in the manner set forth below:

(1) PLAINTIFFS' CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

_XX_ (BY ELECTRONIC SERVICE): I caused the listed documents to be electronically filed through the CM/ECF system at the United States District Court for the Southern District of California which generates a Notice of Electronic Filing to all parties and constitutes service of the electronically filed documents on all parties for purposes of the Federal Rules of Civil Procedure.

_XX_ (Federal): I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the foregoing is true and correct under penalty of perjury.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on May 5, 2009 at San Diego, California.

/s/ *Aparajit Bhowmik*
Aparajit Bhowmik

G:\D\NBB\Walsh v. Apple\p-3-16 disclosure.wpd

---

3
PLAINTIFFS' CERTIFICATE OF INTERESTED ENTITIES OR PERSONS
Case No. 05:08-cv-04918-JF