# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
#### COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, May 15, 2009          Time: 3 mins
**Case Number:** CV-08-4918-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

**TITLE:**                **DAVID WALSH  V.  APPLE, INC.**
                    **PLAINTIFF**                                    **DEFENDANT**


   Attorneys Present: Kyle Nordrehaug          Attorneys Present: Jessica Perry, Lynne Hermle


PROCEEDINGS:
   Case management conference held.  Parties are present.  The case is set for hearing Motion for Class Certification on 5/21/10 at 9:00 a.m.