UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

November 3, 2008

**CASE INFORMATION:**
Short Case Title: <u>JOHN GABOR, ET AL.</u>-v- <u>UNITED STATES OF AMERICA, ET AL.</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>San Jose Division, Judge Ronald M. Whyte</u>
Criminal and/or Civil Case No.: <u>CV 07-06091 RMW</u>
Date Complaint/Indictment/Petition Filed: <u>12/03/2007</u>
Date Appealed order/judgment *entered* <u>9/9/2008</u>
Date NOA *filed* <u>11/3/2008</u>
COA Status (check one):    ☐ granted in full (attach order)    ☐ denied in full (send record)
                       ☐ granted in part (attach order)    ☐ pending

Court Reporter(s) Name & Phone Number: <u>Lee-Anne Shortridge 408-287-4580</u>

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: <u>11/3/2008</u>            Date Docket Fee Billed:
Date FP granted:                    Date FP denied:
Is FP pending? ☐ yes   ☐ no            Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes   ☐ no
Companion Cases? Please list:
*Please attach copy of any order granting, denying or revoking FP*.

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel: John Gabor          Appellee Counsel: Claire T. Cormier
                   Kay Gabor                    United States Attorney's Office
                   590 Smokey Court         150 Almaden Boulevard, Suite 900
                   Campbell, CA. 95008-3717   San Jose, CA. 95113
                   408-378-4326                    408-535-5082
                                               claire.cormier@usdoj.gov

                                               Kay Keeching Yu
                                               State Attorney General's Office
                                               455 Golden Gate Avenue, Suite 11000
                                               San Francisco, CA. 94102-3664
                                               415-703-5593
                                               kay.yu@doj.ca.gov
☐ retained   ☐ CJA   ☐ FPD X Pro Se   ☐ Other    *Please attach appointment order.*

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                    9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>D. Miyashiro</u>
                                                              408-535-5373