# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
#### COURTROOM NO. 3 - 5™ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, February 26, 2010       Time: 3 mins
**Case Number:** CV-08-4918-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

**TITLE:**                **DAVID WALSH  V.  APPLE, INC.**
                  **PLAINTIFF**                              **DEFENDANT**

  **Attorneys Present:** Kyle Nordrehaug      **Attorneys Present:** Jessica Perry

PROCEEDINGS:
Motion for Preliminary Aproval of Settlement held.  Parties are present.  The Court grants the motion and sets the case for Final Approval hearing on 7/9/10 at 9:00 a.m.

Dockets.Justia.com