1  BLUMENTHAL, NORDREHAUG & BHOWMIK
   Norman B. Blumenthal (STATE BAR NO. 068687)
2  Kyle R. Nordrehaug (STATE BAR NO. 205975)
3  Aparajit Bhowmik (STATE BAR NO. 248066)
   2255 Calle Clara
4  La Jolla, CA 92037
   Telephone: (858)551-1223
5  Facsimile: (858) 551-1232

6
   UNITED EMPLOYEES LAW GROUP
7  Walter Haines (STATE BAR NO. 071705)
   65 Pine Ave, #312
8  Long Beach, CA 90802
   Telephone: (562) 256-1047
9  Facsimile: (562) 256-1006

10 Attorneys for Plaintiffs
   DAVID WALSH and DAVID KALUA
11
   LYNNE C. HERMLE (STATE BAR NO. 99779)
12 JOSEPH C. LIBURT (STATE BAR NO. 155507)
   JESSICA R. PERRY (STATE BAR NO. 209321)
13 ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
14 Menlo Park, CA  94025
   Telephone:    650-614-7400
15 Facsimile:    650-614-7401
   lchermle@orrick.com
16 jliburt@orrick.com
   jperry@orrick.com
17
   Attorneys for Defendant
18 APPLE INC.

** E-Filed 7/23/2010**

19                UNITED STATES DISTRICT COURT

20                NORTHERN DISTRICT OF CALIFORNIA

21 DAVID WALSH, an individual, DAVID          Case No.  C 08-04918 JF
   KALUA, an individual, on behalf of themselves,
22 and on behalf of all persons similarly situated,

23          Plaintiffs,                        **JUDGMENT**

24     v.                                      **Judge: Hon. Jeremy Fogel**

25 APPLE INC.,                                 **Court: Dept. 3**

26          Defendant.                         **Action Filed: August 4, 2008**

27

28

1   The Named Plaintiffs David Walsh and David Kalua's Motion for Final Approval of the
2   Parties' Class Action Settlement and Named Plaintiff Awards, PAGA Payment, Administration
3   Payment and Fee and Costs Award came on for hearing on July 9, 2010 in the above-captioned
4   Court, the Honorable Jeremy D. Fogel presiding.  The Court having previously granted
5   preliminary approval of the Settlement on February 26, 2010 [Doc. No. 41], the Parties having
6   fully briefed the issues regarding final approval and attorney's fees, the cause having been heard,
7   and the Court having granted final approval of the Settlement,

   IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

   Judgment is entered on the terms set forth in the Order Granting Final Approval of Class Action Settlement.

   Dated:   7-23-2010

   _____
   UNITED STATES DISTRICT COURT JUDGE