BINGHAM McCUTCHEN LLP
CHRISTOPHER B. HOCKETT (SBN 121539)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
chris.hockett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway
M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506-4846
Facsimile: (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle Corporation, Oracle USA, Inc., and Oracle International Corporation

JONES DAY
ROBERT A. MITTELSTAEDT (SBN 060359)
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com

JONES DAY
THARAN GREGORY LANIER (SBN 138784)
JANE L. FROYD (SBN 220776)
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

JONES DAY
SCOTT W. COWAN (Admitted *Pro Hac Vice*)
JOSHUA L. FUCHS (Admitted *Pro Hac Vice*)
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP America, Inc., and TomorrowNow, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,

Plaintiffs,

v.

SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive,

Defendants.

Case No. 07-CV-1658 (MJJ)

**STIPULATION AND [PROPOSED] ORDER RE: DESIGNATION OF THE HONORABLE CHARLES A. LEGGE (RET.) AS SPECIAL DISCOVERY MASTER IN ACCORDANCE WITH F.R.C.P. RULE 53**



Dockets.Justia.com

Plaintiffs Oracle Corporation, Oracle USA, Inc. and Oracle International Corporation and Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc. (collectively the "Parties") jointly submit this Stipulation and [Proposed] Order Re: Designation of the Honorable Charles A. Legge (Ret.) as Special Discovery Master in Accordance with F.R.C.P. Rule 53.

WHEREAS, in the Court's Pretrial Order, dated September 25, 2007, the Court directed the Parties to select a mutually agreeable Special Discovery Master in the above-captioned action;

WHEREAS, the Parties mutually selected the Honorable Charles A. Legge (Ret.) to serve as the Special Discovery Master in this action;

WHEREAS, on or about October 30, 2007, the Court stated its approval of the Honorable Charles A. Legge (Ret.) as the Special Discovery Master; and,

WHEREAS, the Honorable Charles A. Legge (Ret.) is available and consents to serve as Special Discovery Master in this action.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by the Parties, through their respective counsel of record, that the Honorable Charles A. Legge (Ret.) may be appointed to serve as the Special Discovery Master in the above-captioned case in accordance with Federal Rule of Civil Procedure Rule 53.

**BASED UPON THE FOREGOING STIPULATION, THE COURT HEREBY ORDERS AS FOLLOWS:**

1. The Honorable Charles A. Legge (Ret.) is hereby appointed to serve as the Special Discovery Master in the above-captioned case in accordance with Federal Rules of Civil Procedure Rule 53.

2. The Special Discovery Master shall proceed with all reasonable diligence in considering and deciding matters brought before him.

3. The Special Discovery Master shall:

(a) Hear all discovery disputes involving the Parties, either informally or by formal motion, with such briefing as the Special Discovery

Master deems appropriate in his sole discretion, and report and make recommendations to the Court with respect to the resolution of such disputes; and,

(b) Hear from the Parties and report and make recommendations to the Court with respect to any disputes regarding the protective order entered in this action that are incidental to discovery.

4. Ex parte communications with the Special Discovery Master shall not be permitted, other than ministerial communications with the administrative staff for the Special Discovery Master.

5. The Special Discovery Master shall make timely reports and recommendations, as appropriate, to the District Court Judge, in accordance with Rule of Civil Procedure 53(f). A report and recommendation of the Special Discovery Master regarding a discovery or protective order dispute shall become a final order of this Court unless a Party files timely objections in accordance with Rule of Civil Procedure 53(g). The Court shall decide de novo all objections to findings of fact made or recommended by the Special Discovery Master.

6. The Special Discovery Master shall preserve all documents, pleadings and other written materials submitted by the Parties, and all tentative and final orders, findings and reports and recommendations issued in connection with his work in the above-captioned matter. The Special Discovery Master shall not be required to preserve any documents in connection with the above-captioned matter after receiving written notice from a Party, and receiving written confirmation from the other Party, of the final settlement, or entry of an order, judgment, or decree finally disposing of this Action, including the exhaustion of all permissible appeals. Further, within thirty (30) days after receiving such notice and confirmation, the Special Discovery Master shall destroy all documents related to the above-captioned matter to the extent those documents include any information designated as “Confidential Information” or “Highly Confidential Information - Attorneys’ Eyes Only” by either Party and certify that fact to counsel for both Parties.

7. The Special Discovery Master shall be compensated on an hourly basis at

his standard hourly rate to be paid one half by plaintiffs and one half by defendants.

DATED: January 3, 2008

BINGHAM McCUTCHEN LLP

By: Christopher B. Hockett /sa

Christopher B. Hockett
Attorneys for Plaintiffs
Oracle Corporation, Oracle International Corporation, and Oracle USA, Inc.

DATED: January 2, 2008

JONES DAY

By: ______________________

Tharan Gregory Lanier
Attorneys for Defendants
SAP AG, SAP America, Inc., and TomorrowNow, Inc.

**IT IS SO ORDERED.**

Dated:____________________

______________________________
Honorable Martin J. Jenkins
United States District Court Judge

SVI-53779v1