IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

**HONORABLE MARTIN J. JENKINS** Courtroom Clerk: **Monica Narcisse**

DATE: **February 12, 2008** [**2:17 - 2:35 pm**] Court reporter: **Sahar McVickar**

Case Number: **C07-01658 MJJ**

Case Name: **ORACLE CORPORATION** v. **SAP AG**

COUNSEL FOR PLAINTIFF(S):
**Christopher Hockett**
**Geoffrey Howard**

COUNSEL FOR DEFENDANT(S):
**Robert Mittelstaedt**
**Tharan Lanier**

TYPE OF HEARING: **Status Conference**

MOTIONS PROCEEDINGS: RULING:
1.

ORDERED AFTER HEARING:
- **Matter referred to ADR for Mediation Program**

ORDER TO BE PREPARED BY: Plntf () Deft () Joint () Court ()

Referred to Magistrate Judge For: **Settlement in** *
(The parties are directed to contact the courtroom deputy of the undersigned judge if they are not advised of the assigned magistrate judge with thirty (30) days.)

CASE CONTINUED TO: for

Pre-Trial Conference Date : at 3:30 p.m.

Trial Date: at 8:30 a.m. Set for days
Type of Trial: ()Jury ( )Court

Notes: **Plaintiffs anticipates filing amended complaint.**

cc: **ADR**

Dockets.Justia.com