Walsh v. Apple, Inc. et al

Doc. 60



# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Oracle Corporation, Plaintiff(s), v. SAP AG, Defendant(s). | 07-01658 PJH MED **Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Richard H. Abramson**
SRI Headquarters
333 Ravenswood Ave
Menlo Park, CA 94025-3493
650-859-2000

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.



Dockets.Justia.com

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: February 26, 2008

RICHARD W. WIEKING
Clerk
by: Claudia M. Forehand

ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

United States District Court
Northern District of California