Walsh v. Apple, Inc. et al
Doc. 67

Robert A. Mittelstaedt (SBN 60359)
Jason McDonell (SBN 115084)
JONES DAY
San Francisco Office
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: 650-739-3939
Facsimile: 650-739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

Donn P. Pickett (SBN 72257)
Geoffrey M. Howard (SBN 157468)
Holly A. House (SBN 136045)
Zachary J. Alinder (SBN 209009)
Bree Hann (SBN 215695)
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

Dorian Daley (SBN 129049)
Jennifer Gloss (SBN 154227)
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506-4846
Facsimile: (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
ORACLE CORPORATION, ORACLE USA, INC., and ORACLE INTERNATIONAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,**

**Plaintiffs,**

**v.**

**SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive,**

**Defendants.**

**Case No. 07-CV-1658 PJH**

**STIPULATED REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE FROM APRIL 3, 2008 TO APRIL 24, 2008**



Dockets.Justia.com

WHEREAS, during a hearing concerning discovery matters on March 4, 2008, the Special Discovery Master, the Hon. Charles A. Legge (Ret.), suggested that the parties recommend to the Court modifications of the discovery schedule in this case;

WHEREAS, the parties agree that modifications to the discovery schedule are necessary and appropriate at this time;

WHEREAS, the nature and extent of such modifications depend, in part, on the nature and timing of an amended complaint that plaintiffs expect to file;

WHEREAS, plaintiffs believe that completion of certain depositions that they have noticed pursuant to F.R.Civ.P. 30(b)(6) is necessary before finalizing the amended complaint;

WHEREAS, plaintiffs expressed their desire to complete certain depositions before finalizing the amended complaint to the Court at the February 12, 2008 Case Management Conference, stating "[t]here are depositions last week in Denver and depositions next week in San Francisco that are addressed to the facts that will be at the core of our amended complaint," among other reasons provided by plaintiffs as to why the amended complaint had not yet been finalized;

WHEREAS, plaintiffs have been diligent in their efforts to complete these Rule 30(b)(6) depositions;

WHEREAS, defendants have determined that they must withdraw a previously-scheduled Rule 30(b)(6) witness, and, therefore, the parties are in the process of attempting to reschedule that deposition for the end of March or early April;

WHEREAS, in accordance with Judge Legge's suggestion, the parties have agreed to meet and confer and attempt to reach agreement on proposed modifications to the discovery schedule that will: (i) permit plaintiffs to complete the Rule 30(b)(6) depositions and their proposed amended complaint; and (ii) allow sufficient time for the parties to complete the discovery that they expect will be necessary in light of the discovery completed to date and the proposed amended complaint;

WHEREAS, to allow for completion of those discussions prior to the next Case Management Conference, the parties jointly request a short continuance.

NOW THEREFORE the parties hereto stipulate as follows:

The Case Management Conference that is scheduled for April 3, 2008 may be vacated and rescheduled for April 24, 2008 at 2:30 p.m. or at such later time as the Court may order.

Dated: March 13, 2008

JONES DAY

By: ______________________
Jason McDonell

Counsel for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

Dated: March 13, 2008

BINGHAM McCUTCHEN LLP

By: ______________________
Geoffrey M. Howard

Counsel for Plaintiffs
ORACLE CORPORATION, ORACLE USA, INC., and ORACLE INTERNATIONAL CORPORATION

Dated: March 14, 2008

