Walsh v. Apple, Inc. et al
Doc. 68

# EXHIBIT 1

Dockets.Justia.com

BINGHAM McCUTCHEN LLP
CHRISTOPHER B. HOCKETT (SBN 121539)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
chris.hockett@bingham.com
geoff.howard@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
500 Oracle Parkway
M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506-4846
Facsimile: (650) 506-7114
dorian.daley@oracle.com

Attorneys for Plaintiffs
Oracle Corporation, Oracle USA, Inc.,
and Oracle International Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br>v.<br><br>SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 07-CV-01658 (MJJ)<br><br>**PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT SAP AMERICA, INC.** |

and in some instances identical to Oracle's DST solution."

*Response to Lawsuit*

**REQUEST FOR PRODUCTION NO. 51:**

All Documents relating to Your investigation, consideration, and exploration of the allegations in Oracle's Complaint and First Amended Complaint, including without limitation all Documents relating to the "immediate and thorough examination of all questions raised by the Oracle allegations," as described by SAP AG CEO Henning Kagermann on July 3, 2007 at an SAP AG press conference call.

**REQUEST FOR PRODUCTION NO. 52:**

All Documents relating to the decision to appoint Mark White as SAP TN's Executive Chairman and the decision to "institute changes in TomorrowNow's operational management to ensure compliance with appropriate business practices," as described by SAP AG CEO Henning Kagermann on July 3, 2007 at an SAP AG press conference call.

**REQUEST FOR PRODUCTION NO. 53:**

All Documents relating to Mark White's decisions, analysis, and actions as SAP TN's Executive Chairman relating to any "enforce[ment of] existing procedures," any "implement[ation] of new policies," and any "renewed training for TomorrowNow employees," as described by SAP AG CEO Henning Kagermann on July 3, 2007 at an SAP AG press conference call.

**REQUEST FOR PRODUCTION NO. 54:**

All Documents relating to SAP TN's Customers' reaction to this lawsuit and to Your Answer to the First Amended Complaint, including without limitation all Documents relating to SAP AG CEO's statement on July 3, 2007 at an SAP AG press conference call that "we will continue to give the support to TomorrowNow's customers and so they should not be concerned about this [lawsuit]."

**REQUEST FOR PRODUCTION NO. 55:**

All Documents relating to Department of Justice, Federal Bureau of Investigation, or

other federal, state, or local government agency's request or investigation into the allegations in the First Amended Complaint, including without limitation all Documents provided by You to any such agency in response to a request or investigation of those allegations.

*Miscellaneous*

**REQUEST FOR PRODUCTION NO. 56:**

All Documents identified, referred to, or consulted by You in preparing Your Responses to any Interrogatory or Request for Admission propounded by Oracle in this litigation.

**REQUEST FOR PRODUCTION NO. 57:**

All Documents that You contend support any of Your claims or defenses in this litigation.

**REQUEST FOR PRODUCTION NO. 58:**

All Documents relating to SAP AG CEO Henning Kagermann's July 3, 2007 contention at an SAP AG press conference call that "we believe just downloading support material is not harm to [Oracle]."

**REQUEST FOR PRODUCTION NO. 59:**

All Documents relating to any of Your affirmative defenses listed in Your Answer.

**REQUEST FOR PRODUCTION NO. 60:**

All Documents that You may rely upon or introduce at trial in this litigation.

**REQUEST FOR PRODUCTION NO. 61:**

All Documents described, referred to, or consulted by You in preparing Your initial disclosures in this litigation, as required by Federal Rule of Civil Procedure 26(a)(1)(B).

**REQUEST FOR PRODUCTION NO. 62:**

All English language versions or translations of any Documents not written in English that are in Your possession, custody, or control and that are responsive to one or more of these Requests.

**REQUEST FOR PRODUCTION NO. 63:**

All Documents Relating to Your document preservation policies, efforts, and conduct in