Walsh v. Apple, Inc. et al
Doc. 68 Att. 1

# EXHIBIT 2

Dockets.Justia.com

BINGHAM McCUTCHEN LLP
CHRISTOPHER B. HOCKETT (SBN 121539)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
chris.hockett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JEFFREY S. ROSS (SBN 138172)
500 Oracle Parkway
M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506-4846
Facsimile: (650) 506-7114
dorian.daley@oracle.com
jeff.ross@oracle.com

Attorneys for Plaintiffs
Oracle Corporation, Oracle USA, Inc.,
and Oracle International Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,

Plaintiffs,

v.

SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive,

Defendants.

CASE NO. 07-cv-01658 (MJJ)

**PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT TOMORROWNOW, INC.**

allegations in Oracle's Complaint and First Amended Complaint, including without limitation all Documents relating to the "immediate and thorough examination of all questions raised by the Oracle allegations," as described by SAP AG CEO Henning Kagermann on July 3, 2007 at an SAP AG press conference call.

**REQUEST FOR PRODUCTION NO. 81:**

All Documents relating to the decision to appoint Mark White as Your Executive Chairman and the decision to "institute changes in TomorrowNow's operational management to ensure compliance with appropriate business practices," as described by SAP AG CEO Henning Kagermann on July 3, 2007 at an SAP AG press conference call.

**REQUEST FOR PRODUCTION NO. 82:**

All Documents relating to Mark White's decisions, analysis, and actions as Your Executive Chairman, including without limitation all Documents relating to any "enforce[ment of] existing procedures," any "implement[ation] of new policies," and any "renewed training for TomorrowNow employees," as described by SAP AG CEO Henning Kagermann on July 3, 2007 at an SAP AG press conference call.

**REQUEST FOR PRODUCTION NO. 83:**

All Documents relating to Your Customers' reaction to this lawsuit and to Your Answer to the First Amended Complaint, including without limitation all Documents relating to SAP AG CEO's statement on July 3, 2007 at an SAP AG press conference call that "we will continue to give the support to TomorrowNow's customers and so they should not be concerned about this [lawsuit]."

**REQUEST FOR PRODUCTION NO. 84:**

All Documents relating to Department of Justice, Federal Bureau of Investigation, or other federal, state, or local government agency's request or investigation into the allegations in the Complaint and First Amended Complaint, including without limitation all Documents provided by You to any such agency in response to a request or investigation of those allegations.