Walsh v. Apple, Inc. et al
Doc. 68 Att. 2

# EXHIBIT 3

Dockets.Justia.com

Robert A. Mittelstaedt (SBN 060359)
JONES DAY
San Francisco Office
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAP AG, et al.,<br><br>Defendants. | Case No. 07-CV-1658 MJJ<br><br>**DEFENDANT SAP AG'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS (SET ONE)** |

Answer to the First Amended Complaint, including without limitation all Documents relating to SAP AG CEO's statement on July 3, 2007 at an SAP AG press conference call that "we will continue to give the support to TomorrowNow's customers and so they should not be concerned about this [lawsuit]."

**RESPONSE TO REQUEST FOR PRODUCTION NO. 54:**

SAP AG objects that this request seeks documents not reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving the foregoing objection and the General Responses and Objections, SAP AG will produce relevant, responsive, non-privileged documents.

**REQUEST FOR PRODUCTION NO. 55:**

All Documents relating to Department of Justice, Federal Bureau of Investigation, or other federal, state, or local government agency's request or investigation into the allegations in the First Amended Complaint, including without limitation all Documents provided by You to any such agency in response to a request or investigation of those allegations.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 55:**

In addition to the General Responses and Objections, SAP AG objects that this request seeks information prohibited from disclosure pursuant to Fed. R. Crim. P. 62 and is not reasonably calculated to lead to the discovery of admissible evidence and is overbroad.

***Miscellaneous***

**REQUEST FOR PRODUCTION NO. 56:**

All Documents identified, referred to, or consulted by You in preparing Your Responses to any Interrogatory or Request for Admission propounded by Oracle in this litigation.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 56:**

Subject to and without waiving the General Responses and Objections, SAP AG will produce responsive, non-privileged documents.

**REQUEST FOR PRODUCTION NO. 57:**

All Documents that You contend support any of Your claims or defenses in this litigation.