United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORACLE CORPORATION, et al.,

Plaintiff(s),

v.

SAP AG, et al.,

Defendant(s).

_________________________________/

No. C 07-1658 PJH

**NOTICE AND ORDER**

This case was referred to the undersigned judge on February 15, 2008. On January 8, 2008, the previously-assigned judge signed an order approving the appointment of a special discovery master. Currently before the court are the defendants' March 17, 2008 objections to the special master's report and recommendation re: discovery hearing number one. The court declines to rule on the objections until after a case management conference is held, at which time the court will discuss with counsel a case management plan that may or may not include the use of a special master. The case management conference, originally scheduled for April 3, 2008, was continued at the request of the parties until April 24, 2008. Accordingly, should the parties desire a resolution of their pending discovery dispute prior to that date, they may request that the conference be advanced.

**IT IS SO ORDERED.**

Dated: March 20, 2008

_______________________________
PHYLLIS J. HAMILTON
United States District Judge

Dockets.Justia.com