Walsh v. Apple, Inc. et al Doc. 79

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE CORPORATION,

Plaintiff,

v.

SAP AG,

Defendant.
_______________________________________/

No. C-07-01658 PJH (EDL)

**ORDER SETTING DISCOVERY CONFERENCE**

On April 25, 2008, Judge Hamilton referred this matter to this Court to oversee discovery and resolve discovery disputes. Accordingly, a discovery conference is scheduled for May 6, 2008 at 2:00 p.m. No later than May 1, 2008 at noon, the parties shall submit a short discovery conference statement setting forth a proposed re-briefing schedule for the pending objections to the special master's three reports and recommendations in the event that the Court decides that re-briefing is necessary. At the conference, the parties should be prepared to discuss the discovery plans set forth in their April 17, 2008 joint case management conference statement.

**IT IS SO ORDERED.**

Dated: April 28, 2008

Elizabeth D. Laporte
_______________________________
ELIZABETH D. LAPORTE
United States Magistrate Judge

Dockets.Justia.com