Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice)*
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
chris.hockett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway
M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506-4846
Facsimile: (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle Corporation, Oracle USA, Inc.,
and Oracle International Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SAP AG, *et al.*,<br><br>Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**JOINT DISCOVERY CONFERENCE STATEMENT** |



Dockets.Justia.com

Pursuant to the Court's April 28, 2008 Order, Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc. and Plaintiffs Oracle Corporation, Oracle USA, Inc., and Oracle International Corporation hereby submit this Joint Discovery Conference Statement to assist this Court's *de novo* review of the pending objections to Judge Legge's Reports and Recommendations.

**1. <u>Whether Re-briefing is Necessary</u>.**

The parties have met and conferred and agree that they should defer to the Court's preference regarding whether re-briefing would assist the resolution of the outstanding objections filed by Defendants to Judge Legge's rulings. The parties will, at the Court's preference, either: (1) re-brief the issues contained in the pending objections to Judge Legge's rulings and present that re-briefing in one consolidated set of motion papers; or, (2) provide the Court with Judge Legge's ruling on the issues to which Defendants have objected, along with the relevant portions of the briefs considered by Judge Legge in reaching his ruling and Defendants' objections to the same, so that the Court may consider whether it: (a) requires any further briefing; (b) wishes to receive a written response and/or reply from one or both parties; and/or (c) wishes to hear any oral argument.

**2. <u>The Parties' Proposed Re-Briefing Schedule</u>.**

In the event that the Court orders re-briefing, the parties propose the following schedule:

| | |
|---|---|
| Defendants' opening brief | May 16, 2008 |
| Plaintiffs' opposition brief | May 30, 2008 |
| Defendants' reply brief | June 6, 2008 |
| Hearing | To be set by the Court |

DATED: May 1, 2008

JONES DAY

By: /s/ Jason McDonell
Jason McDonell

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

DATED: May 1, 2008

BINGHAM McCUTCHEN LLP

By: /S/ Geoffrey M. Howard
Geoffrey M. Howard

Attorneys for Plaintiffs
ORACLE CORPORATION, ORACLE
INTERNATIONAL CORPORATION, and
ORACLE USA, INC.