Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice)*
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway
M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506-4846
Facsimile: (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle Corporation, Oracle USA, Inc., and
Oracle International Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ORACLE CORPORATION, *et al.*,

Plaintiffs,

v.

SAP AG, *et al.*,

Defendants.

Case No. 07-CV-1658 PJH (EDL)

**STIPULATION AND [PROPOSED] ORDER RE EXPERT DISCOVERY AND DISPOSITIVE MOTIONS BRIEFING SCHEDULE**

Pursuant to the Court's April 24, 2008 Order, Plaintiffs Oracle Corporation, Oracle USA, Inc., and Oracle International Corporation and Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc. (collectively, the "Parties') hereby submit this Stipulation and [Proposed] Order Re Expert Discovery and Dispositive Motions Briefing Schedule.

The Parties agree to the following expert discovery and dispositive motions briefing schedule (placed in context with the other dates established by the Court on April 24, 2008):

| EVENT | AGREED DATES |
|---|---|
| Deadline for party with burden to designate experts | 06/01/2009 |
| Non-expert discovery cut-off | 06/19/2009 |
| Deadline for party with burden to serve expert reports and back-up (experts who provide reports are available immediately for deposition) | 06/22/2009 |
| Deadline to designate rebuttal experts | 07/31/2009 |
| Deadline to serve rebuttal expert reports and back-up (experts who provide rebuttal reports are available immediately for deposition) | 08/21/2009 |
| Expert discovery cut-off | 10/09/2009 |
| Deadline to file opening briefs for dispositive motions | 09/09/2009 |
| Deadline to file opposition briefs for dispositive motions | 09/30/2009 |
| Deadline to file reply briefs for dispositive motions | 10/07/2009 |
| Dispositive motions hearing | 10/21/2009 |
| Pretrial conference | 01/14/2010 |
| Trial | 02/08/2010 |

**SO STIPULATED.**

DATED: May 1, 2008

JONES DAY

By: /s/ Jason McDonell
Jason McDonell

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

DATED: May 1, 2008

BINGHAM McCUTCHEN LLP

By: /s/ Geoffrey M. Howard
Geoffrey M. Howard

Attorneys for Plaintiffs
ORACLE CORPORATION, ORACLE
INTERNATIONAL CORPORATION, and
ORACLE USA, INC.

**SO ORDERED:**

DATED: ____________________, 2008

____________________________________
Hon. Phyllis Hamilton
United States District Judge