**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date: May 6, 2008

Case No: **C- 07-01658 PJH (EDL)**

Case Name: **ORACLE CORPORATION v. SAP AG**

Attorneys: Pltf: Geoffrey M. Howard, Holly A. House
Deft: Jason McDonell, Scott W. Cowan

Deputy Clerk: Lili M. Harrell FTR digital recording: 2:07pm - 3:00pm

**PROCEEDINGS:**

1. Discovery Conference - Held

2.

**ORDERED AFTER HEARING:**

Briefing schedule for objections to Special Master Reports:

| | |
|---|---|
| Defendant's Opening Brief: | 5/16/08 |
| Plaintiff's Opposition: | 5/30/08 |
| Defendant's Reply Brief: | 6/6/08 |
| Hearing: | 7/1/08 at 9:00am |

**Order to be prepared by:** [] Plntf [] Deft [X] Court

**Case continued to:** 5/28/08 at 10:45am for further discovery conference. Joint discovery conference statement due no later than noon on 5/22/08.

Notes:

cc:

Dockets.Justia.com