United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORACLE CORPORATION,

Plaintiff,

v.

SAP AG,

Defendant.
_______________________________________/

No. C 07-01658 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Discovery Conference scheduled for May 28, 2008 has been **reset to 3:00 p.m.** before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco. All other provisions of this Court's Order Following Discovery Conference remain in effect.

Dated: May 16, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: ______________________________
Lili M. Harrell
Courtroom Deputy

Dockets.Justia.com