**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE CORPORATION,

Plaintiff,

v.

SAP AG,

Defendant.
_______________________________________/

No. C-07-01658 PJH (EDL)

**ORDER FOLLOWING DISCOVERY CONFERENCE**

At the discovery conference on May 28, 2008, the Court made the following rulings.

1. The parties shall continue to meet and confer regarding search terms and number of custodians. The parties shall update the Court no later than June 11, 2008 as to the status of these issues.

2. The Court's standing order regarding privilege logs is amended as requested by the parties. Specifically, privilege logs shall be due within forty-five days of the production, where the forty-five day period begins to run from the production from which the privileged material was withheld. In addition, communications with outside counsel, and communications occurring after March 22, 2007 and involving in-house counsel, need not be logged or disclosed.

3. With respect to the inadvertently disclosed document referenced by the parties in the joint discovery statement, Plaintiff shall return the document to Defendants, but may refer to the document in the context of a motion to compel.

4. A further discovery conference shall be held on July 1, 2008 at 11:00 a.m. No later than June 24, 2008, the parties shall file a joint discovery conference statement, including an estimate of time for the conference. The hearing regarding objections to the Special Master's

Dockets.Justia.com

reports previously scheduled for July 1, 2008 at 9:00 a.m. is continued to July 1, 2008 at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: May 29, 2008



ELIZABETH D. LAPORTE
United States Magistrate Judge

**United States District Court**
For the Northern District of California