Walsh v. Apple, Inc. et al 

# EXHIBIT A

Dockets.Justia.com

**For Immediate Release**
**July 3, 2007**

# SAP Responds To Oracle Complaint

*Affirms SAP Did Not Have Access to Materials Downloaded by TomorrowNow*

*Acknowledges Some Inappropriate Downloads Occurred at TomorrowNow*

*SAP Announces New Operational Oversight at TomorrowNow; Firmly Commits to Sustained TommorrowNow Support of its Customers*

***WALLDORF, Germany and BRYAN, Texas — July 3, 2007*** — SAP AG (NYSE: SAP), together with SAP America and its subsidiary TomorrowNow, on July 2, 2007 Pacific Daylight Time, filed its answer to a complaint originally filed by Oracle Corporation on March 22, 2007 and subsequently amended on June 1, 2007. The filing in U.S. District Court represents the first formal SAP response to Oracle's complaint. The full text of SAP's answer can be accessed at www.tnlawsuit.com.

In the answer, SAP said TomorrowNow was authorized to download materials from Oracle's Web site on behalf of TomorrowNow customers. At the same time, SAP acknowledged that some inappropriate downloads of fixes and support documents occurred at TomorrowNow. Importantly, SAP affirmed that what was downloaded at TomorrowNow stayed in that subsidiary's separate systems. SAP did not have access to Oracle intellectual property via TomorrowNow.

The United States Department of Justice has requested that SAP and TomorrowNow provide certain documents. SAP and Tomorrow Now intend to fully cooperate with the request.

"Even a single inappropriate download is unacceptable from my perspective. We regret very much that this occurred," said Henning Kagermann, CEO, SAP AG. "I want to reassure our investors, customers, partners and employees that SAP takes any departure from the high

standards we set for all of our businesses very seriously, regardless of where it occurred or how confined it may be. When I learned what happened, I promptly took action to strengthen operational oversight at TomorrowNow while assuring that we maintain excellent service for TomorrowNow's customers going forward."

**SAP Did Not Have Access to Oracle Materials through TomorrowNow**

SAP stated that it did not have access to Oracle materials downloaded by TomorrowNow. SAP explained that it intentionally created a business structure that maintained a firewall between TomorrowNow and SAP and that it was satisfied that SAP AG or SAP America did not access Oracle intellectual property via TomorrowNow.

**Most Materials Downloaded Appropriately by TomorrowNow**

TomorrowNow often downloads support materials for and on behalf of its customers, who have chosen to seek third-party support for their legacy Oracle applications. Third-party maintenance providers like TomorrowNow depend on their customers – in this instance, companies who use Oracle-provided software – permitting the service provider access to support materials, through the customer's password, to provide support and service for those customers' Oracle applications. SAP acknowledged that some inappropriate downloads occurred at TomorrowNow.

**Changes Announced at TomorrowNow**

In addition to announcing its filing with the Court, SAP also announced that it has instituted changes in TomorrowNow's operational management to ensure compliance with appropriate business practices. These steps include:

- Appointment of SAP America Chief Operating Officer and former Chief Financial Officer Mark White as TomorrowNow's Executive Chairman to manage TomorrowNow operations, including compliance programs. Andrew Nelson, TomorrowNow's CEO, will report to Mark White;
- Enforcement of existing procedures and new policies;
- Renewed training for TomorrowNow employees to assure understanding of the policies and procedures.

**SAP Launches Web Site for TomorrowNow Lawsuit**

SAP announced a Web site that provides complete and immediate information regarding this suit. Located at www.tnlawsuit.com, the Web site includes Court filings, a timeline, SAP

and TomorrowNow statements and announcements regarding the case, and background information.

**Teleconference Information**

SAP said it would host two teleconferences regarding its response to Oracle's lawsuit.

