Walsh v. Apple, Inc. et al
Doc. 97 Att. 7

# EXHIBIT H

Dockets.Justia.com

**From:** Jason McDonell [mailto:jmcdonell@JonesDay.com]
**Sent:** Thursday, January 24, 2008 3:22 PM
**To:** Alinder, Zachary J.
**Cc:** Hann, Bree; Hockett, Chris; Howard, Geoff; House, Holly; jlfuchs@jonesday.com; Scott Cowan; Greg Lanier; Wallace, Elaine
**Subject:** Re: Meet and Confer Follow-up

Zac,

The following are responses to the 5 points in your attached email:

1. Oracle is in the best position to determine which of its employees have had communications with TN. Accordingly, we reject yo proposal that we identify the appropriate custodians for the search.

2. My understanding is that these folders contain minimal data and the review should not take much time. Please produce them a soon as possible.

3. We have obtained all Titan source code and, subject to final confirmation, it is my understanding that it will be produce next wee or early the week thereafter. Please let us know whether and when you will produce all of the versions of Change Assistant. Pleas note that definition 3 of TN's first request for documents defines "Customer Connection" to include "Change Assistant software" an Requests Nos. 52 and 118 require production of Change Assistant.

4. This confirms that we reject your proposal concerning the conditions under which Oracle will map the SSMs to the products.

5. I expect to have our response on this issue to you tomorrow.

Thanks.

Jason McDonell, Esq.
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94104-1500
SF Office Main Tel.: (415) 626-3939
Direct Dial: (415) 875-5820
Fax: (415) 875-5700
Email: jmcdonell@jonesday.com

**"Alinder, Zachary J." <zachary.alinder@bingham.com>**

To jmcdonell@jonesday.com, "Scott Cowan" <swcowan@JonesDay.com>

cc "Hockett, Chris" <chris.hockett@bingham.com>, "Howard, Geoff" <geoff.howard@bingham.com>, "House, Holly" <holly.house@bingham.com>, "Hann, Bree"

01/14/2008 08:27 AM <bree.hann@bingham.com>, tglanier@jonesday.com, jlfuchs@jonesday.com

Subject Meet and Confer Follow-up

Jason and Scott,

As discussed at the end of the telephonic conference call last week, this email provides written responses and updates to certain issues that Oracle agreed to look into.

First, with respect to communications with TomorrowNow employees (document requests 25-27), as we discussed, it would be virtually impossible and certainly unduly burdensome for Oracle to search across its entire employee base for employees who migh have had communications with TomorrowNow, even if limited to being in the course of Oracle's business. Accordingly, we propose that you identify which Oracle employees you believe would have had such communications based on your review of TomorrowNow's documents or other knowledge. Assuming the list is reasonable, Oracle will search those custodians for communications with TomorrowNow employees in the course of Oracle's business.

Second, as to the folders that Scott identified as downloaded from Customer Connection, we have those folders and will review those folders for production.

Third, as to production of Titan, we've asked for and we continue to expect to promptly receive all versions of Titan. Please let us know if you refuse to produce them. We are still investigating production of all of the versions of Change Assistant, and expect to b able to respond as to whether we will do so shortly. In the interim, we would appreciate it if you could identify which document request(s) you believe the Change Assistant versions are responsive to.

Fourth, related to mapping of Software and Support Materials, please let us know if you have decided not to agree to the proposal set forth in my January 4th letter to Jason, so that we can move forward with producing documents related to mapping the Softwar and Support Materials.

Fifth, we asked you to de-designate the SAS notes database in its entirety, or at the very least, to provide specific categories of documents (e.g. software code) that both sides can discuss and potentially agree to treat as Highly Confidential. Please let us kno if you have any further response on that issue.

Best regards,
Zac Alinder

Zachary J. Alinder
*Counsel*
T 415.393.2226
F 415.393.2286
zachary.alinder@bingham.com

BINGHAM
Bingham McCutchen LLP
3 Embarcadero Center
San Francisco, CA 94111

=====================================================================

Bingham McCutchen LLP Circular 230 Notice: To ensure compliance with IRS requirements, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used by any