**FILED**

JUN 05 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Oracle Corporation,<br>Plaintiff(s),<br>v.<br>SAP AG,<br>Defendant(s). | No. C 07-01658 PJH MED<br>**Certification of ADR Session** |

***Instructions**: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☑ Mediation or ☐ ENE session on (date) 5/29/08

2. Did the case settle? ☐ fully ☐ partially ☑ no

3. If the case did not settle fully, is any follow-up contemplated?

☑ another session scheduled for (date) After further focused discovery, if the parties so agree.

☐ phone discussions expected by (date) ______

☐ no

**4. IS THIS ADR PROCESS COMPLETED?** ☑ **YES*** ☐ **NO**

* subject to possible reconvening, as noted above.

Dated: Richard Abramson 5/29/08

**Mediator, Richard H. Abramson**
SRI Headquarters
333 Ravenswood Ave
Menlo Park, CA 94025-3493



United States District Court
Northern District of California