Walsh v. Apple, Inc. et al
Doc. 100

# EXHIBIT 1

Dockets.Justia.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION
BEFORE: CHARLES A. LEGGE, JUDGE (Ret.)

---oOo---

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation; ORACLE, USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation, Plaintiffs, | No. 07-CV-01658-MJJ |
| vs. | CERTIFIED COPY |
| SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive, Defendants. | |

HEARING IN RE DISCOVERY ISSUES

---

Wednesday, February 13, 2008

At:

JAMS
2 Embarcadero Center, 14th Floor
San Francisco, California

Reported by:
GEORGE SCHUMER, CSR 3326 (406308)

In addition to the historic documents that presumably have been produced -- mind you, we haven't even been told yet whether or not there actually is a grand jury subpoena.

JUDGE LEGGE: You are missing my point. Let's assume that it is; that there has been a subpoena, and let's assume they have a truckload of material they are about to deliver to the US attorney for ultimate production to the grand jury -- let's assume that.

Why go through all that, if you are going to get the answers to the questions you want answered by methods that we have been talking about this morning?

MS. HOUSE: As Your Honor knows, and your colleague, Judge Breyer, has found, there's a whole lot of information that isn't even -- not the documents themselves, but let's say that have been presentations making these kinds of clear delineations between what they say happened, and who did it, and the scope.

Their opposition doesn't even touch on those which are clearly not -- anything that you could even pretend to be covered by the Rule 6(e) protection. Anything that has been produced to the government voluntarily --

JUDGE LEGGE: But if you get it from them -- everything you need to know to prove your liability

CERTIFICATION

I, GEORGE SCHUMER, a Certified Shorthand Reporter in the State of California, hereby certify that said proceedings were taken at the time and place therein stated; that said proceedings were reported by me and thereafter prepared under my direction into typewriting, by computer; and that the foregoing is a full, complete and true record of said proceedings.

DATED: February 21, 2008.

GEORGE SCHUMER, CSR No. 3326