United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORACLE CORPORATION,

Plaintiff,

v.

SAP AG,

Defendant.
_______________________________________/

No. C 07-01658 PJH (EDL)

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing regarding Special Master's Report and Recommendations and further discovery conference scheduled for 11:00 a.m. on July 1, 2008 has been **reset to 1:15 p.m.** before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco.

Dated: June 25, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: ______________________
Lili M. Harrell
Courtroom Deputy

Dockets.Justia.com