**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date: July 2, 2008

Case No: **C-07-01658 PJH (EDL)**

Case Name: **ORACLE CORPORATION v. SAP AG**

Attorneys: Pltf: Holly House, Geoffrey M. Howard
Deft: Martha Boersch, Jason McDonell, Scott W. Cowan

Deputy Clerk: Lili M. Harrell

Court Reporter: Belle Ball
(Time: 1 hour 52min)

**PROCEEDINGS:**

Hearing re Special Master's Report & Recommendations and Further Discovery Conference held

**ORDERED AFTER HEARING:**

Parties shall file their joint proposal or prospective proposals as stated during the hearing on 7/18/08. Further Discovery Conferences scheduled for 7/24/08 at 2:30pm and 8/28/08 at 10am

**Order to be prepared by:** [] Plntf [] Deft [X] Court

**Case continued to:** for

**Notes:**

cc:

Dockets.Justia.com