Walsh v. Apple, Inc. et al Doc. 108

Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice)*
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ORACLE CORPORATION, *et al.*,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**SAP AG, *et al.*,**<br><br>**Defendants.** | **CASE NO. 07-CV-1658 PJH (EDL)**<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO FILE THE DECLARATION OF SCOTT W. COWAN IN SUPPORT OF DEFENDANTS' DOCUMENT REVIEW AND PRODUCTION COSTS UNDER SEAL; DECLARATION OF JOSHUA L. FUCHS IN SUPPORT** |



Dockets.Justia.com

Pursuant to Local Rules 7-11(a) and 79-5(c), Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc., ("Defendants") request that the Court order the Clerk of the Court to file under seal the Declaration of Scott W. Cowan in Support of Defendants' Estimated Document Review and Production Costs ("Declaration") that Defendants lodged with the Court on July 8, 2008. The requested relief is necessary and narrowly tailored to protect the confidentiality of the pricing structure offered by two companies retained by Defendants to assist in their discovery obligations. This request is supported by the declaration of Joshua L. Fuchs below.

Pursuant to Local Rule 79-5, a proposed order accompanies this request to file the Declaration under seal.

Dated: July 8, 2008

Respectfully submitted,

Jones Day

By: /s/ Jason McDonell
Jason McDonell

for Defendants

**DECLARATION OF JOSHUA L. FUCHS IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE THE DECLARATION OF SCOTT W. COWAN IN SUPPORT OF DEFENDANTS' DOCUMENT REVIEW AND PRODUCTION COSTS UNDER SEAL**

Based on my personal knowledge, information and belief, I, Joshua L. Fuchs, declare:

1. My name is Joshua L. Fuchs. I am an attorney and associate with the law firm of Jones Day, which represents Defendants in this case. I have been practicing law for 7 years and am admitted to practice before the United States District Court for the Southern and Eastern Districts of Texas. I have been admitted *pro hac vice* in this case and am routinely admitted to practice *pro hac vice* in other jurisdictions outside of my home state, Texas. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would competently testify thereto.

2. I make this declaration in support of Defendants' Administrative Motion to File the portions of the Declaration of Scott W. Cowan Under Seal.

3. The requested relief is necessary and narrowly tailored to protect the confidentiality of certain trade secret information. Specifically, both Forensic Consulting Solutions, Inc. ("FCS") and Providus believe that the specific pricing information contained in the Declaration of Scott W. Cowan is not generally available or known to the public, competitors or to other persons who can obtain economic value from the pricing information disclosure and should be redacted. After a review of the Declaration of Scott W. Cowan, both FCS and Providus expressed the belief that competitors and consumers will gain a competitive advantage if the specific pricing information that they request be redacted is revealed to the public. Based on FCS's and Providus' concerns, the Declaration of Scott W. Cowan has been narrowly redacted to only remove that specific pricing information that FCS and Providus claim as trade secrets.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct. Executed July 8, 2008.

By: ______________________
Joshua L. Fuchs