Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAP AG, et al.,<br><br>Defendants. | Case No. 07-CV-1658 PJH<br><br>**DECLARATION OF JASON McDONELL IN SUPPORT OF STIPULATED REQUEST TO SHORTEN TIME**<br><br>Date: N/A<br>Time: N/A<br>Courtroom: N/A<br>Judge: Hon. Elizabeth D. Laporte |



Dockets.Justia.com

I, JASON McDONELL, declare:

I am a partner in the law firm of Jones Day, 555 California Street, San Francisco, California 94104, a member in good standing of the bar of this state, and counsel of record for Defendants SAP AG, SAP Americas, and TomorrowNow, Inc. (“TN”) in the above-captioned action. I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

1. On July 3, 2008, the Court issued an Order directing Defendants to produce to Oracle, no later than July 15, 2008, certain documents produced to the grand. Dkt. 106.

2. On July 13, 2006, Defendants filed a Stipulation and [Proposed] Order to Extend Time to Comply with Discovery Order, requesting an extension to July 23, 2008 to comply with the Court’s Order on grounds, among others, that Defendants’ wanted the full period of time until July 18, 2008 to decide whether to appeal the Order. Dkt. 113. On July 17, 2008, the Magistrate Judge granted this stipulated request. Dkt. 115.

3. In my declaration in support of the stipulated request, I informed the Court that if Defendants decide to appeal, then to avoid waiver and mooting of the appeal, Defendants would timely seek a stay of that part of the Court’s Order requiring Defendants to produce to Oracle documents provided to the grand jury. Dkt. 114.

4. Defendants have decided to appeal that part of the Court’s Order and are filing objections with Judge Hamilton today. Defendants thus seek a stay or an additional extension of time to comply with the Magistrate Judge’s order until a date seven (7) days after the disposition of Defendants’ objections by Judge Hamilton. If Defendants were required to comply with the Order before their objections are decided, the resulting production of the documents would occur before Judge Hamilton can rule on Defendants’ objections.

5. Counsel for Oracle has informed me that Oracle intends to oppose Defendants’ motion for a stay or an extension of time, but that Oracle stipulates that the matter can be decided on shortened time. Specifically, the parties agreed that Oracle may file an opposition brief on Monday, July 21, 2008 and that Defendants will not file a reply brief.

6. The requested shortening of time for a hearing on the motion to stay or for an extension of time will not have any detrimental impact on the schedule for the case because it will not impact the time it takes for the appeal to be resolved, but will merely ensure that the Magistrate Judge can consider the parties' respective positions before the current July 23, 2008 due date for the production.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this 18th day of July, 2008 in San Francisco, California.

/S/ Jason McDonell
JASON McDONELL