Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice)*
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ORACLE CORPORATION, *et al.*,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**SAP AG, *et al.*,**<br><br>**Defendants.** | **Case No. 07-CV-1658 PJH (EDL)**<br><br>**[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE THE DECLARATION OF SCOTT W. COWAN IN SUPPORT OF DEFENDANTS' DOCUMENT REVIEW AND PRODUCTION COSTS UNDER SEAL** |

Having considered Defendant's Administrative Motion to File the Declaration of Scott W. Cowan in Support of Defendants' Document Review and Production Costs Under Seal:

IT IS HEREBY ORDERED THAT: Defendants' Administrative Motion to File the Declaration of Scott W. Cowan in Support of Defendants' Document Review and Production Costs Under Seal is GRANTED. The Clerk of the Court shall file under seal the Declaration of Scott W. Cowan.

**IT IS SO ORDERED**

Dated: July 21, 2008.

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Elizabeth D. Laporte
Judge Elizabeth D. Laporte
NORTHERN DISTRICT OF CALIFORNIA

United