Walsh v. Apple, Inc. et al Doc. 129

# In the United States District Court
# for the Northern District of California
# Magistrate Judge Elizabeth D. Laporte

## CIVIL MINUTES

Date: July 24, 2008

Case No: **C-07-01658 PJH (EDL)**

Case Name: **ORACLE CORPORATION v. SAP AG**

Attorneys: Pltf: Geoffrey M. Howard, Holly House, Zach Alinder, Jennifer Gloss
Deft: Jason McDonell, Scott W. Cowan, Jane Froyd John Hickey

Deputy Clerk: Lili M. Harrell

Court Reporter: Sahar McVickar
(Time: 61 min)

**<u>PROCEEDINGS</u>:**

- Further Discovery Conference held

**ORDERED AFTER HEARING:**

- Further Discovery Conference scheduled for 8/28/08 at 10am

**Order to be prepared by:** [] Plntf [] Deft [X] Court

**Case continued to:** for

**Notes:**

cc:

Dockets.Justia.com