**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE CORPORATION, et al.,

Plaintiffs,

v.

SAP AG, et al.,

Defendants.
________________________________________/

No. C-07-01658 PJH (EDL)

**ORDER FOLLOWING DISCOVERY CONFERENCE**

On July 24, 2008, this Court held a discovery conference in this matter. As stated at the hearing, the Court makes the following order:

1. Regarding item two in the joint discovery conference statement filed on July 18, 2008, no later than August 1, 2008, Defendants will provide customer contracts for United States customers from the list of 61 customers already produced by Defendants. Defendants shall also make their best efforts to also provide the monetary value of the contracts no later than August 1, 2008. Defendants shall provide the remaining information about customer contracts as soon as possible but no later than August 28, 2008.

2. Plaintiffs shall file their motion regarding certain of Defendants' privilege claims no later than August 1, 2008. The motion shall be focused on three documents from each of two categories: (1) documents that Plaintiffs believe are not privileged; and (2) documents for which Plaintiffs believe the privilege has been waived. Plaintiffs shall provide a copy of their motion to Defendants no later than 9:00 a.m. Pacific Standard Time on July 31, 2008. If the matter is not resolved, Defendants shall file their opposition no later than August 8,

Dockets.Justia.com

2008, and Plaintiffs shall file a reply no later than August 13, 2008. The Court will take the matter under submission and will contact the parties if a hearing is necessary, or may address the matter at the August 28, 2008 discovery conference.

3. Defendants stated that they are reviewing their documents designated as highly confidential that Plaintiffs contend are misdesignated (approximately 27,000 documents) to determine whether they will re-designate or de-designate those documents. No later than August 1, 2008, Defendants shall notify Plaintiffs of the results of the review of the first set of documents. The parties shall agree on a schedule for timely completion of the review of all these documents. Plaintiffs may provide Defendants with a prioritized list for review.

**IT IS SO ORDERED.**

Dated: July 25, 2008

Elizabeth D. Laporte
ELIZABETH D. LAPORTE
United States Magistrate Judge