Walsh v. Apple, Inc. et al Doc. 134

BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway
M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506-4846
Facsimile: (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle Corporation, Oracle USA, Inc.,
and Oracle International Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br>v.<br><br>SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 07-CV-01658 PJH (EDL)<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE THEIR MOTION TO COMPEL AND SUPPORTING DOCUMENTS UNDER SEAL; DECLARATION OF TANYA K. DUMAS IN SUPPORT**<br><br>Date: TBD<br>Time: TBD<br>Courtroom: E, 15th Floor<br>Judge: Hon. Elizabeth D. Laporte |

A/72608093.1/2021039-0000324170



Dockets.Justia.com

Pursuant to Local Rules 7-11(a) and 79-5(c), Plaintiffs Oracle Corporation, Oracle USA, Inc., and Oracle International Corporation (together "Oracle" or "Plaintiffs") request that the Court order the Clerk of the Court to file under seal the Motion to Compel Production of Clawed Back Documents, and supporting exhibits, that Plaintiffs lodged with the Court on August 1, 2008.

The requested relief is necessary and narrowly tailored to protect the alleged confidentiality of the content of Defendants' documents put at issue by the Motion. This request is supported by the declaration of Tanya K. Dumas below.

Pursuant to Local Rule 79-5, a proposed order accompanies this request to file the Motion to Compel under seal.

DATED: August 1, 2008

BINGHAM MCCUTCHEN LLP

By: /s/ Geoffrey M. Howard
Geoffrey M. Howard
Attorneys for Plaintiffs
Oracle Corporation, Oracle USA, Inc., and
Oracle International Corporation

**DECLARATION OF TANYA K. DUMAS IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE THE MOTION TO COMPEL AND SUPPORTING EXHIBITS UNDER SEAL**

I, Tanya K. Dumas, declare:

1. I am a member of the State Bar of California and an associate at Bingham McCutchen LLP, counsel of record for plaintiffs Oracle Corporation, Oracle USA, Inc., and Oracle International Corporation (together "Oracle") in this action. Except for matters stated below on information and belief, I have personal knowledge of the matters stated in this declaration by virtue of my representation of Oracle in this action. If called and sworn as a witness, I could and would competently testify to such matters.

2. Pursuant to Civil Local Rule 79-5 and the stipulated Protective Order entered on June 6, 2007 in this case (see Ex. 1, attached), I make this Declaration in support of Oracle's Administrative Motion to File its Motion to Compel and supporting exhibits under seal.

3. The requested relief is necessary and narrowly tailored to protect the alleged confidentiality of the materials put at issue by the Motion until such time as Defendants may submit a declaration in accordance with Civil Local Rule 79-5(d) and the Court makes a final ruling as to confidentiality of the relevant subject matter. Specifically, Oracle's Motion and supporting exhibits contain information designated by Defendants as "Highly Confidential Information - Attorneys' Eyes Only," as well as information designated by Defendants as "Confidential Information," pursuant to the Protective Order entered on June 6, 2007 in this action.

4. Pursuant to Civil Local Rule 7-11, no stipulation is included with this Administrative Motion, because the parties disagree over whether the documents that are the subject of this motion are properly designated as confidential or highly confidential and whether they need to be filed under seal. The parties have agreed to continue their discussion about what should or should not be filed under seal and Defendants have notified Plaintiffs that they will submit an appropriate response, under Civil Local Rule 79-5(d).

5. The following sections of the Motion to Compel contain information designated

Highly Confidential and/or Confidential by Defendants:

Page 3, portions of lines 2-5, 8-12, and 14-16

Page 4, portions of lines 21-24, and portions of footnote 3.

Page 5, portions of lines 1, 12-18, and 21-24

Page 6, portions of lines 2-6, 15-16, and 20-28

Page 7, portions of lines 1-8

Page 8, portions of lines 12-14 and 17-24

Page 10, portions of lines 15-16 and 19-25

6. The following exhibits, attached to the Declaration of Geoffrey M. Howard in support of Oracle's Motion to Compel, contain information designated Highly Confidential and/or Confidential by Defendants: Exhibits A-K, M-P, and U-Y.

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California, on August 1, 2008.

By: /s/ Tanya K. Dumas
Tanya K. Dumas