Walsh v. Apple, Inc. et al

Doc. 138

Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
San Francisco Office
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAP AG, et al.,<br><br>Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**DEFENDANTS' NOTICE OF LODGING OF DOCUMENTS FOR *IN* CAMERA REVIEW** |



Dockets.Justia.com

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to this Court's July 25, 2008 Order, and in connection with Plaintiffs' August 1, 2008 Motion to Compel Production of Clawed Back Documents, Defendants will lodge the following five documents with the Court today for the Court's *in camera* review:

1. TN-OR00854803-04;
2. TN-OR00164402-10;
3. TN-OR01157057-59;
4. TN-OR01058166-170;
5. TN-OR00868717-19.

These documents are not intended to be, and should not be, filed in the public record because they contain information protected under the attorney-client privilege and/or the attorney work product doctrine. The documents are being lodged with the Court for the sole purpose of the Court's *in camera* review in connection with the above-referenced motion. The lodging of these documents is not intended, and should not be construed as, a waiver in any way of the attorney-client privilege, the attorney work product doctrine, or any other applicable privilege.

Pursuant to the Judge LaPorte's July 25, 2008 Order, Defendants will further respond to Plaintiff's Motion to Compel Production of Clawed Back Documents on or before August 8, 2008.

Dated: August 1, 2008

JONES DAY

By: /s/ Jason McDonell
Jason McDonell

Counsel for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.