Walsh v. Apple, Inc. et al
Doc. 140 Att. 2

# EXHIBIT P

**Lodged with the Court under seal pursuant to the Parties' Protective Order (of June 6, 2007), and the Proposed Order to file under seal (filed August 1, 2008)**

Dockets.Justia.com