Walsh v. Apple, Inc. et al

Doc. 140 Att. 3

ORACLE CORP., et. al. v. SAP AG, et. al.
N.D. CAL. No. 07-CV-01658
DEFENDANTS' PRIVILEGE LOG RELATING TO CLAW-BACK DOCUMENTS

| No. | Source | Bates Begin | Bates End | Date | Author | Addressee | CC | BCC | Redacted? | Privilege Type | Basis of Privilege |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1340 | Ludlam, Robert | TN-OR00311872 | TN-OR00311882 | Undated | | | | | Yes | Attorney Client | Document containing communication and advice from counsel regarding Safe Passage |
| 1341 | Nelson, Andrew | TN-OR00611635 | TN-OR00611646 | Undated | | | | | Yes | Attorney Client | Document containing communication and advice from counsel regarding Safe Passage |
| 1342 | Nelson, Andrew | TN-OR00638373 | TN-OR00638384 | Undated | | | | | Yes | Attorney Client | Document containing communication and advice from counsel regarding Safe Passage |
| 1343 | Nelson, Andrew | TN-OR00638389 | TN-OR00638400 | Undated | | | | | Yes | Attorney Client | Document containing communication and advice from counsel regarding Safe Passage |
| 1344 | Nelson, Andrew | TN-OR00638435 | TN-OR00638446 | Undated | | | | | Yes | Attorney Client | Document containing communication and advice from counsel regarding Safe Passage |
| 1345 | Nelson, Andrew | TN-OR00638712 | TN-OR00638723 | Undated | | | | | Yes | Attorney Client | Document containing communication and advice from counsel regarding Safe Passage |
| 1346 | Nelson, Andrew | TN-OR00649567 | TN-OR00649598 | Undated | | | | | Yes | Attorney Client | Document containing communication and advice from counsel regarding Safe Passage |
| 1347 | Nelson, Andrew | TN-OR00649669 | TN-OR00649700 | Undated | | | | | Yes | Attorney Client | Document containing communication and advice from counsel regarding Safe Passage |
| 1348 | Nelson, Andrew | TN-OR00649930 | TN-OR00649941 | Undated | | | | | Yes | Attorney Client | Document containing communication and advice from counsel regarding Safe Passage |
| 1349 | Nelson, Shelley | TN-OR00854803 | TN-OR00854804 | 3/16/2005 | Andrew Nelson | Shelley Nelson | | | Yes | Attorney Client | Email communication regarding communication with and request for advice from counsel regarding business operations |
| 1350 | Nelson, Greg | TN-OR01027103 | TN-OR01027133 | Undated | | | | | Yes | Attorney Client | Document containing communication and advice from counsel regarding Safe Passage |
| 1351 | Nelson, Greg | TN-OR01129710 | TN-OR01129740 | Undated | | | | | Yes | Attorney Client | Document containing communication and advice from counsel regarding Safe Passage |
| 1352 | Nelson, Greg | TN-OR01132781 | TN-OR01132811 | Undated | | | | | Yes | Attorney Client | Document containing communication and advice from counsel regarding Safe Passage |
| 1353 | Hurst, Terry | SAP-OR00023406 | SAP-OR00023417 | Undated | | | | | Yes | Attorney Client | Document containing communication and advice from counsel regarding Safe Passage |
| 1354 | Hurst, Terry | SAP-OR00024781 | SAP-OR00024792 | Undated | | | | | Yes | Attorney Client | Document containing communication and advice from counsel regarding Safe Passage |
| 2261 | Zieman, Thomas | SAP-OR00000531 | SAP-OR00000535 | Undated | | | | | Yes | Attorney Client | Document containing discussion of legal advice from counsel regarding business proposal |
