Walsh v. Apple, Inc. et al Doc. 140 Att. 4

JONES DAY

555 CALIFORNIA STREET, 26TH FLOOR • SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE: (415) 626-3939 • FACSIMILE: (415) 875-5700

Direct Number: (415) 875-5820
jmcdonell@jonesday.com

JP009016
530198-645001

April 17, 2008

*E-mail to geoff.howard@bingham.com*

Mr. Geoffrey M. Howard
Bingham McCutchen, LLP
Three Embarcadero Center
San Francisco, CA 94111-4067

Re: Case No. 07-CV-1658; *Oracle Corporation, et al., v. SAP AG et al.*; U. S. District Court, Northern District of California, San Francisco Division

Dear Mr. Howard:

Defendants have discovered the inadvertant production of several privileged documents that have been produced to Plaintiffs. Pursuant to paragraph 15 of the Stipulated Protective Order, Plaintiffs have an obligation to promptly return the documents and all copies thereof to which the claim of inadvertant production has been made. Plaintiffs may not use these documents for any purpose other than in connection with a motion to compel. The following documents should be returned:

- TN-OR00311872 to TN-OR00311882;
- TN-OR00611635 to TN-OR00611646;
- TN-OR00638373 to TN-OR00638384;
- TN-OR00638389 to TN-OR00638400;
- TN-OR00638435 to TN-OR00638446;
- TN-OR00638712 to TN-OR00638723;
- TN-OR00649567 to TN-OR00649598;
- TN-OR00649669 to TN-OR00649700;
- TN-OR00649930 to TN-OR00649941;
- TN-OR00854803 to TN-OR00854804;

HUI-96893v1



Dockets.Justia.com

- TN-OR01027103 to TN-OR01027133;
- TN-OR01129710 to TN-OR01129740;
- TN-OR01132781 to TN-OR01132811;
- SAP-OR00023406 to SAP-OR00023417; and
- SAP-OR00024781 to SAP-OR00024792.

Defendants will promptly provide tiff images and the accompanying load files which should be used to replace these documents.

Please contact me if you have any questions.

Very truly yours,

Jason McDonell

cc: *Via E-mail*
Donn Pickett – Bingham McCutchen, LLP – donn.pickett@bingham.com
Holly House – Bingham McCutchen, LLP – holly.house@bingham.com
Zachary J. Alinder – Bingham McCutchen, LLP – zachary.alinder@bingham.com
Bree Hann – Bingham McCutchen, LLP – bree.hann@bingham.com

*Via E-mail*
Robert A. Mittelstaedt – Jones Day San Francisco – ramittelstaedt@jonesday.com
Greg Lanier – Jones Day Silicon Valley – tglanier@jonesday.com
Scott W. Cowan – Jones Day Houston – swcowan@jonesday.com
Elaine Wallace – Jones Day San Francisco – ewallace@jonesday.com