Walsh v. Apple, Inc. et al Doc. 140 Att. 5

JONES DAY

555 CALIFORNIA STREET, 26TH FLOOR • SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE: (415) 626-3939 • FACSIMILE: (415) 875-5700

Direct Number: (415) 875-5820
jmcdonell@jonesday.com

JP009254
530198-645001

May 29, 2008

***E-mail to holly.house@bingham.com***

Ms. Holly House, Esq.
Bingham McCutchen, LLP
Three Embarcadero Center
San Francisco, CA 94111-4067

Re: Case No. 07-CV-1658; *Oracle Corporation, et al., v. SAP AG et al.*
U. S. District Court, Northern District of California, San Francisco Division

Dear Ms. House:

Defendants have discovered the inadvertent production of several privileged documents that have been produced to Plaintiffs from the files of TomorrowNow and SAP custodians. Pursuant to paragraph 15 of the Stipulated Protective Order, Plaintiffs have an obligation to promptly return the documents and all copies thereof to which the claim of inadvertent production has been made. Plaintiffs may not use these documents for any purpose other than using information concerning the documents in connection with a motion to compel.

- TN-OR00020729 to TN-OR00020732;
- TN-OR00024173 to TN-OR00024174;
- TN-OR00024277 to TN-OR00024278;
- TN-OR00030775 to TN-OR00030778;
- TN-OR00031396 to TN-OR00031397;
- TN-OR00031399 to TN-OR00031400;
- TN-OR00072753 to TN-OR00072754;
- TN-OR00164402 to TN-OR00164410;
- TN-OR00579479 to TN-OR00579483;
- TN-OR00583860 to TN-OR00583860;

HUI-98141v1



Dockets.Justia.com

- TN-OR00595900 to TN-OR00595901;
- TN-OR00595942 to TN-OR00595944;
- TN-OR00596327 to TN-OR00596328;
- TN-OR00608604 to TN-OR00608605;
- TN-OR00638746 to TN-OR00638748;
- TN-OR00654805 to TN-OR00654806;
- TN-OR00659174 to TN-OR00659182;
- TN-OR00664090 to TN-OR00664091;
- TN-OR00679116 to TN-OR00679117;
- TN-OR00679173 to TN-OR00679175;
- TN-OR00679194 to TN-OR00679196;
- TN-OR00679197 to TN-OR00679199;
- TN-OR00828563 to TN-OR00828565;
- TN-OR00828558 to TN-OR00828561;
- TN-OR00856272 to TN-OR00856273;
- TN-OR00856278 to TN-OR00856280;
- TN-OR00856281 to TN-OR00856284;
- TN-OR00856288 to TN-OR00856289;
- TN-OR00856290 to TN-OR00856292;
- TN-OR00856331 to TN-OR00856336;
- TN-OR00856337 to TN-OR00856342;

- TN-OR00856343 to TN-OR00856349;
- TN-OR00857490 to TN-OR00857491;
- TN-OR00858083 to TN-OR00858086;
- TN-OR00868445 to TN-OR00868447;
- TN-OR00868513 to TN-OR00868515;
- TN-OR00868526 to TN-OR00868528;
- TN-OR00868536 to TN-OR00868537;
- TN-OR00868548 to TN-OR00868549;
- TN-OR00868567 to TN-OR00868569;
- TN-OR00868590 to TN-OR00868592;
- TN-OR00868619 to TN-OR00868621;
- TN-OR00868717 to TN-OR00868719;
- TN-OR00868732 to TN-OR00868734;
- TN-OR01015585 to TN-OR01015585;
- TN-OR01031974 to TN-OR01031974;
- TN-OR01032142 to TN-OR01032143;
- TN-OR01032276 to TN-OR01032277;
- TN-OR01032278 to TN-OR01032289;
- TN-OR01032407 to TN-OR01032407;
- TN-OR01032408 to TN-OR01032419;
- TN-OR01044806 to TN-OR01044807;

