Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAP AG, et al.,<br><br>Defendants. | Case No. 07-CV-1658 PJH<br><br>**DECLARATION OF ALBERT VAN WISSEN IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE THEIR MOTION TO COMPEL AND SUPPORTING DOCUMENTS UNDER SEAL**<br>Date: N/A<br>Time: N/A<br>Courtroom: E, 15th Floor<br>Judge: Hon. Elizabeth D. Laporte |



Dockets.Justia.com

I, ALBERT VAN WISSEN, declare:

I am an individual over 18 years old. I am the CFO of TomorrowNow, one of the Defendants in the above-entitled action. I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

1. As part of my work at TomorrowNow, I assisted with the integration of TomorrowNow into SAP following SAP's acquisition of TomorrowNow. Prior to working for TomorrowNow, I was employed by SAP. Through my positions at both SAP and TomorrrowNow, I became familiar with SAP's business strategies, policies and procedures regarding facilities planning and real estate leasing.

2. I am the author of and participant in an email communication that TomorrowNow produced in the course of discovery in this case, Bates labeled TN-OR00980230 through TN-OR00980234, which my understanding is attached as Exhibit X to the Declaration of Geoffrey M. Howard In Support Of Plaintiffs' Motion to Compel Production of Clawed Back Documents.

3. Information in the email chain referenced in paragraph 2 above includes TomorrowNow's and SAP's real estate negotiation strategy, integration policies, hiring practices, and customer service models. The discussion in the email of these topics involve TomorrowNow's and SAP's financial and business plans, confidential financial data, and confidential information regarding corporate assets (leases), all of which are commercially sensitive information. These sensitive internal discussions were non-public and confidential in order to, among other reasons, protect SAP's and TomorrowNow's negotiating strategies and positions in these areas.

4. Public disclosure of the non-public, confidential email chain referenced in paragraph 2 above would injure TN and SAP in several ways, including but not limited to compromising TN's and SAP's negotiation positions with their current or future landlords by revealing financial information and internal corporate strategies and processes relating to real estate leasing.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on August 8, 2008 in Amsterdam, Netherlands.

ALBERT VAN WISSEN