Walsh v. Apple, Inc. et al Doc. 15

Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAP AG, et al.,<br><br>Defendants. | Case No. 07-CV-1658 PJH<br><br>**DECLARATION OF MARKUS GENG IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF CLAWED BACK DOCUMENTS**<br><br>Date: N/A<br>Time: N/A<br>Courtroom: E, 15th Floor<br>Judge: Hon. Elizabeth D. Laporte |



Dockets.Justia.com

I, MARKUS GENG, declare:

I am the Head of Operations, Global Governance, Risk & Compliance of SAP AG, one of the Defendants in this case. I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

1. In or around February 2007, I assisted Thomas Ziemen with drafting the document that has been produced by TomorrowNow, Inc. in this case and Bates labeled TN-OR00164402 through TN-OR00164410. It was designed as a presentation to SAP's management providing the business case for Tomorrow Now's and SAP's future business plans relating to Oracle's eBusiness Suite products and seeking management's business advice and direction on those plans. This presentation was intended to be a highly confidential, non-public internal SAP document relating to certain of TomorrowNow's and SAP's future business plans and competitive strategies. Because of the management-level strategic considerations contained in the document, the disclosure of this presentation to Oracle without the "Highly Confidential" protections provided by the Agreed Protective Order in this case could likely cause competitive and business injury to TomorrowNow and SAP.

2. The bottom portion of page TN-OR00164404 of the presentation contains a section called "Risk Status". The information included in the "Summary of key risks" portion of that section is a high-level summary containing conclusions I drafted based on legal advice I sought and obtained from SAP's in-house attorneys Chris Faye and Jochen Scholten relating to the key legal risks of the proposed business strategy reflected elsewhere in the presentation. I believe that the fact that the "Summary of key risks" and referenced risk analysis involved legal advice from SAP's attorneys is self-evident in the presentation itself because I noted in the "Overall Risk Status" portion of that section that the more detailed results of the legal analysis could be made available under "Attorney Client Privilege." And, the fact that the "Summary of key risks" portion of the "Risk Status" section contains only legal considerations is highlighted by the fact that I footnoted on that same page that the in depth technical examination was outstanding, therefore the technical risk assessment had not yet been performed.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this 8th day of August, 2008 in Walldorf, Germany.

MARKUS GENG