Walsh v. Apple, Inc. et al Doc. 168

**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Elizabeth D. Laporte**

## CIVIL MINUTES

Date: August 28, 2008

Case No: **C-07-01658 PJH (EDL)**

Case Name: **ORACLE CORPORATION v. SAP AG**

Attorneys: Pltf: Geoffrey M. Howard, Holly House, Donn Pickett, Jennifer Gloss
Deft: Jason McDonell, Scott W. Cowan, Elaine Wallace

Deputy Clerk: Lili M. Harrell

Court Reporter: Kathy Wyatt
(Time: 1 hour 25 min)

**PROCEEDINGS:**

- Further Discovery Conference held
- Plaintiffs' Motion to Compel Production of Clawed Back Documents - Granted in part

**ORDERED AFTER HEARING:**

- Further Discovery Conference scheduled for 10/10/08 at 2:00pm

**Order to be prepared by:** [] Plntf [] Deft [X] Court

**Case continued to:** for

**Notes:**

cc:

Dockets.Justia.com