BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway
M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506-4846
Facsimile: (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle Corporation, Oracle USA, Inc.,
and Oracle International Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br>v.<br><br>SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 07-CV-01658 PJH (EDL)<br><br>**[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE THEIR REPLY IN SUPPORT OF MOTION TO COMPEL UNDER SEAL** |

A/72614429.1



Dockets.Justia.com

Having considered Plaintiffs' administrative motion to file under seal their Reply in Support of Motion to Compel Production of Clawed Back Documents that was lodged with the Court on August 20, 2008:

IT IS HEREBY ORDERED THAT: Plaintiffs' motion is GRANTED. The Clerk of the Court shall file under seal the Reply in Support of Motion to Compel Production of Clawed Back Documents.

DATED: __8/29/08________, 2008 By:______________________

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Elizabeth D. Laporte
Judge Elizabeth D. Laporte
NORTHERN DISTRICT OF CALIFORNIA