United States District Court
Northern District of California

# DOCUMENT LOCATOR

**Case Number:** **CV-07-1658 PJH**

**Date Filed:** **8-1-08**

**Document:**

____ **Reporter's Transcript:**

____ **Trial Exhibits:**

____ **Lodged Documents:**

__X_ **Sealed Documents**

____ **Declaration:**

____ **Other:**

**Location:**

____ **Expando (Next to Case File)**

____ **Overflow Shelf:**

__X_ **Vault**

____ **Other:**

# Document Number: 175

Dockets.Justia.com