# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**CASE NO. C 07-1658 MJJ (JCS)**

**CASE NAME: Oracle Corp. v. SAP AG, et al.**

**MAGISTRATE JUDGE JOSEPH C. SPERO COURTROOM DEPUTY: Frank Justiliano**

**DATE: October 6, 2008 TIME: 9:30 a.m. - 1:15 p.m. COURT REPORTER: None**

**COUNSEL FOR PLAINTIFF:**
Donn Pickett
Geoffrey Howard
Holly House
Dorian Daley

**COUNSEL FOR DEFENDANT:**
Jason McDonell
Tharan Lanier

---

**() Status Conf. () P/T Conf. () Discovery Conf. () Further Case Mgmt. Conf.**

| **OTHER PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Settlement Conference | Held. |

---

**ORDERED AFTER HEARING:**

**After extended discussions no settlement is reached. A telephonic scheduling conference is set for Monday, October 20, 2008 at 3:30 p.m. Parties are directed to contact the courtroom deputy at (415) 522-3018 no later than Friday, November 17, 2008 to advise him of their respective phone number.**

cc: Chambers; Karen

Dockets.Justia.com