Walsh v. Apple, Inc. et al Doc. 181

BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway
M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506-4846
Facsimile: (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle Corporation, Oracle USA, Inc., and Oracle International Corporation

JONES DAY
ROBERT A. MITTELSTAEDT (SBN 060359)
JASON McDONELL (SBN 115084)
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com

JONES DAY
THARAN GREGORY LANIER (SBN 138784)
JANE L. FROYD (SBN 220776)
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

JONES DAY
SCOTT W. COWAN (Admitted *Pro Hac Vice*)
JOSHUA L. FUCHS (Admitted *Pro Hac Vice*)
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP America, Inc., and TomorrowNow, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,

Plaintiffs,

v.

SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive,

Defendants.

Case No. 07-CV-1658 PJH (EDL)

**STIPULATION FOR ORACLE TO FILE THIRD AMENDED COMPLAINT**



Dockets.Justia.com

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiffs Oracle Corporation, Oracle USA, Inc. and Oracle International Corporation ("Oracle") and Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc. ("Defendants" and together with Oracle, the "Parties") jointly submit this Stipulation to permit Oracle to file its Third Amended Complaint.

WHEREAS, Oracle filed its First Amended Complaint on June 1, 2007;

WHEREAS, Defendants answered the First Amended Complaint on July 2, 2007;

WHEREAS, Oracle filed its Second Amended Complaint on July 28, 2008;

WHEREAS, Oracle wishes to make further amendments related to the plaintiff entities for each claim;

WHEREAS, the Parties have stipulated to an extension of time for Defendants to respond to the Second Amended Complaint to allow Defendants to review and consider stipulating to the filing of Oracle's proposed Third Amended Complaint; and,

WHEREAS, Defendants have reviewed the proposed Third Amended Complaint and consent to its public filing in the form they reviewed.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by the Parties, through their respective counsel of record, that Oracle be permitted to amend its Second Amended Complaint by filing its Third Amended Complaint. The Parties further agree that the Third Amended Complaint may be filed publicly; however, the filing shall not be construed as a waiver of any confidentiality designation or other protection with respect to documents, transcripts or other information referred to by, or that serve as the basis for, the allegations in the Third Amended Complaint. The Parties further stipulate that Oracle shall file its Third Amended Complaint within two calendar days of this Stipulation being signed, and Defendants shall respond to the Third Amended Complaint within seven calendar days after it is filed.

/ / /

/ / /

/ / /

/ / /

**IT IS SO STIPULATED.**

DATED: October 8, 2008

BINGHAM McCUTCHEN LLP

By: /s/ Geoff Howard
Geoff Howard
Attorneys for Plaintiffs
Oracle Corporation, Oracle International Corporation, and Oracle USA, Inc.

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

DATED: October 8, 2008

JONES DAY

By: /s/ Tharan Gregory Lanier
Tharan Gregory Lanier
Attorneys for Defendants
SAP AG, SAP America, Inc., and TomorrowNow, Inc.