Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice)*
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SAP AG, *et al.*,<br><br>Defendants. | CASE NO. 07-CV-1658 PJH (EDL)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' FRCP 12(B)(1) AND 12(B)(6) MOTION TO DISMISS PLAINTIFFS' COPYRIGHT INFRINGEMENT, INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE, BREACH OF CONTRACT, UNFAIR COMPETITION, AN ACCOUNTING AND UNJUST ENRICHMENT** |

Having considered Defendants' FRCP 12(b)(1) and 12(b)(6)Motion to Dismiss Plaintiffs' Claims for Copyright Infringement, Interference with Prospective Economic Advantage, Breach of Contract, Unfair Competition, An Accounting, and Unjust Enrichment ("Motion to Dismiss"), supporting declaration of Tharan Gregory Lanier, and exhibits attached thereto, that were lodged with the Court on October 15, 2008:

IT IS HEREBY ORDERED THAT: Defendants' motion is GRANTED. The Court hereby dismisses with prejudice and without leave to amend: (1) the copyright claims of J.D. Edwards Europe Limited pursuant to Rule 12(b)(1); (2) the copyright claims of Oracle Systems Corporation pursuant to Rule 12(b)(6); (3) Plaintiffs' claims for intentional and negligent interference with prospective economic advantage pursuant Rule 12(b)(6); (4) Plaintiffs' claim for breach of contract pursuant to Rule 12(b)(6); (5) Plaintiffs' claims for unfair competition pursuant to Rule 12(b)(6); (6) Plaintiffs' claims for an accounting pursuant to Rule 12(b)(6); and (7) Plaintiffs' claims for unjust enrichment pursuant to Rule 12(b)(6).

DATED: ________________________ By: __________________________________
Hon. Phyllis J. Hamilton