Walsh v. Apple, Inc. et al

Doc. 188

Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice)*
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway
M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506-4846
Facsimile: (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International Corporation, Oracle Systems Corporation, Oracle EMEA Limited, and J.D. Edwards Europe Limited

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ORACLE USA, INC., *et al.*,

Plaintiffs,

v.

SAP AG, *et al.*,

Defendants.

Case No. 07-CV-1658 PJH (EDL)

**STIPULATION TO PERMIT DEFENDANTS TO FILE UNDER SEAL PLAINTIFFS' DOCUMENTS SUPPORTING DEFENDANTS' MOTION TO DISMISS**



Dockets.Justia.com

Pursuant to Local Rules 7-11(a) and 79-5(c), Plaintiffs Oracle USA, Inc. Oracle International Corporation, Oracle Systems Corporation, Oracle EMEA Limited, and J.D. Edwards Europe Limited ("Plaintiffs") and Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc. ("Defendants," and together with Oracle, the "Parties") jointly submit this Stipulation to permit Defendants to file under seal Plaintiffs' documents supporting Defendants' FRCP 12(b)(1) and 12(b)(6) Motion to Dismiss Plaintiffs' Claims for Copyright Infringement, Interference with Prospective Economic Advantage, Breach of Contract, Unfair Competition, An Accounting, and Unjust Enrichment ("Motion to Dismiss") under seal.

WHEREAS, Plaintiffs filed their Third Amended Complaint on October 8, 2008;

WHEREAS, Defendants filed their Motion to Dismiss on October 15, 2008;

WHEREAS, the requested relief is necessary and narrowly tailored to protect the alleged confidentiality of the materials put at issue by the Motion to Dismiss until such time as the Court makes a final ruling as to confidentiality of the relevant subject matter. Specifically, Exhibits 1-4 to the Declaration of Tharan Gregory Lanier in support of Defendants' Motion to Dismiss contain information designated by Plaintiffs as "Confidential Information" and "Highly Confidential Information - Attorneys' Eyes Only" pursuant to the Protective Order entered on June 6, 2007 in this action;

NOW, THEREFORE, IT IS HEREBY STIPULATED by the Parties, through their respective counsel of record, that Defendant be permitted to file under seal Exhibits 1-4 to the Declaration of Tharan Gregory Lanier in support of Defendants' Motion to Dismiss. The Parties further agree that Defendants reserve their rights to challenge the confidentiality of the information filed under seal pursuant to this Stipulation. While the Parties agree that the Motion to Dismiss may be filed publicly, the Parties also agree that the filing shall not be construed as a waiver of any confidentiality designation or other protection with respect to documents, transcripts or other information referred to in, or that serve as the basis for, the allegations or arguments made in it.

**IT IS SO STIPULATED.**

DATED: October 15, 2008

JONES DAY

By: /s/ Tharan Gregory Lanier
Tharan Gregory Lanier

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and TOMORROWNOW, INC.

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

DATED: October 15, 2008

BINGHAM McCUTCHEN LLP

By: /s/ Geoffrey M. Howard
Geoffrey M. Howard

Attorneys for Plaintiffs
ORACLE USA, INC., ORACLE INTERNATIONAL CORPORATION, ORACLE SYSTEMS CORPORATION, ORACLE EMEA LIMITED, and J.D. EDWARDS EUROPE LIMITED