Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

ORACLE USA, INC., et al.,

Plaintiffs,

v.

SAP AG, et al.,

Defendants.

Case No. 07-CV-1658 PJH (EDL)

**DECLARATION OF THARAN GREGORY LANIER ISO DEFENDANTS' ADMINISTRATIVE MOTION TO FILE PLAINTIFFS' DOCUMENTS SUPPORTING DEFENDANTS' MOTION TO DISMISS UNDER SEAL**

Date: November 19, 2008; Time: 9:00 a.m.
Courtroom: 3, 17th Floor
Judge: Hon. Phyllis J. Hamilton



Dockets.Justia.com

I, THARAN GREGORY LANIER, declare:

1. I am a partner in the law firm of Jones Day, 1755 Embarcadero Road, Palo Alto, California 94303, and counsel of record for Defendants SAP AG, SAP America, Inc. and TomorrowNow, Inc. (collectively, "Defendants") in the above-captioned action. I am a member in good standing of the state bar of California and admitted to practice before this Court. I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

2. Pursuant to Civil Local Rule 79-5 and the stipulated Protective Order entered on June 6, 2007 in this case, I make this Declaration in support of Defendants' Administrative Motion to File their Motions to Dismiss and supporting exhibits under seal.

3. The requested relief is necessary and narrowly tailored to protect the alleged confidentiality of the materials put at issue by the Motions until such time as Plaintiffs may submit a declaration in accordance with Civil Local Rule 79-5(d) and the Court makes a final ruling as to confidentiality of the relevant subject matter. Specifically, Exhibits 1-4 to the Declaration of Tharan Gregory Lanier in support of Defendants' Motion to Dismiss contain information designated by Plaintiffs as "Confidential Information" or "Highly Confidential Information - Attorneys' Eyes Only" pursuant to the Protective Order entered on June 6, 2007 in this action.

4. The following exhibits, attached to the Declaration of Tharan Gregory Lanier in support of Defendants' Motion to Dismiss, contain information designated Highly Confidential - Attorneys' Eyes Only by Plaintiffs: Exhibits 1-2.

5. The following exhibits, attached to the Declaration of Tharan Gregory Lanier in support of Defendants' Motion to Dismiss, contain information designated Confidential by Plaintiffs: Exhibits 3-4.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this 15th day of October, 2008 in Palo Alto, California.

/S/ Tharan Gregory Lanier
Tharan Gregory Lanier