# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**CASE NO. C 07-01658JCS**

**CASE NAME: ORACLE CORPORATION v. SAP AG**

**MAGISTRATE JUDGE JOSEPH C. SPERO**

**COURTROOM DEPUTY: Karen Hom**

**DATE: October 20, 2008 TIME:**

**COURT REPORTER: None**

**COUNSEL FOR PLAINTIFF:**
Plf Don Pickett
Geoffrey Howard
Holly House

**COUNSEL FOR DEFENDANT:**
Dft Jason McDonell
Tharan Greg Lanier

all parties appeared telephonically.

---

() Status Conf. () P/T Conf. () Discovery Conf. () Further Case Mgmt. Conf.

| OTHER PROCEEDINGS: | RULING: |
|---|---|
| 1. Telephonic Scheduling Conference | Held |

---

**ORDERED AFTER HEARING:**

Parties reported that they are making progress and that they will continue to meet and confer on unresolved issue. The Court set the following dates: Settlement Conference set for Monday, 2/23/09 at 9:30 a.m. Joint statement due by noon 2/20/09 by email to court as stated on the record. Hard copy of joint statement to be sent to chambers. Demand by plaintiff to settle entire case with a specific dollar demand is due by 2/13/09. Defendant's counter proposal to settle entire case including specific dollar offer is due by 2/18/09.

---

**ORDER TO BE PREPARED BY:** () Plaintiff () Defendant (X) Court

**CASE CONTINUED TO:**

cc: Chambers; Karen

Dockets.Justia.com