United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORACLE CORPORATION

Plaintiff(s),

v.

SAP AG

Defendant(s).
_______________________________________/

No. 07-01658 (JCS)

**NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is scheduled for **February 23, 2009, at 9:30 a.m.**, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. Confidential settlement conference statements shall be emailed to the Court by Noon on February 20, 2009 .

A demand by Plaintiff to settle entire case with a specific dollar demand shall be served by February 13, 2009. Defendant's counter proposal to settle entire case including specific dollar offer shall be served by February 18, 2009.

Lead trial counsel shall appear at the Settlement Conference with the parties and persons having unlimited authority to negotiate and settle the case.

The parties shall notify the undersigned's Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Further Settlement Conference. All other provisions of this Court's original Notice and Settlement Conference Order remain in effect.

IT IS SO ORDERED.

Dated: October 20, 2008

_______________________________
JOSEPH C. SPERO
United States Magistrate Judge



Dockets.Justia.com