BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506-4846
Facsimile: (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International Corp., Oracle Systems Corp., Oracle EMEA Ltd., and J.D. Edwards Europe Ltd.

JONES DAY
ROBERT A. MITTELSTAEDT (SBN 060359)
JASON McDONELL (SBN 115084)
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com

JONES DAY
THARAN GREGORY LANIER (SBN 138784)
JANE L. FROYD (SBN 220776)
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

JONES DAY
SCOTT W. COWAN (Admitted *Pro Hac Vice*)
JOSHUA L. FUCHS (Admitted *Pro Hac Vice*)
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP America, Inc., and TomorrowNow, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ORACLE USA, INC., a Colorado corporation, ORACLE INTERNATIONAL CORPORATION, a California corporation, ORACLE SYSTEMS CORPORATION, a Delaware corporation, ORACLE EMEA LIMITED, an Irish private limited company, and J.D. EDWARDS EUROPE LIMITED, an Irish private limited company,

Plaintiffs,

v.

SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive,

Defendants.

CASE NO. 07-CV-01658 PJH (EDL)

**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING WITHDRAWAL OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL**



Dockets.Justia.com

Plaintiffs Oracle USA, Inc. Oracle International Corporation, Oracle Systems Corporation, Oracle EMEA Limited, and J.D. Edwards Europe Limited ("Plaintiffs") and Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc. ("Defendants," and together with Oracle, the "Parties") jointly submit this Stipulation to withdraw Defendants' Motion to Permit Defendants to File Under Seal Plaintiffs' Documents Supporting Defendants' FRCP 12(b)(1) and 12(b)(6) Motion to Dismiss.

WHEREAS, Plaintiffs filed their Third Amended Complaint on October 8, 2008;

WHEREAS, Defendants filed their Motion to Dismiss on October 15, 2008;

WHEREAS, On the same day, October 15, 2008, Defendants filed, at Plaintiffs' request, an Administrative Motion to File Plaintiffs' Documents Supporting Defendants' Motion to Dismiss Under Seal (the "Motion to Seal"). Through the Motion to Seal, the Parties sought an Order permitting Defendants to file under seal Exhibits 1 though 4 to the Declaration of Tharan Gregory Lanier in Support of Defendants' FRCP 12(b)(1) and 12(b)(6) Motion to Dismiss;

WHEREAS, Plaintiffs do not at this time contend that Exhibits 1 though 4, referenced above, need to be filed under seal;

NOW, THEREFORE, IT IS HEREBY STIPULATED by the Parties, through their respective counsel of record, that Defendants hereby withdraw the Motion to Seal, filed in this matter on October 15, 2008. It is further stipulated that Exhibits 1 though 4 to the Declaration of Tharan Gregory Lanier in Support of Defendants' FRCP 12(b)(1) and 12(b)(6) Motion to Dismiss may be filed publicly, and that the filing shall not be construed as a waiver of any confidentiality designation, right to file under seal, or other protection with respect to documents or other information related or similar to, or referred to by, the filed documents.

**IT IS SO STIPULATED.**

DATED: October 22, 2008

BINGHAM McCUTCHEN LLP

By: /s/ Zachary J. Alinder
Zachary J. Alinder

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International Corp., Oracle Systems Corp., Oracle EMEA Ltd., and J.D. Edwards Europe Ltd.

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

DATED: October 22, 2008

JONES DAY

By: /s/ Tharan Gregory Lanier
Tharan Gregory Lanier

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and TOMORROWNOW, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: 10/27/08

By: ____________________
Unite… e

