Walsh v. Apple, Inc. et al
Doc. 197 Att. 3

# EXHIBIT 4

Dockets.Justia.com

**JDE COMPANIES**
**OIC ASSET TRANSFER AGREEMENT**

**THIS OIC ASSET TRANSFER AGREEMENT** (this "**Agreement**") is entered as of March 1, 2005 (the "**Effective Date**") by and between Oracle Corporation ("**Oracle**") a Delaware Corporation having its principal place of business at 500 Oracle Parkway, Redwood Shores, California 94065, Oracle International Corporation ("**OIC**") a California Corporation having its principal place of business at 500 Oracle Parkway, Redwood Shores, California 94065, PeopleSoft, Inc. ("**PeopleSoft**"), a Delaware corporation, having its principal place of business at 4460 Hacienda Drive, Pleasanton, CA 94588, J.D. Edwards & Company, LLC ("**JDE LLC**") a Delaware limited liability company, having its principal place of business at One Technology Way, Denver, Colorado 80237, J.D. Edwards YOUCentric Company ("**JDE YOUCentric**") a Delaware corporation having its principal place of business at One Technology Way, Denver, Colorado 80237, J.D. Edwards World Source Company ("**JDE WorldSource**") a Colorado corporation having its principal place of business at One Technology Way, Denver, Colorado 80237 (JDE YOUCentric and JDE WorldSource, together, the "**JDE Companies**").

**RECITALS**

**WHEREAS,** each of the JDE Companies are indirect subsidiaries of Oracle;

**WHEREAS,** Oracle has determined that it is desirable and in the best interest of Oracle and its stockholders to reorganize the corporate organizational structure (the "**Reorganization**") of Oracle and its subsidiaries, including the JDE Companies;

**WHEREAS,** in connection with the Reorganization, it is contemplated that: (a) PeopleSoft, a wholly-owned subsidiary of Oracle, the parent of JDE LLC and the indirect parent of JDE WorldSource and JDE YOUCentric, will merge with and into Oracle, pursuant to which merger Oracle will continue as the surviving entity (the "**Initial Merger**"); (b) immediately following the Initial Merger, JDE LLC, a wholly-owned subsidiary of PeopleSoft and parent of JDE WorldSource and JDE YOUCentric, will merge with and into Oracle, pursuant to which merger Oracle will continue as the surviving entity (the "**Second Merger**"); and (c) immediately following the Second Merger, each of JDE WorldSource and JDE YOUCentric will merge with and into Oracle, with Oracle as the surviving entity (the "**Third Merger**" and "**Fourth Merger**", respectively; all of the foregoing transactions, collectively, the "**Mergers**");

**WHEREAS,** in connection with the Reorganization, each of the Parties desires that, immediately prior to the Initial Merger, each of JDE WorldSource and JDE YOUCentric will transfer all of their intellectual property (collectively, the "**JDE IP Assets**") directly to OIC (a wholly-owned subsidiary of Oracle), and that OIC will assume all obligations with respect to such JDE IP Assets (the "**JDE IP Transfer**"). Each such transfer will be treated for tax purposes as a transfer of the JDE IP Assets by the JDE Companies to Oracle in connection with the Third Merger and Fourth Merger, respectively, in a transaction that qualifies as a "reorganization" under the Internal Revenue Code of 1986, as amended (the "**Code**") section 368(a), followed by a contribution of the JDE IP Assets from Oracle to OIC in a transaction described in Code sections 368(a)(2)(C) and 351.

**NOW, THEREFORE,** in consideration of the foregoing and the mutual agreements, provisions and covenants contained herein, and for other good and valuable consideration, the receipt and legal sufficiency whereof are hereby acknowledged, the parties hereto further agree as follows:



Confidential Information ORCL00043708

## Article I

## Authorization and Transfer of Assets

**Section 1.1. Parent Entity Authorization and Directive.** Based on the foregoing recitals, each of Oracle, PeopleSoft and JDE LLC hereby authorizes and directs each of JDE YouCentric and JDE WorldSource to make the assignments described below to OIC on behalf of Oracle, PeopleSoft and JDE LLC to facilitate and effectuate the JDE IP Transfer as contemplated above.

