Walsh v. Apple, Inc. et al
Doc. 197 Att. 5

# EXHIBIT 6

Dockets.Justia.com

1. **Introduction and Acceptance of Special Terms of Use**. This Special Terms of Use apply to access and use of certain protected and secured areas of our web site ("Secured Website"), such as Customer Connection, Partner Connection and Supplier Connection, and are in addition to our Terms of Use. By using a Secured Website, you are agreeing to accept and comply with these additional terms and conditions below ("Special Terms of Use"). Please note that PeopleSoft may update Special Terms of Use at any time without notice. You should visit this page periodically to review our Special Terms of Use that are in effect during your visit of our Secured Website.

2. **Secured Website**. A Secured Website is an on-line, self-service system, which features postings (a) by PeopleSoft of notes and maintenance releases and fixes to its software; and (b) by PeopleSoft and its customers regarding technical and non-technical topics of interest. PeopleSoft may publish and distribute through its Secured Website in all languages and in association with customer's, partner's or supplier's name, any material or software programs provided or posted on a Secured Website by such customer, partner or supplier. PeopleSoft reserves the right to modify information posted to its Secured Website, at its sole discretion.

3. **Access and Use of Secured Website**. Your access to a Secured Website is permitted via your personal username and password and your use is governed under a separate agreement between you or your employer and PeopleSoft. All information specified and materials posted in a Secured Website by PeopleSoft are CONFIDENTIAL and PROPRIETARY to PeopleSoft and its licensors and shall only be used in connection with (i) the use of PeopleSoft software; and (ii) informational communications with other PeopleSoft customers, partners or suppliers. Use of such CONFIDENTIAL and PROPRIETARY information and materials for any other purpose is strictly prohibited. You shall not use a Secured Website for advertising or public relations purposes. Furthermore, you shall only submit information to a Secured Website, which is owned by you or your employer and to which your employer has given you the permission or has third party permission to submit such information to a Secured Website for use by all other PeopleSoft customers, partners and suppliers.

4. **Maintenance of Secured Website**. In the interest of diminishing exposure to software viruses, PeopleSoft tests and scans for software viruses prior to submission of information to its Secured Website. You shall also use a reliable virus detection system for any material or information posted to any Secured Website, utilize back-up procedures, notify PeopleSoft of any virus detected within your systems associated with any Secured Website and generally exercise a reasonable degree of caution when accessing and using any Secured Website. PeopleSoft does not warrant that its Secured Website will operate without interruption or without errors. PeopleSoft assumes no responsibility for anything posted by anyone other than PeopleSoft, including, but not limited to, information about PeopleSoft software or modification code or portions thereof. PeopleSoft reserves the right to modify or suspend your access to any Secured Website if it determines that your access and/or use of such Secured Website is in violation of its Privacy Policy, Terms of Use or Special Terms of Use.

5. **General**. If you have any questions regarding the Special Terms of Use, please contact PeopleSoft at legaldepartment@peoplesoft.com. For other general questions regarding a Secured Website, please go to our Contact Us page.