BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506-4846
Facsimile: (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International Corp., Oracle Systems Corp., Oracle EMEA Ltd., and J.D. Edwards Europe Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ORACLE USA, INC., a Colorado corporation, ORACLE INTERNATIONAL CORPORATION, a California corporation, ORACLE SYSTEMS CORPORATION, a Delaware corporation, ORACLE EMEA LIMITED, an Irish private limited company, and J.D. EDWARDS EUROPE LIMITED, an Irish private limited company,

Plaintiffs,

v.

SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive,

Defendants.

CASE NO. 07-CV-01658 PJH (EDL)

**DECLARATION OF KEVIN MANDIA IN SUPPORT OF ORACLE'S OPPOSITION TO DEFENDANTS' FRCP 12(B)(1) AND 12(B)(6) MOTION TO DISMISS**



Dockets.Justia.com

I, Kevin Mandia, declare:

1. I am CEO and president of Mandiant Corporation, a computer forensics and information security consultation firm. Except for matters stated below on information and belief, I have personal knowledge of the matters stated in this Declaration by virtue of my retention by Plaintiffs in this action. If called and sworn as a witness, I could and would competently testify as to such matters.

2. Plaintiffs have provided me with copies of certain log files which track information about downloads conducted through its Customer Connection website. By analyzing these logs, I am able to determine for each download: the date and time of the download, the IP address of the user requesting the download, and the Oracle-assigned identifier associated with the download.

3. Based on my analysis of certain log files in this case, I have determined that between the dates of September 1, 2006 and April 8, 2007, over 1,000,000 files were downloaded by users at the following two IP addresses - 209.189.228.98 and 209.189.228.126.

4. Based on a review of publicly available information, I learned that these two addresses were registered to locations in Bryan, Texas during the time period described in ¶ 3. This means that each of these 1,000,000 downloads were stored on computer hardware in Texas for at least some period of time. Publicly available information also indicates that TomorrowNow's ("SAP TN's") worldwide headquarters was in Bryan, Texas during this time, as was an SAP America branch office. Discovery has since confirmed these two IP addresses belonged to SAP TN.

5. As part of the discovery process in this case, I have also been given access to copies of certain files stored on SAP TN servers, including copies of metadata for files stored on what I am informed and believe is the "G" partition of a TomorrowNow server called DCITBU01. According to deposition transcripts of SAP TN witness testimony I have read in this case, which I am informed and believe reflect SAP TN corporate testimony, [redacted]. Declaration of Chad Russell in Support of Oracle's Opposition to

Defendants' Motion to Dismiss ("Russell Decl.") Ex. D at 103:11-24, Ex. E at 85:18-86:5, and Ex. F at 57:9-21. This testimony also indicates that the [redacted] [redacted]. *Id.* Ex. F at 24:25-25:3, 59:12-16. Combining my analysis of DCITBU01 and SAP TN's corporate testimony, I conclude that SAP TN stored at least 8,000,000 files downloaded from Oracle systems in Texas.

6. As part of the discovery process in this case, I have also been given access to copies of a database which I am informed and believe is called BakTrak and was used by SAP TN. Additionally, through the "data warehouse" remote review procedure in this case, I have analyzed the file directory structures of certain servers that reside or resided at SAP TN facilities in Texas. According to SAP TN corporate testimony, BakTrak [redacted]. Russell Decl. Ex. G at 95:1-12. Corporate testimony also indicates that all local software environments were stored on servers in Texas. *Id.* at 120:22-121:4. Combining my analysis of BakTrak and the copies of servers made available remotely with SAP TN's corporate testimony, I conclude that there were thousands of complete or partial copies of PeopleSoft and J.D. Edwards software applications residing on SAP TN systems in Texas.

7. At certain times SAP TN would use local environments to create fixes and updates that SAP TN delivered to customers besides the ones for whom the environments used had been built. Russell Decl. Ex. H at 22:4-23:8, 25:15-26:10, 39:13-24, 64:16-65:11, 96:16-97:24, and Ex. I at 20:14-21:10.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 28, 2008 in Alexandria, VA.

Kevin Mandia

Kevin Mandia