UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORACLE CORPORATION, et al.,

Plaintiff(s),

v.

SAP AG, et al.,

Defendant(s).
_______________________________________/

No. C 07-1658 PJH

**CLERK'S NOTICE**

YOU ARE HEREBY NOTIFIED that on **November 26, 2008** at **9:00 a.m.**, in Courtroom No. 3 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE PHYLLIS J. HAMILTON will conduct the hearing on Defendants' Motion to Dismiss **previously noticed for** November 19, 2008 , in this matter.

Richard W. Wieking
Clerk, U.S. District Court

by:___________________________________
Nichole Heuerman, Deputy Clerk
Honorable Phyllis J. Hamilton
(415) 522-2023

Dated: November 7, 2008

Dockets.Justia.com