Walsh v. Apple, Inc. et al
Doc. 215 Att. 1

# Exhibit D

Dockets.Justia.com

JOB NO. 94821

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation, Plaintiffs, vs. SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive, Defendants. | Case No. 07-CV-01658 (MJJ) |

ORAL AND VIDEOTAPED DEPOSITION OF
TOMORROWNOW BY AND THROUGH MARK KREUTZ
VOLUME 2
OCTOBER 30, 2007

ORAL AND VIDEOTAPED DEPOSITION OF MARK KREUTZ, produced as a witness at the instance of the Plaintiffs and duly sworn, was taken in the above styled and numbered cause on October 30, 2007, from 8:43 a.m. to 3:31 p.m., before RENE WHITE MOAREFI, CSR, CRR, RPR in and for the State of Texas, reported by machine shorthand, at Jones Day, 717 Texas, Suite 3300 Houston, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record herein.


Electronically signed by L Rene White (401-392-745-8300) 1bf328c6-0f5a-4d20-bcde-a3fe0b143f04

Leong?

A. No, I -- I mentioned earlier that Richard Williams, Dick Williams, he's the last one in that -- under Chris Jackson, the bottom of the --

Q. Are you counting him as a developer and not an engineer?

A. He is a developer, a OneWorld developer.

Q. So I count six developers, is that right, on -- on this org chart?

A. Yes.

Q. So I imagine it would happen from time to time that a developer who was involved in troubleshooting a source code for a problem raised by one customer would encounter the same problem or a similar problem raised by another customer?

A. It's possible.

MR. COWAN: Objection, form.

Q. (BY MR. HOWARD) Are you aware of situations like that occurring?

MR. COWAN: Same objection.

A. Are you discussing a problem? Your question is relative to a problem?

Q. (BY MR. HOWARD) The question is: Are you aware of situations where a developer who had developed a source code fix for one customer was asked to assist



or did assist in a similar problem for a different customer?

A. It may have happened. That -- that could be true. I'm not -- because -- because of the fact that we have in JD Edwards so many variations of releases and patches and that kind of thing, most of our customers are not going to have a similar environment, in other words, to take that to the next piece. I don't know that we've ever had the same issue come in for more than one customer.

Q. Where are the downloads stored that are downloaded by TomorrowNow for a JD Edwards customer, where on the TomorrowNow system?

A. The current --

Q. Prior to the litigation.

A. Prior. Well, even -- okay.

I mentioned the -- that server yesterday, the JD-WSVR01 I think it was called. That was a server that was used for a period of time. We had space problems on that server, so everything was copied to another server that IT had made available to us. And I believe Bill mentioned this yesterday. It is the DCITBU01 server. And that's the primary location for all of the JD Edwards downloads today.

Q. Is there any policy governing how those



downloads are organized on that server?

A. There are -- there are procedures for creating those downloads as they're -- you know, as our customers are onboarded.

Q. What are those procedures?

A. I can't -- I don't know all of them. But we have folder structure templates. So for World -- you might have a World customer first and then it might be World and then underneath there, there are the different types of items that might be downloaded and then the same for OneWorld. And so -- those templates are used as -- as a -- you know, part of the onboarding process or the downloading process if there is a download to be done.

And Peggy -- Mark Meyer's team, they have procedures documented on how -- how to do those and . . .

Q. Peggy is Peggy Langford?

A. Yes.

Q. What can you tell me about the -- the procedures that are supposed to apply to the storage of these download materials after they're downloaded?

A. Can you be more specific about . . .

Q. Well, how are they -- how are they organized on the server, how do you access them, what's the -- are



there naming conventions?

A. Okay. So three --

MR. COWAN: Objection, form.

A. -- three questions?

Q. (BY MR. HOWARD) Let's -- let's -- let's -- let's go one by one. What are the procedures that apply to the storage of the materials?

A. Well, once they are downloaded, complete, there are -- I mean, that procedure's done.

Q. They're downloaded using the -- in -- in -- theoretically, they're downloaded using this bank of servers that's in the data center; is that right?

