Walsh v. Apple, Inc. et al
Doc. 215 Att. 2

# Exhibit G

Dockets.Justia.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

Case No. 07-CV-01658 (MJJ)

ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,

Plaintiffs,

v.

SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive,

Defendants.

---

VIDEOTAPE RULE 30(b)(6) DEPOSITION OF:
JOHN M. BAUGH - February 6, 2008
TomorrowNow, Inc.
(Highly Confidential - Attorneys' Eyes Only)

---

PURSUANT TO NOTICE, the Videotape Rule 30(b)(6) deposition of JOHN M. BAUGH was taken on behalf of the Plaintiffs at 1700 Lincoln Street, Suite 4100, Denver, Colorado 80203, on February 6, 2008, at 1:17 p.m., before Sandra L. Bray, Registered Diplomate Reporter, Certified Realtime Reporter, and Notary Public within Colorado.

Page 94

16:29:10 TomorrowNow name, correct?
16:29:12 MR. FUCHS: Objection, form.
16:29:13 A. No, that is not correct.
16:29:16 Q. Do you agree that the customers were
16:29:20 instructed to have Oracle send the CDs to the
16:29:23 customer's name at the TomorrowNow address?
16:29:27 A. Yes.
16:29:28 Q. And why wouldn't TomorrowNow tell the
16:29:42 customers to simply have the CDs sent to TomorrowNow
16:29:45 at the TomorrowNow address?
16:29:50 MR. FUCHS: Objection, form.
16:29:53 A. We needed a way to make sure that we
16:29:57 could keep each customer's CDs separate and be able to
16:30:02 readily identify those customer's CDs. So that's why
16:30:09 we asked that the customer's name be included in the
16:30:12 shipment, so that we would be able to determine
16:30:16 exactly which customers these CDs belonged to.
16:30:23 Q. Well, isn't it true that the customers
16:30:25 were told to make sure that the TomorrowNow name was
16:30:27 not part of the shipping address?
16:30:31 MR. FUCHS: Objection, form.
16:30:32 A. That is not true.
16:30:33 Q. You're not aware of a single instance in
16:30:36 which that occurred?
16:30:37 A. Not that I'm aware of, no.

Page 95

16:30:39 Q. The BakTrak database that you referred
16:31:02 to, could you describe what that is?
16:31:08 A. That's a database we developed in-house
16:31:13 to track the backups and restores that we had made of
16:31:18 each environment.
16:31:30 Q. Is it used for any other purpose?
16:31:33 A. Yes. We also track what we call our
16:31:37 check-in/check-out process.
16:31:47 Q. Anything else?
16:31:50 A. It also would -- there's a table in
16:31:54 there that keeps track of the environments and which
16:31:59 ones are running.
16:32:08 Q. Anything else?
16:32:20 A. Well, now that we have some remote
16:32:24 environments, it also contains the client's name or --
16:32:31 actually, not the name, but the three-digit client
16:32:34 designation so we can track which backups are related
16:32:47 to which client.
16:33:11 Q. When did TomorrowNow start using the
16:33:15 BakTrak system?
16:33:25 A. I'm not sure when that started.
16:33:29 Q. Was it after you started your employ at
16:33:33 TomorrowNow?
16:33:34 A. Yes. I just don't recall the exact time
16:33:38 frame they started using it.

Page 96

16:33:40 Q. Well, approximately. Was it after early
16:33:43 2005, when the environments team was created?
16:33:50 A. Yes, I think so. I'm really not sure of
16:33:58 the time frame.
16:34:01 Q. It's been around for a while, though;
16:34:04 hasn't it?
16:34:05 A. Yes, correct.
16:34:06 Q. Is it off-the-shelf or custom?
16:34:08 A. It's an in-house developed application.
16:34:14 Q. Who were the developers of it?
16:34:18 A. George Lester. I think Nhat Vuong did
16:34:27 the majority of the coding, and I think maybe Doug
16:34:32 Baron was involved also.
16:34:48 Q. Where is the BakTrak -- it's a database,
16:34:57 right?
16:34:57 A. Yes.
16:34:57 Q. Where is it kept at TomorrowNow, on what
16:35:01 server?
16:35:03 A. It's located on a server named ChimChim.
16:35:11 Q. And where -- you've mentioned several
16:35:14 servers that you reviewed as part of your preparation
16:35:17 for today. Do you have an understanding as to
16:35:21 where -- on which servers at TomorrowNow the local
16:35:24 environments are kept?
16:35:26 A. Yes.

