Walsh v. Apple, Inc. et al
Doc. 215 Att. 3

# Exhibit H

Dockets.Justia.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,

Plaintiffs,

vs. ) CASE NO. 07-CV-01658 (MJJ)

SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive,

Defendants.

"HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY"
ORAL VIDEOTAPED DEPOSITION
30(B)(6) TOMORROWNOW, INC.
RODERIC RUSSELL
JUNE 25, 2008

ORAL VIDEOTAPED DEPOSITION OF RODERIC RUSSELL, produced as a witness at the instance of the Plaintiffs and duly sworn, was taken in the above-styled and numbered cause on the 25th day of June, 2008, from 8:42 a.m. to 2:40 p.m., before Dana Richardson, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine at the offices of Jones Day, 717 Texas, Suite 3300, Houston, Texas 77002, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

Job No. 1603-87429

Page 22

Q. And the scoping is -- serves what purpose?
A. To identify, basically, the business requirements of the change.
Q. Then there's the actual development of the fix? Is that the next step?
A. Yes.
Q. And then after there's a -- and that's -- that's done -- well, we'll get to it. But -- but -- but as I understand it, that's done in -- initially done in one release first to -- to develop the objects that are going to be the updated objects that will be sent out; is that right?
A. Well, when you say "in one release," typically the development is assigned to one developer. So, in that regard, they would have to start somewhere. Eventually they would have to hit each release; but since it's one person, they would obviously have to start in one -- one particular.
Q. Okay. So -- and there's -- how many releases are there that are -- that are typically going to be the subject of a development effort such as 6621? Is it about five?
A. Correct.
Q. Okay. So, the developer will pick one of those five in an environment for that particular release and do that first development work in that environment?
A. There could also be a further breakdown after that.
Q. What do you mean by that?

Page 23

A. Well, it could be more than just one version within a particular release of a particular change if there are different code lines involved within a release.
Q. Okay. And is -- is that -- is that further breakdown within a release, according to code line, is that what we sometimes see in the documents referred to as -- as different sources?
A. That is correct.
Q. All right. So, the developer has to make a decision about where to start the development of the objects that are at issue in the identified fix, right?
A. They do.
Q. And whatever they decide -- let's say they start in -- in the -- in a 7.51 environment. Ultimately they need to develop a set of objects for each of the releases that will be -- that need to be updated for this particular identified fix; is that right?
A. Yes. And possibly within -- each source within that release.
Q. And possibly additional groupings of sources within each of those releases?
A. Correct.
Q. All right. So -- so, there's -- it sounds like there's at least five environments, one for each release, that the developer will need to use in order to come up with the

Page 24

initial updated objects, is that right, and there may be one or two more if there's more than one code line within a release?
A. That's correct.
Q. All right. So, is it -- is it fair to say that there's -- that there would be typically five and maybe as many as six or seven initial environments that would be used for developing those -- those initial updated objects to include in the fix?
A. Could you restate that? Sorry.
Q. Yeah. Is it fair to say that there would be at least five environments corresponding to each of the five releases that are being serviced and perhaps as many as six or seven environments in total that the developer will use to develop that initial set of updated objects for the fix?
A. It could go higher than seven, but, yes.
Q. Uh-huh. What's the range?
A. There's a range all the way up to -- sometimes it could be, within a release, 20 to 25 different --
Q. Let's --
MR. FUCHS: Geoff, before you go on, I just want to state on the record, I'm not objecting to the line of questioning yet, but the notice is very specific about Waste Management.
MR. HOWARD: I'm getting back to it right now.

