Walsh v. Apple, Inc. et al Doc. 215 Att. 4

# Exhibit I

Dockets.Justia.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ORACLE CORPORATION, ET AL, *
Plaintiffs, *
*
VS. * CASE NO. 07-CV-01658 (MJJ)
*
SAP AG, ET AL, *
Defendants. *

*******************************************************

HIGHLY CONFIDENTIAL

ORAL AND VIDEOTAPED 30(b)(6) DEPOSITION OF

CATHERINE LEE HYDE

APRIL 1, 2008

*******************************************************

REPORTED BY:

CAROL JENKINS, CSR, RPR, CRR

CERTIFICATE NO. 2660

Page 18

16:37:43 it into the bundled on-line project. For each one we export that, that becomes their bundle on-line project. And we would delete all that and then do it for the next client's projects. And you -- because the tools releases are compatible, you can use 88 or 89 to do any 88 or 89 client.

16:38:13 Q. All right. Let me back up and find out what I didn't understand about that which I think is almost all of it. Which has nothing to do with you. It was a very well articulated answer, but -- so let me just ask some follow-up questions.

16:38:32 You have a -- you have a bundle which is the PY07 March bundle, right?

16:38:40 A. Yes.

16:38:41 Q. And that bundle contains all of the fixes which have been identified through research or client reports or whatever that -- that need to be sent out to at least some customer of TomorrowNow, right?

16:38:56 A. Correct.

16:38:59 Q. And from that master list of fixes, you need to identify subsets that will go to certain categories of customer by their requirement or by code line?

16:39:15 A. Correct.

16:39:17 Q. And so that master collection of fixes will be broken up or -- or -- or sliced up according to these

Page 19

16:39:33 different categories of requirements?

16:39:36 MR. McDONELL: Vague and ambiguous, compound.

16:39:37 MR. HOWARD: Yeah. Let me -- let me ask it a different way.

16:39:41 Q. (By Mr. Howard) So that -- that master collection of fixes will then be used as the source for smaller subsets of fixes that go out to different categories of clients?

16:39:52 MR. McDONELL: Same objections.

16:39:53 A. Well, it's not even that generic because underneath the fix, I -- I mean, if there's 15 different versions of 83, I might end up having 15 different versions of a change. And so underneath an individual fix, you'll see all that. But then sometimes if they were exactly the same, you might see them put together in the same folder, and they would be identified by who it was for.

16:40:24 Q. (By Mr. Howard) Okay.

16:40:24 A. And so that's how we would organize -- organize it.

16:40:31 Q. So maybe it would help to take a specific example. So let's look at the -- under the Source Environment heading here on Exhibit 80, and let's take the release 8.8 as an example.

Page 20

16:40:51 So can you explain how H881CHSO environment would be used as the source environment for the 8.8 release?

16:41:02 A. That's not a very good title for the use. Source is -- it's just reserving those for development use. I don't know why they called it source environment. It's not any -- it could be GSF's code line that I copied into CHS in order to create the March bundle.

16:41:26 I'm copying in one client's on-line projects and merging them and exporting them. Then I delete all that, and I pull the next client's stuff in, merge them, export it.

16:41:41 Q. How are the -- under -- under the Source Environment heading, you know, let's not get hung up on the word source if that doesn't have the right meaning for you, but where it says environments to be used to develop the 8.x bundle, how are -- how is the H881CSHSO environment used to create the 8.8 bundle?

16:42:05 MR. McDONELL: Asked and answered.

16:42:07 A. It's not -- really it's used to merge projects and reexport them with a different name.

16:42:14 Q. (By Mr. Howard) All right. So...

16:42:15 A. And when I say "project," it's a PeopleTools project because the tools for this client work for any

Page 21

16:42:24 88 or 89 client. I can use that application designer to copy the projects in, and then I insert them into a -- a new project name for the bundle. I export that.

16:42:39 Q. And where do you export it to?

16:42:41 A. To the end deliverable for the client that I'm merging the projects for.

16:42:50 Q. And in that -- in this example, would that -- that would be other clients with the 8.8 release?

16:42:54 A. Correct. I would use the same environment over and over again.

16:43:01 Q. By same environment in this -- for this bundle, for 8.8, that would be the H881CHSO environment?

16:43:12 A. It varied depending on the bundle. If I was -- if there were two people, it could be two 88 environments.

16:43:20 Q. Right. And so this -- this merging and export process that -- that you've described would occur within the same environment for each release for each bundle; is that right?

16:43:42 MR. McDONELL: Vague and ambiguous.

16:43:45 A. I -- I mean, 801 and 83 can be interchangeable, and 88 and 89 can be interchangeable.

