HIGHLY CONFIDENTIAL - H. KAGERMANN

11:42:19 Do you agree that that's an opportunity related to the TomorrowNow acquisition?
11:42:23 A. Yes.
11:42:31 Q. Below that it says: "Oracle's legal challenges to TomorrowNow's ability to provide derivative works/support will require Oracle to also sue its customers, a difficult situation for Oracle."
11:42:47 Did you agree that was an opportunity related to the TomorrowNow acquisition?
11:43:00 A. I would see it less as an opportunity.
11:43:04 Q. How would you see it, as a risk?
11:43:08 A. I would see it as an assessment on risks.
11:43:26 Q. Do you think that bullet point more properly belongs over in the Threats box then?
11:43:42 A. No.
11:43:43 Q. What was your understanding -- let me back up for one second.
11:43:53 You received this document on January 7, 2005. Right?



HIGHLY CONFIDENTIAL - H. KAGERMANN

11:43:58 A. It's likely.
11:44:11 Q. And you don't recall having any discussions with counsel prior to your review or discussion of this document?
11:44:36 A. Right now I can't recall any discussions.
11:44:42 Q. What was your understanding, at the time that you reviewed this, as to why Oracle would have a legal challenge to TomorrowNow's ability to provide derivative works?
11:45:31 MR. LANIER: Mr. Kagermann, if it's possible for you to separate -- put yourself in that time and answer that without having had the benefit of any legal conversations to that point, if that is, in fact, the case, you can answer it. But exclude from your answer any communications you had with lawyers at any point in time which are not excluded by the form of that question.
11:45:52 Go ahead.
11:45:55 A. I don't recall what my assessment was at the time.
11:46:04 Q. Do you have any reason then to



HIGHLY CONFIDENTIAL - H. KAGERMANN

11:46:05 disagree with the assessment that's provided here?
11:46:19 MR. LANIER: The same instruction, Mr. Kagermann.
11:46:22 A. Right now I don't see any reason.
11:46:27 Q. The bullet point -- let me ask you: Did you have an understanding at the time as to why Oracle would be required to sue its customers if it wanted to challenge TomorrowNow's ability to provide derivative works?
11:47:10 MR. LANIER: The same instruction.
11:47:13 A. I don't recall any longer.
11:47:16 Q. Moving down to the last bullet point under Opportunities, the document states: "There is a level of critical mass with expertise delivering a no-frills support model, but scaling is heavily reliant on adding new headcount."
11:47:35 Do you see that?
11:47:36 A. I see it.
11:47:38 Q. What does that refer to?
11:47:42 A. It refers to the fact that if you want to expand business you need additional



HIGHLY CONFIDENTIAL - H. KAGERMANN

11:48:16 people.
11:48:16 Q. Was the plan to expand TomorrowNow's business globally?
11:48:24 A. There was a plan like that at a certain time.
11:48:38 Q. Because TomorrowNow at this point in time really only had operations in the United States. Is that right?
11:48:47 A. I think so.
11:48:57 Q. But Safe Passage, obviously, was intended to target customers outside of the United States as well?
11:49:18 A. As far as I know, yes.
11:49:20 Q. And so in order to include TomorrowNow in the Safe Passage offering, SAP had to expand TomorrowNow's capabilities into Europe and Asia?
11:49:53 A. I am not sure whether that was the reason for the considerations.
11:49:59 Q. Are there any other reasons that you can think of?
11:50:03 A. One possible reason would be that there are customers that want to get support outside of the United States. Or service.





