Walsh v. Apple, Inc. et al

Doc. 216 Att. 2

# Exhibit L

Dockets.Justia.com

Message

| | |
|---|---|
| **From:** | Ziemen, Thomas [/O=SAP/OU=EUROPE1/CN=RECIPIENTS/CN=000000042894] |
| **Sent:** | 2/24/2005 3:02:40 PM |
| **To:** | White, Mark [/O=SAP/OU=America1/cn=Recipients/cn=000000120031] |
| **CC:** | Welz, Bernd [/O=SAP/OU=EUROPE1/CN=RECIPIENTS/CN=000000034205] |
| **Subject:** | AW: Tn |
| **Attachments:** | Board_BC_TNow180205ver2.ppt; Marianna Wong Psft CV.doc |

Mark,
please find enclosed the TNow Business Case which has already been approved by Henning Kagermann and Werner Brandt as well as the personal profile data of Marianna Wong.

She would be a great asset in order to build up TNow globally as she successfully established the PeopleSoft Support Centers in Europe and APA being located in Amsterdam for a while.

There are two open issues to be clarified urgently:
- TNow at SAPphire EMEA and US
  It was originally planned for TNow to present their Service Offerings at both SAPphires in breakout sessions and at a specific Partner Booth.
  Is this still permitted and if yes, how should we move forward with the planning ?
- In order to support the global expansion of TNow we ordered external Headhunters to reach out for potential support resources in EMEA and APA. Having identified the appropriate entities/individuals we now need to approach them officially via TNow.
  How should the recruiting process be managed and who should follow up on this ?

Please advise.

Thomas Ziemen
Vice President
Service Solution Management
SAP AG
Neurottstraße 16
69190 Walldorf
T +49 6227 7-44766
F +49 6227 78-20080
M +49 171 3363644
E thomas.ziemen@sap.com
http://www.sap.com

-----Ursprüngliche Nachricht-----
Von: Welz, Bernd
Gesendet: Donnerstag, 24. Februar 2005 20:32
An: Bamberger, Thomas; Ziemen, Thomas
Cc: White, Mark
Betreff: Tn

please send the Business case an all Info on marianna to Mark

EXHIBIT 431
WIT: Kagermann
DATE: 9/26/08
FRANK BAS, RPR

Best regards,
Bernd

---

Sorry for all the spelling mistakes, I am on my blackberry...

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY 

# Business Case TomorrowNow

Gerd Oswald

February 18, 2004

BOARD PRESENTATION

CONFIDENTIAL

THE BEST-RUN BUSINESSES RUN SAP

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

# Executive Summary: *TommorowNow*

| Objectives of Today's Presentation | ☑ Decision Meeting |
|---|---|

- Approval of additional headcount of 26 FTEs for **Q1** and **Q2** only. Total cost for full year 2005: TEUR 2,1 Mill.
  - Q1: 10 additional FTEs in US (Denver) TEUR 1.300
  - Q2: 16 additional FTEs. Thereof Ireland 6 FTEs (TEUR 270); US 4 FTEs (TEUR 400); India 6 FTEs (TEUR 126)

## Context

- PSFT's customer base consists of 12.500 customers, approximately 2000 joint SAP/PSFT customers
- 500 new customers in 2005 reflects only 4% of PSFT customer base
- Expected 350 customers on core TNow business; additional 150 on SAP's Safe passage offering
- Revenue will grow to € 11,4 Mill in 2005 and will be more than trebled in 2006 ( € 36 Mill)

| Recommended Approach | Benefits/ Rationale/ Impact | Tradeoffs/ Risks to SAP |
|---|---|---|
| Partly release of additional budget request: € 2,1 Mill for 26 FTEs (total additional budget request for full year 2005 is € 5,5 Mill; 113 FTEs) | With additional 26 FTE's TNow is able to support 1100+ customers globally | Avoid conflicts with intellectual property of PSFT (Oracle) |
| | Generate additional Maintenance Revenue for SAP | Convincing customers on a global base for scalability |
| | Use Maintenance offering as enabler for future licences revenue | Increase HC costs |



HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY
SAP-OR00157408

# Proposed Action Plan

| Issue | Action To Be Taken | Owner | Due Date |
| --- | --- | --- | --- |
| Risk of losing approx. 500 customers as well as endangering an additional revenue potential of approx. € 12 Mill. in 2005 | Board approval needed for hiring of 26 FTEs asap | Thomas Ziemen | asap |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |



THE BEST-RUN BUSINESSES RUN SAP

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY SAP-OR00157409

# Board Decision Summary: *Topic for Today*

✓

**FOR MEETING MINUTES**

| Decision | Yes | No | Defer | Refinements/ Comments | Owner |
|---|---|---|---|---|---|
| 1. Approval for 26 additional FTEs; Costs for full year 2005: € 2,1 Mill | ☐ | ☐ | ☐ | Approved by Werner Brandt | |
| 2. ... | ☐ | ☐ | ☐ | ... | ... |
| 3. ... | ☐ | ☐ | ☐ | ... | ... |
| 4. ... | ☐ | ☐ | ☐ | ... | ... |
| 5. ... | ☐ | ☐ | ☐ | ... | ... |

| Implementation Highlights | |
|---|---|
| **Overall Board sponsor** | Gerhard Oswald |
| **Overall Implementation owner:** | Thomas Ziemen |
| **Next follow-up with Board** | |
| **Next major milestone(s)** | 30.06.2005; all hires for Q1 and Q2 are on board and active? |



THE BEST-RUN BUSINESSES RUN SAP

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

# Back-up Materials

TomorrowNow Business Case

THE BEST-RUN BUSINESSES RUN SAP

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY 

# TomorrowNow Business Case

**Version 1.2**

Service & Support Operations

February 18, 2005

SAP AG

THE BEST-RUN BUSINESSES RUN SAP

# Investment overview 2005

| in TEUR | TomorrowNow Investment Overview 2005 | | | |
|---|---|---|---|---|
| | TomorrowNow | Migration | Integration | Total |
| External Revenue | 11.403 | 495 | 480 | 12.378 |
| TOTAL EXPENSES | 10.221 | 2.000 | 1.100 | 13.321 |
| Contribution | 1.182 | -1.505 | -620 | -943 |
| Profitability | 10% | -304% | -129% | -8% |





HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY SAP-OR00157413