# Summary of TNow Business Case/Model

## Business Case

PSFT's customer base consists of 12.500 customers, approx. 2000 joint SAP/PSFT customers

500 new customers in 2005 reflects only 4% of PSFT customer base

Expected 350 on core TNow business; additional 150 on SAP's Safe passage offering

Revenue will grow to € 11 M in 2005 and will be more than trebled in 2006 ( € 36 M)

Hiring 113 FTE to fulfill customers expectation (19 FTE per 100 Customers) in 2005 (add. 130 in 2006)

## Business Model

- TomorrowNow serves as service delivery unit
- TNow offers mainly 17% product support
- TNow offering will also include Consulting Services
- SAP does Lead Generation for TNow
- SAP have a Support Cooperation with TNow
- PSFT customers signs contract with TNow
- Service Delivery done by TNow
- PSFT customer gain option on mySAP ERP licenses contract

© SAP AG 2004, Title of Board Presentation, Author, BOARD CONFIDENTIAL / 7



HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

Dockets.Justia.com

# TomorrowNow – TOP KPIs

## Business

**Number of Customers**




Original Plan by TomorrowNow
SAP Plan based on Safe Passage

**Maintenance Revenue (kEUR)**




Original Plan by TomorrowNow
SAP Plan based on Safe Passage

**Key assumptions**

- # of customers

| Year | TNow custom. = 10% fee | Safe Passage cust. = 17% fee |
|---|---|---|
| 2005 | 350 | 150 |
| 2006 | 450 | 550 |

- Average deal size per customer in 2005: 23kEUR
- Currency Exchange Rate USD / EUR: 76 92308

## Headcount Release Plan & Budget 2005




**Key assumptions**

- Transition Rate of customers to needed FTE TNow: 20 FTE for100 Customer (used: 19 FTE)
- Currency Exchange Rate USD / EUR: 76,92308

**Tasks of additional 113 FTE**

- 30 FTE Primary Support Engineer
- 83 FTE Development Support Engineer

| in kEUR | Quarter 1 | Quarter 2 | Quarter 3 | Quarter 4 | Total Year 05 | Actual 04 | Prof. 05 | Prof. 04 |
|---|---|---|---|---|---|---|---|---|
| Baseline (incl. Salary incr.) | 1.181 | 1.181 | 1.181 | 1.181 | 4.725 | 1.981 | 10% | 3% |
| Additional Costs | 338 | 605 | 1.725 | 2.828 | 5.405 | | | |
| Total Costs 2005 | 1.519 | 1.786 | 2.906 | 4.009 | 10.221 (+416%) | (Compared to 2004) | | |

© SAP AG 2004, Title of Board Presentation, Author, BOARD CONFIDENTIAL / 8

THE BEST-RUN BUSINESSES RUN SAP

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY 

# Detailled Headcount Release Plan

| Location | Actual FTE | TY Baseline Budget 2005 | Budget 2005 per Quarter: Quarter 1 | | Quarter 2 | | Quarter 3 | | Quarter 4 | | Total Year Budget 05 | | Δ to Baseline | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | FTEs | kEUR | FTEs | kEUR | FTEs | kEUR | FTEs | kEUR | FTEs | kEUR | FTEs | kEUR |
| Bryan | 35 | 4.725 | 35 | 1.181 | 35 | 1.181 | 45 | 1.519 | 55 | 1.856 | 55 | 5.738 | 20 | 1.013 |
| Atlanta | | | | | | | 6 | 203 | 12 | 405 | 12 | 608 | 12 | 608 |
| Denver | | | 10 | 338 | 14 | 473 | 22 | 743 | 26 | 878 | 26 | 2.430 | 26 | 2.430 |
| Pleasonton | | | | | | | 4 | 135 | 8 | 270 | 8 | 405 | 8 | 405 |
| **Total US** | 35 | 4.725 | 45 | 1.519 | 49 | 1.654 | 77 | 2.599 | 101 | 3.409 | 101 | 9.180 | 66 | 4.455 |
| Madrid | | | | | | | 6 | 128 | 12 | 255 | 12 | 383 | 12 | 383 |
| Dublin | | | | | 6 | 90 | 6 | 90 | 11 | 165 | 11 | 345 | 11 | 345 |
| **Total EMEA** | | | | | 6 | 90 | 12 | 218 | 23 | 420 | 23 | 728 | 23 | 728 |
| Malaysia | | | | | | | 6 | 48 | 12 | 96 | 12 | 144 | 12 | 144 |
| Bangalore | | | | | 6 | 42 | 6 | 42 | 12 | 84 | 12 | 168 | 12 | 168 |
| **Total APA** | | | | | 6 | 42 | 12 | 90 | 24 | 180 | 24 | 312 | 24 | 312 |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

