Walsh v. Apple, Inc. et al
Doc. 216 Att. 4

# Exhibit M

Dockets.Justia.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

ORACLE CORPORATION, A DELAWARE CORPORATION, ORACLE USA, INC., A COLORADO CORPORATION, AND ORACLE INTERNATIONAL CORPORATION, A CALIFORNIA CORPORATION,
Plaintiffs,

vs. ) CASE NO. 07-CV-01658 (MJJ)

SAP AG, A GERMAN CORPORATION, SAP AMERICA, INC., A DELAWARE CORPORATION, TOMORROWNOW, INC., A TEXAS CORPORATION, AND DOES 1-50, INCLUSIVE,
Defendants.

***************************************************
"HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY"
ORAL VIDEOTAPED DEPOSITION OF
THOMAS ZIEMEN
October 1, 2008 - Volume 2
***************************************************

ORAL VIDEOTAPED DEPOSITION OF THOMAS ZIEMEN, produced as a witness at the instance of the Plaintiffs and duly sworn, was taken in the above-styled and numbered cause on Wednesday, October 1, 2008 - Volume 2, from 8:26 a.m. to 4:36 p.m., before JAMES M. PLAIR, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine at the offices of JONES DAY, 717 Texas, Suite 3300, Houston, Texas 77002-2712, pursuant to recess heretofore taken.

Job No. 1603-88908

Page 496

02:37 attempt to be reasonable?
02:38 A. In alignment with Andrew Nelson, we attempted to be reasonable.
02:38 Q. And do you recall whether the business case that was presented as -- to TomorrowNow's service on Siebel was the two-year business case, a three-year business case or some other length of time?
02:38 A. It covered the years 2006, 2007 and 2008.
02:38 Q. And do you recall, generally, the projected revenues that were being anticipated in connection with having TomorrowNow service Siebel software?
02:38 A. Not without checking the document.
02:38 Q. And do you remember that another one of the perceived values of servicing the Siebel software was that doing that would also take maintenance revenue away from Oracle?
02:38 A. One KPI was the potential loss of maintenance for -- for Siebel.
02:39 Q. Potential loss of maintenance service revenue on Siebel applications by Oracle. Is that correct?
02:39 A. That is correct.
02:39 Q. Do you recall attending the TomorrowNow Global Leadership meeting at Lake Tahoe on January 11th, 2007?
02:39 A. Yes.
02:39 Q. And you presented at that meeting. Is that

Page 497

02:39 correct?
02:39 A. I presented at the last day of the meeting.
02:39 Q. Were you there for all three days of the meeting?
02:39 A. No.
02:39 Q. Were you just there for the last day?
02:39 A. Correct.
02:39 Q. And was there anybody else from SAP who attended any part of that meeting?
02:40 A. Not as I recall.
02:40 Q. What was the purpose of this meeting, to your understanding?
02:40 A. The purpose was the yearly kickoff meeting of TomorrowNow management.
02:40 Q. Was there an annual meeting that occurred for TomorrowNow for the Global Leadership?
02:40 A. (No verbal response).
02:40 Q. Was there? I'm sorry. Did I miss your answer?
02:40 A. No. I missed -- I didn't get --
02:40 Q. I said --
02:40 A. -- the question.
02:40 Q. -- was there -- was there an annual meeting that occurred for TomorrowNow for their Global Leadership?
02:40 A. That was my understanding.
02:40 Q. And had you attended the previous years? This

Page 498

02:40 one was in -- I'm asking -- I'm going to ask you about is January 11 of 2007. Had there been a 2006 Global Leadership Meeting for TomorrowNow?
02:41 A. Yes.
02:41 Q. And you attended that as well?
02:41 A. No.
02:41 Q. Who from SAP did?
02:41 MR. COWAN: Objection. Form.
02:41 A. As I recall it, one member of my team attended.
02:41 Q. (MS. HOUSE) Who is that?
02:41 A. Dirk Schepanek.
02:41 Q. Did he report back to you?
02:41 A. He reported back to me.
02:41 Q. To anybody else?
02:41 A. No.
02:41 Q. And did you report on the meeting to anybody who was your superior?
02:42 A. No.
02:42 Q. And the reason that you were the SAP attendee at this TomorrowNow Global Leadership Meeting at Lake Tahoe on January 11th, 2007, is because you were still the SAP AG person who was the project manager for TomorrowNow. Is that correct?
02:42 A. I was the person being in charge of the business development for the line of service from SAP AG's

Page 499

02:42 perspective.
02:42 (Exhibit 473 marked)
02:42 Q. (MS. HOUSE) Would you please look at what's been marked Exhibit 473.
02:43 All right. Exhibit 473 is a multipage document. It is SAP-OR00007470 through 7537 and there is a name on the front piece of this exhibit, Thomas Ziemen, Service Solution Management SAP AG. Did you present this deck at the TomorrowNow Global Leadership Meeting?
02:45 A. Yes.
02:45 Q. Let's start with the cover sheet. There are pictures of various men on the front. Could you tell me starting at the top left who's the picture, the first fellow?
02:45 A. Mr. Henning Kagermann.
02:45 Q. And next to him is who?
02:45 A. Mr. Shai Agassi.
02:45 Q. And next to him is who?
02:45 A. Mr. Leo Apotheker.
02:45 Q. And the farthest on the top right is?
02:45 A. Mr. Werner Brandt.
02:45 Q. And then below there's a picture on the left. Who is that?
02:45 A. Mr. Klaus Heinrich[phonetic].
02:45 Q. And who's next to him?

STATE OF TEXAS
COUNTY OF HARRIS

I, JAMES M. PLAIR, a Certified Shorthand Reporter in and for the State of Texas, do hereby certify that this deposition transcript is a true record of the testimony given by the witness named herein, after said witness was duly sworn by me. The witness was requested to review the deposition.

I further certify that I am neither attorney nor counsel for, nor related to or employed by, any of the parties to the action in which this deposition is taken; and, further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto or financially interested in the action.

I further certify that the amount of time used by each counsel at the time of the deposition is as follows:

Ms. Holly House -(06:34:06)
Attorney for PLAINTIFFS
Mr. Scott W. Cowan -(00:00:00)
Attorney for DEFENDANTS

GIVEN UNDER MY HAND AND SEAL OF OFFICE on this the 8th day of October, A.D., 2008.

JAMES M. PLAIR, CSR, RPR
Texas CSR 4409
Expiration: 12/31/2009
MERRILL LEGAL SOLUTIONS
315 Capitol Street, Suite 100
Houston, Texas 77002
713.426.0400 Phone
713.426.0600 Fax
210 Firm Registration Number