# Relative Size – Total Software Revenue

**(rolling 4 quarters; based on application software revenues)**




Source: CMI Analysis based on Company Data and Financial Analysts Estimates as of October 12th 2006
1) Forecast by Financial Analysts (MSFT) and SAP internal estimates
2) Fiscal year is not calendar year - Comparison based on most recent quarter (e.g. SAP Q1 vs. Oracle Q3)

© SAP AG 2006, Global Service & Support Manager Info Session, G. Oswald / 10


Dockets.Justia.com

# New Application License Revenue – SAP vs. Oracle

**New Application License Revenue (in US$ Mn*)**




* SAP revenues in US$ based on quarter end exchange rates
** Estimates based on analyst reports from CIBC, Jefferies & Company, Morgan Stanley
*** Closest respective quarters (Oracle Fiscal Year ends May 31)

Source: SGM



THE BEST-RUN BUSINESSES RUN SAP

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Oracle Q2/FY2007 Results – New Application Licenses

- On December 18, Oracle reported new application license revenue of US$ 340M for Q2/FY2007 which is an increase of 28% over Q2/FY2006
- Oracle's application growth is overstated since the comparison does not consider the independent results for Siebel in Q2/FY2006 (-11% adjusted growth instead of +28%)




© SAP AG 2005, Global Service & Support Info Session, G. Oswald / 12

THE BEST-RUN BUSINESSES RUN SAP

# "Let's beat the enemy" – SAP vs. Oracle



"Let me give you a word of warning and it's a very serious word of warning. We have just won a few battles. This is the beginning of the war, not the end of the war. You have to assume my dear colleagues that we are dealing with a very shrewd, very smart, very tough and a very rich competitor. And it will not simply sit there and simply accept the fact that we are going to take every day market share away from them (…) We are just at the letter A and we have many more letters to work our way through (…) So I'm calling on everyone: the war is out there, we are dealing with a very mean, very tough competitor and on behalf of everyone who fights these people every day I'm calling upon everyone: let's act as a united SAP so that we can beat the enemy (…)"

Leo Apotheker
Member of the SAP AG Executive Board
SAP AG

Source: SSM



THE BEST-RUN BUSINESSES RUN SAP™

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY 

# Battleground: Oracle vs. SAP





# Safe Passage Update
## January 11, 2007

Thomas Ziemen
Service Solution Management
SAP AG

THE BEST-RUN BUSINESSES RUN SAP

# Safe Passage Offering




**Safe Passage is a smooth way consisting of license credit, maintenance and productized migration support for constrained Oracle customers who want to escape uncertain waters and enter the safe haven of SAP.**

## Applications

- Best-in-class mySAP business software applications
- Integration of your IT landscape (SAP NetWeaver)
- Recognition of your previous investments (up to 75% license credit) in Oracle, PSFT, JDE, Siebel or Retek

## Migration Services

- A flexible roadmap to the future, founded on SAP NetWeaver*
- Assessment of current Oracle, PSFT, JDE, Siebel or Retek implementation
- Free of charge migration tools and predefined content provided by SAP and Partners

## Maintenance

- Support for PSFT, JDE or Siebel via SAP subsidiary, TomorrowNow
- 50% savings on current support and maintenance fees

* included with your mySAP license

Source: SSM




THE BEST-RUN BUSINESSES RUN SAP



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Safe Passage Offering – Extended in the Course of Time







* Not officially announced, but part of Safe Passage Program according to Apollo
** Not finally decided yet (depending on demand development in EMEA C)
*** Not decided yet (Board approval needed)



THE BEST-RUN BUSINESSES RUN SAP

## What is Safe Passage?

*A current Oracle, PeopleSoft, JD Edwards, Retek, or Siebel customer that chooses to either replace their existing implementation in favor of SAP or defer migration to Oracle Fusion by purchasing a maintenance contract from TomorrowNow.*

**Software Discount:**

- **The customer accepts the license discount from SAP and replaces their existing PSFT, JDE, Siebel, Retek, or Oracle E-Business implementation**

**TomorrowNow Maintenance Only:**

- **The customer just purchases a TomorrowNow maintenance contract**

**Competitive Replacement:**

- **The customer replaces their existing PSFT, JDE, Siebel, Retek, or Oracle E-Business implementation but the deal is not officially booked as Safe Passage**

Apollo



THE BEST-RUN BUSINESSES RUN SAP

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Safe Passage/TomorrowNow – Installed Base




Status December 31, 2006,
* Safe Passage December deals not included yet

© SAP AG 2005, Global Service & Support Info Session, G. Oswald / 19



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY