# Review 2006: SAP / TomorrowNow Collaboration




© SAP AG 2006, SBD_Update / Eric Brunelle / 20

THE BEST-RUN BUSINESSES RUN SAP



Dockets.Justia.com

# Safe Passage – Customer Tracking

**Customer Tracking, Jan 2007**

| | No. | % of Total |
|---|---|---|
| Total Number of Safe Passage Customers | 266 | 100 % |
| With Called-Off SAP Installations | 187 | 70 % |
| With Messages („Active Installations“) | 168 | 63 % |
| With Prod. Systems („Live Customers“) | 135 | 51 % |

Customer Satisfaction* (n=47) 8.0 (SAP average 7.4)

* CSS 2006, Q18: „Overall Satisfaction with SAP Service & Support“ /
10-point scale (1= very dissatisfied, 10= extremely satisfied)

Source: SSM

© SAP AG 2006, *Thomas Ziemen, Service Solution Management*

THE BEST-RUN BUSINESSES RUN SAP

# Outlook 2007: Conversion Program



30% of TomorrowNow customers think TomorrowNow is a first step on the road to SAP



20% of TomorrowNow customers think SAP is too big for them as they are smaller companies



50% of TomorrowNow customers are open and know they will switch somewhere

Source: Assumption from Bob Geib - TomorrowNow

© SAP AG 2006, SBD_Update / Eric Brunelle / 22

THE BEST-RUN BUSINESSES RUN SAP

# Convert2Win: Customer Segmentation 2007

| | |
|---|---|
| **TomorrowNow Installed Base** | 201 customers (Status: Nov. 2006) |
| **TNow/SAP Joint customers** | [illegible] customers (Status: Nov. 2006) |
| **Check Contract Duration** | Step 1: check contract duration<br>• If contract duration is short, e.g. 1 year, go to Step 2 |
| **Check Profile** | Step 2: check customer profile<br>• Release status: is the customer running older releases, e.g. PSFT 7.x?<br>• Mindset: is the customer „SAP-minded"? To be checked w/ TNow |
| **Engage w/ Customer** | Step 3: engage w/ customer (assumption: 5 to 10 customers)<br>• Different options available: at customer site, infoday, invitation to Sapphire, etc. |

Customer segmentation to be done in January-February 2007
in collaboration w/ TomorrowNow



THE BEST-RUN BUSINESSES RUN SAP

# Safe Passage Applications – Key Achievements 2006

## Safe Passage – 2006 Customers

Cumulative Number of Deals




- 126 Safe Passage deals signed in 2006 (50 Americas, 23 EMEA C, 29 EMEA N, 24 APA)
- 140 Safe Passage deals signed in 2005 (77 Americas, 17 EMEA C, 28 EMEA N, 18 APA)

* Forecast

## Safe Passage – 2006 License Revenue

Cumulated Yearly Net Software Value (in €M)




- € 185.5M license volume lost for Oracle in 2006
- Approx. € 170.0M license volume lost for Oracle in 2005

* Forecast

## Selected 2006 Customers

BrainLAB
verizon
FUJITSU COMPUTERS SIEMENS
PETSMART
BearingPoint
vodafone
Telefonica Moviles
XEROX
Fielmann
TXU Energy
中国海洋石油总公司 CHINA NATIONAL OFFSHORE OIL CORP.
WAGNER

© SAP AG 2006, Global Service & Support Manager Info Session, Gerhard Oswald / 24

THE BEST-RUN BUSINESSES RUN SAP

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Safe Passage – Customer Analysis by December 31, 2006













© SAP AG 2006, Global Service & Support Manager Info Session, Gerhard Oswald / 25

THE BEST-RUN BUSINESSES RUN SAP

# Safe Passage – Customer Analysis by December 31, 2006




## Deals by Product Line




## Deals by Region




## Deals by Contract Size




© SAP AG 2006, Global Service & Support Manager Info Session, Gerhard Oswald / 26

