TOMORROW NOW
Support Services for Siebel, J.D. Edwards, and PeopleSoft Applications

# TomorrowNow Customer Satisfaction Survey 2006

Thomas Ziemen
Service Solution Management, SAP AG

December 2006


Dockets.Justia.com

# Sample Structure

Out of 188 available addresses 63 interviews were conducted, a considerable total response rate of 33%

| | Sample by Region | | |
|---|---|---|---|
| | **Total** | AME | Non-AME |
| **Addresses** | **188** | 166 | 22 |
| **Interviews** | **63** | 56 | 7 |
| **Response rate** | **33%** | 33% | 31% |

| Sample by Area of work | | | |
|---|---|---|---|
| **Total** | IT | LoB | Other |
| **125** | unknown | unknown | unknown |
| **63** | 55 | 3 | 5 |
| | | | |

| | Sample by Industry | | | | | |
|---|---|---|---|---|---|---|
| | **Total** | Manufacturing | Service Industries | Trade | Financial Services | Public Services |
| **Addresses** | **188*** | 87 | 38 | 13 | 14 | 34 |
| **Interviews** | **63** | 29 | 11 | 6 | 6 | 11 |
| **Response rate** | **33%** | 33% | 28% | 46% | 42% | 32% |

* Industry information is missing for 2 out of 188 available addresses
Base: 2006

# Summary

- In the first customer satisfaction survey of TomorrowNow customers **a very high level of customer retention** was measured, with an overall TRI*M Index of 107
  - The customer retention level for North America (NA) is 106, for non-NA countries it is slightly higher with 110
- The **overall satisfaction with TomorrowNow** is also on a **very high level** with 8.5
- Overall, **Performance** and **Maintenance Services clearly drive customer retention**, whereas **most Benefits (e.g. 24x7 support, 30 minute response time) do not have a high impact**
  - In terms of Performance, **quality and reliability of maintenance support and** particularly **solution expertise are most relevant** and should be further improved
  - The **primary support engineer** for the customer's account **meets the customers' expectations**, should therefore be maintained, while other benefits such as **longer support periods or lower maintenance fees are less relevant**
  - Regarding Maintenance Services, general **problem-solving abilities in critical situations are well-performing**
- An enormous high amount of **95%** of TomorrowNow customers **consider themselves a favorable reference for TomorrowNow**
- **Almost 100% of TomorrowNow customers would renew their maintenance contract** with TomorrowNow in the future, which is another very positive feedback



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY SAP-OR00007501

# TRI*M Index by Region and Area of work

The **overall TRI*M Index** (indicating the level of customer retention) of TomorrowNow is performing **very high**, non-NA even higher

## TRI*M Index by Region




* Adapted to TNow sample: NA = USA + Canada, Non-NA = UK, Singapore, Australia, New Zealand

TRI*M Index is a calculated value based on satisfaction, recommendation likelihood, repurchase intention and competitive benefits
Base: Total: 63 / North America (NA): 56 / Non-NA: 7 // SAP global: 5,992 / SAP adapted global: 1,274 / SAP NA: 876 / SAP Non-NA: 398

tns infratest

TomorrowNow, Inc. Proprietary and Confidential

TOMORROW NOW

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# TRI*M Customer Typology by Region

The vast majority of TomorrowNow customers are highly retained, in particular outside of AME




TRI*M Customer Typology is based on the TRI*M Index and allows a categorization of customers according to their retention
Base: Total: 63 / AME: 56 / Non-AME: 7




HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY SAP-OR00007503

# TRI*M Index by Sector

Whereas **Manufacturing and Public Services exceed** the overall TRI*M Index, customer retention is on the **lowest level in** the **Financial Services** industry




TRI*M Index is a calculated value based on satisfaction, recommendation likelihood, repurchase intention and competitive benefits
Base: Total: 63 / Manufacturing: 29 / Service Industries: 11 / Trade: 6 / Financial Services: 6 / Public Services: 11
SAP North America Total: 876 / Manufacturing: 549 / Service Industries: 127 / Trade: 60 / Financial Services: 25 / Public Services: 115
SAP Global Total: 5,992 / Manufacturing: 3,371 / Service Industries: 1,273 / Trade: 430 / Financial Services: 360 / Public Services: 558




HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY SAP-OR00007504

# TRI*M Questions

The very positive overall TRI*M Index derives from the high level throughout all four aspects of customer satisfaction and loyalty




Q1: 1 is very dissatisfied and 10 is very satisfied
Q2: 1 is definitely will not recommend TomorrowNow and 10 definitely will recommend TomorrowNow
Q3: 1 is definitely would not renew maintenance contract and 10 definitely would renew maintenance contract
Q4: 1 is the benefits or advantages of using TomorrowNow are very poor and 10 the benefits or advantages of using TomorrowNow are excellent

tns infratest

TomorrowNow, Inc. Proprietary and Confidential

TOMORROW NOW

# Satisfaction with Account Management by Region

Overall satisfaction with account management among TomorrowNow customers is on a very high level in and outside of North America




* Adapted to TNow sample: NA = USA + Canada, Non-NA = UK, Singapore, Australia, New Zealand

Q7: Using a 10-point scale, where 1 is very dissatisfied and 10 is very satisfied, how satisfied are you with TomorrowNow's account management overall?

Base: Total: 63 / North America (NA): 56 / Non-NA: 7 // SAP global: 5,102 / SAP adapted global: 1,221 / SAP NA: 864 / SAP Non-NA: 357

tns infratest

TomorrowNow, Inc. Proprietary and Confidential

TOMORROW NOW

# Satisfaction with Account Management by Sector

While overall satisfaction with TomorrowNow's account management is highest in Manufacturing, respondents from Financial Services are remarkably less satisfied




Q7: Using a 10-point scale, where 1 is very dissatisfied and 10 is very satisfied, how satisfied are you with TomorrowNow's account management overall?
Base: Total: 63 / Manufacturing: 29 / Service Industries: 11 / Trade: 6 / Financial Services: 6 / Public Services: 11




HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Satisfaction with Maintenance & Support Services

Overall customer satisfaction with TomorrowNow's maintenance & support services is remarkably high, too:

**Overall Satisfaction with Maintenance & Support Services by Region**




* Adapted to TNow sample: NA = USA + Canada, Non-NA = UK, Singapore, Australia, New Zealand

Q5: Using a 10-point scale, where 1 is very dissatisfied and 10 is very satisfied, how satisfied are you with the quality and reliability of TomorrowNow's maintenance support?
Base: Total: 63 / NA: 56 / Non-NA: 7 // SAP global: 4,328 / SAP adapted global: 989 / SAP North America (NA): 691 / SAP Non-NA: 298