Walsh v. Apple, Inc. et al

Doc. 217 Att. 3

# Details: Satisfaction with Maintenance & Support Services (1/2)




* question not asked in SAP survey

Q9: Using a 10-point scale, where 1 is very dissatisfied and 10 is very satisfied, how satisfied are you with TomorrowNow's maintenance & support services?
Base: Total: 63





Dockets.Justia.com

# Details: Satisfaction with Maintenance & Support Services (2/2)




* question not asked in SAP survey

Q9: Using a 10-point scale, where 1 is very dissatisfied and 10 is very satisfied, how satisfied are you with TomorrowNow's maintenance & support services?
Base: Total: 63



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Reference for TomorrowNow

An enormous amount of **95%** of TomorrowNow customers would **consider themselves a favorable reference:**




Q12: Would you consider yourself a favorable reference for TomorrowNow?
Base: Total: 63 / Yes: 60 / No: 1 / On certain product lines: 2




HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SAP-OR00007511

# TomorrowNow Customer Retention

An enormous amount of **95%** of TomorrowNow customers would **consider themselves a favorable reference:**

**Retention & CS**




**CS for AccMgmt & Services**






HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Likelihood of Maintenance Contract Renewal

Almost 100% of TomorrowNow customers feel very comfortable with renewing their maintenance contract in the future




Q3: How likely would you be to renew your maintenance contract with TomorrowNow in the future?
1 is definitely would not renew maintenance contract and 10 definitely would renew maintenance contract
Base: Total: 63 / High Likelihood: 61 / Low likelihood: 2



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# The Voice of the Customer

- "From initial contact, to reference checks, to Q&As, to contract negotiations, through onboarding, and now into full maintenance and support, **the experience with TomorrowNow has been first class. I'm very impressed**"
- "TomorrowNow **support personnel have been very supportive** in helping with our different problems. In some cases, **they have gone above and beyond in helping us**. Thank you"
- "Overall perception is: Seem to get an **early acknowledgement** of our cases. Lots of activity on some cases **but don't seem to get to resolution**. On other cases, not evidence of activity"
- "The **technical help** we received **was outstanding**"
- "**Would like a forum** to search for resolutions"
- "**Keep annual cost low** and keep delivering payroll tax patches"
- "[We need a] **formalized and standard certification process** for OS, DB, peripherals and tools that are continuing to march forward while our supported applications suite (Peoplesoft) remains at an old release level"
- "**Cannot find anything to add to their excellent performance**"



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAP-OR00007514

# Outlook 2007

- We will continue the customer satisfaction survey for TomorrowNow customers in 2007 in two survey waves, each representing ~50% of total customer base:
  - Wave 1: April/May 2007
  - Wave 2: October/November 2007

# Contact

**Alexander W. Sieferer**
Program Director, SAP Service Solution Management

Tel. +49 (0) 6227 7-46465
f +49 (0) 6227 78-27529
m +49 (0) 171 30 85 240
alexander.sieferer@sap.com

**Michael L. Ranke**
Global Account Director TNS Technology

Tel. +49 (0) 89 5600 - 1740
f +49 (0) 89 5600 - 1437
m +49 (0) 170 38 73 196
michael.ranke@tns-infratest.com



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY SAP-OR00007515

# Appendix

- Sample Structure
- TRI*M Typology



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# TRI*M Customer Typology by Sector

In parallel to their lower level of customer retention, customers from the Financial Services industry are much more at risk than customers from the other industries




TRI*M Customer Typology is based on the TRI*M Index and allows a categorization of customers according to their retention
Base: Total: 63 / Manufacturing: 29 / Service Industries: 11 / Trade: 6 / Financial Services: 6 / Public Services: 11



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# TomorrowNow – Delivery Status by December 31, 2006

| KPI | Status | Comment |
|---|---|---|
| Lost Maintenance for Oracle | | Doubled cumulated volume of newly signed TNow maintenance contracts (50% of previous fees) |
| # of Deals in 2006 | | 126 booked SP deals, 139 new TNow contracts and 89 TNow renewals in 2006 |
| Revenue TNow | | Slightly below Forecast 12 due to lower charge backs expectations and aggressive Oracle Lifetime Support strategy ➔ Forced Oracle into maintenance fee battle |
| TNow Installed Base | | Currently 31% of TNow's customers are in addition SAP clients (incl. accordant cross selling potential) |
| TNow Pipeline | | TNow pipeline steadily increasing |
| TNow Involvement | | Current TNow involvement in active Safe Passage pipeline equals 23% (59 opportunities in total) |
| Cost TNow | | Slightly above Forecast 12 due to higher Marketing expenses |
| Headcount | | Headcount plan adapted according to revenue numbers |






















