# TomorrowNow – 2006 Selected Customers

MERCK
Pfizer
Wendy's
Honeywell
ROSS DRESS FOR LESS
THE HOME DEPOT
FAIRCHILD SEMICONDUCTOR
Commerce Bank
Direct Energy
Zimmer
HAWORTH change by design
COTY
Alcon
Rockwell Automation
THE OKLAHOMAN
Americas

FUJITSU COMPUTERS SIEMENS
HARLEY-DAVIDSON
nextiraOne
BrainLAB
océ
BASF
EMEA

Wesfarmers
NATIONAL FOODS
CSBP
CAT
KFC
APA

© SAP AG 2006, Oracle Strategy Review / Sep15, 2006 / T. Ziemen / 50
THE BEST-RUN BUSINESSES RUN SAP
SAP

# TomorrowNow – Customer Analysis by December 31, 2006













© SAP AG 2006, Service Solution Management / Thomas Ziemen / 51

THE BEST-RUN BUSINESSES RUN SAP

# TomorrowNow (Stand-Alone) – Analysis of New Customers in 2006




Status: December 31, 2006

© SAP AG 2006, Service Solution Management / Thomas Ziemen / 52

# Oracle Disruption Campaign / SP II – Program Timing

**Wave 1 – Turn up the Heat (Q1D)**
**Aug 8th – Sep 2006**

**Wave 2 - Advertising**
**Sept 12th – Mid Oct 2006**

**Wave 3 – Targeted Marketing**
**Oct 2006 – 2007**

Launch Date:
- Aug 8th

Tactics:
- Telemarketing
- AE call blitz
- Landing Page
- Email
- Limited time offers

Messages:
- Focus on offer to close
- Lack of future support options with Oracle

Launch Date:
- Sep 12th

Tactics:
- Advertising: Awareness building
- SAP.com: Re-launch
- Online: Banners, landing page

Messages:
- Focus on lack of future support to Oracle customers
- You have a choice
- Save money, Buy time

Launch Date:
- Oct 2006

Tactics:
- Direct Marketing (DM, Email, & Online)
- Enhanced Offers
- Events: Apollo-on-the-Road
- PR/AR

Messages:
- Focus on value of SAP
- The ease of migration
- Match current pains to offers to show value of SAP

Source: Apollo



THE BEST-RUN BUSINESSES RUN SAP

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Successful Marketing Campaign around Tomorrow Now

With a lead success rate of 3,3% compared to a typical rate of 1 to 1,5% the following campaign was conducted in the US, EMEA NEWS and APA in the time from August to October 2006:

**Objective**

Defer Oracle's Q1 revenue and identify at risk business and attract to SAP

**Tactics**

Aggressive Tele-marketing and Direct Mail campaign aimed at the Oracle Customer Base with attractive license credit and TomorrowNow maintenance offers

**Results**

| | Organizations Called | Total Leads | License Offer | TNow Offer | Both Offers |
|---|---|---|---|---|---|
| TOTALS | 12.992 | 435 | 64 | 295 | 76 |

**Comments**

1. All numbers updated based on APA numbers update
2. Total number of TNow leads on next slides (379) is higher (+8) since some customers already engaging with TNow but not approached via the campaign heard about the offering and asked for the same conditions before signing the contract
3. Calling has been resumed in EMEA NEWS mid of October as the region didn't get any leads due to the holiday season. Results of call resumption should be available soon



THE BEST-RUN BUSINESSES RUN SAP
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SAP-OR00007523

# Oracle Disrupt Q1 Campaign: Results (as of Nov 6th, 2006)

**435 Prospects generated by Telemarketing**




**435 Prospects distributed by offer**




**Key Findings**

- Most leads generated in the US
- Campaign not executed in EMEA Central
- No leads generated in Nordics, France, Italy, and Spain (calling resumed on Oct 16th in NEWS)
- Most leads generated for Offer 1 (TomorrowNow)

© SAP AG 2006, Oracle Strategy Review / Sep15, 2006 / T. Ziemen / 55

THE BEST-RUN BUSINESSES RUN SAP

# Oracle Q1D Campaign: TNow Leads (Status: Jan 8th 2007)




- **Total number handed over by SAP**: handed over by Telemarketing agencies to SAP (379)
- **Existing leads**: a company the TNow AE had already been actively in contact with (14)
- **Deals rejected by TNow**: no product fit, no interest, customer did not want a call, wants to stay with Oracle, inaccurate lead information (180)
- **Open leads**: lead not assigned to an AE; qualified by Telemarketing first (62)
- **Sales leads and opps**: includes in process leads (83 leads which have been assigned to AEs) and converted leads (25 leads that have turned into an opportunity; expected to be won)
- **Signed contracts**: 17 new TNow customers signed via Q1D campaign, representing approx. € 3.6 million maintenance volume taken away from Oracle. Based on information available, the converted leads could represent an additional €1.3 million maintenance volume taken away from Oracle



THE BEST-RUN BUSINESSES RUN SAP

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# TNow
# Planning 2007ff

THE BEST-RUN BUSINESSES RUN SAP

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# TomorrowNow Outlook – FY2007

## 2007 TNow Opportunity Pipeline by Status




## Q1/2007 TNow Opportunity Analysis

- **In Process TNow Q1/2007 Opportunities: 332**
  - New Customer Opportunities: 289
  - Existing Customer Opportunities: 43
  - In Process Opportunities by Product Line: 121 PSFT, 78 JDE OneWorld, 19 JDE World, 11 Siebel, 103 not assigned
  - In Process Opportunities by Region: 253 Americas, 36 APA, 23 EMEA C, 20 EMEA N
- **Expected Sales Volume: € 22.8 million → € 45.6 million lost maintenance for Oracle**
- **Weighted Sales Volume: € 6.9 million → € 13.8 million lost maintenance for Oracle**

## Annual Loss for Oracle & TNow Revenue 2007

**Cumulative Annual Loss for Oracle (in €M)**




**TNow Revenue (in €M)**




## Number of New Customers & Client Contracts 2007

**New Customers**




**Client Contracts**




Status: December 31, 2006

© SAP AG 2005, Global Service & Support Info Session, G. Oswald / 58

THE BEST-RUN BUSINESSES RUN SAP

## Financial Scorecard – TomorrowNow

**When conducting a financial review for TomorrowNow the following two aspects have to be considered:**

- **TomorrowNow on a Stand-Alone basis, as well as**
- **Safe Passage implications which reflect a reduction of the expenses due to charge out to SAP entities**

| TomorrowNow (in € million) | Actual 2004 | Actual 2005 | Actual 2006 | Budget 2007* | Outlook 2008* | Outlook 2009* | Outlook 2010* | Outlook 2011* |
|---|---|---|---|---|---|---|---|---|
| **Revenues** | 2,0 | 3,5 | 9,0 | 22,3 | 41,7 | 65,6 | 89,6 | 111,1 |
| **Operating Expenses** | -1,9 | -7,2 | -20,9 | -29,6 | -35,5 | -45,9 | -54,4 | -61,7 |
| **Income (Loss) from Operations** | 0,1 | -3,7 | -11,8 | -7,2 | 6,3 | 19,7 | 35,2 | 49,4 |
| **Profitability** | 4% | -106% | -131% | -32% | 15% | 30% | 39% | 44% |
| **Headcount EoP (in FTE)** | 35 | 95 | 157 | 209 | 295 | 380 | 437 | 477 |

* **Internal Plan excluding Baan and Oracle**



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY SAP-OR00007528