# Service Delivery Readiness – TomorrowNow

| TomorrowNow Forecast 12/2006 | Global | Americas | EMEA | APA |
|---|---|---|---|---|
| Headcount (in FTE) | 157 | 116 | 21 | 20 |
| Number of Offices | 10 | 6 | 2 | 2 |

## TomorrowNow Support Services

- 30-minute initial response time and corrective action on a 24x7 scale, dedicated support engineer for each account
- Ongoing tax and legislative updates, advanced expert on demand services (e.g. technology upgrades)
- Supported Products:

| PeopleSoft Enterprise | J.D. Edwards World | J.D. Edwards OneWorld | Siebel | | |
|---|---|---|---|---|---|
| ▪ PeopleSoft 7.x, 8.x (Commercial & Public Sector)<br>▪ HCM, NA Payroll, Financials, Distribution, Manufacturing | ▪ J.D. Edwards World A7.x, 8.x<br>▪ HCM, NA Payroll, Financials, Distribution, Manufacturing | ▪ J.D. Edwards OneWorld XE 8.11<br>▪ HCM, NA Payroll, Financials, Distribution, Manufacturing | ▪ Siebel 5.x, 6.x, 7.0x, 7.5x, and 7.7x<br>▪ Call Center, Sales, Service, Marketing, Partner Management, Reporting & Analytics | ▪ Will start January 1, 2007 (Baan IV, Baan ERP) | ▪ Currently under Investigation (EBS 10.7, 11, 11i) |



SAP STRICTLY CONFIDENTIAL

THE BEST-RUN BUSINESSES RUN SAP



Dockets.Justia.com

# Gartner on Oracle's Application Roadmap

## Oracle Application Roadmap




Source: SGM



THE BEST-RUN BUSINESSES RUN SAP

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Oracle Customer Base – Applications

| Application Product Lines | # of Customers |
|---|---|
| E-Business Suite | 13,500 |
| PeopleSoft Enterprise | 5,500 |
| JD Edwards EnterpriseOne | 4,000 |
| JDE World | 3,000 |
| Siebel | 4,000 |
| Retek | 200 |
| TOTAL | 30,200 |

Source: CMI Estimates 10/2006




**Key Gartner Findings:**

- By mid-2005, users in as much as 40% of Oracle's installed base will start planning an upgrade to v.10 of 11i to access its new functions, UI and integration capabilities (0.8 probability)
- With no support end date driving users, less than 10% of Oracle's installed base will be live on v.10 of 11i by the end of 2005 (0.7 probability)
- Oracle database v.8i will be de-supported in 2005, causing application users of v.11i1 through v.11i6 to execute an upgrade to avoid running on a de-supported database version

Source: Gartner Research 10/2005






THE BEST-RUN BUSINESSES RUN SAP

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Prioritization by region and application

| | EMEA Central | EMEA News | LA | Canada | US | TN |
|---|---|---|---|---|---|---|
| **PeopleSoft HR** | M | H | M | H | H | H |
| **PeopleSoft CRM** | L | H | M | M | M | H |
| **JDE 1W** | M | H | H | M | M | H |
| **JDE World** | M | H | H | L | L | H |
| **Siebel** | H | M | L | L | M | H |
| **Retek** | L | L | L | L | L | L |
| **Baan** | H | L | L | L-M | L-M | M |
| **Oracle EBS** | L | H | H | H | H | M (will go high in 2007) |
| **Infor** | H | H | L-M | L-M | L-M | L |

**H = High Priority**
**M = Medium Priority**
**L = Low Priority**



THE BEST-RUN BUSINESSES RUN SAP

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Global Organization and Governance Model

**TNow Board of Directors**
Andrew Nelson / Greg Tomb / Mark White

**SAP Board Area GSS**
Gerd Oswald / Bernd Welz

**TNow President & CEO**
Andrew Nelson

**SAP TNow Global Biz Owner**
Thomas Ziemen

**Total No. of Offices: 10**
**Total No. of Employees: 95 by end of 2005 (+170%)**
**157 by end of 2006 (+ 65%)**
**209 by end of 2007 (+ 30%)**




## TNow EMEA

**Entities / Offices:**

- Amsterdam (NL)
- Maidenhead (UK)

**Employees:**
14 by end of 2005
21 by end of 2006

## TNow Americas

**Entities / Offices:**

- Bryan (USA)
- Atlanta (USA)
- Denver (USA)
- Pleasonton (USA)
- Mexico City (Mexico)
- *Sao Leopoldo (BRA) - planned for 2007*

**Employees:**
72 by end of 2005
116 by end of 2006

## TNow APA

**Entities / Offices:**

- Singapore
- Sydney

**Employees:**
9 by end of 2005
20 by end of 2006



THE BEST-RUN BUSINESSES RUN SAP

# TNow KPIs/Bonusplan 2007

THE BEST-RUN BUSINESSES RUN SAP

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAP-OR00007534

# TomorrowNow – Bonus Funding Plan 2007

## Bonus Funding Measures for Sales and Marketing

| No | Performance Indicator | Weight | Evaluation of Target Achievement (%) |
|---|---|---|---|
| 1 | Strategic Planning (3-Year-Biz-Plan, Maintenance Strategy, Globalization, Operationalization) | 15% | By Management Judgement |
| 2 | Safe Passage Deal Support and Cross Sell Opportunities | 15% | Based on Number of bundled Deals and Number of generated Safe Passage leads, by Management Judgement |
| 3 | TNow closed Sales (stand-alone Contract Activity) | 30% | Total new + renewal Contract Activity = US$15M/quarter (US$60M/year) = 100% Achievement |
| 4 | TNow Cost Management (according to revenue numbers) | 15% | Stay in Budget = 100%, 10% over Budget = 0%, 5% under Budget = 150% |
| 5 | TNow Customer Satisfaction | 25% | Scale from 1 to 10: 7.5 = 100%, 6.5 = 0%, 8.0 = 150% |

## Bonus Funding Measures for Service and IT

| No | Performance Indicator | Weight | Evaluation of Target Achievement (%) |
|---|---|---|---|
| 1 | Service Quality | 30% | Based on positive Case Closure, No of Updates on Time |
| 2 | TNow Customer Satisfaction | 25% | Scale from 1 to 10: 7.5 = 100%, 6.5 = 0%, 8.0 = 150% |
| 3 | TNow closed Sales (stand-alone new + renewal Contract Activity) | 30% | Total new + renewal Contract Activity = US$15M/quarter (US$60M/year) = 100% Achievement |
| 4 | TNow Cost Management (according to revenue numbers) | 15% | Stay in Budget = 100%, 10% over Budget = 0%, 5% under Budget = 150% |

**Proposal discussed and agreed with Mark White and Thomas Ziemen**



THE BEST-RUN BUSINESSES RUN SAP

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# TomorrowNow – Bonus Funding Plan 2006 (Achievements)

## Bonus Funding Measures for Marketing & Sales, IT & Services

| KPI Funding Measures - Marketing & (non-commissioned) Sales | Weighted Achievement | Calculation Comments from Jan-2006 presented to Gerd Oswalt: |
|---|---|---|
| Strategic Planning (3-Year Biz-Plan, Maintenance Strategy, Globalization, Operationalization) | 15% | By Management Judgement |
| SafePassage Deal Support | 15% | Based on Number of bundled Deals, by Management Judgement |
| TNow closed Sales (stand-alone new + renewal Contract Activity) | 52% | Total new + renewal Contract Activity = US$5M/quarter (US$20M/year) = 100% Achievement |
| TNow Cost Management (according to revenue numbers) | 15% | Stay in Budget = 100%, 10% over Budget = 0%, 5% under Budget = 150% |
| TNow Customer Satisfaction | 63% | Scale from 1 to 10: 7.0 = 100%, 6.0 = 0%, 7.5 = 150% |
| **2006 VIP Funding Level (%) - Marketing & (non-commissioned) Sales** | **159.250%** | |

| KPI Funding Measures - IT & Services | Weighted Achievement | Calculation Comments from Jan-2006 presented to Gerd Oswalt: |
|---|---|---|
| Service Quality | 30% | Based on positive Case Closure, No of Updates on Time |
| TNow Customer Satisfaction | 63% | Scale from 1 to 10: 7.0 = 100%, 6.0 = 0%, 7.5 = 150% |
| TNow closed Sales (stand-alone new + renewal Contract Activity) | 52% | Total new + renewal Contract Activity = US$5M/quarter (US$20M/year) = 100% Achievement |
| TNow Cost Management (according to revenue numbers) | 15% | Stay in Budget = 100%, 10% over Budget = 0%, 5% under Budget = 150% |
| **2006 VIP Funding Level (%) - IT & Services** | **159.250%** | |

**NOTES:**

1. 2006 contract activity calc is very conservative: (YTD closed contracts) + (Decembers contracts risk weighted >= 95% likelihood to close) *[Albert van Wissen, Global CFO, TomorrowNow]*

2. Overachievement for both (a) Contract Activity, and (b) Customer Satisfaction, were calculated on a straight line basis instead of using accelerators. I am comfortable with this for 2006 assuming the overall funding % is approved, but will seek formally agreed accelerators for equivalent KPIs in 2007 *[Andrew Nelson, CEO TomorrowNow]*

**Discussed and agreed with Mark White and Thomas Ziemen**



THE BEST-RUN BUSINESSES RUN SAP

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# GSS Oracle Strategy Review



THANK YOU !



THE BEST-RUN BUSINESSES RUN SAP

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY