# 2 Key Industry and Segment Battlegrounds

Y

**Key Messages:**

- **Win Market Share in KEY battlegrounds:** HCM, PS, Defense, IM&C, High Tech, Retail
- **Arm the field** and provide satellite coverage in key media outlets
- **Initial focus is US, broaden to regions**
- **Traffic light status of Green to Yellow depicts difficulty in obtaining detailed product roadmaps (e.g., Retail)**

| Work Items/Objectives | Work stream #2 Categories | Status |
|---|---|---|
| **Plans of attack around the key market opportunities** PTG/GC/CSO | ▪ Align wins with communication strategy for execution validation | G |
| | ▪ Feed attack teams with analysis and recommendations based on performance assessments, monthly market and competitive analysis and strategic reviews. | Y |
| | ▪ Analyze Pipeline by Competition, Region, Industry | G |
| | ▪ Track Oracle actions & provide recommendations for short-term attacks re: acquisition intentions, key business drivers by battleground, media strategies. | Y |
| **Uncover & Debunk Competitive Sales & Communication Tactics** PTG/GC/CSO | ▪ Identify and Package SAP differentiators and rebuttal points for Field & GC channels | G |
| | ▪ Create and/or utilize targeted customer intelligence, references and stories | Y |
| | ▪ Create competitive wrappers for selected existing materials to provide focus & direction | G |
| | ▪ Deliver sales-tools, techniques & targeted demos focused on competitive situation analysis – promote SAP, point out Oracle weakness' for exploitation | G |
| **Deliver content, messaging, validation tailored by industry/solution against Oracle** PTG/GC/CSO | ▪ Create and package current sales and communication tactics with facts, FUD and positioning | G |
| | ▪ Incorporate into the GC channel plans the means to deliver this information as input for story angles, competitor evaluations, alerts/reports, etc. | G |
| | ▪ Drive positioning & validation to field and GC channels via various methods competitor evaluations, alerts/reports, etc. | G |

✓Completed  (G) Activities on track, no critical issues  (Y) Work in progress; some critical issues being resolved  (R) Critical issues requiring intervention  ○ Not yet started

© SAP AG 2005, Apollo Competitive Program 17

THE BEST-RUN BUSINESSES RUN SAP

# Supporting Information – Items marked as (Y)

*FYI Only - No Action Necessary*

- **Industries have not formed "attack teams" and have not aligned on attack priorities**
- **Track Oracle actions & provide recommendations for short-term attacks (e.g., acquisition intentions, by industry/solution):** Information gathering is underway but results not yet finalized.
- **Utilize Targeted Customer Intelligence:** Process is In development, information is not readily available

© SAP AG 2005, Apollo Competitive Program 18

THE BEST-RUN BUSINESSES RUN SAP

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY 

# 3 Convert Oracle Customers via Safe Passage

G

*Key Messages:*

- Programs to drive conversion of Oracle customers to SAP
- Ensure that content and messaging is fresh and utilized by field and communication channels
- Initial Start – US, roll out by region underway, differentiate by battlegrounds

| Work Items/Objectives | Work stream #3 Categories | Status |
|---|---|---|
| **Create the Starter or Program Refresh kits to enable and seed SP programs by battleground and/or region CSO/GC** | ▪ Create proposal for starter kit, validate with key stakeholders | G |
| | ▪ Get Regional/Industry Lead Assignment, work through decision processes | G |
| | ▪ Map out steps to refresh SP based on initial feedback – tie in Mendocino/Analytics | G |
| **Arm the Field - Safe Passage Messaging and Content Management CSO/GC** | ▪ Gather customer and deal intelligence for the field | G |
| | ▪ Create new and update existing content for the field to use to position SP. | Y |
| **Satellite Coverage – Communication Connection CSO/GC** | ▪ Identify & Package SAP differentiators and rebuttal points for field and communications channels (GC, Regional, Internal) | G |
| | ▪ Drive positioning & validation to ALL communication channels | G |
| | ▪ Create and or utilize targeted customer intelligence, references and stories | Y |

✓ Completed | G Activities on track, no critical issues | Y Work in progress; some critical issues being resolved | Critical issues requiring intervention | ○ Not yet started

© SAP AG 2005, Apollo Competitive Program 19

THE BEST-RUN BUSINESSES RUN SAP

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

# Supporting Information – Items marked as (Y)

*FYI Only - No Action Necessary*

- **Create new and update existing content for the field to use to position SP:** Efforts underway, regions are in different phases of readiness
- **Utilize Targeted Customer Intelligence:** Process is in development, information is not readily available

© SAP AG 2005, Apollo Competitive Program 20
THE BEST-RUN BUSINESSES RUN SAP

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

# 4 Accelerate Database Commoditization

G

**Key Messages:**
- Improve internal perception regarding database selection choices.
- Focus is on MaxDB, IBM DB2, MSft SQL Server, and the Oracle reseller agreement.
- Promote Open Source DB in emerging markets
- Localized execution is occurring, Strategic Global Planning still in process.

| Work Items/Objectives | Work stream #4 Categories | Status |
|---|---|---|
| **Content Collection**<br>**PTG** | ▪ Evaluate Partner commitments, strategies and approaches including reseller agreement assessments | G |
| | ▪ Analyze market drivers, key market segments, key features and opportunities | G |
| | ▪ Gather intelligence (external and internal) regarding migration opportunities (region, industries), compensation drivers and go-to-market ideas | G |
| **Strategy Planning**<br>**PTG/CSO/GC** | ▪ Work collaboratively with partner organization during reseller negotiations and associated joint go-to-market discussions/planning | G |
| | ▪ Create plan that considers the internal and external issues including: revenue opportunities, perception management, go-to-market activities, special programs | G |
| | ▪ Promote Open Source DC Promote Open Source DB in emerging markets | Y |
| **Project Execution**<br>**Internal Awareness & Perception Mgt**<br>**PTG/CSO/GC** | ▪ Roll out the plan component to improve internal perception including: education and communication, compensation incentives | Y |
| | ▪ Utilize the data and information collected to create hard hitting responses that can be used in proposals and external communication | Y |
| | ▪ Link with key programs such as Safe Passage | G |
| | ▪ In collaboration with SAP partner organization, develop the business cases with key partners to promote choice and differentiation based on segmentation | G |

✓ Completed  (G) Activities on track, no critical issues  (Y) Work in progress; some critical issues being resolved  (R) Critical issues requiring intervention  ○ Not yet started

© SAP AG 2005, Apollo Competitive Program 21

THE BEST-RUN BUSINESSES RUN SAP

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

# Supporting Information – Items marked as (Y)

*FYI Only - No Action Necessary*

- **Roll out the plan component to improve internal perception:** Oracle Reseller Agreement not identified
- **Utilize the data and information collected to create hard hitting responses that can be used in proposals and external communication:** Effort underway, alignment taking time.

© SAP AG 2005, Apollo Competitive Program 22



HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY



# North American WinLoss Analysis – 1Q 2005

***May 2005***

Competitive & Market Intelligence
Global Marketing, SAP AG

North America Win/Loss data is SAP confidential, proprietary and/or trade secret information intended for SAP internal use only and is governed by SAP's employee Confidentiality Agreement and any unauthorized disclosure will be deemed a violation thereof. North America Win/Loss reports may not be distributed externally without non-disclosure agreements or prior Senior Management approval. As Win/Loss information is highly confidential, internal distribution of Win/Loss data is restricted and the posting of data in electronic forms must be approved by the North America Win/Loss Program.

THE BEST-RUN BUSINESSES RUN SAP




IN THIS STUDY

Content of this Study

This study provides an overview of a top-down sizing of SAP´s current and future relevant markets. It contains SAP´s Market Landscape 2003 including Market sizes, shares and share performance as well as forecasts for 2004-2008. Historical revenues and shares are shown for the total worldwide market and as breakdowns by solution, industry, geographic, and customer size segments. Market forecast data are presented as total worldwide and by solution, region, and industry.

Extension of previous Market Model

CMI is introducing a refined way of tracking and evaluating market sizes and growth forecasts:

In order to extend last year's rather focused view on SAP´s Core Solution Segments ("Core Market" / FI;HR;CRM;SCM;SRM;PLM) CMI is now tracking and analyzing quantitative & qualitative market information related to smaller competitors, industry-specific offerings (esp. for Services-related industries) and for Netweaver-related markets ("Adjacent Markets").

# Executive Summary

**Summary of key findings of CMI NA's evaluation of the Win/Loss results from Q1 2005 include:**

- North America increased its win rate by 2% overall, in Q1 2005 as compared to the full year of 2004. The US decreased its win rate to 63% of deals (from 68% in full year 2004) while Public Sector and Canada both increased:
  - In 2004, Canada won slightly less than one-half (49%) but was up 64% in Q1 2005. Public Sector went from 30% in 2004 to 36% in Q1 2005.
- Oracle was the most frequent competitor, mentioned in 33 deals, while PeopleSoft was second with 25 deals. SAP's win rate increased 12% for deals involving Oracle and was 3% up against PSFT. It also saw dramatic increases in win rate for deals involving MSFT and i2. SAP's win rate against Siebel decreased 9%.
- SAP increased its win rate in 6 out of 12 solutions:
  - CRM, Financials, PLM, SCM, Industry Solutions, and SRM.
- **Reasons**
  - **Wins**
    - Product Functionality and Product Technology continue to be the most prominent reasons in win deals by frequency of mention. Product Technology has seen the second largest decrease in mentions though.
    - Vendor Perception is also important and has increased in frequency to be close to Product Technology and Product Functionality.
    - Implementation had a heavy decline for the second period in a row.
  - **Losses**
    - Needs Matching, Selling Technique, and Implementation are mentioned prominently.
    - Pricing has fallen heavily in number of mentions.
  - **Additional in-depth qualitative research on deals shows:**
    - Good references were a key factor in winning.
    - Demos are very important and can outweigh Product Functionality and Technology.
    - It is very important to show SAP meets the prospect's needs and understands its business.
- **Of the six industries with five or more deals in Q1 2005, Machinery, Engineering & Construction was the only one to increase over 20% in its win rate, while Retail was the only one to drop by more than 20%.**

**Note: Q1 2005 results are based on a relatively small number of deals versus full year of 2004, so caution should be used in drawing conclusions. Deals are still being logged into CRM as either ORCL or PSFT.**



THE BEST-RUN BUSINESSES RUN SAP

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

# Win/Loss 1Q 2005 – Recommendations

Based on the Win/Loss data in this report, CMI makes the following recommendations to SAP America:

- Continue targeting Oracle/PeopleSoft in marketing efforts. It is likely to be even more competitive in 2005 as a result of the merger, aggressive marketing plans and focused campaigns to win against SAP.
  - Maintain Safe Passage and other campaigns to capitalize on Oracle's period of internal focus while integrating its acquisitions.
- Work to improve position in Public Sector by:
  - Influencing decisions prior to the release of the RFP.
  - Focusing on homeland security.
  - Using dedicated RFP resources and occasionally drawing from the commercial side.
- Improve demo quality by creating presentations which:
  - Show the solutions to their best advantage.
  - Emphasize how they meet customer needs, particularly industry specific functionality.
- Build depth in the salesforce with industry knowledge and thought leadership.

© SAP AG 2005, Apollo Competitive Program 26

THE BEST-RUN BUSINESSES RUN SAP

Competitive – Includes deals where the survey is in process (AE summary returned) or a completed survey was returned.

WinsLossesTotal Win Ratio

US & Canada1359623158%

US1187919760%

Canada17173450%

Consumer27103773%

Manufacturing64309468%

Public Services18314937%

Services981753%

Competitive & Transactional Win Ratios (competitive, additional seats, upgrades, splits)

WinsLossesTotalWin Ratio

US & Canada2009729767%

US 1748025469%

Canada26174360%

Consumer41105180%

Manufacturing953012576%

Public Services26325845%

Services1282060%

## Win/Loss 1Q 2005 – Recommendations (cont'd)

- Continue to develop its coverage range of references in its target areas.
  - These need to be specific to each targeted industry, in order to make them relevant to the prospects. The current relatively limited range is a weakness for SAP.
- Continue to sell on the basis of integration.
  - SAP has to counter Oracle's attempt to take this away with its integration to Applications Server and data hubs.
- Examine its selling process to be sure it is demonstrating its fit with customer needs and making a true connection with customers at both the user and executive levels.
  - This is especially important in accounts where we have had sales staff turnover and competitors could make inroads through developing better relationships.
- Continue to develop creative pricing strategies in deals where that is necessary.
  - Continue to emphasize the overall value of SAP, particularly if the customer has other SAP software or is likely to need other functionality, which would be an opportunity to save costs by using SAP software in the future.
  - Consider a hosting option as a counter to the hosting option Oracle provides as a standard part of its proposals.

© SAP AG 2005, Apollo Competitive Program 27

THE BEST-RUN BUSINESSES RUN SAP

Competitive – Includes deals where the survey is in process (AE summary returned) or a completed survey was returned.

WinsLossesTotal Win Ratio

US & Canada1359623158%

US1187919760%

Canada17173450%

Consumer27103773%

Manufacturing64309468%

Public Services18314937%

Services981753%

Competitive & Transactional Win Ratios (competitive, additional seats, upgrades, splits)

WinsLossesTotalWin Ratio

US & Canada2009729767%

US 1748025469%

Canada26174360%

Consumer41105180%

Manufacturing953012576%

Public Services26325845%

Services1282060%

## Win/Loss 1Q 2005 – Recommendations (cont'd)

**CMI also makes the following recommendations to SAP Global Development:**

- **Continue developing technology and functionality. These are key reasons SAP wins deals and we should continue to build this out, such as:**
  - **BI, which needs improvements in its ability to clean up customer data (SAP does not currently offer).**
- **Target Oracle from the product development side, such as improving SAP's SCM, to keep Oracle from catching up.**

© SAP AG 2005, Apollo Competitive Program 28

THE BEST-RUN BUSINESSES RUN SAP

Competitive – Includes deals where the survey is in process (AE summary returned) or a completed survey was returned.

WinsLossesTotal Win Ratio

US & Canada1359623158%

US1187919760%

Canada17173450%

Consumer27103773%

Manufacturing64309468%

Public Services18314937%

Services981753%

Competitive & Transactional Win Ratios (competitive, additional seats, upgrades, splits)

WinsLossesTotalWin Ratio

US & Canada2009729767%

US 1748025469%

Canada26174360%

Consumer41105180%

Manufacturing953012576%

Public Services26325845%

Services1282060%

## Win/Loss Ratio 1Q 2005 vs 2004 – by Sales Organization

**Overall, North America increased by 2% in win rate in Q1 2005. While the US decreased wins (from 68% in 2004) to 63% of deals, Public Sector and Canada both increased.**

- **In 2004, Canada won slightly fewer than one-half (49%) but was up to 64% in Q1 2005. Public Sector went from 30% in 2004 to 36% in 2004.**

| | 2004 FULL YEAR | | | 1Q 2005 | | | |
|---|---|---|---|---|---|---|---|
| ORGANIZATION | DEALS | WIN | WIN PERCENTAGE | DEALS | WIN | WIN PERCENTAGE | |
| US | 247 | 167 | 68% | 78 | 49 | 63% | ⇩ |
| Public Sector | 71 | 21 | 30% | 11 | 4 | 36% | ⇧ |
| Canada | 51 | 25 | 49% | 11 | 7 | 64% | ⇧ |
| North America | 369 | 213 | 58% | 100 | 60 | 60% | ⇧ |

**Note: Q1 2005 results are based on a relatively small number of deals versus 2004, so caution should be used in comparing this data. Based on a total of 369 AE summaries in 2004 and 100 in 1Q 2005.**
**Many deals are not competitive and therefore not included in Win Loss Data.**
**"Win" means SAP won the deal.**
**These figures are based on known deals and depend on accurate entries into CRM by the field.**



THE BEST-RUN BUSINESSES RUN SAP

Competitive – Includes deals where the survey is in process (AE summary returned) or a completed survey was returned.
WinsLossesTotal Win Ratio
US & Canada1359623158%
US1187919760%
Canada17173450%
Consumer27103773%
Manufacturing64309468%
Public Services18314937%
Services981753%

Competitive & Transactional Win Ratios (competitive, additional seats, upgrades, splits)
WinsLossesTotalWin Ratio
US & Canada2009729767%
US 1748025469%
Canada26174360%
Consumer41105180%
Manufacturing953012576%
Public Services26325845%
Services1282060%

## Win/Loss Ratio 1Q 2005 vs 2004 – by Major Competitor

**Oracle is the most frequent competitor in Q1 2005, mentioned in 33 deals, while PeopleSoft is second with 25 deals.**

- **SAP has seen an increase in win rate for deals involving PSFT (3%) and an even higher increase against Oracle (12%). Others against which it has also seen dramatic increases in win rate, but which are based on a low number of deals are MSFT (3 total deals) and i2 (1 total deal). SAP has seen a decrease in win rate for deals involving Siebel (9%, based on 7 total deals). There was only one deal against IBM, which SAP lost.**

**SAP sees a large num** **s such as Intentia, Hyperion, IFS, and oth**




**Note: Competitor data is based on 309 mentions in 2004 and 70 in Q1 2005. Q1 2005 results are based on a relatively small number of deals versus 2004, so caution should be used in comparing this data.**
**Mentions are fewer than overall deal total, since competitor information is not available on every deal. Information on other competitors is available on request from Win/Loss.**

© SAP AG 2005, Apollo Competitive Program 30

THE BEST-RUN BUSINESSES RUN SAP

Competitive – Includes deals where the survey is in process (AE summary returned) or a completed survey was returned.
WinsLossesTotal Win Ratio
US & Canada1359623158%
US1187919760%
Canada17173450%
Consumer27103773%
Manufacturing64309468%
Public Services18314937%
Services981753%

Competitive & Transactional Win Ratios (competitive, additional seats, upgrades, splits)
WinsLossesTotalWin Ratio
US & Canada2009729767%
US 1748025469%
Canada26174360%
Consumer41105180%
Manufacturing953012576%
Public Services26325845%
Services1282060%

# Win/Loss Ratio 1Q 2005 vs 2004 – by Solution

**SAP increased its win rate in 6 out of 12 solutions in Q1 2005:**

- **CRM, Financials, PLM, SCM, Industry Solutions and SRM.**

**SAP's win rate in Financials recovered in Q1 2005. It was lower than most other solutions in 2004.**




**Note: Results based on solution data as entered into CRM (some deals do not have information entered). Solution data is based on 464 mentions in 2004 and 123 in Q1 2005. Mentions are greater than overall deal total, since more than one solution can be involved in a deal.**

**Q1 2005 results are based on a relatively small number of deals versus 2004, so caution should be used in comparing this data.**

© SAP AG 2005, Apollo Competitive Program 31

THE BEST-RUN BUSINESSES RUN SAP

SAP

Competitive – Includes deals where the survey is in process (AE summary returned) or a completed survey was returned.

WinsLossesTotal  Win Ratio

US & Canada1359623158%

US1187919760%

Canada17173450%

Consumer27103773%

Manufacturing64309468%

Public Services18314937%

Services981753%

Competitive & Transactional Win Ratios (competitive, additional seats, upgrades, splits)

WinsLossesTotalWin Ratio

US & Canada2009729767%

US 1748025469%

Canada26174360%

Consumer41105180%

Manufacturing953012576%

Public Services26325845%

Services1282060%

# Win/Loss – Reasons

## Reasons

- Wins
  - Product Technology and Product Functionality continue to be the most prominent reasons in win deals by frequency of mention. Product Technology has seen the second largest decrease in mentions though. In the last reporting period, it had actually had the highest increase.
  - Vendor Perception is also important and, after an increase in frequency in both this and the previous period, is close to Product Technology and Product Functionality.
  - Implementation has had a heavy decline for the second time in a row.

- Losses
  - Needs Matching, Selling Technique and Implementation are mentioned prominently.
  - Pricing has fallen heavily in number of mentions for the second time in a row.

Note: This is based on a four quarter rolling average ending the fourth quarter of 2004. A full year of data is used in order to have reliable information and there is currently no final 1Q2005 reason data due to the significant length of time it takes to get completed customer surveys.

© SAP AG 2005, Apollo Competitive Program 32

THE BEST-RUN BUSINESSES RUN SAP

Competitive – Includes deals where the survey is in process (AE summary returned) or a completed survey was returned.
WinsLossesTotal Win Ratio
US & Canada1359623158%
US1187919760%
Canada17173450%
Consumer27103773%
Manufacturing64309468%
Public Services18314937%
Services981753%

Competitive & Transactional Win Ratios (competitive, additional seats, upgrades, splits)
WinsLossesTotalWin Ratio
US & Canada2009729767%
US 1748025469%
Canada26174360%
Consumer41105180%
Manufacturing953012576%
Public Services26325845%
Services1282060%

# Win/Loss Ratio 1Q 2005 vs 2004 – by Industry

**In Q1 2005, a few industries had wide swings in their win rates when looked at compared to 2004.**

- **Six industries had 5 or more deals, indicating major business areas and providing a high amount of data. One of these had a major increase in win rate (20% or more): Machinery, Engineering & Construction. One had a major decrease in win rate (20% or more): Retail.**

| | 2004 FULL YEAR | | | Q1 2005 | | |
|---|---|---|---|---|---|---|
| INDUSTRY | DEALS | WINS | WIN PERCENTAGE | DEALS | WINS | WIN PERCENTAGE |
| Aerospace & Defense | 9 | 6 | 67% | 4 | 3 | 75% |
| Automotive | 9 | 5 | 56% | 5 | 2 | 40% |
| Banking | 12 | 4 | 33% | | | |
| Building Materials | 1 | 1 | 100% | | | |
| Chemicals | 10 | 6 | 60% | 2 | 1 | 50% |
| Consumer Products | 37 | 23 | 62% | 15 | 9 | 60% |
| Financial Services | 7 | 2 | 29% | 2 | 2 | 100% |
| Forest Products & Paper | 9 | 9 | 100% | 1 | | 0% |
| Furniture | 2 | 1 | 50% | 1 | | 0% |
| Healthcare | 4 | 2 | 50% | 1 | 1 | 100% |
| High Tech & Electronics | 34 | 23 | 68% | 17 | 10 | 59% |
| Higher Education | 10 | 5 | 50% | 3 | 1 | 33% |
| Hospitality | 4 | 2 | 50% | | | |
| Insurance | 10 | 5 | 50% | 3 | 2 | 67% |
| Mach., Eng. & Construction | 23 | 15 | 65% | 9 | 8 | 89% |
| Media | 15 | 9 | 60% | 2 | 2 | 100% |
| Metal Products | 6 | 5 | 83% | | | |
| Mining | 2 | 2 | 100% | | | |
| Oil & Gas | 20 | 16 | 80% | 3 | 2 | 67% |
| Pharmaceuticals | 17 | 13 | 76% | 1 | 1 | 100% |
| Primary Metal & Steel | 2 | 1 | 50% | 3 | 3 | 100% |
| Public Sector | 42 | 12 | 29% | 12 | 5 | 42% |
| Retail | 27 | 16 | 59% | 10 | 3 | 30% |
| Service Provider | 18 | 15 | 83% | | | |
| Telecommunications | 9 | 6 | 67% | 3 | 2 | 67% |
| Transportation & Storage | 1 | 0 | 0% | 1 | 1 | |
| Utilities | 25 | 9 | 36% | 2 | 2 | 100% |
| Waste | 1 | 0 | 0% | | | |
| Not Assigned | 3 | 0 | 0% | | | |

**Note: Based on a total of 369 AE summaries in 2004 and 100 in 1Q 2005.**
**Q1 2005 results are based on a relatively small number of deals versus 2004, so caution should be used in comparing this data.**

© SAP AG 2005, Apollo Competitive Program 33

THE BEST-RUN BUSINESSES RUN SAP

Competitive – Includes deals where the survey is in process (AE summary returned) or a completed survey was returned.

WinsLossesTotal Win Ratio

US & Canada1359623158%

US1187919760%

Canada17173450%

Consumer27103773%

Manufacturing64309468%

Public Services18314937%

Services981753%

Competitive & Transactional Win Ratios (competitive, additional seats, upgrades, splits)

WinsLossesTotalWin Ratio

US & Canada2009729767%

US 1748025469%

Canada26174360%

Consumer41105180%

Manufacturing953012576%

Public Services26325845%

Services1282060%

# NA Apollo Approved Sales Incentive Program

APOLLO INCENTIVE PROGRAM DRAFT
Eligible roles: AE all Business Units

| | | | | |
|---|---|---|---|---|
| **Applistructure** | Referenceable net new NetWeaver customers | $5000<br>$7500<br>$1500<br>**$14,000** | $1000 Bonus for deals of $250K-$500K<br>$1500 Bonus for deals of $500K - $1M<br>Additional $500 special bonus for deals over $1M | Net new customer with minimum deal size of $250K allocated to NetWeaver or existing customer not currently live on NetWeaver, but with an active project or installation in CRM at minimum deal size.<br>Customer must actively participate (minimum of 5 activities per month) in reference requests |
| **Applications** | Win applications deals over Oracle | **$140,000**<br>*(Based on 40 qualifying deals closing in quarter)* | $3500 Bonus each for first 40 deals to close in quarter (20 LE; 20MM)<br>Minimum deal size to qualify:<br>LE: $1M license revenue<br>MM: $500K license revenue | Qualifying deals: SAP replaces Oracle applications in a given account, net new or existing. Must be documented in CRM and validated by Competitive Intel. AE must register deal with Mike Prosceno according to date of customer signature on agreement. |
| **Safe Passage** | Transition JDE/ Psft/Retek customers | No additional budget impact | Safe Passage incentives | Reissue Safe Passage bonus and quota credit |
| **Databases** | Expand mix of third-party databases sold OEM | **$10,000 (royalty reduction)**<br>*(Based on 5 MM MaxDB deals closing in Q3)* | 2.5x revenue uplift credit toward license quota and commissions; applies to DB revenue only | IBM DB2 incentive to be replicated for MaxDB and potentially Microsoft SQL.<br>Royalty-reduction based: IBM pays for DB2; Payment for MaxDB would be sourced thru a royalty reduction between AG and US.<br>NEEDS FINAL APPROVAL. |
| **"Trifecta"** | Achieve any three out of four elements IN ONE DEAL | **$100,000**<br>*(Assumes 10 deals will qualify in Q3 and Q4)* | Triple header bonus $10K | Must meet criteria of each program element that applies |


THE BEST-RUN BUSINESSES RUN SAP

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY
SAP-OR00139952

## Safe Passage Regional Detail

North America:
- Safe Passage educational events scheduled for July in US
- Safe Passage messaging included in upcoming SAP Business Forums and marketing campaigns in US
- Safe Passage revitalization campaign in development for Q3 launch for US and Canada
- **More than 200 Safe Passage pipeline opportunities identified in US**
- **13 Safe Passage pipeline opportunities identified in Canada**

EMEA Central:
- Executed training and information days for internal education of Sales Force
- Executed direct marketing effort in Q2
- Developing a co-direct marketing effort with partners for Q3

EMEA News:
- Regional direct marketing effort in development for Q3 launch

Asia Pacific:
- Executed regional direct marketing effort with telemarketing component
- Focusing efforts on top seven countries: Australia, New Zealand, Singapore, Malaysia, Hong Kong, Taiwan, Japan
- **Anticipating between 5 and 10 license deals to be signed in 2005 with a goal of 6**
- **Potential for 3-5 TomorrowNow customers (maintenance only)**
- Top countries have approximately 5 accounts in an active sales cycle

LATAM:
- Executed regional direct marketing effort with telemarketing and event components in Argentina with IBM; similar effort planned for Mexico in July
- **First deal, Femsa Empaque of Mexico, signed in June**
- Launching Safe Passage for SMB this Summer



THE BEST-RUN BUSINESSES RUN SAP

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

# Recommended Apollo Evangelists Corporate/Regional

## Global

Henning Kagermann
Leo Apotheker
Shai Agassi
Peter Zencke
Werner Brandt
Claus Heinrich
Gerd Oswald

Marty Homlish
Donna Troy
Herbert Heitmann
Bill Wohl
Anne McCarthy

## EMEA NEWS/Central

Ernie Gunst
Michael Kleinemeier
Ferri Abolhassan
Wolfgang Runge
Jose Alberto Duarte
Martin Metcalf
Bart Hogendoorn
Stefan Hirschberg

## APA/ Japan

APA
Hans-Peter Klaey
Geraldine McBride
Klaus Zimmer
Fujii Kiyotaka
Alan Sedghi

## NA & LATAM

North America
Bill McDermott
John Nugent
Greg McStravick
Bob Courteau

LATAM
Raul Vejar
Georgette Antelo



THE BEST-RUN BUSINESSES RUN SAP

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY SAP-OR00139954