# Recommended Apollo Evangelists by Workstream

## Applistructure

Peter Graf
Carol Burch
George Paolini
Pascal Brosset
Dennis Moore
Doug Merritt
Ori Inbar
Roman Bukary
NetWeaver Advisor Group

## Industry and Product Battlegrounds

Jim Snabe
Nils Herzberg
Dick Stewart
Tom Shirk
Juergen Weiner
John Barry
Jim McMurray
Ray Homan
Thomas Balgheim
Harald Hinderer
Karen Peterson

## Safe Passage & Services

Mike Wendell
Meghan Englund
Kai Hessenmueller
Seok Lin Hong
Leighton Jenkins

Bernd Michael Rumpf
Bernd Welz
Greg Tomb

## Database Commoditization

Karl-Heinz Hess
Torsten Geers
Dennis Moore
Doug Merritt
Supplemented by Global Spokespeople

© SAP AG 2005, Apollo Competitive Program 37

THE BEST-RUN BUSINESSES RUN SAP



Dockets.Justia.com

# ©Copyright 2005 SAP AG. All Rights Reserved


- No part of this publication may be reproduced or transmitted in any form or for any purpose without the express permission of SAP AG. The information contained herein may be changed without prior notice.
- Some software products marketed by SAP AG and its distributors contain proprietary software components of other software vendors.
- Microsoft, Windows, Outlook, and PowerPoint are registered trademarks of Microsoft Corporation.
- IBM, DB2, DB2 Universal Database, OS/2, Parallel Sysplex, MVS/ESA, AIX, S/390, AS/400, OS/390, OS/400, iSeries, pSeries, xSeries, zSeries, z/OS, AFP, Intelligent Miner, WebSphere, Netfinity, Tivoli, and Informix are trademarks or registered trademarks of IBM Corporation in the United States and/or other countries.
- Oracle is a registered trademark of Oracle Corporation.
- UNIX, X/Open, OSF/1, and Motif are registered trademarks of the Open Group.
- Citrix, ICA, Program Neighborhood, MetaFrame, WinFrame, VideoFrame, and MultiWin are trademarks or registered trademarks of Citrix Systems, Inc.
- HTML, XML, XHTML and W3C are trademarks or registered trademarks of W3C®, World Wide Web Consortium, Massachusetts Institute of Technology.
- Java is a registered trademark of Sun Microsystems, Inc.
- JavaScript is a registered trademark of Sun Microsystems, Inc., used under license for technology invented and implemented by Netscape.
- MaxDB is a trademark of MySQL AB, Sweden.
- SAP, R/3, mySAP, mySAP.com, xApps, xApp, SAP NetWeaver and other SAP products and services mentioned herein as well as their respective logos are trademarks or registered trademarks of SAP AG in Germany and in several other countries all over the world. All other product and service names mentioned are the trademarks of their respective companies. Data contained in this document serves informational purposes only. National product specifications may vary.
- These materials are subject to change without notice. These materials are provided by SAP AG and its affiliated companies ("SAP Group") for informational purposes only, without representation or warranty of any kind, and SAP Group shall not be liable for errors or omissions with respect to the materials. The only warranties for SAP Group products and services are those that are set forth in the express warranty statements accompanying such products and services, if any. Nothing herein should be construed as constituting an additional warranty.




HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY SAP-OR00139956

# Update on Safe Passage Program

Board Offsite Meeting in Paris
July 21 – 22, 2005

Leo Apotheker / Gerhard Oswald
SAP AG

THE BEST-RUN BUSINESSES RUN SAP

# Safe Passage – Update by July 15, 2005

**KEY MESSAGES:**

- Safe Passage pipeline steadily increasing since April, demand generation in execution in all regions since May
- 21 booked deals with net software value of € 35.6M
- TomorrowNow installed base grown to 98 customers, 26 new customers and 15 renewals within 1H/2005, 291 opportunities for 2005 (successfully executed demand generation program in EMEA and APA)
- In total € 8,5M maintenance contract volume taken away from Oracle within 1H/2005 (doubled contract volume of newly signed and renewed TomorrowNow deals)
- TomorrowNow ready for global delivery: Successfully established TomorrowNow locations in EMEA (Reading, UK; Amsterdam, NL) and APA (Singapore) in addition to the existing seven locations in North America

**SAFE PASSAGE PIPELINE:**




**# OF CUSTOMER CONTRACTS (TOMORROWNOW):**




**CUMULATED YEARLY MAINTENANCE VOLUME TAKEN AWAY FROM ORACLE (in €M):**




© SAP AG 2005, FLT - , Gerhard Oswald / 2

THE BEST-RUN BUSINESSES RUN SAP

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

# BACKUP

THE BEST-RUN BUSINESSES RUN SAP

# Safe Passage – Awareness Survey

KEY INSIGHT:
- Only 25% of the customers are aware of the Safe Passage campaign as of today




**Source: to be verified**

RECOMMENDATION:
- Launch an information campaign to increase awareness of Safe Passage among customer base

# Safe Passage – Pipeline View by July 15, 2005

KEY MESSAGES
- Pipeline steadily increasing since April in most regions
- Demand generation campaigns are in execution in all regions since May
- Globally uniform Terms & Conditions in place
- Program extended to SME channel partners since June

| | # Opportunities and leads by phase * (Status: 15.07.2005) | | | | | |
|---|---|---|---|---|---|---|
| *Region* | A + B | C + D | E + F | Hot Leads | Warm leads | |
| APA | 1 | | 1 | 6 | 3 | **11** |
| EMEA C | 5 | 8 | 6 | | 5 | **24** |
| EMEA N | 4 | 6 | 9 | 2 | 7 | **28** |
| LA | 1 | | | | | **1** |
| NA | 45 | 134 | 141 | 8 | 2 | **330** |
| Grand total | **56** | **148** | **157** | **16** | **17** | **394** |

* Source: Closed Loop Marketing Report - All opportunities and leads assigned to the Global SP MAUI

© SAP AG 2005, FLT - , Gerhard Oswald / 5

THE BEST-RUN BUSINESSES RUN SAP

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

# Safe Passage – Deals for Migration/Integration by July 15, 2005

**SAFE PASSAGE PIPELINE:** Demand generation in execution since May




**SIGNED SAFE PASSAGE CONTRACTS:**
21 deals with net software value of € 35.6M

| Customer | Country | Volume | Date | PSFT/JDE | TNow |
|---|---|---|---|---|---|
| Wabash National Corp. | USA | € 2.7M | 02/05 | JDE | ✓ |
| Winkhaus Data GmbH | Germany | € 1.0M | 03/05 | JDE | |
| The Timken Company | USA | € 6.8M | 03/05 | PSFT | |
| The Land Bank | South Africa | € 2.1M | 03/05 | PSFT | |
| Samsonite Corp.* | USA | € 2.1M | 03/05 | JDE | |
| Yazaki Europe* | Germany | € 1.3M | 04/05 | JDE | ✓ |
| Femsa Empaque | Mexico | € 0.1M | 04/05 | PSFT | |
| Telekom Malaysia | Malaysia | € 3.9M | 05/05 | PSFT | |
| Veka AG | Germany | € 0.9M | 06/05 | JDE | |
| Al Gurg Group LLC | UAE | € 0.2M | 06/05 | PSFT | |
| Unigrà S.p.A. | Italy | € 0.3M | 06/05 | JDE | |
| Amgen | USA | € 5.4M | 06/05 | JDE | |
| UNILAB | Philippines | € 1.5M | 06/05 | JDE | |
| Altana Chemie AG | Germany | € 4.7M | 06/05 | JDE | |
| Forest City | USA | € 1.1M | 06/05 | PSFT | |
| TriQuint | USA | € 0.1M | 06/05 | PSFT | ✓ |
| Ciber | USA | € 0.8M | 06/05 | PSFT | ✓ |
| Goodyear | USA | € 0.6M | 06/05 | JDE | |
| Pacific Gas | USA | ** | 06/05 | PSFT | |
| Home Depot | USA | ** | 06/05 | PSFT | |
| Conoco Philips | USA | ** | 06/05 | PSFT | |

* Global win announcements published   ** Split deals, volume to be verified

**KEY ACHIEVEMENTS MIGRATION/INTEGRATION:**

- Tool and content development planning for scope 1 and scope 2 delivery finished
- Proof of concept for intermediate data structure completed and legally approved
- First demo scenarios and presentations at Sapphire Copenhagen / Boston and other customer events
- Selection of key development partners and start of reseller/development contract negotiations
- Start of field & partner enablement program
- Start of lead generation program based on Safe Passage pipeline

**PARTNERS:**

- **Development Partners** — **Status**
  - Informatica (reseller contract) — in progress
  - iWay (development cooperation) — in progress
- **Service Partners (Roll-Out)** — **Status**
  - Infosys — in progress
  - Satyam — in progress
  - HCL — in progress
  - IBM — planned
  - Bearing Point — planned
  - Cap Gemini — planned

© SAP AG 2005, FLT - , Gerhard Oswald / 6

THE BEST-RUN BUSINESSES RUN SAP

# Safe Passage – TomorrowNow by June 30, 2005

### KEY ACHIEVEMENTS TOMORROWNOW

- Successfully executed TNow **Demand Generation Program** in EMEA central and north, Australia / New Zealand and South Asia
- Approximately **300 Opportunities**
- **TNow Installed Base:** 98 Customer Contracts
- **26 New Customers within 1H/2005**
- In total **€ 4.0M newly signed Maintenance Contract Volume taken away from Oracle** (doubled total Contract Volume)
- **15 Renewed Contracts within 1H/2005**

### RENEWED TOMORROWNOW CUSTOMERS, (SAMPLE CONTRACTS FROM Q2)

| Customer | Volume | Date |
|---|---|---|
| Veolia Water Indianapolis | € 20.0K | 06/05 |
| Manitowoc Company, Inc. | € 28.0K | 06/05 |
| Heritage Valley Health System | € 48.0K | 04/05 |
| Eagle Family Foods, Inc. | € 26.4K | 06/05 |
| Alameda Contra Costa Transit | € 24.0K | 04/05 |
| Norwegian Cruise Line Limited | € 24.0K | 06/05 |
| Praxair, Inc. | € 25.6K | 04/05 |
| State Of Georgia Employees' Retirement Systems | € 28.0K | 06/05 |
| City of Atlanta | € 28.0K | 06/05 |

### KEY ACHIEVEMENT TOMORROWNOW GLOBAL SET UP

Successfully established **TNow locations in EMEA (**Reading; UK, Amsterdam; NL) and **APA** (Singapore) in addition to the existing **seven US locations** (Bryan, Pleasonton, Denver, Dallas, Houston, Atlanta, Canada)

### NEWLY SIGNED TOMORROWNOW CUSTOMERS (TOTAL CONTRACT VOLUME € 2.0M)

| Customer | Volume | Date | SAP |
|---|---|---|---|
| Wabash National Corp. | € 124.8K | 02/05 | Yes |
| Norstan, Inc. | € 112.0K | 02/05 | No |
| Suburban Propane Partners | € 40.0K | 03/05 | Yes |
| SIRVA, Inc. | € 44.0K | 06/05 | Yes |
| Rolls-Royce North America, Inc. | € 52.0K | 06/05 | Yes |
| Capital Group Companies, Inc. | € 64.0K | 06/05 | Yes |
| Dana Corp – HVIT | € 45.6K | 06/05 | Yes |
| Computer Associates | € 60.0K | 05/05 | Yes |
| Sybase, Inc. | € 46.0K | 05/05 | Yes |
| Epiphany Marketing Software, Inc. | € 60.0K | 06/05 | Yes |
| Seattle Public Schools | € 70.4K | 06/05 | No |
| Safeway Stores | € 24.7K | 06/05 | No |
| University of Massachusetts | € 20.0K | 06/05 | Yes |
| Robert Half International | € 128.0K | 06/05 | Yes |
| Triquint Semiconductor, Inc. | € 26.4K | 06/05 | Yes |
| Ciber, Inc. | € 154.5K | 06/05 | Yes |
| American Council on Education | € 30.0K | 06/05 | Yes |
| Providence Health System | € 66.0K | 04/05 | Yes |
| Empire District Electric Company | € 59.2K | 04/05 | Yes |
| Saint Barnabas Corporation | € 60.0K | 06/05 | No |
| Universal Studios, Inc. | € 83.2K | 06/05 | Yes |
| City of Huntsville | € 50.8K | 05/05 | Yes |
| ArvinMeritor, Inc. | € 253.6K | 06/05 | Yes |
| Summit Technology | € 75.6K | 06/05 | Yes |
| North Carolina State University | € 28.0K | 06/05 | Yes |
| Yazaki Europe Limited | € 208.0K | 04/05 | Yes |



THE BEST-RUN BUSINESSES RUN SAP

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY 

# TomorrowNow - Delivery Status June 30, 2005

| KPI | Status | Comment |
|---|---|---|
| Contribution | | Lower than anticipated in Business Plan, but target still achievable |
| Cost | | Cost partly cut and shifted to Q3/Q4 according to revenue shifts |
| Revenue | | Lacking behind original Business Plan in Q1/Q2 due to lower Safe Passage demand generation |
| # of Customer Contracts | | 24 new customers and 9 renewals in Q2, average deal size is increasing |
| Lost Maintenance for Oracle | | Cumulated yearly volume of signed and renewed TomorrowNow maintenance contracts |
| Safe Passage Opportunities | | Based on Safe Passage Pipeline reporting; 21 booked deals with net software value of € 35.6M |
| # of Headcount | | Below plan, adapted to lower revenue numbers |
| # of Incoming Messages | | Below plan according to lower customer numbers |

**Cumulative Contribution (in € M)**




**Cumulative Cost (in € M)**




**Cumulative Revenue (in € M)**




**# of Customer Contracts (TomorrowNow)**




**Cumulated Yearly Maintenance Lost for Oracle (in €M)**




**Cumulated Safe Passage Opportunities**




**Headcount (in FTE)**




**# of Incoming Messages**




© SAP AG 2005, FLT - , Gerhard Oswald / 8

# Safe Passage – TomorrowNow by June 30, 2005

KEY ACHIEVEMENTS TOMORROWNOW CUSTOMER CONTRACTS

- **TNow Installed Base by end of June 2005:** 98 Customer Contracts (~300 opportunities)
- **24 new customers within Q2/2005:** e.g. Rolls-Royce North America Inc., Computer Associates International, Inc., Sybase, Inc., Epiphany Marketing Software Incorporated, Safeway Stores, CIBER, Inc.,
- **9 renewals within Q2/2005:** e.g. Praxair, Inc., City of Atlanta, Heritage Valley Health System
- In total **3,4 mio EUR** newly signed **maintenance contract volume taken away from Oracle** in Q2
- **Successfully executed Demand Generation Program** in EMEA central and north, Australia / New Zealand and South Asia

KEY ACHIEVEMENTS TOMORROWNOW INTEGRATION PROCESS

- Successfully established **TNow locations** in EMEA (Reading; UK, Amsterdam; NL) and APA (Singapore) in addition to the existing seven US locations (Bryan, Pleasonton, Denver, Dallas, Houston, Atlanta, Canada)
- **155 originally planned and 105 forecasted TNow Headcounts** for 2005, distributed as follows:

| | | Q1 | | Q2 | | Q3 | | Q4 | |
|---|---|---|---|---|---|---|---|---|---|
| | | Budget | Actual | Budget | Actual | Budget | Fore-cast | Budget | Fore-cast |
| **US** | | 40 | 39 | 15 | 15 | 18 | 2 | 11 | 9 |
| **EMEA** | **Amsterdam (NL)** | | | 2 | 1 | 5 | 3 | 6 | 2 |
| | **Reading (UK)** | | | 5 | 3 | 7 | 5 | 8 | 4 |
| **APA** | | | | | | 10 | 2 | 16 | 20 |
| **Latin America** | | | | | | | | 13 | |
| **SUM** | | 40 | 39 | 22 | 19 | 40 | 12 | 54 | 35 |
| **Total SUM*** | | 40 | 39 | 66 | 58 | 153 | 70 | 155 | 105 |

*data cumulated

© SAP AG 2005, FLT - , Gerhard Oswald / 9

THE BEST-RUN BUSINESSES RUN SAP

## Service Offerings for PSFT* Customers

**STANDARD SERVICES***

**Maintain**
Global Support provided by TomorrowNow as an independent entity

**Integrate**
Connectivity for smooth integration of PeopleSoft with SAP (CRM, SCM, MDM)

**Migrate**
Out-of-the-box migration tools PeopleSoft master data and outstanding items

**CUSTOMER BENEFITS**

**Investment Protection**
- Service Portfolio
- Safe Passage
- Interoperability
- Optimization of Support
- Save of Service Spendings

**Business Innovation**
- Incremental Deployment
- Increased Value
- Functional Enhancements
- Composite Applications
- Innovative Solutions

**Take Control of Your Future**
- Higher Efficiency
- Reduced TCO
- Optimized Processes
- Trusted Advisor
- Reliability

*** Including PSFT Enterprise; PSFT EnterpriseOne; PSFT World**

© SAP AG 2005, FLT - , Gerhard Oswald / 10

THE BEST-RUN BUSINESSES RUN SAP

Our offering provides a portfolio of tools of our customers to help mitigate the risk Oracle has injected into their IT portfolios. Ranging from maintenance that is 5 pts lower than Oracles and 3 pts lower than PSFT's. We plan on greatly expanding this selection of collaboration and conversion tools and facilitate the adoption of SAP solutions.

# Safe Passage Maintenance Services

## Maintenance Services

- Global 24x7 problem resolution
- Tax & Regulatory Updates
- Senior Primary Support Engineer
- Operational Risk Assessment
- Application Fixes for Serious Issues
- Current & Retiered Releases

**TNow Value Proposition**

- Reduced Support Needs
- Meets Current & Anticipated Needs
- Stable Technology; Robust Functionality
- Oracle Fusion: 5+ Years Until Proven, Stable, Robust Release
- Carefully Evaluate Upgrade & Ongoing Maintenance Spend Options
- 17% Safe Passage Program
- 10% Parking Lot

## Service Offerings

| Stand alone Offering | Availability |
|---|---|
| Alternative for PSFT/JDE customer not willing to sign Safe Passage Deal. Based on 50% of prior PSFT/JDE maintenance fees | Jan 2005 |

| Bundled Offering | Availability |
|---|---|
| 17% Maintenance fee, based onSAP License including Conversion Credit. TomorrowNow offering embedded for zero Dollars | Feb 2005 |

| Global TNow Entities | Foundation |
|---|---|
| North America<br>▪ Dallas; Pleasanton; Denver Dallas; Houston; Atlanta; Toronto | Jan 2005 |
| EMEA<br>▪ Reading/Uk; Amsterdam,Nl | May 2005 |
| APA<br>▪ Singapore; Bangalore, IN | Jun 2005 |
| RoW | Oct 2005 |

© SAP AG 2005, FLT - , Gerhard Oswald / 11

THE BEST-RUN BUSINESSES RUN SAP

# Safe Passage Migration Services

## Migration Services

- Migration Infrastructure
- Implementation Services
- Education Services
- Support Services

### SAP Value Proposition

- Global delivery capabilities
- Integrated Services
- Standardized Offering
- Integrated Quality Control
- Risk Mitigation
- Reduced Time-to-Value
- Reduced TCO; up to 75% reduction of implementation time

## Migration Infrastructure & Content

| SAP Migration Workbench | Availability |
|---|---|
| ▪ Basic Functionality | available |
| ▪ Enhanced Functionality | 15.09.2005 |
| ▪ Full-Scope Functionality | April 2006 |

| SAP Intermediate Interface | Availability |
|---|---|
| ▪ JDE Validation | 01.09.2005 |
| ▪ PSFT Validation | 01.09.2005 |

| SAP Migration Content | Availability |
|---|---|
| ▪ Operations<br>▪ Vendor Master<br>▪ Material Master<br>▪ Customer Master<br>▪ etc. | 19.12.2005 |
| ▪ Human Capital Management<br>▪ Organizational Assignment<br>▪ Personal Information<br>▪ Basic Pay<br>▪ etc. | 19.12.2005 |
| ▪ Financials<br>▪ G/L Account Master<br>▪ Cost Center Master<br>▪ etc. | 19.12.2005 |

| 3rd Party Extractor + Content | Availability |
|---|---|
| ▪ iWay | 01.10.2005 |
| ▪ Informatica | 01.10.2005 |

© SAP AG 2005, FLT - , Gerhard Oswald / 12



HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

# Safe Passage Integration Services

## Integration Services

- Integration Infrastructure
- Implementation Services
- Education Services
- Support Services

### SAP Value Proposition

- Global delivery capabilities
- Integrated Services
- Standardized Offering
- Integrated Quality Control
- Risk Mitigation
- Reduced Time-to-Value
- Reduced TCO: up to 50% reduction of implementation time

## Integration Infrastructure & Content

| SAP Integration Tool | Availability |
|---|---|
| ▪ SAP Exchange Infrastructure JCA Framework | available |
| **SAP Intermediate Interface** | **Availability** |
| ▪ JDE Validation | 01.09.2005 |
| ▪ PSFT Validation | 01.09.2005 |
| **SAP Integration Content** | **Availability** |
| ▪ Business Partner Data Mgmt | 19.12.2005 |
| ▪ Product Data Management | 19.12.2005 |
| ▪ Purchase Request Processing | 19.12.2005 |
| ▪ Purchase Order Processing | 19.12.2005 |
| ▪ Inbound Delivery Processing | 19.12.2005 |
| ▪ Outbound Delivery Processing | 19.12.2005 |
| ▪ Sales Order Management | 19.12.2005 |
| ▪ Goods and Service Acknowledgement | 04.2006 |
| ▪ Accounts Payable Processing | 04.2006 |
| ▪ RFQ Processing | 04.2006 |
| ▪ Return Processing | 04.2006 |
| ▪ Goods Issue Processing | 04.2006 |
| ▪ Goods Movement Processing | 04.2006 |
| ▪ Supply and Demand Matching | 04.2006 |
| ▪ Transportation Management | 04.2006 |
| ▪ Warehouse Processing | 04.2006 |
| **3rd Party Adapter + Content** | **Availability** |
| iWay | 01.10.2005 |

© SAP AG 2005, FLT - , Gerhard Oswald / 13

THE BEST-RUN BUSINESSES RUN SAP

SAP