Walsh v. Apple, Inc. et al Doc. 218 Att. 2

# Exhibit P

Dockets.Justia.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., A Colorado Corporation, and ORACLE INTERNATIONAL CORPORATION, A California corporation

Plaintiffs,

Vs.

SAP AG, a German corporation, SAP AMERICA, INC., a Delaware Corporation, TOMORROWNOW, INC., a Texas corporation, And DOES 1-50, inclusive,

Defendant.

Case No. 07-CV-01685 PJH (EDL)

VIDEOTAPED DEPOSITION UPON
ORAL EXAMINATION
OF
LEO APOTHEKER

Taken on:

Thursday, October 2, 2008
Commencing at 8:58 a.m.

Taken at:

American Consulate General
Special Consular Services,
Giessener Strasse 30
60435 Frankfurt am Main, Germany

REPORTED BY: FREDERICK WEISS, CSR, CM

03:34:02 proposal.
03:34:02 Q. Were there any consequences,
03:34:04 whoever the person who was responsible for this
03:34:06 proposal, to that person?
03:34:09 A. No, because I told you I don't know
03:34:16 who prepared the proposal. I don't know if there
03:34:17 were any consequences.
03:34:19 Q. Let's look at another exhibit that
03:34:21 has been previously marked. It's Exhibit 421.
03:34:34 (Handing)
03:34:43 Do you believe you have seen this
03:34:45 presentation before? You can take your time to
03:34:50 take a look through it.
03:35:41 (Pause)
03:35:42 I can tell you that Steve Mann
03:35:44 E-mailed this to you -- I'm sorry, to Jeorg Jung.
03:35:51 I'm sure I mangled the pronunciation of that name.
03:35:54 A. That's okay. I know who you mean.
03:35:56 Q. On July 24, 2006.
03:36:00 A. It looks familiar.
03:36:02 Q. I have a few questions about a few
03:36:03 pages on this. The first is on the page ending in
03:36:08 639?
03:36:09 A. Excuse me?
03:36:10 Q. 639.



03:36:12 MR. LANIER: 639.
03:36:17 BY MR. PICKETT:
03:36:18 Q. The slide that begins "Oracle gets
03:36:21 its act together," begins with a "Selling best of
03:36:26 breed & Safety Net," and "Discounting Heavily" and
03:36:28 so forth."
03:36:29 Is this an analysis with which you
03:36:33 are familiar?
03:36:36 A. Yes.
03:36:36 Q. And do you agree that, at least to
03:36:39 some extent, by July 25, 2006, the date of this
03:36:45 analysis, that Oracle got its act together?
03:36:51 A. Yes.
03:36:51 Q. And in what key respects?
03:36:53 A. It was providing a more consistent
03:36:56 story to its customers.
03:36:57 Q. Was it also providing better
03:37:04 software?
03:37:05 A. I don't think the software had
03:37:07 changed at that point that much.
03:37:09 Q. So it was the story that --
03:37:11 A. Yes.
03:37:11 Q. -- made it better?
03:37:12 A. I think so.
03:37:13 Q. How did that work?



03:37:14 A. The position and the marketing of
03:37:17 their story became better.
03:37:18 Q. What was SAP's response?
03:37:23 A. Working on our competitive
03:37:31 positioning, making our story better, making sure
03:37:34 that we reoriented some of our go-to-market focus
03:37:40 on particular points where we felt we have a
03:37:43 stronger competitive advantage, and things like
03:37:45 that.
03:37:45 Q. Please turn to the slide ending
03:38:01 645. There is a slide stating "Oracle Wants To
03:38:04 Undercut Sap on Both License and Maintenance
03:38:07 Deals."
03:38:12 And I want to focus on the
03:38:13 "Offering Maintenance Options" at the bottom of
03:38:16 the slide.
03:38:16 A. Mm-Hmm.
03:38:17 Q. There is a point that states,
03:38:20 "Reducing maintenance for PeopleSoft accounts by
03:38:23 selling Oracle licenses and canceling PeopleSoft
03:38:26 maintenance."
03:38:27 Do you know what that refers to?
03:38:37 A. I'm not sure.
03:38:38 Q. Under discussion points there's a
03:38:40 bullet "How do we counter Oracle's maintenance



03:38:42 strategy in the" PeopleSoft "base?"
03:38:46 Do you know what that discussion
03:38:47 was?
03:38:48 A. I don't remember.
03:38:48 Q. Do you know -- regardless of this
03:38:50 event, do you know if SAP's position was with
03:38:55 respect to countering Oracle's maintenance
03:38:58 strategy in the PeopleSoft customer base?
03:39:00 A. I don't think we changed our
03:39:01 strategy in any significant manner.
03:39:04 Q. And was there any action taken with
03:39:06 regard to the next bullet point, "What are the
03:39:12 best strategies to keep Oracle out of SAP
03:39:14 installed base?"
03:39:14 THE REPORTER: (Interruption)
03:39:12 MR. PICKETT: "To keep Oracle out of
03:39:13 SAP installed base."
03:39:18 THE WITNESS:
03:39:18 A. More intense customer
03:39:20 relationships, stronger focus on customer
03:39:26 intimacy.
03:39:27 BY MR. PICKETT:
03:39:27 Q. Turn to the next page, please,
03:39:29 ending in 646.
03:39:34 "Oracle Cross-Selling Into

CERTIFICATE OF COURT REPORTER

I, Frederick Weiss, CSR, CM, do hereby certify that I took the stenotype notes of the foregoing deposition and that the transcript thereof is a true and accurate record transcribed to the best of my skill and ability.

I further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken, and that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially or otherwise interested in the outcome of the action.

Frederick Weiss

FREDERICK WEISS, CSR, CM

16.10.08

DATE