Walsh v. Apple, Inc. et al
Doc. 218 Att. 3

# Exhibit Q

Dockets.Justia.com



# Oracle Competitive Update

## 25 July 2006

Apollo, Marketing and Customer Operations, SAP AG

Strictly Confidential

THE BEST-RUN BUSINESSES RUN SAP

EXHIBIT 421
WIT: Kagermann
DATE: 9/25/08
FRANK BAS, RPR

# Oracle gets its act together...

Oracle Attack Points

| | |
|---|---|
| Selling Best of Breed & Safety Net | ■ Oracle offers customer best of breed software (e.g., Siebel for CRM) but with the stability of a large company and under the Fusion umbrella<br>■ Siebel achieved $81M in revenue which doubled Oracle expectations |
| Discounting Heavily | ■ Aggressive discounting (down to zero)<br>■ Win at any price over SAP (kill SAP)<br>■ Maintenance driven (give license away and based mainenance on list price)<br>■ Enterprise License Agreements based on customer metric, e.g. revenue (but recognized upfront) |
| Moving Focus Away from Fusion | ■ Less focus on Fusion and more "move when you're ready" messaging<br>■ Guaranteed "Fusion" clause in selected contracts<br>■ Fusion Middleware exceeded $1 billion in revenue |
| Offering Maintenance Options | ■ With Systime, targeting R/3 accounts<br>■ Reducing maintenance for PSFT accounts, by selling Oracle license & canceling PSFT maintenance<br>■ Application Unlimited |
| Push Cross & Up Selling | ■ Leveraging 30,000 customer base<br>■ Bringing MW AEs (440) into app clients (incl. SAP via database)<br>■ 19,000 Mid-Market customers<br>■ Continue to build & invest in their Sales force Applications – 2,760 & Database / middleware – 3,340 |
| Launch BPO offering | ■ Likely focus areas: HR & procurement<br>■ Verticals: public sector & financial services |
| Expand role of Linux | ■ Oracle seeing success with Unbreakable Linux campaign for DB<br>■ Oracle Validated Configuration |
| Increase International Expansion | ■ Shifting resources to China & India<br>■ Building 12 data centers overseas<br>■ Increasing capabilities in Germany |

**Continue to build investor confidence**
$4B share re-purchase over the next 4 quarters indicates level of internal confidence

**Continue to build market position**
$7.6B of cash & $4.3B in annual Free Cash Flow - can be used to buy market share and build further vertical focus

THE BEST-RUN BUSINESSES RUN SAP

Application new license revenue increased 83% to $641
Organic (excluding Siebel, but including PSFT & RETK) application growth was 50%
12 month application revenue continues to show organic decline (-8%) versus Q4 2004 for Oracle and its acquisitions*
Pent up demand and greater customer confidence are most likely drivers of application growth. Possibly also affected by better IT spending environment
Oracle employing short-term tactics that increased new application revenue at the expense of profit margins
- Increasing sales staff and lowering sales quotas to win market share while encouraging staff retention
- Formalized heavy discounting to large accounts with Enterprise License Agreement
Announcement of Applications Unlimited made customers more comfortable and helped overcome "wait-and-see"

## Objectives For This Discussion

- **Review Oracle strengths, strategies and tactics moving into their new fiscal year**
- **Discuss Oracle sales execution strategies and response**



“

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY SAP-OR00018640

# Oracle Is Coming Strong Into Its FY '07
## What Does Oracle Need To Do Next?

**Oracle's strong growth gains them respect, but market not 100% convinced**

"We are keeping one foot off the bullish bandwagon as it is difficult to predict whether this is really a shift in market momentum toward Oracle or the result of a very motivated sales force and stabilization in apps business after acquisitions…"
Citibank 6/22/06

**What does Oracle need to do next?**

### Continue to build customer confidence around applications

- Applications Unlimited spurring customers to purchase now
- Warmer reception leads to up-sell and cross-sell opportunities within 30k+ customer base
- However, given onetime incentives to sales force and focus on larger deals, momentum difficult to maintain

### Continue to build market position

- $7.6B of cash & $4.3B in annual Free Cash Flow - can be used to buy share, build vertical focus
- Margin leeway to maintain heavy price incentives

### Continue to build investor confidence

- $4B share re-purchase over the next 4 quarters indicates level of internal confidence; strong sign they believe stock is TRULY undervalued

**Oracle likely to think that two strong quarters in a row, combined with perceived weak SAP quarter, will *erase MOST doubt* about its ability to Execute!**

Source: Apollo Analysis



"

# Where Is Oracle Doing Well? (I)
## Most Success Against SAP For Deals Ranging Between $500k - $1 Mil

**Q2 '06 *Four Quarter* Win Rate By Region & Deal Size**




*Oracle Traction* Where SAP win rate <65%

**Data likely under represents deals <$100K and is direct sales only**

(1) Deal figure is total competitive deals between SAP and Oracle, regardless of winner. (e.g., 715 deals in which SAP and Oracle competed)
Note: All deal sizes in USD (OOO). Includes all deals from Q3 2005 through Q2 2006. 28 deals could not be assigned to specific regions.
Source: Apollo analysis, SAP Corporate Controlling Data



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY SAP-OR00018642

# Where Is Oracle Doing Well? (II)
## Most Success Against SAP In Public Sector, Banking & Insurance




(#) Number of deals SAP invited to - Q3 '05 – Q2 '06

Note: Does not show Industries where deals made up <2% of all deals; bubbles where it appears that two industries are listed had similar win rates and # of deals and thus overlap

Source: Apollo analysis, SAP Corporate Controlling Data



“

# Oracle Retreating From Fusion Messaging, Focus On "Best Of Breed"/Brand Platform

**Oracle Attack Points**

### Moving Focus Away from Fusion

**Description & Examples**

- Less focus on Fusion and more "move when you're ready" messaging
- Applications Unlimited – customer confidence in continued support of application leads to further sales

Target?




### Selling Best of Breed & Safety Net

- Oracle offers customer best of breed software (e.g., Siebel for CRM) but with the stability of a large company

Target?




**Discussion Points**

- How should SAP position itself against a vendor who sells an integrated Brand Platform with BoB components?
- Focus discussion on evolution versus revolution?

Source: Infoworld, Oracle earnings announcement, CMI, Apollo Strategy analysis, Field Discussions



"

# Oracle Wants To Undercut SAP On Both License And Maintenance Deals

**Oracle Attack Points**

## Discounting Heavily

**Description & Examples**

- Aggressive discounting to maintain acquired customer base – formalized with Enterprise Licensing Program
- Offers of free software in order to win deals and establish foothold
- In Retail: Oracle offering Enterprise License Agreements that price suite as "All-You-Can-Eat" based on one metric( e.g., rev)

Target?




**Discussion Points**

- More aggressive discounting and price competition (e.g., lose sale versus price war?)
- Test new pricing scenarios that offer customers options that fit their needs

## Offering Maintenance Options

**Description & Examples**

- With Systime, targeting R/3 accounts
- Reducing maintenance for PSFT accounts, by selling Oracle license & canceling PSFT maintenance

Target?




**Discussion Points**

- How do we counter Oracle's maintenance strategy in the PSFT customer base?
- What are the best strategies to keep Oracle out of SAP installed base?

Source: Infoworld, Oracle earnings announcement, CMI, Apollo Strategy analysis, Field Discussions



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY SAP-OR00018645

# Oracle Cross-Selling Into Installed Base & Leverage Linux Advantage Into Applications

**Oracle Attack Points**

## Push Cross & Up Selling

**Description & Examples**

- Leveraging 30,000 customer base
- Bringing Fusion Middleware AEs into app clients
  - "Peoplesoft runs better on Fusion Middleware"
- Fusion Middleware eases PSFT & JDE interface

Target?




**Discussion Points**

- Identify & target deal opportunities in Oracle installed base
  - Apollo database
  - Safe Passage 2.0
  - Hard offers on license credit, maintenance and services
  - Partner bundles?

## Expand role of Linux

**Description & Examples**

- Oracle working against perceived SAP Linux weakness
- Oracle seeing success with Unbreakable Linux campaign for DB; likely push to apps
- Oracle influencing development of Linux; optimized for its Suite

Target?




**Discussion Points**

Explore RedHat or Novell Linux / App bundle; Customers want to jointly consider OS & Apps purchase. Bundle would:

- Push sale through Novell or Red Hat partner
- An option to use this as a vehicle to open source some of our code or retain our IP

Source: Infoworld, Oracle earnings announcement, CMI, Apollo Strategy analysis, Field Discussions



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY SAP-OR00018646

# Moving Forward, Oracle Launching BPO Offering & Optimize SME Cost Structure

**Oracle Attack Points**

## Launch BPO offering

**Description & Examples**

- Likely focus areas: HR & procurement
- Verticals: public sector & financial services

Target?




**Discussion Points**

- Expand horizontal (e.g., payment processing, transportation admin) and vertical (e.g., public services, financial services) offerings
- Are their additional partnerships and partner offerings we should consider?

## Optimize Cost Structure

**Description & Examples**

- Outsource SME channel management to Avnet
- Shifting resources to China & India
- Machiavellian staffing – fire and hire as needed

Target?




**Discussion Points**

- Continue to optimize our cost structure, especially to compete in SME. However, recognize Oracle cost structure is tied to a company culture tradeoff

Source: Infoworld, Oracle earnings announcement, CMI, Apollo Strategy analysis, Field Discussions



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY SAP-OR00018647

# Oracle Sales Execution: Focused Field Resources

- Oracle deployed ASAP (Attack SAP) Teams
  - Western, Central and Eastern regions of the U.S.
  - EMEA and APA
- Proactively hunting for deals in SAP accounts
- Front-line Support in Competitive Deals
- Compensated Based on Wins and Reduction of License in Losses

> ORACLE SALES EMAIL (shared by customer)
> On Thursday and Friday of this week. We will go to battle against SAP at Dana in Toledo. An SAP friendly CIO wants to do a bake-off.
> We have a compelling full frontal presentation on 'Why Oracle' ?
> We are providing insights that they may otherwise not have.
> We answer the fusion and TCO FUD from SAP head-on.
> We present the Oracle differentiators against SAP in a full frontal discussion
> One key learning continues to be to prepare in advance and rehearse well. We cannot 'wing it' anymore.
> Another reason that this is very noteworthy, is that after Dana, we are turning the heat on SAP at all other automotive accounts.
> I will ask all of you to learn from this and adapt to your situations.
> Be Deliberate, Be Prepared.

December 1st 2005
Loss To Oracle At Dana

> From a competitive standpoint, we had 266 wins in the quarter over SAP in Q4. This fiscal year, we had 585 wins over SAP. Additionally, 127 new Off SAP responses.
>
> -Oracle Co-President Safra Catz Q4 Earnings Call

## Solution: Embedded Oracle Sales Specialists

# Highly Trained Embedded Resources

Oracle Hunters

Safe Passage Pipeline Builder

Database Migration Focused

Upfront Positioning to De-position Oracle in Highly Contested Deals

Responsible For Attacking Oracle Revenue Across The Board

# Results

'In-Theatre' Focused Soldier for Winning Against Oracle

Managed Safe Passage Pipeline and Forecasting

Database Migration For SAP Customers

Local Reps Armed With Latest Tactics and Strategies

Visibility and Focus Into Oracle Sales Moves Across The Globe

*3-5 Headcount Per Region*
**Apollo builds infrastructure and provides team training**
**Quota Set Equal To Mid-Level Account Rep**



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY SAP-OR00018649

# Timeline For Execution



# Discussion?



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY SAP-OR00018651