Walsh v. Apple, Inc. et al
Doc. 218 Att. 5

# Exhibit R

Dockets.Justia.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

--o0o--

| | |
|---|---|
| ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation, | |
| Plaintiffs, | |
| vs. | No. 07-CV-1658 (PJH) |
| SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive, | |
| Defendants. | |

DEPOSITION OF

ARLEN R. SHENKMAN

WEDNESDAY, JUNE 4, 2008

VOLUME 1; PAGES 1 - 320

HIGHLY CONFIDENTIAL

REPORTED BY: HOLLY THUMAN, CSR No. 6834, RMR, CRR

(1-409543)

Page 42

09:56:56 A. Because I don't know what you mean.
09:56:59 Q. So SAP doesn't care how TomorrowNow
09:57:01 provided service to its customers? Is that what
09:57:05 you're saying?
09:57:05 A. No, I'm not saying that.
09:57:07 Q. Well, it either cares or it doesn't care.
09:57:09 And you're free to answer either way.
09:57:11 A. It cares about the business model.
09:57:13 Q. Does the business model include the method
09:57:15 by which they provide service to their customers?
09:57:19 MR. McDONELL: Vague and ambiguous.
09:57:20 THE WITNESS: It includes the services they
09:57:21 provide to their customers.
09:57:22 MR. PICKETT: Q. And you would want to
09:57:23 understand that fully, wouldn't you?
09:57:25 MR. McDONELL: Vague and ambiguous.
09:57:26 THE WITNESS: Yes.
09:57:27 MR. PICKETT: Q. Before you paid millions
09:57:28 and millions of dollars for them. Correct?
09:57:30 MR. McDONELL: Argumentative.
09:57:30 THE WITNESS: I wouldn't say that.
09:57:32 MR. PICKETT: Q. Why not?
09:57:32 A. Because in the scope of -- the business is
09:57:35 a very small business.
09:57:37 Q. So $8 million is no big deal to SAP?

Page 43

09:57:40 MR. McDONELL: Argumentative.
09:57:41 THE WITNESS: I think that any time you
09:57:43 look at the economics of a transaction, you have to
09:57:45 look at the size of a company and how large that
09:57:47 acquisition is in relation to the organization.
09:57:49 MR. PICKETT: Q. And in relation to your
09:57:50 need to understand what they were doing?
09:57:54 A. Certainly, the size of the business would
09:57:57 affect its materiality and how deeply you understood
09:58:00 what they did.
09:58:02 Q. What was the source of SAP's information
09:58:05 about TomorrowNow's business?
09:58:10 A. It was from TomorrowNow.
09:58:14 Q. I'm sorry. I was -- it was my fault.
09:58:16 Prior to the initial contact with
09:58:19 TomorrowNow, what was the source of your
09:58:20 information?
09:58:21 A. The website.
09:58:27 Q. Were any outside or inside lawyers involved
09:58:31 at the time of the initial contact with TomorrowNow?
09:58:39 MR. McDONELL: Vague and ambiguous.
09:58:39 THE WITNESS: At the initial contact? Not
09:58:42 that I can recall.
09:58:44 MR. PICKETT: Q. When did counsel become
09:58:45 involved?

Page 44

09:58:49 A. Signing of the letter of intent.
09:58:52 Q. The term sheet at the end of the year?
09:58:56 A. Yes.
09:59:13 Q. When did you first have any contact with
09:59:15 TomorrowNow personnel?
09:59:19 A. I don't recall a specific date. It would
09:59:21 have been sometime before the end of the year.
09:59:24 Q. How did that transition from Mr. Mackey to
09:59:26 you?
09:59:28 A. So we would have -- after this email, we
09:59:30 would have probably -- we would have met with the
09:59:31 company, and there would have been a transition,
09:59:33 once we signed the letter of intent, to me.
09:59:40 Q. Was there any intent on the part of SAP AG
09:59:45 at the time to hire service personnel who were
09:59:53 competent in PeopleSoft offerings, apart from
09:59:59 TomorrowNow?
10:00:00 A. Not that I recall.
10:00:16 Q. What does -- did Kimon eat Wallace mean?
10:00:21 A. I'm sorry?
10:00:22 Q. What does Kimon, K-I-M-O-N, eat Wallace
10:00:26 mean?
10:00:27 A. That's our outside lawyer.
10:00:30 Q. Kimon is the outside lawyer?
10:00:32 A. Yes.

Page 45

10:00:33 Q. And what does that phrase mean?
10:00:34 A. He's very large.
10:00:35 Q. So it's just some joke about his size?
10:00:39 A. It's a joke. It's just a joke.
10:00:45 Q. And the response, almost think Gary
10:00:47 stuttered us to sleep, means what?
10:00:52 A. I'm sure it's a joke. I don't recall.
10:00:53 Q. Who's Gary?
10:00:55 A. I don't know.
10:01:08 Q. What were the -- let's say the steps prior
10:01:12 to Christmas. I know you met right after Christmas
10:01:14 that year.
10:01:16 What happened in the few days between the
10:01:19 17th, the date of that last exhibit, and Christmas?
10:01:26 A. I don't specifically recall.
10:01:31 Q. Do you recall that there was a
10:01:32 nondisclosure agreement executed?
10:01:35 A. That would make sense.
10:01:37 Q. But you don't recall it?
10:01:39 A. I don't recall specifically executing it.
10:01:40 Q. Or its existence?
10:01:44 A. I have never been part of an acquisition
10:01:47 which didn't include a nondisclosure agreement.
10:02:26 MR. PICKETT: Let's mark next another email
10:02:29 chain as Exhibit 210. This is an email chain that

10:02:33 ends at the top of the page with an email from you
10:02:36 to Mr. Mackey dated December 22, 2004, Bates
10:02:40 numbers SAP-OR00912723 through -28.
10:02:49 (Deposition Exhibit 210 was marked for
10:02:51 identification.)
10:03:15 MR. PICKETT: Q. I'm going to sort of go
10:03:21 at this backwards, starting with the earliest email,
10:03:24 which appears on the Bates number ending in -728.
10:03:28 This is an email on December 15, from John
10:03:34 Zepecki to Shai Agassi. And you ultimately received
10:03:39 a copy of that email, did you not?
10:03:41 A. Yes.
10:03:44 Q. It states that Dennis suggested it would be
10:03:46 good to touch base with you.
10:03:48 Who's Dennis?
10:03:49 A. Dennis Moore.
10:03:49 Q. Moore?
10:03:50 A. Yes.
10:03:50 Q. Who is he?
10:03:52 A. He I believe was responsible for SAP mobile
10:03:59 applications.
10:04:16 Q. Remind me. Mr. Zepecki's relationship --
10:04:18 was Mr. Zepecki in support?
10:04:21 A. No. He worked for Shai.
10:04:23 Q. Oh, worked for Shai. Okay.



10:04:31 The second paragraph from Mr. Zepecki
10:04:34 states that: Two opportunities in regards to
10:04:36 capitalizing on the PeopleSoft/Oracle churn to get
10:04:39 more business for SAP.
10:04:41 What's your understanding of the
10:04:43 PeopleSoft/Oracle churn?
10:04:46 MR. McDONELL: Vague and ambiguous.
10:04:47 THE WITNESS: You mean, what do I think he
10:04:55 meant, or what's my interpretation of this
10:04:58 statement?
10:04:58 MR. PICKETT: Q. What's your
10:04:59 interpretation?
10:05:00 A. I think at the time there was an
10:05:02 expectation that customers would leave Oracle.
10:05:06 Q. How is that a churn?
10:05:09 A. In and out.
10:05:21 Q. The first opportunity is to try to freeze
10:05:25 upgrades. And Mr. Zepecki states that that could be
10:05:31 a vehicle to establish relationships, inroads into
10:05:35 PeopleSoft accounts, block Oracle's value
10:05:38 proposition for upgrades, and drive revenue for SAP.
10:05:41 Do you see that?
10:05:42 A. I do.
10:05:43 Q. Did you agree that those three benefits
10:05:47 could be achieved?



10:05:49 A. I don't think I had an opinion.
10:05:51 Q. Did anyone in SAP AG have an opinion on
10:05:55 that other than Mr. Zepecki?
10:05:57 A. I don't know.
10:05:57 Q. Well, what were your -- you're a 30(b) --
10:05:59 sorry.
10:06:00 What was SAP AG's view as to the benefit's
10:06:04 of providing third-party service for PeopleSoft
10:06:11 applications?
10:06:12 A. To provide services to PeopleSoft
10:06:17 customers.
10:06:18 Q. And what benefit would that give SAP?
10:06:20 A. It would give SAP the benefit of announcing
10:06:22 to the market that it could provide those services
10:06:24 to support the customers so they would know they
10:06:27 wouldn't have to upgrade to Oracle, and the economic
10:06:30 benefits of having those customers transition to
10:06:33 SAP.
10:06:34 Q. It would drive revenue for SAP, would it
10:06:35 not?
10:06:37 A. To the extent that they'd migrate to SAP,
10:06:39 yes.
10:06:39 Q. Well, you'd get both maintenance in the
10:06:42 short term and migration in the long term?
10:06:44 A. Maintenance in the short term is never a



10:06:46 driver.
10:06:53 Q. Do you see that Mr. Agassi responds, says,
10:06:56 the topics are very high interest, exclamation
10:06:59 point?
10:06:59 A. I see that.
10:07:00 Q. And you have no reason to doubt that?
10:07:02 A. No.
10:07:04 Q. And in response, Mr. Zepecki writes, on
10:07:10 December 21st, a fairly lengthy email which he
10:07:16 titles, PeopleSoft 1-2-3. Do you see that?
10:07:20 A. I do.
10:07:20 Q. And this -- when you were forwarded this
10:07:22 email, was that the first time you'd seen the
10:07:24 PeopleSoft 1-2-3 document?
10:07:26 A. To my recollection, yes.
10:07:27 Q. And that evolved into later versions, did
10:07:30 it not?
10:07:31 A. I believe that's correct.
10:07:31 Q. Do you know what PeopleSoft 1-2-3 meant?
10:07:33 A. No.
10:07:47 Q. The second page of the PeopleSoft 1-2-3
10:07:54 email, which is on the Bates number ending 727, at
10:07:59 the bottom paragraph, Oracle's Plans, it states: I
10:08:04 am been told that January 14th is when Oracle will
10:08:07 do a round of layoffs.

Newton Square, PA
______________, ~~California~~, this 1st day of July 2008.

ARLEN R. SHENKMAN



99e8f870-3a6a-4b2e-a960-04df4740fd48

CERTIFICATE OF REPORTER

I, HOLLY THUMAN, a Certified Shorthand Reporter, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause; that said deposition was taken down in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

That before completion of the deposition, review of the transcript [X] was [ ] was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

DATED 6/9/08

[signature]

HOLLY THUMAN, CSR No. 6834

# Exhibit S

Message

From: Shenkman, Arlen [/O=SAP/OU=AMERICA1/CN=RECIPIENTS/CN=000000225832]
Sent: 12/22/2004 9:16:08 AM
To: Mackey, James [/O=SAP/OU=AMERICA1/CN=RECIPIENTS/CN=000000065459]
Subject: RE: Peoplesoft 1-2-3

I am going to call John this morning to go over some DD questions we will need to cover next week. Any objection to inviting John for a portion of our meetings next week or offering to patch him in via teleconference to cover some of the operational issues he described below?

-----Original Message-----
From: Mackey, James
Sent: Wednesday, December 22, 2004 8:32 AM
To: Shenkman, Arlen
Subject: Fw: Peoplesoft 1-2-3

Fyi

-----Original Message-----
From: Agassi, Shai <shai.agassi@sap.com>
To: Oswald, Gerhard <gerhard.oswald@sap.com>; Mackey, James <james.mackey@sap.com>
Sent: Wed Dec 22 01:57:22 2004
Subject: Fw: Peoplesoft 1-2-3

Please read the following email trail. It contains a recipe for how to move forward with PSFT plan. I recommend you connect your respective teams with John and we should move on hiring the names he mentioned immediately!

S
================================
I am not rude, I am on a blackberry

-----Original Message-----
From: Zepecki, John <john.zepecki@sap.com>
To: Agassi, Shai <shai.agassi@sap.com>
Sent: Tue Dec 21 12:44:58 2004
Subject: RE: Peoplesoft 1-2-3

Shenkman
Exhibit 210
6.4.08
Holly Thuman, CSR

Shai,

Thanks. The Jan 5th event is a good idea - Oracle and PSFT did similar events in 1994 when ASK was bought by CA.

Here are some answers to your questions below. If you need something from me, please let me know. Regards, Johnz

1. I don't know much about TomorrowNow or their delivery capability. The founders seem to be mostly ex-services people who did upgrades. The new VP of Sales worked for me for a short while, but was marketing portal at that point in time. I cannot easily check up on the Tnow guys without it being very obvious why I might be checking up on them.

I thought TomorrowNow's niche was to support PSFT 7.5 releases that were now unsupported by Peoplesoft. Ramping to support PSFT 8 and JDE products may be an opportunistic move with Oracle taking over.

Look at volumes of fixes delivered, releases supported, etc. would be valuable information and say a lot about how capable this company is. I am not sure where the bulk of TomorrowNow's people are - looks like Texas with recent expansion in Pleasanton. If the core team is outside Pleasanton, it makes this company a lot less attractive.

It is not entirely clear to me that the time to market advantage that TomorrowNow offers. Or if this advantage is worth the dollars and effort of a acquisition. In either the build mode or buy mode, integration with SAP's infrastructure is going to be a big challenge. And there will definitely be a further ramp up, so managing ramp up and integration at the same time is a double challenge.

If there is a capable person driving a ground up operation with no history to contend with, it may be easier or at least have fewer moving parts to contend with. It really depends on how strong TomorrowNow's process and people are. The Peoplesoft Bangalore Service Center run by Hexaware might be another option to ramp up quickly. Due diligence on TomorrowNow would make this clear pretty fast.

I am not sure how TomorrowNow gets access to Peoplesoft software, but its very likely that TomorrowNow is using the software outside the contractual use rights granted to them and these use rights could be terminated by Oracle. SAP working with a 3rd party like IBM or Accenture or a large SAP customers might be a cleaner legal arrangement. The issue to resolve is how to package software updates probably more than access to the software itself. I have been told that SAP hired a guy named Scott Trainor from PSFT into the SAP legal department who may have some insight in this area.

2. I agree that this one is step 2, but I wanted to get it on your radar. I do think getting at least a couple of things to market by end of 2005 has a lot of value. Oracle will figure it out eventually and being ahead is helpful.

Overcoming SAP's reputation for complexity and poor usability is going to take some effort, add on products are an easier sell than a coexistence/migration program. In support of the coexistence mode you mentioned in regards to upgrade, some new solutions (even light ones) might good a long way in supporting the upgrade effort.

3. Because almost all HR data is date/timestamped, running a coexistence mode is possible. With an ETL type approach, moving delta data between systems is pretty viable - conceptually there are some similarities to a data warehouse project. Leveraging a generic ETL like Ascential makes it much easier to build this type of solution.

I can think of a few different scenarios to approach this problem, but we should think about the goals. Selling to IT would be one type of approach, selling to HR LOB would be a different approach, etc. Some feedback from SAP customers (not just IT, but LOB as well) would be helpful. I will think more about this one, but it's a bigger discussion/hard via email. Now on the names.

Naghi Prasad ran the data warehouse team for me (around 75 people in 3 geographies) for about 2 years. Naghi is a great guy, strong background in analytics, MIT PhD. I have a very good relationship with Naghi.

Naghi knows how to getting a start up type project running and knows technology very well. Oracle has no packaged data warehouse, its likely that his team is laid off or misplaced in next couple weeks. Naghi is ex Oracle has no interest in staying at Oracle for the long term.

Naghi could make this type of effort happen. There are 4-6 people who currently work for Naghi who know either HR data models or PSFT business concepts were well. It would not be hard for Naghi to bring in this talent. Building a team in a low cost country to build ETL maps is something Naghi did in the past 18 months.

Sai Kalur is the HCM upgrade lead. I don't know him personally, but Sai is well thought of. Sai would be very valuable in this type of effort.

There are a handful of HCM architects/experts - Dmitiry Smirnoff, Ralf Schroeder - both in Munich, Russell Haliburton - in Texas, Virginia Wolfe - in Seattle area, Sandy Bishop who understand how the HCM system is constructed and how it works. Pulling in two to three of these people to architect the coexistence mode would be extremely helpful. The diverse locations of this group makes things harder, but getting less capable people has its challenges as well.

Alan Bouris drove operations/execution/project office for my team the last two years. He could construct a program/process to make something like this go in an organized way.

---

From: Agassi, Shai
Sent: Tuesday, Dec 21, 2004 1:33 AM
To: Zepecki, John
Subject: RE: Peoplesoft 1-2-3

John,

Well thought out!

1. We are in discussions with TomorrowNow for an immediate acquisition; we may even sign a term sheet by year end. How good are they? What more do you know about them? We will target Catherine immediately. If we buy TomorrowNow, we will continue to use their offices in Pleasenton to manage the PSFT effort.
2. we should do, but much more of a long term proposition. We can have it go more mainstream if we execute well on #1
3. We should investigate this further. We need a plan that allows the customer to run PSFT HR next to SAP HR for a period of time. Have data somehow magically show up in both systems and transition only after a period of comfort. To a certain degree we will compare our migration plan to Oracle's not to running PSFT unchanged. Find me some valuable talent for that direction and we should interview them immediately.

Finally, we are planning a recruiting event on Jan 5th, start spreading the word, that SAP will be hiring top talent after new year.

S

---

From: Zepecki, John
Sent: Tuesday, December 21, 2004 3:58 AM
To: Agassi, Shai

Subject: Peoplesoft 1-2-3

Shai,

I pulled together some thoughts on Peoplesoft opportunities (see attached documents below about ten pages in length). Here's a relatively brief summary email as well. Please let me know your thoughts here and/or next steps. There is a pretty short window of opportunity to easily attract talent.

Thanks and regards, Johnz

<< File: Peoplesoft 1-2-3 12 20 04.doc >>

Step 1 - Offer support/maintenance to Peoplesoft customers.

I am not sure how broadly you envisioned this program, but supporting all product lines and system landscapes would be difficult/expensive. Targeting heavily used modules in HCM and Financials is more viable at least to start and has the most attractive customers. There is a group called TomorrowNow offering JD Edwards support for some time that might be a good subcontractor to allow SAP to focus on larger customers, but still support all product families.

To lead this type of effort, Tom Shields (ran HR development, now runs GSC/Sydney site) would be ideal. Geography (he will not move from Sydney) is a problem, but he might work as a person to ramp it up. Tom is well respected and known, he could really help to find and attract talent.

Catherine Jensen runs support for the HCM product line. She has experience running level 1/2/3 and is pretty strong. At the next level down, there are many capable people with specific domain expertise. Most Peoplesoft managers and developers did new development and maintenance.

If the scope of support is clear and Oracle lays people off or treats people badly, building a hiring plan could be done pretty quickly. It should be possible to recruit Peoplesoft trained people in Bangalore as well. Getting a focus and getting some key leaders in place soon is the critical success factor, then there probably is ample talent to go after.

Opening an office in Pleasanton would be a huge win for recruiting and helping to support this initiative. The time window to determine scope of support, establish funding/business model, and establish leadership is short. By end of Q1 2005, it will be difficult to get critical mass and executing on this effort would require a sizable investment of people.

Step 2 - Integrate existing xApps and create new xApps/composites that integrate with Peoplesoft product

If Oracle delivers ten years of support for existing Peoplesoft products, the Peoplesoft installed base will freeze. Most customers will wait before deciding to upgrade and/or deploy custom or point solutions to augment the core transactional systems. SAP has an opportunity to deploy existing xApps and create new xApps to the Peoplesoft installed base. Aside from helping to capture the Peoplesoft customer base and providing functionality that further discourage upgrade to a new Peoplesoft version, there is incremental revenue to be made. Over time the ultimate goal is to drive upgrade to mySAP, but realistically selling add on applications for three to five years is the best and most straightforward revenue opportunity.

Eventually Oracle may figure out that offering composite processes in the eBizSuite that integrates to deployed Peoplesoft applications is much easier than driving upgrades. I would estimate that Oracle takes at least a year or more to understand this reality. SAP has the ability to develop new solutions, seed Netweaver and the SAP footprint, and drive revenue. Many of the solutions that would be attractive to Peoplesoft customers probably fit into an SAP roadmap.

Attracting domain experts to support this initiative is possible as well. The solution areas of interest would drive the list of people to go after. Vishal mentioned that Services Procurement is of some interest - I can highly recommend some functional experts and architects in this area.

Step 3 - Provide upgrade from Peoplesoft to SAP

Peoplesoft was shifting to leverage Ascential's DataStage as the data migration engine for application upgrade. HCM 8.9 released this month was the first application to leverage this approach. The "A to B" upgrade essentially is a new install and data is migrated/converted from system A (old version) to system B (new version). A customer would have to manually reconcile and migrate any customizations.

Peoplesoft's previous approach was to upgrade "in place" or to convert a system to the new version without a new install (i.e. like SAP). As Peoplesoft applications and PeopleTools grew more complex and customers "skipped" entire versions of software (i.e. go from HR 8 to HR 8.8 and skip HR 8.4 completely), the traditional approach was becoming more and more problematic.

It remains to be seen whether Oracle continues this type of upgrade. Changing courses would delay upgrade availability significantly for HCM 8.9 and Q1 05 planned releases. Regardless, SAP could create its own A to B upgrade maps where "A" is a Peoplesoft version and "B" is mySAP. Most of the ETL maps are simple in nature and could be done in a low cost country (Peoplesoft used this labor pool too). The more complex maps would require domain experts from both Peoplesoft and SAP to map both data and business concepts.

On the talent side, the understanding of the data models and business concepts in Peoplesoft systems is hard to find. The EPM data warehouse team I ran had experts in Peoplesoft's data models (including JDE models) and core Peoplesoft business concepts.

I had a very capable manager (Naghi Prasad) and project manager (Alan Bouris) who could drive an initiative in this area. Oracle does not offer packaged warehouse solutions in the same way as Peoplesoft, I am not sure that this team avoids layoffs or could be placed badly in the Oracle organization. There may be an opportunity to pick up as much of this team as is desired.

Oracle's Plans
I am been told that January 14th is when Oracle will do a round of layoffs. The general expectation is that G&A functions along with bottom 25% will receive notice. There are some groups that do not have a logical home within Oracle (like the analytics group that I ran), so its possible that there are broader cuts in mid January. Many people are long time employees who would happily take a severance package if they had a job lined up - that is easier said than done in the East Bay without adding a major commute.

---

From: Agassi, Shai

Sent: Wednesday, Dec 15, 2004 17:33 PM
To: Zepecki, John
Subject: RE: Two Peoplesoft related items

The topics are of very high interest!

I also need names for the top service people at PSFT. We would like to take them over (maintenance conversion).

s

---

From: Zepecki, John
Sent: Wednesday, December 15, 2004 8:13 PM
To: Agassi, Shai
Subject: Two Peoplesoft related items

Shai,

Dennis suggested that it would good to touch base with you on a couple of opportunities/ideas that Dennis and I discussed briefly earlier this week. Now that Oracle has bought Peoplesoft officially, moving the Peoplesoft/JDE installed base to SAP instead of Oracle Ebiz suite is an obvious opportunity for SAP. Second one is related to PSFT talent that will soon be available.

Two opportunities in regards to capitalizing on the PSFT/Oracle churn to get more business for SAP. First opportunity is to try to freeze upgrades with some HR oriented composites that integrate to previous Peoplesoft versions. These solutions could be a vehicle to establish relationships/inroads into PSFT accounts, block Oracle's value proposition for upgrades, and drive revenue for SAP.

Second opportunity is to catch PSFT customers at the upgrade phase. Peoplesoft was rolling out a new upgrade methodology based on Ascential's ETL technology (which is not proprietary) that makes it more straightforward to create a packaged upgrade from PSFT to SAP. I know a bit about Igor's work in this area. I do have some additional insight in this area that might be helpful in establishing a program in this area.

I can elaborate more on either of these topics if they are of further interest, please let me know. In the Oracle fallout, there will be some interesting high caliber people will be looking for a new home (including some ex-Baan/Skillsvillage people). If there is the ability to create some opportunities for the right talent or talents with certain backgrounds/expertise, please let me know.

Thanks and regards,
Johnz

# Exhibit T

| Customer Name | End Date |
|---|---|
| **APAC** | |
| **EMEA** | |
| ACO Produits Polymeres S.A. | 03/31/2007 |
| ACO Produits Polymeres S.A. | 03/31/2007 |
| ACO Produits Polymeres S.A. | 03/31/2007 |
| Bacup Shoe Company Limited | 04/21/2006 |
| Bacup Shoe Company Limited | 04/21/2006 |
| BrainLAB AG | |
| BrainLAB AG | |
| BrainLAB AG | |
| Coors Brewers Limited | 01/31/2006 |
| Electrolux IT Solutions AB | 10/31/2006 |
| Electrolux IT Solutions AB | 10/31/2006 |
| Hyundai Motor (UK) Limited | 04/01/2006 |
| Hyundai Motor (UK) Limited | 04/01/2006 |
| IMCD Group | 01/31/2006 |
| IMCD Group | 01/31/2006 |
| IMCD Group | 01/31/2006 |
| LogicaCMG UK Limited (for InBev UK Limited) | 12/31/2006 |
| LogicaCMG UK Limited (for InBev UK Limited) | 12/31/2006 |
| Oce-Technologies B.V. | 01/31/2007 |
| Oce-Technologies B.V. | 12/31/2008 |
| Oce-Technologies B.V. | 01/31/2007 |
| Praxair | 01/07/2005 |
| Praxair | 01/07/2005 |
| Praxair | 01/07/2005 |
| Westcode Semiconductors Limited | 06/30/2007 |
| Westcode Semiconductors Limited | 06/30/2007 |
| Westcode Semiconductors Limited | 06/30/2007 |
| WorldTex, Inc. | 10/31/2005 |
| WorldTex, Inc. | 10/31/2005 |
| WorldTex, Inc. | 10/31/2005 |
| Yazaki (Europe) Limited | 03/31/2005 |
| Yazaki (Europe) Limited | 03/31/2005 |
| Yazaki (Europe) Limited | 03/31/2005 |
| **LATAM** | |
| **NAMERICA** | |

| Customer Name | End Date |
| --- | --- |
| **APAC** | |
| **EMEA** | |
| DHL Container Logistics (UK) Limited | 10/31/2006 |
| DHL Container Logistics (UK) Limited | 10/31/2006 |
| Durr | 12/31/2005 |
| Durr | 12/31/2005 |
| Durr | 12/31/2005 |
| Durr | 12/31/2005 |
| Electrolux IT Solutions AB | 09/18/2006 |
| Electrolux IT Solutions AB | 10/31/2006 |
| Electrolux IT Solutions AB | 10/31/2006 |
| Gruppo GALBANI S.p.A | 12/31/2005 |
| Gruppo GALBANI S.p.A | 12/31/2005 |
| Harley Davidson, Inc. | 12/31/2006 |
| Harley Davidson, Inc. | 12/31/2006 |
| Herbert Waldmann Lichttechnik GmbH | 12/31/2006 |
| Merck & Company, Inc. | 12/31/2006 |
| Merck & Company, Inc. | 12/31/2006 |
| Oce-Technologies B.V. | 01/31/2007 |
| Oce-Technologies B.V. | 01/31/2007 |
| Oce-Technologies B.V. | 01/31/2007 |
| Rockwood Pigments (UK) | 12/31/2006 |
| Ronis S.A.S. | 10/31/2006 |
| Ronis S.A.S. | 10/31/2006 |
| Ronis S.A.S. | 10/31/2006 |
| Rotkaeppchen Sektkellerei GmbH | 03/31/2006 |
| Rotkaeppchen Sektkellerei GmbH | 03/31/2006 |
| Seven Seas Limited | 07/31/2006 |
| Seven Seas Limited | 07/31/2006 |
| Seven Seas Limited | 07/31/2006 |
| VSM Group | 12/31/2006 |
| VSM Group | 12/31/2006 |
| **LATAM** | |
| **NAMERICA** | |