**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date: November 25, 2008

Case No: **C-07-01658 PJH (EDL)**

Case Name: **ORACLE CORPORATION v. SAP AG, et al**

Attorneys: Pltf: Donn Pickett, Zachary Alinder Holly House, Jennifer Gloss
Deft: Jason McDonell, Scott W. Cowan, Jane Froyd

Deputy Clerk: Lili M. Harrell

FTR Digital Recorder: 2:05pm - 3:25pm
(Time: 1 hour 20 min)

**PROCEEDINGS:**

- Further Discovery Conference held

**ORDERED AFTER HEARING:**

- Further Discovery Conference set for 1/8/09 at 2:00pm. Joint status conference statement due 1/5/09.
- Further Discovery Conferences scheduled for 2:00pm on 2/17/09, 3/31/09 and 5/5/09, with statements due one week prior to the conference.

**Order to be prepared by:** [] Plntf [] Deft [X] Court

**Case continued to:**

**Notes:**

cc:

Dockets.Justia.com