Walsh v. Apple, Inc. et al Doc. 229

BINGHAM

Zachary J. Alinder
Direct Phone: (415) 393-2226
Direct Fax: (415) 393-2286
zachary.alinder@bingham.com

January 14, 2009

**VIA ELECTRONIC FILING**

The Honorable Elizabeth D. Laporte
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102
Courtroom E, 15th Floor

**Re: *Oracle USA, Inc., et al. v. SAP AG, et al.*, Case No. 07-CV-1658**

Dear Judge Laporte:

Consistent with the Court's guidance at the January 8th Discovery Conference, the parties have met and conferred concerning an agreed briefing schedule for the motions to compel, which have been set for hearing before this Court on February 10th. Accordingly, the parties jointly submit the following agreed briefing schedule:

- The parties shall file any opening papers on or before January 15th
- The parties shall file any opposition papers on or before January 23rd
- The parties shall file any reply papers on or before January 27th

Respectfully submitted,

Zachary J. Alinder

cc: Jason McDonell, Esq.
Scott Cowan, Esq.
Geoff Howard, Esq.
Holly House, Esq.

Boston
Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Walnut Creek
Washington

Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA
94111-4067

T 415.393.2000
F 415.393.2286
bingham.com

Dockets.Justia.com