Walsh v. Apple, Inc. et al Doc. 233

BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway
M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506-4846
Facsimile: (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International Corporation, and
Oracle EMEA Limited

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>Plaintiffs,<br>v.<br><br>SAP AG, *et al.*,<br><br>Defendants. | CASE NO. 07-CV-01658 PJH (EDL)<br><br>**APPENDIX A TO MOTION TO COMPEL PRODUCTION OF DOCUMENTS, ANSWERS TO INTERROGATORIES, AND RULE 30(b)(6) TESTIMONY RELATED TO HYPERION, RETEK, AND EBS PRODUCTS** |



Dockets.Justia.com

## REQUESTS FOR PRODUCTION TO ALL DEFENDANTS

**REQUEST FOR PRODUCTION NO. 2:**

All Documents relating to any plans, proposals, projects, or discussions by or between any Defendant(s) relating to SAP TN's potential or actual provision of software support services for Oracle-branded software applications, including without limitation Siebel, Retek, Hyperion, and eBusiness Suite.

**REQUEST FOR PRODUCTION NO. 5:**

All Communications between any Defendant and any Defendant's actual or potential Customers relating to SAP TN's Business Model, including without limitation all Communications relating to the legality of SAP TN's Business Model, and to how SAP TN was able to or planned to make its service and/or support offerings on any Oracle-branded software applications, including PeopleSoft, JD Edwards, Siebel, Retek, Hyperion, and eBusiness Suites..

**REQUEST FOR PRODUCTION NO. 9:**

Remote access for inspection to, and forensic copies of, any Oracle software application in Defendants' possession, custody, or control other than PeopleSoft or JDE software applications, including without limitation Siebel, eBusiness Suite, Hyperion, or Retek software applications.

**REQUEST FOR PRODUCTION NO. 12:**

All Documents relating to any Defendants' competitive intelligence or analyses with regard to Oracle, any Oracle-branded software application, or support services for any Oracle-branded software application, including Communications, market analyses, projections, presentations, or reports.

**REQUEST FOR PRODUCTION NO. 18:**

Pro-formas and forecasts (and any assumptions, analyses, and financial back-up) for sales, revenue, and profits for (a) any aspect of the Safe Passage program, (b) SAP TN's expected contributions to the Safe Passage program (including anticipated service revenues and assistance in driving applications sales), and (c) SAP TN's software support services for any

Oracle-branded software applications (including without limitation PeopleSoft, JD Edwards, eBusiness Suite, Retek, and Hyperion) and any follow-on sales or licenses (e.g., future applications sales or licenses) projected in connection with SAP TN's offering of such software support services.

**<u>REQUEST FOR PRODUCTION NO. 19</u>:**

All relevant draft or final business cases (and any assumptions, analyses, and financial back-up), including but not limited to those related to the SAP TN acquisition or to any proposed expansions of SAP TN software support services to any Oracle-branded software applications.

**<u>REQUEST FOR PRODUCTION NO. 24</u>:**

Documents sufficient to show the monthly and yearly amounts spent by SAP AG, SAP America, and SAP TN on research and development at SAP TN for any purpose, including without limitation support services, software applications, Updates/Fixes, and Software and Support Materials.

**<u>REQUEST FOR PRODUCTION NO. 25</u>:**

All Documents discussing, analyzing, or otherwise relating to whether or when former PeopleSoft, J.D. Edwards, Siebel, Hyperion, or Retek customers would become or stay Oracle customers after Oracle's acquisitions of those companies, including all Documents discussing, analyzing, or otherwise relating to whether or when any such customers might become SAP TN or SAP customers and what types of goods or services any were likely to purchase.

**<u>REQUEST FOR PRODUCTION NO. 26</u>:**

All Documents analyzing or assigning any kind of assumed per-customer value to any actual or potential former Siebel, Hyperion, or Retek customers, whether as purchasers of services from SAP TN, or as purchasers of goods or services from SAP.

**<u>REQUEST FOR PRODUCTION NO. 29</u>:**

A forensic copy of each Local Environment, and each Update/Fix, created, duplicated, modified, or otherwise Used by any Defendant.

**<u>REQUEST FOR PRODUCTION NO. 30</u>:**

All Documents relating to each Local Environment and each Update/Fix created,

duplicated, modified, or otherwise Used by any Defendant, including without limitation all Communications with any Customer or potential future customer relating to Local Environments or Updates/Fixes.

**<u>REQUEST FOR PRODUCTION NO. 31</u>:**

All Documents relating to the creation or development of any plan, process, policy, or technique for creating, duplicating, modifying, or otherwise Using Local Environments or Updates/Fixes.

**<u>REQUEST FOR PRODUCTION NO. 34</u>:**

All Documents relating to any Defendant's past, present, and future efforts and plans to use Local Environments or Updates/Fixes in connection with providing services or selling goods to Customers or prospective future customers.

**<u>REQUEST FOR PRODUCTION NO. 42</u>:**

All Documents relating to SAP TN's support of Siebel, Retek, Hyperion, and eBusiness suite products, including without limitation marketing and sales of those support services, downloads of the Software and Support Materials from Customer Connection, and delivery of those support materials to any Customer.

**<u>REQUEST FOR PRODUCTION NO. 43</u>:**

All Documents relating to any attempts, plans, discussions, proposals, or agreements to sell, transfer, or otherwise provide Oracle Software and Support Materials or any Local Environment to any Person or entity outside of SAP TN.

## INTERROGATORIES TO ALL DEFENDANTS

**INTERROGATORY NO. 2:**

Does any Defendant possess, have access to, or have control over a Local Environment, or any part of one, or to any Software and Support Material relating to any Siebel, Hyperion, Retek or eBusiness Suite software, or to any other Oracle software application other than PeopleSoft or JD Edwards applications? If so, Identify with particularity the release, version number, and number of copies and physical location of each such Local Environment (or subpart), Software Support Material, or other Oracle software application and describe in detail all ways in which such software has been Used by each Defendant.

**INTERROGATORY NO. 4:**

Describe all efforts undertaken by the SAP AG executive board of directors to ensure that SAP TN did not violate any Oracle copyright (or other intellectual property right) in the provision of its services, the time frame for each described effort, and the Identity, roles, and responsibilities of all involved individuals.

**INTERROGATORY NO. 13:**

Identify Defendants' current and former officers, directors, managers, employees, and consultants with personal knowledge of SAP TN's access to, Use of, and Downloads of Software and Support Materials on behalf of Customers as part of its software support services for Oracle-branded software applications, including without limitation Siebel, Retek, Hyperion, and eBusiness Suite.

**SCOPE OF 30(B)(6) TESTIMONY FROM SAP AMERICA**

Unless otherwise stated, the time period covered by this Notice of Deposition shall be from January 1, 2004 to And including the date of the examination.

1. The consideration, development of, And/Or approval of Any plans regarding, Or ability to provide, support Or maintenance services for ERH branded software products, including Any policies And procedures regarding the provision of such services.

2. The Use, receipt, Distribution, Or Downloading of Any ERH-related Software And Support Materials, ERH branded software products, Or ERH-related Local Environments by SAP TN, SAP America Or SAP AG.

3. Communications regarding Or transfer of Any ERH-related Software And Support Materials, ERH branded software products, Or ERH-related Local Environments (a) within SAP TN, (b) between SAP TN, SAP America, And SAP AG, (c) between You, SAP TN And/Or Any Customers Or other Persons, Or (d) between You, SAP TN And/Or Oracle.

4. Any forecasted benefits And/Or costs related to Any plans regarding, Or ability to provide, support Or maintenance services for ERH branded software products.

5. Any reasons considered to provide Or not provide support Or maintenance services for ERH branded software products, including but not limited to intellectual property related concerns, including to concerns about potential infringement Or misuse of Any Oracle-related intellectual property.

6. Resources relied upon Or consulted in the course of deciding whether Or not to provide support OR maintenance services for ERH branded software products, including without limitation third party consultants, former Oracle or Siebel employees, Or Any copy of Any ERH branded software.

**SCOPE OF 30(B)(6) TESTIMONY FROM SAP AG**

Unless otherwise stated, the time period covered by this Notice of Deposition shall be from January 1, 2004 to And including the date of the examination.

1. The consideration, development of And/Or approval of Any plans regarding, Or ability to provide, support Or maintenance services for ERH branded software products, including Any policies And procedures regarding the provision of such services.

2. The Use, receipt, Distribution, Or Downloading of Any ERH-related Software And Support Materials, ERH branded software products, Or ERH-related Local Environments by SAP TN, SAP America Or SAP AG.

3. Communications regarding Or transfer of Any ERH-related Software And Support Materials, ERH branded software products, Or ERH-related Local Environments (a) within SAP TN, (b) between SAP TN, SAP America, And SAP AG, (c) between You, SAP TN And/Or Any Customers Or other Persons, Or (d) between You, SAP TN And/Or Oracle.

4. Any forecasted benefits And/Or costs related to Any plans regarding, Or ability to provide, support Or maintenance services for ERH branded software products.

5. Any reasons considered to provide Or not provide support Or maintenance services for ERH branded software products, including but not limited to intellectual property related concerns, including to concerns about potential infringement Or misuse of Any Oracle-related intellectual property.

6. Resources relied upon Or consulted in the course of deciding whether Or not to provide support OR maintenance services for ERH branded software products, including without limitation third party consultants, former Oracle or Siebel employees, Or Any copy of Any ERH branded software.

## SCOPE OF 30(B)(6) TESTIMONY FROM TOMORROW, INC.

Unless otherwise stated, the time period covered by this Notice of Deposition shall be from January 1, 2004 to And including the date of the examination.

1. The consideration, development of, And/Or approval of Any plans regarding, Or ability to provide, support Or maintenance services for ERH branded software products, including Any policies And procedures regarding the provision of such services.

2. The Use, receipt, Distribution, Or Downloading of Any ERH-related Software And Support Materials, ERH branded software products, Or ERH-related Local Environments by SAP TN, SAP America Or SAP AG.

3. Communications regarding Or transfer of Any ERH-related Software And Support Materials, ERH branded software products, Or ERH-related Local Environments (a) within SAP TN, (b) between SAP TN, SAP America, And SAP AG, (c) between You And Any Customers Or other Persons, Or (d) between You And Oracle.

4. Any forecasted benefits And/Or costs related to Any plans regarding, Or ability to provide, support Or maintenance services for ERH branded software products.

5. Any reasons considered to provide Or not provide support Or maintenance services for ERH branded software products, including but not limited to intellectual property related concerns, including to concerns about potential infringement Or misuse of Any Oracle-related intellectual property.

6. Resources relied upon Or consulted in the course of deciding whether Or not to provide support OR maintenance services for ERH branded software products, including without limitation third party consultants, former Oracle or Siebel employees, Or Any copy of Any ERH branded software.