Walsh v. Apple, Inc. et al Doc. 234

# Exhibit A

Dockets.Justia.com

# Exhibit A

**Lodged with the Court under seal Pursuant to the Stipulated Protective Order filed June 6, 2007, and the [Proposed] Order to File Documents Under Seal filed January 15, 2009**

# EXHIBIT B

Printed 8/15/06

# 8.11 Business Review


High Level Background ........ 1
Two versions of 8.11 ........ 1
New Technology with 8.11 ........ 1
Examples of 8.11 Issues ........ 2
Current Estimated Bug Counts (mid-June 2006) ........ 2
New Functionality of Concern ........ 2
Support Challenges ........ 3
Can We Support 8.11? ........ 3
Customer Requirements/Sales Considerations ........ 3
TomorrowNow Requirements ........ 5
Architecture Big Picture ........ 7


## High Level Background

### Two versions of 8.11

- 8.11 and 8.11SP1. SP1 is essentially a re-master of 8.11. It does have control file changes. They did add a few enhancements to SP1.
- Oracle now only shipping SP1 to new and upgrade customers.
- Oracle only fixing P1 SARs in 8.11. They are fixing P1, 2 and 3 in 8.11SP1 (this is not a public statement)
  ** Oracle will fix P2 and P3 SARs in 8.11 base if the customer escalates the SAR.
- SP1 is treated as a separate release

### New Technology with 8.11

- Entirely Web based.
  - First time for this architecture and this has generated a lot of tools problems due to new technology.
  - Changes how Support troubleshoots issues
  - Problem could be in the different servers (JAS or Enterprise) and more likely to be related to tools issues
- The Tool drives the application's interaction with Websphere. Many fixes for common application issues end up in a Tools fix.
- JAS Server now hub of the operation (Java Application Server). New logs and new places for bugs to occur outside of the application code.
- Web Development Client (web dev) – This is a new concept for JDE customers. It is not required for a customer to run 8.11, but needed for debugging and troubleshooting. It is essentially a self contained web server, acting as JAS server, Enterprise Server, and thin client all on a single PC.
- 4 new logs to learn to read to assess where a bug is happening



EXHIBIT 61 KRAUTZ 2-19-08 PENGAD 800-631-6989


HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY TN-OR 00009613

- Challenge is to isolate where the issue is occurring (not just in the code)
- Error messages can be more difficult to assess.
  - If called from the Tool (ER level) then detail doesn't show on the screen.
- See Architecture Big Picture at bottom of this document..

## Examples of 8.11 Issues

- Credit Sales Orders – problem with system alternating positive and negatives signs on lines. Turned out to be a tools only issue.
- Comma on user profile didn't work with localizations. Tools only fix.
- One of platforms released a patch – caused UBEs to not execute on only that platform. Tools only fix within JDE and not from the platform vendor.
- Linux is new platform to support – have Linux-only issues requiring tools fixes.

## Current Estimated Bug Counts (mid-June 2006)

- Information is not publishable as accurate (counts are low).
- <u>Application SARS</u>
  * P1 open/in process SARs: 8.11 – 35 8.11SP1 – 129
  * Total open/in process SARs: 8.11 – 636 8.11SP1 - 1504
  * Only P1 SARs reviewed for 8.11 base...nothing else to be fixed.
- <u>Tools SARs Included</u>

| Service Pack | Start Date | # SARs to Date | Releases Supported |
|---|---|---|---|
| SP23_N1 | 1-May-03 | 700 | ERP8 and Below |
| 8.95_N1 | 1-Dec-04 | 885 | 8.9 to 8.11 |
| 8 96_A1 | 1-Apr-06 | 112 | 8.9 to 8.12 |

  - Cannot locate open SAR information for Tools Releases
  - New 'Update' every 2-3 weeks.
  - Of note: SP23 out 1 ½ years longer than 8.95 yet more SARs are in 8.95. Reflects increasingly difficult nature of the technical side of the releases.
  - Cannot tell how many Tools SARs are application related vs. straight Tool related.
  - We believe 8.96 may have some requirements for newer operating systems etc... no real way for us to tell.

## New Functionality of Concern

- <u>CRM</u>
  First release of CRM rewritten with the JDE toolset and integrated with JDE applications.
- <u>Demand Flow – JCIT.</u>
  JDE purchased the rights to the software from JCIT. JDE was introducing in a two phase approach over 8.11, 8.12 and beyond. Training had to be from JCIT at the time. (drive mfg in response to demand)
- <u>License Plating</u>
- <u>RFID</u>



HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY TN-OR 00009614

- Blend Management
  Came as a partial release with limited availability with SP1. 8.12 is where first broad availability. Written for a few specific clients.

### Support Challenges

- 80/20 rule. 80% of cases from 20% of customers
- Approximately 60% of all application cases require technical assistance outside of the traditional support organization.
- Higher probability of receiving cases that will be tools – only fixes. Stating we can write code around it is no longer a viable answer.
- If don't have the web dev client, nearly impossible to troubleshoot
- Large learning curve for both customers and for Support staff due to the new technology

## Can We Support 8.11?

Yes, we can start taking 8.11 customers, but I want to assess each one and agree that they are ready for our support model and have parameters below.

Even though 8.11 has been GA for 1 ½ years, it still has elements of instability. Customers upgrading from a previous release have a high learning curve and are uncovering issues, specifically Tools issues, unique to their configuration. After they've been live a while, these do tend to be worked out specific to their environment. Customers need to be on the release for a period of time to work through both the learning curve and traditional instability that comes from a new software release, new technology to the vendor and customer, and an upgrade. Upgrades are especially tricky due to the Tools aspect of 8.11 and our inability to create Tools fixes. Workarounds are more likely not feasible.

Cases for 8.11 are more technical, take longer to resolve, and require more technical staff to assist our application team. Our internal learning curve will be higher and we will require additional technical staff who already have 8.11 technical troubleshooting experience.

Due diligence during the sales cycle with regards to 'stability screening', environment access mandatory requirements, and our Tools Fix capability discussion is required.

## Customer Requirements/Sales Considerations

- Environment Access/Requirements for TN Support
  - Web Dev Client – Customer is required to have this installed, running and TN granted access to work cases. Ensure client understands this in advance of signing our contract. We may want this clearly stated in an



HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY 

8.11 contract or signed agreement.

- Visual Studio – Customer must have this running on the Web Dev. This should already be in the Oracle documentation but mandatory for TN support.

- Environment copy. For at least the first customer, TN requires a demo copy of software to create environment on client's behalf.

- Already live on 8.11
  - Live on 8.11 for 9 months to 1 year.
    - Customer will have worked through the new technology and technical install/upgrade issues with Oracle, gone through their heavy learning curve, had critical Tools issues fixed, and hopefully will be stable.
  - Cannot accept anyone planning to upgrade to 8.11SP1 in the future.
  - Prefer the client to be on 8.11SP1.
    - Due to Orcl's current fix policy.

- Stability Screening
  - Prospect's previous year's case activity report – Provided to TN during sales cycle to assess their stability with 8.11. Allows us to also anticipate initial case activity based on open cases with Oracle.
  - Prospect's Current open SAR listing – Assess prospect's 8.11 problems and anticipate initial case/development activity. Also assess if current issues will possibly require a Tools Fix.

- Linux platform – we hear this platform has issues, may want to stay away.

- Tools Issues – must have clear understanding with the prospect prior to contract signature regarding the risk. It's in the contract but need to ensure they know the risk.
  - If already live and stable, the risk is greatly reduced but still have platform and operating system possible future problems we may not be able to address.

- Applications – exclude the new ones listed above, in addition to the ones we already exclude on previous releases.



HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY TN-OR 00009616

## TomorrowNow Requirements

- Environment – if iSeries, we should be OK with what we have today based on what we know of the MTR. But will have two laptops for Deployment Server and the Web Dev Client. This is not ideal and we recommend a server solution. This requires more investigation with IT's assistance.

- Software – purchase Visual Studio.

- Hiring – Given 80/20 rule, we need technical staff with current 8.11 troubleshooting skills in all regions (24 hr model). These staff can help bring our teams up to speed but we do require experienced staff to succeed.

  * Recommend to initially hire at least one 8.11 skilled tech resource in each region. This is in addition to today's staff numbers. We do not have any 8.11 skilled tech resources on our staff today.

  * Application – we will be OK today, but will have to closely watch the case activity to ensure other customers don't suffer with the 8.11 requirements. Hire as required for pipeline.

- Training –
  - Technical – Challenge is that partners train for the tech side at the customer site using their software installation. Absent of attending a course at Oracle, we will have to hire in technical resources and train our existing resources as we get customers.

  - Application - We will need a global training program due to our limited 8.11 exposure. And again, without an environment, we can read manuals but the team needs to see and feel the software.

    We will investigate Andy Klee's team on the USA side for application net change training. He does have a partner in the UK although I've not researched this yet.

    Singapore will be our biggest challenge due to distance and no local TN 8.11 knowledge.

    - Distribution: Alex Baumann (EMEA) has 8.11 Support experience. With the right set up, we can do internal net change training for 8.11. It will be more practical to send someone to a USA net change session. (Andy's session is 3+ days for the base modules.)

    - Financials: Adriana O'Brien (USA) has 8.11 Support experience on the base applications. Depending on timing



HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY TN-OR 00009617

(pregnancy), we can do internal net change for the USA. But will require external net change training for the other areas like Fixed Assets/Job Cost.

- HR/Payroll: No 8.11 experience. Would send one person to net change training then internal knowledge transfer.

- Manufacturing: David Palmer (USA) has some 8.11 experience, but last saw it in July 2005. Recommend sending someone to net change course as well.

- Development – No training required. All current developers worked on 8.11.



HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY TN-OR 00009618

## Architecture Big Picture






HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY 

Calendar Entry

# Meeting

☒ Notify me
☐ Mark Private ☐ Pencil In

| | |
|---|---|
| **Subject** | 8.11 discussion |
| **When** | Meeting occurs in a different time zone (GMT) Greenwich Mean Time : Dublin, Edinburgh, Lisbon, London<br>Time in the local time zone<br>Starts Tue 06/20/2006 08:30 AM<br>Ends Tue 06/20/2006 10:00 AM<br>1 hr 30 mins<br>Time in the Meeting time zone<br>Starts Tue 06/20/2006 03.30 PM<br>Ends Tue 06/20/2006 05.00 PM<br>1 hr 30 mins |
| **Invitees** | Required (to) Adriana O'Brien/TomorrowNow, Alex Baumann/TomorrowNow, David Palmer/TomorrowNow, Mark |

| | | |
|---|---|---|
| **Chair** | | Laura Sweetman/TomorrowNow |
| **Where** | Location | +1-913-227-1219, 888-296-6500, 109389# |
| | Resources | Conference Phone 2 [888-296-6500][Outside US 913-227-1219] Guest |
| **Categorize** | | |

**Description**

This meeting is to discuss 8.11 and compile information regarding the parameters under which we will support this release. (I present to Andrew Thursday) Please invite anyone else with expertise/input:
Topics to include:

- ✓ In house hardware if we host a customer's environment. What is required? What do we already have available and what do we need to obtain?
  - any support challenges if/when the customer is on different env than we have? (either from us having demo version at our site on their behalf or otherwise?) (See MTK Folder)
- ✓ Software requirements. Do we have all the components required (Visual Studio.net, MSDE, Mozilla or whatever etc...anything we would not get via the customer if the customer allowed us to create an env on their behalf.) (See MTK Folder) ↳ Visual Studio
- ✓* Bug counts - accuracy of what we've found,
  - estimated percent of application fixes that are on required via a Tools fix vs. the app code.
  - Still true Orcl only fixing P1 SARs? 35 P1s - 8.11, 129 P1s 8.11 SP1
- 8.11SP1 vs base - explain to me difference and what our customers would have (I believe it's SP1now - no choice.)
  - Still true that Orcl only supports current SP plus latest two one-offs?
  - any other naming convention items I need to understand
- New functionality - is there anything we would want to exclude today from support (demand driven/demand flow mfg and CRM for example) due to new to release and not complete etc...
- Training - application and technical
  - what technical skills do we need to provide our app staff
  - how to get tech training when we don't have environment (and training partners won't either)...
  - Do we need to hire any specific skill (websphere, JAS expert, linux etc....)
- Customer requirements if we do this.... suggestions to consider include:
  - web dev client
  - all machines at same level of SP. (is there a current minimum?)
  - live 1 yr
  - previous year's case activity report
  - We have demo copy of environment on their behalf
- Examples of challenges we will face (based on current experiences)

Dave's 8.11 document (below) and his Oct 2005 presentation (in the JDE presentations section) are useful background materials.

811 Web Only Support doc

| Your Notes | |
|---|---|

# EXHIBIT C

TomorrowNow, Inc.

# Scaling Models for PeopleSoft Support

## Feasibility/Cost/Benefit Analysis

EXHIBIT 137

# Proposed Models

- Yellow (all yellow)
  - All customers in house (existing model)
- Blue (all blue)
  - All customers required to provide a remotely accessible environment 24/7
- Green
  - Some customers in house, some remote

# All Models

- Are feasible
- Would benefit from new and/or refined automation procedures
- Will benefit from additional Automation
- Would benefit with Environments on demand (EOD)


TomorrowNow, Inc.
BLSQ
8.31.120598
8.15
NCLG
8.31.30498
8.17
8.31.32599
8.20
8.31.72999
8.20
TNow approved & audited environment
Version.Cutoff
Tools release

# Yellow - Cost

- Infrastructure: Most expensive
  - In house Equipment
  - Software Licenses
- Human Capital: Least expensive
  - Business as usual

# Yellow - Stability

- Most stable model
  - Infrastructure
    - All equipment in house
    - Fix mastering definitely done by us
    - In house admin, tech support, etc.
  - No need for verification, auditing, and monitoring

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY 

# Yellow - Scalability

- Simplest Model
  - As we scale, infrastructure grows
    - Single procedure for on boarding
    - Lead time for setup
  - No connection issues
  - No additional procedures required
  - # of new customers limited to space available or obtainable

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

# Yellow - Considerations

- Huge idle infrastructure
  (Unless on demand environments are used)




HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

# Blue - Cost

- Infrastructure: Less expensive
  - No In house Equipment
  - Minimal Software Licenses
  - Cost of connectivity (VPN, Webex, etc.)
  - Remote equipment cost
- Human Capital: Most expensive
  - The need to develop and test on a remote DB will decrease efficiency
  - If all blue: Transition of existing customers

# Blue - Stability

- Least Stable Model
- Customer responsibilities
  - Fix mastering & lead time for setup
  - Backup and Restore
  - Secure environment
  - 24/7 Connectivity
  - Increased communication needs
- Need to monitor system condition

# Blue - Scalability

- Low infrastructure overhead
- No limit to # of supported customers
- If we are all blue:
  - Since all Development and testing will be done remotely, no sharing or recycling of work
  - Require more developer hands in lieu of massive automation

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

# Blue - Considerations

- If we are all blue and without extensive automation, redundant effort is needed.
- Ownership of equipment
- Do we need to fix master, and if so, who does it ?
- Standard access Method(s)
- What is the connectivity Cost ?

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY


TomorrowNow, Inc.
8.31.120598
8.15
8.31.30498
8.17
8.31.32599
8.20
8.31.72999
8.20
TNow approved & audited environment
Version.Cutoff
Tools release

# Green - Cost

- Need a Yellow seed customer for each flavor. (Our existing customer base will suffice)
- Increased complexity due to multiple paths
- Yellow and Blue costs, based on Y/B proportion (hw, sw, ppl)
- When we need a seed environment, we need to entice a customer to be Yellow.

# Green - Stability

- Yellow and Blue stability issues, based on the Y/B ratio.
- Given that new customers will be blue, with the customers being in control, we need to develop standards and procedures to insure the stability of our growing blue population.

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

# Green - Scalability

- Yellow and Blue scalability, based on Y/B proportion.
- With new customers being blue, this should scale very well.

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

# Green - Considerations

- Automate access to environments, whether Yellow or Blue.
- Environments on demand
- Technically, TNow is currently green, with a ratio of 99 % Yellow and 1% Blue
- In general, new customers should be blue, except for seeds where needed.

# What about fusion (rel 9) ?

- If I was Larry (aka Rat Bastard), I would make it as hard as possible for TNow to support 9.
- The all blue model would be the likely candidate.

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

# Exhibit D

# Exhibit D

**Lodged with the Court under seal Pursuant to the Stipulated Protective Order filed June 6, 2007, and the [Proposed] Order to File Documents Under Seal filed January 15, 2009**

# Exhibit E

# Exhibit E

**Lodged with the Court under seal Pursuant to the Stipulated Protective Order filed June 6, 2007, and the [Proposed] Order to File Documents Under Seal filed January 15, 2009**

# Exhibit F

# Exhibit F

**Lodged with the Court under seal Pursuant to the Stipulated Protective Order filed June 6, 2007, and the [Proposed] Order to File Documents Under Seal filed January 15, 2009**