Walsh v. Apple, Inc. et al Doc. 235

BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOWARD (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506-4846
Facsimile: (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International Corporation, and
Oracle EMEA Limited

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ORACLE USA, INC., *et al.*,

Plaintiffs,

v.

SAP AG, *et al.*,

Defendants.

CASE NO. 07-CV-01658 PJH (EDL)

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS, ANSWERS TO INTERROGATORIES, AND RULE 30(b)(6) TESTIMONY RELATED TO HYPERION, RETEK, AND EBS PRODUCTS**



Dockets.Justia.com

The motion of Plaintiffs Oracle USA, Inc., Oracle International Corporation, and Oracle EMEA Limited (collectively, "Oracle") to compel production of documents, answers to interrogatories, and Fed. R. Civ. P. 30(b)(6) deposition testimony by Defendants TomorrowNow, Inc., SAP AG, and SAP America, Inc. (collectively, "Defendants," and with Oracle, the "Parties") came to be heard on the 10th day of February, 2009, before this Court. All Parties received notice and an opportunity to be heard. After considering the pleadings and memoranda submitted by the Parties and all supporting papers, and having heard the arguments of counsel, and good cause appearing therefore, IT IS HEREBY ORDERED:

1. Oracle's motion to compel responses to interrogatories is GRANTED. Defendants shall serve supplemental responses to Oracle's Third Set of Interrogatories to Defendant TomorrowNow, Inc. and Second Set of Interrogatories to Defendants SAP America and SAP AG (Interrogatory Nos. 2, 4, and 13) within 10 days of the date of this Order.

2. Oracle's motion to compel production of documents is GRANTED. Defendants shall serve supplemental responses to Oracle's Second Set of Requests for Production of Documents to Defendants, Nos. 2, 5, 9, 12, 18-19, 24-26, 29-31, 34, and 42-43, within 5 court days of the date of this Order, and shall produce documents responsive to these document requests to Oracle's counsel's office within 30 days of the date of this Order.

3. Oracle's motion to compel Fed. R. Civ. P. 30(b)(6) testimony is GRANTED. Within 7 days of the date of this Order, Defendants shall each designate and within 35 days make available for deposition pursuant to Fed. R. Civ. P. 30(b)(6), one or more persons who consent to testify on their behalf regarding all topics listed in Oracle's Notices of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) Regarding EBS, Retek, and Hyperion.

DATED: _______________, 2009

_____________________________________________
Hon. Elizabeth D. Laporte
United States Magistrate Judge