Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice)*
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SAP AG, *et al.*,<br><br>Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**[~~PROPOSE~~D] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE MOTION TO COMPEL AND DECLARATIONS AND EXHIBITS IN SUPPORT THEREOF, UNDER SEAL** |



Dockets.Justia.com

Having considered Defendants' Administrative Motion to File Motion to Compel and Declarations and Exhibits in Support Thereof, Under Seal, supporting Declaration of Elaine Wallace filed in support thereof, Defendants' Motion to Compel Discovery Concerning Third Party Support Provided by Oracle's Partners ("Motion to Compel"), supporting Declaration of Jason McDonell ("McDonell Declaration") filed in support thereof, Exhibits 18 and 19 to the McDonell Declaration in support of Defendants' Motion to Compel, and Stipulation to Permit Defendants to File Under Seal, that were lodged with the Court on January 16, 2009:

IT IS HEREBY ORDERED THAT: Defendants' motion is GRANTED. The Clerk of the Court shall file under seal Exhibits 18 and 19 to the McDonell Declaration in Support of Defendants' Motion to Compel and portions of the Motion to Compel and McDonell Declaration that reference Exhibits 18 and 19.

DATED: January 16, 2009 By: ______________________

Hon. El

UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

Judge Elizabeth D. Laporte