Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAP AG, et al.,<br><br>Defendants. | Case No. 07-CV-1658 PJH<br><br>**DECLARATION OF THOMAS ZIEMEN IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION** |

I, THOMAS ZIEMEN, declare:

I am a Vice President, Service Solution Management – Global Services and Support of SAP AG, one of the Defendants in this case. I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

1. In 2007, I drafted the document produced by SAP in this case and Bates-labeled SAP-OR0001189 through SAP-OR0001195 and that has been attached as Exhibit "D" to Plaintiffs' Motion to Compel. It was designed as a presentation to SAP's management providing a status update on Safe Passage, a marketing campaign designed to attract Oracle customers to SAP. It provides information on deals SAP booked through Safe Passage as well as forecasted performance that campaign. This presentation was intended by me to be a highly confidential, non-public internal SAP document relating to certain of SAP's future business plans and competitive strategies. In particular, the document contains analytical and historical financial information regarding SAP's relationships with certain customers that if released publicly, could adversely affect SAP's future bargaining positions with those customers. Because of the competitively sensitive financial data contained in the document, the disclosure of this presentation to Oracle without the "Highly Confidential" protections provided by the Agreed Protective Order in this case could likely cause competitive and business injury to SAP.

2. In 2007, I drafted the document that has been produced by SAP in this case and Bates labeled SAP-OR00252116 through SAP-OR00252137 OR0001195 and that has been attached as Exhibit "E" to Plaintiffs' Motion to Compel. It was designed as a presentation to SAP's management providing the business case for TomorrowNow's and SAP's future business plans relating to Oracle's Hyperion products and seeking management's business advice and direction on those plans. This presentation was intended by me to be a highly confidential, non-public internal SAP document relating to certain of TomorrowNow's and SAP's future business plans and competitive strategies. In particular, the document contains analytical information regarding SAP's potential relationships with certain customers that if released publicly, could adversely affect SAP's future bargaining positions with those customers. Because of the competitively sensitive analytical data contained in the document, the disclosure of this

presentation to Oracle without the "Highly Confidential" protections provided by the Agreed Protective Order in this case could likely cause competitive and business injury to SAP.

3. In 2007, I drafted the document that has been produced by SAP in this case and Bates labeled SAP-OR00252138 through SAP-OR00252146 OR0001195 and that has been attached as Exhibit "F" to Plaintiffs' Motion to Compel. Like the Hyperion-related document discussed above in ¶ 2, it was designed as a presentation to SAP's management providing the business case for Tomorrow Now's and SAP's future business plans relating to Oracle's eBusiness Suite products and seeking management's business advice and direction on those plans. This presentation was intended by me to be a highly confidential, non-public internal SAP document relating to certain of TomorrowNow's and SAP's future business plans and competitive strategies. In particular, the document contains analytical information regarding SAP's potential relationships with certain customers that if released publicly, could adversely affect SAP's future bargaining positions with those customers. Because of the competitively sensitive analytical data contained in the document, the disclosure of this presentation to Oracle without the "Highly Confidential" protections provided by the Agreed Protective Order in this case could likely cause competitive and business injury to SAP.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this 22nd day of January, 2009 in Walldorf, Germany.

[signature]

THOMAS ZIEMEN