Walsh v. Apple, Inc. et al Doc. 255

BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506-4846
Facsimile: (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International Corporation, and
Oracle EMEA Limited

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ORACLE USA, INC., *et al.*,

Plaintiffs,

v.

SAP AG, *et al.*,

Defendants.

CASE NO. 07-CV-01658 PJH (EDL)

**DECLARATION OF TYLER PRINCE IN SUPPORT OF ORACLE'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL DISCOVERY CONCERNING THIRD PARTY SUPPORT PROVIDED BY ORACLE'S PARTNERS**

Date: February 10, 2009
Time: 2 p.m.
Place: Courtroom E, 15th Floor
Judge: Hon. Elizabeth D. Laporte



Dockets.Justia.com

I, Tyler Prince, declare as follows:

1. I am the Group Vice President for North America Sales, Applications, Alliances and Channels at Oracle USA, Inc. I have personal knowledge of the facts set forth in this declaration and would competently testify to them if called upon to do so.

2. I have reviewed the terms of the Oracle PartnerNetwork Worldwide Agreement, which companies must accept to become an Oracle partner. That Agreement provides, among other things, that the Partner (including in the Oracle PartnerNetwork Worldwide Agreement with CedarCrestone) may not:

- Remove or modify any program markings or any notice of Oracle's or its licensors proprietary rights;
- Make the programs or materials resulting from the services available in any manner to any third party for use in the third party's business operations (unless such access is expressly permitted for the specific program license or materials from the services you have acquired);
- Cause or permit reverse engineering (unless required by law for interoperability), disassembly, decompilation of the programs;
- Disclose results of any program benchmark tests without Oracle's prior written consent;
- Use the Oracle property in a manner that misrepresents your relationship with Oracle or is otherwise misleading or that reflects negatively on Oracle;
- Use or duplicate the Oracle property provided to you by Oracle for any purpose other than as specified in the Oracle PartnerNetwork policies or in this agreement or make the Oracle property available to unauthorized third parties;
- Use the Oracle property for your own internal business operations, or use the Oracle property or make the Oracle property available in any manner to any third party for use in the third party's business operations or for any other commercial or production use; or,
- Use third party programs except in conjunction with the Oracle owned programs.

3. Oracle property is defined in that Agreement as follows: "Oracle retains all ownership and intellectual property tights to anything developed by Oracle and delivered to you under this agreement resulting from the services, and additional Oracle resources (collectively referred to as the "Oracle property")."

4. In 2005, CedarCrestone won Oracle's Titan Award for being the "PeopleSoft Partner of the Year." Oracle awarded this honor in recognition of CedarCrestone

exceeding their PeopleSoft co-selling targets, and for driving numerous marketing campaigns and initiatives with PeopleSoft. In 2007, CedarCrestone earned honorable mention recognition for Oracle's "Applications Momentum" Titan Award given to a Partner with a proven track record in selling and/or influencing the sales of Oracle applications as well increasing investments in training and marketing. In 2008, Oracle awarded CedarCrestone the Titan "SOA and Integration Solution Award" acknowledging CedarCrestone as an Oracle partner that showed exemplary demonstration of their Service Oriented Architecture ("SOA") expertise through a customized and unique solution enabling measured customer return on investment and clear satisfaction. This award was based on an innovative deployment of Oracle Fusion Middleware with Oracle applications at a higher education customer.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 23, 2009 at WESTCHESTER, IL.

Tyler Prince