Walsh v. Apple, Inc. et al
Doc. 261

# EXHIBIT A

Dockets.Justia.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

---

)
ORACLE CORPORATION, a )
Delaware corporation, ORACLE )
USA, INC., A Colorado )
Corporation, and ORACLE )
INTERNATIONAL CORPORATION, )
A California corporation )
)
Plaintiffs, )
)
Vs. ) Case No.
) 07-CV-01685
) PJH (EDL)
SAP AG, a German corporation, )
SAP AMERICA, INC., a Delaware )
Corporation, TOMORROWNOW, )
INC., a Texas corporation, )
And DOES 1-50, inclusive, )
)
Defendant. )
______________________________)

VIDEOTAPED DEPOSITION UPON
ORAL EXAMINATION
OF
LEO APOTHEKER
Taken on:
Thursday, October 2, 2008
Commencing at 8:58 a.m.

Taken at:
American Consulate General
Special Consular Services,
Giessener Strasse 30
60435 Frankfurt am Main, Germany

REPORTED BY: FREDERICK WEISS, CSR, CM

Q. There was also consideration of extending TomorrowNow maintenance to Oracle EBS customers.

Do you recall that?

A. There was a discussion about that, yes.

Q. Did that happen?

A. No, I don't believe it did.

Q. Why not?

A. I don't remember why not. I would guess, but it's just a guess.

MR. LANIER: If you're going to guess and it involves the lawyers, don't do that, but otherwise go ahead.

THE WITNESS:

A. I guess it was technically too difficult to do.

Q. I asked you about various expansions of TomorrowNow's maintenance to other companies such as Siebel or Oracle EBS.

Was there consideration of expanding TomorrowNow maintenance to Retek?

A. I don't recollect that.

Q. How about Hyperion?

THE REPORTER: How about what?

MR. PICKETT: Hyperion, H-Y-P-E-R-I-O-N, or Hyperion I should say.

A. I don't remember that either.

WERNER BRANDT - HIGHLY CONFIDENTIAL
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

ORACLE CORPORATION, a Delaware)
Corporation, ORACLE USA, INC.,)Case No.
a Colorado corporation, and )07-CV-01658 PJH (EDL)
ORACLE INTERNATIONAL )
CORPORATION, a California )
corporation, )
)
Plaintiffs, )
)
vs. )
)
SAP AG, a German corporation, )
SAP AMERICA, INC., a Delaware )
corporation, TOMORROWNOW, )
INC., a Texas corporation, )
and DOES 1-50, inclusive, )
)
Defendants. )
---------------------------)
Thursday, November 13, 2008
39 a.m.
(Volume 2)

Continued Highly Confidential
Videotaped Deposition of WERNER
BRANDT, held at the offices of Bingham
McCutchen, LLP, 399 Park Avenue, New
York, New York 10022, pursuant to
Notice, before Otis Davis, a Notary
Public of the State of New York.

Q. Do you recall that the board approved -- the board was presented with business cases for expanding TomorrowNow's service into Hyperion, Retek and eBusiness Suite?
A. I don't recall any board presentations like that.
Q. Do you recall any board discussion after the lawsuit that put those plans on ice?
A. I don't recall that either.
Q. Do you recall any discussion within the board in connection with expanding TomorrowNow's service into those other Oracle-owned applications about how to protect Oracle-owned IP in going forward with that service?
A. I don't recall that either.
Q. Do you recall that in

WERNER BRANDT - HIGHLY CONFIDENTIAL

mid-February 2007, shortly before the lawsuit was filed, that you had presented to the SAP executive board a plan to extend the business model of TomorrowNow?

A. I don't recall that.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ORACLE CORPORATION, a )
Delaware corporation, ORACLE )
USA, INC., a Colorado )
corporation, and ORACLE )
INTERNATIONAL CORPORATION, a )
California corporation, )
)
Plaintiffs, )
)
vs. ) No. 07-CV-1658 (PJH)
)
SAP AG, a German corporation, )
SAP AMERICA, INC., a Delaware )
corporation, TOMORROWNOW, )
INC., a Texas corporation, and )
DOES 1-50, inclusive, )
)
Defendants. )
______________________________ )

VIDEOTAPED DEPOSITION OF
CHRISTOPHER FAYE

WEDNESDAY, OCTOBER 22, 2008

HIGHLY CONFIDENTIAL

REPORTED BY: HOLLY THUMAN, CSR No. 6834, RMR, CRR
(1-413165)

MR. PICKETT: Q. Did you conduct a high-level risk assessment of the proposal to service Oracle eBusiness Suite?
A. I believe so.
Q. Did you assist anyone who conducted a high-level risk assessment in that?
A. I may have.
Q. Did you could any work in connection with the proposal to service eBusiness Suite?
A. Maybe. I don't recall.
Q. Did you do any work in connection with proposals to service Siebel?
A. Yes.
Q. What work did you do generally?
A. Advising on the legal aspects of the proposal.
Q. Whom did you advise?
A. I'm not going to remember his name.
Q. An SAP business person?
A. Yes.
Q. Do you recall in what department?
A. No, I don't recall what department that would have been.
Q. Did you advise anyone at Siebel with

respect to other expansions of the service
offerings?

MR. LANIER: You misspoke. You said
Siebel. Did you mean SAP?

MR. PICKETT: I meant SAP. Sorry.

THE WITNESS: Could you repeat it again?

MR. PICKETT: Q. Did you advise anyone at
SAP with regard to other expansions of the service
offerings?

MR. LANIER: Yes or no. Go ahead.

THE WITNESS: With respect to other
expansions?

MR. PICKETT: Q. Other than Siebel and
eBusiness Suite.

A. I don't think so.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
-------------------------x
ORACLE CORPORATION, a Delaware :
corporation; ORACLE USA, INC.,
a Colorado corporation; and :
ORACLE INTERNATIONAL
CORPORATION, a California :
corporation,
:
Plaintiffs, No. 07-CV-1658
: (PJH) (EDL)
vs.
:
SAP AG, a German corporation;
SAP AMERICA INC., a Delaware :
corporation; TOMORROWNOW, INC.,
a Texas corporation; and DOES :
1-50, inclusive,
:
Defendants.
-------------------------x

September 25, 2008
9:14 a.m.
HIGHLY CONFIDENTIAL
VOLUME 1

Videotaped Deposition of HENNING KAGERMANN, held at the offices of BINGHAM McCUTCHEN LLP, 399 Park Avenue, New York, New York, before Frank J. Bas, a Registered Professional Reporter and Notary Public of the State of New York.

Q. Now, SAP considered providing Safe Passage support through TomorrowNow for Oracle's e-business suite. Is that correct?

A. I can't rule that out.

Q. Are you aware of a proposal being made to the board for the provision by TomorrowNow of e-business suite support?

A. I don't recall.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
-------------------------------x
ORACLE CORPORATION, a Delaware :
corporation; ORACLE USA, INC.,
a Colorado corporation; and :
ORACLE INTERNATIONAL
CORPORATION, a California :
corporation,
:
Plaintiffs, No. 07-CV-1658
: (PJH) (EDL)
vs.
:
SAP AG, a German corporation;
SAP AMERICA INC., a Delaware :
corporation; TOMORROWNOW, INC.,
a Texas corporation; and DOES :
1-50, inclusive,
:
Defendants.
-------------------------------x

September 26, 2008
9:07 a.m.
HIGHLY CONFIDENTIAL
VOLUME 2

Videotaped Deposition of HENNING KAGERMANN, held at the offices of BINGHAM McCUTCHEN LLP, 399 Park Avenue, New York, New York, before Frank J. Bas, a Registered Professional Reporter and Notary Public of the State of New York.

Q. Did the executive board discuss extending TomorrowNow support to Hyperion products?

A. I don't recall that that happened.

Q. Are you certain that it did not happen?

A. No.

Q. You just don't remember one way or the other?

A. It appears unlikely to me.

Q. Why is that?

A. I would have to know the date of the acquisition of Hyperion, and then I could give

HIGHLY CONFIDENTIAL - H. KAGERMANN

you a reason.

Q. All right. But putting the date aside, I thought I heard you say that you thought it was unlikely that the board considered extending TomorrowNow support to Hyperion products?

A. That has to do with the date.

Q. So you have a date in mind of the Hyperion acquisition?

A. Yes.

Q. What is that date?

A. I assume, but this may be wrong, that the date was quite close to when the suit was filed. The lawsuit was filed.

Q. And if that's true, then the lawsuit would have been an inhibitor to the board considering extending TomorrowNow support to Hyperion products?

A. Yes.

Q. Did the board at any time consider extending TomorrowNow support to Retek products?

A. It's possible.

Q. Do you remember one way or the other?

HIGHLY CONFIDENTIAL - H. KAGERMANN

A. No.

Q. Do you have an understanding that TomorrowNow, in order to make a decision whether it could extend support to a new product, felt that it needed to have a copy of that software of that product on its local systems?

A. No.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

--oOo--

ORACLE CORPORATION, a )

Delaware corporation, ORACLE )

USA, INC., a Colorado )

corporation, and ORACLE )

INTERNATIONAL CORPORATION, a )

California corporation, )

)

Plaintiffs, )

)

vs. )No. 07-CV-1658(PJH)

)

SAP AG, a German corporation, )

SAP AMERICA, INC., a Delaware )

corporation, TOMORROWNOW, )

INC., a Texas corporation, and )

DOES 1-50, inclusive, )

)

Defendants. )

______________________________)

VIDEOTAPED DEPOSITION OF

LESLEY LOFTUS

---

FRIDAY, JUNE 13, 2008

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

REPORTED BY: CYNTHIA A. PACINI, CSR #6117, RMR, CRR

(01-409584)

MS. HOUSE: Q. And then you go on, "In addition, EBS prospects are more likely to engage in a Safe Passage deal than a stand-alone TomorrowNow deal."
What does EBS stand for?
A. Oracle's eBusiness.
Q. And why were you talking about eBusiness prospects?
A. Because we were looking into the opportunity of maybe supporting those clients.
Q. And it was your understanding that they would be more likely to need the TomorrowNow service?
A. Yes.
Q. And what was that understanding based on?
A. I think conversations as a team that we'd had -- I'm not technical, so it was just conversations we had.

Q. Now, TomorrowNow also considered expanding service to Oracle's eBusiness suite; correct?
A. Yes.
Q. And it didn't do so; correct?
A. Yes.
Q. And do you know why?
MR. McDONELL: Lack of foundation.

THE WITNESS: No, I don't.
MS. HOUSE: Q. Did you ever hear anything about the fact that it had to do with this lawsuit?
A. No.
Q. Did you ever hear any explanation for not going forward with the eBusiness suite service offering?
A. No.

MS. HOUSE: Q. Let me show you -- the projections for the service revenue that are in there for TomorrowNow, who would have created those projections?

MR. McDONELL: Lack of foundation.

THE WITNESS: You know, I don't know exactly 'cause it could have been a number of people, so I don't know.

MS. HOUSE: Q. Okay. So, for instance, if you look at the -- it says "Business Case Oracle eBusiness Suite Executive Summary Impact." It's the fourth page in.

A. Yes.

Q. There's a reference to 28 million euro potential revenue for TomorrowNow through 2011. Do you see that?

A. I do, yes.

Q. And an estimated US 18 million euro potential revenue for TomorrowNow.

A. Yes.

Q. And an estimated EMEA/AP 10 million euro potential revenue.
Did you have any role in creating those revenue figures?
A. No.

Did TomorrowNow consider expanding service to other Oracle applications like Hyperion or ReTech?

A. Hyperion was discussed, but we never went down that route at all.

Q. Do you know whether any business case was done for Hyperion?

A. I believe one was started.

MS. HOUSE: Can you look at what's been marked Exhibit 277.

THE WITNESS: There we go.

(Whereupon, Deposition Exhibit 277 was marked for identification.)

MS. HOUSE: Q. Okay. And is Exhibit 277 the business case that was prepared to provide

service for Hyperion applications?
A. I didn't have anything to do with this, so I don't know. It looks like it.
Q. Did you provide a marketing plan for that potential application service?
A. I believe I did, yes.
Q. And when you provided your marketing plans, who did you provide them to?
A. Whoever was putting together the business case at the time.
Q. Okay. So, for instance, for Hyperion, who did you provide your marketing plan to?
A. I think -- I'm just trying to remember who was -- 'cause they pull all the information together. I think I provided it to John Tanner.
Q. Okay. And did you also provide John Tanner with your marketing plan for the Siebel expansion?
A. He would get a copy of that. It's on the GLT.
Q. How about for the eBusiness suite, who did you provide your work on that to?
A. I can't remember who was heading that one up, sorry.
MS. HOUSE: Okay. Could you look at

Exhibit 278.
(Whereupon, Deposition Exhibit 278 was marked for identification.)
MS. HOUSE: Q. And Exhibit 278 is an e-mail string and it -- the most recent one is from Nigel Pullan to Jeff Mayberry. The subject is Hyperion business case. It is dated March 6th, 2007 and the Bates number is TN-OR00129559.
Do you recall receiving this e-mail request?
A. Yes.
Q. And you were asked to provide your best guess, number of deals, was that correct?
MR. McDONELL: The document speaks for itself.
THE WITNESS: That is not -- no, that's not correct.
MS. HOUSE: Q. Okay. So was that something that Mr. Pullan was supposed to provide?
MR. McDONELL: Lack of foundation.
THE WITNESS: Either Pullan and/or Bob Geib.
MS. HOUSE: Q. Okay. So they would be the ones who would be projecting the number of projected deals on Hyperion; correct?

MR. McDONELL: Lack of foundation.
THE WITNESS: I believe so.
MS. HOUSE: Q. And do you have an understanding of what is meant by the current assumption is 50-50 TN/SP split?
A. No. No. I can guess, but I'm not going to.
Q. Do you believe that has to do with the amount of revenues that would be going to TomorrowNow as stand-alone deals and the amount of revenues that would be going as part of a Safe Passage program?
MR. McDONELL: Lack of foundation, asked and answered.
THE WITNESS: I don't know.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

- - - - - - - - - - - - - - - - - -

ORACLE CORPORATION, a Delaware )

corporation, ORACLE USA, INC., a )

Colorado corporation, and ORACLE )

INTERNATIONAL CORPORATION, a )

California corporation, )

)

Plaintiffs, )

v. )Case No.

)07-CV-01658 PJH (EDL)

)

SAP AG, a German corporation, SAP )

AMERICA, INC., a Delaware )

corporation, TOMORROWNOW, INC., )

a Texas corporation, and DOES )

50, inclusive, )

)

Defendants. )

- - - - - - - - - - - - - - - - - -

HIGHLY CONFIDENTIAL

VIDEOTAPED DEPOSITION OF MR. GERHARD OSWALD

VOLUME II

Thursday, December 11, 2008

AT: 8:28 a.m.

Taken at:

Bingham McCutchen LLP

Lothbury

London EC2R 7HF

UNITED KINGDOM

Q. And as SAP planned to service these other Oracle-owned applications through TomorrowNow, what steps, if any, did it take to prevent TomorrowNow from misusing any of that Oracle-owned intellectual property?
MR. LANIER: Assumes facts not in evidence. Go ahead.
A. I don't know.
BY MS. HOUSE:

Q. You understood that TomorrowNow would be developing patches, fixes and upgrades in order to service these new customers; correct?
A. I don't know. I didn't have any detailed knowledge on what was to be provided to Hyperion.
Q. Well, as a practical matter --
THE INTERPRETER: For Hyperion.
MR. TUBACH: By Hyperion.
MS. HOUSE: By Hyperion?
A. For customers using Hyperion.
BY MS. HOUSE:
Q. Okay. And as we have already explored, you -- based on your many, many years in the provision of service on applications -- understand that in order to provide service, one has to be able to provide patches, fixes and upgrades; correct?
A. Yes.
Q. Are you aware of anything that SAP did to change TomorrowNow's product development or service delivery models, to eliminate the potential copying of Oracle-owned intellectual property?
MR. LANIER: Asked and answered. Assumes facts not in evidence. Go ahead.
A. I can't remember.
BY MS. HOUSE:

Q. Was it your understanding that TomorrowNow was to be employing the same product development and service delivery models as it went forward in expanding service into these additional Oracle-owned applications?
MR. LANIER: Assumes facts not in evidence. Go ahead.
A. I don't know.
BY MS. HOUSE:
Q. Are you aware of any efforts to make sure that didn't happen?
A. I don't know.
Q. Could you look again at what we have previously marked exhibit 599, which was the TomorrowNow status update for the November 9, 2006 period.
If you look on the agenda on the first page, there is a reference to "Oracle E-Business Suite expansion: Risk Assessment, Board Approval". Do you see that?
THE INTERPRETER: Sorry, could you repeat that?
BY MS. HOUSE:
Q. There is a reference to "Oracle E-Business Suite expansion: Risk Assessment, Board Approval".
MR. LANIER: Just for the record, we swapped interpreters. Sorry to interrupt.
BY MS. HOUSE:
Q. And what risk assessment was done in

connection with the expansion of TomorrowNow service to
E-Business Suite?
MR. LANIER: Object, to the extent that question calls for disclosure of legal communications or work product materials.
Mr. Oswald, you may answer that question without disclosing the content of any assessment by the lawyers.
A. I can only remember that there was a discussion about that case approach.
BY MS. HOUSE:
Q. But you don't remember any of the details?
A. No.
Q. Or why the board felt it necessary to do a risk assessment?
A. I don't know anymore.
Q. And do you recall that you did, in fact, receive business cases for the expansion of TomorrowNow's service into Hyperion and E-Business Suite?
A. No, I cannot remember that.
Q. Let me show you -- I'm done with that.
Let me show you exhibit 475.
(Exhibit 475, previously marked)
Q. Which is -- on top, it is an English translation of a German e-mail, to which the PowerPoints for the E-Business Suite and Hyperion business cases are

attached. It's SAP-OR00252115 through 146.
Does this refresh your recollection that you did receive business cases for those expansions?
A. I can only remember discussions, but not specific business cases.
Q. Mr. Ziemen indicates that:
"Gerd/Bernd have seen [the business cases] and are okay with them."
Do you have any reason to believe that Mr. Ziemen hadn't shown you these business cases at this point?
A. No, I don't have any reason. I do not doubt that.
Q. And do you recall whether it was yourself or Mr. -- do you remember -- let me back up.
Do you remember presenting or discussing with the SAP executive board either of these business cases?
A. I cannot remember.
Q. And this is shortly before Oracle filed its lawsuit. Do you recall whether or not the presentation on these two business cases was postponed, as a result of the Oracle lawsuit?
A. I cannot remember.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

ORACLE CORPORATION, a )
Delaware corporation, ORACLE )
USA, INC., a Colorado )
corporation, and ORACLE )
INTERNATIONAL CORPORATION, a )
California corporation, )
)
Plaintiffs, )
)
vs. ) No. 07-CV-1658(PJH)
)
SAP AG, a German corporation, )
SAP AMERICA, INC., a Delaware )
corporation, TOMORROWNOW, )
INC., a Texas corporation, and )
DOES 1-50, inclusive, )
)
Defendants. )
______________________________ )

VIDEOTAPED DEPOSITION OF
STEPHEN TSENG

______________________________

TUESDAY, DECEMBER 9, 2008

HIGHLY CONFIDENTIAL

REPORTED BY: HOLLY THUMAN, CSR No. 6834, RMR, CRR
(1-414497)

Q. Do you know what the Retek deal is,
R-E-T-E-K?
A. I know who Retek is.
Q. But you don't know of any deal at that time?
A. No.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

ORACLE CORPORATION, )
A DELAWARE CORPORATION, )
ORACLE USA, INC., A COLORADO )
CORPORATION, AND ORACLE )
INTERNATIONAL CORPORATION, A )
CALIFORNIA CORPORATION, )
Plaintiffs, )
)
vs. ) CASE NO. 07-CV-01658 (MJJ)
)
SAP AG, A GERMAN CORPORATION, )
SAP AMERICA, INC., A DELAWARE )
CORPORATION, TOMORROWNOW, )
INC., A TEXAS CORPORATION, AND)
DOES 1-50, INCLUSIVE, )
Defendants. )

****************************************************

"HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY"
ORAL VIDEOTAPED DEPOSITION OF
JEFFREY WORD
December 11, 2008

****************************************************

ORAL VIDEOTAPED DEPOSITION OF JEFFREY WORD, produced as a witness at the instance of the Plaintiffs and duly sworn, was taken in the above-styled and numbered cause on Thursday, December 11, 2008, from 9:08 a.m. to 5:38 p.m., before JAMES M. PLAIR, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine at the offices of JONES DAY, 717 Texas, Suite 00, Houston, Texas 77002-2712, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

Job No. 1603-89472

Q. I'm sorry. Did SAP ever consider expanding Safe Passage into other product lines that you're aware of?

A. Yes.

Q. Which product lines?

A. I believe we investigated expanding it into Siebel after Oracle acquired Siebel --

Q. Uh-huh.

A. -- and there may have been some other ones related to that as well.

Q. What other lines other than Siebel?

A. I believe Retek may have been discussed, and I'm not clear on which other ones might have been discussed.
Q. And do you know whether TomorrowNow was intended to serve as a third-party support provider with respect to Siebel?
A. Again, I only recall that it was discussed. I'm not sure how it actually was implemented or if it was implemented.
Q. And do you recall TomorrowNow being discussed in relation to Retek?
A. I just recall a brief discussion about that. I don't know what the follow-up was.
Q. So you recall TomorrowNow being discussed in relation to Retek. You just don't know what the follow-up, if any, was?
A. Shortly after the acquisition, I didn't have hardly any more interaction with any of that. So, again, just brief conversations here and there. I don't remember anything specific.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

ORACLE CORPORATION, )
A DELAWARE CORPORATION, )
ORACLE USA, INC., A COLORADO )
CORPORATION, AND ORACLE )
INTERNATIONAL CORPORATION, A )
CALIFORNIA CORPORATION, )
Plaintiffs, )
)
vs. ) CASE NO. 07-CV-01658 (MJJ)
)
SAP AG, A GERMAN CORPORATION, )
SAP AMERICA, INC., A DELAWARE )
CORPORATION, TOMORROWNOW, )
INC., A TEXAS CORPORATION, AND)
DOES 1-50, INCLUSIVE, )
Defendants. )

**************************************************

"HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY"
ORAL VIDEOTAPED DEPOSITION OF
THOMAS ZIEMEN
October 1, 2008 - Volume 2

**************************************************

ORAL VIDEOTAPED DEPOSITION OF THOMAS ZIEMEN, produced as a witness at the instance of the Plaintiffs and duly sworn, was taken in the above-styled and numbered cause on Wednesday, October 1, 2008 - Volume 2, from 8:26 a.m. to 4:36 p.m., before JAMES M. PLAIR, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine at the offices of JONES DAY, 717 Texas, Suite 3300, Houston, Texas 77002-2712, pursuant to recess heretofore taken.
Job No. 1603-88908

Q. Do you have any understanding as to what impact the Oracle lawsuit had on SAP's plans to service Hyperion or eBusiness Suite?
A. I can't recall whether the eBusiness -- Safe Passage eBusiness and Hyperion program was already implemented at that point in time.

Q. (MS. HOUSE) And I would like you to look at Exhibit 474, and Exhibit 474 is an e-mail string. It's TN-OR00409183 through 184 and you are cc'd on this and the subject is Oracle EBS and it's from Nigel Pullan. Did you receive this e-mail?
A. Yes.
Q. And is this Mr. Pullan's report on the conversation that he had with you hosting with Mr. Hanley?
A. Correct.

Q. And did you review it and have any disagreements with the way he characterized the discussion?
A. I did not review the document.
Q. You didn't review it for accuracy. Is that what you're saying?
A. I didn't review it at all.
Q. You didn't read it when you received it?
A. I don't recall.
Q. Mr. Pullan indicates that: "Thomas and I met with John Hanley today in Wallldorf. John had a number of roles at Oracle, but we talked with him particularly in relation to his role as head of support for Oracle EMEA for the English-speaking countries. We concentrated on 2 key high level concerns -- whether or not we could (i) legally, and (ii) technically offer Support Services for Oracle EBS," and do you recall those discussions? Does this refresh your recollection?
A. As I said, I was attending and hosting the meeting. I did not participate in the discussion.
Q. But you were -- you weren't out of the room. Were you?
A. I was in the room.
Q. Looking at his description of what Mr. Hanley relayed about the legal perspective question, whether or not TomorrowNow could legally offer support services for

Oracle EBS, does Mr. Pullan accurately reflect what Mr. Hanley told you?

A. I don't know.

Q. He said: "He felt that Oracle protected their IP on the EBS products more stringently than on the other Oracle applications we support. He noted that Oracle were very close to issuing legal proceedings due to our support of PeopleSoft applications. Oracle felt they had a strong IP legal case, but that they did not pursue this for marketing reasons. He was less sure that they would take the same approach for EBS." Do you remember that discussion occurring?

A. I don't recall that.

Q. Do you recall where Mr. Hanley said he got his information that Oracle was close to suing SAP relating to the TomorrowNow support of PeopleSoft?

A. I did not follow the discussion closely, carefully.

Q. Why was there even any concern whether or not TomorrowNow could legally support eBusiness Suite?

MR. COWAN: Objection. Form.

A. Can you repeat that?

Q. (MS. HOUSE) Why was there a concern about whether or not TomorrowNow could legally support EBS?

MR. COWAN: Objection. Form.

A. I don't know.
Q. (MS. HOUSE) Was this the first time that you learned that Oracle was close to suing SAP in connection with the TomorrowNow service offerings on PeopleSoft and JD Edwards?
MR. COWAN: Objection. Form.
A. I haven't heard about that.
Q. (MS. HOUSE) Was this your first news on this?
MR. COWAN: Objection. Form.
A. What is it referring to, this question?
Q. (MS. HOUSE) The one I just read --
A. Yes.
Q. -- that said that Oracle was close to issuing legal proceedings due to TomorrowNow's support of PeopleSoft applications, that Oracle felt they had a strong IP legal case. Do you remember this?
A. I don't remember that.
Q. Was that the sort of news that you reported to your superiors?
A. No.
Q. That wasn't that important to you?
MR. COWAN: Objection. Form.
A. I didn't review that carefully. I didn't participate in the discussion.
Q. (MS. HOUSE) So is it your testimony that you did

not relay the information that you learned from Mr. Hanley, that Oracle was close to suing TomorrowNow in connection with their provision of support on PeopleSoft?
A. What do you mean by "relayed"?
Q. Relayed to your superiors, relayed to anybody else at SAP.
A. I did not report it back.
Q. There are comments that Mr. Hanley made on a technical perspective that Mr. Pullan relays. He indicates: "Oracle was a much more 'closed' product than PeopleSoft. More of the -- more of the code was not accessible to the customer, but he could not give any more specific details." Do you have any recollection of this portion of the discussion?
A. No.
Q. Do you have any understanding why that was significant to the evaluation of whether or not to go forward with servicing EBS?
A. No.
Q. Do you have any understanding whether it would present an obstacle to TomorrowNow's support model if the Oracle product was more closed than the PeopleSoft product?
A. No.
Q. The bottom of the e-mail indicates that -- if

you look under "Other Issues which we discussed," in the first line he indicates that Mr. Hanley had given Mr. Pullan the "name of another person who has just left Oracle in the UK to join SAP and he urged us to continue to do due diligence there." Do you remember the name of that person?

A. No, I don't.

Q. Do you know what was done to continue to do due diligence with that former Oracle employee?

MR. COWAN: Objection. Form.

A. No, I have no knowledge about that.

Q. (MS. HOUSE) And you don't know about the other issues that were discussed where he says: "We really need to talk to Oracle techies to understand what happens at the most difficult level of support -- fixing issues for which Oracle only has the source code. Again, John felt that this was much more of an issue with the EBS than with the other product lines we support." Do you remember that part of the discussion?

A. No, not at all.

Q. Do you know what was done to talk to other Oracle techies to understand that issue?

MR. COWAN: Objection. Form.

A. No.

Q. (MS. HOUSE) Okay. Despite this, there was

nonetheless a business case presented to the board to go forward with servicing EBS. Correct?

A. I was asked by the board to prepare a business case for Oracle EBS.

Q. And the next page, 164404, we've already gone over that. I'm sorry. And did this business case for the service of eBusiness Suite by TomorrowNow get approved by the board?

A. Not -- it did not get approved, to my knowledge.

Q. Why not?

MR. COWAN: Objection. Form.

A. I don't know.

Q. (MS. HOUSE) Did you have any -- did you get any feedback about this work that you've done about why it hadn't been approved?

A. No.

Q. Were you curious?

A. No.

Q. So you did this work and you presented it and you found out that the board wasn't going to approve it at what point after you -- after you provided this?

A. The board requested us to provide them with the business cases on their request. We provided them with the information.

Q. And you did so, as we saw in Exhibit 475, in a

3/13/2007 e-mail. Right? If you look at the prior exhibit.
A. Correct. That's correct.
Q. How soon after that did you find out that the board had not approved the eBusiness Suite business case for TomorrowNow?
A. I can't recall.
Q. Did you have any understanding that the failure to approve it by the board had to do with Oracle's filing of a lawsuit?
A. That may have been the case.
Q. Is that your supposition?
A. I'm sorry?
Q. Is that what you concluded?
A. I did not conclude anything.

Q. And in order to achieve these additional benefits from servicing Hyperion, the prediction was that in 2007 there would be one new TomorrowNow business development SSM required?

A. Correct.

Q. And what's a business development SSM?

A. This was my unit, my organizational unit.

Q. And what about 23 -- was that somebody who would be a TomorrowNow employee?

A. No. It would have been one of my team.

Q. And what did you understand the 23 new TomorrowNow support headcount would include?

A. Support of -- for Hyperion.

Q. Did you have any understanding about whether any of those individuals would be involved in developing the patches and fixes needed to provide support on Hyperion?

A. No.

Q. In connection with drafting these business cases for eBusiness Suite and Hyperion, was there any consideration as to how TomorrowNow would be able to provide service without infringing Oracle-owned intellectual property?
A. No.
Q. Are you aware of any safeguards that were put --

were contemplated to be put in place to address that
potential issue?

A. No.

# EXHIBIT B

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ORACLE CORPORATION, ET AL, *

Plaintiffs, *

*

VS. * CASE NO. 07-CV-01658 (MJJ)

*

SAP AG, ET AL, *

Defendants. *

*******************************************************

HIGHLY CONFIDENTIAL

ORAL AND VIDEOTAPED 30(b)(6) DEPOSITION OF

CATHERINE LEE HYDE

APRIL 1, 2008

*******************************************************

REPORTED BY:

CAROL JENKINS, CSR, RPR, CRR

CERTIFICATE NO. 2660

Q. Is it fair to say that Andrew Nelson created the extended support retrofit model that TomorrowNow used through 2005?

MR. McDONELL: Vague and ambiguous.

A. In its earliest forms, yes.

# EXHIBIT C

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

ORACLE CORPORATION, a )
Delaware corporation, ORACLE )
USA, INC., a Colorado )
corporation, and ORACLE )
INTERNATIONAL CORPORATION, )
a California corporation, )
Plaintiffs, )
)
vs. ) CASE NO. 07-CV-01658 (MJJ)
)
SAP AG, a German corporation, )
SAP AMERICA, INC., a Delaware )
corporation, TOMORROWNOW, )
INC., a Texas corporation, and)
DOES 1-50, inclusive, )
Defendants. )

"HIGHLY CONFIDENTIAL"

ORAL VIDEOTAPED DEPOSITION

BERND WELZ

JANUARY 23, 2009

ORAL VIDEOTAPED DEPOSITION OF BERND WELZ, produced as a witness at the instance of the Plaintiffs and duly sworn, was taken in the above-styled and numbered cause on the 23rd day of January, 2009, from 8:38 a.m. to 3:46 p.m., before Dana Richardson, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine at the offices of Jones Day, 717 Texas Avenue, Suite 3300, Houston, Texas 77002, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

Job No. 1603-89979

Q. Okay. I'm just asking you as a -- somebody who is in the service business. You understand that when you are -- you don't just start one day ready to launch. You have to do work to prepare to launch a service offering, right?

A. Yes, that is correct.

Q. And that would include getting the necessary written materials for training ready, right, training people to provide that service? That would be part of the necessary preparation, right?

A. That's one element of it.

Q. And you'd have to be able to have whatever necessary updates or other materials are required to be able to provide satisfactory service in place before you launch that service, right?

MR. WILKES: Objection, form.

A. That depends on the delivery model.

Q. (By Ms. House) And did you understand the delivery model that was being contemplated for TomorrowNow in these additional Oracle-owned applications was the same delivery model that was being offered for PeopleSoft and JD Edward applications?

MR. WILKES: Objection, form.

A. My assumption was that when extending the service to other products, a similar delivery model would be applied.

# EXHIBIT D

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

ORACLE CORPORATION, a )
Delaware corporation, ORACLE )
USA, INC., a Colorado )
corporation, and ORACLE )
INTERNATIONAL CORPORATION, )
a California corporation, )
)
Plaintiffs, )
)
vs. ) CASE NO. 07-CV-01658 (MJJ)
)
SAP AG, a German corporation, )
SAP AMERICA, INC., a Delaware )
corporation, TOMORROWNOW, )
INC., a Texas corporation, and)
DOES 1-50, inclusive, )
)
Defendants. )

"HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY"
ORAL VIDEOTAPED DEPOSITION
30(B)(6) TOMORROWNOW, INC.
SHARON PIPER
JUNE 25, 2008

ORAL VIDEOTAPED DEPOSITION OF SHARON PIPER, produced as a witness at the instance of the Plaintiffs and duly sworn, was taken in the above-styled and numbered cause on the 25th day of June, 2008, from 3:43 p.m. to 4:05 p.m., before Dana Richardson, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine at the offices of Jones Day, 717 Texas, Suite 3300, Houston, Texas 77002, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

Job No. 1603-87429

Q. Is that code line that I just read TomorrowNow
proprietary and confidential?
MR. FUCHS: Objection, form, calls for a legal
conclusion.
A. I don't know what the definition of proprietary and
confidential.