BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506-4846
Facsimile: (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International
Corporation, and Oracle EMEA Limited

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>Plaintiffs,<br>v.<br><br>SAP AG, *et al.*,<br><br>Defendants. | CASE NO. 07-CV-01658 PJH (EDL)<br><br>**STIPULATION TO PERMIT PLAINTIFFS TO FILE DRAFT STIPULATION UNDER SEAL** |



Dockets.Justia.com

Pursuant to Local Rules 7-11(a) and 79-5(b)-(c), Plaintiffs Oracle USA, Inc., Oracle International Corporation, and Oracle EMEA Limited (collectively, "Oracle") and Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc. (collectively, "Defendants," and with Oracle, the "Parties") jointly submit this stipulation to permit Oracle to file Exhibit A to the Parties' February 9, 2009 Joint Discovery Conference Statement ("Statement") under seal.

The requested relief is necessary and narrowly tailored to protect the alleged confidentiality of the materials put at issue by the Parties' Statement, until such time as the Court rules on the confidentiality of the relevant subject matter.

Specifically, Exhibit A to the Statement contains information designated by Defendants as "Confidential Information" and "Highly Confidential Information – Attorneys' Eyes Only," pursuant to the Protective Order entered in this action on June 6, 2007. Moreover, Defendants contend that Exhibit A to the Statement reflects a "snapshot" of the Parties' inchoate compromise discussions under Fed. R. Evid. 408 regarding PeopleSoft HRMS environments and updates/fixes and should be protected accordingly.

Accordingly, the Parties, through their respective counsel of record, stipulate that Oracle be permitted to file Exhibit A to the Statement under seal. The Parties further agree that Oracle reserves its rights to challenge the confidentiality of the information filed under seal pursuant to this Stipulation and understand that this Stipulation is not intended to relieve Defendants' burden, under Local Rule 79-5(d), of supporting the confidentiality of the documents at issue. The Parties agree that neither the act of filing nor the filed documents shall be construed as a waiver of confidentiality designation or other protection (under Fed. R. Evid. 408 or otherwise) with respect to documents, transcripts, or other information referred to in, or that serve as the basis for, the allegations or arguments made therein.

///

///

///

///

///

IT IS SO STIPULATED.

DATED: February 9, 2009

BINGHAM McCUTCHEN LLP

By: /s/ Bree Hann

Bree Hann
Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International Corporation, and Oracle EMEA Limited

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

DATED: February 9, 2009

JONES DAY

By: /s/ Jason McDonell

Jason McDonell
Attorneys for Defendants
SAP AG, SAP America, Inc., and TomorrowNow, Inc.