**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date: February 10, 2009

Case No: **C- 07-01658 PJH (EDL)**

Case Name: **ORACLE CORPORATION v. SAP AG**

Attorneys: Pltf: Geoffrey M. Howard, Zach Alinder, Holly House, Jennifer Gloss
Deft: Scott W. Cowan, Jason McDonell, Elaine Wallace, Lisa Buccino

Deputy Clerk: Lili M. Harrell

Court Reporter: Connie Kuhl
(Time: 1 hour 8 min)

| **PROCEEDINGS:** | **RULING:** |
| --- | --- |
| 1. Plaintiffs' Motion to Compel Production of Documents, Answers to Interrogatories and Rule 30(b)(6) | Granted in part/Denied in part |
| 2. Defendants' Motion to Compel Discovery Concerning Third Party Support Provided by Oracle Partners | Granted in part/Denied in part |

**ORDERED AFTER HEARING:**

**Order to be prepared by:** [] Plntf [] Deft [X] Court

**Case continued to:** 2/13/2009 at 2:00pm for further discovery conference.

Notes:

cc:

Dockets.Justia.com