Walsh v. Apple, Inc. et al Doc. 275

Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice)*
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway
M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506-4846
Facsimile: (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International
Corporation, and Oracle EMEA Limited

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAP AG, et al.,<br><br>Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**STIPULATION [~~AND PROPOSED~~ ORDER] REGARDING EXPERT DISCOVERY** |



Dockets.Justia.com

## STIPULATION REGARDING EXPERT DISCOVERY

Plaintiffs Oracle USA, Inc., Oracle International Corporation, and Oracle EMEA Limited and Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc. (together with Plaintiffs, "the Parties") jointly enter into this Stipulation regarding expert discovery.

**IT IS HEREBY STIPULATED** by the Parties, through their respective counsel of record, that the following agreement shall govern expert discovery:

For the purposes of this agreement, "experts" means only those individuals identified and disclosed pursuant to the protective order as well as their staff and others working under the experts direction and control.

a. No communications between counsel and experts after October 1, 2006 will be the subject of discovery or inquiry in deposition or at trial, except as described in paragraphs d and e below.

b. No communications between experts and clients or among experts after October 1, 2006 will be the subject of discovery or inquiry in deposition or at trial, except as described in paragraphs d and e below.

c. No notes, drafts or other types of preliminary work by or for experts, including draft expert reports, prepared after October 1, 2006 will be the subject of discovery or inquiry in deposition or at trial, except as described in paragraphs d and e below.

d. Paragraphs a, b and c will not apply to any communications or documents on which experts intend to rely or that form the basis for any part of that expert's opinion; such communications or documents shall be subject to discovery or inquiry in deposition or at trial.

e. Notwithstanding the foregoing, all documents provided to experts (including, without limitation, publications and documents produced in discovery), other than those generated for the purpose of the litigation and/or for the purpose of communicating with the expert, that were considered by the expert in formulating his or her opinion (whether or not they support the opinion) are discoverable and may be the subject of questioning at deposition and trial.

f. While this stipulation does not affect the potential discoverability of any expert communications or related documents generated in conjunction with any other litigation, expert

communications and related documents generated in conjunction with this litigation, which the parties have agreed are not discoverable pursuant to paragraphs a, b, or c above, shall not later be discoverable in any future litigation that may arise between the parties.

Dated: February 11, 2009

JONES DAY

By: /s/ Jason McDonell
Jason McDonell

Counsel for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

DATED: February 11, 2009

BINGHAM McCUTCHEN LLP

By: /s/ Zachary J. Alinder
Zachary J. Alinder

Attorneys for Plaintiffs
ORACLE USA, INC., ORACLE
INTERNATIONAL CORPORATION, and
ORACLE EMEA LIMITED

**SO ORDERED.**

Dated: February 11, 2009

By: Elizabeth D. Laporte
The Honorable Elizabeth D. Laporte
United States District Magistrate Judge

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Elizabeth D. Laporte
NORTHERN DISTRICT OF CALIFORNIA