**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date: February 13, 2009

Case No: **C- 07-01658 PJH (EDL)**

Case Name: **ORACLE CORPORATION v. SAP AG**

Attorneys: Pltf: Geoffrey M. Howard, Zach Alinder, Holly House, John Polito, Jennifer Gloss
Deft: Scott W. Cowan, Jason McDonell, Elaine Wallace, Lisa Buccino

Deputy Clerk: Lili M. Harrell

FTR Digital Recording: 2:08pm - 3:28pm)
(Time: 1 hour 20 min)

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Discovery Conference | Held |
| 2. | |

**ORDERED AFTER HEARING:**

**Order to be prepared by:** [] Plntf [] Deft [X] Court

**Case continued to:**

Notes:

cc: