Walsh v. Apple, Inc. et al Doc. 283

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**CASE NO.: C07-1658 PJH (JCS)**

**CASE NAME: Oracle Corp., et al v. SAP AG**

**MAGISTRATE JUDGE JOSEPH C. SPERO** **COURTROOM DEPUTY: Karen Hom**

**DATE: 2/23/9** **TIME: 2 hrs** **COURT REPORTER: Not recorded**

**COUNSEL FOR PLAINTIFF:**
**Donn Pickett**
**Geoff Howard**
**Holly House**
**Dorian Daley**
**Jennifer Gloss**

**COUNSEL FOR DEFENDANT:**
**Greg Lanier**
**Jason McDonnell**

---

**PROCEEDINGS**

☐ SETTLEMENT CONFERENCE

X FURTHER SETTLEMENT CONFERENCE

☐ DISCOVERY CONFERENCE

☐ STATUS CONFERENCE RE:__________

☐ TELEPHONIC CONFERENCE RE:__________

☐ OTHER:__________

CASE CONTINUED TO: **11/30/09 at 9:30 a.m.** FOR **A Further Settlement Conference**

NOTES:

Case did not settle. Updated settlement conference statements due by Nov. 23, 2009.

cc: Chambers

Dockets.Justia.com