**United States District Court**
**Northern District of California**

# DOCUMENT LOCATOR

**Case Number: CV-07-1658 PJH**

**Date Filed: 1-16-09 for docs 286-288 and 2-18-09 for doc 285**

**Document:**

**____ Reporter's Transcript:**

**____ Trial Exhibits:**

**____ Lodged Documents:**

**__X_ Sealed Documents**

**____ Declaration:**

**____ Other:**

**Location:**

**____ Expando (Next to Case File)**

**____ Overflow Shelf:**

**__X_ Vault**

**____ Other:**

## Document Number: 285-288

Dockets.Justia.com