BINGHAM MCCUTCHEN LLP
DONN P. PICKETT (SBN 72257) (donn.pickett@bingham.com)
GEOFFREY M. HOWARD (SBN 157468) (geoff.howard@bingham.com)
HOLLY A. HOUSE (SBN 136045) (holly.house@bingham.com)
ZACHARY J. ALINDER (SBN 209009) (zachary.alinder@bingham.com)
BREE HANN (SBN 215695) (bree.hann@bingham.com)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

JOHN F. BARG (SBN 60230) (jfb@bcltlaw.com)
MARCO QUAZZO (SBN 142182) (mq@bcltlaw.com)
CHRISTOPHER D. JENSEN (SBN 235108) (cdj@bcltlaw.com)
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone: (415) 228-5400
Facsimile: (415) 228-5450

DORIAN DALEY (SBN 129049) (dorian.daley@oracle.com)
JENNIFER GLOSS (SBN 154227) (jennifer.gloss@oracle.com)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506-4846
Facsimile: (650) 506-7114

Attorneys for Plaintiffs Oracle USA, Inc., Oracle International Corp., Oracle Systems Corp., Oracle EMEA Ltd., and J.D. Edwards Europe, Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE INTERNATIONAL CORP., a California corporation; ORACLE SYSTEMS CORP., a Delaware corporation; ORACLE EMEA LTD., an Irish private limited company; and J.D. EDWARDS EUROPE LTD., an Irish private limited company,<br><br>Plaintiffs,<br>v.<br><br>SAP AG, a German corporation; SAP AMERICA, INC., a Delaware corporation; TOMORROWNOW, INC., a Texas corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 07-CV-01658 PJH (EDL)<br><br>Before: Hon. Phyllis J. Hamilton<br>Complaint Filed: March 22, 2007<br><br>**NOTICE OF ENTRY OF APPEARANCES OF JOHN F. BARG, MARCO QUAZZO, AND CHRISTOPHER D. JENSEN** |

TO THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that John F. Barg, Marco Quazzo, and Christopher D. Jensen of the law firm of Barg Coffin Lewis & Trapp, LLP hereby enter their appearances as counsel for Plaintiffs Oracle USA, Inc., Oracle International Corporation, Oracle Systems Corporation, Oracle EMEA Ltd., and J.D. Edwards Europe, Ltd. Please add Christopher D. Jensen to all e-filing service lists in this matter.

Counsel's contact information is as follows:


Christopher D. Jensen **(cdj@bcltlaw.com)**
Barg Coffin Lewis & Trapp, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone: (415) 228-5400
Facsimile: (415) 228-5450


DATED: March 24, 2009

JOHN F. BARG
MARCO QUAZZO
CHRISTOPHER D. JENSEN
BARG COFFIN LEWIS & TRAPP, LLP

By: /s/ Christopher D. Jensen
Attorneys for Plaintiffs Oracle USA, Inc., Oracle International Corp., Oracle Systems Corp., Oracle EMEA Ltd., and J.D. Edwards Europe, Ltd.