# Exhibit A

Dockets.Justia.com

# EXHIBIT A

## SUMMARY OF THE PARTIES' PROPOSALS REGARDING CUSTODIAN PRODUCTION DATES

| Custodian | Oracle's Proposal | Defendants' Proposal | Date Identified by Defendants |
|---|---|---|---|
| Carlos Barradas | 3/31/2009 | Agreed | 12/19/2008 |
| Larry Ellison | 3/31/2009 | Agreed | 9/3/2008 |
| Rick Cummins (Supplemental) | 4/3/2009 | Agreed | N/A[1] |
| Buffy Ransom (Supplemental) | 4/9/2009 | Agreed | N/A |
| John Schiff | 4/10/2009 | 4/3/2009 | 9/10/2008 |
| Jesper Anderson | 4/10/2009 | 4/3/2009 | 9/10/2008 |
| Edward Abbo | 4/10/2009 | 4/3/2009 | 9/10/2008 |
| Dave Duffield | 4/15/2009 | Agreed | 2/5/2009 |
| Craig Conway | 4/15/2009 | Agreed | 9/3/2008 |
| Andy Allbritten | 4/15/2009 | Agreed | 2/5/2009 |
| Michael Van Boening | 4/24/2009 | Agreed | 12/19/2008 |
| Tawanna Sanders | 4/30/2009 | 4/10/2009 | 10/24/2008 |
| Meeia Crossman | 4/30/2009 | 4/10/2009 | 10/24/2008 |
| Maria Jimenez | 4/30/2009 | 4/17/2009 | 10/24/2008 |
| Buff Brewster | 4/30/2009 | 4/17/2009 | 10/24/2008 |
| Phil Wilmington | 4/30/2009 | Agreed | 2/5/2009 |
| John Wookey (Supplemental) | 4/30/2009 | Agreed | N/A |
| Harald Freudendahl (Supplemental) | 4/30/2009 | Agreed | N/A |
| Lenley Hensarling (Supplemental) | 4/30/2009 | Agreed | N/A |
| Tony Kender | 4/30/2009 | 4/10/2009 | 10/24/2008 |
| Joyce Boland | 4/30/2009 | 4/17/2009 | 10/24/2008 |
| Jim Patrice | 5/15/2009-5/31/2009 | 5/8/2009 | 2/5/2009 |
| Brad Nolan | 5/15/2009-5/31/2009 | 5/1/2009 | 12/19/2008 |
| David Hare | 5/15/2009-5/31/2009 | 5/1/2009 | 12/19/2008 |
| Lou Lopez | 5/15/2009-5/31/2009 | 5/8/2009 | 2/5/2009 |
| Annette Horan | 5/15/2009-5/31/2009 | 5/15/2009 | 2/5/2009 |
| Doris Wong (Supplemental) | 5/15/2009 | Agreed | N/A |
| Robert Lachs (Supplemental) | 5/15/2009 | Agreed | N/A |
| Rachel Romano (Supplemental) | 5/15/2009 | Agreed | N/A |
| Todd Chapel (Supplemental) | 5/15/2009 | Agreed | N/A |
| Barbara Allario | 5/15/2009 | Agreed | N/A |

[1] "Supplemental" productions are productions of documents for custodians already produced by Oracle, and include either (1) pre- 2004 documents for the 10 key custodians identified by Defendants on March 10, 2009 under the Parties' Expanded Discovery Timeline Agreement, and/or (2) archived emails recently located by Oracle.

| | | | |
|---|---|---|---|
| (Supplemental) | | | |
| Peggy O'Neill | 5/22/2009 | Agreed | 2/5/2009 |
| Jay Crowe (Supplemental) | 5/31/2009 | 5/15/2009 | N/A |
| Bill Dowd (Supplemental) | 5/31/2009 | 5/15/2009 | N/A |
| Angela Stout (Supplemental) | 5/31/2009 | 5/15/2009 | N/A |
| Barbara Harper (Supplemental) | 5/31/2009 | 5/15/2009 | N/A |
| Lori Sanabria (Supplemental) | 5/31/2009 | 5/15/2009 | N/A |
| Nina Bankar (Supplemental) | 5/31/2009 | 5/15/2009 | N/A |
| John Webb (Supplemental) | 5/31/2009 | 5/15/2009 | N/A |
| Robbin Henslee | 5/31/2009 | 5/22/2009 | 2/5/2009 |
| Uwe Lueck (Supplemental) | 5/31/2009 | 5/15/2009 | N/A |
| Thomas O'Toole (Supplemental) | 5/31/2009 | 5/15/2009 | N/A |
| Treasure Diehl | 6/1/2009 | 5/18/2009 | 3/17/2009 |
| Carol MacKenzie | 6/1/2009 | 5/18/2009 | 3/17/2009 |
| Gary Grieshaber | 6/1/2009 | 5/18/2009 | 3/17/2009 |
| Julie O'Shea (Supplemental) | 6/7/2009 | 5/15/2009 | N/A |
| Todd Keiffer (Supplemental) | 6/7/2009 | 5/15/2009 | N/A |
| Sudhir Chilakapati (Supplemental) | 6/7/2009 | 5/15/2009 | N/A |
| Sunder Subramanyan (Supplemental) | 6/7/2009 | 5/15/2009 | N/A |
| Jason Rice (Supplemental) | 6/7/2009 | 5/15/2009 | N/A |