Walsh v. Apple, Inc. et al Doc. 293

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ORACLE CORPORATION et al,

Plaintiff,

v.

SAP AG et al,

Defendant.
_____________________________________/

Case Number: CV07-01658 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 2, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael B. Levin
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050

via email to: mlevin@wsgr.com

Dated: April 2, 2009

Richard W. Wieking, Clerk

By: Lili M. Harrell, Deputy Clerk

Dockets.Justia.com