Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted Pro Hac Vice)
Joshua L. Fuchs (Admitted Pro Hac Vice)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ORACLE USA, INC., et al.,

Plaintiffs,

v.

SAP AG, et al.,

Defendants.

Case No. 07-CV-1658 PJH (EDL)

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL DISCOVERY RELEVANT TO PLAINTIFFS' COPYRIGHT CLAIMS**

Date: May 19, 2009
Time: TBD
Courtroom: E, 15th Floor
Judge: Hon. Elizabeth D. Laporte



Dockets.Justia.com

The Court having before it Defendants' Motion to Compel Discovery Relevant to Plaintiffs' Copyright Claims, and having considered the papers and argument of the parties, hereby GRANTS the motion and ORDERS as follows:

By May, 29, 2009, Plaintiffs shall:

1. Produce a complete copy of all software and other materials allegedly infringed (along with software license activation codes sufficient to allow Defendants access to software), or, in the alternative, provide written confirmation that its copyright infringement claims exclude all materials not produced; and

2. Supplement the response to Interrogatory No. 13 to specifically identify the preexisting material for each derivative work. To the extent that Plaintiffs rely on the Customer Connection databases pursuant to Rule 33(d) in its supplemental response, Plaintiffs shall: (a) provide whatever technical assistance is required to ensure that Defendants can access and use the databases; and (b) identify the specific locations where the responsive information can be found for each derivative work; and

3. (a) Produce all remaining nonprivileged documents in its possession, custody, or control relating to the acquisition, assignment, or transfer of the Registered Works, and any preexisting materials upon which they are based, including documents relating to PeopleSoft, Inc.'s acquisition of technology developed by The Vantive Corporation, Red Pepper Software Company, and Distinction Software, Inc.; and

(b) Confirm in writing that it has produced all materials described in 3(a) above located after a diligent search of all locations at which such materials might plausibly exist; and

(c) Produce all documents on which it intends to rely to meet its burden of proving copyrightability and ownership for the Registered Works to which no presumption of validity applies.

IT IS SO ORDERED.

Dated: ______________________

______________________________
ELIZABETH D. LAPORTE
United States Magistrate Judge