United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORACLE CORPORATION,

Plaintiff,

v.

SAP AG, et al.,

Defendants

______________________________________/

No. C 07-01658 PJH (EDL)

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT Defendant's Motion to Compel Discovery Relevant to Plaintiffs' Copyright Claims noticed for May 19, 2009, will be heard at 2:00 p.m. before Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco.

Dated: April 22, 2009

FOR THE COURT,
Richard W. Wieking, Clerk

by: Lili M. Harrell
Lili M. Harrell
Courtroom Deputy

Dockets.Justia.com