Walsh v. Apple, Inc. et al Doc. 298

BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway
M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506-4846
Facsimile: (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International Corporation, and Oracle EMEA Limited

Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice)*
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesoday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ORACLE USA, INC., *et al.*,

Plaintiffs,

v.

SAP AG, *et al.*,

Defendants.

Case No. 07-CV-1658 PJH (EDL)

**JOINT DISCOVERY CONFERENCE STATEMENT**

Date: May 5, 2009
Time: 2:00 p.m.
Courtroom: E, 15th Floor
Judge: Hon. Elizabeth D. Laporte



Dockets.Justia.com

Plaintiffs Oracle USA, Inc., Oracle International Corporation, and Oracle EMEA Limited (collectively, “Oracle”) and Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc. (collectively, “Defendants,” and with Oracle, the “Parties”) submit this Joint Discovery Conference Statement.

The March 31 Discovery Conference resolved several discovery disputes between the Parties. The Parties continue to meet and confer about several remaining discovery disputes, including sufficiency and timing of document productions, adequacy of Rule 30(b)(6) witnesses, and sufficiency of interrogatory responses, but are willing to mutually defer presentation of outstanding issues to allow for additional meet and confer. They accordingly request that the May 5 Discovery Conference be taken off the calendar. The Parties will continue their meet and confer and will raise any further issues with the Court in the next Discovery Conference Statement.

Further, the Parties continue to make progress towards proposed joint relief they may seek from Judge Hamilton regarding: (1) potential additional motion practice; (2) what, if any, adjustment should be made to the case and trial schedule and discovery limitations; and (3) Oracle’s possible addition of parties and claims relating to other software lines, including Siebel.

The Parties jointly request that the Court schedule sixty minutes on May 26, 2009 to discuss discovery issues, with a Joint Discovery Conference Statement due on May 19, 2009. The Parties further jointly request that the Court schedule sixty minutes during the week of June 15, 2009 to discuss discovery issues, with a Joint Discovery Conference Statement due on June 9, 2009.

DATED: April 28, 2009

BINGHAM McCUTCHEN LLP

By: ______________/s/______________
Zachary J. Alinder
Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International Corporation, and Oracle EMEA Limited

In accordance with General Order No. 45, Rule X, the above signatory attests that

concurrence in the filing of this document has been obtained from the signatory below.

DATED: April 28, 2009

JONES DAY

By: /s/

Jason McDonell
Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.