Walsh v. Apple, Inc. et al Doc. 310

BINGHAM MCCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway
M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506-4846
Facsimile: (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International
Corporation, and Oracle EMEA Limited

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>Plaintiffs,<br>v.<br><br>SAP AG, *et al.*,<br><br>Defendants. | No. 07-CV-1568 PJH (EDL)<br><br>**[PROPOSED] ORDER RE CLARIFICATION OF MAY 5, 2008 CASE MANAGEMENT ORDER** |



Dockets.Justia.com

The Court clarifies that its May 5, 2008 Case Management and Pretrial Order's reference to "350 deposition hours" includes only fact witness depositions. Expert witness depositions will not be deducted from this number.

**IT IS SO ORDERED.**

Date: ________, 2009

______________________________
Hon. Phyllis J. Hamilton
United States District Judge