Walsh v. Apple, Inc. et al

Doc. 316

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORACLE CORPORATION,

Plaintiff,

v.

SAP AG, et al.,

Defendants.

_______________________________________/

No. C 07-01658 PJH (EDL)

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT Defendant's Motion to Compel Discovery Relevant to Plaintiffs' Copyright Claims scheduled for May 27, 2009 is **reset to 9:00 a.m.** before Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco.

Dated: May 26, 2009

FOR THE COURT,
Richard W. Wieking, Clerk

by: ________________________
Lili M. Harrell
Courtroom Deputy

United States District Court
For the Northern District of California

Dockets.Justia.com