Walsh v. Apple, Inc. et al

Doc. 317



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORACLE CORPORATION, et al.,

Plaintiffs,

v.

SAP AG, et al.,

Defendants.
_______________________________/

No. C 07-1658 PJH

**ORDER GRANTING REQUEST TO TO CLARIFY DISCOVERY LIMITATION**

The 350 per side deposition limitation found in the court's May 5, 2008 case management order, was intended to apply only to **fact** witnesses. It was intended as a compromise between the 80 depositions sought by plaintiffs and the 250 hours sought by defendants. Both numbers were referenced in the joint case management statement and clearly apply only to fact witnesses.

**IT IS SO ORDERED.**

Dated: May 26, 2009

______________________________
PHYLLIS J. HAMILTON
United States District Judge

Dockets.Justia.com