**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date: May 26, 2009

Case No: **C- 07-01658 PJH (EDL)**

Case Name: **ORACLE CORPORATION v. SAP AG, et al**

Attorneys: Pltf: Geoffrey M. Howard, Zach Alinder, Holly House, Jennifer Gloss
Deft: Scott W. Cowan, Jason McDonell, Jane Froyd

Deputy Clerk: Lili M. Harrell FTR Digital Recording: 2:17pm - 2:44pm
(Time: 27 min)

| **PROCEEDINGS:** | **RULING:** |
| --- | --- |
| 1. Further Discovery Conference | Held |
| 2. | |

**ORDERED AFTER HEARING:**

**Order to be prepared by:** [] Plntf [] Deft [X] Court

**Case continued to:**

Notes:

cc:

Dockets.Justia.com