Walsh v. Apple, Inc. et al Doc. 329

BINGHAM MCCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachry.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: 650.506.4846
Facsimile: 650.506.7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International Corporation, and
Oracle EMEA Limited

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ORACLE USA, INC. *et al*,

Plaintiffs,

v.

SAP AG, *et al*.,

Defendants.

No. 07-CV-01658 PJH (EDL)

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS RELATED TO DAMAGES MODEL AND INTERROGATORY RESPONSES RELATED TO USE OF PLAINTIFFS' INTELLECTUAL PROPERTY**



Dockets.Justia.com

After considering the pleadings and memoranda submitted by the Parties and supporting papers, and having heard the arguments of counsel, IT IS HEREBY ORDERED that Plaintiffs' Motion to Compel Production of Documents Related to Damages Model and Interrogatory Responses Related to Use of Plaintiffs' Intellectual Property in the above-named action is GRANTED as follows:

1. Within 10 days of the date of this Order, Defendants shall produce documents sufficient to show (a) the existence, scope, and terms of any licenses with independent (non-affiliated, non-partner) software support service providers for SAP-branded software applications or any licenses Defendants deem comparable to the type of license that would have been required between Oracle and SAP TN for the type of activities engaged in by Defendants; (b) Defendants' intellectual property and intangible asset valuations resulting from SAP's acquisitions of Business Objects, MaXware, and OutlookSoft Corporation; and (c) the license or valuation documents for any acquisitions that Defendants contend are a more appropriate benchmark.

2. Within 10 days of the date of this Order, Defendants shall produce documents sufficient to show SAP's application sales close rate and support renewal rate over the relevant period.

3. Within 30 days of the date of this Order, Defendants shall provide supplemental responses to Interrogatory 13 from Oracle Corporation's First Set of Interrogatories to Defendant TomorrowNow and Interrogatory 14 from Oracle USA, Inc.'s Second Set of Interrogatories to Defendant TomorrowNow. To the extent that Defendants, in providing these supplemental responses, rely on their own inability to provide this information to Plaintiffs, Defendants must provide details as to the steps taken to collect and/or preserve such evidence prior to, at the time of, and after the wind down of TomorrowNow, along with a declaration detailing why they can not provide the information requested.

DATED: _______________, 2009

_____________________________________________
Hon. Elizabeth D. Laporte
United States Magistrate Judge