Walsh v. Apple, Inc. et al

Doc. 337

# EXHIBIT A

Dockets.Justia.com

BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506-4846
Facsimile: (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International Corporation, and
Oracle EMEA Limited

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>Plaintiffs,<br>v.<br><br>SAP AG, *et al.*,<br><br>Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**PLAINTIFFS' SECOND AMENDED AND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANT TOMORROWNOW, INC.'S FIRST SET OF INTERROGATORIES**<br><br>**CONTAINS CONFIDENTIAL INFORMATION DESIGNATED PURSUANT TO PROTECTIVE ORDER** |

**INTERROGATORY NO. 2:**

Describe in as much detail as possible how Oracle obtained the names of the computers in TN's, SAP AG's, or SAP America's possession, custody, or control identified in the parties' Stipulated [Proposed] Protective Order.

**AMENDED RESPONSE TO INTERROGATORY NO. 2:**

In addition to its General Objections, Oracle objects that its investigation into the circumstances of defendants' intrusion into and theft from Oracle's systems is not yet complete. Oracle further objects to the extent that this Interrogatory calls for information protected by the attorney-client or work product privileges. Oracle further objects to the extent that supplementation would require Oracle to summarize the documents and testimony provided on this subject, including by Oracle's 30B6 witness on this topic; Oracle cannot and will not and is not required to do so and incorporates all such evidence by reference into this supplemented answer.

Subject to and without waiver of these objections, Oracle responds as follows:

As the various PeopleSoft support engineers and other former employees now working at SAP TN are fully aware, certain tools (often referred to as "Change Assistant" tools) that SAP TN used to download Software and Support Materials from Customer Connection are Java tools. When one such Change Assistant tool is launched, it requests the name of the computer from which it has been launched. As part of the session authentication process, the name is verified at the outset of each Change Assistant session on Customer Connection. In some cases,

when a user has accessed Software and Support Materials through the same tool, the logs also capture the remote machine name being used by a logged-in user from a particular IP address to make the download request. Using this data, Oracle identified thirty-four unique SAP TN machine names logged in to Customer Connection from the SAP TN IP addresses that were used to download Software and Support Materials from Customer Connection.

**<u>INTERROGATORY NO. 3</u>:**

Describe in as much detail as possible each breach, interference, or inducement of breach of an agreement by TN, SAP America, SAP AG, or any Named Customer or TN Customer that Oracle alleges or believes occurred, including identifying the agreement and the specific conduct constituting the alleged or perceived breach, interference, or inducement of breach.

**<u>RESPONSE TO INTERROGATORY NO. 3</u>:**

In addition to its General Objections and specific objections below, Oracle objects that this Interrogatory is compound, as it includes two distinct inquiries. Oracle will therefore treat this Interrogatory as though it were two separate Interrogatories, as follows:

**<u>Interrogatory No. 3(a)</u>:**

Describe in as much detail as possible each breach or inducement of breach of an agreement by TN, SAP America, SAP AG, or any Named Customer or TN Customer that Oracle alleges or believes occurred, including identifying the agreement and the specific conduct constituting the alleged or perceived breach or inducement of breach.

**<u>Response to Interrogatory No. 3(a)</u>:**

In addition to its General Objections, Oracle objects that the use of the defined term "TN Customer" makes this Interrogatory overbroad and unduly burdensome. Oracle further objects that this Interrogatory seeks information that is not relevant to the litigation, nor likely to lead to the discovery of admissible evidence. Oracle further objects that its investigation into the circumstances related to defendants' intrusion into and theft from Oracle's systems is not yet complete, including but not limited to its investigation into customers implicated by defendants' unlawful conduct. Oracle further objects to the extent that this Interrogatory calls for information protected by the attorney-client or work product privileges. Oracle further objects to

this Interrogatory on the grounds that many of the facts concerning defendants' breaches and inducements are solely within the knowledge and/or control of defendants or other third parties. Oracle further objects to the extent the Interrogatory purports to require Oracle to create a compilation, abstract, or summary from business records that Oracle has already produced or will produce.

Subject to and without waiver of these objections, Oracle responds as follows:

Defendants breached agreements with Oracle including but not limited to the Customer Connection Terms of Use, the Special Terms of Use, the SAR legal restrictions, Oracle's Technical Support Policies, and/or the Legal Download Agreement, and the license agreements of, at least, the Named Customers by, among other things:

- Accessing the Software and Support Materials, not expressly licensed to and/or paid for by defendants or the customers in whose name defendants accessed them through Customer Connection;
- Downloading and taking the Software and Support Materials, not expressly licensed to and/or paid for by defendants or the customers in whose name defendants accessed them through Customer Connection;
- Using the content available through Customer Connection, in the form of the Software and Support Materials, (a) without being an authorized and designated Oracle technical support contact, (b) other than in support of a licensed customer who has a current right to receive and use particular Software and Support Materials, and (c) in ways other than in the furtherance of a relationship with Oracle.

Further, pursuant to Fed. R. Civ. Proc. Rule 33(d), Oracle refers defendants to Oracle's production of the customer license agreements related to each of the Named Customers, the Customer Connection Terms of Use, the Special Terms of Use, the SAR legal restrictions, Oracle's Technical Support Policies, and the Legal Download Agreement. Further, Oracle refers defendants to Oracle's production of the server logs in this matter that show defendants' access to and downloading from Customer Connection. Further, Oracle refers defendants to the First

Amended Complaint and defendants' Answer, and incorporates both here.

**Interrogatory No. 3(b)**:

Describe in as much detail as possible each interference of an agreement by TN, SAP America, SAP AG, or any Named Customer or TN Customer that Oracle alleges or believes occurred, including identifying the agreement and the specific conduct constituting the alleged or perceived interference.

**Response to Interrogatory No. 3(b)**:

In addition to its General Objections, Oracle objects that the use of the defined term "TN Customer" makes this Interrogatory overbroad and unduly burdensome. Oracle further objects that this Interrogatory seeks information that is not relevant to the litigation, nor likely to lead to the discovery of admissible evidence. Oracle further objects that its investigation into the circumstances related to defendants' intrusion into and theft from Oracle's systems is not yet complete, including but not limited to its investigation into customers implicated by defendants' unlawful conduct. Oracle further objects to the extent that this Interrogatory calls for information protected by the attorney-client or work product privileges. Oracle further objects to this Interrogatory on the grounds that many of the facts concerning defendants' interference are solely within the knowledge and/or control of defendants or other third parties. Oracle further objects to the extent the Interrogatory purports to require Oracle to create a compilation, abstract, or summary from business records that Oracle has already produced or will produce.

Subject to and without waiver of these objections, Oracle responds as follows:

Defendants interfered with Oracle's expectancy in continuing and advantageous economic relationships with current and former prospective purchasers and licensees of Oracle's support services and software by, among other things:

- Gaining unauthorized access to Oracle's computer systems through Oracle's password-protected support website Customer Connection (including through Change Assistant) in violation of the agreements governing such access;

- Gaining unauthorized access to the Software and Support Materials available on Oracle's computer systems through Customer Connection, in violation of the agreements governing such access, including by using log-in credentials of customers with no right or license to the Software and Support Materials downloaded by defendants;
- Breaching the agreements governing access to, and use of, the Customer Connection website and the Software and Support Materials available through it;
- Luring Oracle's current and prospective customers by making promotional and marketing statements regarding defendants' ability to provide support services for Oracle's PeopleSoft and J.D. Edwards brands of software that were only possible because of defendants' improper access to, and taking from, Oracle's computer systems through Customer Connection; and,
- Using information learned through the improper access to, and taking from, Oracle's computer systems through Customer Connection to provide support services to SAP customers, including the actual provision of illegally obtained Software and Support Materials.

Discovery and investigation into defendants' interference is ongoing, but to date, Oracle's investigation has identified that defendants interfered with Oracle's expectancy in continuing and advantageous economic relationships with current and former prospective purchasers and licensees of Oracle's support services and software, including but not limited to: Abbott Laboratories, Abitibi-Consolidated Inc., Bear, Stearns & Co., Berri Limited, Border Foods, Caterpillar Elphinstone, Distribution & Auto Service, Fuelserv Limited, Grupo Costamex, Helzberg Diamonds, Herbert Waldman, Honeywell International, Interbrew UK, Laird Plastics, Inc., Merck & Co., Metro Machine Corp., Mortice Kern Systems, Inc., National Manufacturing, NGC Management Limited, OCE-Technologies B.V., Ronis SA, Smithfield

Foods, SPX Corporation, Stora Enso, Texas Association of School Boards, VSM Group AB, and Yazaki North America.

Further, pursuant to Fed. R. Civ. Proc. Rule 33(d), Oracle refers defendants to Oracle's production of the customer license agreements related to each of the Named Customers, as well as, the Customer Connection Terms of Use, the Special Terms of Use, the SAR legal restrictions, Oracle's Technical Support Policies, and the Legal Download Agreement. Further, Oracle refers defendants to Oracle's production of the server logs in this matter as they show defendants' access to and downloading from Customer Connection. Further, Oracle refers defendants to the First Amended Complaint and defendants' Answer, and incorporates both here.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 3:**

**Supplemental Response to Interrogatory No. 3(a):**

Subject to and without waiving the above objections, and pursuant to the extensive meet and confer discussions and agreements as described in more detail above, Oracle further responds that pursuant to Fed. R. Civ. Proc. Rule 33(d), Oracle refers defendants to Oracle's production of the customer license agreements for customers SAP TN has identified as its current and former customers, the Customer Connection Terms of Use, the Special Terms of Use, the SAR legal restrictions, Oracle's Technical Support Policies, and the Legal Download Agreement. Further, Oracle refers defendants to Oracle's production of the server logs in this matter that show defendants' access to and downloading from Customer Connection. Oracle's production of such documents is continuing, but includes materials Bates numbered ORCL00000001 through ORCL00007590, and ORCL00009434. Further, Oracle refers defendants to the First Amended Complaint and defendants' Answer, and incorporates both here.

**Supplemental Response to Interrogatory No. 3(b):**

Subject to and without waiving the above objections, and pursuant to the extensive meet and confer discussions and agreements as described in more detail above, Oracle further responds that pursuant to Fed. R. Civ. Proc. Rule 33(d), Oracle refers defendants to Oracle's production of the customer license agreements for customers SAP TN has identified as its current and former customers, as well as, the Customer Connection Terms of Use, the Special