Walsh v. Apple, Inc. et al Doc. 346

Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ORACLE USA, INC., et al.,

Plaintiffs,

v.

SAP AG, et al.,

Defendants.

Case No. 07-CV-1658 PJH (EDL)

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL PRODUCTION OF FINANCIAL INFORMATION FROM PLAINTIFFS**

Date: August 18, 2009
Time: TBD
Courtroom: E, 15th Floor
Judge: Hon. Elizabeth D. Laporte



Dockets.Justia.com

The Court having before it Defendants' Motion to Compel Production of Financial Information from Plaintiffs, and having considered the papers and argument of the parties, hereby GRANTS the motion and ORDERS as follows:

Pursuant to Fed. R. Civ. P. 37, Plaintiffs shall produce financial information for the period January 1, 2002 through October 31, 2008 relating to their claims of lost profits damages, including:

(1) The general ledgers for each Plaintiff corporation;

(2) Reports showing Plaintiffs' profitability of their PeopleSoft, J. D. Edwards and Siebel product lines and the underlying source documents upon which they are based;

(3) Detailed profit and loss statements for each Plaintiff on a monthly, quarterly and annual basis;

(4) A response to Defendants' Targeted Search Request No. 3; and

(5) Supplemental Rule (30)(b)(6) testimony regarding the royalty payments received by or due to OIC in connection with the alleged Registered Works, how the royalty rates were established and the related allocations of costs pursuant to certain Cost Sharing Agreements.

IT IS SO ORDERED.

Dated: ______________________

ELIZABETH D. LAPORTE
United States Magistrate Judge

SFI-614568v1