Walsh v. Apple, Inc. et al
Doc. 350

# Exhibit A

Dockets.Justia.com

JOB NO. 94821

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

ORACLE CORPORATION, a ) Case No. 07-CV-01658 (MJJ)
Delaware corporation, )
ORACLE USA, INC., a )
Colorado corporation, and )
ORACLE INTERNATIONAL )
CORPORATION, a California )
corporation, )
)
Plaintiffs, )
)
VS. )
)
SAP AG, a German )
corporation, SAP AMERICA, )
INC., a Delaware )
corporation, TOMORROWNOW, )
INC., a Texas corporation, )
and DOES 1-50, inclusive, )
)
Defendants. )

ORAL AND VIDEOTAPED DEPOSITION OF
TOMORROWNOW BY AND THROUGH MARK KREUTZ
VOLUME 2
OCTOBER 30, 2007

ORAL AND VIDEOTAPED DEPOSITION OF MARK KREUTZ, produced as a witness at the instance of the Plaintiffs and duly sworn, was taken in the above styled and numbered cause on October 30, 2007, from 8:43 a.m. to 3:31 p.m., before RENE WHITE MOAREFI, CSR, CRR, RPR in and for the State of Texas, reported by machine shorthand, at Jones Day, 717 Texas, Suite 3300 Houston, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record herein.

And by "the data center," I'm assuming we're still, you know, talking about the same -- I don't know where all those machines exist. So based on what Bill probably told you yesterday, that he's identified the -- the computers that were used for -- for those downloads and . . .

Q. Was there anything to prevent a TomorrowNow employee who wanted to do a download from doing that download locally, to their local machine?

A. Anybody -- anyone meaning within TomorrowNow or within . . .

Q. Among the group of people responsible for performing these downloads, was there anything to prevent them from simply doing the download and saving material to their local machine or some other location?

A. Just procedures -- I mean, I don't know. I can't say that they did or didn't do something like that; but if they were following procedures, they would have -- you know, they would have downloaded those to either a server, you know, the -- the master -- the targeted server -- the ultimate end where it should go --

Q. Uh-huh.

A. -- or possibly their local laptop, I guess.

Q. So stepping back now to the software



acquisition part of the onboarding process for a new customer, JD Edwards customer, can you describe prior to the litigation how TomorrowNow would acquire any software that it would acquire in order to support that JD Edwards customer?

A. So the download was one piece, right, and that was -- those were all -- that -- that covers basically the -- the patches and items that they -- that they should be entitled to or licensed to based on the information they gave us. But then -- so we -- we may have had a download for them. And in some instances, we may have received software material directly from the customer.

Q. Could you be more specific? What software material would you obtain directly from the customer?

A. This would include environments that we were supporting for them.

Q. By "environment," what do you mean?

A. Basically a -- a copy of an environment that we were supporting for them or maybe a copy of their -- their demo environment.

Q. So if I understand you, that would be the underlying software release, JD Edwards software release?

A. Yes.

# Exhibit B

Robert A. Mittelstaedt (SBN 060359)
JONES DAY
San Francisco Office
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAP AG, et al.,<br><br>Defendants. | Case No. 07-CV-1658 PJH<br><br>**DEFENDANT TOMORROWNOW, INC.'S FIRST AMENDED AND SUPPLEMENTAL RESPONSE TO PLAINTIFF ORACLE USA, INC.'S SECOND SET OF INTERROGATORIES** |

**INTERROGATORY NO. 12:**

For each Customer for whom SAP TN has created one or more local PeopleSoft environments on SAP TN's systems from copies of that Customer's PeopleSoft software, as testified by Shelley Nelson (Shelley Nelson Dep. at 13:24-17:11 (Oct. 30, 2007)), Identify the Customer, Identify each product name and release copied to create the local environment, and state the total number of local environments created for the customer.

**RESPONSE TO INTERROGATORY NO. 12:**

THIS RESPONSE IS DESIGNATED AS HIGHLY CONFIDENTIAL.

TomorrowNow objects that this interrogatory is compound, unduly burdensome and oppressive to the extent that it seeks a narrative answer with respect to Peoplesoft environments and each product name and release copied to each such environment. Subject to and without waiving the foregoing objections and the General Responses and Objections, TomorrowNow responds as follows: TomorrowNow has maintained approximately 183 Peoplesoft environments on behalf of approximately 122 different customers, which have variously included one or more of the CRM, EPM, FDM, SA, Portal, and HRMS products, with varying releases of each (including CRM - releases 8.4, 8.8 SP1, and 8.9; EPM- release 8.9; FDM - releases 7.52, 7.53, 8 SP3, 8.4, 8.4 SP1, 8.4 SP2, 8.8 SP1, and 8.9; SA – releases 7.6 and 8 SP1; Portal – releases 8.4 and 9.9; and HRMS - releases 7.02, 7.50, 7.51, 8, 8 SP1, 8.3, 8.3 SP1, 8.8 SP1, and 8.9). Additional information responsive to this interrogatory as to specific customers may be derived or ascertained from TomorrowNow's business records, including specifically TomorrowNow's E Portal .nsf file, produced at TN-OR 00169313, information contained at TN-OR 00169315,

TomorrowNow's emails among development and support engineers and its databases of customer service information, including its SAS databases (which have been previously produced, in native format, at TN-OR 00009569), which have been or will be included in TomorrowNow's production of documents and on which TomorrowNow relies to further respond to this interrogatory pursuant to Rule 33(d).

**<u>AMENDED AND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 12</u>:**

TomorrowNow amends the confidentiality designation of its prior response to be designated as Confidential Information.

THIS RESPONSE IS DESIGNATED AS CONFIDENTIAL.

TomorrowNow further responds that an Excel workbook that has been produced at TN-OR06515456 that contains the most detailed information TomorrowNow has been able to gather regarding the PeopleSoft environment components that might have existed on TomorrowNow's network. Additional information responsive to this interrogatory may be derived or ascertained from TomorrowNow's business records of local PeopleSoft environments and their locations, including specifically TomorrowNow's BakTrack database, produced at TN-OR 06125330, TomorrowNow's SAS database, produced at TN-OR 03775478, TN(Hard drive).67, TN-OR 04446717, TN(Disc).173, TN-OR 04446719, TN(Hard drive).75, TomorrowNow's SAS environment portals, produced at TN-OR 00169313, TN-OR 00871902, TN-OR 03775478, and TN-OR04446719, TomorrowNow's Path Finder database, produced at TN-OR 04498712, and TomorrowNow's DotProject database, produced at TN-OR06220764, TN(Disc).214, as well as through the servers that have been made available in the "Data Warehouse," all which have been included in TomorrowNow's production of documents or otherwise made available to Plaintiffs and on which TomorrowNow relies to further respond to this interrogatory pursuant to Rule 33(d).

Further, in response to these noticed topics and during the course of individual depositions of TomorrowNow witnesses, TomorrowNow has provided more than sufficient testimony on the local PeopleSoft environments. *See, e.g.,* February 6-7, 2008 Deposition of John Baugh Pursuant to Rule 30(b)(6); June 25, 2008 Deposition of Rod Russell Pursuant to Rule 30(b)(6); April 1,

2008 Deposition of Kathy Williams Pursuant to Rule 30(b)(6); April 1, 2008 Deposition of Catherine Hyde Pursuant to Rule 30(b)(6); December 5, 2008 Deposition of Matthew Bowden; February 12, 2009 Deposition of Catherine Hyde; May 12, 2009 Deposition of Catherine Hyde; February 5, 2009 Deposition of Rod Russell; April 18, 2008 Deposition of Shelley Nelson. Pursuant to Rule 33(d), TomorrowNow relies on this testimony to further respond to this interrogatory.

**INTERROGATORY NO. 13:**

For each Customer for whom SAP TN has created one or more local J.D. Edwards environments on SAP TN's systems from copies of that Customer's J.D. Edwards software, as testified by Mark Kreutz (Mark Kreutz Dep. at 90:14-94:12-18 (Oct. 30, 2007)), Identify the Customer, Identify each product name and release copied to create the local environment, and state the total number of local environments created for that customer.

**RESPONSE TO INTERROGATORY NO. 13:**

THIS RESPONSE IS DESIGNATED AS HIGHLY CONFIDENTIAL.

TomorrowNow objects that this interrogatory is compound, unduly burdensome and oppressive to the extent that it seeks a narrative answer with respect to JDE environments and each product name and release copied to each such environment. Subject to and without waiving the foregoing objections and the General Responses and Objections, TomorrowNow responds as follows: TomorrowNow has maintained JDE environments on behalf of three different customers: Koontz-Wagner Electric, Inc., The Bonne Bell Company, Inc., and Praxair, Inc. For Koontz-Wagner, there are nine environments, which include products Distribution, Financials, HRMS, and Manufacturing, release A7.3, Cumulative Update 7. For Bonne Bell, there are three environments, which include products Distribution, Financials, HRMS, and Manufacturing, release A8.1, Cumulative Update 6. For Praxair, there are twelve environments, which include products Distribution, Financials, HRMS, and Manufacturing, release Xe SP23G1. Additional Information responsive to this interrogatory as to specific customers may be derived or ascertained from TomorrowNow's business records, including TomorrowNow's emails among development and support engineers and its databases of customer service information, including

its SAS databases (which have been previously produced, in native format, at TN-OR 00009569), which have been or will be included in TomorrowNow's production of documents and on which TomorrowNow relies to further respond to this interrogatory pursuant to Rule 33(d).

**AMENDED AND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 13:**

TomorrowNow amends the confidentiality designation of its prior response to be designated as Confidential.

THIS RESPONSE IS DESIGNATED AS CONFIDENTIAL.

TomorrowNow further responds that Plaintiffs have questioned TomorrowNow's witnesses extensively in deposition on topics related to this interrogatory. For example, Plaintiffs requested deposition testimony on TomorrowNow's "creation and use of Customer Local Environments, including without limitation: b. The manner and method by which Customer Local Environments were created, stored and Used by You; . . . d. The total number of Customer Local Environments created for each identified customer; e. The name, release, and version of all PSFT or JDE branded Software obtained and/or copied to create each identified Customer Local Environment; f. The identity and description of all Customer Local Environments maintained in any way by You relating to Customers for whom You had ceased to provide support services; g. The identity and description of all Customer Local Environments Used by You in any way to support any Customer other than the one that provided the Software used to create the Customer Local Environment; . . . [and] l. The process by which Customer Local Environments were Used as part of the ordinary course of business for SAP TN, including without limitation to on-boarding of new Customers; support of Customer cases, issues, and problems; reactive and proactive development of bug fixes, updates, patches, explanations, or regulatory changes for Customers; and testing of other operating systems levels. . . ." *See* January 22, 2008 Amended Notice of Deposition of TomorrowNow, Inc. Pursuant to Fed. R. Civ. P. 30(b)(6).

In response to these noticed topics and during the course of individual depositions of TomorrowNow witnesses, TomorrowNow has provided more than sufficient testimony on the creation and use of TomorrowNow's local JDE environments. *See, e.g.,* February 19, 2008 Deposition of Mark Kreutz Pursuant to Rule 30(b)(6); April 10, 2009 Deposition of Patti

VonFeldt. *See also* Future Deposition of Keith Shankle. In addition, TomorrowNow has made the relevant server partitions available through "Data Warehouse." Pursuant to Rule 33(d), TomorrowNow relies upon all testimony and each document cited in this Supplemental Response to further respond to this interrogatory.

**INTERROGATORY NO. 14:**

For each local environment Identified in Your responses to Interrogatories 12 and 13, Identify all Customers who received support based on the Use of that environment, and a detailed description of that support (such as, for example, the retrofit tax updates testified to by Shelley Nelson (Shelley Nelson Dep. at 32:19-34:13 (Oct. 30, 2007)) including, where applicable, Identification of the name, number, version or other Identifying information of the product provided as part of the support.

**RESPONSE TO INTERROGATORY NO. 14:**

THIS RESPONSE IS DESIGNATED AS HIGHLY CONFIDENTIAL.

TomorrowNow objects that this interrogatory is cumulative, compound, unduly burdensome and oppressive to the extent it seeks to require TomorrowNow to attempt to evaluate millions of pages of documents and data relating to customer support that have been created over several years. Subject to and without waiving the foregoing objections and the General Responses and Objections, TomorrowNow responds as follows: Generally, to the extent a particular entity is or was a TomorrowNow customer, and when TomorrowNow maintains an environment on that customer's behalf, TomorrowNow provided or provides support to that customer utilizing that environment. For updates and/or fixes to Peoplesoft and JDE products, TomorrowNow has generally used the customer's environment(s) (whether maintained by TomorrowNow or the customer) to create or test the updates and/or fixes. TomorrowNow is aware of certain instances where an environment maintained on behalf of one customer may have been used to create or test updates and/or fixes for other customers. *See, e.g.*, Tr. of October 30, 2007 Deposition of Mark Kreutz, at 197:8-199:25; Tr. of October 30, 2007 Deposition of Shelley Nelson at 32:19-41:17, 53:13-55:7; Dec. 6, 2007 Deposition of Shelley Nelson at 126:4-139:3, 145:1-14, 160:16-161:5, 185:3-16, 195:24-196:20. Additional information responsive to this

interrogatory as to specific customers may be derived or ascertained from TomorrowNow's business records; specifically, the relevant specific customer support efforts, updates, and fixes are set forth and described in detail in TomorrowNow's emails among development and support engineers and its databases of customer service information, including its SAS databases (which have been previously produced, in native format, at TN-OR 00009569), which have been or will be included in TomorrowNow's production of documents and on which TomorrowNow relies to further respond to this interrogatory pursuant to Rule 33(d).

**AMENDED AND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 14:**

TomorrowNow amends the confidentiality designation of its prior response to be designated as Confidential.

TomorrowNow supplements it prior response as follows:

THIS RESPONSE IS DESIGNATED AS CONFIDENTIAL.

TomorrowNow further responds that information responsive to this interrogatory can be found in the SAS database. *See* TN-OR 03775478, TN(Hard drive).67. TomorrowNow further responds that Plaintiffs have questioned TomorrowNow's witnesses extensively in deposition on topics related to this interrogatory. For example, Plaintiffs requested deposition testimony on TomorrowNow's "creation and use of Customer Local Environments, including without limitation: b. The manner and method by which Customer Local Environments were created, stored and Used by You; . . . d. The total number of Customer Local Environments created for each identified customer; e. The name, release, and version of all PSFT or JDE branded Software obtained and/or copied to create each identified Customer Local Environment; f. The identity and description of all Customer Local Environments maintained in any way by You relating to Customers for whom You had ceased to provide support services; g. The identity and description of all Customer Local Environments Used by You in any way to support any Customer other than the one that provided the Software used to create the Customer Local Environment; . . . [and] l. The process by which Customer Local Environments were Used as part of the ordinary course of business for SAP TN, including without limitation to on-boarding of new Customers; support of Customer cases, issues, and problems; reactive and proactive development of bug fixes, updates,

patches, explanations, or regulatory changes for Customers; and testing of other operating systems levels. . . ." *See* January 22, 2008 Amended Notice of Deposition of TomorrowNow, Inc. Pursuant to Fed. R. Civ. P. 30(b)(6).

In response to these noticed topics and during the course of individual depositions of TomorrowNow witnesses, TomorrowNow has provided more than sufficient testimony on the use of TomorrowNow's local environments. *See, e.g.,* February 6-7, 2008 Deposition of John Baugh Pursuant to Rule 30(b)(6); February 19, 2008 Deposition of Mark Kreutz Pursuant to Rule 30(b)(6); December 6, 2007 Deposition Testimony of Shelley Nelson Pursuant to Rule 30(b)(6); June 25, 2008 Deposition of Rod Russell Pursuant to Rule 30(b)(6); April 1, 2008 Deposition of Kathy Williams Pursuant to Rule 30(b)(6); April 1, 2008 Deposition of Catherine Hyde Pursuant to Rule 30(b)(6); April 18, 2008 Deposition of Shelley Nelson; December 5, 2008 Deposition of Matthew Bowden; February 12, 2009 Deposition of Catherine Hyde; May 12, 2009 Deposition of Catherine Hyde; February 5, 2009 Deposition of Rod Russell; April 10, 2009 Deposition of Patti VonFeldt; February 26, 2009 Deposition for Andrew Nelson; April 29, 2009 Deposition of Andrew Nelson.

TomorrowNow further states that it would be impossible and unreasonable to expect TomorrowNow to provide a detailed description of the support provided with each local environment. This interrogatory calls for tracking information for hundreds of environments from 2002 until the local environments were shut down on April 30, 2008. TomorrowNow relies upon all testimony and each document cited in this Supplemental Response to further respond to this interrogatory pursuant to Rule 33(d).

Dated: May 22, 2009

JONES DAY

By: [signature]
Jason McDonell

Counsel for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

# Exhibit C

Database 8.1.7.0.0
Database 8.1.7.1.0
Database 8.1.7.4.0
Database 9.0.2.0.0
Database 9.0.2.692.1
Database 9.2.0.1.0
Database 9.2.0.4.0
Database 9.2.0.6.0
Database 10.1.0.2.0
Database 10.1.0.3.0
Database 10.1.0.4.0
Database 10.1.2.0.0
Database 10.2.0.0.0
Database 10.2.0.1.0
Database 10.2.0.2.0
Database 10.2.0.3.0
JDE Distribution 8
JDE Distribution 8.1
JDE Distribution 8.11
JDE Distribution 8.12
JDE Distribution 8.9
JDE Distribution A7.3
JDE Distribution A8.1
JDE Distribution A9.1
JDE Distribution B7.3.3.2
JDE Distribution Xe
JDE Financials 8
JDE Financials 8.1
JDE Financials 8.11
JDE Financials 8.12
JDE Financials 8.9
JDE Financials A7.3
JDE Financials A8.1
JDE Financials A9.1
JDE Financials B7.3.3.2
JDE Financials Xe
JDE HRMS 8
JDE HRMS 8.1
JDE HRMS 8.9
JDE HRMS A7.3
JDE HRMS A8.1
JDE HRMS A9.1
JDE HRMS Xe
JDE Manufacturing 8
JDE Manufacturing 8.1
JDE Manufacturing 8.11
JDE Manufacturing 8.12
JDE Manufacturing 8.9
JDE Manufacturing A7.3
JDE Manufacturing A8.1
JDE Manufacturing A9.1
JDE Manufacturing B7.3.3.2

JDE Manufacturing Xe
PeopleSoft CRM 8
PeopleSoft CRM 8.4
PeopleSoft CRM 8.4 SP1
PeopleSoft CRM 8.8
PeopleSoft CRM 8.8 SP1
PeopleSoft CRM 8.9
PeopleSoft EPM 8.3 SP1
PeopleSoft EPM 8.3 SP4
PeopleSoft EPM 8.4 SP1
PeopleSoft EPM 8.8
PeopleSoft EPM 8.8 SP1
PeopleSoft EPM 8.9
PeopleSoft FDM 7
PeopleSoft FDM 7.5.0
PeopleSoft FDM 7.52 C
PeopleSoft FDM 7.52 EG
PeopleSoft FDM 7.53
PeopleSoft FDM 7.53 C
PeopleSoft FSCM 8
PeopleSoft FSCM 8 SP1
PeopleSoft FSCM 8 SP2
PeopleSoft FSCM 8 SP3
PeopleSoft FSCM 8.4
PeopleSoft FSCM 8.4 SP1
PeopleSoft FSCM 8.4 SP2
PeopleSoft FSCM 8.8
PeopleSoft FSCM 8.8 SP1
PeopleSoft FSCM 8.9
PeopleSoft HCM 8 SP1
PeopleSoft HCM 8.3
PeopleSoft HCM 8.3 SP1
PeopleSoft HCM 8.8
PeopleSoft HCM 8.8 SP1
PeopleSoft HCM 8.9
PeopleSoft HCM 8.9 SP1
PeopleSoft HRMS 7 C
PeopleSoft HRMS 7 SA
PeopleSoft HRMS 7.02 C
PeopleSoft HRMS 7.02 P
PeopleSoft HRMS 7.02 PS
PeopleSoft HRMS 7.5 AP
PeopleSoft HRMS 7.5 C
PeopleSoft HRMS 7.51 C
PeopleSoft HRMS 7.51 EG
PeopleSoft HRMS 7.6 SA
PeopleSoft HRMS Portal 8.4
PeopleSoft SA 8 SP1
Siebel Analytics 7.5
Siebel Analytics 7.7.2
Siebel Analytics 7.8.x Apps
Siebel CRM 5.x

Siebel CRM 6.x
Siebel CRM 7.0
Siebel CRM 7.5
Siebel CRM 7.7
Siebel CRM 7.8

# Exhibit D

| No. | Customer Name | Environment Name | Product | Release | Initial Build Date | Application Version | Products |
|---|---|---|---|---|---|---|---|
| 1 | A O Smith | F890AOSO | FDM | 8.9 | 4/4/2007 | FSCM 8.9 | 3rd Party Apps, General Ledger, PeopleTools |
| 2 | A O Smith | H801AOSO | HRMS | 8 SP1 | 4/5/2007 | HRMS 8.0 SP1 | Benefits Admin, eBenefits, eDevelopment, ePay, ePerformance, eProfile, Human Resources, Payroll, Payroll Interface, Pension Admin, |
| 3 | AC Transit | H751ACTM | HRMS | 7.51 | 12/16/2004 | HRMS 7.51 | 3rd Party Apps, Benefits Admin, Human Resources, Payroll, PeopleTools, Time and Labor |
| 4 | Academy Sports and Outdoors, LTD | F842ASOD | FDM | 8.4 SP2 | 7/31/2006 | FSCM 8.4 SP2 | 3rd Party Apps, Assets, eProcurement, Enterprise Portal, General Ledger, Payables, PeopleTools, Projects, Purchasing |
| 5 | Academy Sports and Outdoors, LTD | P840ASOD | PORTAL | 8.4 | 8/18/2006 | Enterprise Portal 8.40 | 3rd Party Apps, Enterprise Portal, Enterprise Warehouse, PeopleTools |
| 6 | Ace Parking Management, Inc. | F842APMD | FDM | 8.4 SP2 | 5/24/2005 | FSCM 8.4 SP2 | 3rd Party Apps, General Ledger, Payables, PeopleTools |
| 7 | AFLAC | H831AFLM | HRMS | 8.3 SP1 | 9/27/2006 | HRMS 8.3 SP1 | 3rd Party Apps, Benefits Admin, eBenefits, eCompensation, ePay, eProfile, eRecruit, eRecruit Manager Desktop, Human Resources, Payroll, PeopleTools, Resume processing |
| 8 | AgFirst Farm Credit Bank | F842AGFM | FDM | 8.4 SP2 | 3/21/2007 | FSCM 8.4 SP2 | 3rd Party Apps, Assets, Expenses, General Ledger, Payables, PeopleTools, Projects, Purchasing, Receivables |
| 9 | Alcon Laboratories, Inc | H831ALCM | HRMS | 8.3 SP1 | 2/14/2007 | HRMS 8.3 SP1 | 3rd Party Apps, Benefits Admin, eCompensation, eCompensation Manager Desktop, eDevelopment, ePay, eProfile, eProfile Manager Desktop , Human Resources, Payroll, PeopleTools |
| 10 | Allianz Australia Services Pty Ltd | F842AAIS | FDM | 8.4 SP2 | 1/31/2007 | FSCM 8.4 SP2 | 3rd Party Apps, Payables, PeopleTools, Receivables Assets, General Ledger, Purchasing |
| 11 | Allianz Life Insurance Company of North America | H831ALIM | HRMS | 8.3 SP1 | 1/31/2007 | HRMS 8.3 SP1 | 3rd Party Apps, Benefits Admin, Human Resources, Payroll Interface, PeopleTools |
| 12 | American Commercial Barge Line LLC | F803ACBO | FDM | 8 SP3 | 8/6/2006 | HRMS 8.0 SP3 | 3rd Party Apps, Assets, General Ledger, Inventory, Payables, PeopleTools, Projects, Purchasing, Receivables |
| 13 | American Council on Education | F841ACEM | FDM | 8.4 SP1 | 11/16/2005 | FSCM 8.4 SP1 | 3rd Party Apps, Assets, Billing, Budgets, General Ledger, Inventory, Order Mgmt, Payables, PeopleTools, Purchasing, Receivables |
| 14 | American Council on Education | H831ACEM | HRMS | 8.3 SP1 | 11/16/2005 | HRMS 8.3 SP1 | 3rd Party Apps, Human Resources, Payroll, PeopleTools, Time and Labor |
| 15 | American Media Inc. | F841AMIM | FDM | 8.4 SP1 | 4/21/2006 | FSCM 8.4 SP1 | 3rd Party Apps, Assets, Budgets, Expenses, General Ledger, Payables, PeopleTools, Purchasing, Receivables |
| 16 | American Media Inc. | H801AMIM | HRMS | 8 SP1 | 5/22/2006 | HRMS 8.0 SP1 | 3rd Party Apps, Human Resources, Payroll Connector to ADP, PeopleTools |
| 17 | Ariba | F842ARBM | FDM | 8.4 SP2 | 9/19/2006 | FSCM 8.4 SP2 | 3rd Party Apps, Assets, Billing, Budgets, General Ledger, Inventory, Order Mgmt, Payables, PeopleTools, Projects, Purchasing, Receivables |
| 18 | Ariba | H801ARBM | HRMS | 8 SP1 | 10/26/2006 | HR 8.0 SP1 | 3rd Party Apps, eCompensation, eCompensation Manager Desktop, eDevelopment, eProfile, eProfile Manager Desktop , eRecruit, eRecruit Manager Desktop, Human Resources, PeopleTools, Resume processing |

| No. | Customer Name | Environment Name | Product | Release | Initial Build Date | Application Version | Products |
|---|---|---|---|---|---|---|---|
| 19 | Arvato | F840ARVM | | | 5/18/2007 | FSCM 8.4 (export) | 3rd Party Apps, Billing, General Ledger, Payables, PeopleTools, Purchasing, Receivables |
| 20 | ArvinMeritor, Inc. | H831ARMO | HRMS | 8.3 SP1 | 7/19/2005 | HCM 8.3SP1 | 3rd Party Apps, Benefits Admin, eBenefits, eCompensation, eDevelopment, ePay, eProfile, Payroll, Payroll Interface, PeopleTools |
| 21 | ASTAR Air Cargo | F881ASTM | FDM | 8.8 SP1 | 1/23/2007 | FSCM 8.8 SP1 | 3rd Party Apps, Assets, Billing, Budgets, Cash Management , Contracts, Expenses, General Ledger, Payables, PeopleTools, Projects, Purchasing, Receivables |
| 22 | ASTAR Air Cargo | H881ASTM | HRMS | 8.8 SP1 | 1/19/2007 | HR 8.8 SP1 | Benefits Admin, eBenefits, Employee Portal, Human Resources, Payroll Interface, Time and Labor |
| 23 | Baker Botts LLP | H881BKBM | HRMS | 8.8 SP1 | 7/26/2006 | HR 8.8 SP1 | 3rd Party Apps, Benefits Admin, eBenefits, ePay, eProfile, FSA Admin, Human Resources, Payroll, PeopleTools |
| 24 | Baptist Health System | F881BHSD | FDM | 8.8 SP1 | 8/18/2006 | FSCM 8.8 SP1 | 3rd Party Apps, Assets, General Ledger, Inventory, Payables, PeopleTools, Purchasing |
| 25 | Baxter International Inc | H801BAXO | HRMS | 8 SP1 | 10/3/2006 | HR 8.0 SP1 | 3rd Party Apps, eCompensation, eDevelopment, ePay, eProfile, eProfile Manager Desktop , Human Resources, Payroll, PeopleTools |
| 26 | Baxter International Inc | H80EBAXO | HRMS | 8 SP1 | 11/17/2006 | HR 8.0 SP1(export) | |
| 27 | Bear Stearns & Co., Inc. | F753BSCS | FDM | 7.53 | | | 3rd Party Apps, Assets, Inventory, Payables, PeopleTools, Purchasing |
| 28 | Big Lots Stores, Inc. | H831BLSD | HRMS | 8.3 SP1 | 12/10/2004 | HCM 8.3SP1 | Human Resources, Payroll, Benefits Admin 3rd Party Apps, PeopleTools |
| 29 | Blue Diamond Growers | H801BDGM | HRMS | 8 SP1 | 10/3/2006 | HR 8.0 SP1 | 3rd Party Apps, Human Resources, PeopleTools |
| 30 | Borders Group, Inc. | H801BGPO | HRMS | 8 SP1 | 11/21/2005 | HR 8.0 SP1 | 3rd Party Apps, Benefits Admin, Human Resources, Payroll, PeopleTools |
| 31 | Capital Group | TN1H801O | HRMS | 8 SP1 | | | |
| 32 | CC Industries, Inc. | H831CCIM | HRMS | 8.3 SP1 | 9/15/2006 | HR 8.3 SP1 | 3rd Party Apps, Benefits Admin, Human Resources, Payroll, PeopleTools |
| 33 | Children's Health System of Alabama | F842CHSO | FDM | 8.4 SP2 | 7/12/2005 | FSCM 8.4 SP2 | 3rd Party Apps, General Ledger, Payables, PeopleTools, Purchasing |
| 34 | Children's Health System of Alabama | H881CHSO | HRMS | 8.8 SP1 | 7/15/2005 | HCM 8.8 SP1 | Benefits Admin, eBenefits, eCompensation, eDevelopment, ePay, eProfile, eProfile Manager Desktop , eRecruit, eRecruit Managers, FSA Admin, Human Resources, Payroll, Time and Labor |
| 35 | Ciber, Inc. | F842CBRO | FDM | 8.4 SP2 | 5/10/2006 | FSCM 8.4 SP2 | 3rd Party Apps, Billing, Contracts, Expenses, General Ledger, Inventory, Order Mgmt, Payables, PeopleTools, Projects, Purchasing, Receivables |
| 36 | Ciber, Inc. | H831CBRO | HRMS | 8.3 SP1 | 11/21/2005 | HR 8.3 SP1 | 3rd Party Apps, Benefits Admin, Human Resources, Payroll, PeopleTools, Time and Labor |
| 37 | City of Atlanta | H751COAM | HRMS | 7.51 | 12/23/2004 | HR 7.51 E&G | 3rd Party Apps, Benefits Admin, Human Resources, Payroll, PeopleTools |
| 38 | City of Huntsville | H881COHM | HRMS | 8.8 SP1 | 6/24/2005 | HR 8.8 SP1 | 3rd Party Apps, Benefits Admin, Human Resources, Payroll, PeopleTools, Time and Labor |
| 39 | Commerce Bank | F842CBHO | FDM | 8.4 SP2 | 1/2/2007 | FSCM 8.4 SP2 | 3rd Party Apps, Assets, Payables, PeopleTools, Purchasing |

| No. | Customer Name | Environment Name | Product | Release | Initial Build Date | Application Version | Products |
|---|---|---|---|---|---|---|---|
| 40 | CompuCom | H881CCOO | HRMS | 8.8 SP1 | 5/12/2006 | HR 8.8 SP1 | Benefits Admin, eBenefits, eCompensation, eDevelopment, ePay, eProfile, FSA Admin, Human Resources, Payroll |
| 41 | ConAgra Foods, Inc | H801CAGO | HRMS | 8 SP1 | 4/18/2006 | HR 8.0 SP1 | 3rd Party Apps, Benefits Admin, eBenefits, ePay, eProfile, Human Resources, Payroll, Pension Admin, PeopleTools |
| 42 | Cowlitz County, WA | F752CCWM | FDM | 7.52 | | | 3rd Party Apps, General Ledger, Payables, PeopleTools, Projects |
| 43 | Cowlitz County, WA | HG751CCW | HRMS | 7.51 | | | Human Resources, Payroll |
| 44 | CSK Auto | H881CSKI | HRMS | 8.8 SP1 | 11/7/2006 | HR 8.8 SP1 | Human Resources, Payroll, PeopleTools |
| 45 | Delta Dental Plan of Michigan | F842DDMO | FDM | 8.4 SP2 | 5/5/2006 | FSCM 8.4 SP2 | 3rd Party Apps, Assets, Billing, eBilling, General Ledger, Payables, PeopleTools, Purchasing, Receivables |
| 46 | Delta Dental Plan of Michigan | H881DDMO | HRMS | 8.8 SP1 | 2/9/2006 | HR 8.8 SP1 | Benefits Admin, eBenefits, eCompensation, eDevelopment, ePay, eRecruit, eRecruit Managers, FSA Admin, HCM Portal Pack, Human Resources, Payroll |
| 47 | Development | F842TMPO | FDM | 8.4 SP2 | 1/9/2006 | FDM 8.4 SP2 | |
| 48 | Development | FC752DEV | FDM | 7.52 | 1/5/2004 | FDM 7.52 | |
| 49 | Development | FC753DEV | FDM | 7.53 | 8/4/2004 | FDM 7.53 | |
| 50 | Development | FS803DMO | FDM | 8 SP3 | | FDM 8.0 SP3 | |
| 51 | Development | H801TMPM | HRMS | 8 SP1 | 12/6/2005 | HRMS 8.0 SP1 | |
| 52 | Development | H831BAK - Not in Use | HRMS | 8.3 SP1 | 7/18/2005 | HRMS 8.3 SP1 | |
| 53 | Development | H831DEVM | HRMS | 8.3 SP1 | 1/31/2005 | HRMS 8.3 SP1 | |
| 54 | Development | H831PSEO | HRMS | 8.3 SP1 | 10/11/2005 | HRMS 8.3 SP1 | |
| 55 | Development | H831TEMP | HRMS | 8.3 SP1 | 7/11/2005 | HRMS 8.3 SP1 | |
| 56 | Development | H831TMPM | HRMS | 8.3 SP1 | 1/19/2006 | HRMS 8.3 SP1 | |
| 57 | Development | H83TCCIM | HRMS | 8.3 SP1 | 3/7/2007 | HRMS 8.3 SP1 | |
| 58 | Development | H881MKGP | HRMS | 8.8 SP1 | 1/11/2007 | HRMS 8.8 SP1 | |
| 59 | Development | H881MKUK | HRMS | 8.8 SP1 | 3/29/2007 | HRMS 8.8 SP1 | |
| 60 | Development | H881TMPM | HRMS | 8.8 SP1 | 11/30/2005 | HRMS 8.8 SP1 | |
| 61 | Development | HG70205C | HRMS | 7.02 | 4/12/2004 | HRMS 7.02 | |
| 62 | Development | HG70205D | HRMS | 7.02 | | HRMS 7.02 | |
| 63 | Development | HG75103C | HRMS | 7.51 | | HRMS 7.51 | |
| 64 | Development | HG75105C | HRMS | 7.51 | | HRMS 7.51 | |
| 65 | Development | HG75105D | HRMS | 7.51 | 8/15/2005 | HRMS 7.51 | |
| 66 | Development | HR70205C | HRMS | 7.02 | 4/8/2005 | HRMS 7.02 | |
| 67 | Development | HR70205D | HRMS | 7.02 | 8/15/2005 | HRMS 7.02 | |
| 68 | Development | HR702DEV | HRMS | 7.02 | 1/12/2003 | HRMS 7.02 | |
| 69 | Development | HR702REP | HRMS | 7.02 | 1/12/2003 | HRMS 7.02 | |
| 70 | Development | HR702TST | HRMS | 7.02 | 2/12/2004 | HRMS 7.02 | |
| 71 | Development | HR75105C | HRMS | 7.51 | 4/8/2005 | HRMS 7.51 | |
| 72 | Development | HR75105D | HRMS | 7.51 | 8/15/2005 | HRMS 7.51 | |
| 73 | Development | HR751DEV | HRMS | 7.51 | | HRMS 7.51 | |
| 74 | Development | HR751REP | HRMS | 7.51 | 1/21/2003 | HRMS 7.51 | |
| 75 | Development | HR751TST | HRMS | 7.51 | 12/29/2003 | HRMS 7.51 | |
| 76 | Development | HR75CTST | HRMS | 7.51 | 4/22/2004 | HRMS 7.51 | |
| 77 | Development | HR801FM | HRMS | 8 SP1 | | HRMS 8.0 SP1 | |
| 78 | Development | HR81005D | HRMS | 8 SP1 | 8/15/2005 | HRMS 8.0 SP1 | |
| 79 | Development | HR81005F | HRMS | 8 SP1 | 1/18/2006 | HRMS 8.0 SP1 | |

| No. | Customer Name | Environment Name | Product | Release | Initial Build Date | Application Version | Products |
|---|---|---|---|---|---|---|---|
| 80 | Development | HR81006a | HRMS | 8 SP1 | 1/23/2006 | HRMS 8.0 SP1 | |
| 81 | Development | HR81006B | HRMS | 8 SP1 | 5/4/2006 | HRMS 8.0 SP1 | |
| 82 | Development | HR81006C | HRMS | 8 SP1 | 7/28/2006 | HRMS 8.0 SP1 | |
| 83 | Development | HR81006D | HRMS | 8 SP1 | 10/17/2006 | HRMS 8.0 SP1 | |
| 84 | Development | HR81006E | HRMS | 8 SP1 | 12/21/2006 | HRMS 8.0 SP1 | |
| 85 | Development | HR81006F | HRMS | 8 SP1 | 12/21/2006 | HRMS 8.0 SP1 | |
| 86 | Development | HR81007A | HRMS | 8 SP1 | 1/29/2007 | HRMS 8.0 SP1 | |
| 87 | Development | HR810DEV | HRMS | 8 SP1 | | HRMS 8.0 SP1 | |
| 88 | Development | HR810DMO | HRMS | 8 SP1 | | HRMS 8.0 SP1 | |
| 89 | Development | HR831DMO | HRMS | 8.3 SP1 | 2/4/2004 | HRMS 8.3 SP1 | |
| 90 | Development | TSDMO - Not in use | HRMS | 8.8 SP1 | 6/30/2005 | HRMS 8.8 SP1 | |
| 91 | Diocese Service Corporation | F842DSCM | FDM | 8.4 SP2 | 7/5/2005 | FSCM 8.4 SP2 | 3rd Party Apps, Billing, Budgets, General Ledger, Payables, PeopleTools, Receivables |
| 92 | Diocese Service Corporation | H831DSCM | HRMS | 8.3 SP1 | 2/25/2005 | HCM 8.3SP1 | 3rd Party Apps, Human Resources, PeopleTools |
| 93 | Eagle Family Foods Holdings, Inc. | F753EFFO | FDM | 7.53 | | | |
| 94 | East Bay Municipal Utility District | F842EBMO | FDM | 8.4 SP2 | 2/16/2006 | FSCM 8.4 SP2 | 3rd Party Apps, Assets, Billing, Expenses, General Ledger, PeopleTools, Projects, Receivables |
| 95 | East Bay Municipal Utility District | H881EBMO | HRMS | 8.8 SP1 | 7/12/2006 | HR 8.8 SP1 | Benefits Admin, eBenefits, ePay, eProfile, Human Resources, Payroll, Time and Labor |
| 96 | El Paso Corporation | F803EPCM | FDM | 8 SP3 | 10/20/2006 | FDM 8.0 SP3 | 3rd Party Apps, Assets, eProcurement, Expenses, General Ledger, Inventory, Payables, PeopleTools, Projects, Purchasing, Receivables |
| 97 | Employees' Retirement System of Georgia | H702ERSO | HRMS | 7.02 | 12/1/2004 | | Human Resources, Payroll |
| 98 | Fairchild Semiconductor | F842FCSO | FDM | 8.4 SP2 | 10/18/2005 | FSCM 8.4 SP2 | 3rd Party Apps, Assets, Billing, Bills & Routing, Budgets, Cost Management, General Ledger, Inventory, Order Mgmt, Payables, PeopleTools, Production Management, Production Planning, Projects, Purchasing, Receivables |
| 99 | Fairchild Semiconductor | H831FCSO | HRMS | 8.3 SP1 | 4/21/2006 | HR 8.3 SP1 | 3rd Party Apps, Absence Management, Benefits Admin, FSA Admin, Human Resources, Payroll, Payroll Interface, PeopleTools, Time and Labor, Talent Acquisition Manager |
| 100 | Federated Services Company | H831FIIO | HRMS | 8.3 SP1 | 11/6/2006 | HR 8.3 SP1 | 3rd Party Apps, Benefits Admin, eRecruit, Human Resources, Payroll Interface, PeopleTools |
| 101 | Fireman's Fund | | | | 3/13/2007 | FSCM 8.4 SP2 | 3rd Party Apps, eProcurement, General Ledger, Payables, PeopleTools, Purchasing |
| 102 | Foot Locker, Inc. | F752FLIO | FDM | 7.52 | 7/8/2005 | FIN 7.52 | 3rd Party Apps, Assets, Budgets, General Ledger, Payables, PeopleTools, Receivables |
| 103 | Foot Locker, Inc. | H830FLIO | HRMS | 8.3 | 7/29/2005 | HR 8.3 | Benefits Admin, Human Resources, Payroll |
| 104 | Fundamental | H890FUAO | | | 10/1/2007 | HR 8.9 | Benefits Admin, eCompensation, eDevelopment, ePay, eProfile, eRecruit, Human Resources, Payroll |
| 105 | General Chemical Group | H751GCGO | HRMS | 7.51 | 8/12/2005 | HR 7.51 Commercial | Human Resources, Payroll, Benefits Admin |
| 106 | George Weston Bakeries, Inc. | F753GWBO | FDM | 7.53 | 3/22/2005 | FIN 7.52 SP1 | Assets, Budgets, General Ledger, Inventory, Payables, Projects, Purchasing |
| 107 | GKN Driveline North America Inc | F881GKNM | FDM | 8.8 SP1 | 6/26/2006 | FSCM 8.8 SP1 | 3rd Party Apps, Expenses, PeopleTools |

| No. | Customer Name | Environment Name | Product | Release | Initial Build Date | Application Version | Products |
|---|---|---|---|---|---|---|---|
| 108 | GKN Driveline North America Inc | H890GKNM | HRMS | 8.9 | 5/24/2006 | HR 8.9 | 3rd Party Apps, Benefits Admin, eBenefits, eCompensation, eCompensation Manager Desktop, eDevelopment, ePay, eProfile, eProfile Manager Desktop , eRecruit, eRecruit Manager Desktop, Human Resources, Payroll, Payroll Connector to ADP, Payroll Interface, PeopleTools, Resume processing |
| 109 | GlobalSantaFe Corporation | H890GSFM | HRMS | 8.9 | 1/16/2007 | HR 8.9 | 3rd Party Apps, Absence Management, eCompensation, eCompensation Manager Desktop, eDevelopment, ePay, eProfile, eProfile Manager Desktop , Employee Portal, Enterprise Portal, Global Payroll Core, Global Payroll United Kingdom, Human Resources, Payroll, PeopleTools, Time and Labor, Talent Acquisition Manager |
| 110 | Greater Vancouver Regional District | F881GVRM | FDM | 8.8 SP1 | 8/22/2006 | FSCM 8.8 SP1 | 3rd Party Apps, Assets, Budgets, General Ledger, Payables, PeopleTools, Projects, Purchasing, Receivables |
| 111 | Greater Vancouver Regional District | H801GVRM | HRMS | 8 SP1 | 8/8/2006 | HR 8.0 SP1 | 3rd Party Apps, Benefits Admin, Human Resources, Payroll, PeopleTools, Time and Labor |
| 112 | Harley Davidson, Inc. | H831HDIM | HRMS | 8.3 SP1 | 4/5/2007 | HR 8.3 SP1 | Human Resources, Payroll, PeopleTools |
| 113 | Health and Human Services Commission | F753HHSO | FDM | 7.53 | 11/22/2005 | FIN 7.52 SP1 | Assets, General Ledger, Payables, Purchasing |
| 114 | Health and Human Services Commission | F881HHSO | FDM | 8.8 SP1 | | FSCM 8.8 SP1 | Assets, General Ledger, Payables, Purchasing |
| 115 | Health and Human Services Commission | H831HHSO | HRMS | 8.3 SP1 | 10/20/2005 | HCM 8.3SP1 | |
| 116 | Heritage Valley Healthcare | | | | | | Human Resources, Payroll |
| 117 | High Industries, Inc. | H831HIIO | HRMS | 8.3 SP1 | 1/9/2006 | HR 8.3 SP1 | 3rd Party Apps, Benefits Admin, FSA Admin, Human Resources, Payroll, PeopleTools |
| 118 | Hitachi Global Storage Technology | H881HGSD | HRMS | 8.8 SP1 | 11/8/2006 | HR 8.8 SP1 | 3rd Party Apps, Benefits Admin, eBenefits, eCompensation, eCompensation Manager Desktop, ePay, eProfile, eProfile Manager Desktop , eRecruit, eRecruit Manager Desktop, HCM Portal Pack, Human Resources, Payroll, Payroll Interface, PeopleTools, Time and Labor, Stock Administration |
| 119 | Hitachi Global Storage Technology | H890HGSD | HRMS | 8.9 | 10/12/2006 | HR 8.9 | |
| 120 | Honeywell International, Inc. | H831HONO | HRMS | 8.3 SP1 | 3/1/2007 | HRMS 8.3 SP1 | 3rd Party Apps, Human Resources, PeopleTools |
| 121 | ICF Consulting Group, Inc. | H751ICFM | HRMS | 7.51 | | | Human Resources, Payroll, Benefits Admin |
| 122 | Intraware, Inc. | F752ITRO | FDM | 7.52 | 4/21/2005 | Fin 7.52 | 3rd Party Apps, Assets, Billing, Expenses, General Ledger, Payables, PeopleTools, Receivables |
| 123 | J.B. Hunt Transport Inc. | F842JBHD | FDM | 8.4 SP2 | 12/22/2006 | FSCM 8.4 SP2 | 3rd Party Apps, Assets, Billing, Budgets, Expenses, General Ledger, Payables, PeopleTools, Projects, Purchasing, Receivables |
| 124 | J.B. Hunt Transport Inc. | H831JBHD | HRMS | 8.3 SP1 | 12/20/2006 | HR 8.3 SP1 | Benefits Admin, ePay, Human Resources, Payroll |
| 125 | J.B. Hunt Transport Inc. | H890JBHD | | | 6/22/2007 | HR 8.9 | Benefits Admin, eBenefits, eCompensation, eCompensation Manager Desktop, eDevelopment, ePay, eProfile, eProfile Manager Desktop , eRecruit, eRecruit Manager Desktop, Enterprise Portal, Human Resources, Payroll, Resume processing |
| 126 | Kent County Michigan | F881KCMO | FDM | 8.8 SP1 | 3/13/2006 | HR 8.8 SP1 | Benefits Admin, Human Resources, Payroll |
| 127 | Kent County Michigan | H881KCMO | HRMS | 8.8 SP1 | 3/31/2006 | FSCM 8.8 SP1 | 3rd Party Apps, General Ledger, Payables, PeopleTools, Purchasing |

| No. | Customer Name | Environment Name | Product | Release | Initial Build Date | Application Version | Products |
|---|---|---|---|---|---|---|---|
| 128 | Linc Facility Services LLC (Summit) | F842LFSM | FDM | 8.4 SP2 | 12/6/2006 | FSCM 8.4 SP2 | 3rd Party Apps, Billing, Contracts, General Ledger, Payables, PeopleTools, Projects, Receivables |
| 129 | Linc Facility Services LLC (Summit) | H831LFSM | HRMS | 8.3 SP1 | 5/9/2006 | HR 8.3 SP1 | Human Resources, Payroll, Time and Labo |
| 130 | LS Management Inc. | F842STAO | FDM | 8.4 SP2 | 1/27/2006 | FDM 8.4 SP2 | 3rd Party Apps, Assets, General Ledger, Payables, PeopleTools |
| 131 | LS Management Inc. | H831STAO | HRMS | 8.3 SP1 | 12/7/2005 | HRMS 8.3 SP1 | 3rd Party Apps, Human Resources, Payroll, PeopleTools |
| 132 | Manugistics Group, Inc | C881MGIO | CRM | 8.8 SP1 | 5/26/2006 | CRM 8.8 SP1 | 3rd Party Apps, CRM Portal Pack, Quality Management, Sales, Support, Support Self Service, PeopleTools |
| 133 | Manugistics Group, Inc | C890MGIO | CRM | 8.9 | 8/1/2006 | CRM 8.9 | 3rd Party Apps, CRM Portal Pack, Quality Management, Sales, Support, Support Self Service, PeopleTools |
| 134 | Manugistics Group, Inc | P880MGIO | PORTAL | 8.8 | 7/19/2006 | Portal 8.8 | Enterprise Portal |
| 135 | Markel Corporation | H881MKLM | HRMS | 8.8 SP1 | | | |
| 136 | McLennan County | F753MCCM | FDM | 7.53 | 2/1/2006 | FDM 7.53 | 3rd Party Apps, Assets, General Ledger, Payables, PeopleTools, Purchasing |
| 137 | McLennan County | H801MCCM | HRMS | 8 SP1 | 2/21/2006 | HR 8.0 SP1 | Benefits Admin, Human Resources, Payroll |
| 138 | Mieco Inc | F803MIEM | FDM | 8 SP3 | 3/22/2006 | FDM 8.0 SP3 | 3rd Party Apps, General Ledger, Payables, PeopleTools, Receivables |
| 139 | Municipality of Anchorage | F752ANCD | FDM | 7.52 | | | |
| 140 | Municipality of Anchorage | FG752ANC | FDM | 7.52 | | Fin 7.52 E&G | 3rd Party Apps, Assets, General Ledger, Inventory, Payables, PeopleTools, Projects, Purchasing, Receivables |
| 141 | Municipality of Anchorage | HG751ANC | HRMS | 7.51 | 11/11/2003 | HR 7.51 E&G | Human Resources, Payroll, Benefits Admin, Time and Labor |
| 142 | Mutual of Omaha | E890MOHO | EPM | 8.9 | 10/13/2006 | EPM 8.9 | 3rd Party Apps, Budget Planning, PeopleTools |
| 143 | Mutual of Omaha | F842MOHO | FDM | 8.4 SP2 | 9/7/2006 | FSCM 8.4 SP2 | 3rd Party Apps, General Ledger, PeopleTools |
| 144 | Mutual of Omaha | F881MOHO | FDM | 8.8 SP1 | 3/23/2007 | FSCM 8.8 SP1 | 3rd Party Apps, Assets, eProcurement, Expenses, Inventory, Payables, PeopleTools, Purchasing, Treasury Management |
| 145 | Mutual of Omaha | H881MOHO | HRMS | 8.8 SP1 | 9/15/2006 | HCM 8.8 SP1 | 3rd Party Apps, Benefits Admin, eBenefits, ePay, eProfile, FSA Admin, Human Resources, Payroll, PeopleTools, Time and Labor |
| 146 | National Americas Investment, Inc. | F803NAIO | FDM | 8 SP3 | | | 3rd Party Apps, General Ledger, Payables, PeopleTools |
| 147 | National Foods Services Pty Limited | H750NFSO | HRMS | 7.5 | 8/21/2006 | | 3rd Party Apps, Human Resources, Payroll for Asia Pacific, Payroll Interface, PeopleTools |
| 148 | National Surgical Hospitals | F841NSHM | FDM | 8.4 SP1 | 11/16/2006 | FSCM 8.4 SP1 | 3rd Party Apps, General Ledger, Payables, PeopleTools |
| 149 | National Surgical Hospitals | H881NSHM | HRMS | 8.8 SP1 | 10/20/2006 | HR 8.8 SP1 | 3rd Party Apps, Human Resources, Payroll Interface, PeopleTools |
| 150 | NBC Universal | | | | | | 3rd Party Apps, Benefits Admin, Human Resources, Payroll, PeopleTools |
| 151 | New Era Cap Company | n/a | | | 9/13/2007 | FSCM 8.8 SP1 | 3rd Party Apps, Billing, Bills & Routing, Budgets, Cost Management, Enterprise Planning, General Ledger, Inventory, Order Mgmt, Payables, PeopleTools, Product Configurator, Production Management, Production Planning, Purchasing, Receivables |
| 152 | Norstan Communications, Inc. | TN1H831M | HRMS | 8.3 SP1 | | | |
| 153 | Norwegian Cruise Lines Ltd. (EDS) | F753NCLO | FDM | 7.53 | 6/15/2004 | Fin 7.52 SP1 | General Ledger, Payables, Purchasing |
| 154 | Norwegian Cruise Lines Ltd. (EDS) | F841NCLO | FDM | 8.4 SP1 | 6/15/2004 | Fin 8.4 SP1 | |
| 155 | Norwegian Cruise Lines Ltd. (EDS) | H751NCLO | HRMS | 7.51 | 12/23/2004 | HR 7.51 Commercial | Human Resources, Payroll |

| No. | Customer Name | Environment Name | Product | Release | Initial Build Date | Application Version | Products |
|---|---|---|---|---|---|---|---|
| 156 | Oklahoma Publishing Corporation | H881OPCM | HRMS | 8.8 SP1 | 1/31/2007 | HR 8.8 SP1 | 3rd Party Apps, Human Resources, Payroll, PeopleTools |
| 157 | Olin Corporation | H831OLNI | HRMS | 8.3 SP1 | 1/17/2006 | HR 8.3 SP1 | 3rd Party Apps, eBenefits, eDevelopment, ePay, eProfile, FSA Admin, Human Resources, Payroll, PeopleTools |
| 158 | Organon International | | | | 9/13/2007 | HR 8.3 SP1 | eDevelopment, eProfile, eProfile Manager Desktop , eRecruit, eRecruit Manager Desktop, Human Resources |
| 159 | Overwaitea Food Group Limited Partnership | H881OFGO | HRMS | 8.8 SP1 | 1/28/2007 | HR 8.8 SP1 | 3rd Party Apps, Benefits Admin, eBenefits, ePay, eProfile, Human Resources, Payroll, PeopleTools, Time and Labor |
| 160 | Oxford Global Resources, Inc. | F842OXFM | FDM | 8.4 SP2 | | | |
| 161 | Oxford Global Resources, Inc. | H881OXFM | HRMS | 8.8 SP1 | | | |
| 162 | Parkview Health | F842PVWO | FDM | 8.4 SP2 | 11/6/2006 | FSCM 8.4 SP2 | 3rd Party Apps, Assets, General Ledger, Payables, PeopleTools, Projects |
| 163 | Parkview Health | H881PVWO | HRMS | 8.8 SP1 | 1/11/2007 | HR 8.8 SP1 | eRecruit, eRecruit Manager Desktop, Human Resources, Payroll |
| 164 | PepsiAmericas | F753PASO | FDM | 7.53 | 1/5/2006 | FDM 7.53 | 3rd Party Apps, Assets, Billing, Expenses, General Ledger, Inventory, Order Mgmt, Payables, PeopleTools, Projects, Purchasing, Receivables |
| 165 | PepsiAmericas | H831PASO | HRMS | 8.3 SP1 | 1/11/2006 | HR 8.3 SP1 | 3rd Party Apps, Benefits Admin, Human Resources, Payroll, PeopleTools |
| 166 | PetSmart | H881PSMO | HRMS | 8.8 SP1 | 11/6/2006 | HR 8.8 SP1 | 3rd Party Apps, Benefits Admin, eBenefits, eCompensation, eCompensation Manager Desktop, eDevelopment, eProfile, eProfile Manager Desktop , eRecruit, eRecruit Manager Desktop, HCM Portal Pack, Human Resources, Payroll Connector to ADP, Payroll Interface, PeopleTools |
| 167 | Phelps Dodge Corporation | H831PDCM | HRMS | 8.3 SP1 | 4/24/2007 | HR 8.3 SP1 | 3rd Party Apps, Benefits Admin, eBenefits, eCompensation, eCompensation Manager Desktop, ePay, eProfile, Human Resources, Payroll, Pension Admin, PeopleTools, Time and Labor |
| 168 | Philadelphia Corporation of Aging | F840PCAO | FDM | 8.4 | 12/12/2005 | FSCM 8.4 | 3rd Party Apps, Payables, PeopleTools |
| 169 | Philadelphia Corporation of Aging | H881PCAO | HRMS | 8.8 SP1 | 5/18/2005 | HCM 8.8 SP1 | 3rd Party Apps, Payroll, PeopleTools |
| 170 | Pillsbury Winthrop Shaw Pittman LLP | H880PILM | | | 5/2/2007 | HR 8.80 | 3rd Party Apps, Benefits Admin, eBenefits, eCompensation Manager Desktop, ePay, eRecruit, eRecruit Manager Desktop, Human Resources, Payroll, PeopleTools, Time and Labor |
| 171 | Praxair | H801PRXO | HRMS | 8 SP1 | 10/11/2004 | HR 8Sp1 | Benefits Admin, Human Resources, Payroll |
| 172 | Praxair | HR810PRX | HRMS | 8 SP1 | 9/21/2004 | HR 8Sp1 | |
| 173 | Progress Software Coporation | C840PRGM | CRM | 8.4 | 2/7/2006 | CRM 8.4 | Interaction Management, Quality Management, Support |
| 174 | Progress Software Coporation | F803PRGM | FDM | 8 SP3 | 3/5/2006 | FSCM 8 SP3 | 3rd Party Apps, Assets, Billing, Contracts, Expenses, General Ledger, Inventory, Order Mgmt, Payables, PeopleTools, Receivables |
| 175 | Quad Graphics, Inc. | H801QGIS | HRMS | 8 SP1 | 4/5/2005 | HR 8Sp1 | 3rd Party Apps, ePay, Human Resources, Payroll, PeopleTools |
| 176 | Remy International, Inc | H881RIIO | HRMS | 8.8 SP1 | 8/8/2006 | HR 8.8 SP1 | 3rd Party Apps, Directory Interface, eBenefits, eCompensation, eCompensation Manager Desktop, eDevelopment, ePay, eProfile, eProfile Manager Desktop , Human Resources, Payroll, PeopleTools |

| No. | Customer Name | Environment Name | Product | Release | Initial Build Date | Application Version | Products |
|---|---|---|---|---|---|---|---|
| 177 | Remy International, Inc | H890RIIO | HRMS | 8.9 | 8/14/2006 | HR 8.9 | 3rd Party Apps, Directory Interface, eBenefits, eCompensation, eCompensation Manager Desktop, eDevelopment, ePay, eProfile, eProfile Manager Desktop , Human Resources, Payroll, PeopleTools |
| 178 | Rentway Corp. | F841RWCM | FDM | 8.4 SP1 | 10/25/2004 | Fin 8.4 SP1 | 3rd Party Apps, PeopleTools, Purchasing |
| 179 | Rentway Corp. | F842RWCM | FDM | 8.4 SP2 | 10/14/2004 | Fin 8.4 SP2 | |
| 180 | Rentway Corp. | H831RWCM | HRMS | 8.3 SP1 | 1/4/2004 | HCM 8.3SP1 | 3rd Party Apps, Benefits Admin, Human Resources, Payroll, PeopleTools |
| 181 | Richmond Power & Light | F803RPLO | FDM | 8 SP3 | 10/13/2006 | FDM 8.0 SP3 | 3rd Party Apps, General Ledger, Payables, PeopleTools, Purchasing |
| 182 | Richmond Power & Light | H801RPLO | HRMS | 8 SP1 | 10/13/2006 | HR 8.0 SP1 | 3rd Party Apps, Human Resources, Payroll, PeopleTools |
| 183 | Robert Half International, Inc. | H702RHIM | HRMS | 7.02 | 7/5/2006 | HR 7.02 Commercial | 3rd Party Apps, Benefits Admin, Human Resources, Payroll, PeopleTools |
| 184 | Rockwell Automation | F842ROKO | FDM | 8.4 SP2 | 8/13/2006 | FSCM 8.4 SP2 | 3rd Party Apps, Assets, General Ledger, Payables, PeopleTools |
| 185 | Rolls-Royce of North America Inc. | H801RRNO | HRMS | 8 SP1 | 8/4/2005 | HR 8 SP1 | 3rd Party Apps, Human Resources, Payroll, PeopleTools |
| 186 | Ross Dress for Less, Inc | F803ROSO | FDM | 8 SP3 | 10/31/2006 | FDM 8.0 SP3 | 3rd Party Apps, Assets, General Ledger, Payables, PeopleTools |
| 187 | Ross Dress for Less, Inc | H801ROSO | HRMS | 8 SP1 | 10/27/2006 | HR 8.0 SP1 | 3rd Party Apps, Benefits Admin, eCompensation, Human Resources, Payroll, PeopleTools |
| 188 | Saint Barnabas Health Care System | H751SBHO | HRMS | 7.51 | 10/11/2004 | HR 7.51 Commercial | 3rd Party Apps, Human Resources, Payroll, PeopleTools |
| 189 | Seattle Public Schools | H831SPSM | HRMS | 8.3 SP1 | 8/23/2005 | HR 8.3 SP1 | 3rd Party Apps, Benefits Admin, eBenefits, eProfile, Enterprise Portal, Human Resources, Payroll, PeopleTools |
| 190 | Shands Healthcare | F842SHND | FDM | 8.4 SP2 | 12/6/2006 | FSCM 8.4 SP2 | 3rd Party Apps, Assets, eProcurement, General Ledger, Inventory, Payables, PeopleTools, Purchasing, Receivables |
| 191 | Shands Healthcare | H831SHND | HRMS | 8.3 SP1 | 1/30/2007 | HR 8.3 SP1 | Benefits Admin, eBenefits, eCompensation, ePay, eProfile, eRecruit, eRecruit Manager Desktop, Human Resources, Payroll |
| 192 | Simon Property Group, LP | H801SPGM | HRMS | 8 SP1 | 7/3/2006 | HR 8.0 SP1 | 3rd Party Apps, Benefits Admin, Human Resources, Payroll, PeopleTools |
| 193 | Simon Property Group, LP | H80TSPGM | HRMS | 8 | 3/15/2007 | HR 8.0 SP1 | 3rd Party Apps, Benefits Admin, Human Resources, Payroll, PeopleTools |
| 194 | Sirva, Inc. | F841SIRO | FDM | 8.4 SP1 | 12/16/2005 | FSCM 8.4 SP1 | General Ledger, Payables, Projects, Purchasing, Receivables |
| 195 | Sirva, Inc. | F881SIRO | FDM | 8.8 SP1 | 11/18/2005 | FSCM 8.8 SP1 | 3rd Party Apps, General Ledger, Payables, PeopleTools, Projects, Purchasing, Receivables |
| 196 | Sky City Entertainment Group Limited | H881SKYO | HRMS | 8.8 SP1 | | | |
| 197 | Southern California Edison | H831SCED | HRMS | 8.3 SP1 | 1/5/2007 | HR 8.3 SP1 | 3rd Party Apps, Human Resources, Payroll, PeopleTools |
| 198 | Suburban Propane, L.P. | H801SPLO | HRMS | 8 SP1 | 4/28/2005 | HR 8Sp1 | 3rd Party Apps, Benefits Admin, eBenefits, eDevelopment, ePay, eProfile, Human Resources, Payroll, PeopleTools, Time and Labor |
| 199 | Susquehanna Pfaltzgraff Company | H831SPCO | HRMS | 8.3 SP1 | 10/6/2005 | HR 8.3 SP1 | Benefits Admin, eBenefits, ePay, Human Resources, Payroll |
| 200 | Telapex | H751TELO | HRMS | 7.51 | 12/21/2004 | HR 7.51 Commercial | 3rd Party Apps, Human Resources, Payroll, PeopleTools |
| 201 | The Empire District Electric Company | F753EDEO | FDM | 7.53 | 5/23/2005 | Fin 7.52 SP1 | |

| No. | Customer Name | Environment Name | Product | Release | Initial Build Date | Application Version | Products |
|---|---|---|---|---|---|---|---|
| 202 | The Empire District Electric Company | F881EDEM | FDM | 8.8 SP1 | 6/10/2005 | Fin 8.8 Sp1 | 3rd Party Apps, Assets, General Ledger, Inventory, Payables, PeopleTools, Projects, Purchasing, Receivables |
| 203 | The Empire District Electric Company | H751EDEO | HRMS | 7.51 | 8/10/2005 | HR 7.51 Commercial | |
| 204 | The Empire District Electric Company | H881EDEM | HRMS | 8.8 SP1 | 6/6/2005 | HR 8.8 SP1 | 3rd Party Apps, Benefits Admin, Human Resources, Payroll, PeopleTools, Time and Labor |
| 205 | The Interpublic Group of Companies, Inc | H881IPGO | HRMS | 8.8 SP1 | 4/9/2007 | HR 8.8 SP1 | 3rd Party Apps, Benefits Admin, eBenefits, eCompensation, eDevelopment, eEquity, ePay, eProfile, eRecruit, Human Resources, Payroll, PeopleTools, Stock Administration |
| 206 | The Park Associates | H751TPAM | HRMS | 7.51 | | | |
| 207 | The Park Associates (Billit) | F753TPAM | FDM | 7.53 | 10/25/2005 | HR 7.51 Commercial | 3rd Party Apps, Human Resources, Payroll, PeopleTools |
| 208 | Toshiba America Information Systems | H831TAIM | HRMS | 8.3 SP1 | 4/15/2005 | HCM 8.3SP1 | 3rd Party Apps, Benefits Admin, Human Resources, Payroll, PeopleTools |
| 209 | Trend International | | | | | | 3rd Party Apps, Billing, General Ledger, Inventory, Order Mgmt, Payables, PeopleTools, Purchasing, Receivables |
| 210 | Tropical Shipping USA, LLC | F842TSUM | FDM | 8.4 SP2 | 3/10/2006 | FSCM 8.4 SP2 | 3rd Party Apps, Assets, Billing, Budgets, eProcurement, General Ledger, Inventory, Payables, PeopleTools, Purchasing, Receivables |
| 211 | Tropical Shipping USA, LLC | H831TSUM | HRMS | 8.3 SP1 | 2/10/2006 | HR 8.3 SP1 | 3rd Party Apps, eCompensation Manager Desktop, eProfile Manager Desktop , eRecruit Manager Desktop, PeopleTools |
| 212 | United Dominion Realty Trust, Inc. | F841UDRO | FDM | 8.4 SP1 | 4/19/2005 | FSCM 8.4SP1 | 3rd Party Apps, Assets, General Ledger, Payables, PeopleTools |
| 213 | United Space Alliance | H751USAO | HRMS | 7.51 | 12/13/2004 | HR 7.51 Commercial | Payroll |
| 214 | Universitas 21 Global | F881U21O | FDM | 8.8 SP1 | 10/27/2006 | FSCM 8.8 SP1 | 3rd Party Apps, Assets, Enterprise Portal, General Ledger, Payables, PeopleTools, Receivables |
| 215 | Universitas 21 Global | H881U21O | HRMS | 8.8 SP1 | 11/19/2006 | HR 8.8 SP1 | 3rd Party Apps, Benefits Admin, eCompensation, eCompensation Manager Desktop, ePerformance, eProfile, eProfile Manager Desktop , eRecruit, eRecruit Manager Desktop, Enterprise Learning Management, Enterprise Portal, Human Resources, PeopleTools, Resume processing |
| 216 | Universitas 21 Global | S801U21O | SA | 8 SP1 | 2/1/2007 | SA 8.0 SP1 | 3rd Party Apps, Academic Advisement, Campus Community, Campus Self Service, Recruiting and Admissions, Student Financials, Student Records |
| 217 | University of Massachusetts | F752UOMO | FDM | 7.52 | 11/30/2005 | FDM 7.52 E&G Export | Payables |
| 218 | University of Massachusetts | S760UOMO | SA | 7.6 | | | |
| 219 | Veolia Water Indianapolis | F753VWIO | FDM | 7.53 | 11/3/2004 | FDM 7.52 SP1 Commercial | 3rd Party Apps, Assets, Billing, General Ledger, Inventory, Payables, PeopleTools, Projects, Purchasing, Receivables |
| 220 | Visteon Financials | H881VICO | HRMS | 8.8 SP1 | 4/24/2006 | HR 8.8 SP1 | 3rd Party Apps, eProfile, Employee Portal, Human Resources, PeopleTools |
| 221 | Visteon Financials | P880VICO | PORTAL | 8.8 | 7/21/2006 | Portal 8.8 SP1 | |
| 222 | Wakefern Food Corporation | H831WAKD | HRMS | 8.3 SP1 | 1/9/2007 | HR 8.3 SP1 | 3rd Party Apps, Benefits Admin, Human Resources, Payroll, PeopleTools |

| No. | Customer Name | Environment Name | Product | Release | Initial Build Date | Application Version | Products |
|---|---|---|---|---|---|---|---|
| 223 | Waste Management Resources, LLP | F842WMIO | FDM | 8.4 SP2 | 6/8/2006 | FSCM 8.4 SP2 | 3rd Party Apps, Assets, General Ledger, Payables, PeopleTools, Projects |
| 224 | Waste Management Resources, LLP | H881WMIO | HRMS | 8.8 SP1 | 3/21/2006 | HR 8.8 SP1 | Benefits Admin, Human Resources, Payroll |
| 225 | Wellbridge Company | F881WELM | FDM | 8.8 SP1 | 11/30/2006 | FSCM 8.8 SP1 | 3rd Party Apps, Billing, eProcurement, General Ledger, Payables, PeopleTools, Purchasing, Receivables |
| 226 | Wendy's | F842WEND | FDM | 8.4 SP2 | 9/29/2006 | HR 8.3 SP1 | 3rd Party Apps, Human Resources, Payroll, PeopleTools |
| 227 | Wendy's | H831WEND | HRMS | 8.3 SP1 | 10/31/2006 | FSCM 8.4 SP2 | 3rd Party Apps, Billing, General Ledger, Payables, PeopleTools, Projects, Purchasing, Receivables |

# Exhibit E

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
Case No. 07-CV-01658 (MJJ)

ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,
Plaintiffs,
v.
SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive,
Defendants.

---

VIDEOTAPE RULE 30(b)(6) DEPOSITION OF:
JOHN M. BAUGH - February 6, 2008
TomorrowNow, Inc.
(Highly Confidential - Attorneys' Eyes Only)

---

PURSUANT TO NOTICE, the Videotape Rule 30(b)(6) deposition of JOHN M. BAUGH was taken on behalf of the Plaintiffs at 1700 Lincoln Street, Suite 4100, Denver, Colorado 80203, on February 6, 2008, at 17 p.m., before Sandra L. Bray, Registered Diplomate Reporter, Certified Realtime Reporter, and Notary Public within Colorado.

Q. The BakTrak database that you referred to, could you describe what that is?
A. That's a database we developed in-house to track the backups and restores that we had made of each environment.
Q. Is it used for any other purpose?
A. Yes. We also track what we call our check-in/check-out process.
Q. Anything else?
A. It also would -- there's a table in there that keeps track of the environments and which ones are running.
Q. Anything else?
A. Well, now that we have some remote environments, it also contains the client's name or -- actually, not the name, but the three-digit client designation so we can track which backups are related to which client.
Q. When did TomorrowNow start using the BakTrak system?
A. I'm not sure when that started.
Q. Was it after you started your employ at TomorrowNow?
A. Yes. I just don't recall the exact time frame they started using it.

those as a matter of routine?
A. Those are also by request.
Q. And do you have a sense of approximately what percentage of times when a regulatory update is created a backup is made of that environment?
A. The majority of time, it should be.
Q. How many backups of environments exist for customers who have offboarded and left TomorrowNow approximately?
A. I really don't have any way of knowing that without looking for a specific customer. It would depend on if they received regulatory updates. If they did receive regulatory updates, it would depend on how many they've received from us, how long they'd been clients, and how often that was requested.
Q. Well, I mean, you have a sense of how many backup environments there are in total?
A. How many backups we have in total?
Q. Yes.
A. No, I really don't have any sense other than the number in BakTrak should be fairly close.
Q. And what's that number?
A. I don't remember how many rows were in the backup table.
Q. Thousands, though, right?



A. Thousands, yes.
Q. And of those, do you have any sense of how many of them pertain to customers who have left TomorrowNow?
A. I really don't have any idea of that number.
Q. Is that something BakTrak can tell us, which ones pertain to current customers and which ones pertain to former customers?
A. The BakTrak would tie the backup -- would give us that customer's PSHome name. You could take that PSHome name or designation and go to either Pathfinder or the SAS Environment Portal, get the customer's name and product line, and then you could go to SAS Enterprise and find out when that customer was actually -- what their dates of service would be.
Q. And you'd have to do that for each of the more than couple thousand lines that show the backed-up environments?
A. If you wanted to tie those back to terminated customers?
Q. Yes.
A. Yeah.
Q. Has a backed-up environment for a former customer ever been restored for use by anybody at

copies of that customer's PeopleSoft software as testified by Shelley Nelson," the citation, "identify the customer, identify each product name and release copied to create the local environment, and state the total number of local environments created for the customer." And then the answer is some objections, and here's the answer: "TomorrowNow has maintained approximately 183 PeopleSoft environments on behalf of approximately 122 different customers," and then it goes on to say which products those environments were created for.
Is that, to your current understanding, an accurate answer, that TomorrowNow has maintained approximately 183 PeopleSoft environments on behalf of approximately 122 different customers?
MR. FUCHS: Objection, form.
A. I don't know for certain how many customers we've had.
Q. Let put aside the customers. Is that an accurate answer with respect to how many PeopleSoft environments TomorrowNow has maintained?
A. Could you read me that piece of it again?
Q. "TomorrowNow has maintained approximately 183 PeopleSoft environments on behalf of



approximately 122 different customers."
A. No, based on the research, that's not an accurate number.
Q. And, in fact, really even the environments reflected on Exhibit 31, the 227, that's not all of them either, right?
A. That's correct.
Q. To get the total number, you've got to look at this BakTrak reporting that you generated to include the backup environments and all of the total environments?
A. Yes.
Q. And that's the several thousand number that we talked about?
MR. FUCHS: Objection, form.
A. No, that would not be correct. We have not had several thousand environments.
Q. What's your best understanding of what the total number of environments that PeopleSoft has ever -- that TomorrowNow has ever maintained of PeopleSoft applications?
MR. FUCHS: Objection, form.
A. It's my understanding that TomorrowNow has had a little over 300 environments on our hardware at one time.

# Exhibit F

## *TomorrowNow Internal PS Support Environments*

Legend: Lt Green = AU Databases  Lt Peach = Data Databases  Yellow = Not found on servers  Blue = Remote Only  Grey = Not Applicable

| No. | Client Name | Environment Name | Application Server Machine | AIX PS_Home Path | Application Server OS Platform | Database Server Machine | Database Server Machine2 | Database Server Platform | Database Server Release | NT PS Home | Web Server Machine | Web Server Path |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | AU Database | AU75FIX | | | | YOGI | | SQL Server | 7 | | | |
| 2 | AU Database | AU75JT | | | | YOGI | | SQL Server | 7 | | | |
| 3 | AU Database | AUDB70 | | | | YOGI | | SQL Server | 7 | | | |
| 4 | AU Database | AUDB75 | | | | YOGI | | SQL Server | 7 | | | |
| 5 | Information Service Handling Group, Inc. | C800IHGO | PSDEV01 | /d01/app/psoft/c800ihgo | AIX | PSDEV01 | | Oracle | 8.1.7 | | PSDEV01 | /d01/app/weblogic_820 |
| 6 | Progress Software Coporation | C840PRGM | DCPSTEMP01 | | Windows | DCPSTEMP01 | | SQL Server | 2000 | \\dcpstemp01\psoft\c840prgm | DCPSTEMP01 | e:\weblogic_61sp7 |
| 7 | Information Service Handling Group, Inc. | C881IHGO | | | | | | | | | | |
| 8 | Manugistics Group, Inc | C881MGIO | PSDEV01 | /d01/app/psoft/c881mgio | AIX | PSDEV01 | | Oracle | 9.2.0.6 | \\dcpstemp02\psoft\c881mgio | PSDEV01 | /d01/app/weblogic_81sp5 |
| 9 | Manugistics Group, Inc | C890MGIO | PSDEV01 | /d01/app/psoft/c890mgio | AIX | PSDEV01 | | Oracle | 9.2.0 | \\dcpstemp02\psoft\c890mgio | PSDEV01 | /d01/app/weblogic_81sp5 |
| 10 | Development | D702DATM | | | | DCPSDB01 | | Sql Server | 2000 | | | |
| 11 | Development | D751DATM | | | | DCPSDB01 | | Sql Server | 2000 | | | |
| 12 | Development | D810DATM | | | | DCPSDB01 | | Sql Server | 2000 | | | |
| 13 | Development | D831DATM | | | | DCPSDB01 | | Sql Server | 2000 | | | |
| 14 | Development | D881DATM | | | | DCPSDB01 | | Sql Server | 2000 | | | |
| 15 | TA Operating Corporation dba TravelCenters of America | DEMO89 | | | | | | | | | | |
| 16 | BEA Systems, Inc. | E881BEAO | | | | | | | | | | |
| 17 | Mutual of Omaha | E890MOHO | PSDEV01 | /d01/app/psoft/e890moho | AIX | PSDEV01 | | Oracle | 9.2.0.6 | \\dcpstemp02\psoft\e890moho | PSDEV01 | /d01/app/weblogic_81sp5 |
| 18 | Municipality of Anchorage | F752ANCD | PSDEV01 | /d01/app/psoft/f752ancd | AIX | PSDEV01 | | DB2 | 8.2 | \\yogi\e-rw\f752ancd | | |
| 19 | Cowlitz County, WA | F752CCWM | YOGI | | Windows | YOGI | | SQL Server | 7 | \\yogi\e-rw\f752ccwm | | |
| 20 | Foot Locker, Inc. | F752FLIO | PSDEV01 | /d01/app/psoft/f752flio | AIX | PSDEV01 | | Oracle | 9.2.0 | \\yogi\e-rw\f752flio | | |
| 21 | Intraware, Inc. | F752ITRO | PSDEV01 | /d01/app/psoft/f752itro | AIX | PSDEV01 | | Oracle | 9.2.0 | \\yogi\e-rw\f752itro | | |
| 22 | University of Massachusetts | F752UOMO | PSDEV01 | /d01/app/psoft/f752uomo | AIX | PSDEV01 | | Oracle | 8.1.7 | \\yogi\e-rw\f752uomo | | |
| 23 | Alliance Australia Services Pty Ltd | F753AAIS | PSDEV01 | /d01/app/psoft/f753aaia | AIX | PSDEV01 | | Sybase | 12.5 | \\yogi\e-rw\f753aais | | |
| 24 | AU Database | F753AU | | | | PSDEV01 | | Oracle | 8.1.7 | | | |
| 25 | Berkshire Realty Holdings, L.P. | F753BRHO | | | | | | | | | | |
| 26 | Bear Stearns & Co., Inc. | F753BSCS | PSDEV01 | /d01/app/psoft/f753bscs | Windows | PSDEV01 | | Sybase | 12.5 | \\yogi\e-rw\f753bscs | | |
| 27 | Development | F753DEMO | YOGI | | Windows | YOGI | | SQL Server | 7 | \\yogi\e-rw\f753demo | | |
| 28 | Development | F753DV | YOGI | | Windows | YOGI | | SQL Server | 7 | \\yogi\e-rw\f753dv | | |
| 29 | The Empire District Electric Company | F753EDEO | DCPSTEMP01 | | Windows | DCPSTEMP01 | | Oracle | 9i | \\yogi\e-rw\f753edeo | | |
| 30 | Eagle Family Foods Holdings, Inc. | F753EFFO | PSDEV01 | /d01/app/psoft/f753effo | AIX | PSDEV01 | | Oracle | 8.1.7 | \\yogi\e-rw\f753effo | | |
| 31 | George Weston Bakeries, Inc. | F753GWBO | PSDEV01 | /d01/app/psoft/f753gwbo | AIX | PSDEV01 | | Oracle | 9.2.0 | \\yogi\e-rw\f753gwbo | | |
| 32 | Health and Human Services Commission | F753HHSO | PSDEV01 | /d01/app/psoft/f753hhso | AIX | PSDEV01 | | Oracle | 8.1.7 | \\yogi\e-rw\f753hhso | | |
| 33 | McLennan County | F753MCCM | YOGI | | Windows | DCPSDB01 | | SQL Server | 2000 | \\yogi\e-rw\f753mccm | | |
| 34 | | F753MV01 | | | | | | | | | | |
| 35 | Norwegian Cruise Lines Ltd. (EDS) | F753NCLO | PSDEV01 | /d01/app/psoft/f753nclo | AIX | PSDEV01 | | Oracle | 8.1.7 | \\yogi\e-rw\f753nclo | | |
| 36 | North Carolina State (???) | F753NCO_ | | | | | | | | | | |
| 37 | PepsiAmericas | F753PASO | PSDEV01 | /d01/app/psoft/f753paso | AIX | PSDEV01 | | Oracle | 8.1.7 | \\yogi\e-rw\f753paso | | |
| 38 | The Park Associates | F753TPAM | YOGI | | Windows | YOGI | | SQL Server | 7 | \\yogi\e-rw\f753tpam | | |
| 39 | | F753TUPG_ | | | | | | | | | | |
| 40 | Veolia Water Indianapolis | F753VWIO | PSDEV01 | /d01/app/psoft/f753vwio | AIX | PSDEV01 | | Oracle | 8.1.7 | \\yogi\e-rw\f753vwio | | |
| 41 | American Commercial Barge Line LLC | F803ACBO | PSDEV01 | /d01/app/psoft/f803acbo | AIX | PSDEV01 | | Oracle | 9.2.0.4 | \\dcpstemp01\psoft\f803acbo | PSDEV01 | /d01/app/weblogic_819 |
| 42 | BEA Systems, Inc. | F803BEAO | | | | | | | | | | |
| 43 | El Paso Corporation | F803EPCM | DCPSTEMP01 | | Windows | DCPSTEMP01 | | SQL Server | 2000 | \\dcpstemp01\psoft\f803epcm | DCPSTEMP01 | e:\weblogic_81sp5 |
| 44 | Mieco Inc | F803MIEM | DCPSTEMP01 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\dcpstemp01\Psoft\f803miem | DCPSTEMP01 | e:\weblogic_81913 |
| 45 | National Americas Investment, Inc. | F803NAIO | PSDEV01 | /d01/app/psoft/f803naio | AIX | PSDEV01 | | Oracle | 8.1.7 | \\dcpstemp01\psoft\f803naio | PSDEV01 | /d01/app/weblogic_820 |
| 46 | Progress Software Coporation | F803PRGM | DCPSTEMP01 | | Windows | DCPSTEMP01 | | SQL Server | 2000 | \\dcpstemp01\psoft\f803prgm | DCPSTEMP01 | e:\weblogic_81913 |
| 47 | Ross Dress for Less, Inc | F803ROSO | PSDEV01 | /d01/app/psoft/f803roso | AIX | PSDEV01 | | Oracle | 8.1.7 | \\dcpstemp01\psoft\f803roso | PSDEV01 | /d01/app/weblogic_819 |
| 48 | Richmond Power & Light | F803RPLO | DCPSTEMP01 | | Windows | DCPSTEMP01 | | Oracle | 9.2.0 | \\dcpstemp01\psoft\f803rplo | DCPSTEMP01 | e:\weblogic_81sp5 |
| 49 | Arvato Services | F840ARVM | DCPSTEMP01 | | Windows | DCPSDB01 | | SQL Server | SQL 2000 SP4 | \\dcpstemp01\psoft\f840arvm | DCPSTEMP01 | e:\weblogic_61sp7 |
| 50 | Philadelphia Corporation of Aging | F840PCAO | DCPSTEMP01 | | Windows | DCPSTEMP01 | | Oracle | 9.2 | \\dcpstemp01\psoft\f840pcao | DCPSTEMP01 | e:\weblogic_61sp7 |
| 51 | American Council on Education | F841ACEM | DCPSTEMP01 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\dcpstemp01\psoft\f841acem | DCPSTEMP01 | e:\weblogic_61sp7 |
| 52 | American Media Inc. | F841AMIM | DCPSTEMP01 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\dcpstemp01\psoft\f841amim | DCPSTEMP01 | e:\weblogic_61sp7 |
| 53 | Norwegian Cruise Lines Ltd. (EDS) | F841NCLO | PSDEV01 | /d01/app/psoft/f841nclo | AIX | PSDEV01 | | Oracle | 8.1.7 | \\dcpstemp01\psoft\f841nclo | PSDEV01 | /d01/app/weblogic_61sp7 |
| 54 | National Surgical Hospitals | F841NSHM | DCPSTEMP02 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\dcpstemp02\psoft\f841nshm | DCPSTEMP02 | e:\weblogic_81sp5 |
| 55 | Rentway Corp. | F841RWCM | DCPSTEMP02 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\dcpstemp02\psoft\f841rwcm | DCPSTEMP02 | |
| 56 | Sirva, Inc. | F841SIRO | PSDEV01 | /d01/app/psoft/f841siro | AIX | PSDEV01 | | Oracle | 9.2.0 | \\dcpstemp01\psoft\f841siro | PSDEV01 | /d01/app/weblogic_61sp7 |
| 57 | United Dominion Realty Trust, Inc. | F841UDRO | PSDEV01 | /d01/app/psoft/f841udro | AIX | PSDEV01 | | Oracle | 9.2.0 | \\dcpstemp01\psoft\f841udro | PSDEV01 | /d01/app/weblogic_61sp7 |
| 58 | Allianz Australia Services Pty Ltd | F842AAIS | PSDEV01 | /d01/app/psoft/f842aais | AIX | PSDEV01 | | Sybase | 12.5 | \\dcpstemp01\psoft\f842aais | PSDEV01 | /d01/app/ |
| 59 | AgFirst Farm Credit Bank | F842AGFM | DCPSTEMP02 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\dcpstemp02\psoft\f842agfm | DCPSTEMP02 | |
| 60 | Ace Parking Management, Inc. | F842APMD | DCPSTEMP02 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\dcpstemp02\psoft\f842apmd | DCPSTEMP02 | e:\weblogic_81sp5 |
| 61 | Ariba | F842ARBM | DCPSTEMP02 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\dcpstemp02\psoft\f842arbm | DCPSTEMP02 | e:\weblogic_81sp5 |
| 62 | Academy Sports and Outdoors, LTD | F842ASOD | PSDEV01 | /d01/app/psoft/f842asod | AIX | PSDEV01 | | DB2 | 8.2 | \\dcpstemp02\psoft\f842asod | PSDEV01 | /d01/app/weblogic_81sp5 |
| 63 | Commerce Bank | F842CBHO | DCPSTEMP02 | | Windows | PSDEV01 | | Oracle | 9.2i | \\dcpstemp02\psoft\f842cbho | DCPSTEMP02 | e:\websphere51 |
| 64 | Ciber, Inc. | F842CBRO | DCPSTEMP02 | | Windows | DCPSTEMP02 | | Oracle | 9.2.0 | \\dcpstemp02\psoft\f842cbro | DCPSTEMP02 | e:\weblogic_81sp5 |
| 65 | Children's Health System of Alabama | F842CHSO | DCPSTEMP02 | | Windows | DCPSTEMP02 | | Oracle | 9.2.0.4 | \\dcpstemp02\psoft\f842chso | DCPSTEMP02 | e:\weblogic_81sp5 |
| 66 | Delta Dental Plan of Michigan | F842DDMO | PSDEV01 | /d01/app/psoft/f842ddmo | AIX | PSDEV01 | | Oracle | 9.2.0.6 | \\dcpstemp02\psoft\f842ddmo | DCPSTEMP02 | e:\weblogic_81sp5 |
| 67 | Diocese Service Corporation | F842DSCM | DCPSTEMP02 | | Windows | DCPSTEMP02 | | SQL Server | 2000 | \\dcpstemp02\psoft\f842dscm | DCPSTEMP02 | e:\weblogic_81sp5 |
| 68 | East Bay Municipal Utility District | F842EBMO | PSDEV01 | /d01/app/psoft/f842ebmo | AIX | PSDEV01 | | Oracle | 9.2.0 | \\dcpstemp02\psoft\f842ebmo | DCPSTEMP02 | e:\weblogic_81sp5 |
| 69 | Fairchild Semiconductor | F842FCSO | PSDEV01 | /d01/app/psoft/f842fcso | AIX | PSDEV01 | | Oracle | 9.2.0.6 | \\dcpstemp02\psoft\f842fcso | DCPSTEMP02 | e:\weblogic_81sp5 |
| 70 | J.B. Hunt Transport Inc. | F842JBHD | DCPSTEMP02 | | Windows | PSDEV01 | | DB2 | 8.1.1.64 | \\dcpstemp02\psoft\f842jbhd | DCPSTEMP02 | e:\weblogic_81sp5 |
| 71 | Linc Facility Services LLC (Summit) | F842LFSM | DCPSTEMP02 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\dcpstemp02\psoft\f842lfsm | DCPSTEMP02 | e:\weblogic_81sp5 |
| 72 | Mutual of Omaha | F842MOHO | PSDEV01 | /d01/app/psoft/f842moho | AIX | PSDEV01 | | Oracle | 8.1.7 | \\dcpstemp02\psoft\f842moho | PSDEV01 | /d01/app/weblogic_81sp5 |
| 73 | Oxford Global Resources, Inc. | F842OXFM | DCPSTEMP02 | | Windows | DCPSDB01 | | SQL Server | SQL Server 2000 | \\dcpstemp02\psoft\f842oxfm | DCPSTEMP02 | e:\weblogic_81sp5 |
| 74 | Parkview Health | F842PVWO | DCPSTEMP02 | /d01/app/psoft/f842pvwo | Windows | PSDEV01 | | Oracle | 9.2.0 | \\dcpstemp02\psoft\f842pvwo | DCPSTEMP02 | e:\weblogic_81sp5 |
| 75 | Rockwell Automation | F842ROKO | PSDEV01 | /d01/app/psoft/f842roko | AIX | PSDEV01 | | Oracle | 9.2.0.4 | \\dcpstemp02\psoft\f842roko | PSDEV01 | /d01/app/weblogic_81sp5 |
| 76 | Rentway Corp. | F842RWCM | DCPSTEMP02 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\dcpstemp02\psoft\f842rwcm | DCPSTEMP02 | |
| 77 | Shands Healthcare | F842SHND | PSDEV01 | /d01/app/psoft/f842shnd | AIX | PSDEV01 | | DB2 | 7.2 going to 8.2 | \\dcpstemp02\psoft\f842shnd | PSDEV01 | /d01/app/weblogic_81sp5 |
| 78 | LS Management Inc. | F842STAO | PSDEV01 | /d01/app/psoft/f842stao | AIX | PSDEV01 | | Oracle | 9.2.0.4 | \\dcpstemp02\psoft\f842stao | PSDEV01 | /d01/app/weblogic_81sp5 |
| 79 | Development | F842TMPO | DCPSTEMP02 | | Windows | DCPSTEMP02 | | Oracle | 9.2.0 | \\dcpstemp02\psoft\f842tmpo | DCPSTEMP02 | e:\weblogic_81sp5 |
| 80 | Tropical Shipping USA, LLC | F842TSUM | DCPSTEMP02 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\dcpstemp02\psoft\f842tsum | DCPSTEMP02 | e:\weblogic_81sp5 |
| 81 | Wendy's | F842WEND | PSDEV01 | /d01/app/psoft/f842wend | AIX | PSDEV01 | | DB2 | 8.2 | \\dcpstemp02\psoft\f842wend | PSDEV01 | /d01/app/weblogic_81sp5 |
| 82 | Waste Management Resources, LLP | F842WMIO | PSDEV01 | /d01/app/psoft/f842wmio | AIX | PSDEV01 | | Oracle | 9.2.0 | \\dcpstemp02\psoft\f842wmio | PSDEV01 | /d01/app/weblogic_81sp5 |
| 83 | ASTAR Air Cargo | F881ASTM | DCPSTEMP02 | | Windows | DCPSDB01 | | SQL Server | SQLServer 2000 | \\dcpstemp02\psoft\f881astm | DCPSTEMP02 | e:\weblogic_81sp5 |
| 84 | Baptist Health System | F881BHSD | PSDEV01 | /d01/app/psoft/f881bhsd | AIX | PSDEV01 | | DB2 | 8.2 | \\dcpstemp02\psoft\f881bhsd | PSDEV01 | /d01/app/weblogic_81sp5 |
| 85 | The Empire District Electric Company | F881EDEM | DCPSTEMP02 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\dcpstemp02\psoft\f881edem | DCPSTEMP02 | e:\weblogic_81sp5 |
| 86 | GKN Driveline North America Inc | F881GKNM | DCPSTEMP02 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\dcpstemp02\psoft\f881gknm | DCPSTEMP02 | e:\websphere51\appserver |
| 87 | Greater Vancouver Regional District | F881GVRM | DCPSTEMP02 | | Windows | DCPSDB01 | | SQL Server | 2000 SP4 | \\dcpstemp02\psoft\f881gvrm | DCPSTEMP02 | e:\weblogic_81sp5 |
| 88 | Health and Human Services Commission | F881HHSO | PSDEV01 | | AIX | PSDEV01 | | Oracle | 9.2.0.6 | \\dcpstemp02\psoft\f881hhso | PSDEV01 | /d01/app/weblogic_81sp5 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 89 | Kent County Michigan | F881KCMO | PSDEV01 | /d01/app/psoft/f881kcmo | AIX | PSDEV01 | | Oracle | 9.2.0.6 | \\dcpstemp02\psoft\f881kcmo | PSDEV01 | /d01/app/weblogic_81sp5 |
| 90 | Mutual of Omaha | F881MOHO | PSDEV01 | /d01/app/psoft/f881moho | AIX | PSDEV01 | | Oracle | 9.2.0.6 | \\dcpstemp02\psoft\f881moho | PSDEV01 | /d01/app/weblogic_81sp5 |
| 91 | Sirva, Inc. | F881SIRO | PSDEV01 | /d01/app/psoft/f881siro | AIX | PSDEV01 | | Oracle | 9.2.0.0 | \\dcpstemp02\psoft\f881siro | PSDEV01 | /d01/app/weblogic_81sp5 |
| 92 | Universitas 21 Global | F881U21O | DCPSTEMP02 | | Windows | PSDEV01 | | Oracle | 9.2.0.6 | \\dcpstemp02\psoft\f881u21o | DCPSTEMP02 | e:\weblogic_81sp5 |
| 93 | Wellbridge Company | F881WELM | DCPSTEMP02 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\dcpstemp02\psoft\f881welm | DCPSTEMP02 | e:\weblogic_81sp5 |
| 94 | A O Smith | F890AOSO | DCPSTEMP02 | | AIX | DCPSTEMP02 | | Oracle | 9i | \\dcpstemp02\psoft\f890aoso | DCPSTEMP02 | e:\weblogic_81sp5 |
| 95 | Development | FC752DEV | YOGI | | Windows | YOGI | | SQL Server | 7 | \\yogi\e-rw\fc752dev | | |
| 96 | Development | FC753DEV | YOGI | | Windows | YOGI | | SQL Server | 7 | \\yogi\e-rw\fc753dev | | |
| 97 | Municipality of Anchorage | FG752ANC | YOGI | | Windows | YOGI | | SQL Server | 7 | \\yogi\e-rw\fg752anc | | |
| 98 | Development | FG752DEV | YOGI | | Windows | YOGI | | SQL Server | 7 | \\yogi\e-rw\fg752dev | | |
| 99 | Development | FS803DMO | HOMER | | Windows | HOMER | | SQL Server | 7 | \\homer\homer-rw\fs803dmo | | |
| 100 | Development | FX753 | YOGI | | Windows | YOGI | | SQL Server | 7 | \\yogi\e-rw\fx753 | | |
| 101 | Employees' Retirement System of Georgia | H702ERSO | PSDEV01 | /d01/app/psoft/h702erso | AIX | PSDEV01 | | Oracle | 8.1 | \\yogi\e-rw\h702erso | | |
| 102 | North Carolina State University | H702NCSS | | /d01/app/psoft/h702ncss | | | | | | \\yogi\e-rw\h702ncss | | |
| 103 | Robert Half International, Inc. | H702RHIM | YOGI | | Windows | YOGI | | SQL Server | 7 | \\yogi\e-rw\h702rhim | | |
| 104 | Robert Half International, Inc. | H702RHTM | YOGI | | Windows | YOGI | | SQL Server | 7 | \\yogi\e-rw\h702rhtm | | |
| 105 | National Foods Services Pty Limited | H750NFSO | PSDEV01 | /d01/app/psoft/h750nfso | AIX | PSDEV01 | | Oracle | 8.1.7.0 | \\yogi\e-rw\h750nfso | | |
| 106 | AC Transit | H751ACTM | YOGI | | Windows | DCPSDB01 | | SQL Server | 2000 | \\yogi\e-rw\h751actm | | |
| 107 | Berkshire Realty Holdings, L.P. | H751BRHO | | | | | | | | | | |
| 108 | Bear Stearns & Co., Inc. | H751BSCS | PSDEV01 | | Windows | PSDEV01 | | Sybase | 12.5 | \\yogi\e-rw\h751bscs | | |
| 109 | Brigham Young University | H751BYUO | | | | PSDEV01 | | Oracle | 8.1.7 | \\yogi\e-rw\h751byuo | | |
| 110 | Cowlitz County, WA | H751CCWM | YOGI | | Windows | YOGI | | SQL Server | 7 | \\yogi\e-rw\h751ccwm | | |
| 111 | City of Atlanta | H751COAM | YOGI | | Windows | DCPSDB01 | | SQL Server | 2000 | \\yogi\e-rw\h751coam\ | | |
| 112 | City of Flint | H751COFO | | | | | | | | | | |
| 113 | | H751DMO | | | | | | | | | | |
| 114 | The Empire District Electric Company | H751EDEO | DCPSTEMP01 | | Windows | DCPSTEMP01 | | Oracle | 9.2.0.4 | \\yogi\e-rw\h751edeo | | |
| 115 | Florida Tile | H751FTIO | | | | | | | | | | |
| 116 | Development | H751FXC | YOGI | | Windows | YOGI | | SQL Server | 7 | \\yogi\e-rw\h751fxc | | |
| 117 | Development | H751FXG | YOGI | | Windows | YOGI | | SQL Server | 7 | \\yogi\e-rw\h751fxg | | |
| 118 | Development | H751FXM | YOGI | | Windows | YOGI | | SQL Server | 7 | \\yogi\e-rw\h751fxm | | |
| 119 | Development | H751FXP | YOGI | | Windows | YOGI | | SQL Server | 7 | \\yogi\e-rw\h751fxp | | |
| 120 | General Chemical Group | H751GCGO | PSDEV01 | /d01/app/psoft/h751gcgo | AIX | PSDEV01 | | Oracle | 8.1.7 | \\yogi\e-rw\h751gcgo | | |
| 121 | ICF Consulting Group, Inc. | H751ICFM | YOGI | | Windows | YOGI | | SQL Server | 7 | \\yogi\e-rw\h751icfm | | |
| 122 | Norwegian Cruise Lines Ltd. (EDS) | H751NCLO | PSDEV01 | /d01/app/psoft/h751nclo | AIX | PSDEV01 | | Oracle | 8.1.7 | \\yogi\e-rw\h751nclo | | |
| 123 | Norwegian Cruise Lines Ltd. (EDS) | H751NCLO_OLD | PSDEV01 | /d01/app/psoft/h751nclo_old | AIX | PSDEV01 | | Oracle | 8.1.7 | \\yogi\e-rw\h751nclo | | |
| 124 | Providence Heath System | H751PHSO | | | | | | | | | | |
| 125 | Saint Barnabas Health Care System | H751SBHO | YOGI | /d01/app/psoft/h751sbho | Windows | PSDEV01 | PSIBMAIX1 | Oracle | 8.1.7.4.0 | \\yogi\e-rw\h751sbho | | |
| 126 | Sasol North America | H751SNAO | PSDEV01 | /d01/app/psoft/h751snao | AIX | PSDEV01 | | Oracle | 8.1.7 | \\yogi\e-rw\h751snao | | |
| 127 | Telapex | H751TELO | PSDEV01 | /d01/app/psoft/h751telo | AIX | PSDEV01 | PSIBMAIX1 | Oracle | 8.1.7 | \\yogi\e-rw\h751telo | | |
| 128 | Telapex | H751TELO_OLD | PSDEV01 | /d01/app/psoft/h751telo_old | AIX | PSDEV01 | PSIBMAIX1 | Oracle | 8.1.7 | \\yogi\e-rw\h751telo | | |
| 129 | The Park Associates | H751TPAM | YOGI | | Windows | YOGI | | SQL Server | 7 | \\yogi\e-rw\h751tpam | | |
| 130 | United Space Alliance | H751USAO | PSDEV01 | /d01/app/psoft/h751usao | AIX | PSDEV01 | | Oracle | 9.2.0 | \\yogi\e-rw\h751usao | | |
| 131 | UT Health Science Center San Antonio | H751UTHO | | | | | | | | \\yogi\e-rw\h751utho | | |
| 132 | | H759AAP | | | | | | | | \\yogi\e-rw\h759aap | | |
| 133 | University of New Orleans | H760UNOO | | | | | | | | \\yogi\e-rw\h760unoo | | |
| 134 | American Media Inc. | H801AMIM | DCPSTEMP01 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\dcpstemp01\psoft\h801amim | DCPSTEMP01 | e:\weblogic_81514 |
| 135 | A O Smith | H801AOSO | DCPSTEMP01 | | Windows | DCPSTEMP01 | | Oracle | 9i | \\dcpstemp01\psoft\h801aoso | DCPSTEMP01 | e:\weblogic_81909 |
| 136 | A O Smith | H801AOSO-OLD | DCPSTEMP01 | | Windows | DCPSTEMP01 | | Oracle | 9i | \\dcpstemp01\psoft\h801aoso-old | DCPSTEMP01 | e:\weblogic_81909 |
| 137 | Ariba | H801ARBM | DCPSTEMP01 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\DCPSTEMP01\PSOFT\H801ARBM | DCPSTEMP01 | e:\weblogic_81sp5 |
| 138 | Baxter International Inc | H801BAXO | PSDEV01 | /d01/app/psoft/h801baxo | AIX | PSIBMAIX1 | PSIBMAIX1 | Oracle | 9.2.0.4 | \\dcpstemp01\psoft\h801baxo | PSDEV01 | /d01/app/weblogic_81sp5 |
| 139 | Baxter International Inc | H801BAXO-OLD | PSDEV01 | /d01/app/psoft/h801baxo_old | AIX | PSIBMAIX1 | PSIBMAIX1 | Oracle | 9.2.0.4 | \\dcpstemp01\psoft\h801baxo_old | PSDEV01 | /d01/app/weblogic_81sp5 |
| 140 | Blue Diamond Growers | H801BDGM | DCPSTEMP01 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\dcpstemp01\psoft\h801bdgm | DCPSTEMP01 | e:\weblogic_81sp5 |
| 141 | Blue Diamond Growers | H801BDGM-OLD | DCPSTEMP01 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\dcpstemp01\psoft\h801bdgm-old | DCPSTEMP01 | e:\weblogic_81sp5 |
| 142 | Borders Group, Inc. | H801BGPO | PSDEV01 | /d01/app/psoft/h801bgpo | AIX | PSIBMAIX1 | PSIBMAIX1 | Oracle | 8.1.7 | \\dcpstemp01\psoft\h801bgpo | PSIBMAIX1 | /d01/app/weblogic_81713 |
| 143 | Borders Group, Inc. | H801BGPO_OLD | PSDEV01 | /d01/app/psoft/h801bgpo_old | AIX | PSIBMAIX1 | | Oracle | 8.1.7 | \\dcpstemp01\psoft\h801bgpo_old | PSIBMAIX1 | /d01/app/weblogic_81713 |
| 144 | Borders Group, Inc. | H801BGPO_OLD | PSDEV01 | /d01/app/psoft/h801bgpo_old | AIX | PSIBMAIX1 | | Oracle | 8.1.7 | \\dcpstemp01\psoft\h801bgpo_old | PSIBMAIX1 | /d01/app/weblogic_81713 |
| 145 | ConAgra Foods, Inc | H801CAGO | PSDEV01 | /d01/app/psoft/h801cago | AIX | PSDEV01 | PSIBMAIX1 | Oracle | 8.1.7 | \\dcpstemp01\psoft\h801cago | PSDEV01 | /d01/app/weblogic_81sp5 |
| 146 | E. Piphany | H801EPNM | | | Windows | | | SQL Server | 2000 | | | |
| 147 | Greater Vancouver Regional District | H801GVRM | DCPSTEMP01 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\dcpstemp01\psoft\h801gvrm | DCPSTEMP01 | e:\weblogic_81sp5 |
| 148 | McLennan County | H801MCCM | DCPSTEMP01 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\dcpstemp01\psoft\h801mccm | DCPSTEMP01 | e:\weblogic_81sp5 |
| 149 | McLennan County | H801MCCM-OLD | DCPSTEMP01 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\dcpstemp01\psoft\h801mccm-old | DCPSTEMP01 | e:\weblogic_81sp5 |
| 150 | Praxair | H801PRXO | PSDEV01 | /d01/app/psoft/h801prxo | AIX | PSDEV01 | | Oracle | 8.1.7 | \\dcpstemp01\psoft\h801prxo | PSDEV01 | /d01/app/weblogic_820 |
| 151 | Quad Graphics, Inc. | H801QGIS | DCPSTEMP01 | | Windows | PSDEV01 | | Sybase | 12.5.2 | \\dcpstemp01\psoft\h801qgis | DCPSTEMP01 | d:\weblogic_81815 |
| 152 | Quad Graphics, Inc. | H801QGIS-OLD | DCPSTEMP01 | | Windows | PSDEV01 | | Sybase | 12.5.2 | \\dcpstemp01\psoft\h801qgis-old | DCPSTEMP01 | d:\weblogic_81815 |
| 153 | Ross Dress for Less, Inc | H801ROSO | PSDEV01 | /d01/app/psoft/h801roso | AIX | PSDEV01 | PSIBMAIX1 | Oracle | 8.1.7 | \\dcpstemp01\psoft\h801roso | PSDEV01 | /d01/app/weblogic_819 |
| 154 | Ross Dress for Less, Inc | H801ROSO-OLD | PSDEV01 | /d01/app/psoft/h801roso | AIX | PSDEV01 | PSIBMAIX1 | Oracle | 8.1.7 | \\dcpstemp01\psoft\h801roso-old | PSDEV01 | /d01/app/weblogic_819 |
| 155 | Richmond Power & Light | H801RPLO | DCPSTEMP01 | | Windows | DCPSTEMP01 | | Oracle | 9.2.0 | \\dcpstemp01\psoft\h801rplo | DCPSTEMP01 | e:\weblogic_81sp5 |
| 156 | Richmond Power & Light | H801RPLO_OLD | DCPSTEMP01 | | Windows | DCPSTEMP01 | | Oracle | 9.2.0 | \\dcpstemp01\psoft\h801rplo_old | DCPSTEMP01 | e:\weblogic_81sp5 |
| 157 | Rolls-Royce of North America, Inc. | H801RRNO | PSDEV01 | /d01/app/psoft/h801rrno | AIX | PSDEV01 | | Oracle | 9.2.0.4 | \\dcpstemp01\psoft\h801rrno | PSDEV01 | |
| 158 | Simon Property Group, LP | H801SPGM | DCPSTEMP01 | | Windows | DCPSDB01 | | SQL Server | 2000 SP3 | \\dcpstemp01\psoft\h801spgm | DCPSTEMP01 | e:\weblogic_81sp5 |
| 159 | Simon Property Group, LP | H801SPGM-OLD | DCPSTEMP01 | | Windows | DCPSDB01 | | SQL Server | 2000 SP3 | \\dcpstemp01\psoft\h801spgm-old | DCPSTEMP01 | e:\weblogic_81sp5 |
| 160 | Suburban Propane, L.P. | H801SPLO | DCPSTEMP01 | | Windows | DCPSTEMP01 | | Oracle | 9.2.0 | \\dcpstemp01\psoft\h801splo | DCPSTEMP01 | e:\weblogic_81815 |
| 161 | Suburban Propane, L.P. | H801SPLO-OLD | DCPSTEMP01 | | Windows | DCPSTEMP01 | | Oracle | 9.2.0 | \\dcpstemp01\psoft\h801splo-old | DCPSTEMP01 | e:\weblogic_81815 |
| 162 | Development | H801TMPM | PSNT01 | | Windows | PSNT01 | | SQL Server | 7 | \\psnt01\psoft\h801tmpm | PSNT01 | |
| 163 | Baxter International Inc | H80EBAXO | PSDEV01 | /d01/app/psoft/h80ebaxo | AIX | PSDEV01 | PSIBMAIX1 | Oracle | 9.2 | \\dcpstemp01\psoft\h80Ebaxo | PSDEV01 | /d01/app/weblogic_81sp5 |
| 164 | Simon Property Group, LP | H80TSPGM | DCPSTEMP01 | | Windows | DCPSDB01 | | SQL Server | SqlServer 2000 | \\dcpstemp01\psoft\h80tspgm | DCPSTEMP01 | e:\weblogic_81sp5 |
| 165 | Foot Locker, Inc. | H830FLIO | PSDEV01 | /d01/app/psoft/h830flio | AIX | PSDEV01 | PSIBMAIX1 | Oracle | 9.2.0 | \\dcpstemp01\psoft\h830flio | PSDEV01 | /d01/app/weblogic_81815 |
| 166 | American Council on Education | H831ACEM | DCPSTEMP01 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\dcpstemp01\psoft\h831acem | DCPSTEMP01 | e:\weblogic_81sp5 |
| 167 | AFLAC | H831AFLM | DCPSTEMP01 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\dcpstemp01\psoft\h831aflm | DCPSTEMP01 | e:\weblogic_81sp5 |
| 168 | Alcon Laboratories, Inc | H831ALCM | DCPSTEMP01 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\dcpstemp01\psoft\h831alcm | DCPSTEMP01 | e:\weblogic_82015 |
| 169 | Alcon Laboratories, Inc | H831ALCM-OLD | DCPSTEMP01 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\dcpstemp01\psoft\h831alcm-old | DCPSTEMP01 | e:\weblogic_82015 |
| 170 | Allianz Life Insurance Company of North America | H831ALIM | DCPSTEMP01 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\dcpstemp01\psoft\h831alim | DCPSTEMP01 | e:\weblogic_81903 |
| 171 | ArvinMeritor, Inc. | H831ARMO | PSDEV01 | /d01/app/psoft/h831armo | AIX | PSIBMAIX1 | PSIBMAIX1 | Oracle | 8.1.7 | \\dcpstemp01\psoft\h831armo | PSDEV01 | /d01/app/weblogic_819 |
| 172 | ArvinMeritor, Inc. | H831ARMO_OLD | PSDEV01 | /d01/app/psoft/h831armo | AIX | PSIBMAIX1 | PSIBMAIX1 | Oracle | 8.1.7 | \\dcpstemp01\psoft\h831armo_old | PSDEV01 | /d01/app/weblogic_819 |
| 173 | Development | H831BAK - Not in Use | | | | | | | | | | |
| 174 | Big Lots Stores, Inc. | H831BLSD | PSDEV01 | /d01/app/psoft/h831blsd | AIX | PSDEV01 | | DB2 | 8.2 | \\dcpstemp01\psoft\h831blsd\ | PSDEV01 | /d01/app/weblogic_819 |
| 175 | Big Lots Stores, Inc. | H831BLSD | PSDEV01 | /d01/app/psoft/h831blsd_old | AIX | PSDEV01 | | DB2 | 8.2 | \\dcpstemp01\psoft\h831blsd\ | PSDEV01 | /d01/app/weblogic_819 |
| 176 | Ciber, Inc. | H831CBRO | DCPSTEMP01 | | Windows | DCPSTEMP01 | | Oracle | 9.2i | \\dcpstemp01\psoft\h831cbro | DCPSTEMP01 | e:\weblogic_81913 |
| 177 | CC Industries, Inc. | H831CCIM | DCPSTEMP01 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\dcpstemp01\psoft\h831ccim | DCPSTEMP01 | e:\weblogic_81sp5 |
| 178 | CC Industries, Inc. | H831CCIM_OLD | DCPSTEMP01 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\dcpstemp01\psoft\h831ccim_old | DCPSTEMP01 | e:\weblogic_81sp5 |
| 179 | Clear Channel Management Services LP | H831CCUM | | | | | | | | | | |
| 180 | City of Flint | H831COFO | | | | | | | | | | |
| 181 | Development | H831DEVM | DCPSTEMP01 | | Windows | DBPSDB01 | | SQL Server | 2000 | \\dcpstemp01\psoft\h831devm | DCPSTEMP01 | |
| 182 | Diocese Service Corporation | H831DSCM | DCPSTEMP01 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\dcpstemp01\psoft\h831dscm | DCPSTEMP01 | e:\weblogic_82013 |
| 183 | Fairchild Semiconductor | H831FCSO | PSDEV01 | /d01/app/psoft/h831fcso | AIX | psibmaix1 | PSIBMAIX1 | Oracle | 9.2.0 | \\dcpstemp01\psoft\h831fcso | PSDEV01 | /d01/app/weblogic_81sp5 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 184 | Fairchild Semiconductor | H831FCSO | PSDEV01 | /d01/app/psoft/h831fcso-old | AIX | psibmaix1 | PSIBMAIX1 | Oracle | 9.2.0 | \\dcpstemp01\psoft\h831fcso | PSDEV01 | /d01/app/weblogic_81sp5 |
| 185 | Federated Services Company | H831FIIO | DCPSTEMP01 | | Windows | PSDEV01 | PSIBMAIX1 | Oracle | 9.2.0 | \\dcpstemp01\psoft\h831fiio | DCPSTEMP01 | e:\weblogic_81sp5 |
| 186 | Foot Locker, Inc. | H831FLIO | | | | | | | | | | |
| 187 | Harley Davidson, Inc. | H831HDIM | DCPSTEMP01 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\dcpstemp01\psoft\h831hdim | DCPSTEMP01 | e:\weblogic_81913 |
| 188 | Health and Human Services Commission | H831HHSO | PSDEV01 | | AIX | PSDEV01 | | Oracle | 9.2.0 | \\dcpstemp01\psoft\h831hhso | PSDEV01 | /d01/app/weblogic_81sp5 |
| 189 | High Industries, Inc. | H831HIIO | PSDEV01 | /d01/app/psoft/h831hiio | AIX | PSDEV01 | | Oracle | 8.1.7 | \\dcpstemp01\psoft\h831hiio | PSDEV01 | /d01/app/weblogic_81sp5 |
| 190 | Honeywell International, Inc. | H831HONO | PSDEV01 | /d01/app/psoft/h831hono | AIX | PSIBMAIX1 | PSIBMAIX1 | Oracle | 9i | \\dcpstemp01\psoft\h831hono | PSDEV01 | /d01/app/weblogic_81sp5 |
| 191 | J.B. Hunt Transport Inc. | H831JBHD | DCPSTEMP01 | | Windows | PSDEV01 | | DB2 | 7.1 | \\dcpstemp01\psoft\h831jbhd | DCPSTEMP01 | e:\weblogic_81sp5 |
| 192 | Linc Facility Services LLC (Summit) | H831LFSM | DCPSTEMP01 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\dcpstemp01\psoft\h831lfsm | DCPSTEMP01 | e:\weblogic_81913 |
| 193 | Linc Facility Services LLC (Summit) | H831LFSM-OLD | DCPSTEMP01 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\dcpstemp01\psoft\h831lfsm-old | DCPSTEMP01 | e:\weblogic_81913 |
| 194 | | H831MCIM | | | | | | SQL Server | | | | |
| 195 | Olin Corporation | H831OLNI | PSDEV01 | /d01/app/psoft/h831olni | AIX | PSDEV01 | | Informix | 9.40.UC3 | \\dcpstemp01\psoft\h831olni | PSDEV01 | /d01/app/weblogic_81sp5 |
| 196 | PepsiAmericas | H831PASO | PSDEV01 | /d01/app/psoft/h831paso | AIX | PSIBMAIX1 | PSIBMAIX1 | Oracle | 8.1.7 | \\dcpstemp01\psoft\h831paso | DCPSTEMP01 | e:\weblogic_81sp5 |
| 197 | PepsiAmericas | H831PASO | PSDEV01 | /d01/app/psoft/h831paso_old | AIX | PSIBMAIX1 | PSIBMAIX1 | Oracle | 8.1.7 | \\dcpstemp01\psoft\h831paso | DCPSTEMP01 | e:\weblogic_81sp5 |
| 198 | Phelps Dodge Corporation | H831PDCM | DCPSTEMP01 | | Windows | DCPSTEMP01 | | SQL Server | 2000 | \\dcpstemp02\psoft\h831pdcm | DCPSTEMP01 | e:\weblogic_82003 |
| 199 | Development | H831PSEO | PSDEV01 | /d01/app/psoft/h831pseo | AIX | PSDEV01 | | Oracle | 8.1.7 | \\dcpstemp01\psoft\h831pseo | | |
| 200 | Rentway Corp. | H831RWCM | DCPSTEMP01 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\dcpstemp01\psoft\h831rwcm | DCPSTEMP01 | |
| 201 | Southern California Edison | H831SCED | PSDEV01 | /d01/app/psoft/h831sced | AIX | PSDEV01 | | DB2 | 7.1 | \\dcpstemp01\psoft\h831sced | PSDEV01 | /d01/app/weblogic_81sp5 |
| 202 | Southern California Edison | H831SCED_OLD | PSDEV01 | /d01/app/psoft/h831sced_old | AIX | PSDEV01 | | DB2 | 7.1 | \\dcpstemp01\psoft\h831sced_old | PSDEV01 | /d01/app/weblogic_81sp5 |
| 203 | Shands Healthcare | H831SHND | PSDEV01 | /d01/app/psoft/h831shnd | AIX | PSDEV01 | | DB2 | 8.2.0 | \\dcpstemp01\psoft\h831shnd | PSDEV01 | /d01/app/weblogic_81sp5 |
| 204 | Shands Healthcare | H831SHND_OLD | PSDEV01 | /d01/app/psoft/h831shnd_old | AIX | PSDEV01 | | DB2 | 8.2.0 | \\dcpstemp01\psoft\h831shnd_old | PSDEV01 | /d01/app/weblogic_81sp5 |
| 205 | Development | H831SKBO | PSDEV01 | /d01/app/psoft/h831skbo | AIX | PSDEV01 | | Oracle | 8.1.7 | \\dcpstemp01\psoft\h831skbo | PSDEV01 | /d01/app/weblogic_819 |
| 206 | Susquehanna Pfaltzgraff Company | H831SPCO | PSDEV01 | /d01/app/psoft/h831spco | AIX | PSDEV01 | | Oracle | 8.1.7 | \\dcpstemp01\psoft\h831spco | PSDEV01 | /d01/app/weblogic_81sp5 |
| 207 | Seattle Public Schools | H831SPSM | DCPSTEMP01 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\dcpstemp01\psoft\h831spsm | DCPSTEMP01 | e:\weblogic_81sp5 |
| 208 | LS Management Inc. | H831STAO | PSDEV01 | /d01/app/psoft/h831stao | AIX | PSDEV01 | PSIBMAIX1 | Oracle | 9.2.0 | \\dcpstemp01\psoft\h831stao | PSDEV01 | /d01/app/weblogic_81sp5 |
| 209 | LS Management Inc. | H831STAO_OLD | PSDEV01 | /d01/app/psoft/h831stao_old | AIX | PSDEV01 | PSIBMAIX1 | Oracle | 9.2.0 | \\dcpstemp01\psoft\h831stao_old | PSDEV01 | /d01/app/weblogic_81sp5 |
| 210 | Toshiba America Information Systems | H831TAIM | DCPSTEMP01 | | Windows | DCPSTEMP01 | | SQL Server | 2000 | \\dcpstemp01\psoft\h831taim | DCPSTEMP01 | e:\weblogic_81sp5 |
| 211 | Toshiba America Information Systems | H831TAIM-OLD | DCPSTEMP01 | | Windows | DCPSTEMP01 | | SQL Server | 2000 | \\dcpstemp01\psoft\h831taim-old | DCPSTEMP01 | e:\weblogic_81sp5 |
| 212 | Development | H831TEMP | PSDEV01 | /d01/app/psoft/h831temp | AIX | | | | | \\dcpstemp01\psoft\h831temp | | |
| 213 | Development | H831TMPM | DCPSTEMP01 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\dcpstemp01\psoft\h831tmpm | DCPSTEMP01 | |
| 214 | Tropical Shipping USA, LLC | H831TSUM | DCPSTEMP01 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\dcpstemp01\psoft\h831tsum | DCPSTEMP01 | e:\weblogic_81913 |
| 215 | Tropical Shipping USA, LLC | H831TSUM-OLD | DCPSTEMP01 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\dcpstemp01\psoft\h831tsum-old | DCPSTEMP01 | e:\weblogic_81913 |
| 216 | Wakefern Food Corporation | H831WAKD | PSDEV01 | /d01/app/psoft/h831wakd | AIX | PSDEV01 | | DB2 | 8.2.0 | \\dcpstemp01\psoft\h831wakd | PSDEV01 | /d01/app/weblogic_81sp5 |
| 217 | Wakefern Food Corporation | H831WAKD_OLD | PSDEV01 | /d01/app/psoft/h831wakd | AIX | PSDEV01 | | DB2 | 8.2.0 | \\dcpstemp01\psoft\h831wakd_old | PSDEV01 | /d01/app/weblogic_81sp5 |
| 218 | Wendy's | H831WEND | PSDEV01 | /d01/app/psoft/h831wend | AIX | PSDEV01 | | DB2 | 8.1.7 | \\dcpstemp01\psoft\h831wend | PSDEV01 | /d01/app/weblogic_81sp5 |
| 219 | Wendy's | H831WEND-OLD | PSDEV01 | /d01/app/psoft/h831wend | AIX | PSDEV01 | | DB2 | 8.1.7 | \\dcpstemp01\psoft\h831wend-old | PSDEV01 | /d01/app/weblogic_81sp5 |
| 220 | Development | H83TCCIM | DCPSTEMP01 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\dcpstemp01\psoft\h83tccim | DCPSTEMP01 | e:\weblogic_81sp5 |
| 221 | Pillsbury Winthrop Shaw Pittman LLP | H880PILM | DCPSTEMP02 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\dcpstemp02\psoft\h880pilm | DCPSTEMP02 | e:\weblogic_81sp5 |
| 222 | Pillsbury Winthrop Shaw Pittman LLP | H880PILM-OLD | DCPSTEMP02 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\dcpstemp02\psoft\h880pilm-old | DCPSTEMP02 | e:\weblogic_81sp5 |
| 223 | Pillsbury Winthrop Shaw Pittman LLP | H880PILM-OLD1 | DCPSTEMP02 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\dcpstemp02\psoft\h880pilm-old1 | DCPSTEMP02 | e:\weblogic_81sp5 |
| 224 | ASTAR Air Cargo | H881ASTM | DCPSTEMP02 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\dcpstemp02\psoft\h881astm | DCPSTEMP02 | e:\weblogic_81sp5 |
| 225 | Baker Botts LLP | H881BKBM | DCPSTEMP02 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\dcpstemp02\psoft\h881bkbm | DCPSTEMP02 | e:\weblogic_81sp5 |
| 226 | Baker Botts LLP | H881BKBM_MIGRATE | DCPSTEMP02 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\dcpstemp02\psoft\h881bkbm_migrate | DCPSTEMP02 | e:\weblogic_81sp5 |
| 227 | Baker Botts LLP | H881BKBM-OLD | DCPSTEMP02 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\dcpstemp02\psoft\h881bkbm-old | DCPSTEMP02 | e:\weblogic_81sp5 |
| 228 | CompuCom | H881CCOO | PSDEV01 | /d01/app/psoft/h881ccoo | AIX | PSIBMAIX1 | PS | Oracle | 9.2.0.6 | \\dcpstemp02\psoft\h881ccoo | PSDEV01 | /d01/app/weblogic_81sp5 |
| 229 | Children's Health System of Alabama | H881CHSO | DCPSTEMP02 | | Windows | DCPSTEMP02 | | Oracle | 9.2.0.7 | \\dcpstemp02\psoft\h881chso | DCPSTEMP02 | e:\weblogic_81sp5 |
| 230 | City of Huntsville | H881COHM | DCPSTEMP02 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\dcpstemp02\psoft\h881cohm | DCPSTEMP02 | e:\weblogic_81sp5 |
| 231 | CSK Auto | H881CSKI | PSDEV01 | /d01/app/psoft/h881cski | AIX | PSDEV01 | | Informix | 9.40 | \\dcpstemp02\psoft\h881cski | DCPSTEMP02 | |
| 232 | Delta Dental Plan of Michigan | H881DDMO | PSDEV01 | /d01/app/psoft/h881ddmo | AIX | PSDEV01 | PSIBMAIX1 | Oracle | 9.2.0 | \\dcpstemp02\psoft\h881ddmo | DCPSTEMP02 | e:\weblogic_81sp5 |
| 233 | East Bay Municipal Utility District | H881EBMO | PSDEV01 | /d01/app/psoft/h881ebmo | AIX | PSDEV01 | PSIBMAIX1 | Oracle | 9.2.0.6 | \\dcpstemp02\psoft\h881ebmo | DCPSTEMP02 | e:\weblogic_81sp5 |
| 234 | The Empire District Electric Company | H881EDEM | DCPSTEMP02 | | Windows | DCPSTEMP02 | | SQL Server | 2000 | \\dcpstemp02\psoft\h881edem | DCPSTEMP02 | e:\weblogic_81sp5 |
| 235 | Hitachi Global Storage Technology | H881HGSD | PSDEV01 | /d01/app/psoft/h881hgsd | AIX | PSDEV01 | | DB2 | 8.2 | \\dcpstemp02\psoft\h881hgsd | PSDEV01 | /d01/app/weblogic_81sp5 |
| 236 | The Interpublic Group of Companies, Inc | H881IPGO | DCPSTEMP02 | | Windows | DCPSTEMP02 | | Oracle | 9i | \\dcpstemp02\psoft\h881ipgo | DCPSTEMP02 | e:\weblogic_81sp5 |
| 237 | The Interpublic Group of Companies, Inc | H881IPGO_OLD | DCPSTEMP02 | | Windows | DCPSTEMP02 | | Oracle | 9i | \\dcpstemp02\psoft\h881ipgo_old | DCPSTEMP02 | e:\weblogic_81sp5 |
| 238 | Kent County Michigan | H881KCMO | PSDEV01 | /d01/app/psoft/h881kcmo | AIX | PSDEV01 | | Oracle | 9.2.0 | \\dcpstemp02\psoft\h881kcmo | PSDEV01 | /d01/app/weblogic_81sp5 |
| 239 | Development | H881MKGP | DCPSTEMP02 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\Dcpstemp02\psoft\h881mkgp | DCPSTEMP02 | e:weblogic_81sp5 |
| 240 | Development | H881MKGP_HOLD | DCPSTEMP02 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\Dcpstemp02\psoft\h881mkgp_hold | DCPSTEMP02 | e:\weblogic_81sp5 |
| 241 | Markel Corporation | H881MKLM | DCPSTEMP02 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\dcpstemp02\psoft\h881mklm | DCPSTEMP02 | E:\weblogic_81sp5 |
| 242 | Markel Corporation | H881MKLM-OLD | DCPSTEMP02 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\dcpstemp02\psoft\h881mklm-old | DCPSTEMP02 | E:\weblogic_81sp5 |
| 243 | Development | H881MKUK | DCPSTEMP02 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\dcpstemp02\psoft\h881mkuk | DCPSTEMP02 | E:\weblogic_81sp5 |
| 244 | Development | H881MKUK_OLD | DCPSTEMP02 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\dcpstemp02\psoft\h881mkuk_old | DCPSTEMP02 | E:\weblogic_81sp5 |
| 245 | Mutual of Omaha | H881MOHO | PSDEV01 | /d01/app/psoft/h881moho | AIX | PSDEV01 | | Oracle | 9.2.0 | \\dcpstemp02\psoft\h881moho | PSDEV01 | /d01/app/weblogic_81sp5 |
| 246 | Mutual of Omaha | H881MOHO_OLD | PSDEV01 | /d01/app/psoft/h881moho_old | AIX | PSDEV01 | | Oracle | 9.2.0 | \\dcpstemp02\psoft\h881moho_old | PSDEV01 | /d01/app/weblogic_81sp5 |
| 247 | Norwegian Cruise Lines Ltd. (EDS) | H881NCLO | PSDEV01 | /d01/app/psoft/h881nclo | AIX | PSDEV01 | | Oracle | 8.1.7 | | | |
| 248 | National Surgical Hospitals | H881NSHM | DCPSTEMP02 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\dcpstemp02\psoft\h881nshm | DCPSTEMP02 | e:\weblogic_81sp5 |
| 249 | Overwaitea Food Group Limited Partnership | H881OFGO | DCPSTEMP02 | | Windows | DCPSTEMP02 | | Oracle | 10g | \\dcpstemp02\psoft\h881ofgo | DCPSTEMP02 | e:\WebLogic 8.1 SP3 |
| 250 | Oklahoma Publishing Corporation | H881OPCM | DCPSTEMP02 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\dcpstemp02\psoft\h881opcm | DCPSTEMP02 | E:\weblogic_81sp3 |
| 251 | Oklahoma Publishing Corporation | H881OPCM-OLD | DCPSTEMP02 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\dcpstemp02\psoft\h881opcm-old | DCPSTEMP02 | E:\weblogic_81sp3 |
| 252 | Oxford Global Resources, Inc. | H881OXFM | DCPSTEMP02 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\dcpstemp02\psoft\h881oxfm | DCPSTEMP02 | E:\weblogic_81sp5 |
| 253 | Philadelphia Corporation of Aging | H881PCAO | DCPSTEMP01 | | Windows | DCPSTEMP01 | | Oracle | 9i | \\dcpstemp01\psoft\h881pcao | DCPSTEMP01 | d:\weblogic_61sp7 |
| 254 | PetSmart | H881PSMO | DCPSTEMP02 | /d01/app/psoft/h881psmo | Windows | PSDEV01 | | Oracle | 9.2.0 | \\dcpstemp02\psoft\h881psmo | DCPSTEMP02 | E:\weblogic_81sp5 |
| 255 | Parkview Health | H881PVWO | DCPSTEMP02 | | Windows | PSIBMAIX1 | PSIBMAIX1 | Oracle | 9.2.0 | \\dcpstemp02\psoft\h881pvwo | DCPSTEMP02 | E:\weblogic_81sp5 |
| 256 | Remy International, Inc | H881RIIO | PSDEV01 | /d01/app/psoft/h881riio | AIX | PSIBMAIX1 | PSIBMAIX1 | Oracle | 8.1.7 | \\dcpstemp02\psoft\h881riio | DCPSTEMP02 | E:\weblogic_81sp5 |
| 257 | Remy International, Inc | H881RIIO_OLD | PSDEV01 | /d01/app/psoft/h881riio_old | AIX | PSIBMAIX1 | PSIBMAIX1 | Oracle | 8.1.7 | \\dcpstemp02\psoft\h881riio_old | DCPSTEMP02 | E:\weblogic_81sp5 |
| 258 | Sky City Entertainment Group Limited | H881SKYO | PSDEV01 | /d01/app/psoft/h881skyo | AIX | PSDEV01 | | Oracle | 9.2.0.5.0 - 64bit | \\dcpstemp02\psoft\h881skyo | DCPSTEMP02 | e:\weblogic_81sp5 |
| 259 | Development | H881TMPM | DCPSTEMP02 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\dcpstemp02\psoft\h881tmpm | DCPSTEMP02 | |
| 260 | Universitas 21 Global | H881U21O | DCPSTEMP02 | | Windows | PSDEV01 | | Oracle | 9.2.0.6 | \\dcpstemp02\psoft\h881u21o | DCPSTEMP02 | e:\weblogic_81sp5 |
| 261 | Visteon | H881VICO | PSDEV01 | /d01/app/psoft/h881vico | AIX | PSDEV01 | PSIBMAIX1 | Oracle | 9.2.0.6 | \\dcpstemp02\psoft\h881vico | PSDEV01 | /d01/app/weblogic_81sp5 |
| 262 | Waste Management Resources, LLP | H881WMIO | PSDEV01 | /d01/app/psoft/h881wmio | AIX | PSDEV01 | PSIBMAIX1 | Oracle | 9.2.0.6.0 | \\dcpstemp02\psoft\h881wmio | PSDEV01 | /d01/app/weblogic_81sp5 |
| 263 | Fundamental Administrative Services | H890FUAO | PSDEV01 | /d01/app/psoft/h890fuao | AIX | PSDEV01 | | Oracle | 9i | \\dcpstemp02\psoft\h890fuao | DCPSTEMP02 | e:\weblogic_81sp5 |
| 264 | Fundamental Administrative Services | H890FUAO_OLD | PSDEV01 | /d01/app/psoft/h890fuao_old | AIX | PSDEV01 | | Oracle | 9i | \\dcpstemp02\psoft\h890fuao_old | DCPSTEMP02 | e:\weblogic_81sp5 |
| 265 | GKN Driveline North America Inc | H890GKNM | DCPSTEMP02 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\dcpstemp02\psoft\h890gknm | DCPSTEMP02 | e:\weblogic_81sp5 |
| 266 | GlobalSantaFe Corporation | H890GSFM | DCPSTEMP02 | | Windows | DCPSDB01 | | SQL Server | 2000 | \\dcpstemp02\psoft\h890gsfm | DCPSTEMP02 | E:\weblogic_81sp5 |
| 267 | Hitachi Global Storage Technology | H890HGSD | PSDEV01 | /d01/app/psoft/h890hgsd | AIX | PSDEV01 | | DB2 | 8.2 | \\dcpstemp02\psoft\h890hgsd | PSDEV01 | /d01/app/weblogic_81sp5 |
| 268 | J.B. Hunt Transport Inc. | H890JBHD | DCPSTEMP02 | /d01/app/psoft/h890jbhd | Windows | DCPSTEMP02 | PSDEV01 | DB2 | 8.1 | \\dcpstemp02\psoft\h890jbhd | DCPSTEMP02 | E:\weblogic_81sp5 |
| 269 | Remy International, Inc | H890RIIO | PSDEV01 | /d01/app/psoft/h890riio | AIX | PSDEV01 | | Oracle | 9.2.0 | \\dcpstemp02\psoft\h890riio | DCPSTEMP02 | e:\weblogic_81sp5 |
| 270 | Development | HG70203F | | | | | | | | | | |
| 271 | Development | HG70203G | | | | | | | | | | |
| 272 | Development | HG70204A | | | | | | | | | | |
| 273 | Development | HG70204B | | | | | | | | | | |
| 274 | Development | HG70204C | | | | | | | | | | |
| 275 | Development | HG70204D | | | | | | | | | | |
| 276 | Development | HG70204E | | | | | | | | | | |
| 277 | Development | HG70204F | | | | | | | | | | |
| 278 | Development | HG70205A | | | | | | | | | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 279 | Development | HG70205B | | | | | | | | | | |
| 280 | Development | HG70205C | | | | | | | | | | |
| 281 | Development | HG70205D | | | | | | | | | | |
| 282 | Development | HG702CSS | YOGI | | Windows | YOGI | | SQL Server | 7 | \\yogi\e-rw\h702css | | |
| 283 | Development | HG702REP | | | | | | | | | | |
| 284 | Development | HG75103B | YOGI | | Windows | YOGI | | SQL Server | 7 | \\yogi\e-rw\hg75103b | | |
| 285 | Development | HG75103C | YOGI | | Windows | YOGI | | SQL Server | 7 | \\yogi\e-rw\hg75103c | | |
| 286 | Development | HG75103F | | | | | | | | | | |
| 287 | Development | HG75103G | | | | | | | | | | |
| 288 | Development | HG75104A | | | | | | | | | | |
| 289 | Development | HG75104B | | | | | | | | | | |
| 290 | Development | HG75104C | | | | | | | | | | |
| 291 | Development | HG75104D | | | | | | | | | | |
| 292 | Development | HG75104E | | | | | | | | | | |
| 293 | Development | HG75104F | | | | | | | | | | |
| 294 | Development | HG75105A | | | | | | | | | | |
| 295 | Development | HG75105B | | | | | | | | | | |
| 296 | Development | HG75105C | YOGI | | Windows | YOGI | | SQL Server | 7 | \\yogi\e-rw\hg75105c | | |
| 297 | Development | HG75105D | YOGI | | Windows | YOGI | | SQL Server | 7 | \\yogi\e-rw\hg75105d | | |
| 298 | Municipality of Anchorage | HG751ANC | YOGI | | Windows | YOGI | | SQL Server | 7 | \\yogi\e-rw\hg751anc | | |
| 299 | Municipality of Anchorage | HG751ANC_OLD_05292007 | YOGI | | Windows | YOGI | | SQL Server | 7 | \\yogi\e-rw\hg751anc_old_05292007 | | |
| 300 | Municipality of Anchorage | HG751ARC | | | | | | | | | | |
| 301 | Cowlitz County, WA | HG751CCW | YOGI | | Windows | YOGI | | SQL Server | 7 | \\yogi\e-rw\hg751ccw | | |
| 302 | Cowlitz County, WA | HG751CCW-OLD_05292007 | YOGI | | Windows | YOGI | | SQL Server | 7 | \\yogi\e-rw\hg751ccw-old_05292007 | | |
| 303 | Cowlitz County, WA | HG751COW | | | | | | | | | | |
| 304 | Development | HG751CSS | YOGI | | Windows | YOGI | | SQL Server | 7 | \\yogi\e-rw\hg751css | | |
| 305 | Development | HG751CSS-OLD_05292007 | YOGI | | Windows | YOGI | | SQL Server | 7 | \\yogi\e-rw\hg751css-old_05292007 | | |
| 306 | Development | HG751DEV | YOGI | | Windows | YOGI | | SQL Server | 7 | \\yogi\e-rw\hg751dev | | |
| 307 | Development | HG751REP | YOGI | | Windows | YOGI | | SQL Server | 7 | \\yogi\e-rw\hg751rep | | |
| 308 | Development | HR70203F | | | | | | | | | | |
| 309 | Development | HR70203G | | | | | | | | | | |
| 310 | Development | HR70204A | | | | | | | | | | |
| 311 | Development | HR70204B | | | | | | | | | | |
| 312 | Development | HR70204C | | | | | | | | | | |
| 313 | Development | HR70204D | | | | | | | | | | |
| 314 | Development | HR70204E | | | | | | | | | | |
| 315 | Development | HR70204F | | | | | | | | | | |
| 316 | Development | HR70205A | | | | | | | | | | |
| 317 | Development | HR70205B | | | | | | | | | | |
| 318 | Development | HR70205C | YOGI | | Windows | YOGI | | SQL Server | 7 | \\yogi\e-rw\hr70205c | | |
| 319 | Development | HR70205D | YOGI | | Windows | YOGI | | SQL Server | 7 | \\yogi\e-rw\hr70205d | | |
| 320 | Development | HR702CSS | YOGI | | Windows | YOGI | | SQL Server | 7 | \\yogi\e-rw\hr702css | | |
| 321 | Development | HR702DAT | | | | | | | | | | |
| 322 | Development | HR702DEV | YOGI | | Windows | YOGI | | SQL Server | 7 | \\yogi\e-rw\hr702dev | | |
| 323 | Development | HR702REP | YOGI | | Windows | YOGI | | SQL Server | 7 | \\yogi\e-rw\hr702rep | | |
| 324 | Development | HR702TST | YOGI | | Windows | YOGI | | SQL Server | 7 | \\yogi\e-rw\hr702tst | | |
| 325 | Development | HR75103F | | | | | | | | | | |
| 326 | Development | HR75103G | | | | | | | | | | |
| 327 | Development | HR75104A | | | | | | | | | | |
| 328 | Development | HR75104B | | | | | | | | | | |
| 329 | Development | HR75104C | | | | | | | | | | |
| 330 | Development | HR75104D | | | | | | | | | | |
| 331 | Development | HR75104E | | | | | | | | | | |
| 332 | Development | HR75104F | | | | | | | | | | |
| 333 | Development | HR75105A | YOGI | | Windows | YOGI | | SQL Server | 7 | \\yogi\e-rw\hr75105a | | |
| 334 | Development | HR75105B | | | | | | | | | | |
| 335 | Development | HR75105C | YOGI | | Windows | YOGI | | SQL Server | 7 | \\yogi\e-rw\hr75105c | | |
| 336 | Development | HR75105D | YOGI | | Windows | YOGI | | SQL Server | 7 | \\yogi\e-rw\hr75105d | | |
| 337 | Development | HR751AR1 | YOGI | | Windows | YOGI | | SQL Server | 7 | \\yogi\e-rw\hr751ar1 | | |
| 338 | Development | HR751ARC | | | | | | | | | | |
| 339 | Development | HR751CSS | YOGI | | Windows | YOGI | | SQL Server | 7 | \\yogi\e-rw\hr751css | | |
| 340 | Development | HR751CSS-OLD_12112006 | YOGI | | Windows | YOGI | | SQL Server | 7 | \\yogi\e-rw\hr751css-old_12112006 | | |
| 341 | Development | HR751DAT | | | | | | | | | | |
| 342 | Development | HR751DEV | YOGI | | Windows | YOGI | | SQL Server | 7 | \\yogi\e-rw\hr751dev | | |
| 343 | Development | HR751FTI | YOGI | | Windows | YOGI | | SQL Server | 7 | \\yogi\e-rw\hr751fti | | |
| 344 | | HR751HPA | | | | | | | | | | |
| 345 | Development | HR751PHS | YOGI | | Windows | YOGI | | SQL Server | 7 | \\yogi\e-rw\hr751phs | | |
| 346 | Development | HR751PSE | YOGI | | Windows | YOGI | | SQL Server | 7 | \\yogi\e-rw\hr751pse | | |
| 347 | Development | HR751REP | YOGI | | Windows | YOGI | | SQL Server | 7 | \\yogi\e-rw\hr751rep | | |
| 348 | Safeway Stores (??) | HR751SAS | | | | | | | | | | |
| 349 | Development for Sharon Piper | HR751SKP | | | | | | | | | | |
| 350 | Telapex | HR751TEL | | | | | | | | | | |
| 351 | Development | HR751TST | YOGI | | Windows | YOGI | | SQL Server | 7 | \\yogi\e-rw\hr751tst | | |
| 352 | Development | HR751YR2 | | | | | | | | | | |
| 353 | Development | HR75CTST | YOGI | | Windows | YOGI | | SQL Server | 7 | \\yogi\e-rw\hr75ctst | | |
| 354 | Development | HR75CTST | YOGI | | Windows | YOGI | | SQL Server | 7 | \\yogi\e-rw\hr75ctst | | |
| 355 | Development | HR801FM | PSNT01 | | Windows | PSNT01 | | SQL Server | 7 | \\psnt01\psoft\hr801fm | PSNT01 | E:\apps\Apache Group\Apache\htdocs\hr801fm |
| 356 | Development | HR81003C | | | | | | | | | | |
| 357 | Development | HR81003E | | | | | | | | | | |
| 358 | Development | HR81003F | | | | | | | | | | |
| 359 | Development | HR81003G | | | | | | | | | | |
| 360 | Development | HR81004A | | | | | | | | | | |
| 361 | Development | HR81004B | | | | | | | | | | |
| 362 | Development | HR81004C | | | | | | | | | | |
| 363 | Development | HR81004D | | | | | | | | | | |
| 364 | Development | HR81004E | | | | | | | | | | |
| 365 | Development | HR81004F | | | | | | | | | | |
| 366 | Development | HR81005A | | | | | | | | | | |
| 367 | Development | HR81005B | | | | | | | | | | |
| 368 | Development | HR81005C | | | | | | | | | | |
| 369 | Development | HR81005D | PSNT01 | | Windows | PSNT01 | | SQL Server | 7 | \\psnt01\psoft\h81005d | PSNT01 | E:\apps\Apache Group\Apache\htdocs\hr81005d |
| 370 | Development | HR81005F | PSNT01 | | Windows | PSNT01 | | SQL Server | 7 | \\psnt01\psoft\hr81005f | PSNT01 | E:\apps\Apache Group\Apache\htdocs\hr81005f |
| 371 | Development | HR81006A | PSNT01 | | Windows | PSNT01 | | SQL Server | 7 | \\psnt01\psoft\hr81006a | PSNT01 | E:\apps\Apache Group\Apache\htdocs\hr81006a |
| 372 | Development | HR81006B | PSNT01 | | Windows | PSNT01 | | SQL Server | 7 | \\psnt01\psoft\hr81006b | PSNT01 | E:\apps\Apache Group\Apache\htdocs\hr81006b |
| 373 | Development | HR81006C | PSNT01 | | Windows | PSNT01 | | SQL Server | 7 | \\psnt01\psoft\hr81006c | PSNT01 | E:\apps\Apache Group\Apache\htdocs\hr81006c |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 374 | Development | HR81006D | PSNT01 | | Windows | PSNT01 | | SQL Server | 7 | \\psnt01\psoft\hr81006d | PSNT01 | E:\apps\Apache Group\Apache\htdocs\hr81006d |
| 375 | Development | HR81006E | PSNT01 | | Windows | PSNT01 | | SQL Server | 7 | \\psnt01\psoft\hr81006e | PSNT01 | E:\apps\Apache Group\Apache\htdocs\hr81006e |
| 376 | Development | HR81006F | PSNT01 | | Windows | PSNT01 | | SQL Server | 7 | \\psnt01\psoft\hr81006f | PSNT01 | E:\apps\Apache Group\Apache\htdocs\hr81006f |
| 377 | Development | HR81007A | PSNT01 | | Windows | PSNT01 | | SQL Server | 7 | \\psnt01\psoft\hr81007a | PSNT01 | E:\apps\Apache Group\Apache\htdocs\hr81007a |
| 378 | | HR810DAT | | | | | | | | | | |
| 379 | Development | HR810DEV | PSNT01 | | Windows | PSNT01 | | SQL Server | 7 | \\psnt01\psoft\hr810dev | PSNT01 | E:\apps\Apache Group\Apache\htdocs\hr810dev |
| 380 | Development | HR810DMO | PSNT01 | | Windows | PSNT01 | | SQL Server | 7 | \\psnt01\psoft\hr810dmo | PSNT01 | E:\apps\Apache Group\Apache\htdocs\hr810dmo |
| 381 | Praxair | HR810PRX | PSNT01 | | Windows | PSNT01 | | SQL Server | 7 | \\psnt01\psoft\hr810prx | PSNT01 | E:\apps\Apache Group\Apache\htdocs\hr810prx |
| 382 | Quad Graphics, Inc. | HR810QGI | | | | | | | | | | |
| 383 | | HR831DAT | | | | | | | | | | |
| 384 | Development | HR831DMO | PSNT01 | | Windows | PSNT01 | | SQL Server | 7 | \\psnt01\psoft\hr831dmo | PSNT01 | E:\apps\Apache Group\Apache\htdocs\hr831dmo |
| 385 | Development | HR881DMO | | | | | | | | | | |
| 386 | Hitachi Global Storage Technology | HR881DMO | | | | | | | | | | |
| 387 | Okahoma Publishing Company | HR88DEV | | | | | | | | | | |
| 388 | Genesis Healthcare | HRDMO | | | | | | | | | | |
| 389 | St. Luke's Cornwall Hospital | HRDMOTN | | | | | | | | | | |
| 390 | Petco | HRNOW | | | | | | | | | | |
| 391 | Development | HS70203F | | | | | | | | | | |
| 392 | Development | HS70203G | | | | | | | | | | |
| 393 | Development | HS70204A | YOGI | | Windows | YOGI | | SQL Server | 7 | \\yogi\e-rw\hs70204a | | |
| 394 | Development | HS702REP | | | | | | | | | | |
| 395 | Academy Sports and Outdoors, LTD | P840ASOD | PSDEV01 | /d01/app/psoft/p840asod | AIX | PSDEV01 | | DB2 | 8.1 | \\dcpstemp02\psoft\p840asod | PSDEV01 | /d01/app/weblogic_81sp5 |
| 396 | Manugistics Group, Inc | P880MGIO | PSDEV01 | /d01/app/psoft/p880mgio | AIX | PSDEV01 | | Oracle | 9.2.0 | \\dcpstemp02\psoft\p880mgio | PSDEV01 | /d01/app/weblogic_81sp5 |
| 397 | Visteon | P880VICO | PSDEV01 | /d01/app/psoft/p880vico | AIX | PSDEV01 | | Oracle | 9.2.0.6 | \\dcpstemp02\psoft\p880vico | PSDEV01 | /d01/app/weblogic_81sp5 |
| 398 | Development | S760REPO | PSDEV01 | /d01/app/psoft/s760repo_orig | AIX | PSDEV01 | | Oracle | 8.1.7 | \\yogi\e-rw\s760repo | | |
| 399 | University of Massachusetts | S760UOMO | PSDEV01 | /d01/app/psoft/s760uomo | AIX | PSDEV01 | | Oracle | 8i | \\yogi\e-rw\s760uomo | | |
| 400 | University of Massachusetts | S760UOMO | PSDEV01 | /d01/app/psoft/s760uomo_orig | AIX | PSDEV01 | | Oracle | 8i | \\yogi\e-rw\s760uomo | | |
| 401 | AU Database | S761AUDO | | | | PSDEV01 | | Oracle | 8.1.7 | | | |
| 402 | Universitas 21 Global | S801U21O | DCPSTEMP01 | /d01/app/psoft/s801u21o | Windows | PSDEV01 | | Oracle | 9.2.05 | \\dcpstemp01\psoft\s801u21o | DCPSTEMP01 | e:\weblogic_81913 |
| 403 | Quest State Repository (not PS database) | STATREPO | | | | | | | | | | |
| 404 | Capital Group | TN1H801O | | | | | | | | | | |
| 405 | Norstan Communications, Inc. | TN1H831M | | | | | | | | | | |
| 406 | Development | TSDMO - Not in use | | | | | | | | | | |
| 407 | Fireman's Fund | | | | | | | | | | | |
| 408 | Heritage Valley Healthcare | | | | | | | | | | | |
| 409 | NBC Universal | | | | | | | | | | | |
| 410 | New Era Cap Company | | | | | | | | | | | |
| 411 | Organon International | | | | | | | | | | | |
| 412 | Trend International | | | | | | | | | | | |

# Exhibit G

| Customer | Start | End |
| --- | --- | --- |

**CRM**

- 24X7 Hrly - CRM 8.4
- 24X7 Hrly - CRM 8.4 SP1
- 24X7 Stnd - CRM 8
- 24X7 Stnd - CRM 8.8
- 24X7 Stnd - CRM 8.8 SP1
- 24x7 Stnd - CRM 8.9

**EPM**

- 24X7 Stnd - EPM 8.3 SP1 - Europe
- 24X7 Stnd - EPM 8.3 SP4
- 24X7 Stnd - EPM 8.4 SP1
- 24X7 Stnd - EPM 8.8
- 24X7 Stnd - EPM 8.8 SP1
- 24x7 Stnd - EPM 8.9
- 24x7 Stnd - EPM 8.9 - Europe
- Translations

**FDM**

- 24X7 Hrly - FDM 7.52 EG
- 24X7 Hrly - FDM 7.53 C
- 24X7 Hrly - FSCM 8 SP2
- 24X7 Hrly - FSCM 8.4
- 24X7 Hrly - FSCM 8.4 SP1
- 24X7 Hrly - FSCM 8.8
- 24X7 Stnd - FDM 7.0 - APAC
- 24X7 Stnd - FDM 7.52 C
- 24X7 Stnd - FDM 7.52 EG
- 24X7 Stnd - FDM 7.53 APAC
- 24X7 Stnd - FDM 7.53 C
- 24x7 Stnd - FDM 7.5.0
- 24X7 Stnd - FSCM 8
- 24X7 Stnd - FSCM 8 SP1
- 24X7 Stnd - FSCM 8 SP1 - APAC
- 24X7 Stnd - FSCM 8 SP2
- 24X7 Stnd - FSCM 8 SP2 - APAC
- 24X7 Stnd - FSCM 8 SP3
- 24X7 Stnd - FSCM 8 SP3 - APAC
- 24X7 Stnd - FSCM 8 SP3 - Europe
- 24X7 Stnd - FSCM 8.4
- 24X7 Stnd - FSCM 8.4 - Europe
- 24X7 Stnd - FSCM 8.4 SP1
- 24X7 Stnd - FSCM 8.4 SP1 - APAC
- 24X7 Stnd - FSCM 8.4 SP2
- 24X7 Stnd - FSCM 8.4 SP2 - APAC
- 24X7 Stnd - FSCM 8.8
- 24X7 Stnd - FSCM 8.8 - APAC
- 24X7 Stnd - FSCM 8.8 SP1
- 24X7 Stnd - FSCM 8.8 SP1 - Europe
- 24x7 Stnd - FSCM 8.9
- Ext Supp - FDM 7.52 EG
- Ext Supp - FDM 7.53 C
- Legs/Regs - FDM 7.52 C

Legs/Regs - FDM 7.52 EG
Legs/Regs - FDM 7.53 C
Legs/Regs - FDM 7.5.0
Legs/Regs - FSCM 8
Legs/Regs - FSCM 8 SP1
Legs/Regs - FSCM 8 SP1 - APAC
Legs/Regs - FSCM 8 SP2
Legs/Regs - FSCM 8 SP2 - APAC
Legs/Regs - FSCM 8 SP3
Legs/Regs - FSCM 8 SP3 - APAC
Legs/Regs - FSCM 8 SP3 - Europe
Legs/Regs - FSCM 8 SP3 - Latin
Legs/Regs - FSCM 8 SP3 - Latin Amer
Legs/Regs - FSCM 8.4
Legs/Regs - FSCM 8.4 - Europe
Legs/Regs - FSCM 8.4 SP1
Legs/Regs - FSCM 8.4 SP1 - APAC
Legs/Regs - FSCM 8.4 SP2
Legs/Regs - FSCM 8.8
Legs/Regs - FSCM 8.8 - APAC
Legs/Regs - FSCM 8.8 SP1
Legs/Regs - FSCM 8.9
Other Consulting
Partner Support - FSCM
Translations
Upgrade Support

**HRMS**

24X7 Hrly - HCM 8 SP1
24X7 Hrly - HCM 8.3
24X7 Hrly - HCM 8.3 SP1
24X7 Hrly - HCM 8.8
24X7 Hrly - HCM 8.8 SP1
24X7 Hrly - HCM 8.8 SP1 - APAC
24X7 Hrly - HRMS 7.02 C
24X7 Hrly - HRMS 7.51 C
24X7 Hrly - HRMS 7.51 EG
24X7 Hrly - HRMS 7.6 SA
24X7 Stnd - HCM 8 SP1
24X7 Stnd - HCM 8 SP1 - APAC
24X7 Stnd - HCM 8 SP1 - Europe
24X7 Stnd - HCM 8 SP1 - Latin Amer
24X7 Stnd - HCM 8.3
24X7 Stnd - HCM 8.3 - Europe
24X7 Stnd - HCM 8.3 SP1
24X7 Stnd - HCM 8.3 SP1 - APAC
24X7 Stnd - HCM 8.3 SP1 - Europe
24X7 Stnd - HCM 8.3 SP1 - Latin Amer
24X7 Stnd - HCM 8.8
24X7 Stnd - HCM 8.8 - APAC
24X7 Stnd - HCM 8.8 - Latin Amer
24X7 Stnd - HCM 8.8 SP1

| Customer | Start | End |
| --- | --- | --- |
| **24X7 Stnd - HCM 8.8 SP1 - Europe** | | |
| **24x7 Stnd - HCM 8.9** | | |
| **24x7 Stnd - HCM 8.9 - APAC** | | |
| **24x7 Stnd - HCM 8.9 SP 1** | | |
| **24x7 Stnd - HCM 8.9 SP1** | | |
| **24X7 Stnd - HRMS 7.02 C** | | |
| **24X7 Stnd - HRMS 7.02 P** | | |
| **24x7 Stnd - HRMS 7.5 AP** | | |
| **24X7 Stnd - HRMS 7.51 C** | | |
| **24X7 Stnd - HRMS 7.51 EG** | | |
| **24x7 Stnd - HRMS Portal 8.4** | | |
| **Ext Supp - HRMS 7 C** | | |
| **Ext Supp - HRMS 7 SA** | | |
| **Ext Supp - HRMS 7.02 C** | | |
| **Ext Supp - HRMS 7.02 PS** | | |
| **Ext Supp - HRMS 7.5 C** | | |
| **Ext Supp - HRMS 7.51 C** | | |
| **Ext Supp - HRMS 7.51 EG** | | |
| **Ext Supp - HRMS 7.6 SA** | | |
| **Implement Tax Updates** | | |
| **Legs/Regs - HCM 8 SP1** | | |
| **Legs/Regs - HCM 8 SP1 - APAC** | | |
| **Legs/Regs - HCM 8 SP1 - Europe** | | |
| **Legs/Regs - HCM 8 SP1 - Latin Amer** | | |
| **Legs/Regs - HCM 8.3** | | |
| **Legs/Regs - HCM 8.3 - Europe** | | |
| **Legs/Regs - HCM 8.3 SP1** | | |
| **Legs/Regs - HCM 8.3 SP1 - APAC** | | |
| **Legs/Regs - HCM 8.3 SP1 - Europe** | | |
| **Legs/Regs - HCM 8.3 SP1 - Latin Amer** | | |
| **Legs/Regs - HCM 8.8** | | |
| **Legs/Regs - HCM 8.8 - APAC** | | |
| **Legs/Regs - HCM 8.8 - Latin Amer** | | |
| **Legs/Regs - HCM 8.8 SP1** | | |
| **Legs/Regs - HCM 8.8 SP1 - APAC** | | |
| **Legs/Regs - HCM 8.8 SP1 - Europe** | | |
| **Legs/Regs - HCM 8.8 SP1 - Latin Amer** | | |
| **Legs/Regs - HCM 8.9** | | |
| **Legs/Regs - HCM 8.9** | | |
| **Legs/Regs - HCM 8.9 - APAC** | | |
| **Legs/Regs - HCM 8.9 SP1** | | |
| **Legs/Regs - HRMS 7.02 C** | | |
| **Legs/Regs - HRMS 7.02 PS** | | |
| **Legs/Regs - HRMS 7.5 AP** | | |
| **Legs/Regs - HRMS 7.51 C** | | |
| **Legs/Regs - HRMS 7.51 EG** | | |
| **Legs/Regs - HRMS 7.6 SA** | | |
| **Other Consulting** | | |
| **Partner Support - HCM** | | |
| **Platform Verification** | | |
| **Translations** | | |

| Customer | Start | End |
| --- | --- | --- |

**Upgrade HRMS 7.5 C to 8.3**
**Upgrade Support**
**(Not Categorized)**

**SA**

**24x7 Stnd - SA 8 SP1 - APAC**
**(Not Categorized)**

# Exhibit H

| Customer | Start | End |
|---|---|---|

**CRM**

**24X7 Hrly - CRM 8.4**
**24X7 Stnd - CRM 8**
**24X7 Stnd - CRM 8.8**
**24x7 Stnd - CRM 8.9**

**EPM**

**24X7 Stnd - EPM 8.3 SP1 - Europe**
**24X7 Stnd - EPM 8.4 SP1**
**24X7 Stnd - EPM 8.8**
**24X7 Stnd - EPM 8.8 SP1**
**24x7 Stnd - EPM 8.9**

**FDM**

**24X7 Hrly - FDM 7.52 EG**
**24X7 Hrly - FDM 7.53 C**
**24X7 Hrly - FSCM 8 SP2**
**24X7 Hrly - FSCM 8.4**
**24X7 Hrly - FSCM 8.4 SP1**
**24X7 Hrly - FSCM 8.8**
**24X7 Stnd - FDM 7.0 - APAC**
**24X7 Stnd - FDM 7.52 C**
**24X7 Stnd - FDM 7.52 EG**
**24X7 Stnd - FDM 7.53 APAC**
**24X7 Stnd - FDM 7.53 C**
**24x7 Stnd - FDM 7.5.0**
**24X7 Stnd - FSCM 8**
**24X7 Stnd - FSCM 8 SP1**
**24X7 Stnd - FSCM 8 SP1 - APAC**
**24X7 Stnd - FSCM 8 SP2**
**24X7 Stnd - FSCM 8 SP2 - APAC**
**24X7 Stnd - FSCM 8 SP3**
**24X7 Stnd - FSCM 8 SP3 - APAC**
**24X7 Stnd - FSCM 8 SP3 - Europe**
**24X7 Stnd - FSCM 8.4**
**24X7 Stnd - FSCM 8.4 - Europe**
**24X7 Stnd - FSCM 8.4 SP1**
**24X7 Stnd - FSCM 8.4 SP1 - APAC**
**24X7 Stnd - FSCM 8.4 SP2**
**24X7 Stnd - FSCM 8.4 SP2 - APAC**
**24X7 Stnd - FSCM 8.8**
**24X7 Stnd - FSCM 8.8 - APAC**
**24X7 Stnd - FSCM 8.8 SP1**
**24x7 Stnd - FSCM 8.9**
**Ext Supp - FDM 7.52 EG**
**Ext Supp - FDM 7.53 C**
**Legs/Regs - FDM 7.52 C**
**Legs/Regs - FDM 7.52 EG**
**Legs/Regs - FDM 7.53 C**
**Legs/Regs - FDM 7.5.0**
**Legs/Regs - FSCM 8 SP1**
**Legs/Regs - FSCM 8 SP1 - APAC**
**Legs/Regs - FSCM 8 SP2**

| Customer | Start | End |
|---|---|---|

**Legs/Regs - FSCM 8 SP2 - APAC**
**Legs/Regs - FSCM 8 SP3**
**Legs/Regs - FSCM 8 SP3 - APAC**
**Legs/Regs - FSCM 8 SP3 - Europe**
**Legs/Regs - FSCM 8 SP3 - Latin**
**Legs/Regs - FSCM 8 SP3 - Latin Amer**
**Legs/Regs - FSCM 8.4**
**Legs/Regs - FSCM 8.4 - Europe**
**Legs/Regs - FSCM 8.4 SP1**
**Legs/Regs - FSCM 8.4 SP1 - APAC**
**Legs/Regs - FSCM 8.4 SP2**
**Legs/Regs - FSCM 8.8**
**Legs/Regs - FSCM 8.8 - APAC**
**Legs/Regs - FSCM 8.8 SP1**
**Legs/Regs - FSCM 8.9**
**Other Consulting**
**Partner Support - FSCM**
**Translations**
**Upgrade Support**

**HRMS**

**24X7 Hrly - HCM 8 SP1**
**24X7 Hrly - HCM 8.3 SP1**
**24X7 Hrly - HCM 8.8**
**24X7 Hrly - HCM 8.8 SP1**
**24X7 Hrly - HRMS 7.02 C**
**24X7 Hrly - HRMS 7.51 C**
**24X7 Hrly - HRMS 7.51 EG**
**24X7 Hrly - HRMS 7.6 SA**
**24X7 Stnd - HCM 8 SP1**
**24X7 Stnd - HCM 8 SP1 - APAC**
**24X7 Stnd - HCM 8 SP1 - Europe**
**24X7 Stnd - HCM 8 SP1 - Latin Amer**
**24X7 Stnd - HCM 8.3**
**24X7 Stnd - HCM 8.3 - Europe**
**24X7 Stnd - HCM 8.3 SP1**
**24X7 Stnd - HCM 8.3 SP1 - APAC**
**24X7 Stnd - HCM 8.3 SP1 - Europe**
**24X7 Stnd - HCM 8.3 SP1 - Latin Amer**
**24X7 Stnd - HCM 8.8**
**24X7 Stnd - HCM 8.8 - APAC**
**24X7 Stnd - HCM 8.8 - Latin Amer**
**24X7 Stnd - HCM 8.8 SP1**
**24X7 Stnd - HCM 8.8 SP1 - Europe**
**24x7 Stnd - HCM 8.9**
**24x7 Stnd - HCM 8.9 SP 1**
**24x7 Stnd - HCM 8.9 SP1**
**24X7 Stnd - HRMS 7.02 C**
**24X7 Stnd - HRMS 7.02 P**
**24x7 Stnd - HRMS 7.5 AP**
**24X7 Stnd - HRMS 7.51 C**
**24X7 Stnd - HRMS 7.51 EG**

| Customer | Start | End |
|---|---|---|
| **24x7 Stnd - HRMS Portal 8.4** | | |
| **Ext Supp - HRMS 7 C** | | |
| **Ext Supp - HRMS 7 SA** | | |
| **Ext Supp - HRMS 7.02 C** | | |
| **Ext Supp - HRMS 7.02 PS** | | |
| **Ext Supp - HRMS 7.5 C** | | |
| **Ext Supp - HRMS 7.51 C** | | |
| **Ext Supp - HRMS 7.51 EG** | | |
| **Ext Supp - HRMS 7.6 SA** | | |
| **Implement Tax Updates** | | |
| **Legs/Regs - HCM 8 SP1** | | |
| **Legs/Regs - HCM 8 SP1 - APAC** | | |
| **Legs/Regs - HCM 8 SP1 - Europe** | | |
| **Legs/Regs - HCM 8 SP1 - Latin Amer** | | |
| **Legs/Regs - HCM 8.3** | | |
| **Legs/Regs - HCM 8.3 - Europe** | | |
| **Legs/Regs - HCM 8.3 SP1** | | |
| **Legs/Regs - HCM 8.3 SP1 - APAC** | | |
| **Legs/Regs - HCM 8.3 SP1 - Europe** | | |
| **Legs/Regs - HCM 8.3 SP1 - Latin Amer** | | |
| **Legs/Regs - HCM 8.8** | | |
| **Legs/Regs - HCM 8.8 - APAC** | | |
| **Legs/Regs - HCM 8.8 - Latin Amer** | | |
| **Legs/Regs - HCM 8.8 SP1** | | |
| **Legs/Regs - HCM 8.8 SP1 - APAC** | | |
| **Legs/Regs - HCM 8.8 SP1 - Europe** | | |
| **Legs/Regs - HCM 8.8 SP1 - Latin Amer** | | |
| **Legs/Regs - HCM 8.9** | | |
| **Legs/Regs - HCM 8.9 SP1** | | |
| **Legs/Regs - HRMS 7.02 C** | | |
| **Legs/Regs - HRMS 7.02 PS** | | |
| **Legs/Regs - HRMS 7.5 AP** | | |
| **Legs/Regs - HRMS 7.51 C** | | |
| **Legs/Regs - HRMS 7.51 EG** | | |
| **Legs/Regs - HRMS 7.6 SA** | | |
| **Other Consulting** | | |
| **Partner Support - HCM** | | |
| **Platform Verification** | | |
| **Translations** | | |
| **Upgrade HRMS 7.5 C to 8.3** | | |
| **Upgrade Support** | | |
| **SA** | | |
| **24x7 Stnd - SA 8 SP1 - APAC** | | |
| **Legs/Regs - SA 8 SP1 - APAC** | | |

# Exhibit I

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
MAGISTRATE JUDGE ELIZABETH D. LAPORTE

ORACLE CORPORATION, a Delaware ) Case No. C07-1658
Corporation; ORACLE, USA, INC.,) PJH(EDL)
a Colorado Corporation; and )
ORACLE INTERNATIONAL )
CORPORATION, a California )
Corporation, )
)
Plaintiffs, )
)
vs. ) FURTHER DISCOVERY
) CONFERENCE
)
SAP AG, a German Corporation; )
SAP AMERICA, INC., a Delaware )
CORPORATION; TOMORROWNOW, INC.,)
a Texas Corporation; and DOES )
1-50, Inclusive, )
)
Defendants. )
___________________________ )

November 25, 2008

TRANSCRIPT OF AUDIO RECORDING OF DISCOVERY CONFERENCE

TRANSCRIBED BY: FREDDIE REPPOND

remotely. They don't have to go somewhere.

THE COURT: Right.

MR. COWAN: We first made available a total of 52 partitions of servers. It's a little less than -- a little less servers, but some servers have more than one partition on the hard drive; but at 52 partitions they completed that review in August. And of those 52, 32 of them they indicated that there were no files that they wanted copies of immediately; but there were 20 of those that they did want copies from. Then subsequently since mid-August until now we made available another net 15 partitions. And of those partitions we just got final confirmation from them today that that's complete. And so there's an ongoing effort on our part to produce copies that they tagged.

The issue really that's in dispute here is the timing of the production of those copies. And to give the Court some feel for what volume we're talking about, to date Defendants have produced 4 -- over 4 million pages -- 4 million Bates-stamped pages of documents in this case. The tagged documents that they have out of this data warehouse are over 5 million files. So it is a huge number of --

THE COURT: And the files may have more than one page, of course.



MR. COWAN: A file could be -- what is known as a TST file. And inside of that is a whole e-mail inbox that could be thousands if not tens of thousands of additional documents and pages. And so it does -- there are some things that we can look at and say there's no need for a file-by-file review because there's no way this thing just by the nature of it could be privileged; and we are doing that. We're doing that in an expeditious way. It just takes time, given the volume.

We have committed to everything they've tagged to review and produce in 90 days. Their position is that's not fast enough. Our position is we're going as fast as we can and still keeping the other productions on track.

THE COURT: Well, are you doing it in some kind of phased way? In other words, the ones that you determine you don't have to review you're producing those quickly?

MR. COWAN: Yes, we are. And the phasing that we're doing is we're letting them focus on what they want first and prioritize that. There was a partition on this TNFS01 that they said want pieces of that immediately; and that involved a lot of review on our part. But we did review it and we've gotten those

# Exhibit J

Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ORACLE USA, INC., et al.,

Plaintiffs,

v.

SAP AG, et al.,

Defendants.

Case No. 07-CV-1658 PJH (EDL)

**DEFENDANTS' MOTION TO COMPEL DISCOVERY RELEVANT TO PLAINTIFFS' COPYRIGHT CLAIMS**

Date: May 19, 2009
Time: TBD
Courtroom: E, 15th Floor
Judge: Hon. Elizabeth D. Laporte

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on May 19, 2009, at a time to be determined by the Court, in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc. ( "Defendants") will move the Court for an order compelling plaintiffs Oracle USA, Inc., Oracle International Corporation, and Oracle EMEA Ltd ("Oracle" or "Plaintiffs") to produce the documents and information described below.

This motion is based on the Notice of Motion, Motion, and Memorandum of Points and Authorities incorporated herein, and on the accompanying Declaration of Elaine Wallace.

## RELIEF REQUESTED

Defendants seek an order compelling Oracle, by May 29, 2009 to:

1. Produce a complete copy of all software and other materials purportedly covered by the copyright registrations it alleges were infringed (along with software license activation codes sufficient to allow Defendants access to the software), or, in the alternative, provide written confirmation that its copyright infringement claims exclude the materials not produced;

2. Supplement its response to Interrogatory No. 13 to specifically identify the preexisting material for each derivative work, and, to the extent that Oracle is permitted to rely on the Customer Connection databases pursuant to Rule 33(d) in its response, to: (a) provide whatever technical assistance is required to ensure that Defendants can access and use them; and (b) identify the specific locations where the responsive information can be found for each derivative work;

3. (a) Produce all remaining nonprivileged documents in its possession, custody, or control relating to the acquisition, assignment, or transfer of the registered works, and any preexisting materials upon which they are based, including documents relating to PeopleSoft, Inc.'s ("PeopleSoft") acquisition of technology developed by The Vantive Corporation ("Vantive"), Red Pepper Software Company ("Red Pepper Software"), and Distinction Software, Inc. ("Distinction Software");

(b) Confirm in writing that it has produced all materials described in 3(a) above located after a diligent search of all locations at which such materials might plausibly exist; and

(c) Produce all documents on which it intends to rely to meet its burden of proving copyrightability and ownership for three Registered Works to which no presumption of validity applies.

**MEMORANDUM OF POINTS AND AUTHORITIES**

## I. INTRODUCTION.

More than two years after filing this lawsuit, Oracle still has not provided basic discovery necessary to support its copyright claims. Oracle has failed to produce copies of almost half the works identified in the complaint (the "Registered Works"), despite its agreement to produce them and Judge Legge's order that it do so. Its failure (or inability) to produce this material is critical not only to Defendants' ability to defend the case, but for the parties and the Court to determine which Registered Works will remain in the litigation.

Oracle has also failed (or otherwise been unable) to identify the preexisting material on which the derivative Registered Works are based. Derivative works comprise the majority of works at issue in the case. Since a copyright in a derivative work extends only to new – as opposed to preexisting – material, Oracle must either prove what is new (and provide related discovery) or give up those claims.

Finally, Oracle still has not completed its production of documents relevant to proving current ownership and chain of title for each of the Registered Works. Oracle's apparent inability to provide this key information and locate relevant documents has been an ongoing problem that has led to serial amendments of the complaint, including changing its roster of copyright Plaintiffs. Oracle brought this case. Oracle controlled and controls its affiliates and the related agreements. There is no excuse for Oracle's continued delay.

Oracle has resisted the discovery sought by this motion – and copyright discovery generally – based on its erroneous view that the presumption of validity eliminates its discovery obligations. However, the presumption of validity is immaterial to Oracle's obligation to produce the information requested by this motion. A copyright plaintiff must support its claims, even Oracle.

## II. RELEVANT FACTS.

### A. Oracle's Failure to Produce Copies of All Registered Works.

Oracle alleges infringement of materials covered by eighty-three copyright registrations (the "Registered Works"). TAC, ¶¶ 153-155; *see also* Wallace Decl., ¶ 1, Exh. A (Registrations Summary).[1] Of the eighty-three Registered Works, fifty-six purportedly consist of software, fifteen of software and user documentation, and twelve of user documentation alone. Wallace Decl., ¶ 2. Nine of the Registered Works purportedly consist of "current development environments" for various J.D. Edwards ("JDE") products. Wallace Decl., Exh. A.

On July 26, 2007, the first day of discovery, Defendants asked Oracle to produce a complete copy of each Registered Work. Wallace Decl., ¶ 3, Exh. B (RFP No. 63). Oracle largely agreed, but not as to the current development environments (*id.*), so Defendants moved to compel in January 2008. Wallace Decl., ¶ 4. Oracle confirmed both in its response to Defendants' motion and at the hearing with Judge Legge its agreement to produce a copy of each Registered Work, except for the current development environments.[2] Wallace Decl., ¶ 5; *see also* ¶ 7, Exh. C (2/13/08 Hearing Tr. at 134:18-143:23). Oracle argued that it should not be required to produce copies of the allegedly infringed portions of the current development environments because it would be duplicative of its production of other Registered Works. *Id.* Judge Legge agreed and ordered production of Registered Works other than the current development environments. Wallace Decl., Exh. D (2/22/08 Report and Recommendation), at 7-8. Judge Legge further ordered Oracle to identify the specific Registered Works it contends were infringed. *Id.*

More than a year later, Oracle still has not produced all of the Registered Works. In fact, it has yet to produce thirty-one of them (not including the development environments discussed above). *See* Wallace Decl., Exh. A. Defendants need a date certain by which Oracle must produce the remaining Registered Works or, in the alternative, confirm that its infringement

[1] All references to "Wallace Decl." are to the accompanying Declaration of Elaine Wallace.

[2] Oracle has identified additional Registered Works since the time of Defendants' motion to compel and agreed in subsequent meet and confers to produce copies of those as well. Wallace Decl. ¶ 6.

claims do not include any of the Registered Works it has failed to produce.

In light of the amount of time that has passed and discovery that has been done since Judge Legge's order, and in light of Oracle's failure to produce copies of several JDE Registered Works, Defendants have asked Oracle to confirm whether it has changed its position that production of the JDE current development environments would be duplicative of other productions. Wallace Decl., ¶ 9. Defendants have not yet received a response to that question. *Id.* As discussed below, to the extent that Oracle fails to produce the materials upon which it based its argument that production of the development environments would be duplicative, Defendants seek an order from the Court requiring Oracle to produce the current development environments.

**B. Oracle's Failure To Identify Preexisting Material In Its Derivative Works Registrations.**

Fifty-two of the eighty-three Registered Works are derivative works, *i.e.* works "based upon one or more preexisting works." 17 U.S.C. § 101; *see also* Wallace Decl., Exh. A. The majority of the registrations for these derivative works identify the preexisting material simply as "previously published versions" of the registered work, or some variation of that language, with no further detail as to which previous version(s), or portion(s) thereof, they include. *Id.* This is true even with respect to Registered Works that purport to be the "initial" release of a product. *Id.*

In June 2008, Defendants served a Rule 30(b)(6) deposition notice to Oracle requesting testimony on the following topic:

> 6. For each of the Registered Works registered as a derivative work, identification of the author, current owner, any previous owners, content, creation date, publication date, and copyright registration number (if applicable), of the pre-existing works from which those Registered Works are derived.

Wallace Decl., Exh. E (Rule 30(b)(6) Notice), at 6. Oracle objected that this subject matter is more appropriate for an interrogatory response. Wallace Decl., ¶ 11. Defendants agreed that Oracle could supplement its response to Defendants' Interrogatory No. 13 in lieu of providing deposition testimony, but reserved the right to seek deposition testimony should the response be

It is important to distinguish between preexisting and new material because the copyright in a derivative work covers only the new material. *See* Copyright Office Circular 41, at 2 ("The copyright in a derivative work covers only the additions, changes, or other new material appearing for the first time in the work. It does not extend to any preexisting material and does not imply a copyright in that material."); *see also* 17 U.S.C. § 103(b). Thus, for example, Oracle's alleged copyright in PeopleSoft 8 Student Administration Solutions (TX 5-431-289), or PeopleSoft 8.8 Enterprise Performance Management (TX 5-993-616), or PeopleSoft Financials 7.5 (TX 4-792-574) does not extend to any material from the previously published versions upon which these works are based.[8] Wallace Decl., Exh. A.

Oracle may argue (as it has consistently done for all aspects of copyright related discovery) that it has no obligation to identify preexisting material because most (although not all) of the Registered Works qualify for the presumption of validity. However, the presumption of validity is immaterial to the derivative works question. Presumption or not, the scope of Oracle's claim to a given derivative work cannot, as a matter of law, extend beyond the new material contained in that work. *See* 17 U.S.C. § 103(b). Accordingly, Oracle's claim to any version of software that is based on "previous versions" extends only to the new material in the new version. It is thus critically important that Oracle specify for each version what material is new and what was preexisting. This is particularly true for products for which only one version is at issue in the case. The three products named above represent a few examples of Registered Works that fall into this category. However, it is also true for products for which more than one version is at issue, especially where the earliest release at issue in the case is registered as a derivative work based on previous versions not at issue. Wallace Decl., Exh. A (the PeopleSoft HRMS and PeopleTools product lines, for example).[9]

---

[8] These are just a few examples. The complete list of Oracle's fifty-two derivative work registrations is attached as Exhibit A to the Wallace Declaration.

[9] Oracle's refusal to articulate a damages theory only compounds the derivative works problem. If, as it has indicated, Oracle intends to pursue a royalty on a per fix or per object basis, it becomes even more critical to delineate the exact scope of the material covered by each registration.

# Exhibit K

United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE CORPORATION, et al.,

Plaintiffs,

v.

SAP AG, et al.,

Defendants.
_______________________________________/

No. C-07-01658 PJH (EDL)

**ORDER GRANTING DEFENDANTS' MOTION TO COMPEL DISCOVERY RELEVANT TO PLAINTIFFS' COPYRIGHT CLAIMS**

On May 27, 2009, the Court held a hearing on Defendants' Motion to Compel Discovery Relevant to Plaintiffs' Copyright Claims. On June 16, 2009, the parties submitted competing proposed orders granting Defendants' Motion. The Court has reviewed the proposed orders and the parties June 16, 2009 letter, and issues the following Order.

1. Defendants have moved to compel further responses to Interrogatory No. 13, which requests the identification of all software covered by each Registered Work at issue in Plaintiffs' Complaint. At the May 27, 2009 hearing on Defendants' motion, the Parties focused on the relevance of identifying the differences between prior versions of derivative work software copyrights that Oracle could reasonably provide by way of supplemental response to this Interrogatory and what would constitute undue burden. Oracle has submitted supplemental declarations from the attorneys responsible for investigating the materials Oracle can reasonably provide with respect to the two software lines at issue, PeopleSoft and J.D.

United States District Court
For the Northern District of California

Edwards.[1] Oracle shall supplement its response to Interrogatory No. 13 to include the information gathered during its additional investigation, either by narrative or through production of documents. Oracle has submitted evidence that a code comparison would be unduly burdensome, and would occupy Oracle employees for a period of weeks. In addition, at the May 27, 2009 hearing, Defendants' counsel conceded that Defendants were not seeking code comparisons at this time. See May 27, 2009 Tr. at 14. Therefore, a code comparison is not warranted at this time. This order is without prejudice to Defendants making a further specific showing regarding a narrower request for additional information, if justified following Plaintiffs' further supplementation.

2. Defendants also moved to compel documents relating to Plaintiffs' acquisition, assignment, or transfer of the Registered Works relating to PeopleSoft, Inc.'s acquisition of The Vantive Corporation, Red Pepper and Distinction Software. The Court suggested that the documents be produced through a phased, sampling approach. Oracle has submitted evidence that it has performed a diligent search for acquisition-related documents for Vantive, Distinction and Red Pepper Software. That search included searching for the deal closing records on-site at Oracle, in off-site third party document archives and by attempting to locate, a request production of, such documents that may exist at any outside deal counsel used for the acquisition. Oracle shall produce the deal closing records related to the ownership of software related to Vantive Corporation, Red Pepper and Distinction Software it has identified through its search and/or has been able to obtain from outside counsel on or before July 24, 2009. Documents "sufficient to show" ownership of the software by Oracle, as successor-in-interest, is acceptable. Following this production, if Defendants contend that there is a good faith basis to pursue further discovery of these acquisitions, or of other of PeopleSoft, Inc.'s acquisitions, the parties shall meet and confer regarding such further

---

[1] In the parties' joint letter dated June 16, 2009, Defendants objected to the submission of these declarations on the grounds that the declarations constituted improper argument and should have been submitted in opposition to Defendants' motion to compel. Because the Court ordered the parties to meet and confer following the May 27, 2009 hearing regarding the burden on Plaintiffs to provide a supplemental response to Interrogatory No. 13, additional declarations were appropriate. Defendants' objections to the additional declarations are overruled.

discovery.

3. No later than June 29, 2009, Plaintiffs shall confirm in writing that they have produced all inter-Oracle entity agreements relating to the acquisition, assignment, or transfer of the Registered Works located after a diligent search of all locations at which such materials might plausibly exist.

4. No later than 45 days prior to the close of discovery, Plaintiffs shall produce all documents on which it intends to rely to meet its burden of proving copyrightability and ownership for the Registered Works to which no presumption of validity applies.

**IT IS SO ORDERED.**

Dated: June 26, 2009

Elizabeth D. Laporte

ELIZABETH D. LAPORTE
United States Magistrate Judge

**United States District Court**
For the Northern District of California

# Exhibit L

Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAP AG, et al.,<br><br>Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO COMPEL DISCOVERY RELEVANT TO PLAINTIFFS' COPYRIGHT CLAIMS**<br><br>Date: May 19, 2009<br>Time: 2:00 pm<br>Courtroom: E, 15th Floor<br>Judge: Hon. Elizabeth D. Laporte |

Nimmer, §7.16[B][2][c]. The first condition is that the owner of the derivative work must own the preexisting work as well. *Id.*; *see also Xoom, Inc. v. Imageline, Inc.*, 323 F.3d 279, 284 (4th Cir. 2003) ("because Imageline owned copyright in SuperBundle and Master Gallery and in the underlying works of each, its registration of SuperBundle and Master Gallery was sufficient to permit an infringement action on the underlying parts, whether they be new or preexisting."); *Streetwise Maps, Inc. v. VanDam, Inc.*, 159 F.3d 739, 747 (2d Cir. 1998) ("because Streetwise is the owner of the copyright of both the derivative and pre-existing work, the registration certificate relating to the derivative work … will suffice to permit it to maintain an action for infringement…of the pre-existing work.").[2]

The second condition is that the derivative work must include *all the features* of the underlying work on which the infringement claim is based. Nimmer, § 7.16[B][2][c], n.105.7 ("The assumption is that the derivative work that is registered embodies all the features of the underlying work on which suit is premised."); *see also Streetwise Maps*, 159 F.3d at 746-47 (derivative and underlying street maps identical except for the addition of new subway and bus notations in the derivative map); *Apple Computer*, 35 F.3d at 1440 (noting that the derivative work was "not incrementally different" from the underlying work in any respect material to the infringement claim).[3]

If there is a "disconnect," as Nimmer puts it, between the underlying work and the material incorporated into the derivative work, then the answer to whether suit can proceed is "no." Nimmer, § 7.16[B][2][c], n.105.7. Nimmer likens this situation to one in which it is the underlying work, not the derivative work, that is registered. *Id.* In that circumstance, a claim for

[2] *See also Apple Computer, Inc. v. Microsoft Corp.*, 35 F.3d 1435, 1447 (9th Cir. 1994) (permitting Apple to sue for copying of material that appears in both the derivative and underlying work "[b]ecause Apple owns the copyrights in both …."); *Richmond Homes Mgmt, Inc. v. Raintree, Inc.*, 862 F.Supp. 1517, 1526 (W.D. Va. 1994) (permitting suit based on the derivative work registration based on evidence that plaintiff owned the preexisting work as well); *Computer Assocs. Int'l, Inc. v. Altai, Inc.*, 775 F.Supp. 544, 555-57 (E.D.N.Y. 1991) (as owner of both the underlying and new material, plaintiff's registration of the derivative work was sufficient to permit it to maintain an action for infringement of the underlying material).

[3] *See also Xoom*, 323 F.3d at 281 (finding that all of the underlying clip art was contained in the derivative works at issue); *Richmond Homes*, 862 F.Supp. at 1521 ("The floor plans of the [preexisting work and derivative work] are essentially the same …."); *Computer Assocs.*, 775 F.Supp. at 555-56 (noting that the unregistered underlying work (ADAPTER) was contained within the registered derivative work).

infringement of the new material in the derivative work would require belated registration of the derivative work. This would cure the jurisdictional defect but prevent the recovery of heightened remedies such as statutory damages or attorneys' fees. *Id.* at § 7.16[B][2][b].

Simply put, either of the following scenarios limits the scope of a plaintiff's copyright claim and/or available remedies: (1) the allegedly infringed portions of the preexisting work are not part of the derivative work at issue in the case; or (2) the allegedly infringed portions of a late-registered derivative work do not include the material from the timely registered preexisting work. Both of these scenarios are relevant here.[4]

**2. The cases Oracle cites confirm that the requested discovery is both relevant and necessary.**

The purpose of the requested discovery is to obtain facts relevant to the two preconditions discussed above, *i.e.* facts regarding the chain of title, content, and registration status of the preexisting works:

> 6. For each of the Registered Works registered as a derivative work, identification of the author, current owner, any previous owners, content, creation date, publication date, and copyright registration number (if applicable), of the pre-existing works from which those Registered Works are derived.[5]

None of the cases cited by Oracle suggests that this discovery should be denied. On the contrary, each case was decided at trial or on summary judgment based on an evidentiary showing that both preconditions had been met. *See, e.g., Computer Assocs.*, 775 F.Supp. at 556 (appeal following trial, finding that "[i]f there were evidence that the ADAPTER code had been placed in the public domain, or were owned by someone other than CA, Altai's argument that the derivative nature of the registration did not extend to the ADAPTER code would be compelling. However, there is no such evidence. On the contrary, the undisputed evidence establishes that

---

[4] Thirty-five of the derivative works at issue here were registered belatedly and thus do not qualify for remedies such as statutory damages and attorneys' fees. Wallace Decl., Exh. A (identifying the thirty-five Registered Works not registered until 2007).

[5] As discussed in Defendants' opening brief, Defendants initially requested a Rule 30(b)(6) deposition on this topic but agreed, at Oracle's request, to a supplemental interrogatory response instead (Interrogatory No. 13). Mot. at 4-5. Defendants plan to pursue a Rule 30(b)(6) deposition on the related topic of identification of new material in each derivative work upon resolution of this motion. *Id.* at 6, n.4.

# Exhibit M

Message

| | |
|---|---|
| **From**: | CN=John Baugh/O=TomorrowNow |
| **Sent**: | 1/25/2005 8:08:20 AM |
| **To**: | CN=Greg Nelson/O=TomorrowNow |
| **CC**: | CN=George Lester/O=TomorrowNow@TomorrowNow |
| **Subject**: | Oracle Licensing |

Greg,

Generating the entry level server spreadsheet got me to thinking about our current database software licensing, specifically with regard to Oracle. For every other database vendor, we purchased a development copy of their database software. Oracle allows downloading and use of their database software "free" for development environments. However, now that we are under the SAP umbrella, we may need to look at purchasing Oracle licenses. Oracle may attempt to argue that these support environments are production, not development. The Oracle rdbms is fairly expensive, but it may be more cost effective in the long run to make sure we have all our bases covered.

Thanks,
John

John Baugh
Sr. Technology Specialist
TomorrowNow, Inc.
979-571-6783
john_baugh@tomorrownow.com

# Exhibit N

Message

| | |
|---|---|
| **From**: | CN=Greg Nelson/O=TomorrowNow |
| **Sent**: | 3/24/2006 10:03:25 AM |
| **To**: | CN=Alex La Mar/O=TomorrowNow |
| **Subject**: | Re: Fw: TomorrowNow Laptops |

Yes, three 43's and a 60.

**Greg Nelson**
**VP Global Service Automation & IT**
TomorrowNow, Inc.
+1 979 691 4130 Tel
+1 979 691 4110 Fax
www.tomorrownow.com <http://www.tomorrownow.com/>

**Alex La Mar/TomorrowNow** 03/24/2006 09:43 AM
To Greg Nelson/TomorrowNow cc Subject Re:
Fw: TomorrowNow Laptops

Hi Greg,

Am I to continue to pursue the T43 or do you want me to procure the T60. Jennifer Mrak is currently working with their vendors to get us quotes for the T43 & T60.

Best Regards,

**Alex La Mar**
**I.T. Analyst**
TomorrowNow, Inc
+1 979 571 0181 Mobile
+1 979 393 9899 Fax
www.tomorrownow.com <http://www.tomorrownow.com/>

**Greg Nelson/TomorrowNow** 03/24/2006 08:52
AM To Alex La Mar/TomorrowNow cc Subject Fw:
TomorrowNow Laptops

FYI

**Greg Nelson**
**VP Global Service Automation & IT**
TomorrowNow, Inc.
+1 979 691 4130 Tel
+1 979 691 4110 Fax
www.tomorrownow.com <http://www.tomorrownow.com/>
----- Forwarded by Greg Nelson/TomorrowNow on 03/24/2006 08:51 AM -----

**"Hulett, Mark" <mark.hulett@sap.com>**
03/24/2006 07:53 AM To "Greg Nelson"
<greg_nelson@tomorrownow.com> cc Subject
FW: TomorrowNow Laptops

Greg,

We did not certify the T43 as it has no real gain over the T42's and instead are focused on the T60 as the replacement for the T42's. T42's are supported and avail today, T43 will cause you more issues, but since you support them and the image on your own it's your call, just not our std. FYI

Best Regards,

Mark Hulett

**From:** Greg Nelson [mailto:greg_nelson@tomorrownow.com]
**Sent:** Monday, March 20, 2006 10:43 PM
**To:** Bigos, Paul
**Cc:** Alex La Mar
**Subject:** Fw: SAP Laptops

Hi Paul,

The ORACLE license is urgently needed to support our PeopleSoft customers using this technology and the laptops are intended for executive travel purposes and not as a standard for all TN staff.

I approve these items. Please assist as necessary so that we may continue the procurement cycle.

Thank you. - Greg

**Greg Nelson**
**VP Global Service Automation & IT**
TomorrowNow, Inc.
+1 979 691 4130 Tel
+1 979 691 4110 Fax
www.tomorrownow.com <http://www.tomorrownow.com/>
----- Forwarded by Greg Nelson/TomorrowNow on 03/20/2006 09:35 PM -----
**Alex La Mar/TomorrowNow** 03/20/2006 09:12 PM To Greg Nelson/TomorrowNow cc Subject Fw: SAP Laptops

Hello Greg,

I want to update you with my progress for a couple of items I'm working on for you. I've come to a momentary standstill with procuring the ThinkPad T43 with integrated fingerprint reader. Paul Bigos has been kindly assisting me with getting the specifications and price quote for the T43, however, this turns out not to be a certified SAP standard issue.

The next matter deals with the acquisition of Oracle database licenses for environments where we develop our customer's deliverables. Specifically, we need to obtain Oracle Standard Edition for a 4 CPU machine running AIX and a 4 CPU machine running Windows. I've contacted Mr. Georg Schraeder and he forwarded the request to Mr. Jochen Scholten, however, I've not heard anything back since.

Please advise as to how I am to proceed to the above mentioned topics.

Thank you,

**Alex La Mar**
**I.T. Analyst**
TomorrowNow, Inc
+1 979 571 0181 Mobile

+1 979 393 9899 Fax
www.tomorrownow.com <http://www.tomorrownow.com/>

----- Forwarded by Alex La Mar/TomorrowNow on 03/20/2006 08:03 PM -----
**"Bigos, Paul" <paul.bigos@sap.com>**
03/20/2006 12:07 PM To "Alex La Mar" <Alex_Lamar@tomorrownow.com> cc "Mrak, Jennifer" <jennifer.mrak@sap.com>, "Hulett, Mark" <mark.hulett@sap.com> Subject RE: FW: SAP Laptops

Hi Alex,

Apparently the T43 is not a certified SAP standard.

Regards,
Paul

**From:** Eichler, Uwe
**Sent:** Monday, March 20, 2006 3:36 AM
**To:** Bigos, Paul
**Cc:** Hulett, Mark; Owens, Douglas; Berlinghof, Ulrich; Glatz, Andreas; Henke, Silke
**Subject:** RE: T42, T43 or T60

Hello Paul,

Out of this mail I see that Mark is including the T43 in his consideration; please keep in mind that the T43 is still not certified an released for purchasing!

You can buy dedicated models as soon as they are appearing at the GCMIT site in SAP-Portal.
There is the global overview about all certified and released models!
If you are not sure about the status of a model that you want to buy please contact Andreas Glatz or me for clarification.

Normally it should not happen that somebody buys not certified hardware because the global material management allows only the use of global created material numbers. But in this case you are using generic material numbers like e.g. 49005790 (EUS Equipment - Taggable). Then we can't avoid the buying of not certified hardware...

Best regards,
Uwe

**From:** Alex La Mar [mailto:Alex_Lamar@tomorrownow.com]
**Sent:** Friday, March 17, 2006 5:38 PM
**To:** Bigos, Paul
**Cc:** Mrak, Jennifer; Hulett, Mark
**Subject:** Re: FW: SAP Laptops

Hi Paul,

Thank you very much for your prompt response. The specifications for each laptop mentioned below meets our requirements. I'd like to verify that the T43 (1871CTO) comes standard with the fingerprint reader/security chip. I will convey this information with my management team and I'll be in contact with you before I enter anything into EBP.

Best Regards,

**Alex La Mar**
**I.T. Analyst**
TomorrowNow, Inc
+1 979 571 0181 Mobile
+1 979 393 9899 Fax
www.tomorrownow.com <http://www.tomorrownow.com/>

**"Bigos, Paul" <paul.bigos@sap.com>**
03/17/2006 01:58 PM To <Alex_Lamar@tomorrownow.com> cc "Mrak, Jennifer" <jennifer.mrak@sap.com>, "Hulett, Mark" <mark.hulett@sap.com> Subject FW: SAP Laptops

Hi Alex,

Please review the following (HP NC6220 and IBM/Lenovo T42 & T43) laptops. Contact **Mark Hulett** to harmonize your requirement with his. Contact me **before** entering anything into EBP.

The price and description below is for the **HP NC6220** with Accidental Damage Carepaq.

| Material Master | Description | Cost (each) |
|---|---|---|
| 49005790 | Laptop HP NC6220 : 2GB RAM, 60GB HD<br>Includes:<br>PL813AV Base Unit nc6220<br>Windows XP Pro O/S nc6220<br>P-M 750 (1.86G) Processor nc6200<br>2G 533 2 DM Memory Module nc6200<br>60G 5400RPM FX Hard Drive nc6200<br>14.1 XGA Panel nc6200<br>6 Cell 51WH 4.8Ah Battery nc6200<br>Dual Point Keyboard nc6200<br>56K High Speed (HAT) Modem nc6200<br>802.11b/g I(Si) MoW Wireless nc6200<br>Combo DVD/CDRW MBII nc6200 Drive<br>TPM Security Module nc6200<br>3/3/0 Warranty nc6200 US<br>65W w/Power Hardware Kit nc6200<br>Label Centrino<br>3-year Accidental Damage for NC6220 Laptop<br>PN U4428E | **$1,219** |

The price and description below is for the **IBM /Lenovo T42** with Accidental Damage Coverage.

| Material Master | Description | Cost (each) |
|---|---|---|
| 50075124 | Laptop IBM /Lenovo ThinkPad T42 2373VPC<br>PN 2373VPC<br>Includes:<br>14" XGA Display | **$1, 285** |

Pentium M 725 1.6ghz
2GB Memory PC2700 DDR-SDRAM (2 x 1GB)
60GB Disk with IBM Active Protection System
DVD Rom / CDRW Combo Drive
ATI Mobility Radeon 32mb
Intel 802.11 b/g Integrated Wireless with UltraConnect Antenna
Integrated 10/100/1000 ethernet
56k modem
2 USB 2.0 Ports
UltraNav Combination TrackPoint & TouchPad Pointing Device
2 Type I, II PC Card Slots
Windows XP Professional
3yr EasyServ onsite pickup and delivery warranty
Thinkpad Protection 3-Years
PN 41C9340

The price and description below is for the **IBM /Lenovo T43** with Accidental Damage Coverage.

| Material Master | Description | Cost (each) |
|---|---|---|
| 49005790 | Laptop IBM / Lenovo ThinkPad T43 1871CTO | **$1,285** |

Includes:
14" XGA Display
Pentium M 725 1.6ghz
2GB Memory PC 4200 DDR2 (2 x 1GB)
60GB Disk with IBM Active Protection System
DVD Rom / CDRW Combo Drive
Integrated Intel GMA 900 Graphics
Intel 802.11 b/g Integrated Wireless with UltraConnect Antenna
Integrated 10/100/1000 ethernet
56k modem
2 USB 2.0 Ports
UltraNav Combination TrackPoint & TouchPad Pointing Device
2 Type I, II PC Card Slots
Windows XP Professional
3yr EasyServ onsite pickup and delivery warranty
Thinkpad Protection 3-Years
PN 41C9340

Please call me with any questions.

Paul Bigos, C.P.M.
IT Purchasing Manager

SAP America
Global Purchasing Organization
3999 West Chester Pike
Newtown Square, PA 19073

T: 610-661-2923
F: 610-661-2924
E: paul.bigos@sap.com

External use: <http://www.sap.com/>
SAP internal use: <http://intranet.sap.com/gpo>

**From:** Alex La Mar [mailto:Alex_Lamar@tomorrownow.com]

**Sent:** Thursday, March 16, 2006 2:51 PM

**To:** Mrak, Jennifer

**Subject:** Quotes for T43 & T60

Hi Jen,

Here is another high priority item for us. I'd like a quote for the following items listed below. I've attached a quote for each item from Lenovo's website.

Item: ThinkPad T43

Price on site: $2066.40

QTY: 1

Quote from site:

Item: ThinkPad T60

Price on site: $2222.20

QTY: 1

Quote from site:

Also, would it be possible to upgrade these to have 2GB of RAM or would it be better to just purchase the memory sticks separately?

Thank you,

**Alex La Mar**

**I.T. Analyst**

TomorrowNow, Inc

+1 979 571 0181 Mobile

+1 979 393 9899 Fax

www.tomorrownow.com <http://www.tomorrownow.com/>

# Exhibit O

Message

| | |
|---|---|
| **From**: | CN=John Baugh/O=TomorrowNow |
| **Sent**: | 10/26/2006 2:56:56 AM |
| **To**: | CN=Joo Wah Low/O=TomorrowNow |
| **Subject**: | Re: Oracle Bugs Fixed in 10.2.0.3 |

We talked about that. At one time I had talked with George about getting the clients' metalink accounts with the preinstall questionairre when we get their CC access. I will bring it up again the next time I talk to Shelley.

**John Baugh**
**Senior Enterprise Technology Support Engineer**

Tel: +1 979 571 6360
Cell: +1 979 571 6360
John_Baugh@TomorrowNow.com
www.tomorrownow.com

**Joo Wah Low/TomorrowNow** 10/26/2006 02:54 AM To John Baugh/TomorrowNow cc Subject Re: Oracle Bugs Fixed in 10.2.0.3

What about leveraging the relationship with SAP ? I'm sure SAP will have something ?

Regards,
**Joo Wah**

**John Baugh/TomorrowNow** 10/26/2006 03:51 PM To Joo Wah Low/TomorrowNow cc Subject Re: Oracle Bugs Fixed in 10.2.0.3

Hi Joo Wah,

I'm glad to help.

I brought up the issue again in a meeting I had last week with Shelley. I don't think we're going to get an Oracle license. I think I may look into getting personal Oracle just so I can get access to metalink. I'll let you know what happens.

Thanks,
John

**John Baugh**
**Senior Enterprise Technology Support Engineer**

Tel: +1 979 571 6360
Cell: +1 979 571 6360
John_Baugh@TomorrowNow.com
www.tomorrownow.com

**Joo Wah Low/TomorrowNow** 10/26/2006 02:46 AM To John Baugh/TomorrowNow cc Subject Re: Oracle Bugs Fixed in 10.2.0.3

Thanks John.

The temp alternate workaround can be done by 'ALTER SESSION SET "_gby_hash_aggregation_enabled" = FALSE;'
or in the init.ora too

Going to ask them to try it, rather than apply patch since it's urgent and they need to do closing.

Thanks.

Can we bring up to the mgmt that we do not have maintenace for Oracle Servers ? I think it's useful to have metalink access.

Regards,
**Joo Wah**

**John Baugh/TomorrowNow** 10/26/2006 03:24 PM To Joo Wah Low/TomorrowNow cc Subject Oracle Bugs Fixed in 10.2.0.3

**John Baugh**
**Senior Enterprise Technology Support Engineer**

Tel: +1 979 571 6360
Cell: +1 979 571 6360
John_Baugh@TomorrowNow.com
www.tomorrownow.com

# Exhibit P

DCPSTEMP01

(Image 1/3)



(Image 2/3)


EnCase Forensic
File Edit View Tools Help
New Open Save Print Add Device Search Refresh
Cases
Home Entries Bookmarks Search Hits Reco
Home File Extents Permissions References
Entries
DCPSTEMP01sr_E_WH
8026e7126840e448e6
bea
db backups
DB2
dcitbu02
DELLMIGRATION
java
Microsoft SQL Server
Migration to DCPSDB01
msdownld.tmp
NBU_VSP_Cache
oracle
admin
ora92
oradata
oradata
PeopleSoft Temporary
process_viewers
Program Files
PS
psftdocs
PSoft
PSReports
RECYCLER
SA PeopleBooks
psft
SQL 2000
Table Report Gallery Timeline Code
Name Filter In Report File Ext Fi Ty
503 9.2.0.1.0 0
504 9.2.0.4.0 0
505 9.2.0.4.0 0
506 9.2.0.4.0 0
507 9.2.0.4.0 0
508 9.2.0.4.0 0
509 9.2.0.4.0 0
510 9.2.0.4.0 0
511 9.2.0.4.0 0
512 9.2.0.4.0 0
513 9.2.0.4.0 0
514 9.2.0.4.0 0
515 9.2.0.4.0 0
516 9.2.0.4.0 0
517 9.2.0.4.0 0
518 9.2.0.4.0 0
519 9.2.0.4.0 0
520 9.2.0.4.0 0
521 9.2.0.4.0 0
522 9.2.0.4.0 0
523 9.2.0.4.0 0
524 9.2.0.4.0 0
525 9.2.0.4.0 0
526 9.2.0.4.0 0
527 9.2.0.4.0 0
528 9.2.0.4.0 0
Text Hex Doc Transcript Picture Report Console Details Output Lock Codepage 1316871/1623276
EnScript Hits Filters Conditio
EnScript
No Contents

(Image 3/3)


EnCase Forensic
File Edit View Tools Help
New Open Save Print Add Device Search Refresh
Cases
Table Report Gallery Timeline Code
Home Entries Bookmarks Search Hits Recc
Home File Extents Permissions References
Name
Filter
In Report
File Ext
Entries
DCPSTEMP01sr_E_WH
8026e7126840e448e6
bea
db backups
DB2
dcitbu02
DELLMIGRATION
java
Microsoft SQL Server
Migration to DCPSDB01
msdownld.tmp
NBU_VSP_Cache
oracle
admin
ora92
oradata
oradata
PeopleSoft Temporary
process_viewers
Program Files
PS
psftdocs
PSoft
PSReports
RECYCLER
SA PeopleBooks
psft
579 9.2.0.4.0 0
580 9.2.0.4.0 0
581 9.2.0.4.0 0
582 9.2.0.4.0 0
583 9.2.0.4.0 0
584 9.2.0.4.0 0
585 9.2.0.4.0 0
586 9.2.0.4.0 0
587 9.2.0.4.0 0
588 9.2.0.4.0 0
589 9.2.0.4.0 0
590 9.2.0.4.0 0
591 9.2.0.4.0 0
592 9.2.0.4.0 0
593 9.2.0.4.0 0
594 9.2.0.4.0 0
595 9.2.0.4.0 0
596 9.2.0.4.0 0
597 9.2.0.4.0 0
598 9.2.0.4.0 0
599 9.2.0.4.0 0
600 9.2.0.4.0 0
601 9.2.0.4.0 0
602 9.2.0.4.0 0
603 9.2.0.4.4 4
604 901
Text Hex Doc Transcript Picture Report Console Details Output Lock Codepage 1316871/1623276
EnScript Hits Filters Conditio
EnScript
No Contents

DCPSTEMP02 Produce

(Image 1/2)



(Image 2/2)


EnCase Forensic
File Edit View Tools Help
New Open Save Print Add Device Search Refresh
Cases
Home Entries Bookmarks Search Hits
Home File Extents Permissions References
Entries
dcpstemp02sr_WH
C
D
bea
DB Backups
DB2
dcitbu02
Java
Microsoft Office
NBU_VSP_Cache
oracle
admin
ora102
ora92
oradata
oradata
Program Files
PS
psoft
backups
c881mgio
c890mgio
e890moho
f841nshm
f841rwcm
f842aais
f842agfm
f842apmd
Table Report Gallery Timeline Code
Name
Filter
In Report
File Ext
221 10.2.0.1.0 0
222 10.2.0.1.0 0
223 10.2.0.1.0 0
224 10.2.0.1.0 0
225 10.2.0.1.0 0
226 10.2.0.1.0 0
227 10.2.0.1.0 0
228 10.2.0.1.0 0
229 10.2.0.1.0 0
230 10.2.0.1.0 0
231 10.2.0.1.0 0
232 10.2.0.1.0 0
233 10.2.0.1.0 0
234 10.2.0.1.0 0
235 10.2.0.1.0 0
236 10.2.0.1.0 0
237 10.2.0.1.0 0
238 10.2.0.1.0 0
239 10.2.0.1.0 0
240 10.2.0.1.0 0
241 10.2.0.1.0 0
242 10.2.0.1.0 0
243 10.2.0.1.0 0
244 10.2.0.1.0 0
245 10.2.0.3.0 0
246 10gOneClickbusybar.gif gif GIF
Text Hex Doc Transcript Picture Report Console Details Output Lock Codepage 1586957/1766314
EnScript Hits Filters
No Contents
EnScript

(Image 1/3)


EnCase Forensic
File Edit View Tools Help
New Open Save Print Add Device Search Refresh
Cases
Home Entries Bookmarks Search Hits Reco
Home File Extents Permissions References
Entries
dcpstemp02sr_WH
C
D
bea
DB Backups
DB2
dcitbu02
Java
Microsoft Office
NBU_VSP_Cache
oracle
admin
ora102
ora92
oradata
oradata
Program Files
PS
psoft
backups
c881mgio
c890mgio
e890moho
f841nshm
f841rwcm
f842aais
f842agfm
f842apmd
Table Report Gallery Timeline Code
Name Filter In Report File Ext Fi Ty
315 816_themes.sql sql
316 9.0.2.0.0 0
317 9.0.2.692.1 1
318 9.2.0.1.0 0
319 9.2.0.1.0 0
320 9.2.0.1.0 0
321 9.2.0.1.0 0
322 9.2.0.1.0 0
323 9.2.0.1.0 0
324 9.2.0.1.0 0
325 9.2.0.1.0 0
326 9.2.0.1.0 0
327 9.2.0.1.0 0
328 9.2.0.1.0 0
329 9.2.0.1.0 0
330 9.2.0.1.0 0
331 9.2.0.1.0 0
332 9.2.0.1.0 0
333 9.2.0.1.0 0
334 9.2.0.1.0 0
335 9.2.0.1.0 0
336 9.2.0.1.0 0
337 9.2.0.1.0 0
338 9.2.0.1.0 0
339 9.2.0.1.0 0
340 9.2.0.1.0 0
Text Hex Doc Transcript Picture Report Console Details Output Lock Codepage 1586957/1766314
EnScript Hits Filters Conditio
No Contents
EnScript

(Image 2/3)



(Image 3/3)


EnCase Forensic
File Edit View Tools Help
New Open Save Print Add Device Search Refresh
Cases
Table Report Gallery Timeline Code
Home Entries Bookmarks Search Hits Reco
Home File Extents Permissions References
Entries
dcpstemp02sr_WH
C
D
bea
DB Backups
DB2
dcitbu02
Java
Microsoft Office
NBU_VSP_Cache
oracle
admin
ora102
ora92
oradata
oradata
Program Files
PS
psoft
backups
c881mgio
c890mgio
e890moho
f841nshm
f841rwcm
f842aais
f842agfm
f842apmd
Name
Filter
In Report
File Ext
Fi Ty
580 9.2.0.4.0 0
581 9.2.0.4.0 0
582 9.2.0.4.0 0
583 9.2.0.4.0 0
584 9.2.0.4.0 0
585 9.2.0.4.0 0
586 9.2.0.4.0 0
587 9.2.0.4.0 0
588 9.2.0.4.0 0
589 9.2.0.4.0 0
590 9.2.0.4.0 0
591 9.2.0.4.0 0
592 9.2.0.4.0 0
593 9.2.0.4.0 0
594 9.2.0.4.0 0
595 9.2.0.4.0 0
596 9.2.0.4.0 0
597 9.2.0.4.0 0
598 9.2.0.4.0 0
599 9.2.0.4.0 0
600 9.2.0.4.0 0
601 9.2.0.4.0 0
602 9.2.0.4.0 0
603 9.2.0.4.0 0
604 9.2.0.4.0 0
605 9.2.0.4.4 4
Text Hex Doc Transcript Picture Report Console Details Output Lock Codepage 1586957/1766314
EnScript Hits Filters Conditio
No Contents
EnScript

DCPSTEMP02 Record

(Image 1/2)



(Image 2/2)


EnCase Forensic
File Edit View Tools Help
New Open Save Print Add Device Search Refresh
Cases
Table Report Gallery Timeline Code
Home Entries Bookmarks Search Hits Reco
Home File Extents Permissions References
Entries
dcpstemp02sr_WH
C
D
bea
DB Backups
DB2
dcitbu02
Java
Microsoft Office
NBU_VSP_Cache
oracle
admin
ora102
ora92
oradata
oradata
Program Files
PS
psoft
PSReports
RECYCLER
staging
Sybase
System Volume Information
Temp
TNMSSQL2000
TNMSSQL2000-DATA
TNMSSQL2005
Name
Filter
In Report
File Ext
Fi Ty
222 10.2.0.1.0 0
223 10.2.0.1.0 0
224 10.2.0.1.0 0
225 10.2.0.1.0 0
226 10.2.0.1.0 0
227 10.2.0.1.0 0
228 10.2.0.1.0 0
229 10.2.0.1.0 0
230 10.2.0.1.0 0
231 10.2.0.1.0 0
232 10.2.0.1.0 0
233 10.2.0.1.0 0
234 10.2.0.1.0 0
235 10.2.0.1.0 0
236 10.2.0.1.0 0
237 10.2.0.1.0 0
238 10.2.0.1.0 0
239 10.2.0.1.0 0
240 10.2.0.1.0 0
241 10.2.0.1.0 0
242 10.2.0.1.0 0
243 10.2.0.1.0 0
244 10.2.0.1.0 0
245 10.2.0.3.0 0
246 10gOneClickbusybar.gif gif GIF
247 1_oui_intro.htm htm Web Page
Text Hex Doc Transcript Picture Report Console Details Output Lock Codepage 1586957/1766314
EnScript Hits Filters Conditio
EnScript
No Contents

Image (1/3)


EnCase Forensic
File Edit View Tools Help
New Open Save Print Add Device Search Refresh
Cases
Home Entries Bookmarks Search Hits
Home File Extents Permissions References
Entries
dcpstemp02sr_WH
C
D
bea
DB Backups
DB2
dcitbu02
Java
Microsoft Office
NBU_VSP_Cache
oracle
admin
ora102
ora92
oradata
oradata
Program Files
PS
psoft
PSReports
RECYCLER
staging
Sybase
System Volume Information
Temp
TNMSSQL2000
TNMSSQL2000-DATA
TNMSSQL2005
Table Report Gallery Timeline Code
Name
Filter
In Report
File Ext
316 9.0.2.0.0 0
317 9.0.2.692.1 1
318 9.2.0.1.0 0
319 9.2.0.1.0 0
320 9.2.0.1.0 0
321 9.2.0.1.0 0
322 9.2.0.1.0 0
323 9.2.0.1.0 0
324 9.2.0.1.0 0
325 9.2.0.1.0 0
326 9.2.0.1.0 0
327 9.2.0.1.0 0
328 9.2.0.1.0 0
329 9.2.0.1.0 0
330 9.2.0.1.0 0
331 9.2.0.1.0 0
332 9.2.0.1.0 0
333 9.2.0.1.0 0
334 9.2.0.1.0 0
335 9.2.0.1.0 0
336 9.2.0.1.0 0
337 9.2.0.1.0 0
338 9.2.0.1.0 0
339 9.2.0.1.0 0
340 9.2.0.1.0 0
341 9.2.0.1.0 0
Text Hex Doc Transcript Picture Report Console Details Output Lock Codepage 1586957/1766314
EnScript Hits Filters
EnScript
No Contents

(Image 2/3)



EnCase Forensic
File Edit View Tools Help
New Open Save Print Add Device Search Refresh
Cases
Table Report Gallery Timeline Code
Home Entries Bookmarks Search Hits
Home File Extents Permissions References
Name
Filter
In Report
File Ext
Entries
dcpstemp02sr_WH
C
D
bea
DB Backups
DB2
dcitbu02
Java
Microsoft Office
NBU_VSP_Cache
oracle
admin
ora102
ora92
oradata
oradata
Program Files
PS
psoft
PSReports
RECYCLER
staging
Sybase
System Volume Information
Temp
TNMSSQL2000
TNMSSQL2000-DATA
TNMSSQL2005
505 9.2.0.1.0 0
506 9.2.0.4.0 0
507 9.2.0.4.0 0
508 9.2.0.4.0 0
509 9.2.0.4.0 0
510 9.2.0.4.0 0
511 9.2.0.4.0 0
512 9.2.0.4.0 0
513 9.2.0.4.0 0
514 9.2.0.4.0 0
515 9.2.0.4.0 0
516 9.2.0.4.0 0
517 9.2.0.4.0 0
518 9.2.0.4.0 0
519 9.2.0.4.0 0
520 9.2.0.4.0 0
521 9.2.0.4.0 0
522 9.2.0.4.0 0
523 9.2.0.4.0 0
524 9.2.0.4.0 0
525 9.2.0.4.0 0
526 9.2.0.4.0 0
527 9.2.0.4.0 0
528 9.2.0.4.0 0
529 9.2.0.4.0 0
530 9.2.0.4.0 0
Text Hex Doc Transcript Picture Report Console Details Output Lock Codepage 1586957/1766314
EnScript Hits Filters
No Contents
EnScript

(Image 3/3)


EnCase Forensic
File Edit View Tools Help
New Open Save Print Add Device Search Refresh
Cases
Table Report Gallery Timeline Code
Home Entries Bookmarks Search Hits Recc
Home File Extents Permissions References
Entries
dcpstemp02sr_WH
C
D
bea
DB Backups
DB2
dcitbu02
Java
Microsoft Office
NBU_VSP_Cache
oracle
admin
ora102
ora92
oradata
oradata
Program Files
PS
psoft
PSReports
RECYCLER
staging
Sybase
System Volume Information
Temp
TNMSSQL2000
TNMSSQL2000-DATA
TNMSSQL2005
Name
Filter
In Report
File Ext
Fi Ty
591 9.2.0.4.0 0
592 9.2.0.4.0 0
593 9.2.0.4.0 0
594 9.2.0.4.0 0
595 9.2.0.4.0 0
596 9.2.0.4.0 0
597 9.2.0.4.0 0
598 9.2.0.4.0 0
599 9.2.0.4.0 0
600 9.2.0.4.0 0
601 9.2.0.4.0 0
602 9.2.0.4.0 0
603 9.2.0.4.0 0
604 9.2.0.4.0 0
605 9.2.0.4.4 4
606 901
607 901
608 9204README.html html Web Page
609 9i
610 9i
611 9iaslogo_large.gif gif GIF
612 9iaslogo_large.gif gif GIF
613 9iaslogo_medium.gif gif GIF
614 9iaslogo_medium.gif gif GIF
615 _blank.htm htm Web Page
616 _blank.htm htm Web Page
Text Hex Doc Transcript Picture Report Console Details Output Lock Codepage 1586957/1766314
EnScript Hits Filters Conditio
No Contents
EnScript

# PSDEV 01

(Image 1/2)



(Image 2/2)



(Image 1/3)




(Image 2/3)



(Image 3/3)




(Image 1/2)



(Image 2/2)




(Image 1/3)



(Image 3/3)




(Image 3/3)



PSDEV 02

(Image 1/3)



(Image 2/3)


EnCase Forensic
File Edit View Tools Help
New Open Save Print Add Device Search Refresh
Cases
Home Entries Bookmarks Search Hits Records Devices Secure Storage
Home File Extents Permissions References Hash Properties
Entries
d01
app
oracle
.dt
.java
.ssh
admin
dbutils
jre
Patches
product
8.1.7
Apache
assistants
bin
classes
converters
ctx
dbs
hs
install
inventory
jar
javavm
jdbc
jis
jlib
JRE
Table Report Gallery Timeline Code
Name
Filter
In Report
File Ext
154 8.1.7.1.0 0
155 8.1.7.1.0 0
156 8.1.7.1.0 0
157 8.1.7.1.0 0
158 8.1.7.4.0 0
159 8.1.7.4.0 0
160 8.1.7.4.0 0
161 8.1.7.4.0 0
162 8.1.7.4.0 0
163 8.1.7.4.0 0
164 8.1.7.4.0 0
165 8.1.7.4.0 0
166 8.1.7.4.0 0
167 8.1.7.4.0 0
168 8.1.7.4.0 0
169 8.1.7.4.0 0
170 8.1.7.4.0 0
171 8.1.7.4.0 0
172 8.1.7.4.0 0
173 8.1.7.4.0 0
174 8.1.7.4.0 0
175 8.1.7.4.0 0
176 8.1.7.4.0 0
177 8.1.7.4.0 0
178 8.1.7.4.0 0
179 8.1.7.4.0 0
Text Hex Doc Transcript Picture Report Console Details Output Lock Codepage 0/137819
EnScript Hits Filters Conditions

(Image 3/3)


EnCase Forensic
File Edit View Tools Help
New Open Save Print Add Device Search Refresh
Cases
Home Entries Bookmarks Search Hits Records Devices Secure Storage
Home File Extents Permissions References Hash Properties
Entries
d01
app
oracle
.dt
.java
.ssh
admin
dbutils
jre
Patches
product
8.1.7
Apache
assistants
bin
classes
converters
ctx
dbs
hs
install
inventory
jar
javavm
jdbc
jis
jlib
JRE
Table Report Gallery Timeline Code
Name
Filter
In Report
File Ext
184 8.1.7.4.0 0
185 8.1.7.4.0 0
186 8.1.7.4.0 0
187 8.1.7.4.0 0
188 8.1.7.4.0 0
189 8.1.7.4.0 0
190 8.1.7.4.0 0
191 8.1.7.4.0 0
192 8.1.7.4.0 0
193 8.1.7.4.0 0
194 8.1.7.4.0 0
195 8.1.7.4.0 0
196 8.1.7.4.0 0
197 8.1.7.4.0 0
198 8.1.7.4.0 0
199 8.1.7.4.0 0
200 8.1.7.4.0 0
201 8.1.7.4.0 0
202 Actions21
203 askJDKHome
204 BC4JIAS0
205 CompID.properties pro...
206 CompID.properties pro...
207 CompID.properties pro...
208 CompID.properties pro...
209 CompID.properties pro...
Text Hex Doc Transcript Picture Report Console Details Output Lock Codepage 0/137819
EnScript Hits Filters Conditions

(Image 1/2)


EnCase Forensic
File Edit View Tools Help
New Open Save Print Add Device Search Refresh
Cases
Home Entries Bookmarks Search Hits Records Devices Secure Storage
Home File Extents Permissions References Hash Properties
Entries
d01
app
oracle
.dt
.java
.ssh
admin
dbutils
jre
Patches
product
8.1.7
Apache
assistants
bin
classes
converters
ctx
dbs
hs
install
inventory
jar
javavm
jdbc
jis
jlib
JRE
Table Report Gallery Timeline Code
Name
Filter
In Report
File Ext
184 8.1.7.4.0 0
185 8.1.7.4.0 0
186 8.1.7.4.0 0
187 8.1.7.4.0 0
188 8.1.7.4.0 0
189 8.1.7.4.0 0
190 8.1.7.4.0 0
191 8.1.7.4.0 0
192 8.1.7.4.0 0
193 8.1.7.4.0 0
194 8.1.7.4.0 0
195 8.1.7.4.0 0
196 8.1.7.4.0 0
197 8.1.7.4.0 0
198 8.1.7.4.0 0
199 8.1.7.4.0 0
200 8.1.7.4.0 0
201 8.1.7.4.0 0
202 Actions21
203 askJDKHome
204 BC4JIAS0
205 CompID.properties pro...
206 CompID.properties pro...
207 CompID.properties pro...
208 CompID.properties pro...
209 CompID.properties pro...
Text Hex Doc Transcript Picture Report Console Details Output Lock Codepage 0/137819
EnScript Hits Filters Conditions
EnScript
fileActions unixActions jarActions OEMReg

(Image 2/2)


EnCase Forensic
File Edit View Tools Help
New Open Save Print Add Device Search Refresh
Cases
Home Entries Bookmarks Search Hits Records Devices Secure Storage
Home File Extents Permissions References Hash Properties
d01
app
oracle
.dt
.java
.ssh
admin
dbutils
jre
Patches
product
8.1.7
9.2.0
Apache
assistants
BC4J
bin
classes
ctx
cwmlite
dbs
demo
diagnostics
dm
doc
ds
hs
install
inventory
Table Report Gallery Timeline Code
Name Filter In Report File Ext
284 9.2.0.1.0 0
285 9.2.0.4.0 0
286 9.2.0.6.0 0
287 9.2.0.6.0 0
288 9.2.0.6.0 0
289 9.2.0.6.0 0
290 9.2.0.6.0 0
291 9.2.0.6.0 0
292 9.2.0.6.0 0
293 9.2.0.6.0 0
294 9.2.0.6.0 0
295 9.2.0.6.0 0
296 9.2.0.6.0 0
297 9.2.0.6.0 0
298 9.2.0.6.0 0
299 9.2.0.6.0 0
300 9.2.0.6.0 0
301 9.2.0.6.0 0
302 9.2.0.6.0 0
303 9.2.0.6.0 0
304 9.2.0.6.0 0
305 9.2.0.6.0 0
306 9.2.0.6.0 0
307 9.2.0.6.0 0
308 9.2.0.6.0 0
309 9.2.0.6.0 0
Text Hex Doc Transcript Picture Report Console Details Output Lock Codepage 0/137819
EnScript Hits Filters Conditions
fileActions generalActions unixActions
EnScript

# Exhibit Q

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

ORACLE CORPORATION, a )
Delaware corporation, ORACLE )
USA, INC., a Colorado )
corporation, and ORACLE )
INTERNATIONAL CORPORATION, a )
California corporation, )
)
Plaintffs, )
)
vs. ) NO. 07-CV-1658 (PJH)
)
SAP AG, a German corporation, )
SAP AMERICA, INC., a Delaware )
corporation, TOMORROWNOW, )
INC., a Texas corporation, and )
DOES 1-50, inclusive, )
)
Defendants. )
________________________________)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF GEORGE LESTER
(Taken by Plaintiff)
Charlotte, North Carolina
Thursday, April 23rd, 2009

Reported in Stenotype by
Lisa A. Wheeler, RPR, CRR
Transcript produced by computer-aided transcription

Q. When was that approximately?
A. I'm not exactly sure.
Q. How did your responsibilities change when you were promoted?
A. My responsibilities were to manage the technical support engineers and manage the engineers building environments.
Q. By environments, what -- what does that include?
A. That would be just PeopleSoft environments.
Q. And can you be more specific about what the environment is, what it includes?
A. It would be a support environment. A demo installation of -- of PeopleSoft is what was installed to the best of my recollection.
Q. And -- and you're speaking of the -- the PeopleSoft applications?
A. That is correct. The client's -- the client's environment.
Q. You say the client's environment. You mean the -- the software that the client provided to TomorrowNow?
A. That is correct.
Q. And did those environments also have a



database component?
A. Correct.
Q. Was your team also responsible for building out the database component for those environments?
A. That is correct.
Q. And where did the database layer come from that was used to build those environments?
A. Where did the database layer software -- actually, I do not know. I believe that was installed by -- that was -- either existed before I got there or that was -- actually, yeah. I think the software for the database layer was in place when I arrived in 2004 so I don't know.
Q. Was it the same -- same combination of database software that you described that you worked with earlier at PeopleSoft, Oracle and -- and -- and SQL?
MR. COWAN: Objection, form.
BY MR. HOWARD:
Q. What -- what different databases were -- were in existence when you arrived at TomorrowNow?
A. SQL Server, Oracle. I believe those are it.
Q. What versions of Oracle were used in

# Exhibit R

BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506-4846
Facsimile: (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International Corp., and Oracle EMEA Ltd.

JONES DAY
ROBERT A. MITTELSTAEDT (SBN 060359)
JASON McDONELL (SBN 115084)
ELAINE WALLACE (SBN 197882)
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

JONES DAY
THARAN GREGORY LANIER (SBN 138784)
JANE L. FROYD (SBN 220776)
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

JONES DAY
SCOTT W. COWAN (Admitted *Pro Hac Vice*)
JOSHUA L. FUCHS (Admitted *Pro Hac Vice*)
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP America, Inc., and TomorrowNow, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>Plaintiffs,<br>v.<br><br>SAP AG, *et al.*,<br><br>Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**PLAINTIFFS AND DEFENDANTS' JOINT ADMINISTRATIVE MOTION TO MODIFY MAY 5, 2008 CASE MANAGEMENT ORDER** |

## I. INTRODUCTION

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Section E of this Court's May 5, 2008 Case Management and Pretrial Order ("May 5 Case Management Order"), and Civil Local Rule 7-11, Plaintiffs Oracle USA, Inc., Oracle International Corporation, and Oracle EMEA Ltd. ("Oracle" or "Plaintiffs") and Defendants SAP AG, SAP America, Inc., (together, "SAP") and TomorrowNow, Inc. (with SAP AG and SAP America, Inc., "Defendants," and together with Oracle, the "Parties") jointly ask the Court to amend the case management schedule through a modification of the Court's May 5, 2008 Case Management Order as set forth in the Parties' Stipulation to Modify May 5, 2008 Case Management Order, filed concurrently with this Motion.

## II. RELEVANT BACKGROUND

The Court entered the May 5 Case Management Order after conferring with the Parties as to their then-current discovery and schedule needs.

The Parties' positions regarding the discovery needs in this case have changed since May 2008, as described more fully below. Although the Parties still have a number of ongoing disputes regarding the scope of discovery and claims in this case, they agree that an extension of both the case schedule and the discovery limits is appropriate and that the Parties may have the opportunity to file an additional round of summary judgment motions.

*New and expanded claims:* Oracle contends that Defendants' post-litigation activity and support of Oracle's Siebel-branded software greatly expand the relevant data that Oracle believes it needs to prove its claims, and support the addition of certain new claims. Although Defendants dispute Oracle's claims regarding Defendants' post-litigation activity and Siebel, the Parties agree that any claims and related discovery relating to the post-litigation activity and Siebel should be included in this case such that the Parties can resolve all disputes between them without the need for subsequent litigation.

*Background re request for time to analyze data and engage in additional limited discovery re all claims:* In July 2008, Magistrate Judge Laporte instructed the Parties to work

together in good faith to try to reach an agreement on an extrapolation methodology and/or a stipulation as to how TomorrowNow provided support to its customers, including its methods, practices, and volume of software fixes. Since then, the Parties have met and conferred extensively (in some instances with their experts) on one extrapolation proposal and two versions of a stipulation drafted by Oracle. The Parties have also continuously consulted with Judge Laporte regarding the progress of their negotiations and the various obstacles to reaching an agreement. So far, the Parties have been unable to agree on an extrapolation methodology or the form or substance of any stipulation.

Judge Laporte has noted both that the Court cannot force a party to stipulate and that the Parties' difficulty in agreeing on an extrapolation methodology or reaching a stipulation could possibly support a request to extend the current discovery schedule. Judge Laporte has also noted that partial summary judgment motion practice may assist the Parties in trying to reach an agreement on an extrapolation methodology and/or a stipulation as to how TomorrowNow provided support to its customers.

Without such an agreement, Oracle believes it must: (a) take significant additional discovery to prove up its claims, including depositions of the many TomorrowNow personnel involved in the creation of thousands of software fixes; and (b) have its experts analyze a larger portion of the approximately 11.4 terabytes of native electronic data (over 17 million files), Defendants' production of which concluded in February 2009. Oracle's analysis would include file compares and forensic analysis on the data – line by line code comparisons – to determine which files are copies of, or modifications of, others, and how the files have been manipulated. Because it will take significant time to analyze this data and use it in support of its claims, Oracle and its experts believe they will ultimately have to sample the data and use statistical analysis on the sample, as suggested by Judge Laporte.

Defendants dispute Oracle's contentions regarding (a) what evidence is relevant to Oracle's claims, (b) the extent of discovery needed to prosecute and defend those claims, and (c) which measure of damages is appropriate for this case. Nonetheless, Defendants are willing to agree to a modest extension of the case deadlines and discovery limits in order to (a) fully

resolve Oracle's claims regardless of whether the Parties are ever able to agree on an extrapolation methodology or a stipulation, (b) allow time for additional motion practice in an effort to focus the claims and defenses in this case, and (c) provide the Parties' experts additional time for their analyses.

For purposes of the above analysis and also to support its damages theories (some of which Defendants dispute), Oracle requested copies of Defendants' software fixes and related data in August 2007. In April 2008, the Parties agreed to a "Data Warehouse" arrangement using a protocol that permits Oracle remote access review of the images of certain server partitions that house these materials so that Oracle can designate what it believes is relevant material that it wants copied and produced. Defendants then conduct a privilege review of what Oracle has designated for production.

Under the Data Warehouse agreement, Defendants originally made available images of the server partitions as they existed soon after this case was filed. Oracle had access to and began its review of these original materials under the Data Warehouse agreement in mid-July 2008 and completed its data selections from the original servers by mid-August 2008. To date, Oracle has reviewed and tagged for production millions of files from all 93 original server partitions made available by Defendants. Defendants then made their first production from the Data Warehouse on October 25, 2008 and by February 2009 had produced what they believe is a complete production of the Data Warehouse files originally requested by Oracle. Then, at Oracle's request, Defendants agreed in March 2009 to re-produce 12 server partitions with updated, post-lawsuit information. Oracle has not yet reviewed and Defendants have not yet produced the updated data on these 12 server partitions.

The Parties do not yet know the volume of the relevant post-lawsuit data on these 12 server partitions. If the volume is similar to prior collections, then Oracle believes that several additional terabytes from those 12 server partitions will need to be reviewed and produced, in addition to potentially other servers that may contain relevant information. Defendants have not agreed at this time to re-produce any additional server partitions beyond the 12 noted above. At this point, regardless of whether any additional server partitions beyond the

12 are re-produced, Oracle believes there is insufficient time under the current schedule for Oracle to review the massive amounts of updated Data Warehouse information and use its analysis of TomorrowNow's 2007 and 2008 fixes to inform fact and expert discovery or for Defendants' experts to respond to Oracle's experts' analysis.

Separate from the Data Warehouse materials, Defendants first produced a copy of TomorrowNow's SAS database, a large Lotus Notes database used to track and support TomorrowNow's customers, in the fall of 2007. The SAS database is a crucial tool and data source in understanding how TomorrowNow supported its customers. Oracle uses information from the SAS database extensively in depositions to explore the fix development and testing process. Defendants' first SAS production was related to TomorrowNow's service of customers running PeopleSoft and JD Edwards software. That first production was made from "snapshot copies" of the database taken soon after the original Complaint was filed.

On or about January 20, 2009 and at Oracle's request, Defendants produced the information from the SAS database relating to TomorrowNow's Siebel customers, including records through October 31, 2008, the date on which TomorrowNow wound down its operations. Defendants supplemented that production in the first week of March 2009.

Around February 13, 2009, Defendants produced updated SAS records for TomorrowNow's PeopleSoft and JD Edwards customers containing data through October 31, 2008 and supplemented that production in the first week of March 2009.

Oracle and its experts need additional time to review and analyze these recently-produced updated SAS records, which include post-litigation materials through October 31, 2008, and do not believe that they have time to make use of that data under the current case schedule.

## III. <u>ARGUMENT</u>

The Court may modify a case management order "for good cause," such as when the Parties cannot reasonably meet the schedule despite their diligence. *See* Fed. R. Civ. Proc. 16(b); *see also, e.g., Omoregie v. Boardwalk Auto Ctr., Inc.*, No. C07-3884, 2008 WL 4857942, at *1 (N.D. Cal. November 10, 2008).

As set forth above, the Parties agree that, despite their diligence, their positions regarding the discovery needs in this case have changed since May 2008 and that an extension of the case schedule is needed and appropriate to further explore various issues. Because the Parties now agree that the post-litigation activity through October 31, 2008 – which Judge Laporte has noted is highly relevant – should be included in this case, they also agree that some additional deposition time is needed relative to the Parties' claims and defenses for that time period. Further, regardless of whether they ultimately agree on an extrapolation methodology or stipulation regarding TomorrowNow's software fixes, as described above, the Parties agree that certain additional depositions of TomorrowNow's personnel should be allowed for several issues, including allowing Oracle to better understand the process by which TomorrowNow supported – and continued to support through October 31, 2008 – its PeopleSoft, JD Edwards, and Siebel customers, including SAP's decisions relevant to TomorrowNow's activities. Defendants believe an additional round of summary judgment motions will narrow the issues in the case. Oracle disagrees, but has agreed that the Parties may have the opportunity to file such motions. Accordingly, the Parties agree that there is good cause to: (a) increase the Parties' deposition hours allotment above the limits contained in the May 5 Case Management Order; (b) extend the time in which the Parties have to conduct those depositions; and (c) add an additional round of summary judgment motions.

## IV. <u>CONCLUSION</u>

For the foregoing reasons, the Parties respectfully request that the Court enter an order modifying the May 5 Case Management Order as set forth in the Parties' Stipulation to Modify May 5, 2008 Case Management Order. Because the requested modifications are the result of substantial negotiation and compromise between the Parties, the Parties respectfully request that the Court either accept or reject the Parties' requests in full. If the Court rejects the Parties' motion in whole or in part, the Parties would then reserve their rights to file separate motions for relief, with a more detailed explanation of the bases for such requests than is provided here. A Proposed Revised Case Management Schedule is submitted with this Motion.

DATED: May 12, 2009

BINGHAM McCUTCHEN LLP

By: /s/
Geoffrey M. Howard
Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International Corporation, and Oracle EMEA, Ltd.

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

DATED: May 12, 2009

JONES DAY

By: /s/
Tharan Gregory Lanier
Attorneys for Defendants
SAP AG, SAP America, Inc., and TomorrowNow, Inc.

# Exhibit S

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
MAGISTRATE JUDGE ELIZABETH D. LAPORTE

ORACLE CORPORATION, a Delaware ) Case No. C07-1658
Corporation; ORACLE, USA, INC.,) PJH (EDL)
a Colorado corporation; and )
ORACLE INTERNATIONAL )
CORPORATION, a California )
corporation, )
)
Plaintiffs, )
)
vs. ) FURTHER DISCOVERY
) CONFERENCE
)
SAP AG, a German corporation; )
SAP AMERICA, INC., a Delaware )
corporation; TOMORROWNOW, INC.,)
a Texas corporation; and DOES )
1-50, Inclusive, )
)
Defendants. )
________________________________)

February 13, 2009
TRANSCRIPT OF AUDIO RECORDING

TRANSCRIBED BY: FREDDIE REPPOND

insisting that we say every single object or every single fix be done, but what we are asking is for a stipulation that reflects reality and is independent of damages. And we think that that is fair. And if we think that we can get it, then we're not as far apart as we may otherwise be on the needs of the calendar.

THE COURT: All right. And --

MR. COWAN: Couple things. One, on the obviously his characterization of my clients' conduct, pre- or post-litigation, I don't agree with. But I think for purposes of this discussion, we can deal with the other points he made.

I agree that the SAS database provides some enriched source of information. We have under the extended discovery timeline agreement now completed our privilege review of that. I believe it's being produced today. I believe our office has already sent Mr. Howard an e-mail indicating whether he wants delivery tomorrow or not. It required an incredible amount of review to get that ready, but it is ready. So as of tomorrow or Tuesday, whenever they elect delivery, they should have the SAS database through October 31, 2008. And that database has all the data points in it -- or most of the data points in it -- that Mr. Howard is referring to.



You notice on the stipulation that was filed as Exhibit A to the discovery conference statement there are a number of appendices. Those appendices were created using that SAS database. So that database has a rich source of information for them. Regardless of whether we have a stipulation, that database is available to them to meet their burden of proof to come forward and establish whatever they think they can establish with that information.

With respect to the need for testimony to come out of the witnesses' mouths rather than the lawyers' characterization of that, I would hope that Mr. Howard can appreciate and certainly hope the Court could appreciate what the lawyers say happened is not something particularly that has liability implications and potentially significant damages implications. It's not something that the business folks want to rely a hundred percent on. They want to know what the witnesses have to say about this, particularly since we're dealing with a subsidiary company. The decision-making on these kinds of things are certainly being made at the highest level of the parent company; and we have to have that evidence.

THE COURT: Well, you -- I mean, of course, unlike the Plaintiffs, you can interview the witnesses

Exhibit T

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

BEFORE: HON. ELIZABETH D. LaPORTE

--O0o--

ORACLE CORPORATION, a Delaware Corporation; ORACLE, USA, INC., a Colorado Corporation, and ORACLE INTERNATIONAL CORPORATION, a California Corporation,

Plaintiffs,

Vs. No. 07-CV-01658 (PJH)

SAP AG, a German Corporation, SAP AMERICA, INC., a Delaware Corporation, TOMORROWNOW, INC., a Texas Corporation, and DOES 1-50, inclusive,

Defendants.

FURTHER DISCOVERY CONFERENCE

________________________________/

Tuesday, March 31, 2009

TRANSCRIPT OF AUDIO RECORDING OF DISCOVERY CONFERENCE

Transcribe By: WENDY E. ARLEN, CSR #4355, CRR, RMR

Job 418456

With that, I think we can reach an agreement not only on which severs' partitions, but the timing of that. We have started producing those -- some of the ones that Mr. Howard has already mentioned on the record and, in fact, in the order what's outlined in his March 16th request.

There is another -- I guess the bigger issue, and I don't know if Mr. Howard included this in the 12 servers, is when they originally went through the original data warehouse review, they marked files either produce or record, and we provided the court in this discovery statement the stats on that. They now come back and said we want the ones we marked record as well. You know, that's another six million files and three terabytes of data.

So at some point the volume gets to be useless, I think, no matter how many world's of time they're going to have to use this in whatever form this case ultimately takes.

THE COURT: Well, I mean, and that's where I would be inclined -- I mean, if then there is a desire for more than the 12, I would very much be inclined to cost shift, and I don't know if you're saying to those -- are you objecting to producing the record ones then?