Walsh v. Apple, Inc. et al
Doc. 354

# Exhibit A

Dockets.Justia.com

JOB NO. 94821

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

ORACLE CORPORATION, a ) Case No. 07-CV-01658 (MJJ)
Delaware corporation, )
ORACLE USA, INC., a )
Colorado corporation, and )
ORACLE INTERNATIONAL )
CORPORATION, a California )
corporation, )
)
Plaintiffs, )
)
VS. )
)
SAP AG, a German )
corporation, SAP AMERICA, )
INC., a Delaware )
corporation, TOMORROWNOW, )
INC., a Texas corporation, )
and DOES 1-50, inclusive, )
)
Defendants. )

ORAL AND VIDEOTAPED DEPOSITION OF
TOMORROWNOW BY AND THROUGH MARK KREUTZ
VOLUME 2
OCTOBER 30, 2007

ORAL AND VIDEOTAPED DEPOSITION OF MARK KREUTZ, produced as a witness at the instance of the Plaintiffs and duly sworn, was taken in the above styled and numbered cause on October 30, 2007, from 8:43 a.m. to 3:31 p.m., before RENE WHITE MOAREFI, CSR, CRR, RPR in and for the State of Texas, reported by machine shorthand, at Jones Day, 717 Texas, Suite 3300 Houston, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record herein.

And by "the data center," I'm assuming we're still, you know, talking about the same -- I don't know where all those machines exist. So based on what Bill probably told you yesterday, that he's identified the -- the computers that were used for -- for those downloads and . . .

Q. Was there anything to prevent a TomorrowNow employee who wanted to do a download from doing that download locally, to their local machine?

A. Anybody -- anyone meaning within TomorrowNow or within . . .

Q. Among the group of people responsible for performing these downloads, was there anything to prevent them from simply doing the download and saving material to their local machine or some other location?

A. Just procedures -- I mean, I don't know. I can't say that they did or didn't do something like that; but if they were following procedures, they would have -- you know, they would have downloaded those to either a server, you know, the -- the master -- the targeted server -- the ultimate end where it should go --

Q. Uh-huh.

A. -- or possibly their local laptop, I guess.

Q. So stepping back now to the software



acquisition part of the onboarding process for a new customer, JD Edwards customer, can you describe prior to the litigation how TomorrowNow would acquire any software that it would acquire in order to support that JD Edwards customer?

A. So the download was one piece, right, and that was -- those were all -- that -- that covers basically the -- the patches and items that they -- that they should be entitled to or licensed to based on the information they gave us. But then -- so we -- we may have had a download for them. And in some instances, we may have received software material directly from the customer.

Q. Could you be more specific? What software material would you obtain directly from the customer?

A. This would include environments that we were supporting for them.

Q. By "environment," what do you mean?

A. Basically a -- a copy of an environment that we were supporting for them or maybe a copy of their -- their demo environment.

Q. So if I understand you, that would be the underlying software release, JD Edwards software release?

A. Yes.