Walsh v. Apple, Inc. et al
Doc. 359

# EXHIBIT A

Dockets.Justia.com

Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAP AG, et al.,<br><br>Defendants. | Case No. 07-CV-1658 PJH<br><br>**DEFENDANT TOMORROWNOW, INC.'S FOURTH AMENDED AND SUPPLEMENTAL RESPONSE TO PLAINTIFF ORACLE CORPORATION'S FIRST SET OF INTERROGATORIES (SET ONE)** |

**INTERROGATORY NO. 13:**

Describe in as much detail as possible all Software and Support Materials that "have been downloaded beyond those that, according to TN's records, related to applications licensed to the particular customer on whose behalf the downloads were made," as alleged in ¶ 15 of Your Answer, including but not limited to Identifying the "records" You referenced in making Your determination.

**RESPONSE TO INTERROGATORY NO. 13:**

THIS RESPONSE IS DESIGNATED AS CONFIDENTIAL INFORMATION.

Subject to and without waiving the General Responses and Objections, TomorrowNow responds as follows: TomorrowNow's downloads on behalf of customers using JDE's OneWorld products were made based on instructions set forth on a Download Request Form. The Download Request Forms for Merck, OCE, SPX, Metro Machine and Yakazi instructed the download team to download all ESUs for all system codes on a particular release level. TomorrowNow's records did not show that those customers had represented that they were licensed to all system codes on a particular release level. Additionally, TomorrowNow has learned that the password and user id. for Honeywell were used to access the Customer Connection site to download materials apparently related to JDE products. Additional information responsive to this interrogatory can be derived or ascertained from the relevant customer contracts, onboarding documentation, Download Request Forms and the relevant customer files, which will be included in TomorrowNow's document production and on which TomorrowNow relies to further respond to this interrogatory pursuant to Rule 33(d).

**<u>SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 13</u>:**

THIS SUPPLEMENTAL RESPONSE IS DESIGNATED AS CONFIDENTIAL INFORMATION.

TomorrowNow further responds that its customer contracts include but are not limited to: TN-OR00000027 – TN-OR00001007 and TN-OR 00004204 – TN-OR00004276; and that its onboarding documentation includes but is not limited to TN-OR00001008 – TN-OR00001277. Download material (in native format) includes but is not limited to: TN-OR00004202, TN-OR00005146 and TN-OR00005147. TomorrowNow reserves the right to further supplement this response as necessary during the course of document production.

**<u>SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 13</u>:**

THIS SECOND SUPPLEMENTAL RESPONSE IS DESIGNATED AS CONFIDENTIAL INFORMATION.

TomorrowNow further responds that because TomorrowNow did not have access to its customers' respective license agreements with the software vendor, TomorrowNow relied on the representations of its customers in each customer's Support Services Agreement and the

"Covered Products" portion of the Agreement's accompanying exhibits, as well as the product information provided by the customer in the Product Verification Forms. As stated in the response above, TomorrowNow believes that there were some downloads made for products beyond those to which the customer informed TomorrowNow that the customer was licensed. However, despite numerous discovery requests for information from Plaintiffs that will map downloads to specific products, no such information has been produced which in turn means that TomorrowNow does not have the ability to map each of the specific downloads to each of the specific products. Plaintiffs have represented to the Court that they also do not have the ability post-download to determine which downloads relate to which products. Thus, without such mapping information (provided in a manner that permits an electronic "download to product" comparison), it is not possible for TomorrowNow to evaluate the appropriateness of each download it made on behalf of its customers. TomorrowNow further responds by incorporating by reference all of its current responses to Interrogatory No. 14 and Interrogatory No. 16.

**INTERROGATORY NO. 14:**

Dated: May 22, 2009

JONES DAY

By: ______________________

Jason McDonnell
Counsel for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

## PROOF OF SERVICE

I, Grace Wayte, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, California 94104. On May 22, 2009, I served a copy of the attached document(s):

**DEFENDANT TOMORROWNOW, INC.'S FOURTH AMENDED AND SUPPLEMENTAL RESPONSE TO PLAINTIFF ORACLE CORPORATION'S FIRST SET OF INTERROGATORIES (SET ONE)**

- ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.
- ☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.
- ☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.
- ☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.
- ☒ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Donn Pickett
Geoffrey M. Howard
Zachary J. Alinder
Bree Hahn
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
*donn.pickett@bingham.com*
*geoff.howard@bingham.com*
*zachary.alinder@bingham.com*
*bree.hahn@bingham.com*

Executed on May 22, 2009, at San Francisco, California.

By: *Grace Wayte*
GRACE WAYTE