# EXHIBIT A

Dockets.Justia.com

Robert Schwentker

CITENT

An IBM Software Services Business Partner

## Technical summary

Senior IBM/Lotus Application Developer, Systems Administrator & Instructor, who works effectively with all levels of management to fulfill project and productivity requirements. Able to detail intricate technical solutions to all team members, resulting in successful implementations. Commits to superior customer service through positive attitude, leadership, and hands-on teamwork. Values long term relations. Qualifications include:

- High-energy, confident professional with a big passion for Domino & J2EE technologies.
- Experienced at handling large projects, client expectations & rapidly evolving requirements.
- Process-oriented thinker with aptitude for analyzing the roles of users & systems.
- Dedicated, known for consistently giving 100%+ to reach all goals.
- A quick learner, able to easily absorb new materials.
- An outgoing and amiable team player, able to communicate effectively.

## Professional experience

SENIOR DOMINO APPLICATION DEVELOPER, SYSTEMS ENGINEER & TRAINER
**CITENT, Inc. Costa Mesa, CA** 2008- PRESENT

SENIOR DOMINO SYSTEMS ENGINEER & ARCHITECT 2006 - 2007
**Citigroup, Inc., New York, NY**

Responsible for Citigroup international Audit & Risk Review division's systems & data
Managed eight production & three UAT Domino servers

SENIOR DOMINO SYSTEMS ENGINEER 2007
**Toyota Financial Systems, Torrance, CA**

Migrated Quickplace & Sametime collaboration system

LOTUS DOMINO, J2EE SPECIALIST ADMINISTRATOR, DEVELOPER, INSTRUCTOR
**Schwentker Group, LLC, Oakland**

Design, implement & administer enterprise Domino/J2EE Information Systems
Perform migrations from Domino versions 3 to 4, 4 to 5, 5 to 6, 6 to 7
Architect Domino systems & applications
Integrate Domino with PeopleSoft, Resumix, Oracle, WebSphere, etc.
Train advance level system administration & programming
Certified by Lotus IBM since 1993 as Developer, Administrator, Instructor

CLIENTS INCLUDE:

**ABM**

Planned & implemented R5 to R6 conversion, from AS/400 to Windows XP
Migrated applications cross domain using Lotuscript

Planned & implemented R6 new features i.e. policies, server health monitoring

**Bank of America**

Performed security audit, design review & wrote migration plan from R5 to R6 for Global Treasury Risk Management's Credit Tracking application

**Capital Group**

Reviewed R5 to R6 conversion plans

Delivered upgrade training R4 to R5, R5 to R6 for administrators & developers

**Citigroup**

Delivered Administration & Sametime training to helpdesk & senior administrators

**Federal Reserve Bank of San Francisco**

Instructed senior developers in J2EE/Websphere technologies

**FICOH**

Reviewed migration & upgrade plan from version 4 to 5, from Windows to AS/400

Performed server analysis to identify performance bottlenecks

Analyzed customer service application for latency problems

Implemented recommended design changes resulting in significant performance enhancements

**GE Nuclear**

Setup QuickPlace server topology

Designed & implemented QuickPlaces, Workflows & BOTs

**IBM - Venezuela**

Delivered system administration & application development training to IBM staff, business partners, instructors & IBM clients

**Kaiser Permanente**

Setup Domino server & Domino.doc application

Designed & implemented initial Domino.doc naming & security parameters

**MetLife**

Setup QuickPlace server

Designed & implemented customized QuickPlaces

**Novartis**

Documented recommendations concerning Sametime 2.5 to 6.5.1 conversion plans & Sametime Meeting infrastructure server requirements

Delivered Sametime Administrator training

**NY Life**

Analyzed various enterprise applications for performance improvements

Delivered application development training to senior developers

**USS Posco**

Analyzed server & application design for latency problems

Implemented hardware & design changes to make performant

Performed security & infrastructure review

Documented results, recommended changes & best practices

**Zantaz**

Setup Domino server & Domino.doc application

Designed & implemented Domino.doc naming & security parameters

Knowledge transfer of how to maintain/troubleshoot Domino.doc system

**DIRECTOR OF INTERNET GROUPWARE SYSTEMS** **1993 - 96**

**Pyramid Imaging, San Francisco**

Systems Integrators specializing in Image & Groupware Technologies

Senior Domino Systems Engineer

Architected server infrastructure for Domino enterprise applications

Implemented & managed Domino infrastructures

Planned & executed migrations from versions 3 to 4, 4 to 5

Project Manager

Liaison between client project managers & Pyramid Imaging's solution team
Planned & oversaw day to day activities of administrators & developers

CLIENTS INCLUDED:

**Applied Materials**

Designed & managed enterprise Domino solution for HR department
Created curriculum & delivered train-the-trainer instruction for Domino R5 rollout

**Bank of America**

Reworked replication schema for increased data distribution
Documented best practices & recommendations for server performance improvements

**Chevron**

Developed & implemented fax workflow solution for International Marketing division
Implemented server clustering infrastructure

**Federal Reserve Bank of San Francisco**

Analyzed Domino application suite for latency issues
Identified & implemented design changes resulting in significant performance improvements

**IBM – ISSC – Southern Pacific Railway**

Designed & beta development Domino middleware solution
VB front end to Domino, Domino integration with System/390
Setup Domino server infrastructure for same

**Macromedia**

Setup Domino server on Sun Solaris 2.2
Installed help desk application & imported data
Tuned application by tweaking server settings, reworking application components
Designed & managed development of customer service application

**Pacbell**

Implemented Domino server farm
Designed & tested replication topology

**Sybase**

Designed, developed & deployed 15 .nsf Notes/Web HR solution
Managed team of five developer/analysts
Integrated Domino w/ PeopleSoft, Resumix

**Transamerica**

Designed & implemented Domino server infrastructure
Developed project management application for multi-million dollar imaging project
Created & delivered Domino training for executives & system administrators

WEB INFORMATION SYSTEMS INSTRUCTOR **1995 - 96**

**University of California Berkeley Extension, San Francisco**

Developed, taught seminars on Groupware Technologies

DATABASE SYSTEMS CONSULTANT/ANALYST **1992 - 94**

**Schwentker Consulting, San Francisco**

Designed & developed system to track & analyze $100 million of pharmaceutical purchases for hospital holding company
Developed RDBM solutions using FoxPro & dBase

## Education

New York University, New York City, BFA
New School University, New York City, AutoCAD studies
Indiana University, Bloomington, Indiana, undergraduate studies
University of California, Berkeley, Graduate Business Administration Certificate
Lotus Education, Lotus Certified Notes/Domino Administrator, Developer

## Honors

**Phi Eta Sigma National Honor Society,** Indiana University chapter
**Member of Lotus Global CLI Advisory Council**
**IBM/Lotus Instructor awards 2001, 2002**

### IBM PROFESSIONAL CERTIFICATION TRANSCRIPT AS OF JANUARY 2009

| DESCRIPTION | ACHIEVED |
|---|---|
| IBM Certified Instructor - Lotus Notes and Domino 8 Application Development | 01/22/2009 |
| IBM Certified Instructor - Lotus Notes and Domino 7 Application Development | 01/22/2009 |
| IBM Certified Application Developer - Lotus Notes and Domino 8 | 01/22/2009 |
| IBM Certified Application Developer - Lotus Notes and Domino 7 | 01/22/2009 |
| IBM Certified Advanced Application Developer - Lotus Notes and Domino 8 | 01/22/2009 |
| IBM Certified Instructor - Lotus Notes and Domino 8 System Administration | 01/02/2009 |
| IBM Certified Instructor - Lotus Notes and Domino 7 System Administration | 01/02/2009 |
| IBM Certified System Administrator - Lotus Notes and Domino 8 | 12/29/2008 |
| IBM Certified System Administrator - Lotus Notes and Domino 7 | 12/29/2008 |
| IBM Certified System Administrator -- WebSphere Application Server V5.0 | 02/01/2006 |
| IBM Certified Instructor - Lotus Notes and Domino 6/6.5 Application Development | 11/21/2005 |
| IBM Certified Instructor - Lotus Notes and Domino 6/6.5 System Administration | 11/21/2005 |
| IBM Certified Advanced Application Developer - Lotus Notes and Domino 6/6.5 | 06/06/2003 |
| IBM Certified System Administrator - Lotus Notes and Domino 6/6.5 | 06/06/2003 |
| IBM Certified Application Developer - Lotus Notes and Domino 6/6.5 | 06/06/2003 |
| IBM Certified Associate Developer - Lotus Sametime 3 | 03/13/2003 |
| IBM Certified Associate Developer - Lotus Quickplace 3 | 03/13/2003 |
| IBM Certified Associate System Administrator - Lotus QuickPlace 3 | 03/12/2003 |
| CLI Certified Lotus Instructor R5 | 08/02/2000 |
| CLI Certified Lotus Instructor R4 | 08/02/2000 |
| CLP Domino R5 Principal Application Developer | 07/02/1999 |

| | |
|---|---|
| CLP Domino R5 Application Developer | 01/27/1999 |
| CLP Domino R5 System Administrator | 01/20/1999 |
| CLP Notes Principal System Administrator R4 | 09/29/1998 |
| CLS - Domino Messaging Administration | 05/06/1998 |
| CLP Notes Principal Application Developer R4 | 08/27/1997 |
| CLP Notes Application Developer R4 | 11/11/1996 |
| CLP Notes System Administrator R4 | 11/11/1996 |
| CLP Notes Application Developer R3 | 12/06/1994 |
| CLP Notes System Administrator R3 | 12/06/1994 |
| CLP Notes Specialist R3 | 12/06/1994 |
| CLP Notes Consultant R3 | 01/24/1994 |