Walsh v. Apple, Inc. et al Doc. 365

Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted Pro Hac Vice)
Joshua L. Fuchs (Admitted Pro Hac Vice)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAP AG, et al.,<br><br>Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SANCTIONS PURSUANT TO FE. R. CIV. P. 37(c) AND 16(f)**<br><br>Date: August 18, 2009<br>Time: TBD<br>Courtroom: E, 15th Floor<br>Judge: Hon. Elizabeth D. Laporte |



Dockets.Justia.com

The Court having before it Defendants' Motion for Sanctions Pursuant to Fed. R. Civ. P. 37(c) and 16(f), and having considered the papers and argument of the parties, hereby GRANTS the motion and ORDERS as follows:

Pursuant to Rules 37(c) and 16(f) of the Federal Rules of Civil Procedure, Plaintiffs shall be precluded from presenting evidence on a motion, at a hearing, or at trial in support of any claim that Plaintiffs' lost profits damages include: (1) alleged lost profits relating to customers that were not customers of Defendant TomorrowNow, Inc.; (2) alleged lost profits relating to license revenues, as opposed to support revenues; and/or (3) alleged lost profits relating to products that were not supported by Defendant TomorrowNow, Inc.

IT IS SO ORDERED.

Dated: ______________________

ELIZABETH D. LAPORTE
United States Magistrate Judge