Walsh v. Apple, Inc. et al Doc. 376

NAVIGANT CONSULTING

**ATTACHMENT A**

# Paul K. Meyer, CPA, CFE, CPA-ABV, CFF, CLP

**Paul K. Meyer**
**Managing Director**

**Navigant Consulting**
**One Market Street,**
**Spear Street Tower – 12th Floor**
**San Francisco, CA 94105**
**Tel: 415-399-2107**
**Fax: 415-399-2187**

**pmeyer@navigantconsulting.com**

**Professional History**

- **Navigant Consulting - 2004 to present**
- **TUCKER ALAN INC. - 1994 to 2004**
- **Peterson Consulting L.P. & Peterson & Co. - 1981 and 1994**
- **Arthur Andersen LLP - 1979 to 1981**

**Education**

- **Bachelor of Science, Commerce; McIntire School of Commerce, University of Virginia, 1979**

**Professional Associations and Certifications**

- **Consulting Professor at Stanford School of Engineering, Department of Civil and Environmental Engineering (1994 – Present)**
- **Member of Advisory Board, McIntire School of Commerce, University of Virginia**
- **Certified Public Accountant licensed in Virginia and California***
- **Certified Fraud Examiner (CFE)**
- **Accredited in Business Valuation (CPA – ABV)**
- **Certified in Financial Forensics (CFF)**
- **Certified Licensing Professional (CLP)**
- **Member of Licensing Executive Society**

**Honors and Fellowships**

- **Recipient of "2003 Alumnus of the Year" Award, McIntire School of Commerce**

*Navigant Consulting is not a CPA firm.

**Mr. Meyer** is a Managing Director with Navigant Consulting and co-leader of the national intellectual property practice. Mr. Meyer was previously the President and co-founder of Tucker Alan. He is a Certified Public Accountant and Certified Fraud Examiner, as well as Accredited in Business Valuation (CPA-ABV). As a Consulting Professor, Mr. Meyer teaches a graduate course at Stanford University's School of Engineering. Additionally, he frequently lectures on damages issues, including presentations at conferences for the Licensing Executives Society (LES), the Practicing Law Institute (PLI), Law Seminars International (LSI), USC Intellectual Property Institute, Santa Clara University Law School and the Sedona Patent Conference. Mr. Meyer has over 25 years of experience consulting on financial, accounting, economic and damages matters, as well as significant testimony experience. He has testified in over 200 depositions and approximately 70 trials and major arbitrations, including over 30 jury trials.

## Professional Experience

### Economic, Financial Condition, Damage and Valuation Analyses

Analyzed the financial condition of corporations, partnerships and individuals under a variety of circumstances including lost profits claims, business interruption, business valuation, reduced profitability, troubled loan and bankruptcy, insolvency, reorganization, business failures, mergers and acquisitions, and various fraudulent activities.

Analyzed numerous lost profits and "loss of use" claims including economic analyses of past sales, future projections, costs of goods sold, relevant cost allocations, interest rates, and discount rates.

Business analysis and business valuation in a variety of circumstances, including business interruption, lender liability, consumer class action, and other disputes. Industries include: seafood, ship repair, freight and transportation, high technology, aquaculture, biotechnology, oil, automotive repair, wine, automotive sales, computer resellers, restaurants, service, e-commerce, and retail, as examples. Such valuations have involved extensive analysis of past operating results, future projections, comparable companies, capitalization multiples and market risk.

Analyzed the variable costs, indirect and overhead costs, and revenues of companies alleging loss of market share and revenue impact. Analyses of product pricing and discount issues including high technology, biotechnology, sporting goods, superstores, and insurance. Financial analyses of companies in industries including pharmaceutical, computer and equipment leasing, semiconductor, retail, maritime, automotive, service, agriculture, e-commerce, e-procurement, manufacturing, and



Dockets.Justia.com

high technology, as examples. Analyses of hotel and resort property financial operations and profitability.

Analysis of damages and other financial and economic issues in various class action matters.

Prepared asset, economic benefit and business valuations, including the following:

- Electric and Gas Utility Asset Transfers, Including Intellectual Property
- Software Development Company
- High Capacity Disk Drive Development Joint Venture
- Wholesale Nursery
- Aquaculture Operation
- Life Sciences/Bio Marker Research
- Contract Research Organization
- Real Estate
- Hotel Properties
- Environmental Remediation Company/ Environmental Permits
- Concession and Merchandise Contract (NASCAR Speedway Venue)
- Numerous Retail Businesses, Including Restaurants and Stores
- Office Equipment Distributor
- E-procurement / E-Commerce
- Freight and Transportation
- Professional Services
- Intellectual Property

**Intellectual Property Consulting, including Patent Infringement**

Analyzed the impacts due to alleged intellectual property infringements and misappropriation, including patents, trademarks, copyrights, trade secrets, trade dress and confidential information.

Analyzed lost profits related to lost sales, price erosion and convoyed sales. Evaluated and analyzed markets and potential, market share, historical and projected sales, ability to achieve projected sales, company and product profitability, revenue sources and trends, nature of costs and cost allocations, product pricing issues and cost of capital considerations.

Analyzed sales and profits, product features and other factors, production capacity, sales and distribution capacity, capital expenditures and resources required to bring products to market.

Analyzed and investigated licensing and royalty disputes. Investigated sales reported, guaranteed minimums, deductions from revenue such as returns and volume discounts, and compliance with contractual limitations.

Analyzed and determined reasonable royalties. Determined reasonable royalties using a hypothetical negotiation approach. Considered cost savings and enhanced earnings related to licensing technology, licensing history and other license agreements, design-around considerations, head start advantages and avoided product development costs. Mr. Meyer has experience in the analysis of the Georgia-Pacific factors to determine reasonable royalties in numerous industries. Mr. Meyer has analyzed hundreds of license arrangements, bringing a broad perspective to determining reasonable royalty damages.

Analyzed the value of intellectual property related to its transfer and disposition. Valuation of technology transferred between holding companies and subsidiaries. Analyzed technology sharing agreements, including joint product development agreements and software development projects. Mr. Meyer has been in charge of valuation projects related to patents. Mr. Meyer has participated in licensing negotiations.

Analyses related to intellectual property have related to a variety of industries, including high technology products including computer hardware and software, file and data systems, integrated circuits, consumer goods, eye care, pharmaceuticals, medical devices, cosmetics, apparel, office products, plastic bottling, personal hygiene, frozen foods, dental technology, spinal implants, utility partitioning software, e-commerce networking technology, telecommunications equipment, web-conferencing, light emitting diodes (LEDS), liquid crystal displays, optical networking, telephonic billing systems, biotechnology, computer maintenance and servicing, hospitality, cellular communications, energy, aircraft, flash memory, consumer credit scores, disc drives, CD-ROM controllers, flash memory, SLICs, ASICs, MOSFETS, IGBTs, nutritional supplements, software, video games, resettable fuses, knee braces, professional sports merchandise, laser measuring devices, PDA's, sporting goods, VCR's, architectural plans, risk microprocessors, toys and games, and automotive diagnostic equipment, as examples. Analysis of pharmaceutical drug sales and market issues. Analysis of computer sales, cost and financial issues related to Apple MAC clones and related manufacturing and supply issues.

Significant experience in matters involving software, including operating systems, human resource and time and reporting enterprise applications, business to business software solutions, database applications, search engines, customer management solutions, business analytics software, retail software packages, video games and emulation software, online auction software, application management solutions, mainframe tools, diagnostic service contracts and support, e-commerce, and ETL software, as examples.

Significant experience in pharmaceutical and medical devices matters addressing market competitors, market shares, sales, profits and the costs of development. Technology includes drug-eluting stents, spinal implants, surgical devices, generic cyclosporine and urinary drugs, as examples. Analyses and determination of damages.

Analysis of a variety of technology found in PC's and notebook computers including CPU's, memory devices, inverter controllers, hard drive partitioning, keyboard, graphic and audio acceleration, and computer locking devices, as examples.

Related to PC and notebook game play, analysis of financial, economic and royalty rate issues to graphic accelerators and audio acceleration technology. Technology addressed on chip data memory utilization to accomplish acceleration, as an example. Analyses of market issues, product refreshening, development costs, incremental margins earned and reasonable royalty rates.

Related to video games, analysis of intellectual property damage issues related to emulator software allowing Playstation games to be played on MAC and Windows' platforms. Analyses of sales, costs, market and other issues. Analysis of video game sales on various platforms. Analysis of MAC emulator software allowing for Windows' utility software to be used on MAC platforms.

Analyzed patent damages related to the U.S. government's use of Boeing patents in servicing the International Space Station with the Space Shuttle. Analysis and determination of reasonable royalties. Testimony in the Court of Claims.

Mr. Meyer has analyzed the financial and economic impacts of alleged trade secret misappropriation. He has determined the cost of the development of proprietary technologies and analyzed and valued the economic impact of trade secret misappropriation in a variety of industries. Mr. Meyer has analyzed revenues, apportionment issues and deductible costs in copyright and trade secret matters. Industries include software, semiconductor, mainframe computer, credit card, web conferencing, video games and book publishing, as examples.

Analyzed trademark value and alleged diminution in trademark value in matters involving consumer goods, entertainment, food, semiconductor and other high technology, as examples. Analyzed corrective advertising issues, including the nature and amount of advertising, marketing, and selling expenditures, customer data, distribution and sales channels, and geographic considerations.

**Entertainment, Sports, Games, Toys and Related Assignments**

Consulting experience in entertainment and related industries, including motion picture, concert merchandising, and sporting goods. Analyses of licensing issues related to sports merchandising. Consulting assignments related to toy, game and professional sports property licensing.

Analysis of producer and director compensation related to the release of major motion pictures by a leading studio. Analysis of front-end compensation as well as various forms of contingent compensation.

Analysis of financial results and changes in financial condition of National Football League Member Club. Analysis of revenue trends including ticket sales, suite income, concessions, parking, merchandising and TV and radio revenue sources. Comparisons to other NFL club local revenues. Review of entity capitalization over time.

Analyses of Major League Baseball memorabilia license contracts and the use of former player "names, likeness, and signature" (rights of publicity). Analyses of license deals, royalty statements and royalty payments.

Analysis of trademark and other property in the NFL member club trust in conjunction with lawsuit brought by the Oakland Raiders. Allegations were made related to diminution in the value of "Raiders Property" including team logos and the colors "Silver and Black."

Analysis related to dispute between Major League Baseball and a former Dodger player related to use of video from a 1940's World Series game for commercial purposes. Rights of publicity issues.

Research and analyses related to sales, markets, and damages related to videogames, video chips and underlying alleged proprietary technology. Issues related to the accused products of a market leader in the supply of performance 3D graphics processors for enhanced PC game performance, as an example. Study of distribution channels including board suppliers, OEM sales and retail sales. Consideration of products features. Analysis of economic and financial issues related to Creative's Soundblaster Live!™ audio card.

Analysis of copyright valuation and apportionment issues in music industry involving Pop Band and International Consumer Electronics Products Company. Addressed sales revenues and deductible costs. Examined sales and market issues related to songs, albums and online distribution channels. Analysis of profits and apportionment related to fashion doll industry.

Analyses of athletic footwear market and sales issues related to a raw material supplier dispute and midsole shoe technology. Issues included the consideration of alternate design technology, athletic footwear market trends, and the specific cost structure and facilities of the supplier.

Analysis of concessions and merchandise operations and contracts at Sears Point Raceway. Analyses of sales, costs and profits related to events such as Kragen 350 NASCAR Winston Cup and NHRA FRAM/Autolite National drag races, as examples.

Analyses related to major motion picture merchandising tie-in deals. Analysis of licensing agreements related to the movie Godzilla for toy distribution. Dispute related to scope of exclusivity arrangements and Classic Godzilla property.

Analyses related to design mark issues concerning a major entertainment company and an internet search engine. Dispute related to Disney's Go Network.

Analysis related to board game property owned by Whiz Kids/The Topps Company concerning alleged use of a patented game dial. Analysis of licensing agreements related to "licensing in" property to incorporate into game board themes (e.g., Marvel characters, Major League Baseball, etc.)

Analysis related to interactive toys for children. Patent dispute asserted against a former market leader. Study of Leap Pad sales, profits and licensing history. Analysis of technology-based educational product market, including major competitors.

Analysis of hundreds of talent contracts in a major class action related to seven Major Motion Picture Studios. Analysis of consideration paid to talent.

As part of special purpose assignment, analysis of advertising expenditures related to a large pizza franchise operation. Study of costs of producing ad campaign, including TV, radio and print campaigns, and in-store displays and giveaways. Analysis of production costs including talent contracts. Review of media placement costs and media placement. Review of Ad Fund collections and reserves related to franchisee contributions.

**Financial Institution, Bankruptcy, Workout, Alter Ego, General Management and Accounting Consulting**

Performed general consulting on accounting, economic, financial, management and business operations matters. Analyzed accounting issues and treatment under a variety of consulting

circumstances. Analysis of revenue recognition and accounting for long-term projects. Experience in accounting issues related to high technology companies, including software sales, installation and support revenue recognition.

Performed compliance reviews, and determined the propriety of financial summaries and reports based upon the investigation of the underlying source documentation for a variety of industries and companies, including insurance, financial institutions, and Fortune 500 companies.

Performed detailed reviews of the "sources" and "uses" of cash and funds flow, which uncovered and documented check kiting, various investor "ponzi-type" schemes, fraudulent invoices, and other activities involving the misuse of an entity's assets. Assisted in financial statement audits of banks and other financial institutions.

Consulted to banks and federal government agencies on management procedures and controls, lender liability matters, troubled loan analyses, bankruptcy issues, compliance with policies and procedures, funds flow reviews and assessment of allegations of impropriety such as check kiting.

Significant experience in bankruptcy matters involving solvency analysis, review of reorganization and liquidation plans, reviews for preference items and fraudulent transfers, and analysis of claims.

Assisted corporations and other entities on management reviews of corporate departments and functions, merger and acquisition matters, cost determination studies, financial statement analyses, ability to pay analyses, avoiding or reducing the impact of disputes, cost competitiveness, financial statement disclosure and contract administration issues.

Significant experience in the analysis of the relationship and operations of companies addressing alter ego issues and single entity theory.

Reviews and analyses related to special purpose studies including the verification of account activity, transactions and licensing arrangements.

Consulting to companies on a variety of issues including profitability analysis, transfer pricing, accounting systems, internal controls, account segregation and affiliate issues, as examples.

Experience in the review and analysis of licenses, related business documents and records involving the licensing of intellectual property. This experience includes a variety of industries including athletic wear, consumer goods, household products, sports merchandising and memorabilia, high technology, biotechnology, telecommunications and entertainment, as examples.

Review and analysis of hundreds of talent contracts for actors, producers, directors and providers of rights in motion picture deals. Review and analysis of business and financial data in a variety of matters involving consumer issues and alleged unfair business practices.

Experience in the review and analysis of compensation arrangements including contingent and commission structure consideration. Experience includes distributors and salespersons in industries such as high technology, oil and gas, retail, entertainment and financial services.

Teach accounting and financial issues at Stanford University in the School of Engineering (over 15 years).

**Securities and Related Analyses**

Performed a variety of analyses in securities and securities-related matters including: forensic accounting in connection with criminal investigations and litigation; review and assessment of joint venture activities; analysis of complex related party transactions piercing the corporate veil; study of alleged departures from generally accepted accounting principles; funds tracing; asset valuation analyses; debt service analyses; real estate portfolio analyses; special reviews to assess insolvency and related issues; investigation of preference transactions and/or fraudulent conveyances in bankruptcy matters; evaluation of disclosures in financial statements and SEC filings; analysis of restitution damages and forensic analyses of why entities have not met planned and/or projected results.

Performed analyses of mutual fund trading activities in a variety of funds over an extended period of time. Documented and analyzed timing and nature of trades. Considered specific mutual fund investing objectives and investor prospectus.

**Antitrust**

Experience on antitrust matters related to monopolization, tying arrangements, price maintenance and below cost pricing. Analyses of damages as well as studies of costs related to product pricing. Cost determination including the review of direct, indirect and overhead costs. Analysis of product and competitors' revenues, market shares, market issues, prices, costs and profits. Experience in various industries including computer hardware, software, diagnostics, spare parts, and documentation. Additional experience in wine, motion picture, sporting goods, insurance, oil and gas, pharmaceutical, construction, electronics and retail industries, as examples. Experience in class action matters requiring detailed forensic analysis of prices, price changes and costs.

**Forensic And Record Reconstruction**

Significant experience in tracing and in financial and cost record reconstruction engagements. Analyses have included detailed reconstruction and record reconciliation in a variety of industries under different circumstances, including: bank trust accounts, gas well production and mineral rights, general liability insurance policies (dating back to the mid 1930's), incurred cost history of Nuclear Power plants, and intellectual property disputes involving audits of historical royalties due. These assignments have required various analyses and comparisons of historical production, trends, asset valuations and detailed transaction reviews. In some instances, third party information has been relied upon in efforts to gain an understanding of missing data, e.g. various third party disclosures, annual financial filings with regulators, insurance brokers files, beneficiaries portfolio listings, published industry data, and the like.

Significant experience in fraud and transactions reviews related to check kiting schemes, other asset transfers, fraudulent invoice schemes and alter ego analyses. Testimony given in Federal Court on the results of tracing and reconstruction. Northern California engagement required six days of trial testimony (Judge Illston, Northern District Court of California, San Francisco).

Certified Fraud Examiner

## Testimony And Alternative Dispute Resolution Experience

### Testimony Experience

Testimony in arbitration, state court, federal court, federal bankruptcy court, Court of Federal Claims and International Trade Commission.

Testimony has covered intellectual property, licensing and reasonable royalty determination, lost profits, product and technology markets, technology valuation, business interruption, business value, increased costs, cost allocations, the nature of costs, insurance coverage, cost of capital, business plans and forecasts, and the financial operations and relationship of companies.

Presentation of damage analysis in mediation.

Served as an arbitrator on damage and financial issues.

Testimony, depositions and declarations in civil court and arbitration, as follows:

The United States District Courts for:

- The Northern District Of California
- The District Of Delaware
- The Eastern District Of Texas
- The Southern District of Texas
- The Eastern District Of Massachusetts
- The Eastern District Of Virginia
- The District Of Colorado
- The Eastern District Of California
- The Central District Of California
- The District Of Montana
- The Northern District Of Illinois
- The Central District Of Illinois
- The Territory Of Guam
- The Eastern District Of Wisconsin

Superior Courts for The State of California in the City and Counties of:

- San Francisco
- San Mateo
- Santa Clara
- Sacramento
- Sonoma
- Alameda
- Napa
- Stanislaus
- Tulare
- Contra Costa
- Sutter
- Santa Cruz
- Martinez
- Monterey
- San Luis Obispo
- Los Angeles
- Orange
- Ventura

Testimony, depositions and declarations in civil court and arbitration, (*continued*):

**Federal Bankruptcy Court:**

- Mississippi
- California

**Arbitration:**

- California
- Hawaii

**International Trade Commission (Washington D.C.)**

**Court of Federal Claims (Washington, D.C.)**

**London Court of International Arbitration (London, UK)**

**Alternative Dispute Resolution Experience**

Consulted to companies and law firms on techniques to avoid disputes and to minimize the impact of existing disputes.

Participated in numerous mediations and settlement negotiations presenting accounting, economic and business operations analyses, and assisting in developing alternative methods to resolve disputes.

Selected by mediators to assist in mediating financial issues between the parties in dispute.

Performed ability to pay analyses in the context of mediations and settlement discussions by analyzing financial statements, cash flows and other accounting and business records.

## Representative Topics Covered In Lectures And Speaking Assignments

Accounting theory and application; finance and economics; financial statement analysis; construction accounting issues; analysis of construction claims and long term contract claims; preparation and analysis of financial and economic damage claims; alternative dispute resolution / intellectual property; technology valuation and reasonable royalty determination; trademark valuation; intellectual property damages and economics; cost of capital; insurance coverage; antitrust economic and financial issues; and employee compensation, including stock options.

## Selected Speaking Assignments

Stanford University Construction Executive Program (1984-1986)

Western Council of Construction Consumers

Stanford in Business / Economics and Damages

Hastings College of the Law/Economic Damages (1988, 1989, 1992)

Stanford University, Graduate Program of Construction Management

Public Contract Section of American Bar Association Trial Advocacy Program (1983-1985)

San Francisco Chapter of Casualty Insurance Adjusters

Fidelity and Surety Claims Association of Northern California

Institute of Management Accountants (formerly, National Association of Accountants) – Diablo Valley Chapter

Construction SuperConference (New York City, 1992)

Intellectual Property Section of the State Bar of California -- Valuation of Business Technology

Trademark Valuation (Los Angeles, 1993)

Intellectual Property Section of the State Bar of California -- 19th Annual Intellectual Property Law Institute (Palm Springs, California, 1994)

San Francisco Barristers Group, Intellectual Property Damages (1994)

Intellectual Property Section of the State Bar of Arizona (1995)

American Bar Association Corporate Counsel Committee Workshop (1995)

Intellectual Property Section of the Washington, D.C. Bar, Intellectual Property Damages (1995)

University of California at Berkeley, Graduate School of Engineering, Damages and Case Study (1995, 1996)

Computer Software and Semiconductor Chip Infringement Cases, Computer Litigation Section of the American Bar Association, Damage Theories and Approaches (San Francisco, California, 1995)

Continuing Legal Education, Economic, Financial and Damage Topics, various law firms (1993, 1994, 1995, 1996, 1997, 1998, 1999, 2001, 2002, 2003)

Intellectual Property Section of the State Bar of California -- 21st Annual Intellectual Property Law Institute (San Jose, California, 1996)

Alternative Dispute Resolution SuperConference -- Intellectual Property Alternative Dispute Resolution (Washington, DC, 1997)

Sacramento Intellectual Property Section (Sacramento, California, 1999)

Intellectual Property Section of the State Bar of California – 24th Annual Intellectual Property Law Institute (Santa Monica, California, 1999)

Bar Association of Colorado, Denver Securities Litigation Subcommittee, Analyses Related To Securities Litigation (Denver, Colorado, 2001)

Practicing Law Institute, Protecting Your Intellectual Property Assets, Valuing Intellectual Property (Palo Alto, California, 2001)

Licensing Executive Society -- 2001 Annual Meeting, Patent Infringement Damages (Palm Springs, California, 2001)

Manatt, Phelps & Phillips, LLP --- "Strategies For Using Intellectual Property Risk Management As Leverage, Valuing Intellectual Property," (Palo Alto, California, 2002)

International Trademark Association's 124th Annual Meeting --- "Point / Counterpoint: Global Trademark Valuation Issues," (Washington, DC, 2002)

Practicing Law Institute, Protecting Your Intellectual Property Assets, Valuing Intellectual Property (Palo Alto, California, 2002)

Law Seminars International — "Calculating and Proving Intellectual Property Damages," (San Francisco, California, January 2003)

Law Seminars International – "Calculating And Proving Intellectual Property Damages: Determining Reasonable And Nondiscriminatory Royalties," (McLean, Virginia, July 2003)

Stanford University, Center for Professional Development – "Analysis of Business Performance – Key Concepts And Analyses," (Palo Alto, California, 2003)

Abbott Laboratories, "Valuation of Patent Damages", (Abbott Park, Illinois, September 2003)

Kraft Foods – "Valuation of Trademark Damages", (Northfield, Illinois, September 2003)

Sun Microsystems – "Patent Valuation and Damages Issues", (Menlo Park, CA, March 2004)

Stanford University, Center for Professional Development – "Analysis of Business Performance – Key Concepts And Analyses," (Palo Alto, California, 2005)

Sedona Conference On Patent Litigation -- Faculty Member, (Sedona, AZ, October 2005)

Foley & Lardner LLP, "Recent Developments in Patent Damages", (Palo Alto, CA, January 2006)

Santa Clara University, "Recent Developments in Patent Damages", (Santa Clara, CA, March 2006)

American Bar Association ("ABA") Section of Litigation Annual Conference, (Los Angeles, CA, April 2006)

McDermott Will & Emery LLP, "Recent Developments in Patent Damages", (Palo Alto, CA, May 2006)

Sedona Conference On Patent Litigation -- Faculty Member, (Sedona, AZ, October 2006)

USC Gould School of Law, Intellectual Property Institute, (Los Angeles, CA, March 2007)

Santa Clara University, "Recent Developments in Patent Damages", (Santa Clara, CA, March 2007)

Santa Clara University, "Recent Developments in Patent Damages", (Santa Clara, CA, April 2008)

Santa Clara Univeristy, "Recent Developments in Patent Damages", (Santa Clara, CA, February 2009)