Walsh v. Apple, Inc. et al Doc. 381

# EXHIBIT A

Dockets.Justia.com

**Registration Number:**

TXu 1-607-454

**Effective date of registration:**

July 1, 2009

## Title

**Title of Work:** Database of Documentary Customer Support Materials for PeopleSoft Software

## Completion/Publication

**Year of Completion:** 2009

## Author

- **Author:** PeopleSoft, Inc.

  **Author Created:** text, Automated Database containing text with pictorial elements.

  **Work made for hire:** Yes

  **Citizen of:** United States **Domiciled in:** United States

- **Author:** Oracle USA, Inc.

  **Author Created:** text, Automated Database containing text with pictorial elements.

  **Work made for hire:** Yes

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Oracle International Corporation

500 Oracle Parkway, Redwood Shores, CA, 94065, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Oracle International Corporation

**Name:** Todd Adler

**Email:** todd.adler@oracle.com **Telephone:** 650-506-4160

**Address:** 500 Oracle Parkway

Redwood Shores, CA 94065 United States

## Certification

**Name:** David O. Johanson

**Date:** July 1, 2009

**IPN#:** * *

**Registration #:** TXU001607454

**Service Request #:** 1-210842001

Bingham McCutchen LLP
David O. Johanson
One Federal Street
Boston, MA 02110 United States