Walsh v. Apple, Inc. et al Doc. 395

Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice)*
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SAP AG, *et al.*,<br><br>Defendants. | Case No. 07-CV-1658 PJH (EDL)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO PERMIT DEFENDANTS TO FILE UNDER SEAL DOCUMENTS ISO DEFENDANTS' REPLY ISO MOTION FOR SANCTIONS AND REPLY ISO MOTION TO COMPEL** |



Dockets.Justia.com

Having considered Defendants' Administrative Motion to Permit Defendants to File Under Seal Documents Supporting Defendants' Reply in Support of Motion for Sanctions Pursuant to Fed. R. Civ. P. 37(c) and 16(f) ("Motion for Sanctions Reply") and Defendants' Reply in Support of Motion to Compel Production of Financial Information of Plaintiffs ("Motion to Compel Reply"), the supporting declaration of Jason McDonell, the Stipulation to Permit Defendants to File Under Seal, and the following materials that were lodged with the Court on August 4, 2009:

1. Portions of Defendants' Motion for Sanctions Reply containing quotes or other material from documents identified herein that have been designated by Plaintiffs as "Confidential Information" or "Highly Confidential Information - Attorneys' Eyes Only";
2. A portion of the Reply Declaration of Stephen K. Clarke in Support of Defendants' Motion for Sanctions Pursuant to Fed. R. Civ. P. 37(c) and 16(f);
3. Portions of Defendants' Motion to Compel Reply containing quotes or other material from documents identified herein that have been designated by Plaintiffs as "Confidential Information" or "Highly Confidential Information - Attorneys' Eyes Only";
4. Exhibit 8 to the Reply Declaration of Jason McDonell in Support of Defendants' Motion to Compel Production of Financial Information of Plaintiffs; and,
5. Portions of the Reply Declaration of Stephen K. Clarke in Support of Defendants' Motion to Compel Production of Financial Information from Plaintiffs.

/

/

/

/

/

IT IS HEREBY ORDERED THAT: Defendants' motion is GRANTED. The Clerk of the Court shall file under seal the above listed materials in support of Defendants' Motion for Sanctions and a Protective Order.

SO ORDERED:

DATED: ________________________ By: __________________________________
Elizabeth D. Laporte
United States Magistrate Judge

SFI-616139v1