Walsh v. Apple, Inc. et al
Doc. 407

# EXHIBIT A

Dockets.Justia.com

| Title of Work | Date of Regist'n | Regist'n No. | Basis for inclusion discovered in Spring 2009 | Added in response to Defendants' Spring 2009 discovery arguments | In scope after October 2008-July 2009 discovery review |
|---|---|---|---|---|---|
| PeopleSoft Financials and Supply Chain Management (FIN/SCM) 8.0 | 11/20/2000 | TX 5-291-439 | | X | X |
| PeopleSoft 8 EPM SP3 | 3/30/2001 | TX 5-345-698 | | X | X |
| PeopleSoft 8.3 Enterprise Performance Management | 3/11/2002 | TX 5-485-839 | | X | X |
| PeopleSoft 8.1 Customer Relationship Management | 3/20/2002 | TX 5-493-450 | | X | X |
| PeopleSoft 8 FIN/SCM SP1 | 3/26/2001 | TX 5-501-313 | | X | X |
| PeopleSoft 7.0 financials, distribution & manufacturing 7.0 | 12/15/1998 | TX 4-792-576 | | X | X |
| PeopleSoft Benefits Administration 7.50 | 6/14/1999 | TX 5-072-090 | | X | |
| PeopleSoft Benefits Administration 7.0 | 6/15/1999 | TX 4-258-824 | | X | |
| PeopleSoft Payroll Interface 7.50 | 6/21/1999 | TX 3-772-292 | | X | |
| PeopleSoft Pension Administration 7 | 6/21/1999 | TX 3-772-290 | | X | |
| PeopleSoft Pension Administration 7.50 | 6/21/1999 | TX 3-772-291 | | X | |
| PeopleSoft Payroll 7 | 6/22/1999 | TX 4-501-140 | | X | |
| PeopleSoft Payroll Interface 7 | 6/22/1999 | TX 4-501-138 | | X | |
| PeopleSoft Human Resources 7 | 6/28/1999 | TX 4-994-865 | | X | |
| PeopleSoft Human Resources 7.50 | 6/28/1999 | TX 5-013-123 | | X | |
| PeopleSoft Payroll 7.50 | 6/28/1999 | TX 5-013-125 | | X | |
| PeopleSoft Payroll Interface 7 Higher Education | 6/28/1999 | TX 5-013-124 | | X | |
| PeopleSoft Time and Labor 7 | 6/28/1999 | TX 5-013-128 | | X | |
| PeopleSoft Time and Labor 7.0 | 6/28/1999 | TX 4-994-866 | | X | |
| PeopleSoft Time and Labor 7.50 | 6/28/1999 | TX 4-994-867 | | X | |
| Database of Documentary Customer Support Materials for PeopleSoft Software | 7/1/2009 | TXu1-607-454 | | | X |
| Database of Documentary Customer Support Materials for J.D. Edwards Software | 7/1/2009 | TXu1-607-455 | | | X |
| Oracle 8i Enterprise Edition, release 2 (8.1.6) | 2/2/2001 | TX 5-222-106 | X | | X |
| Oracle Relational Database Management System (RDBMS): Release 8.0.4 | 11/21/2001 | TX 5-392-842 | X | | X |
| Oracle Relational Database Management System (RDBMS), Release 8.0.5 | 11/21/2001 | TX 5-392-861 | X | | X |
| Oracle9i Database Enterprise : Edition Release 1 | 6/13/2003 | TX 5-673-281 | X | | X |
| Oracle9i Database Enterprise : Edition Release 2 | 6/13/2003 | TX 5-673-282 | X | | X |
| Oracle Database 10g: Release 1 | 1/16/2009 | TX 6-938-648 | X | | X |
| Oracle Database 10g: Release 2 | 6/29/2009 | TX 6-942-003 | X | | X |

[Yellow] PeopleSoft Amendments Discussed in Oracle's Reply at 2:5-3:21, 7:13-8:5, 8:15-16, 9:8-15, 12:5-14:2, & 15:7-16.

[Green] Knowledge Management Amendments Discussed in Oracle's Reply at 1:22-2:2, 6:14-7:2, 8:10-13, 10:15-12:4, & 15:7-16.

[Cyan] Database Amendments Discussed in Oracle's Reply at 7:3-12, 8:13-15, 9:8-23, 12:5-20 13:11-14, 14:2-8, & 15:7-16