BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506-4846
Facsimile: (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International
Corporation, and Oracle EMEA Limited

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ORACLE USA, INC., *et al.*,

Plaintiffs,

v.

SAP AG, *et al.*,

Defendants.

CASE NO. 07-CV-01658 PJH (EDL)

**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DRAFT STIPULATION UNDER SEAL**



Dockets.Justia.com

Pending before this Court is Plaintiffs' Administrative Motion to File Draft Stipulation Under Seal (the "Motion to Seal"). Through their Motion to Seal, Plaintiffs Oracle USA, Inc., Oracle International Corporation, and Oracle EMEA Limited (collectively, "Oracle"), together with SAP AG, SAP America, Inc., and TomorrowNow, Inc. (collectively, "Defendants," and with Oracle, the "Parties"), request an Order sealing Exhibit B to the Parties' August 18, 2009 Joint Discovery Conference Statement.

Having considered Plaintiffs' Motion to Seal and the documents and exhibits filed in support, including the Stipulation to Permit Plaintiffs to File Draft Stipulation Under Seal, and good cause having been shown:

IT IS HEREBY ORDERED THAT: Oracle's Motion to Seal is GRANTED. The Clerk of the Court shall file under seal the unredacted version of the following document that has been lodged with the Court: Exhibit B to the Parties' August 18, 2009 Joint Discovery Conference Statement. In light of this Order, Defendants need not file a declaration in support of Oracle's Motion to Seal, as would be otherwise required under Civil Local Rule 79-5(d).

DATED: ________________, 2009

_______________________________________________
Hon. Elizabeth D. Laporte
United States Magistrate Judge