Walsh v. Apple, Inc. et al
Doc. 433

# EXHIBIT A
# [REDACTED]

Dockets.Justia.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,

Plaintiffs,

vs. No. 07-CV-1658 (PJH)

SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive,

Defendants.

VIDEOTAPED DEPOSITION OF

SAFRA CATZ

FRIDAY, MARCH 27, 2009

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

REPORTED BY: HOLLY THUMAN, CSR No. 6834, RMR, CRR

(1-416874)



d81feace-f7c6-47c9-b96d-2ee68ab30b40

[redacted]



d81feace-f7c6-47c9-b96d-2ee68ab30b40

[redacted]

08:23:41 Q. Does SAP compete with Oracle in any
08:23:46 markets?
08:23:46 A. Yes.
08:23:47 Q. Which markets?
08:23:49 A. ERP.
08:23:49 Q. Any others?
08:23:51 A. CRM.
08:23:52 Q. Any others?
08:23:56 A. Like what?
08:23:57 Q. Any other markets that you can think of in
08:23:59 which Oracle participates, does SAP compete?
08:24:06 A. Maybe a little in retail, and utilities.
08:24:11 But I can -- that's almost ERP.

[redacted]



d81feace-f7c6-47c9-b96d-2ee68ab30b40

[redacted]

08:25:30 A. Okay.
08:25:31 Q. Oracle has alleged a variety of wrongdoing by SAP. You're generally familiar with that?
08:25:36 A. Of course.
08:25:38 Q. Among the things -- and I don't mean for this to be an exclusive list, but among the things that Oracle has alleged is that TomorrowNow people used the log-ins and passwords of a customer who had been on Oracle support after that customer had left Oracle support.
08:25:57 Are you generally familiar with that claim?
08:25:59 A. Yes.
08:26:00 Q. Would Oracle have given SAP/TomorrowNow a license to do that, to go to use a customer's log-in and password after that customer had stopped paying Oracle support?
08:26:13 A. I don't understand why they would -- why SAP would do that. I mean -- support's been -- the time's over, so why would you use one that's over? I'm -- I just don't understand the question.
08:26:30 Q. Well, even assuming you didn't understand SAP's rationale, if they called you up and said, Ms. Catz, we'd like to get a license to let TomorrowNow go on Customer Connection for the benefit of its customers after those customers have



d81feace-f7c6-47c9-b96d-2ee68ab30b40

08:26:46 stopped paying Oracle support, would Oracle have
08:26:48 given that license?
08:26:52 A. By paying the customer support?
08:26:55 Q. Under any conditions. Would Oracle have
08:26:57 given that license?
08:27:00 A. I think it might be a semantic problem.
08:27:04 I'm just confused.
08:27:06 If the customer keeps paying support and
08:27:11 the customer wants to log on after their time, then
08:27:15 the customer can do that. So are we talking about
08:27:20 SAP pretending to be somebody, would we allow them
08:27:25 to -- I just don't understand the hypothetical.
08:27:29 Q. I'll try to make it more complete.
08:27:33 If SAP had come to Oracle and said, we've
08:27:37 got the subsidiary TomorrowNow, they want to go on
08:27:42 Customer Connection, they want to use a customer's
08:27:44 ID and log-in to download things, after the time
08:27:48 that that customer has stopped paying Oracle, will
08:27:52 you let us do that? Would Oracle have let SAP do
08:27:55 that?
08:27:58 A. I hadn't thought of it.
08:28:03 Q. Well, sitting here now, would you let them
08:28:06 do it?
08:28:10 A. Download the stuff to use for what purpose?
08:28:13 Q. For that customer, to start with.



d81feace-f7c6-47c9-b96d-2ee68ab30b40

08:28:15 A. For that one customer?
08:28:16 Q. Uh-huh.
08:28:19 A. I suppose if the price was right.
08:28:22 Q. What would the price be to have to be right?
08:28:24 A. I have no idea.
08:28:26 Q. Would it be any more or less than the maintenance price that that customer had previously been paying?
08:28:31 MR. HOWARD: Objection. Calls for speculation, incomplete hypothetical.
08:28:36 THE WITNESS: I'd really have to understand the relationship between SAP and that customer.
08:28:45 MR. LANIER: Q. All right. Oracle's had a customer, let's say -- we'll call him Customer A, just to avoid picking on anybody.
08:28:58 A. Okay.
08:28:59 Q. Customer A had been a customer of Oracle's, let's say, for a PeopleSoft product.
08:29:03 A. Okay.
08:29:03 Q. They were paying maintenance for a while. Are you with me so far?
08:29:07 A. Yeah.
08:29:09 Q. The customer stops paying maintenance. They're not going to pay any more. Customer A no



d81feace-f7c6-47c9-b96d-2ee68ab30b40

08:29:14 longer paying. Got it?
08:29:16 A. Yeah.
08:29:16 Q. Okay. TomorrowNow is providing service and
08:29:21 support for that customer. And SAP comes to Oracle
08:29:25 and says, we want a license to let TomorrowNow use
08:29:30 that Customer A's log-in and password to go on
08:29:33 Customer Connection for the benefit of that
08:29:36 customer.
08:29:38 Would Oracle have let -- given that license
08:29:40 to SAP/TomorrowNow?
08:29:42 MR. HOWARD: Objection. Form, incomplete
08:29:43 hypothetical, calls for speculation.
08:29:44 THE WITNESS: It's sort of the same
08:29:46 question again. I mean, I don't understand why the
08:29:48 customer is not paying their support, and then SAP
08:29:52 would pay their support. I just don't understand
08:29:55 the question.
08:29:58 MR. LANIER: Q. Okay. Would Oracle have
08:30:01 given SAP/TomorrowNow a license to have multiple
08:30:09 copies of various Oracle applications on
08:30:11 TomorrowNow's computers for the purposes of
08:30:14 providing support to a variety of TomorrowNow
08:30:18 customers who are not paying support to Oracle?
08:30:22 MR. HOWARD: Objection. Incomplete
08:30:23 hypothetical.

08:30:25 THE WITNESS: We'd have to look at the
08:30:26 business plan and the business deal and just have to
08:30:31 see how much -- what they're offering. It has to --
08:30:36 we would just have to see -- it would depend, I
08:30:38 guess.
08:30:40 MR. LANIER: Q. On what would it depend?
08:30:42 A. What the -- what the plan was, and how much
08:30:46 money Oracle would get.
08:30:48 Q. If you were presented with that decision,
08:30:51 what specific information would you need to be able
08:30:53 to make it?
08:30:56 MR. HOWARD: Objection. Vague and
08:30:56 ambiguous. Incomplete hypothetical.
08:30:59 THE WITNESS: I -- I don't have enough of
08:31:02 an understanding of what you're asking me, of what
08:31:05 the offer is, for me to know what other information
08:31:09 I would need. But I'd need to understand how much
08:31:12 money is involved on all sides.

[redacted]



d81feace-f7c6-47c9-b96d-2ee68ab30b40

[redacted]



d81feace-f7c6-47c9-b96d-2ee68ab30b40

[redacted]



d81feace-f7c6-47c9-b96d-2ee68ab30b40

[redacted]



d81feace-f7c6-47c9-b96d-2ee68ab30b40

[redacted]



d81feace-f7c6-47c9-b96d-2ee68ab30b40

[redacted]



d81feace-f7c6-47c9-b96d-2ee68ab30b40

[redacted]



d81feace-f7c6-47c9-b96d-2ee68ab30b40

[redacted]

Q. Putting yourself back in January 2005, thinking about that license question coming in, do you think they would have agreed to pay a number framed with the components that you've mentioned?

MR. HOWARD: Objection. Calls for speculation. Incomplete hypothetical.

THE WITNESS: You know, you would -- yeah, you would have to ask them. I mean, obviously they decided that stealing our stuff was much cheaper. Apparently much cheaper.

MR. LANIER: Q. Has -- would the license -- had there been a license at this time -- and I agree with Mr. Howard, it's definitely a hypothetical and speculative -- but would the license at this time have been made based on particular product lines or some other basis?

A. It would have been based on a whole bunch of things. I mean, I haven't even thought of it, but it would have depended on what they wanted to do with the license, whether they were going to be exclusive, whether they were going to do it all over the world, whether it was just -- it would have depended on so many things. Of course it would



d81feace-f7c6-47c9-b96d-2ee68ab30b40

11:51:21 depend on whether it was for PeopleSoft and
11:51:24 J.D. Edwards or our entire product line.

11:51:27 I mean, it would depend on how much impact
11:51:32 it would have on the business we just spent all that
11:51:37 money on.

13:40:35 (Time noted, 1:38 p.m.)

13:40:39 --o0o--

13:40:39 I declare under penalty of perjury that
13:40:39 the foregoing is true and correct. Subscribed at
13:40:39 Redwood City, California, this 6th day of
13:40:39 May, 2009.

13:40:39
13:40:39 ______________________
13:40:39 SAFRA CATZ

# CERTIFICATE OF REPORTER

I, HOLLY THUMAN, a Certified Shorthand Reporter, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause; that said deposition was taken down in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

That before completion of the deposition, review of the transcript [X] was [ ] was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

DATED April 6th, 2009.

Holly Thuman

HOLLY THUMAN, CSR No. 6834