Walsh v. Apple, Inc. et al Doc. 456

BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506-4846
Facsimile: (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International Corporation,
Oracle EMEA Limited, and Siebel Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>Plaintiffs,<br>v.<br><br>SAP AG, *et al.*,<br><br>Defendants. | CASE NO. 07-CV-01658 PJH (EDL)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO PERMIT DEFENDANTS TO FILE UNDER SEAL PLAINTIFFS' INFORMATION DISCLOSED IN DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO FOURTH AMENDED COMPLAINT** |



Dockets.Justia.com

Pending before this Court is Defendants' Administrative Motion to Permit Defendants to File Under Seal Plaintiffs' Information Disclosed in Defendants' Answer and Affirmative Defenses to Fourth Amended Complaint (the "Motion to Seal"). Through the Motion to Seal and Plaintiffs' Response In Support of Defendants' Motion to Seal, Plaintiffs Oracle USA, Inc., Oracle International Corporation, Oracle EMEA Limited, and Siebel Systems, Inc. (collectively, "Oracle"), together with SAP AG, SAP America, Inc., and TomorrowNow, Inc. (collectively, "Defendants," and with Oracle, the "Parties"), request an Order sealing a portion of Paragraph 13 of Defendants' Answer and Affirmative Defenses to Fourth Amended Complaint.

Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents. As opposed to sealing information at trial, which requires the "most compelling" of reasons, a showing of good cause will suffice for sealing records attached to non-dispositive motions. *Navarro v. Eskanos & Adler*, Case No. C-06 02231 WHA(EDL), 2007 U.S. Dist. LEXIS 24864 at *7 (March 22, 2007) (citing *Kamakana v. Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006)). The same standard should apply to the disclosure of confidential information in non-dispositive pleadings not part of the Court's findings on the merits "to this point." *See Navarro,* 2007 U.S. Dist. LEXIS 24864 at *31 (citing *Reilly v. Medianew Group, Inc.*, 2007 U.S. Dist. LEXIS 8139 at *14, n.2) (N.D. Cal. Jan. 24, 2007).

In compliance with this Court's Standing Order Involving Sealed or Confidential Documents, Rule 26(c) and Civil Local Rule 79-5, Oracle filed the Declaration of Dorian Daley (the "Daley Declaration") in support of Defendants' Motion to Seal on August 31, 2009. Through the Daley Declaration, Oracle provides evidence of good cause sufficient for this Court to permit filing the portion of Paragraph 13 of Defendants' Answer and Affirmative Defenses to Fourth Amended Complaint under seal. The Daley Declaration also establishes that the request for sealing has been narrowly tailored.

Having considered Defendants' Motion to Seal, Plaintiffs' Response in Support of Defendants' Motion to Seal, and the documents filed in support, and good cause having been shown:

IT IS HEREBY ORDERED THAT: Defendants' Motion to Seal is GRANTED. The Clerk of the Court shall file under seal the unredacted version of the following document that has been lodged with the Court: Defendants' Answer and Affirmative Defenses to Fourth Amended Complaint.

DATED: _______________, 2009

_______________________________________
Hon. Phyllis J. Hamilton
United States District Court Judge