BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506-4846
Facsimile: (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International Corporation,
Oracle EMEA Limited, and Siebel Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>Plaintiffs,<br>v.<br><br>SAP AG, *et al.*,<br><br>Defendants. | CASE NO. 07-CV-01658 PJH (EDL)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO PERMIT DEFENDANTS TO FILE UNDER SEAL PLAINTIFFS' DOCUMENTS SUPPORTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING PLAINTIFFS' HYPOTHETICAL LICENSE DAMAGES CLAIM** |



Dockets.Justia.com

Pending before this Court is Defendants' Administrative Motion to Permit Defendants to File Under Seal Plaintiffs' Documents Supporting Defendants' Motion for Partial Summary Judgment Regarding Plaintiffs' Hypothetical Damages Claim (the "Motion to Seal"). Through the Motion to Seal and Plaintiffs' Response In Support of Defendants' Motion to Seal, Plaintiffs Oracle USA, Inc., Oracle International Corporation, and Oracle EMEA Limited (collectively, "Oracle"), together with SAP AG, SAP America, Inc., and TomorrowNow, Inc. (collectively, "Defendants," and with Oracle, the "Parties"), request an Order sealing (1) portions of Defendants' Motion for Partial Summary Judgment Regarding Plaintiffs' Hypothetical License Damages Claim ("Defendants' Motion for Partial Summary Judgment"), and (2) portions of Exhibits A, B, C, and H of the Declaration of Tharan Gregory Lanier in Support of Defendants' Motion for Partial Summary Judgment ("Lanier Declaration").

Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, inter alia, the protection of "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. Proc. 26(c). In particular, when the request for sealing concerns discovery documents attached to a nondispositive motion, a showing of good cause to seal the documents is sufficient to justify protection under Rule 26(c). *See Navarro v. Eskanos & Adler*, Case No. C-06 02231 WHA(EDL), 2007 U.S. Dist. LEXIS 24864 at *7 (March 22,2007) (citing *Kamakana v. Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).

In compliance with this Court's Standing Order Involving Sealed or Confidential Documents, Rule 26(c) and Civil Local Rule 79-5, Oracle filed the Declaration of Jennifer Gloss (the "Gloss Declaration") in support of Defendants' Motion to Seal on August 31, 2009. Through the Gloss Declaration, Oracle provides evidence of good cause sufficient for this Court to permit filing the requested exhibits under seal. The Gloss Declaration establishes both that Oracle has considered and treated the information contained in the subject documents as confidential, commercially sensitive and proprietary, and that public disclosure of such information would create a risk of significant competitive injury and particularized harm and prejudice to Oracle. The Gloss Declaration also establishes that the request for sealing has been

narrowly tailored.

Having considered Defendants' Motion to Seal, Plaintiffs' Response in Support of Defendants' Motion to Seal, and the documents filed in support, and good cause having been shown:

IT IS HEREBY ORDERED THAT: Defendants' Motion to Seal is GRANTED. The Clerk of the Court shall file under seal the unredacted versions of the following documents that have been lodged with the Court:

1. Defendants' Motion for Partial Summary Judgment - Portions of page 1, lines 19-20, 24, page 2, lines 13-17, page 3, lines 11, 13-14, page 4, lines 10-12, 15-24, page 5, lines 26-27, page 6, lines 1-8, page 11, lines 14, 18-19, 21-22, 24-27, page 12, lines 12-13, page 13, lines 15-16, 18-19, page 14, lines 4-6, page 16, lines 18-19, and page 20, line 10.
2. Ex. A to the Lanier Declaration - Pages 19:23-20:25, 25:19-27:15, 46:7-47:13, 158:13-160:2 from the deposition of Safra Catz, taken March 27, 2009.
3. Ex. B to the Lanier Declaration - Pages 117:9-120:18 of the deposition of Charles Phillips, taken April 17, 2009.
4. Ex. C to the Lanier Declaration - Pages 73:25-84:6, 114:16-24 of the deposition of Larry Ellison, taken May 5, 2009.
5. Ex. H to the Lanier Declaration - Portions of page 47, line 20, page 48, lines 9 and 12, and page 49, line 27 of Plaintiff's May 22, 2009 Supplemental and Amended Initial Disclosures.

DATED: _______________, 2009

_________________________________
Hon. Phyllis J. Hamilton
United States District Court Judge