Walsh v. Apple, Inc. et al Doc. 48

BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506-4846
Facsimile: (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International Corporation,
Oracle EMEA Limited, and Siebel Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

ORACLE USA, INC., *et al.*,

Plaintiffs,

v.

SAP AG, *et al.*,

Defendants.

CASE NO. 07-CV-01658 PJH (EDL)

**[PROPOSED] ORDER SUSTAINING PLAINTIFFS' OBJECTIONS TO DEFENDANTS' EVIDENCE IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**



Dockets.Justia

Plaintiffs Oracle USA, Inc., Oracle International Corporation, Oracle EMEA Limited, and Siebel Systems, Inc. (collectively, "Oracle") submitted Objections to Evidence Filed in Support of Defendants' Motion for Partial Summary Judgment Regarding Plaintiffs' Hypothetical License [Fair Market Value] Damages Claim. Oracle objected to certain portions of the Defendants' Motion for Partial Summary Judgment Regarding Plaintiffs' Hypothetical License Damages Claim (the "Motion"), the Declaration of Tharan Gregory Lanier (the "Lanier Declaration") filed in support of the Motion, and specifically to portions of Exhibits A-C attached to the Lanier Declaration, all offered by Defendants SAP AG, SAP America Inc., and TomorrowNow, Inc. (together, "Defendants") in support of their Motion filed on August 26, 2009. Oracle objected on the grounds that the evidence is not admissible for the purposes of Defendants' Motion, because it (a) is irrelevant to the Motion; (b) is vague, ambiguous and/or too speculative; (c) is based on incomplete hypotheticals; (d) lacks proper foundation; and/or, (e) constitutes improper lay witness opinion testimony. *See* Fed. R. Evid. §§ 401, 402, 602, 701, and 901; *see also Orr v. Bank of America*, 285 F.3d 764, 773 (9th Cir. 2002); *see also Beyene v. Coleman Sec. Servs. Inc.*, 854 F.2d 1179, 1181 (9th Cir. 1988).

After considering the pleadings and memoranda submitted by the parties, and all supporting papers, and having heard the arguments of counsel, and good cause appearing therefore, the Court ORDERS that Oracle's objections to Defendants' evidence shall be SUSTAINED, and the portions of Defendants' Motion, the Lanier Declaration and attached Exhibits relying on that evidence STRICKEN.

IT IS SO ORDERED.

DATED ____________________.

______________________________

The Honorable Phyllis J. Hamilton
U.S. District Court