Walsh v. Apple, Inc. et al Doc. 494

BINGHAM MCCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway, M/S 5op7
Redwood city, CA 94070
Telephone: 650.506.4846
Facsimile: 650.506.7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International Corporation,
Oracle EMEA Limited, and Siebel Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>Plaintiffs,<br>v.<br><br>SAP AG, *et al.*,<br><br>Defendants. | Case No. 07-CV-01658 PJH (EDL)<br><br>**DECLARATION OF HOLLY A. HOUSE IN SUPPORT OF STIPULATED REQUEST TO ENLARGE TIME TO OBJECT TO DISCOVERY ORDER [L.R. 6-2(A)]**<br><br>Judge: Hon. Phyllis J. Hamilton |



Dockets.Justia.com

I, Holly A. House, declare as follows:

1. I am an attorney licensed to practice law in the State of California and a partner at Bingham McCutchen LLP, counsel of record for plaintiffs Oracle USA, Inc., Oracle International Corporation, Oracle EMEA Ltd. and Siebel Systems, Inc. (collectively, "Oracle"). I make this declaration in support of the Stipulated Request to Enlarge Time to Object to Discovery Order. I have personal knowledge of the facts stated within this Declaration and could testify competently to them if required.

2. On September 17, 2009, Magistrate Laporte issued an Order Granting Defendants' Motion for Preclusion of Certain Damages Evidence Pursuant to Federal Rules of Civil Procedure 37(c)(1) and 16(f) ( the "Discovery Order"). The Discovery Order is 26 pages long and came after extensive briefing and argument by the parties. It precludes Plaintiffs from seeking at trial as part of their lost profits measure of damages a variety of types of damages. The dollar value associated with the precluded damages is significant.

3. Magistrate Laporte has issued the Discovery Order as a non-dispositive discovery ruling. Pursuant to Fed. R. Civ. Pro. 72(a), Oracle therefore has only 10 court days from service to file objections. Because of the complexity and importance of the issues at stake in the Discovery Order which require serious consideration and analysis by Plaintiffs' in-house and outside counsel and executives, because of the competing case demands that have tied up Plaintiffs' counsel since issuance of the Discovery Order (in particular, that Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment on Plaintiff's Hypothetical [Fair Market Value] License Damages was due and filed yesterday), and because of Plaintiffs' numerous accommodations on deadlines to Defendants at their request, Plaintiffs' counsel asked Defendants' counsel if they would agree to an extension of Oracle's time to file objections to the Order until Monday October 19, 2009 (i.e. 30 days from electronic receipt of the Order). By email dated September 24, 2009, Defendants' counsel agreed that they did not oppose an extension to October 19, 2009, and authorized Oracle's counsel to file the Stipulated Request.

4. This extension only gives Plaintiffs an additional two weeks to file their objections from the deadline set forth under Fed. R. Civ. Proc. 72(a). It will not compromise the

existing case schedule. Moreover, Plaintiffs have never before sought review of any discovery ruling, and thus have never before asked for an extension of the time limits for objecting to any such rulings. The Parties have previously sought and received unrelated extensions to the case schedule, particularly as relates to the Pretrial schedule established by the Court. However, as stated above, the requested extension would not impact the existing case schedule.

I declare under the laws of the United States and the State of California that the foregoing is true and correct and that this Declaration was executed on September 24, 2009, in San Francisco, California.

____/s/_Holly A. House____

Holly A. House