Walsh v. Apple, Inc. et al Doc. 501

BINGHAM McCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
GEOFFREY M. HOWARD (SBN 157468)
HOLLY A. HOUSE (SBN 136045)
ZACHARY J. ALINDER (SBN 209009)
BREE HANN (SBN 215695)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
donn.pickett@bingham.com
geoff.howard@bingham.com
holly.house@bingham.com
zachary.alinder@bingham.com
bree.hann@bingham.com

DORIAN DALEY (SBN 129049)
JENNIFER GLOSS (SBN 154227)
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506-4846
Facsimile: (650) 506-7114
dorian.daley@oracle.com
jennifer.gloss@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International Corporation, Oracle EMEA Limited, and Siebel Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>Plaintiffs,<br>v.<br><br>SAP AG, *et al.*,<br><br>Defendants. | CASE NO. 07-CV-01658 PJH (EDL)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND PERIOD FOR REVIEW OF ORACLE'S OBJECTIONS TO ORDER PURSUANT TO LOCAL RULE 72-2** |



Dockets.Justia.com

Pending before this Court is Plaintiffs' Administrative Motion to Extend Period for Review of Oracle's Objections To Order Pursuant to Local Rule 72-2 ("Administrative Motion"). Having considered Plaintiffs' Administrative Motion and the Declaration of Bree Hann in Support thereof, and good cause having been shown, the Court hereby GRANTS Plaintiffs' Administrative Motion. The Clerk shall not automatically deem Plaintiffs' Objections to Order of Discovery Magistrate Granting Defendants' Motion for Preclusion of Certain Damages Evidence denied until October 26th, 2009, adding ten calendar days to the period for potential review pursuant to Civil Local Rule 72-2.

IT IS SO ORDERED.

DATED ____________________.

______________________________
The Honorable Phyllis J. Hamilton
U.S. District Court