Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice)*
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

ORACLE USA, INC., *et al.*,

Plaintiffs,

v.

SAP AG, *et al.*,

Defendants.

Case No. 4:07-CV-1658 PJH (EDL)

**[PROPOSED] ORDER DENYING PLAINTIFFS' OBJECTIONS TO ORDER FOR SANCTIONS**

Date: N/A
Time: N/A
Courtroom: N/A
Judge: Hon. Phyllis J. Hamilton



Dockets.Justia.com

The Court having considered Plaintiffs' Objections to Magistrate's Order Granting Defendants' Motion for Preclusion of Certain Damages Evidence Pursuant to Federal Rules of Civil Procedure 37(c)(1) and 16(f) and Defendants' Response thereto, IT IS HEREBY ORDERED THAT:

1. Plaintiffs' Objections to Magistrate Judge Laporte's Order are DENIED;
2. Plaintiffs' request that its damages expert and other witnesses be permitted to testify regarding the damages precluded by the Order is DENIED.

**IT IS SO ORDERED.**

Dated: ______________________

PHYLLIS J. HAMILTON
United States District Judge

SFI-622193v1