**Tuesday, July 3 at 8:00 a.m. CET / 2:00 a.m. EDT / 11:00 p.m. PDT (July 2)**
UK/Europe dial-in: +44 208 515 2301
United States dial-in: (480) 293-1744

A replay will be available until July 17:
UK/Europe: +44 207 154 2833
United States: (303) 590-3030
Access code: 3755412

**Tuesday, July 3, at 8:00 a.m. PDT / 11:00 a.m. EDT / 5:00 p.m. CET**
UK/Europe dial-in: +44 208 515 2302
United States dial-in: (480) 629-9564

A replay will be available until July 17:
UK/Europe: +44 207 154 2833
United States: (303) 590-3030
Access code: 3755415

The teleconferences also will be simulcast via SAP's Web site at www.sap.com/press.

SAP's filing in U.S. District Court represents the latest in a series of procedural steps in this matter. The next scheduled event in this case is the initial case management conference, to be held by the Court on September 4, 2007.

**About TomorrowNow**
For more information on TomorrowNow visit www.tomorrownow.com

**About SAP**
SAP is the world's leading provider of business software*. Today, more than 39,400 customers in more than 120 countries run SAP applications—from distinct solutions addressing the needs of small businesses and midsize companies to suite offerings for global organizations. Powered by the SAP NetWeaver platform to drive innovation and enable business change, SAP software helps enterprises of all sizes around the world improve customer relationships, enhance partner collaboration and create efficiencies across their supply chains and business operations. SAP solution portfolios support the unique business processes of more than 25 industries, including high tech, retail, financial services, healthcare and the public sector. With subsidiaries in more than 50 countries, the company is listed on several exchanges, including the Frankfurt stock exchange and NYSE under the symbol "SAP." (Additional information at <http://www.sap.com>)

(*) SAP defines business software as comprising enterprise resource planning and related applications such as supply chain management, customer relationship management, product life-cycle management and supplier relationship management.

###

Any statements contained in this document that are not historical facts are forward-looking statements as defined in the U.S. Private Securities Litigation Reform Act of 1995. Words such as "anticipate," "believe," "estimate," "expect," "forecast," "intend," "may," "plan," "project," "predict," "should" and "will" and similar expressions as they relate to SAP are intended to identify such forward-looking statements. SAP undertakes no obligation to publicly update or revise any forward-looking statements. All forward-looking statements are subject to various risks and uncertainties that could cause actual results to differ materially from expectations. The factors that could affect SAP's future financial results are discussed more fully in SAP's filings with the U.S. Securities and Exchange Commission ("SEC"), including SAP's most recent Annual Report on Form 20-F filed with the SEC. Readers are cautioned not to place undue reliance on these forward-looking statements, which speak only as of their dates.

Copyright © 2007 SAP AG. All rights reserved.
SAP, SAP NetWeaver and other SAP products and services mentioned herein as well as their respective logos are trademarks or registered trademarks of SAP AG in Germany and in several other countries all over the world. All other product and service names mentioned are the trademarks of their respective companies. Data contained in this document serve informational purposes only. National product specifications may vary.

**Note to editors:**
For free video content about SAP, please log onto www.thenewsmarket.com/sap to preview and request video. You can receive broadcast-standard video digitally or by tape from this site. Registration and video is free to the media.

**For customers interested in learning more about SAP products:**
Global Customer Center: +49 180 534-34-24
United States Only: 1 (800) 872-1SAP (1-800-872-1727)

**For more information, press only:**
Christoph Liedtke, +49 6227 7-50383, christoph.liedtke@sap.com, CET
Frank Hartmann, +49 6227 7-42548, f.hartmann@sap.com, CET
Steve Bauer, +1 (610) 661-3951, steve.bauer@sap.com, EDT
Saswato Das, + 1 (212) 653 9571, saswato.das@sap.com, EDT
SAP Press Office, +49 (6227) 7-46315, CET; +1 (610) 661-3200, EDT; press@sap.com

**For more information, financial community only:**
Stefan Gruber, +49 6227 7-44872, investor@sap.com, CET
Martin Cohen, +1 (212) 653-9619, investor@sap.com, EDT