| 2262 | Thomas, Bill | TN-OR00020729 | TN-OR00020732 | 2/13/2007 | Nelson, Greg | Thomas, Bill | | | Yes | Attorney Client | Email communication forwarding and discussing communication from counsel regarding provision of legal advice regarding rules of engagement |
| 2263 | Thomas, Bill | TN-OR00024173 | TN-OR00024174 | 2/13/2007 | Nelson, Greg | Christopher Faye, Esq.; Thomas, Bill | Nelson, Andrew | | No | Attorney Client | Email communication with counsel regarding legal advice regarding rules of engagement |
| 2264 | Thomas, Bill | TN-OR00024277 | TN-OR00024278 | 2/13/2007 | Nelson, Greg | Thomas, Bill | | | Yes | Attorney Client | Email communication forwarding and discussing communication from counsel regarding provision of legal advice regarding rules of engagement |
| 2265 | Thomas, Bill | TN-OR00030775 | TN-OR00030778 | 2/13/2007 | Nelson, Greg | Thomas, Bill | | | Yes | Attorney Client | Email communication forwarding and discussing communication from counsel regarding provision of legal advice regarding rules of engagement |
| 2266 | Thomas, Bill | TN-OR00031396 | TN-OR00031397 | 2/13/2007 | Nelson, Greg | Thomas, Bill | | | Yes | Attorney Client | Email communication forwarding and discussing communication from counsel regarding provision of legal advice regarding rules of engagement |
| 2267 | Thomas, Bill | TN-OR00031399 | TN-OR00031400 | 2/13/2007 | Nelson, Greg | Christopher Faye, Esq.; Thomas, Bill | Nelson, Andrew | | No | Attorney Client | Email communication with counsel regarding request for legal advice regarding rules of engagement |
| 2268 | Kreutz, Mark | TN-OR00072753 | TN-OR00072754 | 6/28/2006 | Nelson, Shelley | Services - Management | | | Yes | Attorney Client | Email communication discussing communication with and request for legal advice from counsel regarding contract interpretation |
| 2269 | Loftus, Lesley | TN-OR00164402 | TN-OR00164410 | Undated | | | | | Yes | Attorney Client | Document containing discussion of legal advice from counsel regarding business proposal |
| 2270 | Nelson, Andrew | TN-OR00579479 | TN-OR00579483 | 1/23/2007 | Nelson, Andrew | Ziemen, Thomas | | | Yes | Attorney Client | Document referring to request for legal advice regarding business expansion |
| 2271 | Nelson, Andrew | TN-OR00583860 | TN-OR00583860 | 6/14/2006 | Nelson, Andrew | Nelson, Greg | | | Yes | Attorney Client | Email communication from counsel regarding rules of engagement |
| 2272 | Nelson, Andrew | TN-OR00595900 | TN-OR00595901 | 7/26/2006 | Swaby, Kym | Nelson, Andrew | Swaby, Kym | | Yes | Attorney Client | Email communication to counsel requesting legal advice regarding rules of engagement |
| 2273 | Nelson, Andrew | TN-OR00595942 | TN-OR00595944 | 7/26/2006 | Wheeler, Mandy | Swaby, Kym; Nelson, Andrew | | | Yes | Attorney Client | Email communication to counsel requesting legal advice regarding rules of engagement |
| 2274 | Nelson, Andrew | TN-OR00596327 | TN-OR00596328 | 8/1/2006 | | | | | No | Attorney Client | Email communication regarding communication to counsel regarding Rules of Engagement |
| 2275 | Nelson, Andrew | TN-OR00606604 | TN-OR00606605 | 1/26/2006 | Nelson, Andrew | Donovan, Maria; Nelson, Andrew | | | Yes | Attorney Client | Email communication discussing legal advice regarding rules of engagement |



Dockets.Justia.com

# ORACLE CORP., et. al. v. SAP AG, et. al.
## N.D. CAL. No. 07-CV-01658
## DEFENDANTS' PRIVILEGE LOG RELATING TO CLAW-BACK DOCUMENTS

| No. | Source | Bates Begin | Bates End | Date | Author | Addressee | CC: | BCC: | Redacted? | Privilege Type | Basis of Privilege |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2276 | Nelson, Andrew | TN-OR00638746 | TN-OR00638748 | 3/28/2005 | Nelson, Shelley | Ziemen, Thomas; Ordonez, Elena Maria | Weber, Ina Daniela; Garcia, Teson; del Carmen, Maria; Nelson, Greg | | Yes | Attorney Client | Email communication regarding communication with and legal advice of counsel regarding rules of engagement |
| 2277 | Nelson, Andrew | TN-OR00654805 | TN-OR00654806 | 10/21/2005 | | | | | - | - | Document removed from privilege log |
| 2278 | Nelson, Andrew | TN-OR00659174 | TN-OR00659182 | Undated | | | | | Yes | Attorney Client | Document containing discussion of legal advice from counsel regarding business proposal |
| 2279 | Nelson, Andrew | TN-OR00664090 | TN-OR00664091 | Undated | | | | | Yes | Attorney Client | Document reflecting request for legal advice regarding proposed business changes |
| 2280 | Nelson, Shelly | TN-OR00679116 | TN-OR00679117 | 3/22/2005 | Nelson, Shelley | Ziemen, Thomas | | | No | Attorney Client | Email communication regarding communication with and legal advice of counsel regarding rules of engagement |
| 2281 | Nelson, Shelly | TN-OR00679173 | TN-OR00679175 | 3/28/2005 | Nelson, Shelley | Ziemen, Thomas; Ordonez, Elena Maria | Weber, Ina Daniela; Garcia, Teson; del Carmen, Maria; Nelson, Greg | | Yes | Attorney Client | Email communication regarding communication with and legal advice of counsel regarding rules of engagement |
| 2282 | Nelson, Shelly | TN-OR00679194 | TN-OR00679196 | 3/28/2005 | Nelson, Shelley | Ziemen, Thomas; Ordonez, Elena Maria | Weber, Ina Daniela; Garcia, Teson; del Carmen, Maria; Nelson, Greg | | Yes | Attorney Client | Email communication regarding communication with and legal advice of counsel regarding rules of engagement |
| 2283 | Nelson, Shelly | TN-OR00679197 | TN-OR00679199 | 3/28/2005 | Nelson, Shelley | Ziemen, Thomas; Ordonez, Elena Maria | Weber, Ina Daniela; Garcia, Teson; del Carmen, Maria; Nelson, Greg | | Yes | Attorney Client | Email communication regarding communication with and legal advice of counsel regarding rules of engagement |
| 2284 | Nelson, Shelly | TN-OR00828558 | TN-OR00828561 | 3/28/2005 | Nelson, Shelley | Ziemen, Thomas; Ordonez, Elena Maria | Weber, Ina Daniela; Garcia, Teson; del Carmen, Maria; Nelson, Greg | | Yes | Attorney Client | Email communication discussing communication with and request for legal advice from counsel |
| 2285 | Nelson, Shelly | TN-OR00828563 | TN-OR00828565 | 3/28/2005 | Nelson, Shelley | Ziemen, Thomas; Ordonez, Elena Maria | Weber, Ina Daniela; Garcia, Teson; del Carmen, Maria; Nelson, Greg | | Yes | Attorney Client | Email communication regarding communication with and legal advice of counsel regarding rules of engagement |
| 2286 | Nelson, Shelly | TN-OR00856272 | TN-OR00856273 | 3/22/2005 | Weber, Ina Daniela | Nelson, Shelley | | | No | Attorney Client | Email communication regarding communication with and legal advice of counsel regarding rules of engagement |
| 2287 | Nelson, Shelly | TN-OR00856278 | TN-OR00856280 | 3/28/2005 | Nelson, Shelley | Ziemen, Thomas; Ordonez, Elena Maria | Weber, Ina Daniela; Garcia, Teson; del Carmen, Maria; Nelson, Greg | | Yes | Attorney Client | Email communication regarding communication with and legal advice of counsel regarding rules of engagement |
| 2288 | Nelson, Shelly | TN-OR00856281 | TN-OR00856284 | 3/28/2005 | Nelson, Andrew | Nelson, Shelley | | | Yes | Attorney Client | Email communication with counsel responding to request for legal advice regarding rules of engagement |
| 2289 | Nelson, Shelly | TN-OR00856288 | TN-OR00856289 | 3/28/2005 | Nelson, Shelley | Ziemen, Thomas; Ordonez, Elena Maria | Weber, Ina Daniela; Garcia, Teson; del Carmen, Maria; Nelson, Greg | | Yes | Attorney Client | Email communication regarding communication with and legal advice of counsel regarding rules of engagement |
| 2290 | Nelson, Shelly | TN-OR00856290 | TN-OR00856292 | 3/28/2005 | Nelson, Shelley | Ziemen, Thomas; Ordonez, Elena Maria | Weber, Ina Daniela; Garcia, Teson; del Carmen, Maria; Nelson, Greg | | Yes | Attorney Client | Email communication regarding communication with and legal advice of counsel regarding rules of engagement |
| 2291 | Nelson, Shelly | TN-OR00856331 | TN-OR00856336 | 4/5/2005 | Ordonez, Elena Maria | Nelson, Shelley | | | Yes | Attorney Client | Email communication with counsel providing legal advice regarding rules of engagement |
| 2292 | Nelson, Shelly | TN-OR00856337 | TN-OR00856342 | 4/5/2005 | Ordonez, Elena Maria | Nelson, Shelley | | | Yes | Attorney Client | Email communication with counsel providing legal advice regarding rules of engagement |
| 2293 | Nelson, Shelly | TN-OR00856343 | TN-OR00856349 | 4/5/2005 | Ordonez, Elena Maria | Nelson, Shelley; Lueken, Heinz | Nelson, Andrew | | Yes | Attorney Client | Email communication with counsel providing legal advice regarding rules of engagement |
| 2294 | Nelson, Shelly | TN-OR00857490 | TN-OR00857491 | 3/15/2005 | Nelson, Andrew | Tseng, Stephen | Christopher Faye, Esq.; Nelson, Shelley | | Yes | Attorney Client | Email communication regarding communication with and legal advice of counsel regarding rules of engagement |
| 2295 | Nelson, Shelly | TN-OR00858083 | TN-OR00858086 | 3/23/2006 | Nelson, Shelley | Schoennagel, Harry | Sweetman, Laura | | Yes | Attorney Client | Email communication with counsel responding to request for legal advice regarding rules of engagement |
| 2296 | Nelson, Shelly | TN-OR00868445 | TN-OR00868447 | 6/20/2006 | Nelson, Shelley | Jackson, Chris | | | Yes | Attorney Client | Email communication discussing communication with and request for legal advice from counsel regarding rules of engagement |
| 2297 | Nelson, Shelly | TN-OR00868513 | TN-OR00868515 | 6/27/2006 | Nelson, Shelley | Jackson, Chris | | | Yes | Attorney Client | Email communication discussing communication with and request for legal advice from counsel regarding rules of engagement |
| 2298 | Nelson, Shelly | TN-OR00868526 | TN-OR00868528 | 7/11/2006 | Nelson, Shelley | Jackson, Chris | | | Yes | Attorney Client | Email communication discussing communication with and request for legal advice from counsel regarding rules of engagement |
| 2299 | Nelson, Shelly | TN-OR00868536 | TN-OR00868537 | 7/18/2006 | Nelson, Shelley | Jackson, Chris | | | Yes | Attorney Client | Email communication discussing communication with and request for legal advice from counsel regarding rules of engagement |
| 2300 | Nelson, Shelly | TN-OR00868548 | TN-OR00868549 | 7/26/2006 | Nelson, Shelley | Jackson, Chris | | | Yes | Attorney Client | Email communication discussing communication with and request for legal advice from counsel regarding rules of engagement |
| 2301 | Nelson, Shelly | TN-OR00868567 | TN-OR00868569 | 8/3/2006 | Nelson, Shelley | Jackson, Chris | | | Yes | Attorney Client | Email communication discussing communication with and request for legal advice from counsel regarding rules of engagement |
| 2302 | Nelson, Shelly | TN-OR00868590 | TN-OR00868592 | 8/15/2006 | Nelson, Shelley | Jackson, Chris | | | Yes | Attorney Client | Email communication discussing communication with and request for legal advice from counsel regarding rules of engagement |
| 2303 | Nelson, Shelly | TN-OR00868619 | TN-OR00868621 | 8/21/2006 | Nelson, Shelley | Jackson, Chris | | | Yes | Attorney Client | Email communication discussing communication with and request for legal advice from counsel regarding rules of engagement |

# ORACLE CORP., et. al. v. SAP AG, et. al.
## N.D. CAL. No. 07-CV-01658
## DEFENDANTS' PRIVILEGE LOG RELATING TO CLAW-BACK DOCUMENTS

| No. | Source | Bates Begin | Bates End | Date | Author | Addressee | CC: | BCC: | Redacted? | Privilege Type | Basis of Privilege |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2304 | Nelson, Shelly | TN-OR00868717 | TN-OR00868719 | 10/10/2006 | Nelson, Shelley | Jackson, Chris | | | Yes | Attorney Client | Email communication discussing communication with and request for legal advice from counsel regarding rules of engagement |
| 2305 | Nelson, Shelly | TN-OR00868732 | TN-OR00868734 | 10/17/2006 | Nelson, Shelley | Jackson, Chris | | | Yes | Attorney Client | Email communication discussing communication with and request for legal advice from counsel regarding rules of engagement |
| 2306 | Nelson, Greg | TN-OR01015585 | TN-OR01015585 | 12/23/2005 | | | | | - | - | Document removed from privilege log |
| 2307 | Nelson, Greg | TN-OR01031974 | TN-OR01031974 | 10/20/2006 | Chan, Kirk | Nelson, Greg | | | Yes | Attorney Client | Email communication regarding request for legal advice from counsel regarding software development |
| 2308 | Nelson, Greg | TN-OR01032142 | TN-OR01032143 | 10/25/2006 | Chan, Kirk | Nelson, Greg | | | Yes | Attorney Client | Email communication regarding request for legal advice from counsel regarding software development, business procedures, new projects, patent development, and rules of engagement |
| 2309 | Nelson, Greg | TN-OR01032276 | TN-OR01032277 | 10/30/2006 | Joan Tarka, Esq. | Geib, Bob | Osterloh, Eric; Nelson, Greg | | No | Attorney Client | Email communication containing legal advice regarding contract |
| 2310 | Nelson, Greg | TN-OR01032278 | TN-OR01032289 | Undated | | | | | No | Attorney Client | Contract reflecting legal advice from counsel |
| 2311 | Nelson, Greg | TN-OR01032407 | TN-OR01032407 | 10/31/2006 | Joan Tarka, Esq. | Geib, Bob | Osterloh, Eric; Nelson, Greg | | No | Attorney Client | Email communication containing legal advice regarding contract |
| 2312 | Nelson, Greg | TN-OR01032408 | TN-OR01032419 | Undated | | | | | No | Attorney Client | Contract reflecting legal advice from counsel |
| 2313 | Nelson, Greg | TN-OR01044806 | TN-OR01044807 | 3/23/2007 | Nelson, Greg | Nelson, Greg | | | Yes | Attorney Client | Email communication regarding request for legal advice from counsel regarding software development, business procedures, new projects, patent development, and rules of engagement |
| 2314 | Nelson, Greg | TN-OR01047547 | TN-OR01047547 | 6/27/2006 | | | | | - | - | Document removed from privilege log |
| 2315 | Nelson, Greg | TN-OR01058166 | TN-OR01058173 | 8/1/2006 | Nelson, Greg | Nelson, Andrew | Pullan, Nigel; Geib, Bob | | No | Attorney Client | Email communication discussing communication with and request for legal advice from counsel |
| 2316 | Nelson, Greg | TN-OR01059146 | TN-OR01059147 | 6/14/2006 | Nelson, Greg | Nelson, Andrew | | | Yes | Attorney Client | Email communication regarding discussion with counsel regarding rules of engagement |
| 2317 | Nelson, Greg | TN-OR01060475 | TN-OR01060475 | 4/18/2006 | Nelson, Greg | Geib, Bob | | | Yes | Attorney Client | Email communication regarding legal advice from counsel regarding rules of engagement |
| 2318 | Nelson, Greg | TN-OR01065683 | TN-OR01065683 | 10/21/2005 | | | | | - | - | Document removed from privilege log |
| 2319 | Nelson, Greg | TN-OR01079684 | TN-OR01079685 | 3/23/2007 | Nelson, Greg | Nelson, Greg | | | Yes | Attorney Client | Email communication regarding request for legal advice from counsel regarding software development, business procedures, new projects, patent development, and rules of engagement |
| 2320 | Nelson, Greg | TN-OR01083746 | TN-OR01083748 | 10/4/2006 | Nelson, Greg | Yavar, Eskander | | | Yes | Attorney Client | Email communication requesting legal advice regarding employment issues |
| 2321 | Nelson, Greg | TN-OR01085037 | TN-OR01085041 | 8/1/2006 | Nelson, Greg | Nelson, Andrew | Pullan, Nigel; Geib, Bob | | No | Attorney Client | Email communication regarding communication with counsel and request for legal advice regarding rules of engagement |
| 2322 | Nelson, Greg | TN-OR01086432 | TN-OR01086435 | 5/10/2006 | Nelson, Greg | Yavar, Eskander | | | Yes | Attorney Client | Email communication with counsel requesting legal advice regarding rules of engagement |
| 2323 | Nelson, Greg | TN-OR01087021 | TN-OR01087022 | 4/18/2006 | Nelson, Greg | Geib, Bob | | | Yes | Attorney Client | Email communication regarding legal advice from counsel regarding rules of engagement |
| 2324 | Nelson, Greg | TN-OR01087983 | TN-OR01087983 | 3/2/2006 | Nelson, Greg | Nelson, Andrew | | | No | Attorney Client | Email communication forwarding communications with counsel regarding patents |
| 2325 | Nelson, Greg | TN-OR01098590 | TN-OR01098590 | 12/23/2005 | | | | | - | - | Document removed from privilege log |
| 2326 | Nelson, Greg | TN-OR01100673 | TN-OR01100673 | 10/21/2005 | | | | | - | - | Document removed from privilege log |
| 2327 | Nelson, Greg | TN-OR01125086 | TN-OR01125089 | 11/4/2005 | | | | | - | - | Document removed from privilege log |
| 2328 | Nelson, Greg | TN-OR01148039 | TN-OR01148039 | 6/27/2006 | | | | | - | - | Document removed from privilege log |
| 2329 | Nelson, Greg | TN-OR01157057 | TN-OR01157059 | 2/23/2007 | Nelson, Andrew | Nelson, Greg | | | Yes | Attorney Client | Email communication regarding and containing legal advice from counsel regarding rules of engagement |
| 2330 | Nelson, Greg | TN-OR01171045 | TN-OR01171045 | 11/7/2006 | Chan, Kirk | Nelson, Greg | | | No | Attorney Client | Email communication reflecting discussion with counsel regarding business proposal |
| 2331 | Nelson, Greg | TN-OR01171583 | TN-OR01171584 | 10/25/2006 | Chan, Kirk | Nelson, Greg | | | Yes | Attorney Client | Email communication regarding request for legal advice from counsel regarding software development, business procedures, new projects, patent development, and rules of engagement |
| 2332 | Nelson, Greg | TN-OR01171796 | TN-OR01171797 | 10/20/2006 | Chan, Kirk | Nelson, Greg | | | Yes | Attorney Client | Email communication regarding request for legal advice from counsel regarding software development |
| 2333 | Nelson, Greg | TN-OR01175673 | TN-OR01175673 | 11/7/2006 | Chan, Kirk | Nelson, Greg | | | No | Attorney Client | Email communication reflecting discussion with counsel regarding business proposal |
| 2334 | Nelson, Greg | TN-OR01180439 | TN-OR01180441 | 10/4/2006 | Yavar, Eskander | Patricia Lavan, Esq.; Stevens, Dina | Nelson, Greg | | No | Attorney Client | Email communication with counsel requesting legal advice regarding employment issues |
| 2335 | Nelson, Greg | TN-OR01181134 | TN-OR01181174 | 3/23/2007 | Nelson, Greg | Nelson, Greg | | | Yes | Attorney Client | Email communication regarding discussions with counsel regarding rules of engagement and business proposals |
| 2336 | Nelson, Greg | TN-OR01181215 | TN-OR01181216 | 3/23/2007 | Nelson, Greg | Nelson, Greg | | | Yes | Attorney Client | Email communication regarding request for legal advice from counsel regarding software development, business procedures, new projects, patent development, and rules of engagement |
| 2337 | Lester, George | TN-OR01227612 | TN-OR01227613 | 6/28/2006 | Nelson, Shelley | Services - Management | | | Yes | Attorney Client | Email communication discussing communication with and request for legal advice from counsel regarding contract interpretation |
| 2338 | Lester, George | TN-OR01227630 | TN-OR01227631 | 6/28/2006 | Nelson, Shelley | Services - Management | | | Yes | Attorney Client | Email communication discussing communication with and request for legal advice from counsel regarding contract interpretation |

ORACLE CORP., et. al. v. SAP AG, et. al.
N.D. CAL. No. 07-CV-01658
DEFENDANTS' PRIVILEGE LOG RELATING TO CLAW-BACK DOCUMENTS

| No. | Source | Bates Begin | Bates End | Date | Author | Addressee | CC | BCC | Redacted? | Privilege Type | Basis of Privilege |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2339 | Sweetman, Laura | TN-OR01571098 | TN-OR01571099 | 6/28/2006 | Nelson, Shelley | Services - Management | | | Yes | Attorney Client | Email communication discussing communication with and request for legal advice from counsel regarding contract interpretation |
| 4196 | Nelson, Shelley | TN-OR00868518 | TN-OR00868519 | 6/28/2006 | Shelley Nelson | Services-Management | | | Yes | Attorney Client | Email communication referring to request for legal advice regarding contract interpretation |
| 4197 | Baugh, John | TN-OR01688352 | TN-OR01688353 | 6/28/2006 | George Lester | PSE Tech | | | Yes | Attorney Client | Email communication referring to request for legal advice regarding contract interpretation |