- TN-OR01047547 to TN-OR01047547;
- TN-OR01058166 to TN-OR01058170;
- TN-OR01058171 to TN-OR01058171;
- TN-OR01058172 to TN-OR01058172;
- TN-OR01058173 to TN-OR01058173;
- TN-OR01059146 to TN-OR01059147;
- TN-OR01060475 to TN-OR01060475;
- TN-OR01065683 to TN-OR01065683;
- TN-OR01079684 to TN-OR01079685;
- TN-OR01083746 to TN-OR01083747;
- TN-OR01083748 to TN-OR01083748;
- TN-OR01085037 to TN-OR01085041;
- TN-OR01086432 to TN-OR01086435;
- TN-OR01087021 to TN-OR01087022;
- TN-OR01087983 to TN-OR01087983;
- TN-OR01098590 to TN-OR01098590;
- TN-OR01100673 to TN-OR01100673;
- TN-OR01125086 to TN-OR01125087;
- TN-OR01125088 to TN-OR01125088;
- TN-OR01125089 to TN-OR01125089;
- TN-OR01148039 to TN-OR01148039;

- TN-OR01157057 to TN-OR01157059;
- TN-OR01171045 to TN-OR01171045;
- TN-OR01171583 to TN-OR01171584;
- TN-OR01171796 to TN-OR01171796;
- TN-OR01171797 to TN-OR01171797;
- TN-OR01175673 to TN-OR01175673;
- TN-OR01180439 to TN-OR01180440;
- TN-OR01180441 to TN-OR01180441;
- TN-OR01181134 to TN-OR01181174;
- TN-OR01181215 to TN-OR01181216;
- TN-OR01227612 to TN-OR01227613;
- TN-OR01227630 to TN-OR01227631;
- TN-OR01571098 to TN-OR01571099; and
- SAP-OR00000531 to SAP-OR00000535.

Defendants will promptly provide placeholder tiff images and the accompanying load files which should be used to replace these documents.

As you are aware, Defendants discovered the inadvertent production of the privileged document bearing the bates number TN-OR00164402 to TN-OR00164410 during the deposition of Terry Hurst on May 1, 2008. Pursuant to paragraph 15 of the Stipulated Protective Order, Defendants requested that Plaintiffs promptly return the document, which had been marked as Exhibit 150 to the deposition, and all copies thereof. Prior to the close of the deposition, Plaintiffs agreed to redact the privileged portions of Exhibit 150, as well as portions of the record into which Plaintiffs had read the privileged material. Per our discussion at the deposition, Defendants have contacted Merrill Legal Solutions regarding the process for redacting the portions of the deposition videotape that contain privileged material. To accomplish redaction of the deposition videotape, Plaintiffs will need to contact Merrill Legal Solutions directly, providing the beginning and ending timestamps of the redacted portions of the deposition

transcript that correspond to the portions of the videotape that require redaction (specifically, Rule 30(b)(6) Deposition of Terry Hurst, Volume II, May 1, 2008 at 09:47:13 through 09:48:24). The videotape redaction will entail a modest fee, which Defendants are willing to cover. In the meantime, Defendants have requested that Merrill Legal Solutions not produce the deposition videotape to either Plaintiffs or Defendants until the videotape has been redacted.

Please let me know if you have any questions regarding next steps for coordinating the redaction of the videotape.

Very truly yours,

Jason McDonell

cc: *Via E-mail*
Donn Pickett – Bingham McCutchen, LLP – donn.pickett@bingham.com
Geoffrey M. Howard – Bingham McCutchen, LLP – geoff.howard@bingham.com
Zachary J. Alinder – Bingham McCutchen, LLP – zachary.alinder@bingham.com
Bree Hann – Bingham McCutchen, LLP – bree.hann@bingham.com

*Via E-mail*
Robert A. Mittelstaedt – Jones Day San Francisco – ramittelstaedt@jonesday.com
Greg Lanier – Jones Day Silicon Valley – tglanier@jonesday.com
Scott W. Cowan – Jones Day Houston – swcowan@jonesday.com
Elaine Wallace – Jones Day San Francisco – ewallace@jonesday.com