**Section 1.2. Transfer of Assets.** Upon and subject to the terms and conditions of this Agreement, as of 12:01 a.m. Pacific Standard Time on the Effective Date, the JDE Companies hereby assign, agree to assign, transfer, convey and deliver to OIC:

(a) Patents Copyrights, Trade Secrets, Know-How, and Other Intellectual Property. All of its right, title, and interest in: (i) all inventions, patents, and pending applications; (ii) all copyrights, trade secrets, know-how, and any other proprietary rights and intellectual assets, registered and unregistered, that are embodied in, or that pertain to the development, testing, installation, implementation, customization, optimization, configuration, operation, support, promotion, marketing, advertising, sale, hosting or other use thereof of the educational core curriculum, the software programs and related documentation specified in the JDE Companies' global price lists; and (iii) all copyrights, trade secrets, know-how, and any other proprietary rights and intellectual assets, registered and unregistered, that relate to the JDE Companies' business operations, products, and services (collectively the "**IP**"), together with (iv) the goodwill of the JDE Companies' businesses connected with the use of and symbolized by the IP and all the rights and privileges that inhere in such IP.

(b) Tradenames and Trademarks. All of its rights, title, and interest in all global tradenames, trademarks, service marks, trade dresses, logos, designs and slogans, whether in word mark, stylized or design format, registered and unregistered (the "**Marks**"), together with the goodwill of the JDE Companies' business connected with the use of and symbolized by the Marks and all the rights and privileges that inhere in such Marks.

**Section 1.3. Liabilities.** The JDE Companies shall not transfer, and OIC shall not assume, any liabilities whatsoever as part of this Agreement, except any obligations related to the assets being transferred.

**Section 1.4. Deliveries.** The JDE Companies shall deliver to OIC such documents as are necessary to transfer the assets listed above in Section 1.2.

**Section 1.5. Acknowledgment.** The JDE Companies acknowledge that from and after the execution of this Agreement, OIC is the owner of all right, title and interest in and to the IP and Marks in any form or embodiment thereof and is also the owner of the goodwill attached to the IP and Marks. The JDE Companies shall not at any time do or suffer to be done any act or thing which may materially adversely affect any rights of OIC in or to the IP and Marks. OIC acknowledges that the JDE Companies have granted certain licenses and other rights to the IP and Marks and that OIC acquires such IP and Marks subject to such licenses and other rights.

**Section 1.6. Cooperation.** The JDE Companies shall take all actions necessary to execute any and all documents as may be reasonably requested by OIC from time to time to fully vest or perfect in OIC all right, title and interest in and to the IP and Marks pursuant to this Agreement. Such actions shall include without limitation, providing documents and information useful or necessary to prosecuting any



Confidential Information ORCL00043709

application to register or perfect any of the IP and Marks, maintaining any trademark registration, or pursuing or defending any administrative, court, or other legal proceeding involving one or more of the IP and Marks.

## Article II

## Representations and Warranties of the JDE Companies

**Section 2.1. JDE YOUCentric Incorporation; Authorization.** JDE YOUCentric hereby represents and warrants to OIC as follows:

(a) Organization and Good Standing. JDE YOUCentric is a corporation duly organized, validly existing and in good standing under the laws of the jurisdiction of the State of Delaware. JDE YOUCentric has full corporate power and authority to execute, deliver and perform this Agreement. The execution, delivery and performance of this Agreement by JDE YOUCentric has been duly authorized by all necessary corporate and shareholder actions.

(b) Binding Effect. This Agreement has been duly executed and delivered by JDE YOUCentric and, assuming the due execution and delivery hereof to OIC, constitutes the legal, valid and binding obligation of JDE YOUCentric, enforceable against JDE YOUCentric in accordance with its terms.

**Section 2.2. JDE WorldSource Incorporation; Authorization.** JDE WorldSource hereby represents and warrants to OIC as follows:

(a) Organization and Good Standing. JDE WorldSource is a corporation duly organized, validly existing and in good standing under the laws of the jurisdiction of the State of Colorado. JDE WorldSource has full corporate power and authority to execute, deliver and perform this Agreement. The execution, delivery and performance of this Agreement by JDE WorldSource has been duly authorized by all necessary corporate and shareholder actions.

(b) Binding Effect. This Agreement has been duly executed and delivered by JDE WorldSource and, assuming the due execution and delivery hereof to OIC, constitutes the legal, valid and binding obligation of JDE WorldSource, enforceable against JDE WorldSource in accordance with its terms.

## Article III

## Representations and Warranties of OIC

**Section 3.1. Incorporation; Authorization.** OIC hereby represents and warrants to each of the JDE Companies as follows:

(a) Organization. OIC is a corporation duly organized, validly existing and in good standing under the laws of the State of California. OIC has full corporate power and authority to execute, deliver and perform this Agreement. The execution, delivery and performance of this Agreement by OIC has been duly authorized by all necessary corporate actions on the part of OIC.



Confidential Information

ORCL00043710

(b) Binding Effect. This Agreement has been duly executed and delivered by OIC, and, assuming the due execution and delivery hereof by the JDE Companies, this Agreement constitutes the legal, valid and binding obligation of OIC, enforceable against OIC in accordance with its terms.

## Article IV

## Miscellaneous Provisions

**Section 4.1. Governing Law.**

(a) This Agreement shall be governed by and construed in accordance with the laws of the State of California and, to the extent applicable, federal laws as they affect trademarks, copyrights and patents and the transfer and assignment thereof.

(b) The parties agree to submit to the exclusive jurisdiction of, and venue in, the state or federal court in San Francisco, San Mateo, or Santa Clara counties in California, and that venue is proper in such courts, for any disputes arising out of or relating to the Agreement.

**Section 4.2. Third Party Beneficiaries.** Nothing in this Agreement is intended, nor shall it be constructed, to confer any rights or benefits upon any person (including, but not limited to, any employee or former employee of the JDE Companies) other than the parties hereto.

**Section 4.3. Entire Agreement.** This Agreement contains the entire agreement between the parties with respect to the transfer of assets of the JDE Companies to OIC, and constitutes the complete, final and exclusive embodiment of the parties' agreement with respect to that subject matter and supersedes all prior agreements whether written or oral which may have been entered into by the parties on the subject matter.

**Section 4.4. Successors and Assigns.** This Agreement shall be binding upon and inure to the parties hereto and their respective successors and assigns, provided, however, that no party hereto will assign its rights or delegate its obligations under this Agreement without the express written consent of the other parties hereto except that OIC may, upon notice to the other parties hereto, assign its rights under this Agreement to any one or more of its affiliates so long as such assignee or assignees assumes all of OIC's liabilities and obligations hereunder.

**Section 4.5. Amendment.** No change, modification or amendment of this Agreement shall be valid or binding on the parties unless such change or modification shall be in writing signed by the party or parties against whom the same is sought to be enforced.

[This space intentionally left blank]

* * * * *



Confidential Information ORCL00043711

**IN WITNESS WHEREOF**, the parties have caused this Agreement to be executed by their duly authorized representatives as of the Effective Date.

**ORACLE CORPORATION**

**By:** ______________________
**Name:** Daniel Cooperman
**Title** Senior Vice President, General Counsel & Secretary

**ORACLE INTERNATIONAL CORPORATION**

**By:** ______________________
**Name:** Sanjay Prasad
**Title** Vice President

**PEOPLESOFT, INC.**

**By:** ______________________
**Name:** Safra Catz
**Title** President

**JD EDWARDS & COMPANY, LLC**

By: PEOPLESOFT, INC., its sole member

**By:** ______________________
**Name:** Safra Catz
**Title** President

**JD EDWARDS YOUCENTRIC COMPANY**

**By:** ______________________
**Name:** Deborah Lange
**Title** Vice President

**JD EDWARDS WORLD SOURCE COMPANY**

**By:** ______________________
**Name:** Deborah Lange
**Title** Vice President

[Signature page to JDE Companies IP Transfer Agreement]

IN WITNESS WHEREOF, the parties have caused this Agreement to be executed by their duly authorized representatives as of the Effective Date.

**ORACLE CORPORATION**

**By:** ______________________
**Name:** Daniel Cooperman
**Title** Senior Vice President, General Counsel & Secretary

**ORACLE INTERNATIONAL CORPORATION**

**By:** ______________________
**Name:** Sanjay Prasad
**Title** Vice President

**PEOPLESOFT, INC.**

**By:** ______________________
**Name:** Safra Catz
**Title** President

**JD EDWARDS & COMPANY, LLC**

By: PEOPLESOFT, INC., its sole member

**By:** ______________________
**Name:** Safra Catz
**Title** President

**JD EDWARDS YOUCENTRIC COMPANY**

**By:** Deborah Lange
**Name:** Deborah Lange
**Title** Vice President

**JD EDWARDS WORLD SOURCE COMPANY**

**By:** Deborah Lange
**Name:** Deborah Lange
**Title** Vice President

[Signature page to JDE Companies IP Transfer Agreement]