A. Yeah -- yes.

Q. And if we look -- why don't we open Exhibit 3.

All right. Mr. Kreutz, I'm showing you what's previously been marked as Plaintiffs' Exhibit 3. And I think you were here yesterday when Mr. Thomas marked a series of servers with red under the 2nd Floor Data Center heading on the far left-hand side of Exhibit 3. Do you see that?

A. Yes.

Q. Do you have the same understanding that Mr. Thomas does, that those are whatever referred to as the download servers?

A. I can't comment on this. I don't really know.



Esquire Deposition Services 505 Sansome Street, Suite 502 San Francisco, California 94111
Phone (415) 288.4280 800.770.3363 Fax (415) 288.4286

Electronically signed by L Rene White (401-392-745-8300) 1bf328c6-0f5a-4d20-bcde-a3fe0b143f04

THE STATE OF TEXAS )
COUNTY OF HARRIS )

REPORTER'S CERTIFICATION
DEPOSITION OF MARK KREUTZ
TAKEN OCTOBER 30, 2007

I, RENE WHITE MOAREFI, Certified Shorthand Reporter in and for the State of Texas, hereby certify to the following:

That the witness, MARK KREUTZ, was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

That the deposition transcript was submitted on ________________ to the witness or the attorney for the witness for examination, signature and return to Esquire Deposition Services, by ________________________;

I further certify that I am neither counsel for, related to, nor employed by any of the parties in the action in which this proceeding was taken, and further that I am not financially or otherwise interested in the outcome of the action.

Certified to by me this NOV 05 2007 day of __________________, 2007.

Rene' Moarefi
RENE WHITE MOAREFI, CSR, CRR, RPR
CSR NO. 3070; Expiration Date: 12-31-08
ESQUIRE DEPOSITION SERVICES, LLC
3401 Louisiana, Suite 300
Houston, Texas 77002
(713) 524-4600

AUTHENTIC COPY

# Exhibit E

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,
Plaintiffs,

vs.

SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive,
Defendants.

CASE NO. 07-CV-01658 (MJJ)

"HIGHLY CONFIDENTIAL"

ORAL VIDEOTAPED DEPOSITION OF

TOMORROWNOW BY AND THROUGH SHELLEY NELSON

VOLUME 2

DECEMBER 6, 2007

ORAL VIDEOTAPED DEPOSITION OF SHELLEY NELSON, produced as a witness at the instance of the Plaintiffs and duly sworn, was taken in the above-styled and numbered cause on the 6th day of December, 2007, from 9:10 a.m. to 3:53 p.m., before Dana Richardson, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine at the offices of Jones Day, 717 Texas, Suite 3300, Houston, Texas 77002, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

Job No. 1603-85363

Page 84

09:47:43 A. Correct.
09:47:43 Q. And when he left, Wade Walden took over that
09:47:45 responsibility until April of 2007?
09:47:48 A. No.
09:47:52 Q. What did I get wrong?
09:47:53 A. George had assigned that responsibility out to Wade
09:47:57 Walden prior to his departure.
09:48:00 Q. Okay. Did Mr. Lester have responsibility for
09:48:14 maintaining dotProject from the time that he began employment
09:48:18 at TomorrowNow, in approximately the fall of 2004, up until
09:48:21 the time that he delegated it to Mr. Walden?
09:48:25 A. No.
09:48:26 Q. Who had -- did anybody have responsibility for
09:48:29 maintaining dotProject before Mr. Lester?
09:48:31 A. No.
09:48:33 Q. When did dotProject begin in use at TomorrowNow?
09:48:46 A. I am not certain, but sometime between George's
09:48:50 employ and -- and at least the beginning of 2006.
09:48:56 Q. Who was responsible for getting dotProject up and
09:49:01 running at --
09:49:02 A. George Lester.
09:49:19 Q. Does dotProject contain any software that would have
09:49:25 been downloaded from Oracle or obtained from a customer?
09:49:32 A. No.
09:49:59 Q. All right. Where are the downloads stored at

Page 85

09:50:02 TomorrowNow after they're downloaded from Oracle systems?
09:50:11 A. On servers that we have in our data center. And I
09:50:18 guess it depends on the time frame. So, for which time frame
09:50:24 are you asking?
09:50:25 Q. Well, I'm focusing on the period up until the time
09:50:27 that this litigation was filed.
09:50:30 A. Okay.
09:50:31 Q. So, why don't you identify, you know, over time where
09:50:36 downloads would be stored at TomorrowNow.
09:50:39 A. Okay. They -- they finally reside on a couple of
09:50:46 servers that we've talked about before. They temporarily may
09:50:53 have resided on the local drives of the machines that were
09:50:57 used as a part of downloading but then moved to the -- the
09:51:03 final resting place.
09:51:11 Q. Let's focus on the servers first, and then we'll come
09:51:14 back to the local drives.
09:51:18 A. Okay.
09:51:19 Q. So, which servers are you thinking of when you say
09:51:22 "the final resting place" for these downloads that are
09:51:24 obtained from Oracle?
09:51:25 A. For PeopleSoft, there are two servers now. Do you
09:51:29 want me to point them out?
09:51:30 Q. Which are those?
09:51:31 A. DCITBU -- I can point it out, if you'd like.
09:51:39 Q. Yeah, please do.

Page 86

09:51:40 A. Okay. Thank you.
09:51:41 Q. That's what it's here for.
09:51:46 A. Okay. This is -- we've marked it in blue here,
09:51:50 DCITBU01. That's one. And this TEMPSTORE, also marked in
09:52:06 blue.
09:52:07 Q. Okay. So, the two servers that -- that you identify
09:52:12 as the final resting place of PeopleSoft downloads obtained
09:52:19 from Oracle systems are the two that were previously marked in
09:52:24 blue on Exhibit 3; and those are DCITBU01 and TEMPSTORE?
09:52:29 A. Yes.
09:52:34 Q. Are there any other servers that have been used
09:52:37 historically as a storage place for downloads from Oracle
09:52:41 systems?
09:52:42 A. Yes.
09:52:46 Q. How do -- how would you identify those servers?
09:52:53 A. By name? TN-Dell2650-01.
09:53:03 Q. Any others?
09:53:08 A. Prior to the Dell TN-Dell2650-01, at some point files
09:53:16 resided on a server called Marge that no longer is used.
09:53:24 Q. Could you spell that, please?
09:53:25 A. M-a-r-g-e.
09:53:31 Q. Is the Marge server still at TomorrowNow's
09:53:37 facilities?
09:53:39 A. I believe it is sitting somewhere at TomorrowNow
09:53:45 facilities.

Page 87

09:53:46 Q. When was Marge taken out of service?
09:53:56 A. I'm not sure exactly. Probably at least a year ago.
09:54:05 Q. Other than TN-Dell2650-01 and Marge, are there any
09:54:11 other servers that were used to store materials downloaded
09:54:13 from Oracle systems?
09:54:16 A. Yes, yes.
09:54:28 Q. Which are those?
09:54:29 A. I don't know the names. They're the servers that
09:54:32 were discussed that the download team used that exist in the
09:54:38 data center, and my understanding is they were temporary
09:54:41 storage places for those materials.
09:54:44 Q. All right. So, if you think back to Mr. Thomas'
09:54:48 testimony, I believe he marked in red on Exhibit 3 the servers
09:54:54 that he believed were used as download servers by the download
09:55:00 team.
09:55:00 A. Yes. The DCDL0 -- well, it looks like DCDL01 through
09:55:15 DCDL20.
09:55:18 Q. And then there's an additional one over here on the
09:55:21 left that he marked in red.
09:55:28 A. DCWTS01. That's -- didn't have exactly the same
09:55:34 purpose.
09:55:34 Q. How was that purpose different?
09:55:37 A. That is a server that's used as a terminal server for
09:55:43 remote connect-in to get -- for people who aren't in the data
09:55:48 center to get faster access to machines that are in the data

I declare under penalty of perjury that the foregoing is true and correct.

SHELLEY NELSON

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned authority, by the witness, SHELLEY NELSON, on this the 5th day of January, 2008.

NOTARY PUBLIC IN AND FOR THE STATE OF Texas

NOTARY PUBLIC
Richard A. Baur
State of Texas
My Commission Expires 08-29-2010

My Commission Expires: 8-29-2010

STATE OF TEXAS
COUNTY OF HARRIS

REPORTER'S CERTIFICATE

I, Dana Richardson, a Certified Shorthand Reporter in and for the State of Texas, do certify that this deposition transcript is a true record of the testimony given by the witness named herein, after said witness was duly sworn by me. The witness was requested to review the deposition.

I further certify that I am neither attorney or counsel for, related to, nor employed by any parties to the action in which this testimony is taken and, further, that I am not a relative or employee of any counsel employed by the parties hereto or financially interested in the action.

I further certify that the amount of time used by each party at the deposition is as follows:

Mr. Geoffrey M. Howard - 05:47

SUBSCRIBED AND SWORN TO under my hand and seal of office on this the 12th day of December, 2007.

_______________________________

Dana Richardson, CSR
Texas CSR 5386
Expiration: 12/31/09
Merrill Legal Solutions, Firm No. 210
315 Capitol, Suite 100
Houston, Texas 77002
Phone (713) 426-0400
Fax (713) 426-0600

# Exhibit F

JOB NO. 94795

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation, | ) Case No. 07-CV-01658 (MJJ) |
| Plaintiffs, | ) |
| VS. | ) |
| SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive, | ) |
| Defendants. | ) |

ORAL AND VIDEOTAPED DEPOSITION OF
TOMORROWNOW BY AND THROUGH BILL THOMAS
OCTOBER 29, 2007

ORAL AND VIDEOTAPED DEPOSITION OF TOMORROWNOW BY AND THROUGH BILL THOMAS, produced as a witness at the instance of the Plaintiffs and duly sworn, was taken in the above styled and numbered cause on October 29, 2007, from 9:03 a.m. to 3:15 p.m., before RENE WHITE MOAREFI, CSR, CRR, RPR in and for the State of Texas, reported by machine shorthand, at Jones Day, 717 Texas, Suite 3300 Houston, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record herein.

Page 22

of trying to obtain that information, did you speak with the people in those legacy offices that would be the most knowledgeable about the -- the Internet provider for those legacy networks?
A. Personally I did not. I had my team do that.
Q. Uh-huh.
A. And it would have been either my IT manager or some of the IT analysts that actually called and spoke with those.
Q. Okay. And who -- who are those folks that you just referred to?
A. Either Sean Michaelson, Michael Bentley, or Rick Smith.
Q. Okay. All right. Now, you referred to this as a logical diagram; is that right?
A. Yes.
Q. What does that mean?
A. This is depicting the logical network versus a physical network. So you can't sit here and put your finger on, let's say, all of these routers that are depicted and -- and say that these are separate boxes. That's a perfect example. Because several of these routers, you'll see the labels on them are exactly the same. It's because it is the same physical box.
Q. Okay. In that instance that you just described

Page 23

with the routers, as I understand it, there's more than one box depicted when, in fact, there may only be a single box. Is that what you just said?
A. Correct.
Q. And are there instances where the converse is true, where there's a box or device depicted that is intended to represent more than one box or device?
A. I -- I don't believe so because of the nature of the -- the discovery that was done on the network, the software that they were using. If it would pick up -- let's say a device has multiple IP addresses, then whenever those IP addresses were discovered, they would show up as separate devices. It's not very often that the converse is true of that.
Q. Okay. And there are no instances of that that you can think of as you sit here and look at the chart now?
A. No, not that I can think of.
Q. All right. Now, there are physical locations indicated on the chart; is that right?
A. Correct.
Q. And in general terms, can you describe what are the physical locations that are reflected on the chart that house -- physically house these different elements of the TomorrowNow network?

Page 24

A. Sure. Well, we have all of our remote regions, which here's the Denver office, and then we have the Amsterdam office, Houston office, Durham office, Atlanta, Singapore, Clockhouse, and Pleasanton. And then up at the top we have over here that shows our -- our data center, which is in downtown Bryan, which would actually be this section and this section and also all the switches up at the top and the routers. We will show our Texas headquarters' office on our fourth floor servers that are housed there and then also on our sixth floor where our mail exchange servers are held.
Q. So you were referring -- as you're looking at the -- as -- at -- as you're looking at a Exhibit 2, you're referring to the -- the -- the left-hand side; and I think there is a reference there --
A. Yes.
Q. -- to 2nd Floor Data Center?
A. It actually shows Manage Networks right here.
Q. Manage Networks over there on the -- on the left-hand side --
A. Yeah.
Q. -- of the chart about a -- right around the first fold there?
A. Correct.
Q. And -- and you said that that physical space

Page 25

being referred to as the 2nd Floor Data Center and the Managed Network, that's in Bryan, Texas?
A. Yes.
Q. And what's the address of the building there in Bryan, Texas, where the second floor is being referred to?
A. I don't know what the physical address -- I can get that to you.
Q. Okay. And -- but that's a different physical space from the Texas headquarters fourth floor that was referred to over here on the right-hand side of the chart?
A. Yes, yes, this is actually a separate facility.
Q. Okay. All right. And I think you said that the -- the -- is it the routers that are up here on the top left-hand part of the chart?
A. Well, all of these -- these are designations for routers. So every time -- every place you'll see that symbol, that's a standard designation for a router.
Q. The symbol you're referring to are the -- the -- the -- the two crossing -- the crossing red arrows, two pointing in, two pointing out?
A. Correct.
Q. And that's intended to reflect a router?
A. Correct.



Esquire Deposition Services 505 Sansome Street, Suite 502 San Francisco, California 94111
Phone (415) 288.4280 800.770.3363 Fax (415) 288.4286

Electronically signed by L Rene White (401-392-745-8300) 2468c486-9e68-4ddd-8866-6f666c3a62ce

Page 54

We had the request for the machines, set the machines up, and then gave the users access to the machines.
Q. (BY MR. HOWARD) All right. Well, let me ask it a different way.
A. Okay.
Q. Is there any other part of -- of -- of -- are there any other servers beyond the ones that you've identified in red on Exhibit 3 that you understand were used to download support materials from Oracle?
A. Any other servers, no.
Q. Right. And you don't know whether any particular laptop listed on the right-hand side of Exhibit 3 was used to download support materials from Oracle?
A. Yes. And I can't say whether they were or were not.
Q. Right.
You understand that that -- that downloading occurred using the laptops on the right-hand side connected through the servers that you've marked in red in the data center, though, right?
MR. FUCHS: Objection, form.
A. Can you restate that question?
Q. (BY MR. HOWARD) Yeah. I mean, with -- putting any -- any specific laptop aside, you understand that --

Page 55

that the laptops listed on the right-hand side of Exhibit 3 generally were used for the purpose of connecting to the data server -- the data center servers you've marked in red to download support materials from Oracle systems?
MR. FUCHS: Objection, form.
A. I couldn't say that they were generally used for that. They -- you know, a user using one of these laptops may have connected to a server; but I wouldn't say that that would -- would be the general use of that laptop, because that's their corporate laptop.
Q. (BY MR. HOWARD) You've said a couple of times that you were asked to set up a set of servers for the purpose of accessing and downloading support materials from -- from Oracle and those are the ones you've marked in red. Is that right so far?
A. Correct.
Q. How does -- how does this diagram differ, if it does, from what you found when you were arrived at TomorrowNow in August of 2006 focusing on these -- on these servers in the data center?
A. Oh, just the servers in the data center --
Q. Yes.
A. -- is that what we're focusing on at this point in time?

Page 56

Well, for one, if we're referring back to August 2006, none of those servers existed. And I'm sure there were several of these other servers here that did not exist at that time.
Q. Were there servers that were serving the same function as the ones you've marked in red on Exhibit 3?
A. No.
Q. Do you have an understanding as to -- as to where in the network here you would mark if -- if -- to identify portions of the network involved in accessing Oracle systems prior to August of 2006?
A. Can you restate that again? I'm sorry.
Q. If -- if -- if I want to know the same thing for preAugust of 2006 that you've identified here in red for the servers in the data center.
A. Well, the -- the model itself changed, the way that it was done. Pre -- well, and these servers went in end of 2006, early 2007 is when -- when those were purchased and put in place. Before that, my understanding is the -- a person doing downloads would actually connect from their laptop, perform their function, and then copy those materials to a server just for storage. But it was run off of local machines, local PCs, local client systems.
Q. And in -- in -- in that prior model that you've

Page 57

described, were there specific servers that were for the purpose of -- of storing the information that was downloaded using an individual laptop?
A. Honestly, I know where just from doing my -- my cursory look in preparing for this deposition and looking over the servers and what's stored there. As far as the policies of where downloads were stored or kept, I -- I really can't say because I don't know.
Q. All right. Did you -- in -- in -- in the course of -- of -- of preparing, did you -- did you learn about any servers that were used for that purpose, which is to store support materials downloaded using an individual laptop under this old model that you've described?
A. Yes. Actually -- where is it? I think it's DCITBU01 actually stores all of the -- all of the existing downloads that I'm aware of. And then, also, there's a server here labeled TEMPSTORE, and that was a temporary storage location. You actually go to the next column and -- where it shows down here the -- three from the bottom.
Q. Oh. Okay. So --
A. Do you want me to mark those?
Q. Yeah, why don't -- why don't you mark those in blue, if you would. And the blue will indicate, as I



Esquire Deposition Services 505 Sansome Street, Suite 502 San Francisco, California 94111
Phone (415) 288.4280 800.770.3363 Fax (415) 288.4286

Electronically signed by L Rene White (401-392-745-8300) 2468c486-9e68-4ddd-8866-6f666c3a62ce

understand -- before you do it.
A. Okay.
Q. The blue will indicate, as I understand it, two -- the two servers that you've identified as -- as -- as being used to store support materials downloaded from Oracle under the prior model that you described where that access and downloading would be done from an individual laptop?
MR. FUCHS: Objection, form.
A. Yes, these would be storage locations for materials, so . . .
Q. (BY MR. HOWARD) Are they storage -- are they -- are they -- are they current storage locations or are they storage locations that were used in this model that you described prior to August of 2006 when you -- when you built this -- this column of servers that you've marked in red?
A. Well, currently those -- those -- those downloaded files exist on those two locations that I know of. I don't actually know the policy and procedure, which steps and where they went to if there was an interim anywhere between its -- this location. I don't know. You would probably have to talk with -- I believe Mark Kreutz and Shelley could give you more insight on that.



Q. Okay. But it's your understanding that -- that those two servers are -- are storing downloads that occurred prior to the installation of this column of servers you've marked in red?
A. Correct.
Q. All right. Would you please go ahead and mark those two servers, then, in blue on Exhibit 3.
A. I'm trying to actually find the download to -- I'm looking for DCITBU01.
Q. Is it the third from the middle?
A. There it is. It's right above.
Q. Okay. So you've marked in blue the server listed as DCITBU01, which is the third from the top in the middle column under the Second Floor Data Center heading on the left-hand side of Exhibit 3?
A. Correct.
Q. And you've also marked in blue the server identified as TEMPSTORE, which is the third from the bottom of the second column more toward the middle of Exhibit 3 under the -- it looks like there's an IP address of 10.1.1.0/24?
A. Say that last part again. What were you reading?
Q. I was just trying to identify it for the record. The TEMPSTORE server is the third from the



bottom in the right-hand column under the I -- bubble that has -- looks like an IP address in it of 10.1.1.0/24 --
A. That is correct.
Q. -- on Exhibit 3? Okay.
And are -- other than the two servers that you've marked in blue, are you aware of any other parts of the network reflected here on Exhibit 3 that were used to download the materials stored on those two servers prior to August of 2006?
MR. FUCHS: Objection, form.
A. Yeah, can you -- can you restate that question? I think --
Q. (BY MR. HOWARD) Keeping ourselves in the -- in the preAugust 2006 time period --
A. Right.
Q. -- the old model --
A. Right.
Q. -- that you described, are there any other parts of the network reflected here, other than the two servers in blue, that were involved in -- that you know of that were involved in downloading support materials from Oracle systems?
A. I'm -- I'm not aware of -- of any others. I say you would have to really talk to the people involved



in that. My responsibility and scope pretty much ends with supporting the -- the servers and back-end systems as far as the processes of where things are put, moved, and stored.
Q. Okay. Is there a person in your organization, the IT organization, that would be the most knowledgeable from an IT perspective about the preAugust 2006 downloading activity?
A. PreAugust 2006. I would have to say before -- before I got there and within IT, Josh Testone was involved quite a bit with IT and -- and what had gone on within the company IT-wise.
Q. And is -- is Mr. Testone still at TomorrowNow?
A. Yes, he is.
Q. Was there a predecessor to you in the position that you hold now at TomorrowNow, a prior global IT director or somebody serving in that function?
A. There -- there have been managers in that role. There was Dan Antone, who is still with the company, that was manager over IT. Then there was Victor -- I think his last name is Delgado, something along those lines, that he was there for a short period of time, maybe six months.
Q. And do you know when -- when that six-month period was that he was employed there?





Electronically signed by L Rene White (401-392-745-8300) 2468c486-9e68-4ddd-8866-6f666c3a62ce

SIGNATURE PAGE

I, TOMORROWNOW BY AND THROUGH BILL THOMAS, have read the foregoing deposition and hereby affix my signature that same is true and correct, except as noted on the correction page.

TOMORROWNOW BY AND THROUGH BILL THOMAS

THE STATE OF TEXAS )
COUNTY OF Brazos )

Before me Bill Thomas on this day personally appeared on November 29, 2007 known to me [or proved to me on the oath of ________ or through Texas Drivers License (description of identity card or other document)] to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this 29th day of November, 2007.

Mandy Wheeler
NOTARY PUBLIC IN AND FOR
THE STATE OF T E X A S

My Commission Expires:
June 02, 2011

MANDY WHEELER
Notary Public,
State of Texas
Comm. Exp. 06-02-11



2468c486-9e68-4ddd-8866-6f666c3a62ce

THE STATE OF TEXAS )
COUNTY OF HARRIS )

REPORTER'S CERTIFICATION
DEPOSITION OF TOMORROWNOW BY AND THROUGH BILL THOMAS
TAKEN OCTOBER 29, 2007

I, RENE WHITE MOAREFI, Certified Shorthand Reporter in and for the State of Texas, hereby certify to the following:

That the witness, TOMORROWNOW BY AND THROUGH BILL THOMAS, was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

That the deposition transcript was submitted on ______________ to the witness or the attorney for the witness for examination, signature and return to Esquire Deposition Services, by ______________________;

I further certify that I am neither counsel for, related to, nor employed by any of the parties in the action in which this proceeding was taken, and further that I am not financially or otherwise interested in the outcome of the action.

Certified to by me this ________ day of NOV 02 2007 2007.

RENE WHITE MOAREFI, CSR, CRR, RPR
CSR NO. 3070; Expiration Date: 12-31-08
ESQUIRE DEPOSITION SERVICES, LLC
3401 Louisiana, Suite 300
Houston, Texas 77002
(713) 524-4600

AUTHENTIC COPY
The original certified transcript was electronically signed using RealLegal technology.


2468c486-9e68-4ddd-8866-6f666c3a62ce