Page 97

16:35:26 Q. Which servers are those?
16:35:28 A. Currently?
16:35:31 Q. Currently.
16:35:32 A. At this time? PSDEV01, Yogi, PSNT01,
16:35:51 DCPS01, DCPSTEMP02, and the underlying databases,
16:36:05 there's a server called DCPSDB01. PSMT01 is a virtual
16:36:19 machine made of a copy of the server named Homer. I
16:36:28 don't know if that actually still exists or not, but
16:36:30 that would also have environments on it if it exists.
16:36:33 Q. Is that Homer that you're not sure
16:36:35 exists?
16:36:36 A. Right, right, because we -- PSNT01 was
16:36:42 made from a copy of Homer. Then there's also another
16:36:47 virtual machine called PSNT02, which was intended to
16:36:55 be a replacement for Yogi. I'm not sure how far we
16:37:00 got along that path. So it may possibly have
16:37:03 environments on it.
16:37:10 Q. Are there other servers that have been
16:37:13 used in the path to host local environments that are
16:37:15 not on the list you just gave?
16:37:17 A. Yes.
16:37:17 Q. Which are those?
16:37:18 A. TNDell265001. That's TN-Dell-02650 --
16:37:32 I'm sorry, TN-Dell2650-01. There was Marge. PSDEV02,
16:37:59 PSDEV03.



Merrill Legal Solutions
(800) 869-9132

Page 118

17:35:43 TomorrowNow?
17:35:51 A. Only in the case where we've had clients
17:35:55 go off our service and then come back.
17:36:01 Q. So they go off, you go through the
17:36:04 offboarding process, you zip up the environment and
17:36:11 stick it on the server or on the tape, and then they
17:36:15 come back and you load it back up so you have it
17:36:18 available to support them?
17:36:19 A. Right.
17:36:19 Q. Other than that situation, are you aware
17:36:21 of any instance where a backed-up environment for a
17:36:26 former customer has been restored for any purpose?
17:36:29 A. No.
17:36:29 Q. And I take it when the environments are
17:36:50 backed up, they are backed up -- that backup includes
17:36:59 any downloaded support materials that have been
17:37:02 applied to that environment over time?
17:37:08 A. Yes.
17:37:20 Q. Are there any instances you're aware of
17:37:23 where those downloaded support materials were used in
17:37:33 a customer environment after the customer's support
17:37:39 contract had ended with Oracle, PeopleSoft?
17:37:46 MR. FUCHS: Objection, form.
17:37:47 A. Are you asking have we ever used any of
17:38:04 those downloads after the customer has -- any of the

Page 119

17:38:09 customer's downloads after they've gone off
17:38:15 PeopleSoft's server?
17:38:18 Q. Yes.
17:38:19 A. Yes.
17:38:19 Q. And have you ever done that with
17:38:25 downloads that were not downloaded using that
17:38:26 customer's credential?
17:38:33 A. Yes.
17:38:34 Q. And approximately how many times, to
17:38:35 your understanding, has that occurred where downloads
17:38:40 that were obtained with a different customer's
17:38:43 credential were used with a customer's environment
17:38:49 that had gone off Oracle or PeopleSoft support?
17:38:52 A. That, I don't know.
17:38:53 Q. Is that a fairly routine occurrence, to
17:38:55 your understanding?
17:38:56 A. No.
17:38:56 Q. And are you aware of any instances where
17:39:05 materials -- support materials were downloaded for a
17:39:09 customer after that customer's support contract had
17:39:16 ended?
17:39:19 A. Support contract?
17:39:21 Q. With PeopleSoft or JDE.
17:39:27 A. With PeopleSoft. Yes.
17:39:30 Q. Can you be specific which instances

Page 120

17:39:33 those were?
17:39:34 A. I don't have any specific examples, but
17:39:36 I do know that it's happened.
17:39:46 Q. Do you know anything more about those
17:39:48 instances other than what you've said?
17:39:49 A. I do know as part of the onboarding
17:39:51 process -- I had mentioned the urgent steps document
17:40:05 and the preinstall questionnaire -- the client tells
17:40:08 us their maintenance end date. We have encountered
17:40:19 situations -- and that maintenance end date is used as
17:40:22 part of the download process, again, everything up to
17:40:25 the maintenance end date, but we have had some
17:40:27 circumstances where the client has told us a wrong
17:40:30 maintenance end date and we have only found out after
17:40:35 the fact that their maintenance end date was maybe
17:40:38 earlier than we thought it was.
17:40:48 Q. Any other instances in which you're
17:40:51 aware materials were downloaded for a customer after
17:40:53 their support contract ended?
17:41:01 A. It may have happened at other times,
17:41:03 yes. I'm not aware of any specific examples.
17:41:05 Q. Are all of the servers that you
17:41:09 identified that have hosted or do host local
17:41:14 environments, are they all located in Bryan, Texas?
17:41:26 A. Yes.

Page 121

17:41:26 Q. Are there any servers in any of
17:41:28 TomorrowNow's overseas locations that host any local
17:41:31 environments?
17:41:32 A. Not that I'm aware of.
17:41:44 Q. Does TomorrowNow have any written
17:41:49 policies with its customers relating to the local
17:41:56 environments?
17:42:01 A. What do you mean by that?
17:42:02 Q. Well, is there any -- are there any
17:42:05 policies that TomorrowNow articulates to its customers
17:42:10 in writing relating to TomorrowNow's possession and
17:42:15 use of the local environments?
17:42:21 A. I do -- in discussions with the clients,
17:42:25 we tell them that that environment will be used to
17:42:28 support them and will be used to develop the
17:42:31 regulatory updates that we provide to them. I'm
17:42:45 not -- I don't get to see the contracts, so I don't
17:42:48 know what we've agreed with them in writing or told
17:42:53 them in writing.
17:42:54 Q. Other than the contract, you're not
17:42:56 aware of any written articulation of a policy between
17:42:59 TomorrowNow and its customers relating to the local
17:43:03 environments?
17:43:04 MR. FUCHS: Objection, form.
17:43:06 A. Other than the contract, I don't know of

I, JOHN M. BAUGH, do hereby certify that I have read the above and foregoing deposition and that the same is a true and accurate transcription of my testimony, except for attached amendments, if any.

Amendments attached ( ) Yes ( ) No

JOHN M. BAUGH

The signature above of JOHN M. BAUGH was subscribed and sworn to before me in the county of Brazos, state of Texas, this 5th day of March, 2008.

PEGGY W. LANFORD
Notary Public, State of Texas
My Commission Expires
DECEMBER 31, 2011

Notary Public
My commission expires:

REPORTER'S CERTIFICATE

STATE OF COLORADO )
) ss.
CITY AND COUNTY OF DENVER )

I, SANDRA L. BRAY, Registered Diplomate Reporter, Certified Realtime Reporter, and Notary Public, State of Colorado, do hereby certify that previous to the commencement of the examination, the said JOHN M. BAUGH was duly sworn by me to testify to the truth in relations to the matters in controversy between the parties hereto; that the said deposition was taken in machine shorthand by me at the time and place aforesaid and was thereafter reduced to typewritten form; that the foregoing is a true transcript of the questions asked, testimony given, and proceedings had.

I further certify that I am not employed by, related to, nor of counsel for any of the parties herein nor otherwise interested in the outcome of this litigation.

IN WITNESS WHEREOF, I have affixed my signature this 10th of February, 2008.

My commission expires January 16, 2012.

__X__ Reading and Signing was requested.

_____ Reading and Signing was waived.

_____ Reading and Signing is not required.

Sandra L. Bray

Sandra L. Bray, RMR, CRR, RDR
Certified Realtime Reporter