Page 25

MR. FUCHS: Okay.
Q. (By Mr. Howard) I just want to -- I'm really just trying to get the steps that -- that we go through here. So, there's scoping, there's development. We've talked a little bit about development. And then, I think, the next one you said was testing.
A. Correct.
Q. All right. And I've seen reference to different kinds of testing. What -- what are the different kinds of testing that would be included within testing?
A. Well, there's the individual fix test which -- and then there is the client bundle test.
Q. Anything else?
A. No.
Q. Let me just see if I can line up the terminology in comparing what you've just said to what I've see in some of the documents.
Is the individual fix test that you just mentioned the same as the unit test?
A. No.
Q. What's the unit test?
A. The unit test is performed by the developer to -- basically before moving on to a individual fix test, that there is reasonable accuracy of the change.
Q. Okay. And would that unit test be done in the same

Page 26

09:16:34 environment that was used to develop the updated objects for
09:16:40 that release, for that fix?
09:16:42 A. I couldn't answer that for every fix, but typically
09:16:45 that would be the case.
09:16:47 Q. Okay. So -- so that, then, the unit test is the last
09:16:52 thing that the developer will do to essentially validate
09:16:55 the -- the code work that the developer has done before
09:17:00 passing the fix along to the testing group for individual fix
09:17:04 testing and client bundle testing?
09:17:07 A. Yes.
09:17:08 Q. All right. And then after testing, what's the next
09:17:10 step?
09:17:11 A. After testing, it's basically the documentation and
09:17:15 then publishing.
09:17:20 Q. Okay. All right. So, let me just make sure I have
09:17:22 this; and then we'll get to the specifics of this -- of this
09:17:25 fix.
09:17:25 The -- the process of sending out a fix will
09:17:29 begin with an identified need for it from wherever that comes
09:17:34 from. There will be a scoping process to determine the
09:17:37 business requirements. There will be a development process
09:17:40 which will include starting with a basis set of environments
09:17:44 and will end with unit testing to validate that fix. There
09:17:48 will then be a testing process that includes individual fix
09:17:52 testing and client bundle testing, and then there will be

Page 27

09:17:56 documentation of that fix and publication to the client?
09:18:00 A. Generally, yes.
09:18:01 Q. Okay. All right. So, let's turn back now to --
09:18:04 MR. FUCHS: Before you turn back, let me just
09:18:06 state for the record that for this entire line of questioning,
09:18:10 I have to put objection on the record for the scope, time
09:18:13 frame, because it wasn't limited in time in any way.
09:18:20 MR. HOWARD: All right. Well, I'm -- let's
09:18:22 ask.
09:18:23 Q. (By Mr. Howard) What -- this process that we just
09:18:25 went through, is that -- is that -- to your understanding, is
09:18:30 that essentially the process that has been followed for the
09:18:35 critical support fixes and updates that TomorrowNow has
09:18:42 provided?
09:18:45 A. Not within the exact same form across my entire
09:18:49 employment with TomorrowNow, no.
09:18:53 Q. How has it -- how has it differed?
09:18:59 A. Along the way, there have been adjustments to the
09:19:03 process.
09:19:06 Q. Any -- any material adjustments that would change
09:19:09 these basic categories of activities that we've gone through?
09:19:18 A. Would you say -- say that again. I'm sorry.
09:19:20 Q. Yeah. I mean, is there -- has the process changed in
09:19:23 some significant way that would -- that you -- that you
09:19:28 wouldn't be going through these basic categories of activity,

Page 28

09:19:33 identification, scoping, development, testing, documentation
09:19:34 and publication?
09:19:36 A. In those general categories, no.
09:19:40 Q. And do you have an understanding as to -- as to
09:19:42 whether those same basic categories of activity were followed
09:19:46 prior to your employment at TomorrowNow with respect to the
09:19:50 critical support fixes?
09:19:52 A. I can't be certain of that.
09:19:54 Q. Okay. Let's turn back to Exhibit 287. On page --
09:20:00 the bottom of the second page, there's a heading
09:20:03 "Development." Do you see that?
09:20:06 A. Yes, I do.
09:20:07 Q. All right. And then below that, there is a -- a list
09:20:10 of releases and object types and object names and clients. Do
09:20:16 you see that?
09:20:18 A. Yes, I do.
09:20:19 Q. All right. And let me -- so that we're trying --
09:20:28 trying to be complete about things, let me mark as Exhibit 288
09:20:32 the full representation of the information that is shown
09:20:39 under -- under "Development" on page 3 of Exhibit 287.
(Exh.288 marked)
09:20:58 Q. (By Mr. Howard) Mr. Russell, you understand that
09:21:07 it's not really possible to completely print a particular view
09:21:12 from SAS, right?
09:21:13 A. Yes.

Page 29

09:21:14 Q. And, so, in some instances, I will give you a
09:21:18 separate exhibit that -- that is the full -- intended to be
09:21:21 the full depiction of a particular piece of a view, and that's
09:21:24 what Exhibit 288 is. So, do you recognize 288 as the full set
09:21:29 of information that should be seen under the "Development"
09:21:33 heading in the master fix view that's Exhibit 287?
09:21:39 A. Yes.
09:21:39 Q. All right. And what is -- what -- what are we
09:21:42 looking at here? What is this information under
09:21:44 "Development"?
09:21:46 A. These are the object types and the objects associated
09:21:50 with this particular fix and the clients that would need to
09:21:57 receive changes to these object types.
09:21:59 Q. All right. And I -- I see that for -- is it the case
09:22:10 that Waste Management is identified by the letters "WMI"?
09:22:16 A. That is correct.
09:22:18 Q. So, if we're looking at what -- what Waste Management
09:22:23 was scheduled to receive, would we see that under the 8.8 SP1
09:22:28 line in Exhibit 288?
09:22:33 A. That is correct.
09:22:37 Q. And, so, it looks like for this particular fix, for
09:22:41 the 6621 fix, all of the clients listed here, including Waste
09:22:46 Management, were scheduled to receive two objects; is that
09:22:51 right?
09:22:57 A. When you say "all of the clients," are you saying all



Merrill Legal Solutions
(800) 869-9132

Page 38

09:36:43 referred to.
09:36:44 Q. I understand.
09:36:46 A. Okay.
09:36:51 Q. So -- and -- and then for the 6621 fix, I take it
09:37:00 that the unit testing of the data file from the development
09:37:02 staging area within the Baker Botts environment was
09:37:08 successful?
09:37:09 A. I would assume that, yes.
09:37:14 Q. Why do you assume that?
09:37:16 A. Because the fix went on to the next stage.
09:37:19 Q. Right. But if it hadn't been successful, it wouldn't
09:37:22 have gone to the later testing stages that we see in the
09:37:26 documentation?
09:37:27 A. Correct.
09:37:27 Q. All right. Referring back to Exhibit 287 and --
09:37:58 and -- and in looking now at page 4, at the bottom of page 4,
09:38:09 then, after this development section, there's a test plan
09:38:12 section. Do you see that?
09:38:14 A. Yes, sir.
09:38:14 Q. All right. And is that the process that Mr. Garcia
09:38:17 is here to talk about?
09:38:18 A. Yes.
09:38:18 Q. Okay. That's also a process that you supervise,
09:38:22 though, as part of your job responsibilities?
09:38:25 A. That change has been recent.

Page 39

09:38:27 Q. Oh.
09:38:28 A. But in my current capacity, yes.
09:38:34 Q. Okay. What -- what was your job responsibility at
09:38:38 the time of the 6621 fix?
09:38:44 A. At this time, I was the development manager.
09:38:48 Q. And when did you add the QA and documentation
09:38:53 supervisory responsibilities to your -- to your duties?
09:38:57 A. It's the beginning of June of 2008.
09:39:01 Q. Very recent.
09:39:03 A. Very recent, yes.
09:39:04 Q. Okay. Congratulations on the promotion.
09:39:08 A. Thank you.
09:39:21 Q. All right. So, is it the case, then, that that --
09:39:23 the DAT file that we talked about that -- that was exported
09:39:28 out of Baker Botts and stored in the development staging area,
09:39:32 assuming the testing is all successful, that's the same DAT
09:39:38 file that ultimately will be delivered out to the -- the
09:39:40 clients that are -- that are listed as -- as needing to
09:39:43 receive it on Exhibit 287?
09:39:46 A. For the 8.81 release, yes.
09:39:50 Q. Okay. And a -- and a similar process would be gone
09:39:54 through for the clients indicated on the -- on the other
09:39:56 releases on Exhibit 287?
09:39:59 A. For each release, yes.
09:40:10 MR. HOWARD: Okay. Let's mark as Exhibit 289 a

Page 40

09:40:18 document entitled "TN_PY07 AUG_C.DAT."
(Exh.289 marked)
09:40:47 Q. (By Mr. Howard) Before we get to that, one follow-up
09:40:53 on -- on what we just talked about.
09:40:56 I asked you whether that DAT file which gets
09:41:05 stored in the development and staging area in this 6621 fix
09:41:10 gets sent out to all of the 8.8 clients, and you said it did.
09:41:15 The Exhibit 287 refers to two objects, the DAT file and a DMS
09:41:20 file. How is the DMS file generated for delivery out to the
09:41:25 clients?
09:41:27 A. I can't speak to exactly what Hadi would do. In
09:41:32 common practice, it would be to basically type it out on any
09:41:39 text editor, basically.
09:41:46 Q. Because that's a data mover script?
09:41:48 A. Yes. It's basically a series of SQL statements.
09:42:01 THE REPORTER: I'm sorry, "series of" --
09:42:01 THE WITNESS: Series of SQL statements, S-Q-L
09:42:01 statements.
09:42:02 Q. (By Mr. Howard) Is the DMS file also stored in the
09:42:05 development staging area?
09:42:10 A. Yes, it would be.
09:42:15 Q. And is the DMS -- is the -- in the 6621 fix where
09:42:22 there is the DAT -- the DAT file and the DMS file, is the DMS
09:42:27 file generated in any way from the Baker Botts environment
09:42:32 similar to how the DAT file is?

Page 41

09:42:35 MR. FUCHS: Objection, form.
09:42:37 A. No.
09:42:37 Q. (By Mr. Howard) Is the -- is the starting
09:42:39 development environment used to develop the DMS file in any
09:42:50 way?
09:42:50 A. No.
09:42:51 Q. When the developer runs the DMS script to export the
09:42:57 DAT file out of that initial development environment to
09:43:03 generate the file that will become the file to send out to the
09:43:07 clients, how -- how -- how did they have a DMS script to run
09:43:12 at that point?
09:43:14 A. They would not actually have to create a file. They
09:43:17 could go in and directly end the data mover tool, type in the
09:43:26 command to export it.
09:43:28 Q. And the data mover tool that they're using for that
09:43:33 purpose that you just described, is that a tool that -- that
09:43:35 comes associated with each of the client environments such as
09:43:39 the Baker Botts environment in this instance?
09:43:42 A. Yes.
09:43:53 Q. And how is that -- how is the use of that tool as you
09:43:56 just described it to export the DAT file from the Baker Botts
09:44:00 environment different from the DMS script that is the second
09:44:05 object in the 6621 fix?
09:44:07 A. Well, in the development of the fix itself, when
09:44:10 you're creating that DMS script, it is not run until into the

Page 62

10:33:12 Q. And are these his unit testing notes?
10:33:14 A. Yes.
10:33:15 Q. All right. And is it fair to assume, then, that one
10:33:22 of the environments that he identifies here was the one that
10:33:26 he initially developed the tax810ks.sqr fix?
10:33:34 MR. FUCHS: Objection, form.
10:33:35 A. We could assume that based upon a unit test. And in
10:33:39 asking him that question, he believed that would be a safe
10:33:42 assumption as well.
10:33:43 Q. (By Mr. Howard) But among these environments, he
10:33:45 can't say which one was the very first?
10:33:49 A. Oh, no.
10:33:54 Q. All right. Now, it is true, isn't it, that, at least
10:34:12 according to his notes, the very first unit test is done in
10:34:16 the 7.02 environment?
10:34:23 MR. FUCHS: Objection, form.
10:34:24 A. It would be judging by the date/time stamp of where
10:34:27 he successfully tested it. That doesn't necessarily mean
10:34:31 that that was the first environment that he developed at. But
10:34:36 it does seem to indicate that's the first environment that he
10:34:39 successfully tested at.
10:34:41 Q. (By Mr. Howard) All right. And in looking at the
10:34:42 8.81 release, which is the one that Waste Management is on,
10:34:46 right --
10:34:47 A. Correct.

Page 63

10:34:47 Q. -- which environment did he unit-test for that
10:34:50 release?
10:34:51 A. The H881OXFM environment.
10:34:56 Q. Okay. And that's a client-specific environment; is
10:34:58 that correct?
10:34:59 A. Yes, it was.
10:35:00 Q. Do you know which client?
10:35:01 A. Oxford.
10:35:04 Q. Oxford?
10:35:05 A. International.
10:35:11 Q. And there appears only to be unit testing done in one
10:35:14 8.81 release; is that right?
10:35:17 A. That appears to be the case.
10:35:18 Q. And does that reflect that there is a single source
10:35:22 or code line for this particular fix among the 8.81 clients
10:35:27 who are scheduled to receive it?
10:35:29 A. Yes.
10:35:34 Q. And, so, once the unit testing is done in the Oxford
10:35:37 environment, as reflected here, that -- that object, that SQR
10:35:43 object is then ready for the quality testing and ultimately
10:35:50 delivery out to those 8.81 clients?
10:35:54 A. Yes.
10:36:00 Q. Is there ever a time when the -- the 810KS.sqr
10:36:13 object, the object that's being delivered as part of the
10:36:16 7017 fix, is tested in Waste Management's own environment?

Page 64

10:36:22 A. Yes.
10:36:23 Q. When does that happen?
10:36:24 A. During the client bundle testing.
10:36:28 Q. Okay. And that's, as I recall it, the step that you
10:36:36 identified immediately prior to documentation and publication
10:36:41 of the fix?
10:36:42 A. Correct.
10:38:01 MR. HOWARD: Let's mark as Exhibit 294 a
10:38:04 document attached by Mr. Frank which I believe is the unit
10:38:07 test document, the 7017 fix.
(Exh.294 marked)
10:38:43 Q. (By Mr. Howard) Mr. Russell, is Exhibit 294 the unit
10:38:47 test document reflecting Mr. Frank's unit testing of the --
10:38:48 the tax810ks.sqr fix?
10:39:01 A. Yes, it is.
10:39:03 Q. Is the -- there's an initial environment, as we said,
10:39:21 that the -- that the tax810ks.sqr object is -- is used to
10:39:26 create, right?
10:39:31 A. Could you restate that?
10:39:33 Q. Yeah. The -- the new object, the tax810ks.sqr object
10:39:40 that's going to be in the 7017 fix, that object is initially
10:39:44 developed in one of these environments, right?
10:39:47 A. Within each release, yes.
10:39:52 Q. Right. And, so, as a result of that, you have a new
10:39:55 SQR that's a modification of a prior SQR, right?

Page 65

10:39:58 A. I wouldn't term it as a "new," but you do have a
10:40:01 modified SQR.
10:40:02 Q. Okay. Is that SQR, then, similar to how we discussed
10:40:05 the DAT file, moved into a development and staging area?
10:40:10 A. Yes.
10:40:11 Q. All right. And similar to what we discussed with the
10:40:17 DAT file, it's moved into a path in the development and
10:40:22 staging area that's not client-specific but -- but, rather,
10:40:26 specific to the -- the fix and the release and, if applicable,
10:40:32 the -- the code line group?
10:40:35 A. Correct.
10:40:36 Q. All right. And similar to the 6621 fix, do you agree
10:40:43 that with the 7017 fix, there was no separation of code line
10:40:48 within a release for this particular fix?
10:40:54 A. There appear to be none identified.
10:40:58 Q. Once that modified SQR is copied into the development
10:41:03 and staging area, is it then used for the -- is it used at all
10:41:15 for additional development for additional releases?
10:41:19 A. No.
10:41:28 Q. Why not?
10:41:29 A. Well, typically between releases, there are vast
10:41:36 differences between the code lines, between each release.
10:41:39 There's table differences and sometimes process differences as
10:41:44 well. So, you would have to look at each release
10:41:51 independently to be able to determine what changes. Now, in

Page 94

11:40:37 test in practice is, number one, evidence that the developer
11:40:42 did go through the process but also instructions, as far as
11:40:48 setup and things of that nature go, to then be able to use by
11:40:55 others where it would be in the QA process. So, that's the
11:41:00 reason for the actual documentation of the unit test.
11:41:07 Q. And are those instructions, as they are -- are -- as
11:41:09 they were reflected here for 8.31, are they essentially
11:41:13 universally applicable to the other releases, then?
11:41:17 A. Not always. You'll notice that on page 2, for
11:41:26 example, she's noted that the -- that navigation is for
11:41:31 Version 8.31 that she's listed there.
11:41:37 Q. So, how do the -- and does that indicate the
11:41:41 navigation is different for 8.31 than it is for other
11:41:46 versions?
11:41:46 A. Well, she's just being specific that that is the
11:41:49 navigation that is there. It could be that it's the same; but
11:41:54 typically across the different version levels, depending upon
11:41:58 which area you're going into, the navigation could be
11:42:03 different.
11:42:10 Q. Uh-huh. Well -- and, in fact, in this section, she
11:42:13 gives -- does she not give navigation for -- the bottom, for
11:42:19 7.51, 8.01, 8.31 and at the top of the page 3 for 8.8 and 8.9?
11:42:39 A. It doesn't indicate that she's given the navigation
11:42:43 for the 8.8 and 8.31. She is giving some different
11:42:46 instruction for those, but it doesn't appear to be navigation

Page 95

11:42:51 for those.
11:42:52 Q. So, how -- if she's only being specific as to one
11:42:56 release, how does the quality testing team know what to do for
11:43:00 the -- the objects for the other releases?
11:43:05 A. Well, generally in this particular example, it is
11:43:12 giving an ending point. And our analysts are familiar with
11:43:17 the PeopleSoft menu structure. So, they know -- they could
11:43:21 translate what it would mean to another version, or they could
11:43:24 just ask Ethe'Ann.
11:43:27 Q. Okay. So, in other words, these instructions are
11:43:30 sufficiently complete to allow the quality testing team to be
11:43:33 testing the 2594 fix in all of the different releases and
11:43:38 source groups that it will be applied to?
11:43:45 A. It could be. It could also be to where they would
11:43:48 have to ask additional questions.
11:43:51 Q. Uh-huh.
11:43:51 A. It depends.
11:43:52 Q. Okay. Is this unit testing document incomplete in
11:44:06 any way, in your view?
11:44:38 A. No, not in my opinion.
11:44:44 Q. On page 28 of Exhibit 299, there's a heading "List of
11:45:04 Clients used as a Baseline for PAY003.SQR." Do you see that?
11:45:08 A. Yes.
11:45:09 Q. And that's the same 8.31 TSUM environment?
11:45:12 A. Yes.

Page 96

11:45:15 Q. The reference to baseline, is that the same as the
11:45:18 reference to source when there's a -- a grouping of clients
11:45:23 within a release?
11:45:24 MR. FUCHS: Objection, form.
11:45:25 A. I'm not sure what she's meaning by this particular
11:45:28 statement here.
11:45:29 Q. (By Mr. Howard) Well, as -- as -- as -- as the
11:45:35 manager of the development group which includes the unit
11:45:40 testing, how do you read this reference in the unit testing
11:45:43 document for the 2594 fix --
11:45:49 MR. FUCHS: Objection, form.
11:45:49 Q. (By Mr. Howard) -- the baseline?
11:45:49 A. Well, the section I would be looking at is basically
11:45:51 the instruction she's giving for QA testing as to where the
11:45:56 files are located for the different releases.
11:46:01 Q. What does it -- what does it mean to you when she
11:46:03 says "List of Clients used as a Baseline for PAY003.SQR"?
11:46:10 A. I've got no idea what that meaning would be.
11:46:16 Q. And then she gives us a series of locations all in
11:46:20 the development and staging area?
11:46:24 A. Yes.
11:46:25 Q. And what do those reflect?
11:46:26 A. Those reflect the different staging folders for that
11:46:30 particular fix.
11:46:36 Q. So, this is where you would go to find the -- in a

Page 97

11:46:42 sense, the generic PAY003.SQR object that has been developed
11:46:48 in the H31TSUM [sic] environment in order to test it in other
11:46:55 environments?
11:46:56 MR. FUCHS: Objection, form.
11:46:57 A. It wouldn't -- it wouldn't be the exact path for this
11:47:01 fix because, as we noted earlier, there are some different
11:47:06 sources up under those?
11:47:07 Q. (By Mr. Howard) For 8.31?
11:47:10 A. For 8.31, she's indicated two sources there.
11:47:15 Q. So, within -- let's just take the first path she's
11:47:19 giving here. Within that development and staging path --
11:47:22 well, that's probably not a good example.
11:47:25 Let's look at the 8.8 SP1, which is line --
11:47:31 enumerated No. 5 on page 28 of Exhibit 299. That's the
11:47:36 development and staging path for the 8.8 SP1 2594 fix, right?
11:47:45 A. Correct.
11:47:46 Q. And then if you were to extend that path line out, it
11:47:50 would break out into a Source 1 and a Source 2; is that right?
11:47:54 A. Correct.
11:47:57 Q. And within each of Source 1 and Source 2, there would
11:48:01 be a -- an SQR folder that would contain the generic
11:48:08 PAY003.SQR that's going to be applied to the clients in that
11:48:13 source?
11:48:14 A. Correct.
11:48:14 Q. All right. Now, you were personally involved in the



Merrill Legal Solutions
(800) 869-9132

I declare under penalty of perjury that the foregoing is true and correct.

RODERIC RUSSELL

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned authority, by the witness, RODERIC RUSSELL, on this the 16th day of July, 2008.

DANIER EVANGELINE SABOLCHICK
My Commission Expires
July 21, 2010

NOTARY PUBLIC IN AND FOR
THE STATE OF Texas

My Commission Expires: July 21, 2010



db61db6f-555b-4f6a-9692-28611c7993c1

STATE OF TEXAS
COUNTY OF HARRIS

REPORTER'S CERTIFICATE

I, Dana Richardson, a Certified Shorthand Reporter in and for the State of Texas, do certify that this deposition transcript is a true record of the testimony given by the witness named herein, after said witness was duly sworn by me. The witness was requested to review the deposition.

I further certify that I am neither attorney or counsel for, related to, nor employed by any parties to the action in which this testimony is taken and, further, that I am not a relative or employee of any counsel employed by the parties hereto or financially interested in the action.

I further certify that the amount of time used by each party at the deposition is as follows:

Mr. Geoffrey Howard - 04:42
Mr. Joshua Fuchs - 00:00
Mr. Jonathan Bergman - 00:00

SUBSCRIBED AND SWORN TO under my hand and seal of office on this the 27 day of June, 2008.

Dana Richardson, CSR
Texas CSR 5386
Expiration: 12/31/09
Merrill Legal Solutions, Firm No. 210
315 Capitol, Suite 100
Houston, Texas 77002
Phone (713) 426-0400
Fax (713) 426-0600