16:43:54 Q. (By Mr. Howard) Okay. But so in -- with -- with respect to this PY07MAR bundle, does this table tell us which environments were used as the environments

Page 22

for merging and exporting as you've described it for each of the indicated releases?
A. I would believe it is.
Q. Now, what's included in the project as you use that term?
A. On-line project.
MR. McDONELL: Vague and ambiguous.
A. On-line project is how I'm using that term. It would be PeopleCode, fields, records, pages, menus, components.
Q. (By Mr. Howard) Is there any difference between the different things you're identifying as part of an on-line project and the objects as I discussed them with Ms. Williams earlier today?
MR. McDONELL: Vague and ambiguous.
A. These are on-line objects.
Q. (By Mr. Howard) How is that different from COBOL objects, SQR objects, the things we were discussing earlier?
MR. McDONELL: Compound, vague.
A. They're -- they're not in PeopleTools. SQR and COBOL are outside of the application.
Q. (By Mr. Howard) Of the -- of the objects that are contained within an individual fix, are any of those included in the project that you've described was merged

Page 23

into and exported out of this -- these source environments?
MR. McDONELL: Same objections.
A. Can -- can you say that a different way? I got a little confused there.
Q. (By Mr. Howard) Let me back up. We've agreed that the bundle is a collection of individual fixes, right?
A. Correct.
Q. And those individual fixes are created, authored by TomorrowNow using a particular local environment?
A. Or environments.
Q. Those -- and the objects within those fixes may be a variety of different things?
A. Yes.
Q. What would -- what would be your list of the different types of objects that could be within each of those or within a particular fix?
MR. McDONELL: Vague, overbroad, compound.
A. A particular fix could have an on-line project which would contain possibly PeopleCode, fields, records, menus, pages. And SQRs are outside of the on-line project; COBOL is outside of the on-line project. You could have data and data mover scripts.

Page 24

THE COURT REPORTER: Data and what?
THE WITNESS: Data and data mover scripts.
Q. (By Mr. Howard) And the last two, data and data mover scripts, are they in the on-line project or outside of it?
A. Outside of it.
Q. And what's the purpose of the on-line project? What does it do?
A. It's -- if you modify or create a new object in PeopleTools, it's part of an on-line project. PeopleCode, it's all -- it's all part of the application. Anything you can modify in app designer, you can typically insert into an on-line project.
Q. So if we -- if we look at a particular fix that has a fix ID that's included within a bundle, would that fix potentially include an on-line project?
MR. McDONELL: Vague.
A. It could.
Q. (By Mr. Howard) And would it also include COBOLs?
MR. McDONELL: Vague and ambiguous, incomplete hypothetical.
A. Not as often as it -- it's not -- COBOL is the least likely to change.
Q. (By Mr. Howard) But -- but that's on the list

Page 25

of things that might be -- a COBOL is on the list of things that might be included within any given fix?
A. Yes.
Q. In addition to all the other things that you listed?
A. Yes.
Q. How is the on-line project that is included within the individual fix developed?
MR. McDONELL: Overly broad, compound, vague.
A. It depends on the release.
Q. (By Mr. Howard) How about for the 8.9 release?
MR. McDONELL: Vague and ambiguous.
A. You'd typically log into the app designer for that client's environment and create a individual fix project. And any objects you modify for that individual fix, you insert it, save it and export it.
Q. (By Mr. Howard) And then where do you export it to?
MR. McDONELL: Overly broad, vague, compound, incomplete hypothetical.
A. For -- we -- we'd normally create an individual fix folder under the development staging, and we'd call it like source 1, put the client's three character identifier in there so we know whose it is, and we would

18:01:40 MR. McDONELL: Okay.
18:01:41 THE VIDEOGRAPHER: 6:01. We're off the record.
18:01:43 (Proceedings adjourned until following morning.)

CATHERINE LEE HYDE

THE STATE OF Florida )

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned authority, by the said CATHERINE LEE HYDE on this the 18th day of April, 2008.

Notary Public in and for
the State of Florida

My Commission Expires: June 28, 2011

CANDICE R. HOLLAND
MY COMMISSION # DD 690066
EXPIRES: June 28, 2011
Bonded Thru Notary Public Underwriters



cc135916-83a4-4e53-bc9c-87b220a8daac

SUBSCRIBED AND SWORN TO by the undersigned on this the 7th day of April, 2008.

Carol Jenkins

CAROL JENKINS, CSR
Certificate No. 2660
Date of Expiration: 12/31/08
Merrill Legal Solutions, No. 210
315 Capitol Street, Suite 100
Houston, Texas 77002
(713) 426-0400