Dockets.Justia.com

11:50:28 THE WITNESS (in English): Support.
11:50:28 BY MR. HOWARD:
11:50:29 Q. Okay. But to provide service to
11:50:31 PeopleSoft customers outside of the United
11:50:34 States, it was anticipated that you would have
11:50:36 to expand TomorrowNow's capabilities into those
11:50:41 other regions globally?
11:50:44 A. Yes. At a specific time, yes.
11:51:04 Q. And doing that would require adding
11:51:06 headcount?
11:51:08 A. I assume so.
11:51:13 Q. Let's look at the Threats box.
11:51:16 The first bullet point says: "The
11:51:19 access rights to the PeopleSoft software is very
11:51:21 likely to be challenged by Oracle, and past
11:51:26 operating issues may be a serious liability if
11:51:28 Oracle challenges (i.e. off-site production
11:51:34 copies in the form of delivery regulatory
11:51:38 updates may be subject to Oracle challenge)."
11:51:41 Is that your understanding at the
11:51:42 time you received this document?
11:51:47 MR. LANIER: The same instruction as
11:51:49 before, Mr. Kagermann. If you had an
11:51:51 understanding independent of what lawyers





11:51:52 told you, go ahead.
11:52:00 A. I have no reason to doubt that.
11:52:02 Q. Did you take any specific action
11:52:06 related to the potential TomorrowNow acquisition
11:52:09 when you saw that part of this document?
11:52:28 A. I don't recall any longer.
11:52:33 Q. Is it fair to say that the risk of
11:52:41 challenge by Oracle to TomorrowNow's access
11:52:49 rights to PeopleSoft software was a risk that
11:52:53 SAP knowingly undertook when it decided to buy
11:52:58 TomorrowNow?
11:52:59 A. Not necessarily.
11:53:27 Q. Was it or wasn't it?
11:53:40 A. We're talking about a business case
11:53:44 here that was presented prior to the decision.
11:53:47 Q. I understand. There was work done
11:53:49 after you got this business case?
11:53:53 THE WITNESS (in English): Exactly.
11:53:54 Q. Yes. My question is the same,
11:53:56 though: Is it fair to say that the risk of
11:54:02 legal action by Oracle to TomorrowNow's access
11:54:07 rights to PeopleSoft software was nevertheless a
11:54:11 risk that SAP knowingly undertook when it
11:54:15 decided to buy TomorrowNow?





11:54:44 A. Yes. It was a risk.
11:54:47 Q. That risk included the risk of
11:54:53 challenge to the off-site production copies?
11:55:11 A. I no longer recall that.
11:55:14 Q. And was it a risk that also included
11:55:17 a challenge to the form of delivery of
11:55:19 regulatory updates?
11:55:35 A. It's possible.
11:55:38 Q. At the time that the SAP board
11:55:44 approved the acquisition of TomorrowNow, were
11:55:48 you completely satisfied that TomorrowNow's
11:55:54 access to PeopleSoft software was legal?
11:56:17 MR. LANIER: Mr. Kagermann, that
11:56:19 question necessarily requires you to
11:56:22 disclose the contents of or conclusions
11:56:27 formed based on attorney-client
11:56:29 communications. So if you can answer it
11:56:31 based on some other assessment or other
11:56:32 understanding besides advice from the
11:56:34 lawyers, then you may. If not -- but you
11:56:37 may not disclose any understanding based on
11:56:40 or the contents of communications with the
11:56:43 lawyers.
11:56:56 A. Are you asking me, personally?





11:56:59 Q. Yes. You -- at the time that you
11:57:02 participated in the decision to approve the
11:57:05 acquisition of TomorrowNow, were you,
11:57:07 personally, confident that TomorrowNow's access
11:57:11 to PeopleSoft software was legal?
11:57:33 MR. LANIER: The same instruction,
11:57:34 Mr. Kagermann.
11:57:36 A. I assume so. Yes.
11:57:39 Q. Do you recall?
11:57:43 A. No.
11:57:44 Q. Let's turn the page, if you would,
11:57:54 please, sir, to the Bates page 91836.
11:58:04 This page is titled Acquisition
11:58:06 Structure, Due Diligence and Indemnities, and it
11:58:10 has been -- the text of it anyway, has been
11:58:12 re-created, if it's helpful, in the pages which
11:58:20 follow the -- the original PowerPoint.
11:58:35 Did the board discuss, upon
11:58:37 receiving this business case, how the
11:58:41 acquisition would be structured?
11:58:58 A. I assume so.
11:58:59 Q. Was there a decision made to, as it
11:59:09 says here, leave TomorrowNow as a separate Texas
11:59:14 corporation?

14:26:59 explanation, if you would like.
14:27:00 Q. That would be great.
14:27:02 A. On the CEO level you get lists of
14:27:16 the top risks, and at this time I can no longer
14:27:19 say if that was in there or not.
14:27:22 Q. At some point in time -- at any
14:27:29 point in time prior to Oracle filing this
14:27:32 lawsuit was TomorrowNow among the higher level
14:27:37 risks that you recall seeing?
14:28:05 A. That's what I don't recall.
14:28:09 Q. Is there a particular threshold that
14:28:15 determines when the CEO gets a risk report?
14:28:32 A. No.
14:28:32 Q. How was the decision made that the
14:28:35 CEO gets a particular risk report and not
14:28:39 another?
14:28:39 A. You get an overall risk report that
14:29:07 lists in the beginning the most important risks.
14:29:10 Q. Does that overall report include all
14:29:22 risks that are being reported on?
14:29:25 A. There's also a report that includes
14:29:35 all the risks, yes.
14:29:37 Q. And do you get that report that
14:29:39 includes all risks?



14:29:41 A. Sometimes yes.
14:29:48 Q. 'And for the report that doesn't
14:29:53 include all risks but just includes the most
14:29:55 important risks, how is the decision made to
14:29:58 include those most important risks?
14:30:29 A. As far as I know that -- as far as I
14:30:35 know, that depends on criteria such as the
14:30:37 amount and the probability that it will occur.
14:30:41 Q. And do you know what those criteria
14:30:42 are?
14:30:45 A. Yes. It's numbers, like here, X
14:30:57 millions, or/and a probability.
14:31:03 MR. HOWARD: Let me mark as Exhibit
14:31:04 431 an e-mail from Thomas Ziemen to Mark
14:31:12 White, February 24, 2005.
14:31:14 ---
14:31:14 (Plaintiffs' Exhibit 431 was marked
14:31:14 for identification.)
14:31:31 ---
14:31:31 MR. LANIER: This has got a resume
14:31:33 on the back. I don't know if it belongs
14:31:35 there.
14:31:35 MR. HOWARD: Yeah, that's an
14:31:36 attachment to the e-mail.



14:31:37 MR. LANIER: Okay. All right. I
14:31:40 will leave it alone.
14:31:48 BY MR. HOWARD:
14:31:49 Q. All right. Mr. Kagermann, Exhibit
14:31:55 431 is an e-mail from Thomas Ziemen to Mark
14:31:59 White in which he says: "Please find enclosed
14:32:02 the TomorrowNow Business Case which has already
14:32:04 been approved by Henning Kagermann and Werner
14:32:08 Brandt, as well as a personal profile data of
14:32:11 Marianna Wong."
14:32:13 Do you see that?
14:32:14 A. Yes.
14:32:14 Q. I would like to direct your
14:32:16 attention then to the first attachment, which is
14:32:18 the presentation titled Business Case
14:32:22 TomorrowNow, with Mr. Oswald's name on it and
14:32:24 dated February 18, 2004.
14:32:27 Do you recall approving this
14:32:30 business case?
14:32:31 A. No.
14:32:55 Q. Now, assuming that the date on the
14:33:03 front page is a typo and it's intended to say
14:33:06 February 18, 2005, would it be typical for SAP
14:33:12 to develop a further business case for a newly



14:33:16 acquired company fairly soon after the
14:33:18 acquisition?
14:33:47 A. That depends on the acquisition.
14:33:53 Q. And does it appear to you that that
14:33:55 was done in this particular case?
14:33:58 A. May I look through it briefly?
14:34:07 Q. Oh, sure. Please.
14:34:09 THE WITNESS (in English): Thank
14:34:10 you.
14:34:30 ---
14:34:30 (Witness reviewing document.)
14:35:27 ---
14:35:27 (The interpreter re-reads the question)
14:35:40 A. It looks that way, yes.
14:35:41 Q. But you don't recall reviewing or
14:35:45 approving this business case?
14:35:53 A. I don't recall. But, again, I don't
14:36:04 have any reason to doubt it either.
14:36:06 Q. Is it fair to say that at this
14:36:09 point, February 2005, Mr. Oswald had primary
14:36:12 responsibility for integrating TomorrowNow into
14:36:16 SAP, as a service unit?
14:36:41 A. Integration wasn't the issue.
14:36:45 THE WITNESS (in English): No, it

HIGHLY CONFIDENTIAL - H. KAGERMANN
14:36:45 was not the topic.
14:36:48 THE INTERPRETER: The topic.
14:36:49 BY MR. HOWARD:
14:36:50 Q. Let me rephrase the question then.
14:36:52 Is it fair to say that at this point
14:36:53 in February 2005 Mr. Oswald had responsibility
14:36:57 for expanding TomorrowNow's service model with
14:37:03 the addition of headcount, as reflected in the
14:37:06 business case here?
14:37:42 A. He's responsible for support, yes.
14:37:45 Q. Now this -- I'm sorry?
14:37:54 THE WITNESS (in English): Yes,
14:37:58 okay.
14:37:59 THE INTERPRETER: I didn't
14:38:00 understand. He was mumbling, and I didn't
14:38:02 understand. I'm sorry.
14:38:03 BY MR. HOWARD:
14:38:03 Q. Is there something further that you
14:38:04 wanted to say, Mr. Kagermann?
14:38:06 A. I checked board presentations.
14:38:10 THE INTERPRETER: I checked board
14:38:11 presentation. Whether it was a board
14:38:12 presentation.
14:38:13 BY MR. HOWARD:



HIGHLY CONFIDENTIAL - H. KAGERMANN
14:38:14 Q. Oh, okay. But you agree that this
14:38:16 is a business case that contemplates adding
14:38:19 headcount to the TomorrowNow operation?
14:38:29 A. Yes.
14:38:39 Q. And is the purpose of adding that
14:38:41 headcount to expand TomorrowNow's operations
14:38:44 overseas?
14:38:47 A. Yes.
14:38:58 Q. And is another purpose of expanding
14:39:02 that headcount to generate additional
14:39:04 maintenance revenue for SAP?
14:39:06 A. That's what it says here, yes.
14:39:30 Q. And is another reason for adding
14:39:32 that headcount to use maintenance as an enabler
14:39:36 for future license revenue to SAP?
14:39:59 A. That's what it also says in the
14:40:02 proposal.
14:40:03 Q. And that was a -- that was something
14:40:13 that you approved?
14:40:22 A. If it was presented to the board,
14:40:24 then yes.
14:40:25 Q. Right. Do you have any reason to
14:40:29 doubt Mr. Ziemen when he says on the cover
14:40:31 e-mail to Mr. White that the business case has



HIGHLY CONFIDENTIAL - H. KAGERMANN
14:40:35 been approved by you and Mr. Brandt?
14:40:38 A. No.
14:40:55 Q. Were any of the headcount additions
14:41:02 contemplated by this presentation designated to
14:41:08 add to the number of TomorrowNow employees
14:41:14 involved in the development of tax and
14:41:17 regulatory updates on a per-customer basis?
14:41:21 A. It looks that way.
14:42:10 Q. Where do you see that?
14:42:12 THE WITNESS (in English): "With
14:42:39 additional 26 FTEs TomorrowNow is able to
14:42:39 support 1100-plus customers globally."
14:42:41 THE COURT REPORTER: I'm sorry?
14:42:41 MR. LANIER: Why don't you just read
14:42:42 it again, Mr. Kagermann.
14:42:43 THE WITNESS (in English): "Benefits.
14:42:44 With additional 26 FTEs TomorrowNow is able
14:42:47 to support 1100-plus customers globally" --
14:42:58 (speaking German.)
14:42:58 A. That's the reason why I assumed that
14:43:02 more people should be hired to perform this
14:43:06 scaling.
14:43:08 Q. But where does it say that those
14:43:11 FTEs will be increasing the number of people on



HIGHLY CONFIDENTIAL - H. KAGERMANN
14:43:15 a per-customer basis developing tax and
14:43:20 regulatory updates?
14:43:42 A. That's a good point. I just
14:43:47 concluded that.
14:43:48 Q. Okay. But you agree it doesn't say
14:43:51 what those FTEs are going to be doing?
14:43:57 A. That's correct.
14:44:01 Q. And if you think back to the -- how
14:44:10 many employees TomorrowNow had at the time of
14:44:13 the acquisition, do you recall that that was 33
14:44:17 employees?
14:44:19 A. That's what you told me.
14:44:38 Q. I didn't tell you. That was in the
14:44:41 business case that was presented to you to
14:44:43 approve the due diligence. Right?
14:44:48 A. But I recalled it from what you told
14:44:51 me.
14:44:51 Q. Can we agree that the
14:44:55 employee-to-customer ratio at that time was
14:45:02 higher than the ratio that will result after
14:45:06 these 26 FTEs are added?
14:45:37 A. I don't get that out of here.
14:45:41 Q. In other words, under this plan
14:45:43 you're going to have fewer employees supporting

HIGHLY CONFIDENTIAL - H. KAGERMANN
14:45:49 more customers than TomorrowNow had before the
14:45:52 acquisition?
14:46:21 THE WITNESS (via interpreter): I
14:46:21 mean, should we discuss this?
14:46:25 MR. LANIER: Mr. Kagermann, answer
14:46:26 his question, if you understand it. If you
14:46:28 don't, you don't.
14:46:31 A. Yes, it's correct.
14:46:33 THE WITNESS (in English): It's
14:46:34 correct.
14:46:34 BY MR. HOWARD:
14:46:35 Q. Is there some explanation that you
14:46:36 would like to provide?
14:46:42 A. I don't think it's unusual that in
14:47:04 the buildup this ratio will change
14:47:09 appropriately. Correspondingly.
14:47:12 Q. Can you explain what you mean by
14:47:14 that, please?
14:47:18 A. For example, just like you said,
14:47:36 initially we had a number of people that were
14:47:40 not -- in that business that were not
14:47:42 productive; they were overhead.
14:47:54 And the second thing is that with
14:47:56 more employees you always have a learning curve.



HIGHLY CONFIDENTIAL - H. KAGERMANN
14:48:02 Q. Was there a specific plan that
14:48:05 you're aware of to increase the number of
14:48:07 TomorrowNow employees, per customer, providing
14:48:13 tax and regulatory updates?
14:48:34 A. No.
14:48:35 Q. Let me ask you to turn to Page 8 of
14:48:50 the presentation. The Bates number is 157415.
14:49:07 You approved that the top KPIs for
14:49:11 TomorrowNow would be number of customers and
14:49:16 maintenance revenue?
14:49:32 A. It looks that way, yes.
14:49:34 Q. Did SAP meet the plan that's
14:49:46 identified here by the dotted line on the graph
14:49:49 for number of customers?
14:50:10 A. I don't recall any longer.
14:50:12 Q. Did SAP meet the plan identified
14:50:17 here by the dotted line with respect to
14:50:21 maintenance revenue?
14:50:22 A. I don't recall. I don't know.
14:50:36 Q. Now, let me -- keep that one.
14:51:05 MR. HOWARD: Let me mark as Exhibit
14:51:06 432 minutes of the executive board meeting
14:51:11 call, March 11th, 2005.
14:51:13 ---



HIGHLY CONFIDENTIAL - H. KAGERMANN
14:51:13 (Plaintiffs' Exhibit 432 was marked
14:51:13 for identification.)
14:51:35 ---
14:51:35 BY MR. HOWARD:
14:51:35 Q. Mr. Kagermann, is this minutes of an
14:51:40 executive board meeting on March 11, 2005?
14:51:54 A. Yes.
14:51:55 Q. May I see your document, please?
14:52:10 I gave you the wrong document. Just
14:52:12 hang on to it.
14:52:13 THE WITNESS (in English): May 2005.
14:52:15 Q. No, I know that. I still gave you
14:52:17 the wrong one.
14:52:18 MR. HOWARD: Let's mark as Exhibit
14:52:20 433 minutes of a board meeting call -- you
14:52:25 can put that one down -- from April 29,
14:52:31 2005.
14:52:33 ---
14:52:33 (Plaintiffs' Exhibit 433 was marked
14:52:33 for identification.)
14:52:52 ---
14:52:52 BY MR. HOWARD:
14:53:05 Q. Mr. Kagermann, is Exhibit 432 --
14:53:12 MR. LANIER: 433?



HIGHLY CONFIDENTIAL - H. KAGERMANN
14:53:12 BY MR. HOWARD:
14:53:15 Q. 433. Is Exhibit 433 the minutes of
14:53:15 an executive board meeting on April 29, 2005?
14:53:32 A. Yes.
14:53:32 Q. And does this reflect, on the third
14:53:34 page, the approval by the executive board of 94
14:53:38 FTEs additional headcount for TomorrowNow?
14:53:58 A. Yes.
14:53:58 Q. And was that headcount approved by
14:54:03 the board pursuant to the reasons given in the
14:54:05 business case that we saw in Exhibit 431?
14:54:30 A. I don't recall.
14:54:37 Q. Is there a different business case
14:54:43 being referred to in the April 29 minutes than
14:54:47 the one that we see in Exhibit 431?
14:55:18 A. At least the numbers are different.
14:55:21 Q. And is that because the numbers in
14:55:24 Exhibit 431 are -- let me ask you to look at
14:55:36 Page 9 of the presentation in Exhibit 431.
14:55:54 A. 409?
14:55:55 Q. The Bates page is 157416.
14:55:58 THE WITNESS (in English): 416.
14:56:13 Q. And that's a slide titled Detailed
14:56:17 Headcount Release Plan. Do you see that?

Page 363

HIGHLY CONFIDENTIAL - H. KAGERMANN
14:56:19 A. Yes.
14:56:19 Q. Does this help you understand why
14:56:26 the numbers are higher when the board approves
14:56:30 the -- the additional headcount at the end of
14:56:34 April than what's listed in the beginning of the
14:56:38 presentation in Exhibit 431?
14:57:04 A. Yes.
14:57:04 Q. And what now is your understanding
14:57:07 as to why those numbers are different?
14:57:09 A. I think this relates to the entire
14:57:45 year, and the executive summary is only for half
14:57:51 year. Six months.
14:57:52 Q. That's right. And by the time this
14:57:56 proposal came to the board for approval, it was
14:58:01 a couple of months later than when the initial
14:58:04 business case had been prepared. Is that right?
14:58:30 A. Yes.
14:58:32 Q. And so by the time the board was
14:58:34 approving the headcount release in order to stay
14:58:37 on plan for the buildout, it had to approve more
14:58:41 headcount than was originally contemplated for
14:58:44 Q1 and Q2. Is that right?
14:59:13 A. I think this plan relates to an
14:59:39 annual budget, and this plan says that the 26

Page 364

HIGHLY CONFIDENTIAL - H. KAGERMANN
14:59:44 are needed for the first half year.
14:59:46 Q. When you say "this plan relates to
14:59:49 an annual budget," you're referring to the
14:59:51 minutes of the April 29, 2005, board meeting,
14:59:54 Exhibit 433?
14:59:58 A. Yes.
14:59:58 Q. And that's what the board approved
15:00:01 at its meeting on April 29, 2005?
15:00:06 A. I assume so, because that's -- these
15:00:22 are the minutes.
15:00:23 Q. Now, is it true that there had been
15:00:34 no headcount increase approved for TomorrowNow
15:00:39 from the time of the acquisition until the time
15:00:41 of that April 29, 2005, board meeting?
15:00:48 A. I don't know.
15:01:08 Q. Does it require a board decision,
15:01:13 such as the one reflected in Exhibit 433, to
15:01:19 increase the headcount of TomorrowNow in that
15:01:24 amount?
15:02:07 A. It depends. This here says
15:02:09 additional headcount. This could also exceed a
15:02:13 budget that was established at the beginning of
15:02:15 the year.
15:02:47 MR. HOWARD: Why don't we take a

Page 365

HIGHLY CONFIDENTIAL - H. KAGERMANN
15:02:48 short break before I go into a new area.
15:02:50 THE VIDEO OPERATOR: Going off the
15:02:51 record at 3:03.
15:02:52 ---
15:02:52 (Recess.)
15:15:14 ---
15:15:14 THE VIDEO OPERATOR: Returning to
15:15:31 the record at 3:16.
15:15:35 BY MR. HOWARD:
15:15:35 Q. Mr. Kagermann, I have directed your
15:15:37 attention to Exhibit 432, which are the minutes
15:15:40 of the March 11, 2005, executive board meeting
15:15:44 call. Do you see that?
15:15:50 A. Yes.
15:15:50 Q. The minutes of this March 11 call
15:15:54 reflect, on the second page, under TomorrowNow
15:15:59 status, that a "firewall e-mail has been
15:16:03 distributed."
15:16:04 Do you see that?
15:16:07 A. Yes.
15:16:07 Q. Is that reference to a firewall
15:16:15 e-mail a reference to the document you described
15:16:20 yesterday as setting forth the rules for SAP and
15:16:23 TomorrowNow?

Page 366

HIGHLY CONFIDENTIAL - H. KAGERMANN
15:16:33 A. It's possible.
15:16:45 Q. Is the firewall e-mail referenced
15:16:54 here in the March 11, 2005, board minutes the
15:16:57 same firewall you referred to in your public
15:16:59 comments after the Oracle litigation was filed?
15:17:30 A. I would have to see the e-mail for
15:17:35 that.
15:17:35 Q. Okay. Well, let's look at what I
15:17:41 think it may be, and you tell me. Let me show
15:17:48 you what's been previously marked as Exhibit 19.
15:17:51 ---
15:17:51 (Plaintiffs' Exhibit 19 was
15:17:51 previously marked for identification.)
15:18:02 ---
15:18:02 BY MR. HOWARD:
15:18:24 Q. Now, Exhibit 19 is an e-mail from
15:18:28 Andrew Nelson, the CEO of TomorrowNow, on March
15:18:31 9, 2005, forwarding to several people at
15:18:40 TomorrowNow an e-mail he received from Mr. Faye,
15:18:55 who appears to have received it from Mr. Crean.
15:18:58 So if I can direct you to the third
15:19:01 page -- the second page of the document, where
15:19:03 it begins "SAP & TomorrowNow Confidential."
15:19:06 Do you see that?

C E R T I F I C A T E

STATE OF NEW YORK )

: ss.

COUNTY OF NEW YORK )

I, FRANK J. BAS, a Notary Public within and for the State of New York, do hereby certify:

That HENNING KAGERMANN, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by the witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 30 day of September, 2008.

Frank J. Bas

FRANK J. BAS, RPR