+10 FTE +16 FTE **+40 FTE** **+47 FTE**

Released by Werner Brandt

**Additional Cost Budget for hirings in 2005**

**Remarks to Location Strategy:**

- **Selected locations offer ressources with Peoplesoft / JDE skills.**
- **Start hiring people where they are located today.**
- **Looking for cost savings, efficiency and synergies in 2006 and 2007.**



THE BEST-RUN BUSINESSES RUN SAP

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

# Summary Business case TNow

| P&L | 2004 Actuals | Business Case Old (Tomorrow Now) 2005 Plan | 2006 Plan | Business Case New (Thomas Ziemen/Gerd Oswald) 2005 Plan total | Q1 | Q2 | Q3 | Q4 | 2006 Plan total |
|---|---|---|---|---|---|---|---|---|---|
| Revenue | 2.036 | 3.869 | 6.577 | 11.403 | 873 | 1.847 | 3.350 | 5.333 | |
| OPEX | -1.963 | -3.880 | -6.653 | -10.221 | -1.519 | -1.786 | -2.906 | -4.009 | |
| >> Operating Income | 73 | -11 | -76 | 1.182 | -646 | 61 | 444 | 1.324 | |
| % | 3,6% | -0,3% | -1,2% | 10% | -74% | 3% | 13% | 25% | |
| Interest, Tax, Fin. Income/Loss, ... | -32,9 | 9,0 | 38,4 | | | | | | |
| >> Total Profit / Loss | 40,5 | -1,8 | -37,9 | | | | | | |
| % | 2,0% | 0,0% | -0,6% | | | | | | |
| **Other** | | | | | | | | | |
| CAPEX | | | | | | | | | |
| Headcount eop | 35 | | | 148 | 45 | 61 | 101 | 148 | |
| info about customers, customer base, new-old customers, ... | | | | | | | | | |
| ... total customers (eop) | 54 | | | **500** | **104** | **204** | **334** | **500** | |
| thereof TNow | 54 | | | 350 | 104 | 174 | 254 | 350 | |
| thereof Safe Passage | | | | 150 | | 30 | 80 | 150 | |
| ... new cutomers | | | | **446** | **50** | **100** | **130** | **166** | |
| thereof TNow | | | | | 50 | 70 | 80 | 96 | |
| thereof Safe Passage | | | | | 0 | 30 | 50 | 70 | |
| Average deal size | 38 | | | 23 | | | | | |

© SAP AG 2004, Title of Board Presentation, Author, BOARD CONFIDENTIAL / 10

# Backup



THE BEST-RUN BUSINESSES RUN SAP

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY SAP-OR00157418

# PSFT Migration Service: Business Opportunity

| Amounts in T€ | 2005 | | | | | 2006 | | | | | 2007 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | Sum | Q1 | Q2 | Q3 | Q4 | Sum | Q1 | Q2 | Q3 | Q4 | Sum |
| Costs for migration program (development & maintenance) | -500 | -500 | -500 | -500 | -2000 | -50 | -50 | -50 | -50 | -200 | -25 | -25 | -25 | -25 | -100 |
| Number of migration projects (customer) | 0 | 5 | 13 | 15 | 33 | 20 | 25 | 30 | 35 | 110 | 40 | 50 | 60 | 70 | 220 |
| Revenue of migration projects (number of customer x € 15 T per package) | 0 | 75 | 195 | 225 | 495 | 300 | 375 | 450 | 525 | 1650 | 600 | 675 | 900 | 1050 | 3225 |
| Contribution (revenue - cost) | -500 | -425 | -305 | -275 | -1505 | 150 | 225 | 300 | 375 | 1450 | 575 | 650 | 875 | 1025 | 3125 |






HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

# PSFT Integration Service: Business Opportunity

| Amounts in T€ | 2005 | | | | | 2006 | | | | | 2007 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | Sum | Q1 | Q2 | Q3 | Q4 | Sum | Q1 | Q2 | Q3 | Q4 | Sum |
| Costs for migration program (development & maintenance) | -275 | -275 | -275 | -275 | -1100 | -50 | -50 | -50 | -50 | -200 | -25 | -25 | -25 | -25 | -100 |
| Number of integration projects (customer) | 3 | 5 | 15 | 25 | 48 | 30 | 30 | 30 | 30 | 120 | 30 | 30 | 30 | 30 | 120 |
| Revenue of migration projects (number of customer x € 10 T per package) | 30 | 50 | 150 | 250 | 480 | 300 | 300 | 300 | 300 | 1200 | 300 | 300 | 300 | 300 | 1200 |
| Contribution (revenue - cost) | -245 | -225 | -125 | -25 | -620 | 250 | 250 | 250 | 250 | 1000 | 275 | 275 | 275 | 275 | 1100 |






HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

SAP-OR00157420

# Detailed Budget Overview Migration/Integration 2005

| Cost Types | Budget Migration (in € 1000) | Budget Integration (in € 1000) | Budget Total (in € 1000) |
|---|---|---|---|
| Internal Development Costs (Base Line costs) | 1000 | 400 | 1400 |
| External Development Costs (3rd-party support for development) | 630 | 400 | 1030 |
| Internal Cost of Infrastructure & Sales (incl. Marketing & Events) | 300 | 250 | 550 |
| Other 3rd Party Expenses | 70 | 50 | 120 |
| Sum | 2000 | 1100 | 3100 |



THE BEST-RUN BUSINESSES RUN SAP

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

# Presentation Content: Checklist

**Please include the Executive Summary, Action Plan, and the Board Decision Summary, and no more than 10 pages of presentation content**

## Checklist of questions to answer

### Issues

- ❑ What issues need to be resolved?
- ❑ Why does the decision have to be made by the Board?

### Impact

- ❑ What are the core benefits of the decisions?
- ❑ What are the major risks, tradeoffs, or possible negative implications of the decisions?
- ❑ What historical decisions may be affected and how should this be managed?
- ❑ What other groups may be affected and how should this be managed?
- ❑ Are today's decisions consistent with SAP's strategy?

### Resources

- ❑ What resources are required?
- ❑ Is there an impact to the budget?

### Implementation

- ❑ Who is responsible for successful execution and follow-up?
- ❑ What are the actions required? When will they occur? Who is responsible for each? *(see template provided)*
- ❑ What internal and external stakeholders must be involved? How must they be engaged?
- ❑ Who has reviewed and approved of these recommendations?



THE BEST-RUN BUSINESSES RUN SAP

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

# MARIANNA WONG

510/599-6889
marianna_wong@yahoo.com

169 Villa Terrace
San Francisco, CA 94114

## SUMMARY OF QUALIFICATIONS

- Experienced professional with 15 years of progressive career growth and expertise in building and leading productive, high-quality technical support teams in multiple countries
- Extensive background working with strategic customers escalated to executive management
- Broad and deep understanding of technology, strong problem solving, analytical, and project management skills with a proactive customer focus
- Bilingual, with written and verbal fluency in Chinese and English

## PROFESSIONAL EXPERIENCE

### PeopleSoft Inc, Pleasanton, CA, 1993 – present

**Director of Customer Loyalty, Supply Chain Management (SCM)** 2002-present
**Director of Customer Loyalty, Customer Relationship Management (CRM)** 2001-2002

Managed escalations and leveraged key resources within PeopleSoft to bring rapid and satisfactory resolution to technical and project management roadblocks. As the main point of contact for strategic accounts, I managed dissatisfied customers, successfully reclaimed and reinforced their PeopleSoft loyalty.

- Preserved more than $1 million in license and maintenance revenue from at-risk customers.
- Designed and managed customer programs to support successful global deployment of SCM and CRM solutions
- Developed a deep understanding of existing customer base and related market opportunities with focus on retaining key customers, generating additional business and serving as a customer advocate for future PeopleSoft roadmap.

**Vice President of Product Customer Services,** 1999-2001

Responsible for all Global Support Center operations for the Financials Product Division with 2500 customers worldwide. Managed a staff of 70 employees throughout 13 countries with an annual operating budget of $10 million.

- Revitalized the Financials Global Support Center, which had the lowest customer satisfaction and highest employee turnover in the Products and Technology organization.
- Improved customer satisfaction rating from 69% satisfied to 85% in 9 months and reduced employee attrition from 20% to 5%.
- Reduced the costs of supporting customers by 15% in nine months by improving the operating efficiency of support team.

**Director of Global Support Center, International,** 1997-1999

Responsible for establishing support operations internationally for PeopleSoft, starting with operations in Europe and continued the rollout to Asia Pacific and Latin America.

- Effectively planned and executed the rollout of the hub-and-spoke model for international customer support centers in Amsterdam, Singapore, Sydney and Tokyo to deliver world class technical support.
- Grew the support organization by more than 300% in 15 months supporting all PeopleSoft products.
- Provided remote direction to a team of five managers, covering operations in Europe, Asia and Latin America.



HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY SAP-OR00157423

- Achieved highest overall customer satisfaction rating for worldwide Global Support Center, exceeding the already outstanding score for North America operations for 15 months.
- Developed processes to increase level of cooperation between sites, and increased international awareness at headquarters.

**Director of Global Support Center, North America,** 1995-1997

Provided leadership to a team of five managers supervising sixty employees to support over 2000 customers across all PeopleSoft product lines. Served as the member of Steering Committee for selection of a Customer Relationship Management (CRM) System. Resolved migration issues with Corporate IT to ensure user readiness.

- Department achieved ISO-9000 certification of PeopleSoft's customer support in North America. One of the first departments within PeopleSoft to earn that distinction.
- Evaluated criteria to measure organizational performance, including: customer satisfaction, operating efficiency, staffing levels, product quality and employee satisfaction.
- Presented general policy information at People Soft User Conferences and Corporate Customer meetings, maintaining strong customer relationships.

**GSC Support Analyst / Support Manager,** 1993-1995

Performed research and troubleshooting of customer issues with limited supervision to provide a high level of technical support and problem resolution to PeopleSoft's HRMS, Financials and Tools customers..

- Promoted to Department Manager after 15 months, managing a team of 20 Support Analysts.
- Designed and implemented the first customer satisfaction survey for PeopleSoft Customer Support.
- Developed and documented support/service utilities and procedures, expanding knowledge of all analysts within the department. Served as mentor for new hires to decrease the ramp-up time for new employees.
- Presented technical troubleshooting and general policy information at Regional User Group (RUG) and Special Interest Group (SIG) meetings, fostering strong customer relationships.
- Recipient of the Outstanding Contributor Award for support activities associated with successful introduction of PeopleSoft's new Payables and Receivables products.

**ORACLE Corp., Redwood Shores, CA,** 1989-1993

**Financials Support Analyst,** 1990 – 1993

Provided telephone support for internal and external customers of ORACLE's Financials applications including General Ledger, Assets, Receivables and Accounts Payables.

**Financial Analyst,**1989 – 1990

Performed various accounting duties in Corporate Finance as part of the Finance Rotation Program. Completed a two-year program in six months.

## EDUCATION

- Master of Business Administration, Santa Clara University,1989
- Bachelor of Science in Computer Science, Cal State Hayward,1987



HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY SAP-OR00157424