# Baan Competitive Replacement Program

## Market Potential




- Target 2006: 10 deals (7 contracts already signed)
- Target 2007: 30 deals

## Early References in Belgium and Netherlands

Radini

## Selected Implementation Partners

itelligence

## Milestones

- Launch in EMEA Central in Q3 via Press Release on September 25, 2006
- Marketing campaign in Q4
  - Baan customer satisfaction survey via external tele company
  - Baan customers w/ high or medium interest currently being mailed by SAP
- Customer Infodays
  - e.g. Itelligence, w/ 32 Baan customers in Stuttgart (currently 5 opportunities out of the event)

## Maintenance & Migration Services

- TomorrowNow
  - As of January 1st, 2007
  - 3 dedicated headcount out of Amsterdam
  - Partner Picolog as subcontractor for second level support
- Migration Tools & Content
  - Leveraging SAP ADM infrastructure
  - First Baan content pack available in December 2006



THE BEST-RUN BUSINESSES RUN SAP

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAP-OR00007496

# Management Summary – TommorowNow

**Value Proposition**

- Hurt Oracle by taking away maintenance revenue *(SAP View)*
- Serves as bridge for future SAP license business for (smaller, not SAP-minded customers)
- Offer lower priced 24x7 maintenance alternative to PeopleSoft, JD Edwards, and Siebel customers with 50% savings on current support and maintenance fees *(Customer View)*
- Provide those customers with a choice to migrate to SAP (at their own pace)

**Business Case Analysis**

- *TomorrowNow established as cornerstone of the Safe Passage Program*
  - **Safe Passage pipeline (403 opportunities currently in process), TomorrowNow pipeline (816 open opportunities), and revenues justify the cost of the acquisition and additional operating expenses**
  - **Installed base grown to 216 customers with 228 TomorrowNow customer contracts signed in 2006 (139 new contracts and 89 renewals in 2006; 121 signed in 2005 with 75 new deals and 46 renewals)**
  - **In total € 41.4 million reduction of Oracle maintenance revenue since acquisition of TomorrowNow**
  - **€ 9.0 million TomorrowNow stand-alone revenue in 2006 (€ 3.5 million in 2005)**

**Lessons Learned**

- **Field: Another year needed to finalize global alignment with SAP Sales organization**
- **Marketing: Oracle Disruption Campaign Q3/2006 resulted in high lead success rate for TomorrowNow, i.e. high return on marketing investments**
  - **Oracle Turn up the Heat Campaign resulted in 150+ opportunities for TomorrowNow (17 contracts signed)**
- **F&A: Globalization of business in cooperation with SAP regions is a challenge and was underestimated as such → Need to actively manage regional shared services for TNow**

**Conclusion**

- TomorrowNow is a strategic investment and serves as strategic weapon against Oracle:
  - Take away maintenance revenue from Oracle
  - Create pre-pipeline of future SAP customers
- TomorrowNow still operates at a loss in 2006 but Break-even is expected for 2008 after completion of globalization and business scoping in 2007 (in line with board assumption to become a profitable business within 2-3 years after acquisition)



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY SAP-OR00007497

# KPI Framework – TomorrowNow (Status December 31, 2006)

## TomorrowNow Opportunities (in CoD)




## Cumulated Number of New Customers & Client Contracts in 2006

**2005:** 75 new customer contracts
121 total customer contracts




## 2006 Contract Volume (in €M)




## Cumulated* Maintenance Volume Taken Away From Oracle in 2006 (in €M)




**€ 10.8M maintenance volume lost for Oracle in 2005**

* Since Acquisition (doubled contract volume of newly signed TomorrowNow deals)

## Cost vs. Revenue in 2006 (Cumulative in €M)




## Customer Retention

- **TR*IM Index 107**
- **Overall Satisfaction 8.5**
  - **Acc. Mgmt: 8.7**
  - **S&S: 8.8**
- **95% as References**
- **97% likely Renewal rate**




© SAP AG 2006, TNow Acquisition Monitoring, 29 **SAP STRICTLY CONFIDENTIAL** THE BEST-RUN BUSINESSES RUN SAP

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY